

## CERTIFICATE OF LIVE BIRTH

State of Oklahoma · Department of Health

STATE FILE 135 -

*1544*

| | |
|---|---|
| LOCAL REG. NO | |
| 1. PLACE OF BIRTH a. COUNTY *Okla.* | 2. USUAL RESIDENCE OF MOTHER (Where does mother live?) a. STATE *Okla* b. COUNTY *Okla* |
| b. CITY, TOWN, OR LOCATION *Okla City* | c. CITY, TOWN, OR LOCATION *Moore* |
| NAME OF HOSPITAL *Edward Hospital* | |
| PLACE OF BIRTH INSIDE CITY LIMITS? YES X NO | d. IS RESIDENCE INSIDE CITY LIMITS? YES NO | e. IS RESIDENCE ON FARM? YES NO |

3. CHILD'S NAME *Edward Leon Fields Jr.*

4. SEX *M* 5a. THIS BIRTH 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st 2nd 3rd

| 7. FATHER'S NAME *Edward Leon Fields* | 8. COLOR OR RACE *w* |
|---|---|
| 9. AGE *25* BIRTHPLACE *Calif* OCCUPATION *Truck Driver* KIND OF BUSINESS *Machine* | |
| 12. MOTHER'S NAME *Mrs. Margaret Zimmerman* | 13. COLOR OR RACE *w* |
| 14. AGE *22* BIRTHPLACE *Okla* | PREVIOUS DELIVERIES TO MOTHER |

17. INFORMANT (Signature of either parent) *Mrs. Edward J. Fields*

18. MOTHER'S MAILING ADDRESS

19a. LENGTH OF PREGNANCY 19b. WEIGHT OF CHILD AT BIRTH 20. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? YES NO

21a. WAS BLOOD OF THE CHILD'S MOTHER TESTED FOR SYPHILIS? YES NO | 21b. IF NO TEST, STATE REASON THEREFOR

22a. SIGNATURE | 22b. ATTENDANT AT BIRTH M.D. D.C. MIDWIFE OTHER

22c. ADDRESS | 22d. DATE SIGNED

23a. DATE REC'D BY LOCAL REG. 23b. REGISTRAR'S SIGNATURE | 24. DATE RECEIVED BY STATE REGISTRAR

| THIS LINE FOR USE OF STATE REGISTRAR | DATE CORRECTIONS MADE | ITEMS CORRECTED | AUTHORITY | CLERK |
|---|---|---|---|---|
| | | | | |

VS 15

## SUMMARY SHEET - INFANT

| LAST NAME - FIRST - INIT. | | CITY | DATE ADMITTED - TIME |
|---|---|---|---|
| FIELDS, Baby Boy | | Moore | |

| PATIENT AGE | DATE OF BIRTH | MARITAL STATUS (X) | HOME PHONE | DOCTOR |
|---|---|---|---|---|
| 20 | | X  M    S    W    D    SEP | SW 4-6563 | Bexell |

| SEX | RELIGION | RELATIONSHIP OF RESPONSIBLE PARTY | | HOSPITAL NUMBER |
|---|---|---|---|---|
| X M | Catholic | Mother & Father | X W   LA   N | 67-1544 |

| OCCUPATION | EMPLOYER NAME AND ADDRESS | HOW LONG EMPLOYED | ADMITTING DIAGNOSIS |
|---|---|---|---|
| Newborn | | | Newborn |

| SPOUSE NAME  FIRST - INIT. | HOW LONG AT ABOVE ADDRESS | PREV. ADDRESS |
|---|---|---|
| | | |

| OCCUPATION | EMPLOYER NAME AND ADDRESS | HOW LONG EMPLOYED |
|---|---|---|
| | | |

| NAME OF RESPONSIBLE PARTY | ADDRESS | HOME PHONE | RM | ADM BY |
|---|---|---|---|---|
| Edward & Margaret Fields | | SW 4-6563 | Nsy. | |

| OCCUPATION | EMPLOYER NAME AND ADDRESS | HOW LONG EMPLOYED | DATE DISCHARGED - TIME |
|---|---|---|---|
| Truck Driver | Mathis Bros. Furn. | 4 years | 2-14-67 |

| MOTHER'S MAIDEN NAME | NOTIFY IN CASE OF EMERGENCY | BASIS FOR ADMISSION | ( ) BLUE CROSS | (X) GROUP INS. |
|---|---|---|---|---|
| Ginniman | | ( ) OTHER INSURANCE | ( ) WELFARE | ( ) COMPENSATN |

FAMILY OR RELATIVES IN WHICH - NAME AND YEAR

( ) DEPOSIT PAID $

FINAL DIAGNOSIS

Probable Hyaline Membrane of the lung

360-9X0

SUMMARY DIAGNOSIS OR COMPLICATIONS:

SURGERY

IS ( ) RECOVERED  ( ) IMPROVED  ( ) NOT IMPROVED  ( ) NOT TREATED  ( ) DIAGNOSIS ONLY  ( ) DIE  ( ) AUTOPSY  ( ) EX  ( )

CONSULTATION WITH

APPROVED BY MEDICAL RECORD COMMITTEE

EXAMINED AND APPROVED THIS COMPLETE MEDICAL RECORD

DATE

SIGNED

ATTENDING PHYSICIAN

# NEWBORN RECORD

Name of Infant _Fields, Baby Boy_          Sex _M_          Birth No. _____

Mother's Name _Margaret_          Room or Ward No. _____          Hosp. No. _671541_

Doctor _Boyd_          Intern _Whitaker_          Nurse _E. Ackson_

Date of Birth ▮▮▮▮▮          Hour _4 40_ A.M.          Delivery _Spont_

Position _L O A_          Birth Wt. _6_ lbs. _14_ oz.          Eye Prophylaxis _Sodium Sulam_

Initial Respirations   Immediate ☑   Delayed ☐   Induced ☐          Oxygen administered _____

Measurements   Head _13½_   Shoulders _6_   Length _19½_          Vit. K _____

| Date | PHYSICIAN'S ORDERS | | PHYSICAL EXAMINATION | At Birth | On Discharge |
|---|---|---|---|---|---|
| 5-15-61 | | Date: | | 5-15-61 | |
| | | Weight | | 6 lbs. 11 oz. | lbs.      oz. |
| | | To Breast | | | |
| | | Formula | | ½ | |
| | | Heart | | | |
| | | Eyes | | | |
| | | Cord | | | |
| | | Skin | | | |
| | | Bowels | | | |
| | | Anomalies | | | |
| | | General Condition | | | |
| | | Remarks | | | |

Examined by Doctor (Signed) _____

Instructions on Discharge: Pt. was transferred to St. Anthony Hosp.

# HILLCREST OSTEOPATHIC HOSPITAL

## BABY'S RECORD

NAME: _Fields Baby Boy_    MOTHER'S NAME: _Morgan_

| DAY | HOUR | C | P | V | STOOL | URINE | BREAST | ARTIFICIAL FORMULA | AMOUNT | WEIGHT LB. | WEIGHT OZ. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | | | | | | | | | 6 | | |
| | | | | | | | | | | | | |

# HILLCREST OSTEOPATHIC HOSPITAL
## BABY'S RECORD

_____ Baby Boy _____ MOTHER'S NAME _Margaret,_

| HOUR | A. | R | STOOLS | URINE | BREAST | ARTIFICIAL FORMULA | AMOUNT | WEIGHT LB | WEIGHT OZ | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## HILLCREST OSTEOPATHIC HOSPITAL
### BABY'S RECORD

NAME _Fields, Baby Boy_ MOTHER'S NAME _Margaret_

| DATE | HOUR | T | P | R | STOOLS | URINE | BREAST | ARTIF'L or FORMULA | AMOUNT | WEIGHT LB. | WEIGHT OZ. | REMARKS |
|------|------|---|---|---|--------|-------|--------|--------------------|--------|------------|------------|---------|
|      |      |   |   |   |        |       |        |                    |        |            |            |         |

# HILLCREST OSTEOPATHIC HOSPITAL

## BABY'S RECORD

NAME: F. Elds Baby Boy          MOTHER'S NAME: Margaret

| DATE | HOUR | P. | H. | STOOLS | URINE | BREAST | ARTIFICIAL FORMULA | AMOUNT | WEIGHT lb. | WEIGHT oz. | REMARKS |
|------|------|----|----|--------|-------|--------|--------------------|--------|-----------|-----------|---------|
|  |  |  |  |  |  |  |  |  |  |  |  |

# HILLCREST OSTEOPATHIC HOSPITAL

## BABY'S RECORD

[illegible] L 35 Baby Boy MOTHER'S NAME Margaret

| HOUR | T. | P | R. | STOOLS | URINE | BREAST | ADDITIONAL FORMULA | AMOUNT | WEIGHT LB. | WEIGHT OZ. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | | | | | | [illegible] |
| | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 6 P. [illegible] | | | | | | | | | | | [illegible] |

[illegible] 96% [illegible]
[illegible] pressure
[illegible] 84
[illegible] 96% [illegible]
[illegible] 11 % [illegible] 89
[illegible]
[illegible]
[illegible] 96% [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
Brazil
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
appear very difficult
[illegible]
[illegible] baby

## HILLCREST OSTEOPATHIC HOSPITAL
### BABY'S RECORD

NAME _Fields Baby Boy_    MOTHER'S NAME _Margaret_

| DATE | HOUR | T. | P. | R. | STOOLS | URINE | BREAST | ARTIFICIAL FORMULA | AMOUNT | WEIGHT (LB) | (OZ) | REMARKS |
|------|------|----|----|----|--------|-------|--------|--------------------|--------|------|------|---------|
| 5- | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## PHYSICIAN'S ORDERS

| Family Name | First Name | Attending Physician | Roc | Ho. No. |
|---|---|---|---|---|
| Scudder Baby Boy | | Bogue | | 07-11 |

| Date Ordered | Date Discontinued | ORDERS |
|---|---|---|
| 5/18/67 10ᵃᵐ | | (1) Transfer, in Isolette, per ambulance, to St. Anthony Hosp, this A.M. ... ... Sr. Angell (or omit) |

# PROGRESS NOTES

| Family Name | First Name | Attending Physician | Room No. | Hosp. No. |
|---|---|---|---|---|
| [illegible] | Baby Boy | Bozell | | 67- [illegible] |

Date — Notes Should Be Signed by Physician

See Orders [illegible]

5/15/67 Labored breathing c̄ inspiratory grunt.
9:25 AM Dr. [illegible] notified [illegible]
[illegible signature]

5/15/67 No improvement noted of breathing. Dr.
[illegible] Bozell notified. Dr. [illegible] for consultation.
[illegible signature]

5/16/67 8:15 AM Infant having resp. diff.
c̄ resp. grunt and rapid breathing
[illegible]
[illegible] Dr. Bozell
[illegible signature]



*This AM*

HEMATOLOGY REQUEST

Dr. _Boyett_
Date Requested _5-15-67_
Room No. _May_
Division. _6B_
Nurse _E. Krickner_

NAME _Pruella_ _____ _Baby_ _____ _Boy_ _____
        Last              First              Middle

- [x] CBC ............
- [ ] Hgb. ............
- [ ] WBC. __14,750__
- [ ] Diff
    - Baso. ............
    - Eosino. ____2____
    - Young ............
    - Band ............
    - Seg ____71____
    - Lymph. ____27____
    - Mono ............
- [ ] RBC. ............

- [ ] Coag. T. _____
- [ ] Bleed. T. __1'__
- [ ] Prothrombin ............
- [ ] Reticulocyte ............
- [ ] Platelet ............
- [ ] P.T.T. ............
- [ ] Hematocrit __62__
- [ ] MCV ............
- [ ] MCH ............
- [ ] MCHC ............
- [ ] Quant. Eos. ............
- [ ] Sickle Cell ............
- [ ] Malaria ............
- [ ] Baso. Stipp. ............

Comments:
Saw nucleated
RBC per
100 WBC.

Tech. _____
Date _May 15, 67_

## CONSULTATION RECORD

Hosp. No. _____

Date _ 5-15-67 ____

Name _Baby Boy Fields_   Room or Ward No. _Nsy._ Bed _____ Doctor _Bozell_

Consulting Service or Physician   _Dr. Boone_

Report requested regarding   _Pulmonary status._

Signature of attending physician

_5-15-67 4⁴⁵ PM_

**REPORT**

Findings   Infant examined at request of Dr. Bozell, chart reviewed. Term Ninth 4⁴⁵ AM today, spontaneous roomed Apgar?. Has had some mild resp. distress & has required O₂. Xray shows infiltrate rt. lung esp. RUL. Chest is clear to A & P — ventilating well. No retraction. Heart tones not unusual. Slight ? but nail-bed cyanosis. No palpable abdominal mass/organ. Active. Cry good.

Diagnosis   Prob. aspiration. R/O RDS.

Recommendations   High humidity, O₂, observation. Should improve.

Thank you.

Signature of consultant

CONSULTATION RECORD

5/16/67 9⁰⁰ Am

Reviewed with Dr. Bozell. Has had some resp.
distress during night, apparently predominantly past 2 hr.
Xray now shows diffuse pulmonary infiltrate.
B.S. still good, and I do not believe this youngster
has bronchial obstruction. No change in heart tones
Is not retracting. I think it is definite now that

5/16/67 9³⁰ AM

Reviewed with Dr. Bozell. Has had some resp. distress during night, apparently predominantly past 2 hrs. Xray now shows diffuse pulmonary infiltrate. B.S. still good, and I do not believe this youngster has bronchial obstruction. No change in heart tones Is not retracting. I think it is definite now that this youngster has a hyaline membrane. He will ~~appear~~ ~~gradually~~ probably require treatment to combat sickness and I think he should be transferred to a nursery equiped for this. Arrangements made 10 AM for transfer to St. Anthony Hospital under care Dr. Larry Biehler at request of Dr. Bozell. Prognosis guarded.

M. F. Bronek

HILLCREST OSTEOPATHIC HOSPITAL
2129 S. W. 59th
Oklahoma City, Oklahoma

XR No. 50103

## X-RAY REPORT

Name _Fields, Baby Boy_   Age _NB_   Rm. No. _Nursery_   Hosp. No. _____

Address _____   Date _5-15-67_

Anatomical part or region: _CHEST:_

Attending Physician _Bozell_

Findings:

Cardiovascular structures appear within normal limits.

Pulmonary structures reveals the left lung to be normal pneumonized and without indications of abnormality. The right lung shows considerable increase in the central pulmonary markings being most severe in the upper right lung indicating inadequate cleansing through the bronchial tree in this area.

IMPRESSION:

Changes in the bronchial pattern with the right lung and particularly the upper right lung thought to be inadequately cleared and showing increased density.

2129 S. W. 59th
Oklahoma City, Oklahoma

## X-RAY REPORT

Name  Fields, Baby Boy                    Age  NB    Rm. No.  Nursery    Hosp. No. 

Address                                                            Date  5-16-67

Anatomical part or region:  CHEST:


                                              Attending Physician  BOZEL

Findings:

Re-examination of the chest in comparison with a previous film of 24 hours earlier shows a persistant increase in the markings of the right lung which is a more generalized phenomena than that noted on the earlier examination. Persistant, inadequate pneumonization of the right lung is indicated.

Dr. _Ray E. Bishop_

# CONSENT TO OPERATION UPON MINOR

Place _~~Hill~~ ~~crest~~ ~~Hosp~~_

Date _5 · 13 · 6_

1. I (we) being the parent(s), guardian, custodian of _Hildi Barry Foy_

a minor of the age of _6 h_, do hereby authorize and request Dr _Engle_

to perform the following operation on the person of the said minor, _____

_____

_____ tonsillectomy _____

_____

and to do any other procedure that the judgment of above named doctor may dictate during the above operation.

2. I (we) understand that the surgeon (surgeons) will be occupied solely with the surgery, and that the administration

and maintenance of the anesthesia is an independent function, and will be in charge of Dr. _Engle_

I (we) consent to the administration of such anesthetic, or anesthetics, as Dr. _Engle_
may deem advisable in this case.

| | | |
|---|---|---|
| A.M. | Signed _____ ( ) | |
| | | |
| Hour _____ P.M. | _____ ( ) | |
| | Witness _Sue Miller_ | |

HOH-33—Semco



# CERTIFICATE OF LIVE BIRTH

State of Oklahoma · Department of Health

STATE FILE NO. 135



# CERTIFICATE OF LIVE BIRTH

State of Oklahoma · Department of Health