Declaration of Dr. Joyce Louise Bumgardner
Pursuant to 28 U.S.C. Section 1746

I, Joyce Louise Bumgardner, M.D. hereby verify and declare and follows:

1.    My name is Joyce Louise Bumgardner. I am a medical doctor with a specialty in psychiatry. I graduated from the University of Oklahoma School of Medicine in 1980. Since that time I have focused my practice in the areas of family practice, emergency care and more recently in psychiatry. I am currently employed at CREOKS Behavioral Health System in Okmulgee, Oklahoma. I am a life long resident of Oklahoma and my professional practice has always been based in Oklahoma.

2.    In 2003 I was employed by Green Country Behavioral Health Services, Inc. As part of my duties, I treated and evaluated prisoners in the custody of the Muskogee Jail. It was in that capacity that I evaluated and treated Edward Fields following his arrest for the murder of two campers at the Winding Stair Campground. Mr. Fields' present lawyers have asked me to review my records from his stay at the Muskogee jail, other materials related to his mental health (including his treatment records from just prior to the offense) and the reports of several experts who testified at trial. The following facts are based upon my review of the materials provided to me by counsel and my recollection of Mr. Fields. All opinions herein are stated to a reasonable degree of psychiatric certainty.

3.    When I first encountered Mr. Fields he had been brought in following an attempted suicide. The records indicate that he slashed both writs and his left arm in the antecubital area (that is below the elbow). These wounds required stitches and

**Page 1 of 3**

the placement of staples. The records also show that I prescribed several psychiatric medications for Mr. Fields including Effexor, Lexapro, Risperdal and Lithium. The notes also indicate that he reported to me that he was suffering from auditory hallucinations (hearing voices) and was feeling "very suicidal." He reported to me that he was depressed throughout his life.

4.    Based upon my review of my records and my recollection of this patient, I believe that his suicide attempt was a genuine effort to take his life. I also believed that he was suffering from actual psychiatric symptoms and was not malingering them. I have treated many prisoners presenting with psychiatric complaints, many of whom were malingering for secondary gain. When I believed that prisoners were malingering I would not hesitate to place that conclusion in my notes. The absence of that notation, my actual notes and my recollection of Mr. Fields, show that I believed he was genuinely mentally ill.

5.    Based on his history, the materials I have reviewed, and my own impressions at the time I treated him, I believe that Mr. Fields presented a classic case of the adverse impact that can occur when anti-depressive medications are given to a person with bi-polar disorder. Providing anti-depressive medications alone (that is, without appropriate additional medications), to a person in Mr. Fields' condition can cause an explosion of extant smoldering manic symptoms, with devastating effects. I have seen such a reaction in other patients I have treated, and I have read about this phenomena in the literature. I also believed that he was a mentally ill individual and was not malingering.

6.     Until Mr. Fields' current counsel recently spoke with me about this case, I was never spoken to by either lawyers or investigators for the defense or prosecution before, during or after trial. Had I been asked by either side I would have gladly testified at trial about the facts and opinions contained in this statement.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Joyce Louise Bumgardner, M.D.

Dated:     Tulsa, Oklahoma
           March 30 , 2010