Declaration of Larry Trombka, M.D.
Pursuant to 28 U.S.C. § 1746

I, Larry Trombka, M.D., hereby verify and declare and follows:

1.    I am a psychiatrist employed by the Oklahoma Department of Corrections to provide mental health services at a number of State prisons. In 2003 I was employed by the Tulsa County Jail (known as the David L. Moss Criminal Justice Center) to provide mental health services to prisoners in that facility. I provided clinical treatment for Edward Fields. Mr. Fields' lawyers have asked that I review my treatment notes and his jail-chart and provide my interpretation of them and my impressions of Mr. Fields.

2.    I first saw Mr. Fields on August 15, 2003. He had attempted suicide about two to three weeks earlier. I diagnosed him as suffering from schizoaffective disorder. This illness is marked by periods of depression or mania with a concurrent period of delusions or hallucinations. The Diagnostic and Statistical Manual of Mental Disorders IV-TR cautions that this illness is difficult to distinguish from Schizophrenia or from a Mood Disorder with psychotic features (such as Depression or Bi-Polar illness). I diagnosed schizoaffective because of Mr. Fields' complaints of auditory hallucinations which were reported concurrent with his mood symptoms. Although reasonable mental health professionals could disagree with regard to the

1

most appropriate diagnosis for Mr. Fields' (whether depression with psychotic features or bi-polar illness with psychotic feature), it was clear to me that he was ill. There was no indication in the jail records upon which to conclude that he was faking his illness, or that his complaints were not genuine. This is shown by the fact that from time to time, he reported to having responded to particular medication changes. For example, my note of October 3, 2003 indicates that he reported relief from his depressive symptoms when I changed his medication from Lexapro to Prozac. In that same visit he reported that the "voices are gone" but he also requested something for his lingering "anxiety." My notes of February 2, 2004 indicates that he told me that he was feeling better than he had in years. I also noted observations by correctional personnel, which caused me to believe that Mr. Fields was genuinely ill. On December 5, 2003 I wrote that correctional counselor Morris reported that Mr. Fields sleeps a lot and when he is awake he noticeably shakes and showed poor hygiene.

3.    Mr. Fields' illness was variable while he was in my care. By that I mean that he reported the abatement of symptoms and their return. He complained from time to time that the voices had returned; he reported that at times they were non-existent and at other times they were moderately disturbing. The same was true for his mood. At times, as noted above, he felt great. Other times he felt depressed or anxious. I adjusted his medications as his symptoms ebbed and flowed, which is the

2

way in which a person with schizoaffective disorder is normally treated. Among the psychiatric medications I ordered were Prozac, Lithium, Loxitane and Artane. This was a standard regimen for patients with schizoaffective disorder.

4.      Until being contacted recently by Mr. Fields' attorneys, I was never before contacted by either the prosecution or defense in his case. Had I been contacted at the time of his trial, I would have testified consistent with the views expressed in this statement.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Larry Trombka, M.D.

Dated:      Taft, Oklahoma
            03/26 , 2010

3