The New York Times          **Health**          e-m:

NYTimes: Home - Site Index - Archive - Help          Welcome, n3dgt - Memb

[Go to a Section ▼] [Go]          Site Search: [ ]

election analysis

to subscribe today for as low as $2.90 a week          The New Yor

NYTimes.com > Health

# Labels on Antidepressants Sought to Warn of Suicide Risk

**By GARDINER HARRIS**
Published: March 22, 2004

**ARTICLE TOO**

☑ E-Mail This
🖨 Printer-Frie
📧 Most E-Mal
✉ Reprints & |

ARTICLE TOOLS
SPONSORED BY

**READERS' OP**
• Forum: Join ₅
  Mental Healtl

**TIMES NEWS**
**Topics**
Food and Drug
Administration
Drugs (Pharmac
▸ Create Your Ov
▸ Most Popular A
[ CLICK HERE 1 ]

Federal regulators asked drug manufacturers today to place strong and detailed warnings on the labels of all antidepressants stating that patients taking the pills can become suicidal. But the warnings do not conclude that the drugs are to blame.

Since suicide is such a rare side effect, studies on the subject have been difficult to interpret, the regulators said. But even in the absence of clear proof, a scientific advisory panel told the Food and Drug Administration last month that the agency should issue stronger warnings about the possibility that children given the drugs could become suicidal.

Instead, the F.D.A. decided to warn physicians that all patients — adults and children alike — should be watched very closely during the first weeks of therapy for signs that their depression might be worsening.



Advertisement

Travel

Click here

"It warns physician that patients' depression may become worse, that they may develop suicidal thinking or behavior after the initiation of treatment," said Russell Katz, director of the neuropharmacology division of the F.D.A.

**HEALTH**



High
R

Research
archive of moi
documents fro

• food and dn

The warning also tells physicians to be particularly careful to evaluate whether their patients have bipolar disease, which can lead them to become manic depressive. Antidepressant therapy in those who suffer bipolar disease can cause a manic episode, the label states. Manic attacks can be "very dangerous," Dr. Katz said.

http://www.nytimes.com/2004/03/22/health/22CND-DEPR.html?hp

Several drug makers said that they were studying the request and would soon decide how to react.

Dr. Catherine Clary, a Pfizer vice president, said her company would work closely with the F.D.A. to come up with appropriate label changes for its huge-selling pill, Zoloft. "I can't tell you that we'll add this warning word for word, but we're working very closely with" the F.D.A., Dr. Clary said.

A spokeswoman for GlaxoSmithKline, the maker of Paxil, said her company was also studying the request.

Dr. Jeffrey Lieberman, a professor of psychiatry and pharmacology at the University of North Carolina, said that the warnings suggested that antidepressants had become a bit too popular and that physicians had become a bit too casual about dispensing them.

"I think the effect of these warnings will be to have physicians to become a bit more conservative in using these drugs," Dr. Lieberman said. "They'll start limiting their use of them just to patients who are clearly depressed with clinically significant symptoms, as opposed to those who have very mild symptoms."

Dr. Regina Casper, a professor of psychiatry at Stanford University, agreed. Patients who are given their first prescription for an antidepressant need to see their doctor at least once a week and perhaps more frequently in the first weeks of therapy, Dr. Casper. But family physicians rarely have the time to give that kind of attention, she said.

"I think this will have a real sobering effect among family practice doctors," Dr. Casper said.

The controversy about whether popular antidepressants actually cause some patients to become suicidal has been raging for 14 years. In 1991, a scientific advisory panel concluded that there was no evidence linking use of the drugs with an increased risk of suicide, but the controversy flared again last year, when studies showed that children and teenagers given Paxil were more likely to become suicidal than those given a placebo.

While there have been instances of suicide among people taking these drugs, what has never been determined is whether the suicides were the result of the patients' underlying depression or their use of the drugs.

**Get home delivery of The Times from $2.90/week**

NEW IN REAL



House

Petaluma, CA
• Beautiful 18-
• Olympic size
• Approximatel
• 5-bedrooms

View this and i
homes in Calif
realestate.nyt

OUR ADVERTI

Free IQ Test

Cancer? Call N
Kettering now