D-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    08/07/2003

DANIEL BERTIS DEWAYNE PRESSLEY, a white male, date of birth October 26, 1966, Social Security Account Number ▮▮▮▮▮▮, who resides at ▮▮▮▮▮▮▮▮▮▮▮▮, Heavener, Oklahoma, home telephone ▮▮▮▮▮▮▮▮ was advised of the official identity of the interviewing Agent and the purpose of the interview. Present during the interview were U.S. Forest Service Agents PAUL JOLIVETTE and GARY ROSE. PRESSLEY provided the following information:

PRESSLEY is married to MARILYN KAY PRESSLEY. PRESSLEY has worked at the JIMMY HAMILTON CORRECTION FACILITY in Hodgen, Oklahoma, telephone 918/653-7831, extension 361 since May 18, 1998.

Prior to working at the JIMMY HAMILTON CORRECTION FACILITY, PRESSLEY worked as a Railroad Conductor for approximately six months.

Prior to working as a Railroad Conductor, PRESSLEY worked as a Concrete Company Driver for FORT SMITH ARCOLA SAND AND GRAVEL for approximately four years and also for TWIN CITIES CONCRETE in Poteau, Oklahoma.

From approximately October 3, 1985 through 1993, PRESSLEY worked at KERR McGEE in the Mojave Desert in California as a Production Value Service Maintenance and Lubrication Specialist.

PRESSLEY first met EDWARD FIELDS in 1998 as a co-worker at the JIMMY HAMILTON CORRECTION FACILITY in Hodgen. FIELDS and PRESSLEY became friends at work and began to socialize together after work. PRESSLEY recalls their first social activity where PRESSLEY and FIELDS set trot lines in the Poteau River at night in 1998. For the next few years, PRESSLEY and FIELDS would see each other numerous times at work during the day. PRESSLEY and FIELDS became close friends and fished, hunted squirrels, hunted snakes, went on canoe trips, went noodling and shot pool together over the past several years. PRESSLEY and FIELDS' social activities increased over the past two years. Sometimes, PRESSLEY and FIELDS would socialize together after work several times a week. FIELDS quit the prison in either 1999 or 2000 and went to Ohio to do some work with fiber optics. FIELDS was gone a couple of months and then returned to Oklahoma. When FIELDS moved back, PRESSLEY and FIELDS continued to socialize.

Investigation on    07/25&30/2003 at Poteau, Oklahoma                                    000355

File #  70A-OC-65054                                    Date dictated  07/30/2003

by  SA GARY W. GRAFF:gw

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

70A-OC-65054

Continuation of FD-302 of _____DANIEL PRESSLEY_____ , On _07/25&30/2003_ , Page _2_

        PRESSLEY described FIELDS' hobbies as canoeing, squirrel
hunting, snake hunting (by hand), shooting pool, fishing, and
noodling.  FIELDS also liked to date girls and work on computers.
PRESSLEY described FIELDS as very smart.  FIELDS likes to play a
computer game which involves flying airplanes.

        PRESSLEY is aware that FIELDS has known CAROLE LAMB for
some time.  LAMB has told PRESSLEY that her relationship with
FIELDS is not a sexual relationship.  FIELDS has also dated
MICHELLE TIPTON, who is MARILYN PRESSLEY's cousin.  PRESSLEY
described FIELDS' relationship with MICHELLE TIPTON as ROCKY.
PRESSLEY was aware that FIELDS would stay at CAROLE LAMB's
residence during periods he was split up with MICHELLE TIPTON.
FIELDS has been seeing TIPTON off and on for the past year.

        FIELDS has mentioned to PRESSLEY that he has recently
spent nights up on the Skyline Drive a few times in his truck and
also spent nights at Wister Lake.  FIELDS has also told PRESSLEY
that CAROLE LAMB has visited FIELDS at Wister Lake in the evenings.
LAMB's visits and FIELDS' spending the night upon Skyline Drive and
Wister Lake have occurred the week prior to July 10, 2003.

        On Monday, July 7, 2003, FIELDS showed up at PRESSLEY's
residence.  FIELDS assisted PRESSLEY in loading a motorcycle and
taking this motorcycle to a shop in Fort Smith, Arkansas.  FIELDS
and PRESSLEY returned to PRESSLEY's residence late Monday evening
at approximately 10:00 p.m. or 11:00 p.m.  PRESSLEY offered for
FIELDS to spend the night at PRESSLEY's residence but FIELDS
declined.  During the trip to Fort Smith on July 7, 2003, FIELDS
informed PRESSLEY that he had seen a vehicle with a couple in it
parked up on Skyline Drive.  FIELDS was not specific as to where on
Skyline Drive FIELDS observed the couple, but believed it was
probably a vista west of Winding Stair.  FIELDS explained to
PRESSLEY that FIELDS put on his gilli suit and snuck up on them to
see what they were doing.  PRESSLEY asked FIELDS why he had done
this and FIELDS told PRESSLEY that the couple were "fooling around"
and FIELDS wanted a closer look.  PRESSLEY was impressed that
FIELDS meant that the couple were fooling around sexually.  FIELDS
described the couple as a young couple, but did not say what time
of day he snuck up on them.  FIELDS did not specify what day it was
that FIELDS had snuck up on them, but PRESSLEY got the impression
that it was within the past few days of their discussion on July
7th.

                                                    000356

D-302a (Rev. 10-6-95)

70A-OC-65054

Continuation of FD-302 of    DANIEL PRESSLEY    , On 07/25&30/2003 , Page    3

On Thursday, July 10, 2003, FIELDS came by PRESSLEY's house in the late afternoon, sometime after 4:00 p.m. FIELDS asked PRESSLEY if PRESSLEY wanted to do something. PRESSLEY had plans to play the casino in Fort Smith. FIELDS and PRESSLEY's conversation was fairly short. PRESSLEY did not notice anything unusual about FIELDS' demeanor and FIELDS seemed to act fine. FIELDS did not appear to be depressed or stressed out and did not mention needing any money. FIELDS was driving his blue Chevrolet pickup truck when he stopped by. PRESSLEY did not know where FIELDS was planning on spending the night Thursday night.

PRESSLEY had two or three telephone conversations with FIELDS on approximately July 16 and 17, 2003. FIELDS and PRESSLEY were planning a fishing trip for July 18, 2003. FIELDS sounded fine during these telephone conversations and PRESSLEY could determine nothing unusual about his demeanor or personality. FIELDS mentioned that he really needed to go fishing. The topic of the killings up at Winding Stair did not come up during these conversations. FIELDS did not mention anything about money during the conversations.

PRESSLEY is aware that FIELDS owns a 22 Marlin rifle. PRESSLEY described the finish as a medium wood finish on the rifle. The rifle has a black barrel and a large good quality scope. The scope is very powerful. Approximately three or four weeks ago, FIELDS showed PRESSLEY the rifle wrapped in burlap stripping. FIELDS was staying with CAROLE LAMB in Wister at the time and FIELDS showed PRESSLEY the rifle at LAMB's residence. FIELDS did not explain to PRESSLEY why he had wrapped the rifle in burlap. PRESSLEY has seen the weapon on several occasions over the years and FIELDS had never had it wrapped before. It was PRESSLEY's impression that when FIELDS showed him the rifle at LAMB's residence, that FIELDS had wrapped the rifle recently. (On July 30, 2003, Special Agent GARY W. GRAFF showed PRESSLEY a picture of a rifle wrapped in burlap and PRESSLEY dated and initialed the back of the photograph indicating that it looked just like the rifle that FIELDS had and which FIELDS had shown PRESSLEY at CAROLE LAMB's residence).

PRESSLEY is aware that approximately one and one-half to two years ago, FIELDS made a gilli suit out of netting which included frayed ropes of different colors. PRESSLEY described the overall tint of the suit to be olive with contrasting colors. FIELDS made this suit to go squirrel hunting. FIELDS would wear the suit when PRESSLEY and FIELDS went squirrel hunting. PRESSLEY

000357

D-302a (Rev. 10-6-95)

70A-OC-65054

Continuation of FD-302 of _____ DANIEL PRESSLEY _____ , On 07/25&30/2003 , Page 4

described FIELDS as being a good shot and has seen FIELDS shoot squirrels from 70 yards away with the powerful scope of FIELDS' 22 caliber Marlin rifle. PRESSLEY is not certain if it's common for an individual to wear a gilli suit while squirrel hunting. The only time that PRESSLEY has ever seen FIELDS wear the suit is when they were squirrel hunting. FIELDS liked to stalk squirrels. PRESSLEY believes that FIELDS found stalking squirrels to be exciting. FIELDS would often see squirrels and shoot them before PRESSLEY had a chance to even see them. FIELDS never mentioned making the gilli suit or wrapping his gun in burlap as a reason to stalk people.

PRESSLEY believes that FIELDS maintained enough money during the week prior to July 10, 2003 to purchase a motel room if he so desired. PRESSLEY suggested to FIELDS during the week prior to July 10, 2003 that FIELDS obtain a motel room and relax. FIELDS informed PRESSLEY at the time that he did not want to spend that much money just for a motel room. PRESSLEY was impressed that FIELDS had the money, but just did not want to spend it on a motel. FIELDS normally had enough money to get by especially when he was working and FIELDS was working the week prior to July 10, 2003.

FIELDS did not talk much about his ex-wife. It was not PRESSLEY's impression that FIELDS had any anger towards his ex-wife. FIELDS never complained to PRESSLEY about having to pay child support.

PRESSLEY described FIELDS as being somewhat "tight" with his money, especially when it came to purchasing necessities. However, FIELDS would spend money freely on food or things to influence girlfriends.

Approximately four or five weeks ago, FIELDS and PRESSLEY took a trip to Little Rock, Arkansas, together. It was PRESSLEY's idea. The two men went to a club and played pool. They also stopped in the Ozark River on the way back. FIELDS did not meet any female friends along the way. FIELDS and PRESSLEY spent one night in a motel in Little Rock.

FIELDS' mother is named MARY MARGARET FIELDS. MARY is very sick with Lupus in the advanced stages. MARY will speak in a slurry tone at times. FIELDS' father, MARY's husband, passed away last year. PRESSLEY described MARY as a nice lady.

000358

0-302a (Rev. 10-6-95)

70A-OC-65054

ntinuation of FD-302 of ___DANIEL PRESSLEY_____ , On __07/25&30/2003__ , Page __5__

The blue Chevrolet pickup truck which FIELDS drives belongs to FIELDS' mother, MARY. PRESSLEY believes that the truck is still in MARY's husband's name, EDWARD L. FIELDS.

PRESSLEY described FIELDS' mental state as being sometimes up and sometimes down. FIELDS' mental state seems to depend somewhat on his relationship with MICHELLE TIPTON. FIELDS has mentioned to PRESSLEY that FIELDS really loves MICHELLE. During the first part of June, PRESSLEY assisted FIELDS moving his personal belongings out of MICHELLE's residence to a storage building. MICHELLE TIPTON had kicked FIELDS out of her house.

During FIELDS' lowest times, FIELDS appears quiet and tired with a general attitude that "life is too hard." It appears to PRESSLEY that to FIELDS, life is too hard to work at to make better at times. FIELDS has mentioned to PRESSLEY being suicidal approximately 15 to 20 times, especially during the last year, and especially during the last four months.

PRESSLEY recalls an incident approximately three weeks ago when PRESSLEY and FIELDS visited some cliffs near Lake Eufaula. FIELDS proceeded to jump off a cliff into the water and cut his back slightly. PRESSLEY scolded him for jumping so close to some rocks. FIELDS responded to PRESSLEY "The worst thing that could happen is I would get killed." It appeared to PRESSLEY that FIELDS did not hold his life in high regard.

It was not unusual for FIELDS to laugh. FIELDS had a normal sense of humor. Things that would make FIELDS laugh would include PRESSLEY losing at a game of pool, or PRESSLEY losing a fish off his line. PRESSLEY described these things as "normal stuff that most men would laugh at."

PRESSLEY described FIELDS' character. PRESSLEY has never known FIELDS to steal and PRESSLEY trusts FIELDS with his personal belongings. PRESSLEY also trusts FIELDS to keep confidences. PRESSLEY has never known FIELDS to be violent. FIELDS will occasionally get angry, perhaps a little loud and cuss a little, but PRESSLEY described these as normal human reactions to things that "piss us all off." PRESSLEY has never seen FIELDS hit anyone or hurt anyone.

000359

D-302a (Rev. 10-6-95)

70A-OC-65054

ontinuation of FD-302 of    DANIEL PRESSLEY                         , On 07/25&30/2003, Page    6

       FIELDS will talk about sex at times as would a normal male.  FIELDS sometimes likes to shock people with his comments to get their reaction.  As an example, PRESSLEY remembers FIELDS saying words to the affect "I won't mess with sheep, I'm allergic to wool."

       FIELDS is an honest person.  However, FIELDS will lie to females to get what his wants.  FIELDS has always been honest with PRESSLEY.  If PRESSLEY needed FIELDS, FIELDS was there.  When PRESSLEY's mother was sick, FIELDS brought dinner by the PRESSLEY's residence.

       PRESSLEY described FIELDS' personality as someone looking for something they could not find or could not reach.  Other than that, there was nothing unusual.  FIELDS does not seem capable of killing anyone.  PRESSLEY is aware that over the past three weeks, FIELDS has taken medication for depression.

       FIELDS has never mentioned hearing voices to PRESSLEY.

       PRESSLEY described FIELDS as somewhat shy and one who did not make friends easily.  FIELDS did not try to make friends.  PRESSLEY is aware that FIELDS was good friends with DAVID LOVE with whom FIELDS worked on computers.  PRESSLEY is not aware of any other associates of FIELDS outside of work.

       FIELDS occasionally helped PRESSLEY fix PRESSLEY's computer.  FIELDS would chat on-line and play computer games.  On a few occasions, FIELDS downloaded adult pornography off the Internet.  FIELDS liked to chat with other countries and can speak a little Japanese and a little Spanish.  PRESSLEY is not aware if FIELDS maintains any sexual videos.

       PRESSLEY has no idea why FIELDS would kill anyone.  PRESSLEY does not understand the motives for FIELDS to kill anyone.  PRESSLEY had nothing to do with the killings of CHARLES and SHIRLEY CHICK on July 10, 2003.  PRESSLEY did not know about the killings until he found out through the news media.

       PRESSLEY and FIELDS have used e-mails to communicate in the past, but PRESSLEY could not recall any e-mails in the past eight or nine months.

000360

D-302a (Rev. 10-6-95)

70A-OC-65054

ontinuation of FD-302 of     DANIEL PRESSLEY                          , On 07/25&30/2003 , Page  7

PRESSLEY and FIELDS have had no discussions about the events of July 10, 2003.  FIELDS has not made any admissions to PRESSLEY.  PRESSLEY spoke with FIELDS on July 24, 2003 for a few minutes when FIELDS called from jail.

On July 30, 2003, PRESSLEY was shown a picture of a gilli suit.  PRESSLEY identified the gilli suit as being that of FIELDS, specifically because of the various ropes and colors of the ropes included in it.  PRESSLEY dated and initialed the back of the photograph.

On July 30, 2003, PRESSLEY was shown a photograph of a 22 Marlin rifle wrapped in burlap.  PRESSLEY identified the gun as looking exactly like the gun that FIELDS showed him while he visited CAROLE LAMB's house in approximately June 2003.  PRESSLEY had seen the weapon over the years, but had never seen it wrapped in burlap.  PRESSLEY did not ask FIELDS why it was wrapped in burlap.

PRESSLEY has never noticed FIELDS having a radar detector in his truck.  PRESSLEY has not been inside FIELDS' truck since July 10, 2003.

PRESSLEY was shown a photograph of a blue 1989 Chevrolet pickup truck.  PRESSLEY identified the truck as belonging to FIELDS and advised that FIELDS drives it everywhere.  PRESSLEY dated and initialed the back of the photograph.

000361