# OKLAHOMA STATE BUREAU OF INVESTIGATION

TITLE OF REPORT:    CRIME SCENE INVESTIGATION

On July 11, 2003, LeFlore County Sheriff's Department received a "911" call from MAX HENDRIX. HENDRIX told Dispatcher KIM LEONARD that two dead bodies were in a campsite in the Winding Stair Campground. LeFlore County Sheriff ROY GENTRY requested OSBI investigative assistance. OSBI Agents DONNIE LONG and IRIS DALLEY met HENDRIX, LeFlore County Deputies RICKY ROBINSON, THOMAS SCHUBERT, J. D. THORNBURG, and DALE FOUT, U. S. Forestry Officers GARY ROSE, JOE LOVETT, and JESSIE SCOTT, at the entrance to the campground.

The Winding Stair Campground was in the Winding Stair Mountain National Recreation Area. The campground had one entrance/exit. That entrance was north of HWY 1, about 2 miles west of the intersection of HWY 1 and US 259. The campsites were about .2 miles north or the campground entrance.

HENDRIX was riding a black, 1991, Honda, ST1100 motorcycle, Texas License Plate 414-L4M. HENDRIX told DALLEY and LONG that he had a 9mm pistol in the motorcycle. HENDRIX had a bandage on one finger. DALLEY asked HENDRIX for consent to search his motorcycle but HENDRIX refused.

The entrance to the campground was secured by a LeFlore County Sheriff's car and barrier tape. Campsite #15 was secured by barrier tape.

DALLEY videotaped and recorded digital images of the campsite, from the bathroom/showers building to campsite #15, and the surrounding campsites.

Campsite # 15 was at the northwest end of the campground. An asphalt drive was along the east side of the campsite. The tent pad was at the north end of the drive. A concrete picnic table was west of the drive. Fixed poles were at the north and south ends of the table. A grill was in the northwest corner of the campsite.

Investigation On: 07/11/03          At: WINDINGSTAIR CAMPGROUND          By: IRIS DALLEY          File:    CR 03-527

Offense: HOMICIDE                    Victim: CHARLES CHICK & SHIRLEY CHICK          Case Agent: DONNIE LONG

Office:    ERO    Date Reported: 08/01/03    Approved by: _____    Date Approved: _____    IND: .031

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.

000110

CR 03-527.031
CRIME SCENE INVESTIGATION
PAGE 2

A blue, 1996, Ford van, Texas License Plate SZK-70F, was parked in the drive of campsite #15. The van faced south. All the van doors were closed. A dark green Cabela's tent was set-up and secured on the tent pad. The tent was about 15 feet behind the van. A green dining canopy was suspended above the picnic table. The picnic table was about 10 feet west of the drive.

Campsite #14 was northeast of campsite #15. Numerous trees and brush separated those two campsites. A burlap-like fiber and small gouges were in the bark of a tree between campsite #14 and campsite #15. That tree was about 76 feet northeast of the tent in campsite #15. The gouges and the fiber were on the north side of that tree, a few inches above the ground. A partial shoe wear impression was on the ground below the gouges and fiber, on the north side of that tree. A circled "13" pattern was in that shoe wear impression. DALLEY cast that impression in dental stone and she collected the fiber from the tree bark.

The body of an adult white female was on the asphalt at the passenger side of the van. She was lying on her right side, with her head beside the front edge of the front passenger door. Her right arm was bent at the shoulder and elbow, with her right hand palm-up. Her left arm was bent at the shoulder and twisted at the elbow. Her left hand was palm-up, beside her waist. Her right leg was extended to the north. Her left leg was bent at the hip and knee, with her left foot beside her right knee.

DALLEY observed lividity in the palm of the woman's left hand.

The woman was dressed in a blue lightweight knit jacket, white shirt, blue jeans, and white athletic shoes. The left shoulder of the jacket was pulled up over her left shoulder, left upper arm, and head. Twine-like fibers were on her left shoulder. Those fibers were about 6 inches long. A burlap-like fiber was on her left wrist, and another burlap-like fiber was on her left ankle. DALLEY collected the fibers from her wrist and the ankle.

A blood pool was on the drive under the woman's body and beside the van. That stain pattern extended from below her head, under her body and left foot, then to the rear of the van.

A large, soaked bloodstain was on the front of the right leg of the female's jeans, above the drive. A soaked bloodstain was on the front of the shirt, above the drive. Those bloodstains were not consistent with occurring

000111

CR 03-527.031
CRIME SCENE INVESTIGATION
PAGE 3

while the body was in the position described above. Blood spatter was on the front and back of her right hand.

A sandal was on the drive near the top of the female's head. Bloodstains were on both sides of that sandal. DALLEY collected that sandal.

Bloodstains were on the passenger doorstep, in front of the woman's head. Those stains were a flowing pattern, from the inside the van. No other bloodstains were on the passenger side of the van.

A pair of eyeglasses was under the woman's head. Keys were in the right front pocket of her jeans. DALLEY collected the eyeglasses and the keys.

Medical Examiner's Investigator SHERRY BEDFORD examined the woman's body in the campsite. Dowden Funeral Home removed the body for transport to the Office of the Chief Medical Examiner in Tulsa for autopsy.

DALLEY opened the front passenger door. Three sandals were inside the front passenger doorstep, between the front passenger seat and the front passenger door. Bloodstains were on those sandals and in the runners of the doorstep. Blood spatter was on the front passenger doorpost, below the dash, and on the hinge and frame of the opened passenger door. A tissue-like fragment was on the vertical portion of the doorstep. Fragments of broken glass were on top of the sandals and blood in the doorstep. DALLEY collected the three sandals and the tissue-like fragment.

A spent, .22 caliber shell casing was on the drive in front of the right front tire, about 5 feet from the woman's head. A spent, .22 shell caliber casing was on the ground west of the drive, about 7 feet from the woman's head. DALLEY collected those shell casings.

The body of an adult white male was on the ground about 2 feet west of the picnic table. His body was face-down, with his head to the south and his feet to the northwest. His right arm was extended from the shoulder and bent at the elbow, with his right hand palm-down on the ground beside his head. His left arm was under his chest. His left hand was palm-up, on the ground next to his right elbow. His legs were straight, with the soles of his feet up.

CR 03-527.031
CRIME SCENE INVESTIGATION
PAGE 4

The male was dressed in a lightweight knit jacket, a striped shirt, and jeans. The jacket was pulled over his left shoulder and the back of his head. The left front pocket of his jeans was partially turned out. A brown, slip-on shoe was on his right foot. His left foot was bare. DALLEY observed lividity in the sole of his right foot, from the instep across the bottom of the toes. There was no lividity on the top of his right foot. The lividity pattern in that foot was opposite to its position on the ground.

The back of the man's right hand was bloodstained. That bloodstain pattern had a line of demarcation from the base of the thumb to the base of the right ring finger. The bloodstain extended from that line, over the back of his right fingers, and along both sides of his right hand. That bloodstain pattern was not on the right palm. A smeared bloodstain was across the back of his left hand. A few bloodstains were across the top of his right toes. The bloodstains on his hands and right foot were not consistent with occurring while the body was in the position described above.

A blood pool was on the ground under and around the man's head. Patterns in that blood pool indicated that one or more objects in the blood pool area had been moved.

A large bloodstain was on the front of the man's shirt. The ground below the shirt was not bloodstained.

A key chain and keys, a vial of small pills, and $7.57 in coins were in the man's pockets. DALLEY collected those items.

Medical Examiner's Investigator SHERRY BEDFORD examined the man's body at the campsite. The body was removed by Dowden Funeral Home for transport to the Office of the Chief Medical Examiner in Tulsa for autopsy.

A right, brown, slip-on shoe was on the ground between the man's left leg and the north end of the picnic table. That shoe matched the shoe on his left foot. Blood drops and a smear were on the top of the toe-end of that right shoe. No bloodstains were inside that shoe. DALLEY collected that shoe.

A vinyl tablecloth was on the picnic table. That tablecloth was secured across the north and south ends of the table with elastic cords. A large blood pool was in the middle of that tablecloth. A smaller area of

000113

CR 03-527.031
CRIME SCENE INVESTIGATION
PAGE 5

bloodstain was on the tablecloth northeast of the blood pool. Mist-like bloodstains were on the tablecloth along the east side of the tabletop. Directional spine-like bloodstains radiated from the east side of the large blood pool. Those stains were on top of the mist-like stains. Smears were along the north and south sides of the large blood pool. Drip patterns were down the west side of the blood pool. Those drips extended from the blood pool to the bottom edge of the tablecloth.

A black flashlight and a yellow portable hazard radio were on the table southeast of the large blood pool. Smears and blood spatters were on the flashlight and the radio. The flashlight and the radio were both functional; both were "off".

A ½ full Coors Light beer can, in an orange Little Caesar's coozie, was on the table north of the blood pool on the tablecloth. Blood spatter was on the south side of the coozie.

An insect-repellant candle, in a glass jar, was on the south end of the table. Melted wax was on the sides and in the bottom of the jar. The wick was burned to the level of the melted wax.

A large, green, Coleman squeeze bottle with a white lid and straw was on the east bench of the picnic table. That bottle was ½ full of liquid. A small amount of blood spatter was on that bottle and on the east picnic bench. An open bag of popcorn was on the ground at the east side of the picnic table, below the squeeze bottle. That bag was not bloodstained.

DALLEY collected the popcorn bag, squeeze bottle, candle, radio, flashlight, beer can and coozie, and the tablecloth.

A spent .22 caliber shell casing was on the ground about 5 feet northeast of the picnic table. DALLEY collected that casing.

A clothesline was suspended from trees limbs above the north side of the campsite. A purple Royal Crown bag was hanging from the clothesline, north of the picnic table. That bag contained "D" rings and clothespins. A brown hand towel and a white washcloth were hanging on the clothesline behind the tent. Empty clothespins were on the clotheslines beside the towel.

CR 03-527.031
CRIME SCENE INVESTIGATION
PAGE 6

The driver's window of the van was broken. A piece of the glass safety film, with glass fragments attached, was hanging from the top back right corner of the driver's window frame. Part of that piece of the window was caught between the driver's door and the doorframe. A large piece of the broken window was on the east edge of the drive. A piece of broken concrete was on the ground about 1 foot east of that piece of window. Glass-like fragments were in that piece of concrete. A depression in the ground near the left rear of the van had the same size and shape as the piece of concrete. DALLEY collected the two pieces of the driver's window and the rock.

A cigarette butt was on the ground near the rock. DALLEY collected that cigarette butt.

A partial latent print was on the driver's doorframe, beside the driver's window frame. A scrape pattern was on the exterior side of the driver's door. DALLEY lifted the print and the scrape pattern.

A bloodstain was on the left end of the dash, near the driver's window. DALLEY collected that stain.

A Geritol bottle and a small fishing bobber were on the drive near the driver's door. DALLEY collected that bottle and bobber.

The area around the front seats appeared ransacked. The cover of the center console had been removed and it was lying between the front seats. A silver flashlight, a white roll of medical tape, and a piece of torn brown paper were on the driver's seat. The paper appeared to have been torn from a sack on the right middle seat. Miscellaneous plastic bags, notes, fishing tackle, and other small items were scattered around the driver's seat and between the front seats. Two latex gloves were on the floor near the driver's seat. Glass fragments were on and under items in the front end of the van, from the driver's door to the passenger door. DALLEY collected the medical tape and the latex gloves.

The van was packed from the middle seats to the back door. The tops of containers on the middle seats were open. Cases of beer were in the doorstep of the right side of the van, behind the front passenger seat. Camping gear and clothing was packed on and behind the back seat. Camping gear, clothing, and foodstuffs were packed behind the back seat. Items in the back seat and rear of the van appeared undisturbed.

000115

CR 03-527.031
CRIME SCENE INVESTIGATION
PAGE 7

DALLEY collected miscellaneous documents, maps, and a journal from the van. Some of those documents indicated that the van was owned and maintained by CHARLES CHICK and SHIRLEY CHICK, ████ ████████████████. One of the documents in the van was a parking space assignment letter from Lockheed (Fort Worth, Texas) to CHARLES CHICK.

The front of the tent faced southwest. The tent door flap was zipped closed. Bed mats and bedding were spread across the floor of the tent. A few plastic bags were on the floor at the west side of the tent. Two bags contained clean, folded clothing. One bag contained clean, folded pajamas.

The tent and its contents were placed inside the van. The van was removed from the campsite by Moholt Wrecker Service.

The bathroom/showers were locked by U. S. Forestry Officers after the bodies were found. The women's bathroom/shower was clean and dry. The men's bathroom/shower was clean. The shower floor was wet. DALLEY tested the shower stall and floor for the presence of blood. No blood was found.

DALLEY secured the following items in the OSBI Eastern Office Regional Property Room:

1. Cast of shoe wear impression.

2. Burlap-like fiber from tree.

3. Coors beer can in coozie.

4. Flashlight and radio from table.

5. Candle from table.

6. Green squeeze bottle from east bench of table.

7. Bag of popcorn from ground at east side of table.

000116

CR 03-527.031
CRIME SCENE INVESTIGATION
PAGE 8

8. One brown shoe from ground near northwest corner of table.

9. Key chain and keys from male's jeans pocket.

10. Vial of pills from male's jeans pocket.

11. Coins ($7.57) from male's jean pockets.

12. One .22 caliber shell casing from ground east of table.

13. Burlap-like fiber from female's wrist.

14. Burlap-like fiber from female's ankle.

15. Sandal found next to female's head.

16. Keys from female's jeans pocket.

17. Eyeglasses found under female.

18. One .22 caliber shell casing from ground west of female.

19. One .22 caliber shell casing from drive near right front tire.

20. One fishing bobber from drive east of van.

21. One Geritol bottle from drive east of van.

22. One cigarette butt from ground east of van.

000117

CR 03-527.031
CRIME SCENE INVESTIGATION
PAGE 9

23.    Rock from ground east of van.

24.    Latent lift from driver's doorframe.

25.    Lift of scrape pattern from driver's door.

26.    Medical tape from driver's seat.

27.    Latex glove from van floor.

28.    Driver's window glass from drive east of van.

29.    Driver's window glass from driver's door.

30.    Bloodstain from left end of dash.

31,    Three sandals from front passenger doorstep.

32.    Tissue-like fragment from front passenger doorstep.

33.    Miscellaneous documents, maps, and journal from van.

DALLEY recorded the video and digital images on compact disks. DALLEY retained those disks.


**END NOTE:**

The van and tent were searched pursuant to a Search Warrant issued by Special Judge FARLEY WARD. A copy of the Affidavit and Search Warrant were attached to this report.

LeFlore County Sheriff's Deputy J. D. THORNBURG made a Crime Scene Entry Log. He gave that information to DALLEY. A copy of the Crime Scene Entry Log was attached to this report.

000118

CR 03-527.031
CRIME SCENE INVESTIGATION
PAGE 10

DALLEY prepared a log of the video and digital images of the scene. A copy of the log was attached to this report.

DALLEY prepared a chart of the Crime Scene Measurements. A copy of that chart was attached to this report.

DALLEY prepared a map and sketch of the crime scene. Copies of the map and sketch were attached to this report.

000119