# EDWARD LEON FIELDS, JR.

## PRELIMINARY ASSESSMENT

Edward Leon Fields, Jr., was born on ███████, in Oklahoma City, to Edward Leon Fields and Mary Margaret Ginniman Fields. Our client is referred to as "Eddie" by family and friends. Although the records have not yet been received, Eddie was not expected to live following his birth as a result of "hollow membrane disorder", which is now referred to as respiratory distress syndrome. He has one older sibling, Cherie Fields, who is less than two years older than Eddie. Eddie's parents remained married until his father's death on October 27, 2002, at the age of 61 years. The fact that Eddie's parents were devoted to each other throughout their marriage is undisputed, but their relationship with each other was in exclusion to their children. Because of Eddie's father's busy work schedule, there was very little interaction between Eddie's father and the children. Although Eddie's mother worked outside the home very little, there was also limited positive interaction from Eddie's mother.

Eddie's father worked the majority of his life as a supervisor with various coalmines and made a substantial salary. Limited information is known with regard to Eddie's paternal family members, but paternal aunts of Eddie were sexually abused and as a result, the siblings were placed in foster homes and in adoptive homes. Very little interaction occurred among the siblings following their separation and to date, there are siblings whose locations are unknown. Eddie's father also served a three-year sentence in Granite, Oklahoma at age 21 for Burglary, but this is unverified.

Eddie's mother had a very close relationship with her father, although Eddie's grandfather was also a person who did not talk about his feelings and did not display emotion. Eddie's grandfather, Jack Ginniman, died in 1995, unexpectedly, as a result of an aneurysm. Eddie's mother reported her own mother as being a cold, uncaring person to her two daughters but very devoted and loving toward Eddie. Eddie recognized, and was told, that he was the favorite grandchild of Pat Ginniman. Although Eddie acknowledged his grandmother's love and devotion to him, he did not speak of her in loving terms. Eddie's maternal family is very creative and talented and Eddie has a natural ability for drawing. Eddie's mother and grandmother taught themselves to make porcelain dolls, paint and make elaborate baskets.

Eddie had material items and was supported by his parents and maternal grandmother, financially throughout his life. Both sides of his family have tremendous work ethics and employment histories. Eddie has maintained work, for the most part, throughout his life; however, he did not report any goal or type of employment in which he was interested or particularly enjoyed. This aspect of Eddie's life has often been brought up to him by his immediate family members, who never understood his apathetic outlook on the

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                                2
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

importance of supporting his children and maintaining regular employment. It has been reported that while in the hospital as a result of cancer, Eddie's father told him not long prior to his death, that before he died, he had hoped he would see Eddie "make something of himself." Eddie's father implied that this would not be the case.

Eddie reported that throughout his life he has never been happy and feels that he has been depressed since childhood. During his childhood and early teenage years, he did not report his feelings or discuss his thoughts with anyone. Throughout his life, he also reported hearing a voice from within his head, which at times repeats a phrase or command incessantly, until the point Eddie felt he had to act on it. He also noted that there have been numerous occasions throughout his life that he would quit employment for no logical reason or quit an activity, which he enjoyed, such as running track and playing football while in high school. At age 17, Eddie received psychiatric counseling for the first time; however, it is believed that the basis of the referral was due to Eddie's behavioral problems at school and at his parents' home. Eddie's behavioral problems, at approximately age 16, were resolved by him being forced to join the Navy from which he was honorably discharged. Several years later Eddie admitted, and continued to receive medication for depression, but he was treated by physicians not by a psychologist or a psychiatrist. Medication prescribed for Eddie was changed approximately one month prior to the crime, as his doctor provided him with samples of Effexor.

Eddie spoke of love for one person; Michelle Tipton, a woman he began dating in July 2002. Although Eddie has a daughter who is 17, and two children from his first marriage, ages 15 and 13, he did not speak of any of his children or other adult relationships in affectionate terms. Eddie's affect is very flat and his conversation is without emotion. There has been no indication that Eddie expressed his feelings or emotions to anyone throughout his life. There are reports of impatience with his children, issues with his anger and verbal abuse to persons; however, Eddie has no criminal history, as a juvenile or an adult.

As stated earlier, Eddie's father died in October 2002, after several months of illness from a heart condition and cancer. Eddie's mother has suffered from severe medical issues for many years, including lupus and possible multiple sclerosis. She suffers from rheumatoid arthritis and has brain lesions. Prior to, and following Eddie's father's death, he was placed in a position to assist with various chores in and around his parents' home. These included caring for the cows and other chores associated with the farm on which the family lived. It would appear that no matter what Eddie did, he would never be in a position to satisfy his mother as he could not live up to the high standards his father held. For the past several years Eddie also appeared to have an obsession with regard to chat rooms on the Internet and he has met numerous women as a result of the computer interaction. Eddie's mother noted that before she moved from Oklahoma in June 2002, Eddie listened to a particular song, which was about death and suicide over and over for hours at a time, while on the computer.

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                                    3
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

Even with the estranged relationship Eddie had with his parents, his father's death seemed to have an adverse effect on him. It was difficult for him to deal with his mother's declining health and grief as a result of her husband's death; and not long prior to the crime, Eddie's mother sold the family farm and moved to Virginia to reside with her daughter. Eddie faced the loss of his immediate support system and faced financial pressure as a result of child support complaints. In the spring of 2003, Eddie was advised by his wife, Teresa, that she had met someone else and wanted a divorce, which was final in March, 2003. It should also be noted that Teresa Skeens Fields has breast cancer, which is life threatening. Eddie also struggled to maintain a relationship with Michelle Tipton, who faced serious difficulties of her own at the time involving her children. Numerous stressors were in place, including but not limited to, Eddie feeling as he had no where to live and no one to turn to, along with increasing voices and depression.

## FAMILY BACKGROUND INFORMATION

### Paternal

Edward Fields, Jr.'s grandfather was John Henry Fields, who was born in 1901. He died in 1952 in a truck fire and it is possible he was drunk at the time of the fire, although it was reported that our clients' father saw his father on more than one occasion after the time of his reported death. John Fields worked as a migrant worker in California and Oklahoma. Reportedly, Fields' father was also named John Fields, who died at age 98 after his teeth were extracted. Fields' health declined after the dental work and he predicted his death would be a result of having his teeth pulled. John Fields, Sr., had a long gray beard and mustache. He was reported to be a doctor in Larado, Texas, who was shot seven times and who told his wife to take the bullets out, although the circumstances relative to the shooting are unknown.

Edward Fields' paternal grandmother was Willie Mae Shropshire, who died in 1959 as a result of a brain tumor. It is believed that the paternal grandparents were raised in Eufala, Oklahoma. Willie Shropshire's parents were George and Bessie Mae Sisk. They were reported to be "good people" by several persons. George Sisk died after being "beat up" in a tornado in Eufala; Bessie died of old age, although their dates of demise are unknown.

For the most part John Fields and his wife, Willie Mae, resided in Vian, Oklahoma, during times they were not in California picking crops. According to a paternal aunt, Retha Fenn, her biological father sexually abused her when she was four years old. She told her mother who did not believe her, initially. For whatever reason, Retha advised that her mother finally "threw" her father out of the home approximately in 1942. Information is contradictory with regard to whether Willie Mae Fields remarried, but

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.    4
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

given the fact that she had so many children to care for and with very little income, it is doubtful that she actually remarried. After John Fields death in 1952, Willie Mae received $13.00 monthly from social security for the four oldest children. She also received welfare in the amount of $144.00 a month. In approximately 1953, Willie Mae began a relationship with a man named Jack Thomas. Willie Mae and Jack Thomas had one child, a daughter named Bobbie but whose last name and whereabouts are unknown.

Two years later, Willie Mae developed a brain tumor and became blind. It was reported that the children were placed in various foster homes because Willie Mae was unable to care for them. According to Retha Fenn, the eldest daughter, Jack Thomas had been sexually abusing her for sometime and as a result, she became pregnant. Again, Retha's mother did not initially believe or support her, but Retha was able to enlist the support of her maternal aunt. Retha gave her infant son up for adoption and remains hopeful that she will one day locate him. Retha lived with her aunt and her maternal grandparents, but all the younger children were placed in foster homes and adopted. The children of Willie Mae and John Fields are as follows along with limited information about them:

**John (Jay) Fields** 04-19-35; married in 1956 and left OK to work in various states for several years. He has been truck driver for over 50 years. He has one grandson, age 11, who is BI-polar, hears voices, and who has received in-patient treatment for significant periods of time.

**Gene Fields**, deceased, year unknown, but within the past five years, as a result of hitting his head on the bathtub

**Johnny Ray Fields**, deceased, year unknown, but within the past five years, as a result of suffocating in a parking lot from smoking. It was reported he coughed himself to death.

**Retha Fields Fenn**, 03-2038; twin of Johnny Ray. Had polio as a child, did not start school until 10 years old, only has 4th grade education. Sexually abused and raped. Has been married for 31 years; one son; four grandchildren. Husband, Preston, appears to be mentally impaired. Retha also has a severe speech impediment.

**Edward Leon Fields**, client's father. Lived with his maternal grandmother for a period of time, was in foster home at age 16. Leon spoke little of his childhood, but reported his mother beat the children everyday. She advised it made her happy to beat them. Leon believed his father was possibly guilty of murder and faked his own death, although he was unable to obtain any details. Leon asked his older brother, Jay, for specific information about his parents, but Jay would never discuss anything.

EDWARDS LEON FIELDS, JR.                                          5
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

**Catherine LNU**, deceased, date unknown, cause unknown. Catherine was adopted as a child. She also had polio as a child and remained crippled throughout her life.

**Dorothy Fields Sapp**, adopted at approximately age nine, along with her sister, Helen. It was reported that Dorothy and Helen were also sexually abused by Jack Thomas. Dorothy cried while speaking with me and advised that her "adoption" was too painful to discuss. It was also reported that Dorothy related many years ago that she remembered being in court when the presiding judge asked Willie Mae Shropshire to choose between continuing her relationship with Jack Thomas or keeping her children. Willie Mae chose Thomas.

**Helen Fields Walker,** adopted at the same time and approximate age of her sister, Dorothy. Helen advised that she does not remember her childhood prior to her adoption and she feels this has helped her throughout the years. She related her adoptive parents never discussed her mother with her and they did not want Dorothy or Helen to seek out their siblings. Helen reported that she and Dorothy had very happy childhoods with their adoptive parents.

**Georgie LNU**, location unknown, by any siblings. She was adopted as a child and her name was reportedly changed.

**Betty LNU** was adopted as a child. She is reported to have been in an automobile accident, which left her face disfigured and as a result, she will not allow anyone to see her.

According to Jay Fields, his mother had two infants prior to his birth, who died at birth. There was another child who died in Oregon at age one, but the birth order of this child is unknown. Helen was responsible for the locating and contacting the siblings in the 1970's. Because Jay and Leon lived in fairly close proximity, they had more contact than the other siblings. Throughout the years, there has been limited contact among the siblings.

## Maternal

Eddie Fields grandfather was Thomas Lee "Jack" Ginniman, who died unexpectedly in 1995 from an aneurysm. Ginniman's parents were Henry and Elizabeth Ginniman. Henry is reported to have immigrated from Germany and to have worked on the railroad in Maryland. The family was Catholic.

Children of Henry and Elizabeth:

**Jack Ginniman**

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                            6
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

**Elizabeth "Tookie" LNU**

**Mary Alice LNU**

**Charlotte Ann LNU**, died of cancer, date unknown

(Little information is known with regard to these paternal relatives, as the information was provided by Eddie fields' maternal grandmother. Her physical and mental health is impaired).

Eddie Fields' grandmother is Mildred Pat Hines; ███████████.
Her parents were Charlie Hines, ████████, ███████████, and Artha Melvinia "Vina" Hensley, ███████████, ████████.

Artha's parents were Albert Hensely and Alice Barlow. They came from Ft. Smith on a ferry and owned general store and later a gas station.

Children of Charlie and Artha Hines

**Inez Boggs**, nursing home Poteau

**Albert Hines**, deceased, date unknown, cause unknown

**Mary Alice White**, deceased, date unknown, cause unknown

**Dorothy Browning**, deceased, date unknown, cause unknown

**Richard Hines**, deceased, date unknown, cause unknown

**Pat Hines Ginniman**, client's grandmother

**Ethel Gist,** ████████; responsible for the reporting of the majority of the maternal family history

**Welton Hines,** ████████. Reportedly has a son serving a life sentence in Maryland; no other information known

**Betty McHugh**, deceased, date unknown, cause unknown

**Jimmy Charles Hines**, died at six weeks old, date unknown, cause unknown.

Pat, our client's grandmother, was married to Jessie Newman in 1939 at age 15. They had one child, Sharon Jackie, born in 1940. Pat's father was "mean" to her and would not let her play basketball, although she reported that she was an excellent player. Her

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                                        7
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

father wrongly accused her of activities regarding boys. She had a good figure and was very pretty. Charlie did not treat other girls the way he treated Pat. It has been reported by our client's mother that Pat was sexually abused by her father and this is the reason she left home to marry at a young age. Charlie Hines, Pat's father, was reported to have been a hard worker, but also drank and gambled. Pat's husband, Jessie, could not find or keep work. Pat did not want this type of life and divorced him during the time they lived in California.

Jack Ginniman was in the Navy and met Pat in California. They married within six months of dating. There has been contradictory information about how Jack treated Jackie, his step child whom he adopted. There is also contradictory information about Pat receiving shock treatments in California, but the reason is unknown.

Children of Jack and Pat Ginniman:

**Mary Margaret Ginniman Fields,** ███████████, mother of client.

Jack worked in construction in California, then moved to Maryland, back to California, then to LeFlore Co., Oklahoma, for the purpose of finding steady employment. He worked in the McAlester Department of Correction and retired from the Hodgen Department of Correction Unit. He was described as having a "strong personality, but a good provider." Our client's mother advised that her mother was a "cold person"; her father reportedly was in an unhappy marriage, which often included arguments and verbal "fights." Jack was not a person who displayed affection or verbally expressed his feelings. After retirement, Jack and Pat moved to Florida for a period of time, then to Virginia, in close proximity to their daughter's home. Jack and our client's mother made baskets and sold them at various craft fairs. Pat worked as beautician, owned a restaurant, decorated cakes, and made porcelain dolls. The family is very creative and has a natural talent for painting.

## Parents

Leon and Margaret married on April 10, 1964. Margaret Fields advised that because of Leon's traumatic home life, he practically raised himself from the age of approximately 13 years. Although I am not certain, it is my understanding that Leon did not graduate from high school. Leon worked as a "cowboy", breaking horses. According to Margaret, Leon reported that prior to their meeting, he was disrespectful toward women and used various women for money, a place to live, and for sex. He also was incarcerated at age 21, as a result of a burglary conviction. Margaret said at the time she met Leon that he drank but at her request, he stopped and drank only on social occasions or holidays. Margaret said she thought Leon was very handsome and she knew immediately they would marry soon after meeting. Leon was very honest with Margaret about his past, although there was a great deal of information he did not know about his own family

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                                                  8
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

background.  Margaret and Leon were very devoted to each other throughout their marriage.

Leon remodeled rooms and other aspects of the homes in which they lived at Margaret's request. Leon and Margaret shared as much time together as possible and wrote each other notes on a daily basis when their schedules conflicted.  When Margaret began experiencing health problems, as early as age 27, Leon took care of her physically and did not expect her to do any tasks she did not feel like doing.  Margaret said they did not enjoy attending family get together because they enjoyed each other's company more than others.  The close relationship between Margaret and Leon seemed, by all accounts, to the exclude their two children, Cherie and Eddie.  Leon had a very strong work ethic. He worked in coal mines for many years in various states; then at Wortz, now Bremner, which is a cracker factory in Poteau, Oklahoma, until his death.

Leon was often away from the  home working.  When he and Margaret returned to Oklahoma, Leon also had a farm and after Leon's regular employment, he fed the cows and took care of chores on the farm.  Margaret worked little outside the home.  She volunteered at the Richlands, Virginia hospital, and made willow baskets along with her father in Virginia, which they sold at various craft fairs.  Leon and Margaret also made elaborate gingerbread houses during the Christmas season to give away as gifts.

Leon was described by many people as a quiet, good natured, person, who was generous and kind.  Margaret was not described as a particularly loving or nurturing parent and neither Margaret or Leon spent a significant amount of time with their children.  It was noted that the children were more of nurturers for Margaret than she to them.  Eddie's parents had high expectations for both children. They were both lenient with their children and the children were given many material items, but love and attention was more directed to each other than to the children.  Margaret has severe physical ailments, which have been a significant factor throughout her life.  Margaret had a very close relationship with her father, although she could not verbalize the basis of this relationship.  Christmas was a special holiday, which was enjoyed by her father.  After her father's death in 1995, at her request, Christmas was no longer celebrated by her immediate family.  Her father's death had an adverse effect on her and she has not recovered, emotionally, from Leon's death.  Her health conditions are deteriorating and life threatening.  She reported to me that she has little reason to live and she has suffered from depression throughout her life.

Eddie was allowed to live, rent free, and not forced to work, but little action was taken to change this type of behavior.  Leon and Margaret had Margaret's father intervene to assist in placing Eddie in the Navy when they began having problems with him as teenager at age 16.  It would appear that Margaret and Leon did not approve of Eddie's attitude and lack of responsibility, but they said and did virtually nothing, and allowed him to continue in his long standing pattern.  It also appeared that early issues with depression or other related problems were not observed, understood, or possibly ignored.

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                            9
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

## EDDIE FIELDS BIRTH TO 6 YEARS

According to Margaret Fields, Eddie's "due date" was June 12, 1957. Margaret reported that on May 15th, she began experiencing labor pains. She had difficulty in locating a doctor to assist her at the hospital because the timeframe of her arrival at the hospital in Oklahoma City was during Mother's Day weekend. Margaret reported no problems during her pregnancy, but said Eddie's delivery was breech. She was aware that Eddie was not crying, when delivered and she was told immediately that there was a problem with his breathing. Eddie did not receive ample oxygen and his condition was reported as "hollow membrane disease", now referred to as respiratory distress syndrome. Eddie was immediately transferred to another hospital in Oklahoma City, where he remained for nine days. Margaret was advised that he was not expected to live and he was baptized in the nursery in the event of his death. Margaret was not allowed to hold Eddie until 7 days after his birth. His recovery was not discussed, and there were no reported medical issues throughout Eddie's life associated with his birth issues.

There were no developmental delays reported and according to Eddie's mother, Eddie was weaned from his bottle after one day, and he was also potty trained after one day. No surgeries or major illnesses were reported throughout Eddie's childhood. There were no problems or significant issues described in the first years of Eddie's life. Eddie was reported to have been loved and spoiled by his maternal grandmother, because of the fear that he would not survive at birth. Her favoritism toward Eddie did not change throughout his life.

Eddie recalled that he entered the 1st Grade in Carbon, Utah, where his father worked for the coal mines. It has been reported that this information is incorrect; that in fact, Eddie and his older sister Cherie, attended LeFlore County, Oklahoma Elementary before the family moved to Utah. Eddie's sister stated that she recalled Eddie's lack of desire to attend school. It should be noted that as of this writing, no records from 1st and 2nd Grades have been received. Eddie cried and told his mother that he wanted to stay at home and take care of her, rather than go to school. Eddie's father worked for the Howe Coal Company in Heavener, Oklahoma, but the mine was very dangerous and short lived. Within a short period of time, nine men were killed while working in the mines. Eddie's father had already advanced to management and the family moved to Utah, where Leon Fields was employed by Keiser Steel Company. Because of the close relationship shared between Eddie and his maternal grandparents, the move from Oklahoma to Utah was difficult for Eddie.

During the period of time the family lived in Utah, Eddie and his sister enjoyed playing with children within the neighborhood. This was the only timeframe reported that involved the family living around peers of the children. There were occasions, also,

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                          10
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

when the children were taken to nearby sites on family outings. The children returned to Oklahoma to visit their maternal grandparents during the summer.

## EDDIE FIELDS - AGE 7-12

Eddie's family moved from Utah to Beckley, West Virginia, as Leon Fields was offered a promotion to work for the Eastern Association. Eddie attended a Catholic School, St. Francis de Sales, from his 4th Grade year through the 6th Grade. Eddie advised that he received special education in the 4th and 5th Grades as a result of reading problems, but the records received did not indicate the school had a special education component. Eddie passed his courses, with unremarkable and average grades.

During the period of time the family lived in Beckley, Eddie's mother was active in the Catholic church within the community and Margaret and Leon were a part of a bowling league and often had persons in their home for parties. There were often priests, nuns and others from the church visiting in the home. During these get togethers, Eddie and Cherie were sent downstairs and were not allowed to participate in their parents' activities. Eddie's sister noted that while the family lived in Beckley, a girl from school slapped her and this was one of the only times in which she could recall Eddie attempting to defend her or do something on her behalf.

## EDDIE FIELDS - AGE 13-17

Eddie attended the 7th and 8th Grades in Park Junior High School, also in Beckley, West Virginia. It should be noted that these records have not been received as of this writing. Eddie reported throughout his school career he was bored and there is no information that was noted about his time in this school, or with regard to his family's life in Beckley, with little exception. Eddie received medical treatment for a broken arm.

Eddie advised that he was interested in reading encyclopedias and cookbooks, and it was around this time that his mother became ill as a result of a heart valve problem. She was hospitalized on more than one occasion, and as a result, Eddie began cooking meals for the family. Eddie continued cooking since that time and is reported to be a gourmet cook. According to Eddie, the family left West Virginia because of problems between the coal mine management and the union. Leon Fields received several death threats and the family moved to Richlands, Virginia, when Eddie was approximately 15 years old.

Eddie attended Richlands High School and he reported that he enjoyed two teachers, in particular, who allowed him to perform independent science experiments. Eddie said he was bored throughout his school career, and this was one of the few aspects of school that he seemed to enjoy. He also said he ran track, and played football, which he enjoyed, but

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                                                11
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

he quit these activities, for reasons he could not explain, except that throughout his life, he walked away from things he seemed to enjoy. While attending this high school, Eddie also advised he was told he had a particularly high IQ. In a later medical report, he told a doctor that his IQ was 168. Eddie said that when he was in the 11th Grade a guidance counselor took it upon herself to make applications for him to Harvard, and other prominent universities, to which he was accepted, but could not afford to attend. He also advised he had no particular goals or desire to attend college, but did not express anything he was particularly interested in pursuing.

There are conflicting reports with regard to Eddie's suspension or expulsion from high school in the 11th grade. Eddie reported the reason was because he was disrespectful to the principal; his mother reported it was because he was "making out with a girl". For whatever reason, Eddie did not return to high school, but later received his GED. Eddie was sexually active, and his behavior caused concern for his parents. He was told that if he did not like the situation at home, he could leave. Eddie advised he was introduced to, and began living with a woman he described as a "biker tramp", who was considerably older than he. He also reported that during the period of time he lived with this woman, he drank and smoked marijuana for the first time. He reported no additional drug use in the future.

Although the circumstances are not clear, at this point, Eddie was also taken to a psychiatrist in Richlands, for intervention with Eddie's behavioral problems. The records have not been received, and it is unknown how long Eddie saw the doctor and the diagnosis and recommendation was, at this point. Although I am not certain of the circumstances, it would appear that Eddie's parents enlisted the help of Eddie's maternal grandfather, who arranged for Eddie to join the Navy around the same time Eddie saw the psychiatrist. I was also uncertain of how the relationship ended between Eddie and the older woman and the circumstances of his return to his parents' home. Although Eddie throughout our time together rarely expressed his feelings or emotions, it was clear that he had no desire to join the Navy. The records have not yet been received, relative to Eddie's military career, but he reported he received an honorable discharge, and this has not been disputed. He had a period of time to serve in the reserve and active duty; a total time of commitment of four years, which also included a tour of duty on a ship in the Mediterranean.

## EDDIE FIELDS - AGE 18 TO PRESENT

During the time Eddie was in the Navy reserves, he enrolled at Southwest Virginia community college, in Richlands, Virginia. His college career was very short lived, and uneventful, except for his meeting Carol Meadows, when he was approximately 18 years old. After a short time of dating, Eddie and Carol agree that they discussed marriage. According to Eddie, he was aware that Carol was pregnant, but during the time he was out to sea, he learned she had married another man. According to Carol, when she told

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                          12
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

Eddie she was pregnant, he "dumped" her. Their child, Rhiannon Meadows, was born on ███████████. There are varying reports as to the reason why Eddie had such little contact with this child, but there has been very little throughout the years, and relatively no financial support on Eddie's part. Rhiannon would very much like to have had a relationship with her father and she has experienced great emotional difficulty throughout her life, especially since Eddie's arrest.

When Eddie was 19 years old, and still in the Navy, he met Teresa Skeens, who was working for Eddie's sister, Cherie at a Wendy's restaurant, in Richlands. Teresa was 21 at the time she and Eddie met. Teresa advised that she knew immediately she would marry Eddie, and they, did, in fact, marry on May 1, 1987, after a courtship of approximately six weeks. Teresa gave birth to their daughter, Amanda Elise, on ██████████ On ██████████, Teresa gave birth to a son, Andrew Thomas. In 1991, Eddie reported he had a vasectomy, but he did not advise of Teresa's feelings about the procedure. In 1992, Eddie was discharged from the Navy.

It was reported that jobs were very difficult to obtain and Eddie related that his relationship with Teresa was very different when they were, in fact, living together on a daily basis. Eddie noted that he did not feel he was a good father; he was not patient with his children and throughout their lives did not spend time with them or listen to them. There were ongoing disagreements about financial matters and Eddie had an affair with a woman in Richlands. As a result of the affair and other problems in the marriage, Teresa and Eddie divorced on November 11, 1992. Eddie worked at various jobs, but was not employed for a significant period of time. He continued his attempt to reconcile with Teresa, although he was still in a relationship with the woman with whom he had the affair.

Eddie said he decided to relocate to Oklahoma and he made arrangements for a home and employment. He convinced Teresa to reconcile and he and Teresa remarried on January 24, 1994. Teresa and the children relocated to Oklahoma. Although Eddie made a commitment to his family, it was difficult for him to change his behavior. It was reported that Eddie was never happy; he had a problem with his temper and was, at times, physically abusive to the children and to Teresa. They also, noted; however, that Eddie's moods changed several times a day and that he was like "two different people." Eddie seemed, in particular to have difficulty with his daughter, and it was noted that Eddie was irritated by the child's laugh. Eddie seemed relaxed during the times he fished. There were some happy memories recalled, but the negative aspects outweighed the reported happy times.

Eddie began work as a correctional officer for the Oklahoma State Penitentiary in McAlester on July 14, 1995. His maternal grandfather worked as a guard for the prison system, until his retirement, and he encouraged Eddie to work at the prison, also. According to Eddie's former wife, he did not enjoy the work and for a period of time, was assigned the death row. He also worked in the food service department, until a

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                        13
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

position was available as a guard. Eddie sometimes teased the inmates and talked about the information within their files when he arrived home. It was reported he expressed his disregard for sex offenders, in particular. Eddie's parents purchased a home in Oklahoma, but at the time they still lived in Virginia. The home was in a rural area, with several acres and a pond, but it had been broken into. Because of this, Eddie and his family moved into his parents' home.

In October, 1995, Jack Ginniman, Eddie's maternal grandfather, died suddenly from an aneurysm. Ginniman worked as a guard for the Oklahoma prison system until his retirement. Although Eddie did not verbally express his feelings for his grandfather, others noted that Ginniman had a strong influence with Eddie and Eddie respected his grandfather. Eddie's mother, Margaret had a very difficult time dealing with her father's death. Eddie's parents no longer celebrated Christmas, following Ginniman's death, because Christmas was Ginniman's favorite holiday; Margaret felt she could not celebrate and felt discontinuing the holiday was in his honor. At the request of Eddie's maternal grandmother, Pat Ginniman, Eddie's parents moved to Oklahoma in February, 1996, because Pat felt she needed assistance following the death of Eddie's grandfather. For a short period of time, Eddie's parents lived with his maternal grandmother, but because of disagreements, Eddie's parents moved into the home, which had been occupied by Eddie and Teresa; Eddie's grandmother purchased a two bedroom home for Eddie and his family in the town of Heavener.

In April, 1996, Eddie transferred from the state prison to the Ouchita Correctional Center, in Hodgen, which was much closer to his residence. Eddie spent a great deal of time on his computer and was often observed lying in bed with his keyboard. Marital problems increased between he and Teresa. Eddie had problems controlling his temper and seemed increasingly unhappy. Eddie was seen for medical issues and he reported in August, 1996, that he lost 40 pounds over the previous year. Teresa wanted changes made to the small home. Although Eddie agreed, he would never initiate the changes. Teresa was also unhappy and was disappointed that the problems in the marriage were increasing.

After Eddie began work at the Hodgen prison, he became friends with Danny Presley, and they remain close friends. Both enjoyed fishing and hunting and they often enjoyed these activities together. They also enjoyed their computers and Eddie seemed to have a natural ability to repair computers and provide technical assistance. Eddie's father found work at the Bremner Cracker factory in Poteau,; however, Eddie's mother continued to have debilitating medical issues and concerns.

In February, 1999, Eddie was seen for medical reasons and advised the doctor he was attempting to quit smoking. He was given Wellbutrin samples to help with his anxiety. In May, 1999, Eddie met Carol "Tootie" Lamb through the Internet and they began a relationship. According to Eddie, the relationship with Tootie was never sexual. He met numerous women as a result of chat rooms and often drove to see them in towns not far from his community. Tootie was very serious with regard to her relationship with Eddie,

EDWARDS LEON FIELDS, JR.                                                14
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

but she was aware of the fact that he was married. The marital problems continued to escalate between Eddie and Teresa. Teresa and the children planned a trip to visit her mother in Virginia, and they planned to leave on June 7, 1999, but Teresa and Eddie had a substantial argument, which involved the physical abuse of the children and Teresa. Although Teresa's trip had planned to be a visit, she feared Eddie's actions would continue to escalate, and she and the children remained in Virginia. It was noted that Eddie did not take medication, as prescribed. There were occasions when he would take the anti-depressant medication for a period of time, then discontinue, as he felt better. There were also times when Eddie could not afford to obtain the prescribed medication.

During the summer months, for at least two years, Eddie's oldest daughter, Rhiannon, visited with Eddie and his family in Oklahoma. Rhiannon said her father spent little actually time with her, and she said he spent a great deal of time on the computer. Rhiannon was angry and resentful about Eddie's lack of contact with her, throughout her life and she voiced her anger. Rhiannon observed Eddie's physical abuse toward Teresa and his daughter, Amanda, in particular. Eddie gave Rhiannon a spanking during one of her visits, because she called Teresa "mean." Eddie barely mentioned Rhiannon and did not advise of any visits with her during the summer months.

In August, 1999, Eddie was seen by a doctor and prescribed Paxil, as a result of depression. He told the doctor that his wife and children had moved to Virginia and his wife requested a divorce. On September 30, 1999, Eddie resigned his position at the Hodgen prison. Although I am uncertain of the timeframe, it is believed that Eddie may have begun employment, as a result of his father's assistance, at the Bremner factory. I also am unaware of the length of time he was employed, as these records have not yet been received. However, Eddie was terminated from his position because he told co-workers about a cardboard scope for a gun he made, or as a result of having a bomb in his truck. The bomb was placed in lakes to force fish out of the water. It was noted that Eddie's father was very embarrassed by his son's actions, but it is unknown if Eddie's father actually verbalized his feelings to Eddie, personally.

In January, 2000, Teresa Fields was diagnosed with breast cancer. In February, 2000, Teresa had surgery for a double mastectomy and Eddie traveled to Virginia to visit Teresa in the hospital. In April, 2000, Eddie went to the doctor and reported Teresa's cancer and noted other concerns, such as the fact that he had gained a significant amount of weight. He reported that he was employed at Bremner during this visit, but that he was considering a change of employment. His medication had been changed from Paxil to Serzone and during this visit, he was given samples of Prozac. During this time period, Eddie lived in the home purchased by his grandmother. The original arrangement was that Eddie would be responsible for the house notes, but he did not honor his obligation. Eddie and Tootie Lamb continued their relationship and they often went out to eat together.

EDWARDS LEON FIELDS, JR.                                    15
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

In May, 2000, Eddie advised his doctor that the Prozac was helping his anxiety, but not his depression. He reported that he had been depressed since his last visit, which was a month prior. The Prozac was continued and he was encouraged to walk for 30 minutes in the sunshine each day. Eddie reported his wife, Teresa was finishing her chemotherapy and reconciliation had been discussed. In June, 2000, Eddie reported the Prozac worked well, but he was "zonked". The doctor gave Eddie samples of Celexa to try. Eddie reported Teresa and the children planned to visit in August.

At some point during the summer of 2000, Teresa and the children did, in fact, visit Eddie in Oklahoma. The home was very unkempt and although Eddie had been excited about the visit, his mood seemed to change soon after their arrival. Teresa felt Eddie had not changed, and although there had possibly been some discussion of reconciliation, Teresa and the children soon returned to Virginia. Neither Teresa, nor the children, have seen Eddie, physically, since this visit.

In August, 2000, Tootie Lamb learned she was pregnant, and moved with her husband, or soon to be husband, to Russellville, Arkansas. She and Eddie continued limited contact for the next few years through e-mail. Eddie had relationships with various women, including two women in Heavener. He did not speak of these women in flattering terms and he gave the distinct impression that he was interested in these women for sex or for other reasons advantageous to him, personally. It is believed that all medical records have been obtained from doctors who treated Eddie within his community. If this is the case, it should be noted that no doctor visits for anxiety, depression, or other medical concerns are noted from June, 2000 until April, 2003. I am also uncertain where Eddie was employed during this period of time; however, it is believed he held part time, or short lived employment at various companies.

In March, 2002, Eddie's Fields' father underwent triple by-pass surgery. Soon after the surgery, it was discovered that Leon Fields had leukemia and bone cancer. Prior to Leon's illness, he worked on a full time basis and took care of the numerous cows and other chores associated with living on a farm. Additionally, Leon assisted Eddie's mother in numerous ways, including picking up her medication, accompanying her to doctors' appointments and taking care of the household finances. It had been noted that Eddie's mother had never written a check, at that point in time.

Eddie moved into his parents' house and was expected to assist with various chores. It is my understanding that Eddie did assist, to some degree, but his way of handing things did not suit his parents, although I do not know if they actively discussed their irritation with Eddie. Eddie's father seemed to have very high expectations of Eddie, and he often expressed his lack of understand with regard to Eddie's lack of motivation and work ethic. On one occasion, Eddie's father and a friend were fishing together at the family pond. Although the pond was not a far distance from the house, Eddie rode the tractor to the pond to speak to his father, rather than walk there. Eddie's father commented his disbelief that he had such a "lazy son of a bitch son".

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                             16
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

Even though Eddie was to assist his parents, he met a woman in Toledo, Ohio through the Internet and traveled to Ohio in May, 2002, for the purpose of living with this woman. Eddie advised that the woman lied about her weight and noted that she was approximately 150 pounds heavier than described. Eddie did some work for the woman's family business, which was a funeral home, and returned to Oklahoma in July, 2002. It has been noted that Eddie was very charming and manipulative, on the Interent, and in person, and one of the reason for initiating the Internet relationships was to have women send Eddie money, for various reasons he provided. A child support order, with regard to Eddie's children with Teresa was filed and past support of over $800.00 was ordered for payment.

Also, in July, 2002, upon Eddie's return to Oklahoma and his parents' home, he was introduced to Michelle Tipton, a second cousin of Marilyn Presley, the wife of Eddie's friend, Danny. Michelle had lived in California and recently returned to Stigler, which is over an hour's drive from Heavener. Michelle worked as a veterinarian's assistant and had two children, a daughter, who was 17, and a son, 16. Michelle's former husband had custody of their son, and at the time of Michelle meeting Eddie, her daughter was in California, visiting her father. Michelle's son was scheduled to visit her for the summer, in the near future, and her daughter return from her visit.

By all accounts, Eddie seemed to respect Michelle and treat her in a manner, which was unusual for him. Eddie felt Michelle was intelligent, he enjoyed talking with her, and Michelle was assertive. Because of Michelle's former poor relationships, she immediately had strong feelings for Eddie, especially, in the way he treated her. Michelle advised that Eddie made her feel beautiful and their initial time together was very passionate. Eddie made elaborate gourmet meals for Michelle and he spent almost all of his time with Michelle.

Michelle tried to explain to Eddie that their situation would be different upon her children's return, but Eddie did not appear to grasp Michelle's concerns. Further, Michelle was concerned over the fact that Eddie was unemployed and seemed to have a poor work ethic. When Michelle's children returned, she continued to have to push Eddie away, physically and emotionally, because he would not honor her request for "space". At the time Michelle's son was to return to California, he refused, which caused Michelle a great deal of emotional and legal difficulties, as a result of her custody agreement. Eddie understood Michelle's concerns, but continued to come to her home, unannounced, and uninvited, on a very regular basis. Additionally, Michelle's son began having emotional and behavioral problems, which resulted in his placement in an adolescent psychiatric facility in Ft. Smith, Arkansas.

The son's hospitalization took place around the time of Eddie's father's death, which occurred on October 27, 2002. Teresa Fields learned, also, in October, 2002, her cancer returned. The death of Eddie's father had a significant effect on Eddie, but he did not

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                                    17
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

express his feelings to anyone; persons recognized changes in Eddie's demeanor. It was reported that prior to Eddie's father's death, his father expressed to Eddie that it was his hope that he would have seen Eddie make something of himself; indicating that he would not live to see any changes.

Because of the impact on Margaret Fields, at the time of her father's death several years prior, she and her husband, Leon made a decision that in the event either died, no funeral would be held and the body would be cremated. This is what occurred following Leon Fields' death. There was only the immediate family who participated in any type of memorial. The medical issues, which had been a concern for Margaret Fields throughout the years heightened after her husband's death. She was, at the time, and remains, emotionally distraught following Leon's death.

## 2003 AND EVENTS AND CIRCUMSTANCES
## LEADING UP TO THE CRIME

In January 2003, Eddie received notice of an additional order with regard to child support, relative to Rhiannon Meadows. Eddie was ordered to pay support, back payments owed, and court costs within sixty (60) days. In the early months of 2003, Teresa Fields advised Eddie that she met someone; marriage was being considered. Up until this time, there had been no reason for either to obtain a divorce. Eddie did not relate the information regarding Teresa's request to me; in fact, he noted that Teresa had never seen anyone but him throughout their relationship. On March 12, 2003, Eddie and Teresa's second divorce was final.

Sometime during the early months of 2003, a young couple stopped by the home of Margaret Fields and asked if she would be willing to sell her home, even though it was not officially for sale. Because of the home being in a rural area, and due to the fact that Margaret felt she did not want to spend another winder in the home, she agreed for the couple to buy the home, but felt, initially, they would be unable to finance the home. The decision to sell the home was discussed with Eddie. Eddie and Michelle's relationship also continued to be fraught with problems. Eddie would not respect Michelle's request to leave her alone, and his actions were such that she went to the Stigler Police Department for assistance. An officer contacted Eddie, by telephone and Eddie left Michelle alone for at least three weeks. It was also around the time that Eddie began work at Kenco Plastics, in Poteau.

Eddie and his mother had a somewhat difficult relationship following the death of Eddie's father. Eddie did not perform chores, as Margaret requested or expected. It has been noted that Eddie was verbally disrespectful to Margaret and she described Eddie's words as "belittling." Margaret noted that because of her medical and emotional issues,

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                                        18
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

she must have been "hell" to live with and she admitted that no matter what Eddie did, it would never have pleased her, due to her feelings about her husband.

Eddie and Tootie Lamb saw each other in a store and they resumed their relationship, which by their accounts, was not sexual. In April, 2003, Eddie went to a doctor and advised that he felt he was depressed and also had a compulsive disorder. Eddie discussed the fact that he heard voices and they amounted to a compulsion to do whatever they tell him to do. The voices began at the time his father became ill. According to Eddie, in his account following his arrest, he has always been aware of a voice inside his head. Throughout his life, the voice has told him to do something he might not understand: for instance walking away from running track, which is something he enjoyed. According to Eddie, the voice became stronger and more prominent following his father's death. He said, also that he was aware of Michelle Tipton's requests and concerns of him, but it was as if a voice compelled him to drive to her house. He described the voice as saying to him, over and over, "Go to Michelle's, go to Michelle's." Eddie was aware that Michelle would be upset with him, after his arrival, but it was as if he had no control and had to do what the voice told him to do.

At the time of Eddie's visit to the doctor, he denied suicidal thoughts. Eddie was prescribed Lexapro and given samples for 21 days. Eddie was seen again in May and he noted that the Lexapro had helped his outlook, but he was experiencing sexual dysfunction. He described his depression as improved and his "compulsions" have improved, also. The Lexapro was continued. Eddie and Tootie Lamb saw each other on a regular basis and it was Tootie's hope that her relationship with Eddie would become romantic and serious. There are numerous reports that Eddie cared nothing for Tootie Lamb, but used her for money and other areas in which she could benefit him.

On May 27, 2003, Eddie was seen again, by a doctor and related suicidal thoughts. He mentioned that his mother was going to move to Virginia and he also noted that he had three children to support and made $7.00 an hour. Eddie reported that he could have had an opportunity to go to Harvard, but chose not to go, and noted that he was "along with his life." Eddie said he did not want to see a psychiatrist and had not been hearing "a lot of voices telling him to hurt himself or things like that and the convulsions are better." It is believed that the word convulsions, was in fact, intended as compulsions. The doctor offered to attempt to place Eddie in an inpatient unit, but Eddie did not feel that was necessary. The Lexapro was increased and 42 samples were given.

Eddie and Michelle had continued problems within their relationship. Eddie made a visit to Michelle's workplace, on Memorial Day, which was not appreciated. Eddie spoke of suicide to Michelle, who was so angry, at the time, she did not speak with Eddie in a kind manner. The date of Eddie's mother moving from the home drew closer, and Eddie apparently had no plans for a residence. Margaret Fields moved on June 8, 2003, and throughout the month of June, Eddie related his desire to commit suicide to his best friend, Danny Presley. Eddie had fairly regular contact, through e-mail, with a paternal

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                                        19
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

cousin, who lived in Florida. Eddie and his cousin had former casual conversations about job opportunities in the area and Eddie's consideration of relocating to the area. On June 11, 2003, three days after his mother moved from Oklahoma, Eddie contacted his cousin and indicated he had to get out of the area immediately. He wanted to pack his belongings in his truck and come as soon as possible to live, and indicated he would find work later. The cousin did not feel the situation was appropriate, for any number of reason, and told Eddie not to come at this time, although she would assist in finding him employment.

A few days later, in June 2003, Eddie was seen for a follow up visit for his depression and "compulsive disorder." Eddie expressed his desire to do things had decreased. He had thought of suicide, but related he was not hearing voices. He did not feel the medicine was helping as much as desired, and Eddie was once again asked if he had a desire to go into an inpatient facility. Eddie refused and he was prescribed Effexor and samples to provide him a three week supply. He was to increased his dosage following the first week.

Although no records are available at this time, Eddie continued to work, as scheduled. Tootie Lamb became increasingly angry with Eddie because he would not advise her of his whereabouts. He further did not seem to want to do things with her, and she did not feel she made him happy. Lamb asked Eddie to move his things from her home, on or about June 20, 2003. Eddie was homeless and began sleeping in his truck and bathing in a lake. He slept little for many nights.

On July 7, 2003, Eddie returned to the doctor and advised he "felt like he was doing a little better." He reported he ended his relationship with his old girlfriend, but over the weekend he spent time with a new girlfriend, referencing Michelle Tipton. Michelle's son had been arrested in California and she contacted Eddie who comforted her. Eddie's prescription for Effexor was increased. He was given a prescription for 30 days and one month refill. According to Tootie Lamb, Eddie reported to her he was suicidal on the following day. I have not been able to determine if Eddie had the prescription filled or if he continued to take his medication. The crime occurred on or about July 11, 2003, and Eddie spent the weekend with Michelle Tipton, where they enjoyed the weekend in Fayetteville, Arkansas together. Eddie was arrested at his workplace and provided a statement on July 18, 2003.

## PRELIMINARY THEMES AND RECOMMENDATIONS

Based on the interviews completed to date, along with the records received, and reviewed, it would appear that Eddie Fields has suffered from depression throughout his life. The voices he describes appear legitimate and it is believed that as a result of Eddie's emotional state as a result of issues with his immediate family relationships,

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                          20
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

collateral relationships, financial burdens, homelessness, and the feeling of desperation, he suffered a mental break, which led to his actions.

The fact that Eddie was prescribed various medications, and with various dosages, not long prior to the crime should definitely be explored, possibly with a pharmacologist, or a psychiatrist, to note the possible effects. An expert should further explore Eddie's mental state prior to and following the crime.

Follow up will be made with additional witnesses, and review of records will be added to this assessment. Although the investigation is not yet complete, the following mitigation factors for consideration are as follows, per the U. S. Code, Title 18, Part II, Chapter 228, Sec.3592.:

> Mitigating and aggravating factors to be considered in determining whether a sentence of death is justified
>
> Impaired capacity. The defendant's capacity to appreciate the wrongfulness of the defendant's conduct or to conform conduct to the requirements of law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge.
>
> No prior criminal record
>
> Disturbance. The defendant committed the offense under severe mental or emotional disturbance
>
> Other factors. Other factors in the defendant's background, record or character or any other circumstance of the offense that mitigate against imposition of the death sentence.
>
> > Lack of attachment with parents
> >
> > Parent's unique relationship with each other; excluded children
> >
> > Emotional abuse
> >
> > Absence of a father
> >
> > Transience due to father's employment
> >
> > Family dysfunction
> >
> > Level of intelligence

*inquisitor, inc.*

EDWARDS LEON FIELDS, JR.                                                    21
PRELIMINARY ASSESSMENT
SEPTEMBER 11, 2003

Military Service

Employment History

Special talents

Loved father

Effects on teenage children

Terminal medical condition of former spouse with regard to children

Loved grandson

Loved son

Loved brother

Loved friend

Significant Loss of grandfather

Significant Loss of father

Mother's life threatening medical issues

Significant Loss of immediate support system

Treatment Sought for Mental Illness

Effects from changes in prescribed medication

Out of character

Cooperation with Authorities

Special Circumstances Surrounding the Offense

Age at time of offense

Lack of Future Dangerousness

*inquisitor, inc.*