**Inventory of items in 1989 Chevrolet Truck, Oklahoma tag "LYW 924". Inventory conducted on 07/23/03 by Special Agent James Alford, Law Enforcement Officers Gary Rose and Paul Jolivette.**

**ITEMS FROM BED OF TRUCK**
Coleman twenty-eight quart ice chest containing one can Coca-Cola
Plastic blue lawn chair
Drop hitch with ball for receiver hitch
Vehicle jack
Coleman propane torch with propane bottle attached
Sixty-four ounce bottle of "Fast Orange" hand cleaner approximately full
Metal bed rails
Pair of size eleven cross training shoes
Assorted tools
Steel smooth-jawed trap
Blue-striped towel
Solid green towel
Green bathroom rug
Maroon fleece blanket
Braun electric shaver
Cattle sorting stick with bent clothes hanger attached with tape
Trash sack containing
> One pill bottle from Choctaw Nation Health Clinic, Poteau
> > "Dawn Michell TIPTON, prescription number 3049763 "Ibuprofen 800 mg"
> One pill bottle from Wal-Mart Pharmacy, Poteau "Margaret Mary FIELDS" prescription number 4530174, "Carisoprodol 350mg"
> Three empty packages "Lexapro 10mg"
> One package containing blister pack containing seven pills "Lexapro 10mg"
> Order/Notice to Withhold Income For Child Support to FIELDS, Jr. dated 05/30/03
> "DD Form 214" Certificate of Release or Discharge From Active Duty, US Navy"
> One pill bottle from D&D Pharmacy, Poteau, "Margaret Fields" prescription number 460972, "Celexa 20mg"
> Rust colored tent rain fly
> Ten window weights

**ITEMS FROM CAB OF TRUCK**
Two reusable Wal-Mart shopping cards
One empty blister pack "Lexapro 10mg"
Key fob with one Nissan key and two other keys
One pill bottle from Green's Prescription, Heavener, "Edward Fields" prescription number 377264, "Claritin 10mg" containing twenty pills

000817

Six cc disposable syringe containing six cc of brown liquid
One twenty-gauge number eight shotgun shell
Gold colored ring with diamond type stone
Container of "EPIPEN" 0.3mg Epinephrine auto-injector
Note with "April 918-427-7099  Matt 653 2419" on back "Meds Smokes"
Note with ""Tues.&Wed. off at 5:00  653 5041 hm  653 2036 daywolf"
Note on Ramada stationary with "918-647 5705 Holland"
Chain of custody form from "Labcorp", from Kenco plastics, Poteau specimen number 0349156743
Two pay stubs for Edward Fields
Key fob with six keys
Calendar with notes on months February – July
Past due notice from AT&T long distance account number 4504231195001 dated May 6, 2003
Cord form rechargeable light
Twelve earning statements from TEC Staffing Services
Earning statement form Atwoods, Poteau
Miscellaneous receipts
Sheffield combo tool
Equate pain relieve
"Effexor XR 3.75mg/75mg" blister pack containing three pills
Five earning statements from Wortz, Poteau
Two letters from Attorney Schmuck to Fields about divorce, dated 08/21/02, 04/24/02
Court Minute from the District Court of Leflore County, Stubbs v. Fields JFRC-95-572
Black plastic bag containing travel size toiletry items
Note paper with "658-4911"
Receipt for "Money owed to Carole Lamb,  $200 Child support, $100 VA taxes,  $95 doctor visit, $725 Sebastian County, $80 4 phone cards, $1200 total, $100 wk......12 weeks,  Beginning June 26th, ending September 12th without fail, Carole Lamb,  Edward Fields,  June 24, 2003"
Sack containing disposable syringes, oil fhirts, shirts, magazine
Red and white throw blanket
Assorted tools

James G. Hall    07/23/0?

000818