RLL _/.2LJY_ OTHER_____
GJS /-2/-04 FILE _____
JAH_____ CLIENT _/- 2-3-04

*inquisitor, inc.*

## PRIVILEGED AND CONFIDENTIAL-ATTORNEY WORK PRODUCT

### MEMORANDUM

TO:        EDWARD LEON FIELDS, JR. FILE (CASE #9995-00-66747)

FROM:      GLORI J. SHETTLES

RE:        ITEMS FROM FIELDS' TRUCK

DATE:      JANUARY 16, 2004 (Dictated 01-17-04; transcribed 01-19-04, nb)

---

On this date, I received a package from **Jovanna Fields**. The vehicle owned by **Edward Fields** at the time of his arrest was recently released to **Jovanna's** husband, **Paul Fields**. It should be noted that **Paul** and **Jovanna Fields** are not related to **Edward Fields**, but are family friends.

The FBI provided an inventory of items removed from the vehicle, but this list was not forwarded. The following items were left in the truck; however, **Jovanna Fields** felt we should have possession of the items.

An inventory of the forwarded items is as follows:

1.  14-day sample packet of Effexor XR.
    Three (3) capsules remain in the package.

2.  Empty prescription bottle of 50 BUT/APAP/CAF 325-40-5 tablets.
    This prescription is for **Mary Margaret Fields**, dated 03-15-02. This medication combines a barbiturate sedative, a non-narcotic pain reliever, and a blood vessel constrictor. It was prescribed for headaches.

3.  Prescription bottle, dated 10-18-02, for **Edward Fields**, Claritin.
    20 were prescribed and are contained within the bottle.

4.  Empty eight (8) pill sample packet of Lexapro.

5.  Empty eight (8) pill sample packet of "*escitalopram oxalate*," Lexipro.

6.  Eight (8) pill sample packet of Lexapro; two (2) remaining.

7.  Empty eight (8) pill sample packet of Lexapro.

*inquisitor, inc.*

**EDWARD LEON FIELDS, JR. FILE (CASE #9995-00-66747)**      **2**
**ITEMS FROM FIELDS' TRUCK**
**JANUARY 16, 2004**

8. Two (2) doses of over-the-counter Maximum Strength Suphedrine Sinus caplets; two (2) in each dose.

9. Empty prescription bottle of 30 Flurazepam; a benzodiazepine derivative. This prescription is for **Mary Margaret Fields**, for sleep.

10. Equate[1] Pain Reliever. Nighttime sleep aid pain reliever. 48 of 50 caplets contained.

11. Unmarked bottle containing 94 small blue pills, with a marking of "*2101*" on one side, as noted on Elavil. This is believed to be amitriptyline, used for depression. They were prescribed for **Mary Margaret Fields** as a "*pain reliever*," but "*didn't work.*" She gave the pills to **Eddie Fields**; date unknown, per **Jovanna Fields**.

12. October 21, 2002 – Correspondence to **Edward Fields** (believed to be **Senior**) from Western Arkansas Heart, Lung & Vascular surgical Associates, Ft. Smith, AR, regarding final notice of $64.20, 120 days past due.

13. May 6, 2003 – Notice to **Leon Fields** from AT&T re past due account of $104.68.

14. October 19, 2002 – Notice to **Edward Fields, Sr.**, from the American Medical Collection Agency re owed amount of $93.35.

15. March 14, 2003 – Correspondence to **Eddie Fields** which contains his March 12, 2003 Final Decree of Divorce from **Teresa Fields**.

16. May 2, 2003 – Pay stub for **Eddie Fields**, presumed to be from Kenco.

17. Undated sympathy card from "*Kathy*" regarding death of **Leon Fields**.

18. August 21, 2002 – Correspondence from **Douglas W. Schmuck**, attorney at law, Poteau, OK, to **Eddie** regarding September 20, 2002 Court date regarding child support date involving **Rhiannon Meadows**.

19. October 11, 2002 – Check stub from TEC Staffing Services for $26.00. Handwritten on the back, "**Wendell** *Mother 783-2054 home 782-9151.*"

20. December 20, 2002 – Money order receipt for $150.00 to "*CESU*"[2].

---

[1] Wal-Mart generic brand.

[2] Presumed to be for child support.

*inquisitor, inc.*

**EDWARD LEON FIELDS, JR. FILE (CASE #9995-00-66747)**                    **3**
**ITEMS FROM FIELDS' TRUCK**
**JANUARY 16, 2004**

21.  April 22, 2002 – Copy of received check for Child Support Enforcement Unit for $1,242.00.

22.  February 28, 2003 – Statement for **Edward Fields, Sr.** from Schwartz Cardiology, Ft. Smith, AR, for $23.00.

23.  February 28, 2003 – Statement for **Edward Fields, Sr.** from Arkansas Heart Center, Ft. Smith, AR, for $934.91.

24.  January 29, 2003 – Bill for **Mary Margaret Fields** from Green's Prescription Center, Heavener, OK for $98.74.

25.  April 26, 2002 – Western Union receipt of $50.00 sent from **Roberta Jasin**[3] to **Edward Fields, Jr.**

26.  Portion of an envelope with the following:
     **April** 918.427-7099
     **Matt** 653-2419
     Meds
     Smokes

27.  Small piece of paper with the following:
     Tues & Wed.  off at 5:00
     653-5041     mm
     653-2036     Daywolf

28.  May 31, 2003 – "*U-Lock-It*" rental agreement, Poteau, OK.  $20.00 deposit, $35.00 per month.

     **Tootie Lamb** is noted as an additional person to whom any preliminary lien notice and subsequent notices may be sent.

29.  June 24, 2003 – Typewritten on paper:
     "*Money that is owed Carole Lamb*
           *$200    Child Support*
           *$100    VA taxes*
           *$ 95    Doctor visits*
           *$725    Sebastian County*
           *$ 80    4 phone cards*

           *$1200  Total*

---

[3] This is the woman who lived in Ohio, **Fields** met on the Internet and moved in May 2002 to Ohio.

*inquisitor, inc.*

EDWARD LEON FIELDS, JR. FILE (CASE #9995-00-66747)                    4
ITEMS FROM FIELDS' TRUCK
JANUARY 16, 2004

*$100 wk ..... 12 weeks*

*Beginning June 26th, ending September 12th without fail.*

**Carol Lamb** *(no signature)*

**Edward Fields** *(no signature)*

*June 24, 2003"*

30.  July 9, 2003 – Empty pharmacy bag from Youngs Pharmacy, Poteau, OK, for 30 Effexor XR 150 mg, **Dr. Kemp**.

31.  **Handwritten notes on individual dates of 2003 Family Appointment calendar.**[4]

The entries are as follows:

February 5, 2003    Spent the night.

February 12, 2003    Spent the night.

February 14, 2003    Spent the night.

February 15, 2003    Came to the farm.

February 18, 2003    Called to say she couldn't see me Wed.  Something came up.

February 20, 2003    Took back movie to Stigler.  she told me she wanted to date other people.

February 22, 2003    Called from the Cowboy; told me not to ever call again.

February 25, 2003    Called to ask her to lunch Friday.

February 27, 2003    Called to confirm.

February 28, 2003    Met for lunch.

---

[4] It should be noted that the handwritten entries of **Eddie Fields** begin on February 5, 2003, the day after **Fields** received service of the Final Decree of Divorce from **Teresa Fields**.  It is assumed the references are made in regard to **Fields'** relationship with **Michelle Tipton**.

*inquisitor, inc.*

**EDWARD LEON FIELDS, JR. FILE (CASE #9995-00-66747)**          5
**ITEMS FROM FIELDS' TRUCK**
**JANUARY 16, 2004**

| | |
|---|---|
| March 1, 2003 | She went out with **Gary**. Let him sleep on couch. |
| March 2, 2003 | Was invited, spent the night. |
| March 3, 2003 | No contact. |
| March 5, 2003 | Spent the night. |
| March 6, 2003 | Spent the night. |
| March 7, 2003 | Spent the night. |
| March 8, 2003 | Came to the farm. |
| March 9, 2003 | Called. |
| March 10, 2003 | No contact. |
| March 11, 2003 | She called me to tell me she loved me. |
| March 12, 2003 | Was invited; spent the night. |
| March 13, 2003 | She told me I had to go home to feed. I told her it was OK. She let me stay. **John**[5] called. |
| March 14, 2003 | Her & **John's** aniversery (sic). No contact. |
| March 15, 2003 | She went to slumber party. |
| March 16, 2003 | Was involved, told me she may go back to **John**. Kicked me out. Call I want (illegible) my stuff back. |
| March 17, 2003 | Called, plesent (sic). Call Wed. about meeting Thur. |
| March 18, 2003 | Dropped by. She was pissed. Wanted to tell her my feelings. |
| March 19, 2003 | Called; will not meet me Thursday <br> <u>wants time</u> |
| March 20, 2003 | No contact. |

---

[5] Presumed to be ex-husband.

*inquisitor, inc.*

**EDWARD LEON FIELDS, JR. FILE (CASE #9995-00-66747)**                    **6**
**ITEMS FROM FIELDS' TRUCK**
**JANUARY 16, 2004**

| | |
|---|---|
| March 21, 2003 | Called about turkey. Said that I could bring her some pot. I did. I was drunk didn't go well. Said to call her Wed. |
| March 22, 2003 | **Mar**[6] called her. She never wants to see me again & I asked **Mar.** to call her and tell her I wanted stuff back. She said Sunday after 6. |
| March 23, 2003 | I went and got my stuff back. |
| | END OF STORY |
| March 26, 2003 | **Mar** told me that she was sick. I called. She said she wasn't doing well and didn't want to talk to me. She said I could call again but no promises. |
| March 28 2003 | Called to take her the bed back. |
| March 31, 2003 | Called her in a/m 6:38 p/m. Police called. |
| April 5, 2003 | Asked **Mar.** to call and see if she would accept a bed. She called while I was at **Danny's**[7]. She talked to me. Will accept bed. She said we both messed it up for now but in tim (sic) who knows. |
| April 6, 2003 | Took her bed, pot, roses, $2 card pop. Stayed for dinner. Told me she loved me and to give her time she may go out w/me Saturday. She said that I made her happy when I was w/her but she needed time. Showed me her panties (smiley face); was kissing on pourch (sic) she said go. I stopped hollered bye to **Morgan**[8]; got in truck waved and left. It was good. |
| April 8, 2003 | KENCO |
| April 9, 2003 | Called to tell her about my new job. Told me to call Friday to see about Saturday, told me to go ahead & get her pot & G/S. |
| April 11, 2003 | Called 3 times, no answer. |

---

[6] Presumed to be **Margaret Fields**.
[7] Presumed to be **Danny Presley**.
[8] **Michelle Tipton's** daughter

*inquisitor, inc.*

**EDWARD LEON FIELDS, JR. FILE (CASE #9995-00-66747)**                    **7**
**ITEMS FROM FIELDS' TRUCK**
**JANUARY 16, 2004**

| | |
|---|---|
| April 12, 2003 | Called her at work. Come between 3-5. Picked her up. Went out. Sex by river. Will talk later in the week. |
| April 16, 2003 | Called. She may come here Sat. |
| April 18, 2003 | Called. Meet her at 3 at Pocola Sat. |
| April 19, 2003 | Met her at Pocola. Went out. She came to the farm. |
| April 20, 2003 | Took her home @ 10:00. Call Wed. |
| April 23, 2003 | Called; pick her up after work tomorrow. |
| April 24, 2003 | Tattoo shop closed; spent the night. |
| April 26, 2003 | Spent the night. |
| April 27, 2003 | Spent the night. |
| April 28, 2003 | Spent the night. |
| April 30, 2003 | Her B-Day. Spent the night. |
| May 1, 2003 | She called me. Pick her up on Friday. |
| May 2, 2003 | Picked her up, got tattoo, went to her house. |
| May 3, 2003 | Spent night. |
| May 4, 2003 | Mom didn't feel well; I came home, bad storms. I called to check. Call tomorrow. |
| May 5, 2003 | Called. Come over tomorrow. |
| May 6, 2003 | Spent night. Made steaks; got her pot. |
| May 7, 2003 | Spent night. Made hot dogs. |
| May 8, 2003 | Was sick; spent night. |
| May 9, 2003 | She called me; come over tomorrow; got her pot. |
| May 15, 2003 | Said I could move in. |

*inquisitor, inc.*

**EDWARD LEON FIELDS, JR. FILE (CASE #9995-00-66747)**                    **8**
**ITEMS FROM FIELDS' TRUCK**
**JANUARY 16, 2004**

| | |
|---|---|
| May 31, 2003 | Called; she said it's over. |
| June 15, 2003 | Took her couch. |
| June 20, 2003 | Called to get my stuff; told me she had a warrant (sic) out on me. Got my stuff. No wqarrent (sic). |
| June 27, 2003 | Called. Wants to meet tomorrow. |
| June 28, 2003 | Met. Asked me to move back in. |
| June 29, 2003 | **John** called. |
| July 1, 2003 | Asked me to go somewhere till **Morgan** left. Said I could come back on 9th. (In the right hand corner, a "*T*" is indicated.[9]) |
| July 2, 2003 | "*T*" |
| July 3, 2003 | "*T*" |
| July 4, 2003 | Called; hand is feeling better. Said to call Sunday about meeting. "T" |

There are no other entries. There are numerous "*X*"s on various days where handwritten notes are made and on other dates where no notes appear. The significance, if any, of the "*X*" is unknown.

These entries will be included in the timeline, along with information noted from other people interviewed as it is felt relevant.

Unless otherwise directed, the materials forwarded from the truck inventory will be retained by Inquisitor, Inc.

---

[9] It is my belief that the "*T*" indicates **Fields'** spending the night at the home of **Carole "*Tootie*" Lamb**.

*inquisitor, inc.*

## CERTIFICATE OF SERVICE

I, Michael Wiseman, Esq., hereby certify that on the 6th day of April, 2010 I caused a copy of the foregoing to be served on the following by hand delivery:

Honorable Sheldon J. Sperling
United States Attorney
Eastern District of Oklahoma
1200 W. Okmulgee
Suite 201
Muskogee, Oklahoma 74401-6848

Michael Wiseman