**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**


EDWARD LEON FIELDS, JR.,        )
                           )
          Petitioner(s),    )
                           )
vs.                       )   Case No.  CIV-10-115-RAW
                           )
UNITED STATES OF AMERICA,    )
                           )
          Respondent(s).   )


## NOTICE TO RESPOND


To:  U. S. ATTORNEY, 1200 WEST OKMULGEE, MUSKOGEE, OKLAHOMA 74401.


There has been filed herein  a <u>Motion to Correct Sentence pursuant to 28 U.S.C. Section 2255 by a person in Federal Custody</u> filed and entered as of April 6, 2010.  The related criminal case in this matter is Case No. CR-03-73-RAW which can be accessed through CM/ECF.

You are requested to file a response by **July 6, 2010**, setting forth your position, together with applicable authorities, affidavits or other documents deemed necessary.

Failure to file a response in compliance with our Local Civil Rule 7.1(c) will constitute waiver of objection by the party not complying, and such failure to comply will constitute a confession of the matters raised by such pleadings.

DATED:    April 12, 2010.


                         BY ORDER OF THE COURT.

                         s/L. Wilson
                         Deputy Clerk