# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

EDWARD LEON FIELDS, JR.,    )
       )
   *Plaintiff/Respondent*,   )
       )
   **v.**    )    **Case No.  10-CIV-00115-RAW**
       )
UNITED STATES OF AMERICA,   )
       )
   *Defendant/Petitioner*.   )

## ENTRY OF APPEARANCE

TO:   WILLIAM B. GUTHRIE, Clerk

COMES NOW, United States of America, by Sheldon J. Sperling, United States Attorney for the Eastern District of Oklahoma, through Christopher J. Wilson, Assistant United States Attorney, and requests you enter my appearance as attorney of record for the plaintiff in the above captioned case.

SHELDON J. SPERLING
United States Attorney

s/ CHRISTOPHER J. WILSON
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
(918) 684-5100
FAX: (918) 684-5150

## CERTIFICATE OF SERVICE

I, hereby certify that on June 10, 2010, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Michael Wiseman
michael_wiseman@fd.org

Cristi Charpentier
cristi_charpentier@fd.org


Counsel for Edward Leon Fields, Jr.


s/ CHRISTOPHER J. WILSON
Assistant United States Attorney