**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

EDWARD LEON FIELDS, JR.,   )
            )
   *Petitioner*,    )
            )
v.           )   **Case No. CV-10-00115-RAW**
            )   **Criminal Case No. CR-03-73-RAW**
UNITED STATES OF AMERICA  )
            )
   *Respondent.*   )

## NOTICE OF APPEARANCE OF COUNSEL

NOW COMES the United States of America, by and through Sheldon J. Sperling, United

States Attorney for the Eastern District of Oklahoma, and gives notice to this Honorable Court of

the appearance of the undersigned as counsel for the Government in the above-referenced case.

Assistant United States Attorney Christopher J. Wilson remains on the case.

Respectfully submitted this the 16th day of June, 2010.

SHELDON J. SPERLING
United States Attorney

/s/ Jeffrey B. Kahan
JEFFREY B. KAHAN, PA Bar No. 93199
Trial Attorney
U.S. Dept. of Justice, Capital Case Unit
1331 F Street; Rm. 345, NW
Washington, D.C. 20530
(202) 305-8910
(202) 353-9779 fax
jeffrey.kahan@usdoj.gov

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 16th day of June, 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Michael Wiseman - Michael_Wiseman@fd.org
Cristi Charpentier - Cristi_Charpentier@fd.org

s/ Jeffrey B. Kahan
Trial Attorney
