# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

EDWARD LEON FIELDS, JR., )
)
*Petitioner*, )
)
v. )       **Case No. CV-10-00115-RAW**
)       **Criminal Case No. CR-03-73-RAW**
UNITED STATES OF AMERICA )
)
*Respondent.* )

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S 28 U.S.C. § 2255 MOTION AND SUPPORTING BRIEF

COMES NOW Respondent, United States of America, by and through Sheldon J. Sperling, United States Attorney, Christopher J. Wilson, Assistant United States Attorney, and Jeffrey B. Kahan, Trial Attorney, and makes Application to this Honorable Court for a 60-day extension of time, to and including September 4, 2010, within which to file a response to Fields's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody ("§ 2255 Motion"), filed April 6, 2010.

Counsel for Petitioner Fields, Michael Wiseman, was consulted and took no represented position, stating that he intends to file a response to this Motion.

This Motion for Extension of Time is not occasioned by inattention to this case or disregard of the due date for the Government's Answer, but rather is necessitated by the following factors related to this case and the existing workload of counsel and the U.S. Department of Justice's Capital Case Unit (CCU):

1. At the request of the U.S. Attorney's Office for the Eastern District of Oklahoma, the CCU is preparing the government's Answer to Fields's § 2255 Motion, which was filed on April 6, 2010.

2.  On April 20, 2010, principal responsibility for preparation of the Answer to the § 2255 Motion was assigned to undersigned counsel, Jeffrey B. Kahan, a Trial Attorney in the CCU.

3.  In order to formulate the government's response, the undersigned must synthesize in depth the trial record, which is 3,506 pages long, and Fields's § 2255 Motion, which is almost entirely set forth in a brief that is126 pages long, exclusive of 31 appended exhibits.  The § 2255 Motion includes nine claims and multiple sub-claims.  Because Fields articulates extensive *Brady* and ineffective assistance of counsel issues, the undersigned anticipate that they will have to rely on information outside the record that can only be obtained through investigation and interviews.  At present, Mr. Kahan has prepared the government's response to some of Fields's claims, and has begun researching responses to several others, but has been prevented by the press of other business from completing the Answer.

4.  At the time this case was assigned to him, Mr. Kahan was engaged in completing an answer to a § 2255 Motion in the case of *United States v. Barrett* (E.D. Okla. case no. CIV 09-105-JHP), which was filed on May 17, 2010.  The *Barrett* answer (which responded to a 403-page Second Amended Motion and a 277-page Brief in Support ) was 275 pages long and required the undersigned's full-time attention until it was filed, preluding the commencement of work on this case until May 18, 2010.

5.  Fields's requests for non-dispositive relief have distracted both of the undersigned attorneys from work on the Answer.  Mr. Kahan drafted an Opposition to Fields's Motion for Non-Dispositive Relief (Doc. 6), following a period of collaboration with Mr. Wilson concerning the whereabouts of evidence that was among the subjects addressed by the motion.  Location of the evidence required Mr. Wilson to engage in numerous phone conferences with representatives of law enforcement in state and federal agencies.

6. Mr. Kahan's other responsibilities within the CCU involve assisting and informing the death penalty protocol review and decision-making process under U.S.A.M. § 9-10.000 *et seq*. At present, he is responsible for the coordination of four cases undergoing review by the Department of Justice as potential death penalty cases, all of which have been assigned to him since May 25, 2010. Two of those cases are undergoing expedited review, and two of them have required attendance at conferences of the Attorney General's Review Committee on Capital Cases. Together, the management of those cases, the drafting of attendant memoranda and correspondence, and the response to Fields's Omnibus Motion have required Mr. Kahan's full-time attention over the last three weeks.

7. Mr. Kahan estimates that the completion of the Answer, including time for supervisory review, will require the 60 days requested here.

WHEREFORE, for the foregoing reasons, the United States respectfully moves this Honorable Court to grant a 60-day extension, to and including September 4, 2010, within which to file the government's Answer to Fields's § 2255 Motion.

SHELDON J. SPERLING
United States Attorney
Eastern District of Oklahoma


s/    Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA #13801
Assistant United States Attorney
Eastern District of Oklahoma
1200 West Okmulgee
Muskogee, OK 74401-6848
Tel: (918) 684-5100

s/    Jeffrey B. Kahan
JEFFREY B. KAHAN, PA Bar No. 93199
Trial Attorney
U.S. Department of Justice

1331 F Street, N.W.; Rm. 345
Washington, D.C. 20530
Tel: (202) 305-8910

**CERTIFICATE OF SERVICE**

I, hereby certify that on 16th day of June, 2010, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Michael Wiseman - Michael_Wiseman@fd.org
Cristi Charpentier - Cristi_Charpentier@fd.org

s/  Christopher  J. Wilson
Assistant United States Attorney