_____   :

UNITED STATES OF AMERICA,            :

         Respondent,              :      CIV-10-115-RAW

                           :      CAPITAL 2255 PROCEEDINGS

         -v-                       :

                           :      HON. RONALD A. WHITE

EDWARD LEON FIELDS, JR.,             :

         Petitioner.             :

_____   :

**PETITIONER'S RESPONSE TO GOVERNMENT'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO
PETITIONER'S 28 U.S.C. § 2255 MOTION AND SUPPORTING BRIEF**

Petitioner Edward Leon Fields, Jr., submits this response to the Government's
*Motion for Extension of Time to Respond to Petitioner's 28 U.S.C. § 2255 Motion and
Supporting Brief*.

Mr. Fields does not object to the Government's request for additional time to
respond to his *Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct
a Sentence by a Person in Federal Custody* (the "*Motion*"). However, before the
Government filed its motion for an extension of time, Mr. Fields filed *Petitioner's
Omnibus Motion for Non-Dispositive Relief* (the "*Omnibus Motion*"). The *Omnibus
Motion* includes a request for the Court to adopt a briefing schedule by which Mr.

1

Fields would file a memorandum of law in support of the *Motion* on or before September 1, 2010, after which the Government would file its response. For all of the reasons set forth in the *Omnibus Motion* and *Petitioner's Reply to Government's Response to Motion for Non-Dispositive Omnibus Relief and Consolidated Brief in Support*, Mr. Fields renews his request that the Court adopt the briefing schedule proposed in the *Omnibus Motion*, which would give the Government until a reasonable time after September 1, 2010 by which to respond to the *Motion*.

Respectfully Submitted,

/s/Michael Wiseman
Michael Wiseman
Chief, Capital Habeas Corpus Unit
Cristi Charpentier
Assistant Federal Defender
Federal Community Defender for the
 Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
Philadelphia, PA 19106
215-928-0520
Michael_Wiseman@fd.org
Cristi_Charpentier@fd.org

Counsel for Petitioner
Edward Leon Fields, Jr.

**CERTIFICATE OF SERVICE**

I, Michael Wiseman, Esq., hereby certify that on this 18th day of June, 2010, the foregoing document was electronically filed and is available for viewing and downloading through the ECF system.

/s/ Michael Wiseman
Michael Wiseman