_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIV-10-115-RAW |
| Respondent, | : | |
| | : | CAPITAL 2255 PROCEEDINGS |
| -v- | : | |
| | : | HON. RONALD A. WHITE |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| _____ | : | |

### PETITIONER'S UNOPPOSED MOTION FOR
### LEAVE TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES

Petitioner Edward Leon Fields, Jr., hereby moves for leave to exceed the twenty-five page limit for briefs set forth in Local Civil Rule 7.1(d). Mr. Fields requests permission to file a brief that does not exceed 125 pages in support of his *Motion for Relief Pursuant to 28 U.S.C. Section 2255 or in the Alternative Pursuant to 28 U.S.C. Section 2241* (the *"Motion"*). This motion is not opposed by the Government.

As grounds for this motion, Mr. Fields states the following:

1. On April 6, 2010, Petitioner Edward Leon Fields, Jr. filed the *Motion*, which challenges his convictions and sentences of death for two homicides in the Ouachita National Forest in 2003. The *Motion* was filed

pursuant to Local Civil Rule 9.2, which governs actions brought by incarcerated persons, including motions to vacate a sentence pursuant to 28 U.S.C. § 2255.

2. On June 29, 2010 the Court granted Mr. Fields' request for leave to submit a memorandum of law in support of the *Motion* (the "*Memorandum*") and ordered him to file the *Memorandum* on or before July 30, 2010 (Dkt. # 11).

3. Although Local Civil Rule 9.2 is silent as to the requirements for any memorandum of law in support of an action brought by an incarcerated person, Local Civil Rule 7.1(d) provides that, with regard to motions generally, "[n]o brief shall be submitted that is longer than twenty-five (25) typewritten pages without leave of Court." Because Mr. Fields' section 2255 action technically is a motion to vacate his sentence, in an excess of caution he construes Local Civil Rule 7.1(d) to apply to the *Memorandum*.[1]

4. The *Motion* sets forth nine grounds (with subparts) for relief. The factual allegations on which these grounds are based total 125 pages. These nine grounds are highly detailed and allege a variety of constitutional violations, including ineffective assistance of counsel and denials of due process under Brady v. Maryland and Napue v. Illinois. The Government itself has acknowledged the complexity of these claims in its motion for an extension of time to respond to the

---

[1]Pursuant to Local Civil Rule 7.1(d), Mr. Fields has filed this motion one day prior to the date the *Memorandum* is due (July 30, 2010).

*Motion.*  <u>See</u> *Motion for Extension of Time to Respond to Petition's 28 U.S.C.*

*2255 Motion and Supporting Brief* (Dkt. # 8), ¶ 3.

      5.     Because of the complexity of the nine grounds set forth in the *Motion*,

and because this is a capital case, it is necessary for Mr. Fields to exceed the

twenty-five page limit under Local Civil Rule 7.1(d).  A brief in excess of twenty-

five pages will assist the Court in assessing the legal basis for Mr. Fields' claims,

and will also assist the Government in preparing its answer to those claims.

Although counsel is still in the process of finalizing the *Memorandum*, Mr. Fields

anticipates that it will not exceed 125 pages.

      6.     On July 29, 2010, counsel for Mr. Fields conferred with Assistant

United States Attorney Jeffrey Kahan, who indicated that the Government does

not oppose this motion.

WHEREFORE, for all of the above reasons, Mr. Fields respectfully requests that the Court grant him leave to file a brief not in excess of 125 pages in support of the *Motion*.

Respectfully Submitted,

/s/Michael Wiseman
Michael Wiseman
Chief, Capital Habeas Corpus Unit
Cristi Charpentier
Assistant Federal Defender
Federal Community Defender for the
 Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
Philadelphia, PA 19106
215-928-0520
Michael_Wiseman@fd.org
Cristi_Charpentier@fd.org

Counsel for Petitioner
Edward Leon Fields, Jr.

**CERTIFICATE OF SERVICE**

I, Michael Wiseman, Esq., hereby certify that on this 29th day of July, 2010, the foregoing document was electronically filed and is available for viewing and downloading through the ECF system.

/s/ Michael Wiseman
Michael Wiseman