UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____
                                            :

UNITED STATES OF AMERICA,

          Respondent,            :      CIV-10-115-RAW
                                            :
     -v-                         :      CAPITAL 2255 PROCEEDINGS
                                            :

EDWARD LEON FIELDS, JR.,                :
                                            :
          Petitioner.            :
                                            :
_____     :


**ORDER**

AND NOW, this ___ day of _____, 2010, upon consideration of *Petitioner's Unopposed Motion for Leave to File Brief in Excess of Twenty-Five Pages*, it is hereby ORDERED that such motion is granted. Petitioner's brief in support of his *Motion for Relief Pursuant to 28 U.S.C. Section 2255 or in the Alternative Pursuant to 28 U.S.C. Section 2241* shall not exceed 125 pages.


                                        _____
                                        Ronald A. White, D.J.

1