# SA-1

| MEDICATION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effexor 150mg ⅗ PO ~~AM~~ QOD | 9 | | | | | | | | | | | | | | | | | | | | S | R | R | S | S | R | R | S | / | R | m | m |
| Cefadroxil 500mg 1% PO BID | 9 | | | | | | | | | | | | | | | | | | | | | | | | / | S | M | R | R | m | m |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | R | m | m | R | R | m | m |
| Lexapro 20 mg ⅗ PO AM | 9 | | | | | | | | | | | | | | | | | | | | | | | | | | m | R | R | m | m |
| Risperidol 1 mg ⅗ PO HS | HS | | | | | | | | | | | | | | | | | | | | | | | | m | m | m | R | R | m | m |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

DR:

NAME

Fields Edward

1 2 3 4 5 (DET.) S. DET. CO. (FED.) BOP WRIT ALLERGIES

6 7 8 9 10 N.DET. JUV. CITY DOC CNMS HOLD

6:10-cv-00115-RAW Document 14-1 Filed in ED/OK on 07/30/10 Page 2 of 7

# SA-2



Aug 3

| MEDICATION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EFFexor 150 mg 1-PO QOD | 9 | R | m | R | | | | DC'd | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | NO REFIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lexapro 90 mg 1-PO AM | 9 | R | R | m | M | R | R | m | s | m | R | m | s | m | R | | | | | | | | | | | | | | | | | |
| Risperidol 1 mg 2-PO HS  New order 8-1-03 | HS | R | R | m | R | R | m | 9 | R | m | 9 | R | R | | | | | | | | | | | | | | | | | | | |
| Cefadroxil 500mg 1-PO bid  NO Refill | 9 HS | R R | R R | A | No Refill | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lithium 300 mg 2-PO Bid | 9 HS | | | | | | | s 9 | m R | R m | m s | s m | R R | | | | | | | | | | | | | | | | | | | |

DR: B

NAME
riello edward

6:10-cv-00115-RAW   Document 14-1   Filed in ED/OK on 07/30/10   Page 4 of 7

# SA-3



# UNITED STATES MARSHALS SERVICE

## Eastern District of Oklahoma
111 North 5th Street
U.S. Courthouse, Room 136
P.O. Box 738
Muskogee, Oklahoma 74402
Office: (918) 687-2335, Facsimile: (918) 687-2526

| | |
|---|---|
| To: | Scott |
| From: | Aimee Karnes – Criminal Program Specialist |
| Fax #: | 681-6525 |
| Date: | June 11, 2010 |

Number of pages    2    including cover sheet

Comments:

**WARNING:** Information attached to this cover sheet is U.S. Government property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of the information is prohibited (18 USC 641). Please notify the originator or local USMS office immediately to arrange for proper disposition.

**NOTE: THIS FAX COVER PAGE SOULD NOT BE USED TO FAX CLASSIFIED INFORMATION**

PRECEDENCE:   ☐ IMMEDIATE   ☐ PRIORITY   ☐ ROUTINE

CLASSIFICATION: ☐ SENSITIVE   ☐ NON-SENSITIVE

## Karnes, Aimee (USMS)

**From:** Kim Shamblin [kshamblin@muskogeeso.org]
**Sent:** Friday, June 11, 2010 12:05 PM
**To:** Karnes, Aimee (USMS)

Aimee,

Here is the info on Mr. Fields.
We ordered the following for him:

Duricef          07-23-03

Lexapro          07-25-03  #30
Risperidone      07-25-03  #30

Lexapro          08-04-03  #30
Risperidone      08-04-03  #30

Lithium Carb     08-06-03  #30


He saw the Dr. on these dates.

07-24-03
07-29-03
08-12-03

Let me know if you need anything else.

Thanks,
Kym

6/11/2010