_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIV-10-115-RAW |
| Respondent, | : | |
| | : | CAPITAL 2255 PROCEEDINGS |
| -v- | : | |
| | : | HON. RONALD A. WHITE |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

_____ :

**PETITIONER'S UNOPPOSED MOTION FOR
FORTY-FIVE DAYS TO FILE A REPLY**

Petitioner, Edward Leon Fields, Jr., through counsel hereby moves to be permitted to file a Reply within forty-five days and in supports states the following.

1. Pending before the Court is Petitioner's *Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody* (filed April 5, 2010). On July 30, 2010 Petitioner filed a Memorandum of Law in support of the Motion. The Government yesterday – September 28, 2010 – filed it *Answer* and exhibits.

2. Rule 5d of the *Rules on Motion Attacking Sentence Under Section 2255* states that the "moving party may submit a reply to the respondent's answer . . . within

1

a time fixed by the judge." Counsel's initial review of the Government's *Answer* indicates that such a reply would be appropriate and Petitioner wishes to file one.

3. Given the size of the Government's *Answer*, the complexity and number of issues, and counsel's litigation schedule with respect to other capital cases, they believe that they will require forty-five days in which to submit the reply.

4. Petitioner's counsel have consulted with counsel for the Government who have indicated that they do not oppose this Motion.

WHEREFORE, counsel for Petitioner respectfully request that the Court permit them to file a Reply to the Government's Answer on or before November 15, 2010.

Respectfully Submitted,

/s/Michael Wiseman
Michael Wiseman
Chief, Capital Habeas Corpus Unit
Cristi Charpentier
Assistant Federal Defender
Federal Community Defender for the
Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
Philadelphia, PA 19106
215-928-0520
Michael_Wiseman@fd.org
Cristi_Charpentier@fd.org

Counsel for Petitioner
Edward Leon Fields, Jr.

## CERTIFICATE OF SERVICE

I, Michael Wiseman, Esq., hereby certify that on this 29th day of September, 2010, the foregoing document was electronically filed and is available for viewing and downloading through the ECF system.

/s/ Michael Wiseman
Michael Wiseman