UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent, | : | |
| | : | CIV-10-115-RAW |
| -v- | : | |
| | : | CAPITAL 2255 PROCEEDINGS |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

_____

**ORDER**

AND NOW, this ___ day of _____, 2010, upon consideration of *Petitioner's Unopposed Motion for Forty-Five Days to File a Reply*, it is hereby ORDERED that the Motion is granted. Petitioner shall submit a *Reply* to the Government's *Answer* on or before November 15, 2010.

_____
Ronald A. White, D.J.