**UNITED STATES OF AMERICA**,
Respondent,

v.

**EDWARD LEON FIELDS, JR.**
Petitioner.

Case No. CIV-10-115-RAW

Capital 2255 Proceedings

**ORDER**

AND NOW, this 1st day of October, 2010, upon consideration of *Petitioner's Unopposed Motion for Forty-Five Days to File a Reply* [Docket No. 18], it is hereby ORDERED that the Motion is granted. Petitioner shall submit a *Reply* to the Government's *Answer* on or before November 15, 2010.

Dated this 1st day of October, 2010.

**Dated this 1st Day of October 2010.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0