# Exhibit A

**REBUTTAL CLOSING COMPARISON CHART**
*United States v. Edward Leon Fields, Jr.* -AND- *United States v. Kenneth Eugene Barrett*

| FIELDS | BARRETT |
|---|---|
| "Ladies and gentlemen, last evening I sat down at my desk and began to write and about 2:15 I printed off what I had wrote and I can to one conclusion, and that is that words cannot do justice to these facts."<br>TR, 3447 | "Last evening I sat down at my computer and I began to write and early this morning I reached this conclusion and that's that words cannot do justice to this extraordinary case."<br>TR, 5402 |
| "Permit me this observation, and I am confident that you will each take this decision very, very seriously.  But I would respectfully submit that this may not be an easy decision. But under the law and the evidence, this is not a close call either.  This Defendant's capital crimes are way over the capital limits as defined by law that the Court has given you. This Defendant deserves the death penalty not because we want to impose it, not because it's going to make us feel good, because it's the easy thing to do, but because it's the right thing to."<br>TR, 3447 | "Ladies and gentlemen, I submit to you that when you carefully and you honestly and you dispassionately look at this evidence in this case – this may be a very difficult case and a very difficult decision. Mr. Smith tugs at your heart strings.  This is a decision that you will live with, yes.  It is a difficult decision to sentence someone to death. But, ladies and gentlemen, under this evidence this is not a close call.  This is not a close call. ... And I am confident that you will take this decision very seriously. ... This isn't an easy decision, but it's not a close call.  Nineteen shots are way over the capital verdict line.  And the Defendant's crimes deserve the death penalty not because we want to impose it, not because it is easy.<br>TR, 5402-4 |
| "The Defendant who committed these horrendous acts is not a child.  He was a fully conscious adult. He voluntarily made many choices in his life and during the night of July 10th, 2003 when he stalked and surveilled and shot and savaged and slaughtered two absolutely innocent people who had done nothing to him."<br>TR, , 3448 | "The Defendant who committed these crimes isn't a child.  He was a fully conscious adult who substantially planned, who premeditated in a number of ways in the weeks and months prior to this murder. He expected, he watched, he surveilled and he slaughtered an absolutely innocent man who had done nothing to him."<br>TR, 5407-8 |
| "And let's not get distracted from the real issues in this case.  We'd all like to figure him out, wouldn't we? Sure he has behavioral | "Let's not get distracted from the real issues in this case.  My judgment is that you have this Defendant figured out.  He talked for a |

1

| FIELDS | BARRETT |
|---|---|
| problems.  He behaved badly before he stepped far over that death penalty line. He behaved despicably.  He did what he wanted to do.  He planned what he wanted to do.  What he had thought about for months before. He chose to do evil.  Were his crimes out of character? Not out of his.  They were consistent with the character he had become." *TR*, 3449 | long time about what he was going to do, about what he wanted to do.  He talked about it long before he stepped over the death penalty line. ... Rather he did what he wanted to do.  Were his crimes out of character? No. They were consistent with the character he had become." *TR* (Barrett), 5408-9 |
| The Defendant, though, by his conduct has abandoned the community of human beings who have empathy for others.  The most striking feature of the Defendant's actions, Jeff Mitchell told you, is his lack of empathy. The Defendant is a different person today? Well, you would think with a capital prospect hanging over his head, he might behave a little better.  For nearly two years he's been preparing, as it were, for this sentencing hearing. And jail rewards good behavior with commissary, with reading, with visitors. *TR*, 3452-3 | You know, he lacked an essentially [sic] ingredient of the community of people.  He doesn't have empathy for other people. [¶] You know, for others – over six years the Defendant has been preparing for the prospect of parole. Might he have been pretty well behaved in jail, generally speaking, given the prospect that he may be paroled one of these days? Might he be so motivated? Might that motivation now be gone? And jail rewards good behavior, commissary and reading and visitors and television association. *TR* (Barrett), 5411 |
| "Well, can justice be served by life in prison? The Defendant wants to be sent to his room as punishment. If he's allowed to live, he will have their [sic] percs [sic], like workouts and visitors and phone calls and mail and tv and recreation. Don't let this Defendant be a hero to his incarcerated criminal inmates All with a civilized core must recoil with revulsion of what the Defendant did to act as the executioner of the innocent. Don't give this Defendant what he wants.  In the name of justice, give him what he deserves. The Defendant wants to choose a sentence. He wants to live. Now, how unjust is that? Just what choice did he give Charles Chick? Just what choice did he give Shirley Chick? You know, the Defendant made Shirley do something she would never have done, never | "The Defendant wants to be sentenced to his room as punishment.  Justice cannot be served in the case by allowing the Defendant to live in prison.  If he's allowed to live in prison, he will have perks like workouts and visitors and phone calls and mail, TV and recreation. Don't let this Defendant – the evidence may reasonably infer and you may reasonably conclude – be a hero to his fellow inmates, to his fellow incarcerated criminals. All with a civilized core must have revulsion at what the Defendant did to have acted as the executioner of the innocent. Don't give this Defendant what he wants.  In the name of justice give this Defendant what he deserves. Don't just send him to his room. The Defendant wants to choose his sentence.  He now wants to live.  And how unjust is that? |

2

| FIELDS | BARRETT |
|---|---|
| had done, unless she knew there was absolutely nothing she could do for her dying husband, her friend" <br> *TR*, 3457 | What opportunity did he give Rocky Eales to live? How unjust is that? Rocky would never have done what the Defendant made him do, but for the fact that he believed that there was absolutely nothing he could further do to defend himself or others." <br> *TR* (Barrett), 5412-13 |
| This disturbing criminal conduct is far beyond the capital line.  The Defendant didn't need to commit this murder. ... He wanted the thrill of the kill. <br> *TR*, 3458 | This disturbing criminal conduct is way over the capital line.  The Defendant didn't need to commit this murder.  He wanted the thrill of the kill. <br> *TR* (Barrett), 5413 |
| Sympathy.  It's hard not to feel sympathy for the Defendant's family members.  He abandoned them though.  He abandoned them.  Only resurrecting contact with them conveniently now that he's in jail.  He envied his hard working, high achieving sister's success. <br> *TR*, 3458 | Sympathy.  If we're tempted to feel sorry for the Defendant or his relatives, we should remember this.  He abandoned them through his conduct.  How he must envy his hard-working, highly achieving brother's success <br> *TR* (Barrett), 5419-20 |
| Selfish. Selfish. Narcissistic. It's all about him. <br> *TR*, 3459 | But he's manipulative, he's a taker, a narcissistic personality. To him it's all about him. <br> *TR* (Barrett), 5423 |
| "Remember this, here in court the Defendant continues to victimize his own family by reducing them to props in an effort to escape justice. Remember also that Charlie didn't get an opportunity to plead for his life." <br> *TR*, 3459 | "And remember this, hear [sic] in court, the Defendant victimizes his own family by making them serve as props, as witnesses on his behalf.  Remember, Rocky didn't get this similar chance to plead for his life." <br> *TR* (Barrett), 5420 |
| The Defendant's best friend now is down to a monthly phone call.  Whatever he does for other people is far outweighed by what he has done.  He has paid for membership in the club of the most hardened, the worst group of criminals.  Remorseless, wanton, senseless, without any empathy or feeling, no emotion for a wonderful man and woman whose lives | Defendant's parents visit him. Well, whatever he does for them or anyone else is largely undefined and far outweighed by the crimes he committed.  The Defendant has paid for his membership into the worst of the worst groups of criminals.  He's a murderer.  He killed remorselessly, wantonly, senselessly and had no empathy, no sympathy, no |

| FIELDS | BARRETT |
|---|---|
| he extinguished that with six semi-automatic gun shots. Without the crime, returned later to rob and burglarize. And you know, then he goes the next day and he buys an engagement ring for his girlfriend like nothing happened. He had gone to work that day like nothing had happened. He drove to Michelle's like nothing happened. He gave her the engagement ring like nothing happened.  He gave her a made up story about getting money in the backpacks on a drug run to Texas when he was lying and waiting to kill like nothing happened.<br>*TR*, 3459-60 | thought, no feeling and no emotion for a wonderful man whose like he extinguished like that with semi-automatic gunshots. There is no proof that this Defendant lost one wink of sleep over what he did. It's almost as if he had done nothing, like nothing happened.<br>*TR* (Barrett), 5420 |
| "Remember the real victims.  Our job is not to forgive.  We are not the victims of the Defendant's brutality.  It is not our job to feel guilty.  The double murderer who robbed and burglarized as an afterthought and then remorselessly spent what he had stolen ought to feel guilt and remorse, but he doesn't.  He's the one who put us all here.  What a sense of power he may feel.  The narcissistic kind of selfish collection of reality that he has become. We must not refuse to do our duty because we cannot make the victims whole."<br>*TR*, 3460 | "Remember the real victims.  It is not our job here to forgive.  We are not the victims of the Defendant's brutality.  It's not our job to feel guilty.  The murderer who mercilessly killed in this case as a matter of conscious, premeditation and planning ought to feel guilt and remorse, but he doesn't.  He is the one who put us all here.  What a sense of power he must feel, the narcissistic, selfish collection of reality that he is.  He's the one that put us all here. [¶] But we must not refuse to do our duty just because we can't make the victim's family or friends or community whole."<br>*TR* (Barrett), 5421-22 |
| He accepted responsibility by pleading guilty? Hardly. He took an easy decision off the table.<br>*TR*, 3464 | They say that the Defendant accepted responsibility by declining to appeal his state conviction for mere manslaughter.  Hardly. He made a strategic choice.<br>*TR* (Barrett), 5422-23 |
| Remorse? He didn't see the light, he felt the heat. Future dangerous? Which one of use would want to be in a cell next to someone who is capable of coldly attacking two innocent people who had done nothing to | Remorse? The evidence indicates that this Defendant has not only not seen the light, he hasn't even felt the heat. The defense lawyer says that the Defendant is not a future danger. Ask yourselves, would any of us want to be in |

4

| FIELDS | BARRETT |
|---|---|
| him?<br>*TR*, 3465 | a prison cell next to a man who is capable of coldly attacking law enforcement officers?<br>*TR* (Barrett), 5423 |
| The aggravating factors have been proven beyond a reasonable doubt.  The mitigating factors, even if accepted as proved, cannot outweigh the premeditated murder of Charlie.  The mitigating factors ... The mitigating factors – and I submit all of this to you based upon the evidence that has been admitted – do not begin to outweigh just one of the steps that Shirley took in a terrorized flight from the Defendant. She sought to escape the monstrous form the Defendant had chosen to assume in the final moments of her life.  The Defendant has earned and deserves the death penalty.<br>*TR*, 3463-64 | The aggravating factors in this case have been proved beyond a reasonable doubt. ... The mitigating factors, even if accepted as fully proved, cannot outweigh the substantially planned and premeditated murder of 49 year old Rocky Eales.  The mitigating factors cannot begin to outweigh one of the tortured steps Rocky took as he stumbled into darkness.  This Defendant has earned and deserves the death penalty.<br>*TR* (Barrett), 5424 |
| Thousands of years ago the king of the world's greatest then existent civilization and most powerful empire held a great feast for thousands of his ruling friends.  They ate, they drank from golden and silver goblets that they had stolen from the temple of a subdued and now enslaved nation.  They drank wine and they worshiped pagan idols.  All of a sudden the fingers of a hand began to write on the palace wall.  The king saw the hand and was so frightened, he was so scared, that his clothing literally became loose.  He became white. He shook. His knees banged together. He cried out: Bring the astrologers, bring the wise men of the nation.  Whoever interprets this saying on the wall will become the third most powerful member of my government. He will have great riches.  The wise men came in.  They studied, they deliberated, they conversed, they conferred and they thought. But they couldn't read much less interpret the writing on the wall.  The king's face turned | "Thousands of years ago, the king of the world's most powerful empire held a great feast for thousands of the rules of his nation.  They ate and they drank from golden and silver cups which had been stolen from the temple of a subdued and now enslaved nation.  They drank wine and they worshipped [sic] idols.  All of a sudden, the fingers of a hand appeared and began to write on the palace wall.  The king saw the hand and the writing and he was frightened.  He was so scared that his clothes actually loosened and his knees knocked together.  He cried out bring the astrologers, bring the wise men of the nation.  Whoever interprets this writing will have great wealth and be named the third highest ruler in the country. The wise men came in and they studied and they thought and they consulted, they conferred, they thought.  But they couldn't read, must less interpret the writing.  The king's face turned ashen.  The queen remembered a forgotten foreigner.  The |

5

| FIELDS | BARRETT |
|---|---|
| ashen.  The queen, though, remembered a forgotten man.  She called for him after talking to the king.  And the king made the man the same offer.  The man, though, he turned down all of the riches, all the honor and all of the prestige.  The man bravely interpreted the writing on the wall.  And the writing on the wall said in three words, you kingdom has come to an end, your kingdom will be divided and given to your neighboring enemies, and then the prophet said the writing said you have been weighed in the balance and found wanting.  Sure enough, that night the king was killed.  His kingdom was separated among his neighboring enemies.  The Defendant weighed his options on July 10, 2003.  Under the Court's instructions and the law given by the Court, the Defendant should be, as it were, weighed in the balance and found wanting. <br> *TR*, 3466-67 | king made the mane the same offer.  The man declined all of the riches and all of the honor and then he bravely read and interpreted the writing on the wall.  His interpretation was that you're [sic] kingdom is at an end.  Your kingdom will be divided – and divided and given to your neighboring enemies and then the prophet said you have been weighed in the balance and found wanting.  That night the kind was killed and his kingdom was divided. Ladies and gentlemen, under this evidence, under this testimony, the Defendant has been weighed in the balance and found wanting." <br> *TR* (Barrett), 5424-25 |

6