# Exhibit C



**U.S. Department of Justice**

SHELDON J. SPERLING
*United States Attorney*
*Eastern District of Oklahoma*

---

*1200 West Okmulgee*                    *(918) 684-5100*
*Muskogee, Oklahoma 74401      Main Fax (918) 684-5130*
                              *Criminal Fax (918) 684-5150*

July 15, 2010

Michael Wiseman
Federal Community Defender Office
Capital Habeas Unit
Suite 545 West - The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

     *In re:   Edward Leon Fields*

Dear Mr. Wiseman:

Enclosed please find a copy of the medical records which the Federal Bureau of Investigation received from the Muskogee County Detention Center regarding the Effexor medication dispensed to Mr. Fields during his incarceration.

                  Sincerely,

                  SHELDON J. SPERLING
                  United States Attorney

                  Christopher J. Wilson
                  Assistant United States Attorney

cc:    file

# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## Capital Habeas Unit

FEDERAL COURT DIVISION DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

ELLEN T. GREENLEE
DEFENDER

PHONE NUMBER (215) 928-0520
FAX NUMBER    (215) 928-0826
FAX NUMBER    (215) 861-3508

·

LEIGH M. SKIPPER
CHIEF FEDERAL DEFENDER

July 12, 2010

Ida Tompkins, Day Administrator
Muskogee County Detention Center
Division of the Muskogee County Sheriff's Office
122 South 3rd Street
Muskogee, OK 74401

**Re:    Name: Edward Leon Fields, Jr., DOB: 5/15/1967, SSN: 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**

Dear Ms. Tompkins:

Our office represents Mr. Edward Leon Fields in federal habeas corpus proceedings. Mr. Fields was held at your facility in 2003 to 2005. Christopher Wilson, Assistant United States Attorney, informed Michael Wiseman, Mr. Fields' attorney, that a bottle of Effexor prescribed to Mr. Fields' prior to his arrest was released to your facility and that the remaining medication was administered to Mr. Fields by the facility's medical staff. As directed by Mr. Wilson, we had Mr. Fields' sign an authorization which allows your facility to release a portion of Mr. Fields' medical records to Mr. Wilson as well as his representative at the Federal Bureau of Investigations. The authorization permits disclosure of the following records:

- Economy Pharmacy order report for July 19
- Order report for medications purchased for Fields from booking until release
- Med Sheet for Fields from booking until release. Report documenting the daily meds taken.
- Medication release form dated 8-14-03
- Incident reports
- Sick call requests
- Medical Questionnaire
- TB skin test report
- Release sheet
- Prescription request

- Booking info, to include prisoner's personal property, medical Questionnaire, and identification.
- USMS prisoner medical records release form.

Our office will forward a copy of this letter and the release to Mr. Wilson as well. If you have any questions, please feel free to contact me at the above number or at Hayden_Nelson-Major@fd.org.  Thank you for your time.

Sincerely,

Hayden Nelson-Major
Hayden Nelson-Major
Paralegal

Enclosure

# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### Capital Habeas Unit

FEDERAL COURT DIVISION DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106
215-928-0520

---

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

To:    Federal Bureau of Investigations and the U.S. Attorney's Office – Eastern District of Oklahoma

From:    The Muskogee County Detention Center

I, __Edward Leon Fields__ , __5/15/1967__ , __2 2 3- 2 5- 8 5 7 3__, hereby
      (name)         (date of birth)   (social security number)
authorize you and your agents to release a portion of my records from the Muskogee County Detention Center as
follows:

- Economy Pharmacy order report for July 19
- Order report for medications purchased for Fields from booking until release
- Medication Sheets from booking until release.
- Medication release form dated 8-14-03
- Incident reports
- Sick call requests
- Medical Questionnaire
- TB skin test report
- Release sheet
- Prescription request
- Booking information, to include prisoner's personal property, medical questionnaire, and identification.
- USMS prisoner medical records release form.

This authorization is valid until revoked by me in writing. You may accept a photocopy of this authorization.

*Edward Fields*
Signature

6-29-10
Date



# UNITED STATES MARSHALS SERVICE
## Eastern District of Oklahoma
111 North 5th Street
U.S. Courthouse, Room 136
P.O. Box 738
Muskogee, Oklahoma 74402
Office: (918) 687-2335, Facsimile: (918) 687-2526

| To: | Scott |
|---|---|
| From: | Aimee Karnes – Criminal Program Specialist |
| Fax #: | 681-6525 |
| Date: | June 11, 2010 |

Number of pages ___2___ including cover sheet

Comments:

**WARNING:** Information attached to this cover sheet is U.S. Government property. If you are not the Intended recipient of this Information, disclosure, reproduction, distribution, or use of the information is prohibited (18 USC 641). Please notify the originator or local USMS office Immediately to arrange for proper disposition.

**NOTE: THIS FAX COVER PAGE SOULD NOT BE USED TO FAX CLASSIFIED INFORMATION**

**PRECEDENCE:** ☐ IMMEDIATE ☐ PRIORITY ☐ ROUTINE

**CLASSIFICATION:** ☐ SENSITIVE ☐ NON-SENSITIVE

06/11/2010 12:00 6:10-cv-00115-RAW 9072525 Document 20-4    Filed in ED/OK on 11/15/10    Page 7 of 42    US MARSHAL E/OK    PAGE 02/02

Page 1 of 1

## Karnes, Aimee (USMS)

**From:** Kim Shamblin [kshamblin@muskogeeso.org]

**Sent:** Friday, June 11, 2010 12:05 PM

**To:** Karnes, Aimee (USMS)

Aimee,

Here is the info on Mr. Fields.
We ordered the following for him:

| | | |
|---|---|---|
| Duricef | 07-23-03 | |
| | | |
| Lexapro | 07-25-03 | #30 |
| Risperidone | 07-25-03 | #30 |
| | | |
| Lexapro | 08-04-03 | #30 |
| Risperidone | 08-04-03 | #30 |
| | | |
| Lithium Carb | 08-06-03 | #30 |

He saw the Dr. on these dates.

07-24-03
07-29-03
08-12-03

Let me know if you need anything else.

Thanks,
Kym

MED SHEET

July 3

| MEDICATION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effexor 150mg ℞ PO ~~AM~~ QOD | 9 | | | | | | | | | | | | | | | | | | | S | R | R | S | S | R | S | / | R | ✓ | m | m | |
| Cefadroxil 500mg ℞ PO BID | 9 / HS | | | | | | | | | | | | | | | | | | | | | | | | / | S | M | R | R | m | m | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | R | M | m | R | R | m | m | |
| Lexapro 20 mg ℞ PO AM | 9 | | | | | | | | | | | | | | | | | | | | | | | | | | m | R | R | m | m | |
| Risperidol 1 mg ℞ PO HS | HS | | | | | | | | | | | | | | | | | | | | | | | | | | m | m | R | R | m | m | |

DR: 

NAME  Fields Edward

1  2  3  4  5   (DET.)   S. DET.   CO.   (FED.)   BOP   WRIT   ALLERGIES

6  7  8  9 10   N.DET.   JUV.   CITY   DOC   CNMS   HOLD

Aug 3

MED S

| MEDICATION | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EFFexor 150 mg 1-PO QOD | 9 | R | m | R | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lexapro 30 mg 1-PO AM | 9 | R | R | m | R | R | m | s | m | R | m | s | m | R | | | | | | | | | | | | | | | | | |
| Risperidol 1 mg 2-PO HS New order 8-1-03 | HS | R | R | m | R | R | m | s | R | R | m | s | R | R | | | | | | | | | | | | | | | | | |
| Cefadroxil 500mg 1-PO bid No Refill | 9/HS | R | R | R | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lithium 300 mg 2-PO Bid | | | | | | | | s | m | R | m | s | m | R | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | 9 | R | R | m | s | R | R | | | | | | | | | | | | | | | | | |

No Refill

DR: B

1  2  3  4  5  DET  S. DET.    CO.  FED  BOP    WRIT    ALLERGIES

6  7  8  9 10   N.DET.  JUV.    CITY  DOC  CNMS   HOLD

NAME

## Kim Shamblin

**From:**          Kim Shamblin [kshamblin@muskogeeso.org]
**Sent:**          Friday, June 11, 2010 12:05 PM
**To:**            'aimee.karnes@usdoj.gov'

Aimee,

Here is the info on Mr. Fields.
We ordered the following for him:

Duricef           07-23-03

Lexapro           07-25-03  #30
Risperidone       07-25-03  #30

Lexapro           08-04-03  #30
Risperidone       08-04-03  #30

Lithium Carb      08-06-03  #30


He saw the Dr. on these dates.

07-24-03
07-29-03
08-12-03

Let me know if you need anything else.

Thanks,
Kym

1

| MEDICATION    DEC  05 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LITHIUM 300mg | hs | K | K | K | S | S | K | K | | | | | | | | | | | | | | | | | | | | | | | | |
| 3-PO-hs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLUOXETNE 40mg | hs | K | K | K | S | S | K | K | | | | | | | | | | | | | | | | | | | | | | | | |
| 1-PO-hs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRIHEXYPHENIDYL 2mg | hs | K | K | K | S | S | K | K | | | | | | | | | | | | | | | | | | | | | | | | |
| O-hs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOXIPINE 25mg | hs | K | K | K | S | S | K | K | | | | | | | | | | | | | | | | | | | | | | | | |
| 2-PO-hs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Released 12-8-05*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| | 1 | 2 | 3 | 4 | 5 | DTX | S-DTX | | CO | FED | DOC | WRIT | | SHIRLEY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Bumgardener | | | | | | | | | | | | | | KIM | |
| | 6 | 7 | 8 | 9 | 10 | N-DTX | JUVE | CITY | BOP | CN MS | HOLD | | | CRYSTAL | |
| NAME: | | | | | | | | | | | | | | | |
| FIELDS EDWARD | | | | | | N-1 | S-1 | | | | | | | | |

| MEDICATION — NOV. 05 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LITHIUM   300 mg | hs | K | J | J | K | K | J | J | K | K | S | K | K | S | S | P | P | P | P | K | K | P | P | K | K | P | P | L | K | P | | |
| 3 -PO- hs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLUOXETINE   40 mg | hs | K | J | J | K | K | J | J | K | K | K | S | K | K | S | S | P | P | P | P | K | K | P | P | K | K | P | P | K | K | P | | |
| 1 -PO- hs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRIHEXYPHENIDYL  2 mg | hs | K | J | J | K | K | J | J | K | K | K | S | K | K | S | S | P | P | P | P | K | K | P | P | K | K | P | P | K | K | P | | |
| _ -PO- hs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOXIPINE   25 mg | hs | K | J | J | K | K | J | J | K | K | K | S | K | K | S | S | P | P | P | P | K | K | P | P | K | K | P | P | K | K | P | | |
| 2 -PO- hs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | DTX | S-DTX | CO | FED | DOC | WRIT | | SHIRLEY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Bumgardener | | | | | | | | | | | | | JENNIFER |
| | 6 | 7 | 8 | 9 | 10 | N-DTX | JUVE | CITY | BOP | CN MS | | HOLD | KIM |
| NAME: FIELDS EDWARD | | | | | | N-1 | S-1 | | | | | | |

| MEDICATION    OCT.   05 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LITHIUM  300 mg | hs | J | J | K | K | S | J | K | K | J | J | K | K | J | J | S | K | K | J | J | J | K | K | J | J | K | K | J | J | K | K | J | J | K |
| 3 -PO- hs |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ongoing |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLUOXETINE  40 mg | hs | J | J | K | K | S | J | K | K | J | J | K | K | J | J | S | K | K | J | J | K | K | J | J | K | K | J | J | K | K | J | J | K |
| 1 -PO- hs |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ongoing |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRIHEXYPHENIDYL  2 mg | hs | J | J | K | K | S | J | K | K | J | J | K | K | J | J | S | K | K | J | J | K | K | J | J | K | K | J | J | K | K | J | J | K |
| -PO- hs |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ongoing |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOXIPINE  25 mg | hs | J | J | K | K | S | J | K | K | J | J | K | K | J | J | S | K | K | J | J | K | K | J | J | K | K | J | J | K | K | J | J | K |
| 2 -PO- hs |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ongoing |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 800mg | AM | | | | | | | | | | | →  | | R | R | K | J | R | B | | | | | | | | | | | | | | |
| 1-bid | HS | | | | | | | | | | | →  | | J | S | K | K | J | J | K | | | | | | | | | | | | | | |
|  |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|  |  | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|  |  | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| | 1 | 2 | 3 | 4 | 5 | DTX | S-DTX | CO | FED | DOC | WRIT | | SHIRLEY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Bumgardener | | | | | | | | | | | | | JENNIFER |
| | 6 | 7 | 8 | 9 | 10 | N-DTX | JUVE | CITY | BOP | CN MS | | HOLD | KIM |
| NAME: FIELDS  EDWARD | | | | | | N-1 | S-1 | | | | | | |

| MEDICATION  AUG 05 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LITHIUM 300 mg  3 -PO- hs | hs | K | K | T | T | K | K | T | T | K | K | T | | K | J | J | J | J | K | K | J | J | T | K | K | T | J | J | K | K | J | J | K | K |
| FLUOXETINE 40 mg  1 -PO- hs | hs | K | K | T | T | K | K | T | T | K | K | T | | K | J | J | J | J | K | K | J | J | K | K | J | J | K | K | J | J | K | K | J | J | K | K |
| TRIHEXYPHENIDYL 2 mg  PO- hs | hs | K | K | T | | K | K | T | T | K | K | T | | K | J | J | J | J | K | K | J | J | J | K | K | J | J | K | K | J | J | K | K | J | J | K | K |
| LOXIPINE 25 mg  2 -PO- hs | hs | K | K | T | | K | K | T | T | K | K | T | | K | J | J | J | J | K | K | J | J | K | J | J | K | K | J | J | K | K | J | K | J | J | K | K |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| ALLERGY: | 1 | (2) | 3 | 4 | 5 | DTX | S-DTX | | CO | (FED) | DOC | WRIT | | SHIRLEY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Bumgardener | | | | | | | | | | | | | | TEMICAH |
| | 6 | 7 | 8 | 9 | 10 | N-DTX | | JUVE | CITY | BOP | CN | MS | HOLD | KIM |
| NAME: FIELDS EDWARD | | | | | | N-1 | | S-1 | | | | | | |

| MEDICATION — AUG. 05 | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| LITHIUM          300 mg | hs | K S S K K S S K K S K 1 1 1 1 K K 1 1 K K 1 1 K K 1 1 |
| 3 -po- hs | | |
| FLUOXETINE     20 mg | hs | K S S K K S S K K S K 1 1 1 1 K K 1 1 K K 1 1 K K 1 1 |
| 2 -PO- hs   i 40mg | | |
| TRIJEXYPHENIDYL 2mg | hs | K S S K K S S K K S K 1 1 1 1 K K 1 1 K K 1 1 K K 1 1 |
| 2  po- hs | | |
| LOXIPINE       25 mg | hs | K S S K K S S K K S 1 1 1 1 1 K K 1 1 K K 1 1 K K 1 1 |
| 2 -PO- hs | | |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

| ALLERGY: | | 1 | 2 | 3 | 4 | 5 | DTX | S-DTX | CO | FED | DOC | WRIT | | SHIRLEY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Bumgardener | | | | | | | | | | | | | | KIM |
| | | 6 | 7 | 8 | 9 | 10 | N-DTX | JUVE | CITY | BOP | CN | MS | HOLD | |
| NAME: FIELDS EDWARDS | | | | | | | N-1 | S-1 | | | | | | |

| MEDICATION        JULY 05 | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| LOXIPANE    50 mg | hs | A F R R A R R A A R R A R R S S R R       R R            i |
| A -PO- hs | | |
| LITHIUM    300 mg | hs | A A R R A R R A A R R A R R S R R S R R S R R S S R R R R R |
| 3 -PO- hs | | |
| FLUOXETINE    20 mg | hs | A A R R A R R A A R R A R R S S R R S S S R R S S R R R R R |
| _ PO- hs | | |
| TRIJEXYPHENIDYL    2 mg | hs | A A R R A A R R A R R A R R S S R R S S R R R S R R R R R |
| 2 -PO- hs | | |
| LOXIPANE 55 mg HS | | S R R R S R R R R R |
| 2-PO-HS | | |
| | | |
| | | |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

| ALLERGY: | | 1 | 2 | 3 | 4 | 5 | DTX | S-DTX | CO | FED | DOC | WRIT | | RHONDA | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Bumgardener | | | | | | | | | | | | | | ANGELA | |
| | | 6 | 7 | 8 | 9 | 10 | N-DTX | JUVE | CITY | BOP | CN | MS | HOLD | SHIRLEY | |
| NAME: FIELDS EDWARD | | | | | | | N-1 | S-1 | | | | | | | |

June 05

| MEDICATION 2005 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loxitane 50mg 1-PO @ HS | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | R R A | | |
| Lithium CARB 300mg 3-PO @ HS FOR 7 DAYS / Stop 7-5-05 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | R R A | | |
| Fluoretine 20MG (PROZAC) 2-PO @ HS | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | R R A | | |
| TRIHEXYPHENIDYL 2MG (ARTANE) 2-PO @ HS | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | R R A | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| ALLERGY: | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | DTX | S-DTX | CO | (FED) | DOC | WRIT | | RHONDA |
| Dr. Bumgardener | | | | | | | | | | | | | | ANGELA |
| | | 6 | 7 | 8 | 9 | 10 | N-DTX | JUVE | CITY | BOP | CN | MS | HOLD | SHIRLEY |
| NAME: FIELDS, EDWARD | | | | | | | N-1 | S-1 | | | | | | |

## MEDICATION ADMINISTRATION RECORD    DIAMOND PHARMACY SERVICES

1.800.882.6337    FAX: 724.349.2945



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prozac 40mg po $\overline{g}$ hs  x30 d | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lithium 900mg po $\overline{g}$ hs  x30 d | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Loxitane 50mg po $\overline{g}$ hs  x30 d | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Artane 4mg po $\overline{g}$ hs  x30 d | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|
| | | | DS | D. Shamoun LPN | | | | |
| | | | | | B | B. Stuewelt | | |

From-Federal Public Defender

| MEDICATION    MAY 2005 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loxitane 25mg 2-PO HS | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | S M M M | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

ALLERGY:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | JUDY |
|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Bumgardener | | | | | | | | | | SANDY |
| | DTX | N-DTX | N-1 | S-1 | | 9 | 10 | | | SHIRLEY |

NAME: Edward Fields

cell
DTX-cage

## INCIDENT AND DISCIPLINE REPORT

NAME Edward Fields (Federal)    DATE 7-23-3 @ 10:15 AM

DESCRIPTION OF
INCIDENT: I was called to DTx Fields had used
a broke Razor To slit his left Arm at The
bend (Elbow) and wrist - he was bleedin PurFusedly
EMS & Marshalls were called. his arm was wraped
and Bleeding was Controled until EMS arrived. and
Transported Fields To MRMC. ———————— S. Shores
L.E. This Took Place in The Shower of DTx 2 ————— Shores.

L.E. Glen Reed wraped his arm To stop bleeding;
beFore I could get down stairs. ————— S. Shores

SIGNATURE:

E. Harvey

Wounds Both wrists                                    8 Am
        (L) antecubital stitche
                        staple (R) wrist
Today - 6d    (R) wrist steristrip

staples in place (L) wrist
stitches (L) antecubital
kelo
Wounds clean / keep covered

√ 8/1/03

## SICK CALL REQUEST

DATE: 7-30-3

CELL BLOCK # D+X-Cage

INMATE NAME: Edward Fields

CIRCLE MEDICAL OR DENTAL

PROBLEM    Sutures & Staples

## FOR MEDICAL USE ONLY!

MEDICAL
COMMENTS: Dr. 8-1-3
See Dr.

MEDICAL SIGNITURE

SS

## DOCTOR ORDERS

8/1/03                                      7:40 AM

injury 7/23/03

® wrist — healing ok

sutures out
Staples out
Keep clean / covered
steri strips — to ® arm — ® antecubital area

↑ Risperdal 2mg Lg

N.V ok

PHYSICIAN SIGNITURE

wounds healing

N - √ ok

## SICK CALL REQUEST

DATE: 7-23-3
CELL BLOCK # D4X

INMATE NAME: Edward Fields
CIRCLE MEDICAL OR DENTAL
PROBLEM Tried Suicide 10:15 Am 7-23-3
has sutures –

## FOR MEDICAL USE ONLY!
MEDICAL
COMMENTS:

MEDICAL SIGNITURE

## DOCTOR ORDERS          8:10 Am

7/24/03

all – NKDA
family members
all to sulfa

has been on Lexapro before
was helping ↑ Dr (Died to
— Effexor↑—) 5 wks – 6 wks

Lexapro calmed obs component
anything that pops in my mind

⊕ voices – ↑ –
⊖ Vis –

1st attempt
all my life – dysthymia
gen good health

MDD ī
Psychotic
features
S/Dysthymia

wp

?BS low    PHYSICIAN SIGNITURE

↓ Effexor XR 75 g Am
when Lexapro 20 mg ī po g Am
Risperdal 1 mg po ghs

## MUSKOGEE COUNTY DETENTION CENTER
### A Division of the Muskogee County Sheriff's Department
122 South 3rd Street
Muskogee, OK 74401
1-918-687-1275
FAX: 1-918-686-6456

*I have been given information regarding Tuberculosis and also Multi Drug resistant Tuberculosis. I am aware of how the Mycobacterium tuberculosis is spread from one person to another.*

## TB SKIN TEST

1. *If Female ----Is there any chance that you are currently pregnant?*    Yes (No) *Male*

2. *Have you ever had a positive TB skin Test?*    Yes (No)

3. *Have you ever lived outside the U.S.?*    Yes (No)

*If you have had a positive skin test in t he past please do not take the skin test again.*
*Please indicate if you have had any of the following signs or symptoms.*

_____ Generalized weakness
_____ Weight loss
_____ Persistent Cough
_____ History of Night Sweats
_____ Elevated Temperature
_____ History of Exposure

Needs

Signature X _Edward Fields_

Names: _Edward Fields_   DoB _5-15-57_   _7/tX_

| TEST | DATE GIVEN | ADMINISTERED BY | LOCATION |
|------|-----------|-----------------|----------|
| TB Skin Test | 7-21-03 | RT | (R) arm |
| **Results** | **Date Read** | **Results in MM's** | **Nurse** |
| Neg | 7-23-3 | 0 | SS |

*Was is necessary to repeat the test?* _____
*If yes - Please indicate the reason.* _____
*If Positive skin Test (> 10 mm) was a chest X-Ray obtained?* _____
*Date obtained* _____ *Results* _____
*Date employee referred to a physician?* _____ *Physician* _____



# MUSKOGEE SHERIFF OFFICE
P.O. Box 2428  Muskogee, Oklahoma  74402
(918)682-7851

# MEDICAL QUESTIONNAIRE

**Booking Number** 2003009327
**Booked Date** 7/18/2003   22:45
**Sex** Male

**Inmate Name** FIELDS, EDWARD LEON
**Date Of Birth** 05/15/1967
**Race** White

## Visual Assessment

| Yes | No | |
|-----|----|-|
| ☐ | ☑ | Any signs of poor skin condition, vermin, rashes or needle marks? |
| ☐ | ☑ | Does inmate have any physical deformities? |
| ☐ | ☑ | Is inmate carring medication? |

## Have you ever had / Do you have?

| Yes | No | |
|-----|----|-|
| ☐ | ☑ | Heart Condition |
| ☐ | ☑ | Venereal Disease |
| ☐ | ☑ | Mental Illness |

## General Question

| Yes | No | |
|-----|----|-|
| ☐ | ☑ | Do you currently take any medication prescribed by a doctor? |
| ☑ | ☐ | Do you have any other medical problems we should know about? |
|   |   | Explaination: HYPOGLASEMIC-DIET, DEPRESSION-EFFEXOR |
| ☐ | ☑ | Do you have any problems when you stop drinking or using drugs? |
| ☑ | ☐ | Have you ever attempted suicide or are you thinking about it now? |
|   |   | Explaination: NOW |
| ☐ | ☑ | Have you ever been treated for drug/alcohol dependency? |
| ☐ | ☑ | Are you presently under the influence of alcohol or drugs now? |

Insurance
Doctor

**Emergency Contact Person**

**Relationship**    FRIEND
**Name**                 BOND, MICHELLE
**Address**
**City**



**MUSKOGEE SHERIFF OFFICE**
P.O. Box 2428  Muskogee, Oklahoma  74402
(918)682-7851

## MEDICAL QUESTIONNAIRE

**Booking Number**  2003009327
**Booked Date**  7/18/2003   22:45
**Sex**  Male

**Inmate Name**  FIELDS, EDWARD LEON
**Date Of Birth**  05/15/1967
**Race**  White

State
Zip
**Phone**          (918)967-3909

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

_____          _____
            Inmate's Signature                                    Officer

_____
            Date / Time

DEA #_____

Muskogee County
7a.7

JOYCE L. BUMGARDNER, M.D.
812 N. Main   697 7036
Muskogee, OK 74401
682-8452

NAME _Edward Fields_

ADDRESS _____  DATE _July 1 05_

R̥

Lithium — level

Chem profile

Hx - Schizoaffective
Disorder

Need Li level

☐ LABEL

REFILL _____ TIMES   PRN   NR

_____ M.D.

01/22/96                      01-K11238598

## SICK CALL REQUEST

DATE: 8-11-03

CELL BLOCK # DTX cage

INMATE NAME: Edward Fields

CIRCLE MEDICAL OR DENTAL

PROBLEM Would like to know if his Lithium can be increased!

## FOR MEDICAL USE ONLY!

MEDICAL COMMENTS: See dr 8-11-03

MEDICAL SIGNITURE

MS

## DOCTOR ORDERS

hearing voices ↑ lithium to 2mg

Via telephone order Dr. B.

Stated very suicidal.

Mood Stab — Li 300 TT BID

voices Risperdal 2mg hs

Lexapro

## PHYSICIAN SIGNITURE

**MUSKOGEE REGIONAL MEDICAL CENTER**
*300 Rockefeller Dr. 682-5501  Muskogee, OK 74401*

NAME _Edward Fields_   AGE _____

ADDRESS _____   DATE _7/22/0 ?_

_Daraef 500 y_
_# 14_

sig: _T PO BIDX 7d_

Label and refill ___ times _____ M.D.

Type/Print or Stamp (Physician)

NAME: _Mcrounain_

ADDRESS: _____

DEA No. _____

Must be completed in full for all schedule II, III, IV & V Drugs

Filled: _____
R.Ph. _____
Date: _____

Form A-52   1/01

_ordered_
_7-83-3_

# SICK CALL REQUEST

INMATE NAME: Edward Fields          Date: 10-13-05

Circle One        (Medical) or Dental          Cell Block # 2

Medical Problem: I have A broken tooth. I have A sick CAll
in for it, but I would like something for the pain till I can
get to the Dentist.

Medication Allergy  NONE          Pregnant: ____ yes ✓ no

Current Medication you take Loxitain Actain, Prozac, Lithium

On going Health Problems we need to know about?
NONE

Do not write below this line.........................................................

Staff Comments  call Dentist for 1BU  10-13-05
Dental appt 10-17-05

_____
Staff Signature

## DOCTOR'S ORDERS

_____
Doctors Signature

ppt
10-10-05
fed

# SICK CALL REQUEST

INMATE NAME: Edward Fields         Date: 9-26-05

Circle One        Medical   or (Dental)         Cell Block # 2

Medical Problem : I have A broken tooth, that is Very painful. I request to have it pulled And some IBuprophane Till I Can get to the Dentiest.

Medication Allergy None         Pregnant : _____ yes _____ no

Current Medication you take Loxfair, Artain, ProzAc And Lithium

On going Health Problems we need to know about ?
None

Do not write below this line..................................................................

_Staff Comments_ _____

_____

_____
                                        Staff Signature

## DOCTOR'S ORDERS

_____
_____
_____
_____
_____
_____
_____
_____
_____
                                        Doctors Signature

8-22-05
appt
fed

# SICK CALL REQUEST

INMATE NAME: Edward Fields          Date: _____

Circle One      Medical   or (Dental)          Cell Block # 2

Medical Problem : I have A toothache on the upper right
I would like an Antibiotic or have it pulled

Medication Allergy None          Pregnant.: _____ yes _X_ no

Current Medication you take Loxitaie, Actain, Lithium
Prozac

On going Health Problems we need to know about ?
NO

Do not write below this line..................................................................

_Staff Comments_    _____

_____

Staff Signature

## DOCTOR'S ORDERS

Doctors Signature

FED

# SICK CALL REQUEST

INMATE NAME *Edward Fields*          Date: *8-10-05*

Circle One          (Medical) or Dental          Cell Block # *2*

Medical Problem : *review Lab Report*

_____

Medication Allergy_____          Pregnant :_____yes_____no

Current Medication you take_____

On going Health Problems we need to know about ?

_____

Do not write below this line...................................................................

_Staff Comments    *rec'd 8-10 su dr 8-12*

_____

_____
                                        Staff Signature


DOCTOR'S ORDERS

*8/12/05*                                        *620An*

                        *lab returned*


                *Hep factors — NON Dx*

                                        Doctors Signature

        ✓ *L: level Returns*
        *pt States OK*                        */B*

# SICK CALL REQUEST

INMATE NAME: *Edward Fields*          Date: 6-28-05

Circle One        (Medical)  or  Dental          Cell Block # ~~D H~~ 2

Medical Problem : *See orders*

*Check his upper torso for laceration –*
*check for heart condition – us marshalls wants your findings*
Medication Allergy _____          Pregnant : ___ yes ___ no  *in writing.*

Current Medication you take _____

On going Health Problems we need to know about ? _____

_____

Do not write below this line.........................................................................

_Staff Comments          _____

_____

_____                    Staff Signature

## DOCTOR'S ORDERS

7-1-05 _____                                    615 Am

all - ∅          see med's sheet –
          pt states meds working

          p̄ A/A ox4
          coop /answers
          questions ok
          has ⊕ voices at
          times –
          ⊖ SHI

          ☒ wears glasses
          chest WNL

Turac 40mg po ghs                    wt RRR
Li. 900mg po ghs          Doctors Signature          Lgs clean
Lox.Pane 50mg po ghs   *while here*          Skin Head Nec
Artane 4mg po gLs                    chest torso
                              upper Ext
                              ⊖ abras
Need Li level / Chem profile          ⊖ contus
                              ⊖ sca

# MEDICATION RELEASE FORM

DATE _8- 14-03_

NAME OF INMATE _Edward Fields_

| NAME OF MEDICATION | AMOUNT RELEASED |
|---|---|
| #1 Risperdal 2mg | 29 |
| #2 Lexapro 20mg | 11 |
| #3 Lithium 300mg | 12 |
| #4 | |
| #5 | |
| #6 | |
| #7 | |
| #8 | |

SIGNATURE OF PERSON EXCEPTING MEDICATION

SIGNATURE OF MED STAFF RELEASING MEDICATION

PLEASE NOTE: THE EMERGENCY ROOM PROVIDES EMERGENCY CARE ONLY. NOT INTENDED AS A SUBSTITUTE FOR OR TO PROVIDE COMPLETE MEDICAL CARE. FURTHER CARE NECESSARY TO TREAT YOUR PROBLEM MUST BE PROVIDED BY YOUR DOCTOR. YOU MAY WISH TO SEE THE DOCTOR LISTED ON THE LINE BELOW FOR FURTHER CARE FOR THIS PROBLEM. FOLLOW-UP MEDICAL CARE IS VERY IMPORTANT AND ARRANGING FOR IT IS YOUR RESPONSIBILITY. IT WILL BE NECESSARY FOR YOU TO CALL AND GET AN APPOINTMENT AS WELL AS MAKE YOUR OWN FINANCIAL ARRANGEMENTS. IF FOR ANY REASON YOU CANNOT BE SEEN BY A DOCTOR, PLEASE CALL THE EMERGENCY ROOM SO THAT OTHER FOLLOW-UP CARE CAN BE ARRANGED.

REFERRED TO: _Primary doctor_

**HEAD INJURY**
NOTIFY your doctor for any of the following. If your doctor is unavailable notify the Emergency Room. If complains of:
SEEING double, or headache that doesn't get better with tylenol. (use nothing stronger for pain, it may cover up other signs.)
UNSTEADINESS or less feeling or strength in an arm or leg.
OR YOU OBSERVE
CONFUSION or drowsiness, (should awaken from sleep easily)
FLUID or blood f

cell
DTX-cage

## INCIDENT AND DISCIPLINE REPORT

NAME _Edward Fields (Federal)_     DATE _7-23-3 @ 10:15 AM_

DESCRIPTION OF
INCIDENT: I was called To DTX Fields had used a broke Razor To slit his left Arm at The bend (Elbow) and wrist - he was bleeding Purfusedly Ems & Marshalls were called. his arm was wraped and Bleeding was controled until Ems arrived and Transported Fields To MRMC. —————— S. Spares
L.E. This took Place in The Shower of DTX 2 ———— Spares.

L.E. Glen Reed wraped his arm To stop bleeding before I could get down stairs. ———— S. Spares

SIGNATURE:

United States Marshals Service (USMS)
# PRISONER MEDICAL RECORDS RELEASE FORM

INSTRUCTIONS: Section I is to be completed by the USMS Intake Officer. Sections II & III are to be completed by the prisoner. Section II may be completed by the USMS Intake Officer if the prisoner is unable or unwilling, but Section III must be signed by the prisoner. If prisoner refuses to sign, note that in the signature block. All refusals should be immediately reported to the Office of Interagency Medical Services, Prisoner Services Division. The completed USM form 552 is to be retained in the prisoner's files.

## Section I - USMS Prisoner Information

| 1. Prisoner Name (Last, First, MI) | 2. USMS Prisoner # |
| Fields, Edward L. JR | 04136-063 |

| 3. District Name | 4. District # | 5. Custody Date (Mo/Day/Yr) |
| Eastern District of Oklahoma | 063 | 7/18/03 |

## Section II - Prisoner Personal Data And Medical Information

| 6. Date Of Birth (Mo/Day/Yr) | 7. Social Security No. |
| 5/15/67 | 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 |

8. Medical Insurance Information

| A) Insurance Company Name | B) Policy Number | C) Medicare/Medicaid Coverage? |
| No | | ☐ Yes  ☒ No |

| 9. Name Of Your Physician | 10. Phone Number |
| | ( ) |

## Section III - Medical Consent And Records Release

I certify that the information I have provided above is true to the best of my knowledge.

I hereby authorize the United States Marshals Service to request, review, and have access to all medical records of care provided to me during the time that I am in the custody of that agency, and to all other medical records deemed necessary for the purposes of providing me with appropriate medical care, adjudicating medical bills for health care services provided to me while in the custody of the United States Marshals Service, and for infectious disease clearances.

| Signature of Prisoner | Date |
| *Edward Fields* | 7-21-03 |

| Signature of USMS Intake Officer | Date |
| *Lloyd Vellek* | 7/21/03 |

Detention Facility

Form USM-552
(Est. 6/98)



P.O. Box 2428 Muskogee, Oklahoma   74402
(918)682-7851

# RELEASE SHEET

## PARTY INFORMATION

# FIELDS, EDWARD LEON

**Booking Number** 2003009327



Submitted Date 7/18/2003 23:12

| | |
|---|---|
| DOB | 5/15/1957 |
| Age | 46 |
| Sex | MALE |
| Race | WHITE |
| Hair | GRAY OR PARTIALLY GRAY |
| Eye | BLUE |
| Ethnicity | NOT HISPANIC ORIGIN |
| Height | 6 1" |
| Weight | 225 lbs. |
| Birth City | OKC |
| Birth Place | OKLAHOMA |

**Social Security Number**      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

**Scars, Marks and Tattoos**
SCARS-WRIST, NONSPECIFIC

## EMERGENCY CONTACT INFORMATION

| Name | BOND, MICHELLE | Relationship | FRIEND |
|---|---|---|---|
| Address | (918) 967-3909 | | |

## BOOKING INFORMATION

| | | | |
|---|---|---|---|
| Booking Number | 2003009327 | Booked Date | 07/18/2003 22:45 |
| Booked Type | FULL BOOKING | Cell Number | DTX |
| Classification | DETOXIFICATION | Custody Status | |
| Medical Eligible | NO | Med. Eligible Start | |
| Inmate Status | | | |
| Booking Officer | WALKER, JENNIFER | | |
| Supervisor Initial | | | |
| Prior Time Served | 0 | | |
| Searched Officer | Morrison, Eldon | | |
| | SEARCH CLOTHING,  SEARCH PATDOWN | | |
| Call Made | YES | | |
| Call To | (276)963-3075 Ext. | | |
| | (0 )0 - Ext. | | |

Inmate is an Immigration Alien ?   NO

Notes

## RELEASED INFORMATION

| | | | |
|---|---|---|---|
| Released Date | 08/14/2003 10:30 | Reason | RELEASE TO ANOTHER AGENCY |
| Total Days In Jail | 28  Day(s) | Released Officer | LOVE, HAZEL |
| Bondsman | | | |
| Released Notes | Released to USMS | | |



P.O. Box 2428  Muskogee, Oklahoma  74402
(918)682-7851

# RELEASE SHEET

## ARREST INFORMATION

| | |
|---|---|
| Arrest Date | 07/18/2003 22:45 |
| Arresting Agency | FEDERAL BUREAU OF INVESTIGATIONS |
| Arresting Officer | |
| Type Of Arrest | ON-VIEW ARREST (TAKEN INTO CUSTODY W/O WARRANT OR INCIDENT REPORT) |
| Arrest Location | |
| Arrest Local ID | |
| DUI / DWI Arrest ? | NO |

| | | | |
|---|---|---|---|
| Finger Print Taken | YES | Finger Print # | |
| Photo Taken | YES | NCIC Check | NO |
| Cited | NO | Citaiton Number | . |
| Gang/Tribe/Affiliation | | | |

Was arrestee armed with weapon?   NO

Is the arrestee under 18 years of age?   NO

Attorney
Bondsman

## CHARGE INFORMATION
### CASE NUMBER 1

| | | | |
|---|---|---|---|
| Case Number | | Warrant Number | |
| Court | | Department | |
| Court Date | | Sentence Start | |
| Bail Type | | Bail Amount | $0.00 |

### CHARGE NUMBER 1

| | | | |
|---|---|---|---|
| Charge From | Arrest | Charge Type | Hold |
| Charge Desc. | HOLD FOR USMS | | |
| Disposition | Released to Another Agency | | |

## PROPERTY INFORMATION

| NO. | Location | Released Date | Description |
|---|---|---|---|
| 1 | SAFE | 08/14/2003 14:07 | 3 PAPERS, 1 KNIFE, 3 TOOLS, 1 WATCH, 1 DL, 1 BILLFOLD, 1 CELL PHONE, |
| 2 | E-3 | 08/14/2003 14:07 | 1 SHOES, 1 SHORT, 1 SHIRT, 1 CUP, 2 GLOVES |
| 3 | SAFE | 08/14/2003 14:07 | TWO CHECKS KENCO PLASTICS # 099809 AND #099929 |

I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY AND MONEY AND FIND IT TO BE ACCURATE.
I HAVE ANSWERED THE MEDICAL QUESTIONS ACCURATELY.
I HAVE READ AND UNDERSTAND THE JAIL RULES.
I HAVE RECEIVED ALL OF THE ABOVE PROPERTIES BACK.

INMATE SIGNATURE _____

RELEASED OFFICER _____ DATE _____ TIME_____

*If inmate is released to another agency.*
RELEASED TO AGENCY _____

TRANSPORTING OFFICER _____  _____
                                              Name                                Signature

DATE / TIME _____  _____

## MEDICAL HISTORY

Patient Name: Edward Fields                    Date: 9-27-05

Although dental personnel primarily treat the area in and around your mouth, your mouth is a part of your entire body. Health problems that you may have, or medication that you may be taking, could have an important interrelationship with the dentistry you will receive. Thank You for answering all the following questions

Are you under a physician's care now    ( ) yes (X) no
Have you ever had a serious head or neck injury? (X) yes ( ) no
Have you ever been hospitalized or had a major operation?  ( ) yes (X) no
Are you taking any medication, pills, or drugs?  (X) yes ( ) no
Do you take, or have you taken, Phen-Fen or Redux?  ( ) yes (X) no
Are you on a special diet?  ( ) yes (X) no
Do you use tobacco ?  ( ) yes (X) no
Do you use controlled substances?  ( ) yes (X) no

WOMEN are you ( ) pregnant/trying to get pregnant? ( ) Nursing? Taking oral contraceptives ( )

Are you allergic to any of the following?  ( ) Aspirin ( ) penicillin ( ) codeine ( ) Acryllic ( ) Metal
( ) Latex ( ) Local Anesthetics ( ) Other.

Do you have, or have you had, any of the following?

( ) Aids/HIV Postive
( ) Cold sore/blister
( ) alzhelmer's
( ) Anaphylaxis
( ) Angina
( ) Arthritis/Gout
( ) Artificial Joint
( ) Asthma
( ) Blood Disease
( ) Blood Transfusion
( ) Breathing Problem
( ) Bruise Easily
( ) Cancer
( ) Chemotherapy
( ) Frequent cough
(X) Hypoglycemia
( ) Kidney problem
( ) Sickle cell disease
( ) Low blood pressure
( ) Mitral valve prolapse
( ) Swelling of limbs
( ) Psychiltric care
( ) Tuberculosis
( ) Renal dialysis
( ) Venereal Disease

( ) Chest Pain
( ) Congenital heart disorder
( ) Convulsions
( ) Anemia
( ) Cortisone medicine
( ) Artificial Heart Valve
( ) Diabetes
( ) Drug addiction
( ) Easily winded
( ) Emphysema
( ) Epilepsy or seizures
( ) Excessive bleeding
( ) excessive thirst
( ) Fainting spells/dizzines
( ) Frequent diarrhea
( ) Irregular heart beat
( ) Shingles
( ) Liver Disease
( ) Spina bifida
( ) Stroke
( ) Parathyroid disease
(X) Tonsillitis
( ) Recent weight loss
( ) Ulcers
( ) -Rheumatism

( ) Frequent headaches
( ) Gential herpes
( ) Glaucoma
( ) Hay fever
( ) Heart attack/failure
( ) Low blood pressure
( ) Heart mumur
( ) Heart pace maker
( ) Heart trouble
( ) Hemophillia
( ) Hepatitis A
( ) Hepatitis B or C
( ) Herpes
( ) High blood pressure
( ) Hives/rash
( ) Scarlet fever
( ) Leukemia
( ) Sinus trouble
( ) Lung disease
( ) Pain in jaw joints
( ) Thyroid disease
( ) Radiation treatments
( ) Tumors or growths
( ) Rheumatic fever
( ) Yellow jaundice

Have you ever had any illness not list above? ( ) yes ( ) no

To the best of my knowledge, the questions on this form have been accurately answered. I understand that providing incorrect information can be dangerous to my ( or patients's) health. It is my responsibility to inform the dental office of any changes in medical status.

Signature of patient _Edward L Fields_    Date signed: 9-27-05

## MEDICAL HISTORY

Patient Name: Edward Fields                                            Date:

Although dental personnel primarily treat the area in and around your mouth, your mouth is a part of your entire body. Health problems that you may have, or medication that you may be taking, could have an important interrelationship with the dentistry you will receive. Thank You for answering all the following questions.

Are you under a physician's care now    (X) yes ( ) no
Have you ever had a serious head or neck injury?  (X) yes ( ) no
Have you ever been hospitalized or had a major operation?  ( ) yes (X) no
Are you taking any medication, pills, or drugs?  (X) yes ( ) no
Do you take, or have you taken, Phen-Fen or Redux?  ( ) yes (X) no
Are you on a special diet?    ( ) yes (X) no
Do you use tobacco ?    ( ) yes (X) no
Do you use controlled substances?  ( ) yes (X) no

WOMEN are you ( ) pregnant/trying to get pregnant? ( ) Nursing? Taking oral contraceptives ( )

Are you allergic to any of the following?  ( ) Aspirin ( ) pencillin ( ) codeine ( ) Acryllic ( ) Metal ( ) Latex ( ) Local Anesthetics ( ) Other.

Do you have, or have you had, any of the following?

| | | |
|---|---|---|
| ( ) Aids/HIV Postive | ( ) Chest Pain | ( ) Frequent headaches |
| ( ) Cold sore/blister | ( ) Congenital heart disorder | ( ) Gential herpes |
| ( ) alzheimer's | ( ) Convulsions | ( ) Glaucoma |
| ( ) Anaphylaxis | ( ) Anemia | ( ) Hay fever |
| ( ) Angina | ( ) Cortisone medicine | ( ) Heart attack/failure |
| ( ) Arthritis/Gout | ( ) Artificial Heart Valve | ( ) Low blood pressure |
| ( ) Artificial Joint | ( ) Diabetes | ( ) Heart murmur |
| ( ) Asthma | ( ) Drug addiction | ( ) Heart pace maker |
| ( ) Blood Disease | ( ) Easily winded | ( ) Heart trouble |
| ( ) Blood Transfusion | ( ) Emphysema | ( ) Hemophillia |
| ( ) Breathing Problem | ( ) Epilepsy or seizures | ( ) Hepatitis A |
| (.) Bruise Easily | ( ) Excessive bleeding | ( ) Hepatitis B or C |
| ( ) Cancer | ( ) excessive thirst | ( ) Herpes |
| ( ) Chemotherapy | ( ) Fainting spells/dizzines | ( ) High blood pressure |
| ( ) Frequent cough | ( ) Frequent diarrhea | ( ) Hives/rash |
| (X) Hypoglycemia | ( ) Irregular heart beat | ( ) Scarlet fever |
| ( ) Kidney problem | ( ) Shingles | ( ) Leukemia |
| ( ) Sickle cell disease | ( ) Liver Disease | ( ) Sinus trouble |
| ( ) Low blood pressure | ( ) Spina bifida | ( ) Lung disease |
| ( ) Mitral valve prolapse | ( ) Stroke | ( ) Pain in jaw joints |
| ( ) Swelling of limbs | ( ) Parathyroid disease | ( ) Thyroid disease |
| ( ) Psychiltric care | (X) Tonsillitis | ( ) Radiation treatments |
| ( ) Tuberculosis | ( ) Recent weight loss | ( ) Tumors or growths |
| ( ) Renal dialysis | ( ) Ulcers | ( ) Rheumatic fever |
| ( ) Venereal Disease | ( ) -Rheumatism | ( ) Yellow jaundice |

Have you ever had any illness not list above? ( ) yes (X) no

To the best of my knowledge, the questions on this form have been accurately answered; I understand that providing incorrect information can be dangerous to my ( or patients's) health. It is my responsibility to inform the dental office of any changes in medical status.

Signature of patient _Edward Fill_    Date signed: _____

*PLEASE NOTE:* THE EMERGENCY ROOM PROVIDES EMERGENCY CARE ONLY. NOT INTENDED AS A SUBSTITUTE FOR OR TO PROVIDE COMPLETE MEDICAL CARE. FURTHER CARE NECESSARY TO TREAT YOUR PROBLEM MUST BE PROVIDED BY YOUR DOCTOR. YOU MAY WISH TO SEE THE DOCTOR LISTED ON THE LINE BELOW FOR FURTHER CARE FOR THIS PROBLEM. **FOLLOW-UP MEDICAL CARE IS VERY IMPORTANT AND ARRANGING FOR IT IS YOUR RESPONSIBILITY. IT WILL BE NECESSARY FOR YOU TO CALL AND GET AN APPOINTMENT AS WELL AS MAKE YOUR OWN FINANCIAL ARRANGEMENTS.** IF FOR ANY REASON YOU CANNOT BE SEEN BY A DOCTOR, PLEASE CALL THE EMERGENCY ROOM SO THAT OTHER FOLLOW-UP CARE CAN BE ARRANGED.

REFERRED TO: _primary doctor as needed_

**DISCHARGE**

Nurses Signature _QH_

YOU were seen and treated for: _☆ Multiple lacerations to left arm_

**LACERATIONS, ABRASIONS, PUNCTURE WOUNDS**

*KEEP* dressing clean and dry.

*CHANGE* dressing every _____ days.

*WATCH* for signs of possible infection: redness, swelling, soreness, fever, heat, drainage, red streaks. If any of these occur, contact your doctor immediately.

*RETURN* for: Wound evaluation in _____ days.
    ☆ Suture removal in __7__ days.

**SPRAINS OR FRACTURES**

*USE* an ice pack during the first 24 hours to lessen pain and swelling.

*ELEVATE* and avoid use of injured part.

*USE* ace wrap as directed, and rewrap if too loose or too tight. Return or call immediately if you notice blue coloring, swelling or less feeling or strength in fingers or toes.

*KEEP* splint or cast dry.

*USE* crutches without bearing weight on injured part.

*IF* discomfort continues for 3 to 5 days, you should see your doctor.

**FEVER**

*MEASURE* temperature every 2-3 hours, orally or rectally.

*FOR* temperature 100°-102°, give tylenol every four hours.

*FOR* temperature 102°-104°, give tylenol every two hours. In addition, you may take a sponge bath in room temperature water until temperature is below 102° and call your doctor.

*TYLENOL* _____ dose for you.

*GIVE* lots of clear, cool liquids.

**VOMITING AND DIARRHEA**

*FOR* vomiting, nothing by mouth for 4-6 hours, then take only clear liquids for at least 12-24 hours. These include ice chips, kool-aid, gatorade, apple juice, jello, ginger ale, pedialyte.

*FOR* diarrhea, make times between feedings longer and gradually return to normal diet. If no improvement, call your doctor.

Patient's Name: _Fields, Edward_

Patient #: _738279_

Date: _04/23/03_

I hereby acknowledge receipt and understanding of above printed instructions.

Patient Signature: _____

Please take this form with you to your Dr. appointment.

**MUSKOGEE REGIONAL MEDICAL CENTER**
300 Rockfeller Drive
Muskogee, Oklahoma 74401

**DISCHARGE INSTRUCTIONS**

**HEAD INJURY**

*NOTIFY* your doctor for any of the following. If your doctor is unavailable notify the Emergency Room. If complains of:

*SEEING* double, or headache that doesn't get better with tylenol. (use nothing stronger for pain, it may cover up other signs.)

*UNSTEADINESS* or less feeling or strength in an arm or leg.

*OR YOU OBSERVE*

*CONFUSION* or drowsiness, (should awaken from sleep easily.)

*FLUID* or blood from ears or nose.

*VOMITING* more than once or twice.

*CONVULSIONS*, twitching noted.

*SLURRED* speech or can't talk.

*FEVER* over 100°.

*WAKE-UP* patient every _____ hours and check for these signs at least the first 24 hours. No sleeping pills, tranquilizers or alcohol should be given.

**EYE INJURY**

*EYE* patch should be worn for 24 hours. You should not drive or work around machinery while wearing patch. See your doctor if pain or blurring lasts for more than 1-2 days.

**X-RAYS**

*YOUR* x-rays have received a preliminary reading only. The final reading will be made by a radiologist. Should changes in treatment be necessary, an effort will be made to call you and your doctor. It is important that we have accurate address and phone number. If you have any questions about the reading, you may call your doctor.

**MEDICATIONS** _☆ Duricef 500mg - one tab every 8 hours X 10 day_
_☆ ASA ↓ as needed_
_☆ elevate arm often_

_____ No alcoholic drinks.    ☑ Take with food.

_____ Medicine above may make you drowsy.    ☐ Do not drive.

_____ You received a tetanus shot.

**OTHER INSTRUCTIONS:** _☆ return to ER if worse_

**WORK/SCHOOL RECOMMENDATIONS:**

Return to Work _____ Date _____

☐ No limitations    ☐ Limitations _____

Remain off Work until _____ Date _____

Should you need additional time off or an additional work/school release you will need to see your personal doctor, the "company" doctor or the doctor to whom you were referred.

Physician's Signature _____