UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____

UNITED STATES OF AMERICA,                :

                                         :

                    Respondent,          :          CIV-10-115-RAW

                                         :

        -v-                              :          CAPITAL 2255 PROCEEDINGS

                                         :

EDWARD LEON FIELDS, JR.,                  :

                                         :

                    Petitioner.          :

                                         :

_____        :

**ORDER**

AND NOW, this ___ day of _____, 2011, upon consideration of *Petitioner's Renewed Motion for Non-Dispositive Omnibus Relief and Consolidated Brief in Support* and the Government's response, it is hereby ORDERED:

Petitioner's Motion is GRANTED.

1.     The Court shall conduct an evidentiary hearing in this matter on all disputed material facts on dates to be determined.

2.     Mr. Fields' motion to be transported to a local facility for brain scans and imaging relevant to his claims is GRANTED. Petitioner's counsel shall provide the Court with specific details as to the place to which he will be transported and other

pertinent details for the Court to consider final approval.  Petitioner's counsel shall bear all costs associated with this request.

3.    Mr. Fields' motion for leave to take the deposition of Dr. Michael Kemp is GRANTED.    Petitioner shall notice and conduct Dr. Kemp's deposition in accordance with the Federal Rules of Civil Procedure.

4.    The Government will provide all previously undisclosed FBI 302 Reports and so-called 1A notes, and shall conduct a review of all documents in this case to determine their exculpatory value in light of Mr. Fields' § 2255 allegations.

_____

Ronald A. White, D.J.