UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
            Respondent,                     :      CIV-10-115-RAW
                                            :
      -v-                                   :      CAPITAL 2255 PROCEEDINGS
                                            :
EDWARD LEON FIELDS, JR.,                     :
                                            :
            Petitioner.                     :
                                            :
_____              :


**JOINT MOTION FOR AMENDED ORDER FOR TRANSPORT**

The parties have reviewed and conferred regarding the Court's Order granting

Petitioner's request for a brain image to be taken and now move to amend the Order

so that the Order is consistent with the polices and procedures governing such an

event.  Counsel consulted with the counsel at the facility who oversees such events so

that they could present this Motion to your Honor.

1.     The proposed Order which merely moves the Court's stated intent into

       compliance with the requirements of the United States Bureau of Prison,

       FCC Terre Haute, who is the custodian of Petitioner, is attached.

Respectfully Submittted for all Counsel,

DATED: August 30, 2011          /s/ Cristi Charpentier
                                Cristi Charpentier
                                Attorney for Petitioner Fields

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 7.1(g)**

I, Cristi Charpentier, hereby certify that on the 30th day of August, 2011, I conferred with counsel for the United States of America, specifically, AUSA Christopher Wilson and AUSA Jeffrey B. Kahan, in good faith and in a sincere attempt to resolve differences regarding the subject matter of this motion. These conferences took place by electronic mail and telephone because the distance between counsel's offices made a personal conference infeasible.

/s/ Cristi Charpentier

Cristi Charpentier

## CERTIFICATE OF SERVICE

I, Cristi Charpentier, hereby certify that on this 30th day of August, 2011, the foregoing document was electronically filed and is available for viewing and downloading through the ECF system.

/s/Cristi Charpentier

Cristi Charpentier