UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____

UNITED STATES OF AMERICA,

    Respondent,

   -v-

EDWARD LEON FIELDS, JR.,

    Petitioner.

_____

:   CIV-10-115-RAW

:   CAPITAL 2255 PROCEEDINGS

**ORDER**

AND NOW, this \_\_\_ day of _____, 2011, upon consideration of Joint Motion for Amended Order for Transport , from Order Dated August 15, 2011, it is hereby ORDERED that

1. Petitioner Fields' transport will be arranged in accordance with the protocol and vendors as are established at FCC Terre Haute, by the Bureau of Prisons wherein Petitioner is housed.

2. Attendant costs will be borne by Petitioner consistent with the health care services coordinating procedures of NAPHCARE. NAPHCARE will bill Petitioner's counsel directly for the cost of the brain image.

3. Petitioner's counsel will be responsible for reimbursing FCC Terre

Haute for the cost of the transportation and supervision of inmate during the brain image. Petitioner will coordinate with medical personnel at the US Prison so that the appropriate and accurate Order for treatment is prepared by the prison personnel for NAPHCARE, so that the proper test is scheduled and carried out.

Ronald A. White, Judge
United States District Court, ED OK