UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

_____

EDWARD LEON FIELDS,  :

:

Petitioner,  :

:     Case No. CIV-10-115-RAW

v.  :

:

UNITED STATES OF AMERICA,  :

:

Respondent.  :

_____  :

**WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned has left the employ of the Federal Community Defender for the Eastern District of Pennsylvania, and accordingly withdraws his appearance as co-counsel for Petitioner in the above captioned matter.

Respectfully Submitted

/s/ Michael Wiseman

_____

Michael Wiseman
Post Office Box 120
Swarthmore, PA 19081
215-450-0903
Wiseman_Law@Comcast.Net

**Certificate of Service**

I, Michael Wiseman, hereby certify that I served the foregoing upon the following persons by filing the same with this Court ECF Filing System:

Christopher J. Wilson
Jeffrey B. Kahan
Assistant United States Attorneys

/s/ Michael Wiseman

_____

Michael Wiseman