# Exhibit A

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
    )
        **Plaintiff,**    )
    )
    -vs-    )    **No. CR-07-023-R**
    )
JEREMY VAUGHN PINSON,    )
    )
        **Defendant.**    )

## ORDER

This matter comes on before the Court on the motion of the plaintiff, the United States of America, for an extension of time up to and including April 3, 2009, in which to respond to defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to Title 28, U.S.C. § 2255 and a request to the Court to direct Joseph L. Wells to provide an affidavit on the issues raised in the 2255. After having considered the motion and being otherwise duly advised of the premises therein, the Court hereby grants the plaintiff until April 3, 2009, in which to respond to Defendant's Motion and hereby orders Joseph L. Wells to provide an affidavit addressing the issues raised in defendants § 2255 Motion on or before March 20, 2009.

IT IS SO ORDERED this 9th day of March, 2009.

_David L. Russell_

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**