**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA     :     CIV-10-115-RAW

     :

     :     **CAPITAL 2255 PROCEEDINGS**

     :

-v-     :     HON. RONALD A. WHITE

     :

EDWARD LEON FIELDS, JR.     :

     :

     :

## MOTION FOR ADMISSION OF
## RENEE HURTIG EDELMAN *PRO HAC VICE*

Pursuant to Rule 83.2(g) and Rule 83.3(c) of the Local Rules of the United

States District Court for the Eastern District of Oklahoma, I, Renee Hurtig

Edelman, move to be admitted *pro hac vice* to the Bar of this Court for the purpose

of representing Petitioner Edward Leon Fields in the above-captioned matter.  In

support of this motion, I state the following:

    A.    My full name is Renee Hurtig Edelman.

    B.    My business address, telephone and fax number are:

1

Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520 (telephone)
215-928-0826 (fax)

C.  My firm name is the Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Corpus Unit.

D.  I am a member of the Bar of the Commonwealth of Pennsylvania (Pa. No. 200778), the state where I reside and am licensed, and have been a member since 2005. I also have been a member of the Bar of the State of New Jersey since 2006; the Bar of the United States District Court for the Eastern District of Pennsylvania since 2007; and the Bar of the United States Court of Appeals for the Third Circuit since 2010.

E.  I am a member in good standing of the above bars and am not under suspension or disbarment from any bar.

F.  I do not reside in the Eastern District of Oklahoma, am not regularly employed in this District and I am not regularly engaged in the practice of law in this District.

G.  I am seeking admission to this Court along with my colleague, David M. Osborne. We request relief from the requirement of being moved into this Court *pro hac vice* by local counsel. The Office of the Federal Defender for the Eastern District of Oklahoma is not available to serve as local counsel because it represented Mr. Fields at trial and on appeal, and the performance of counsel is a subject of the motion for relief that has been filed in this matter.

H.  I certify that I am familiar with the Local Rules of this District and will abide by the applicable rules of attorney conduct for the duration of my activity in this District.

I.  Upon approval of this Motion, I will file the required Entry of Appearance form in accordance with LCvR 83.4.

2

J.    I have included with this Motion a completed Application for Admission *Pro Hac Vice* and proposed Order. I attest under the penalty of perjury to the truth and accuracy of the foregoing facts, and I respectfully request that this Motion be granted and that I be admitted *pro hac vice* to the Bar of this Court to appear in this matter.

Respectfully submitted,

Renee Hurtig Edelman
Federal Community Defender Office
  for the Eastern District of
Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Renee_Edelman@fd.org

Dated: April 4, 2012

## CERTIFICATE OF SERVICE

I, Renee Hurtig Edelman, hereby certify that on this 4th day of April, 2012,

I caused a copy of the foregoing document to be served on the following counsel

by first-class U.S. mail, postage pre-paid:

Christopher J. Wilson
Assistant United States Attorney
Eastern District of Oklahoma
1200 West Okmulgee
Muskogee, OK 74401-6848
Tel: (918) 684-5100

Jeffrey B. Kahan
Trial Attorney
U.S. Department of Justice
1331 F Street, N.W., Rm. 337
Washington, D.C. 20530
Tel: (202) 305-8910

Renee Hurtig Edelman

4

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

United States of America )
)
)
)
vs.                                    Plaintiff(s) )   Case No. _____Civ-10-115-RAW_____
)
Edward Leon Fields, Jr. )
)
)
Defendant(s) )

## APPLICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Renee Hurtig Edelman

2. State bar membership number: Pa. No. 207287

3. Business address, telephone and fax numbers: Federal Community Defender Office, 601 Walnut Street, Suite 545 West. Philadelphia, PA 19106 (215) 928-0520 (tel.) 215-928-0826 (fax)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Pennsylvania, New Jersey, U.S. District Court for the Eastern District of Pennsylvania, U.S. Court of Appeals for the Third Circuit

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?      Yes   (No)

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?      Yes   (No)
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?      (Yes)   No

   A check for $50 should be made payable to the Clerk, U.S. District Court.
   (Government Attorneys are exempted from paying this fee)

   DATED this __4th__ day of __April__, 20_12_.

   _____Renee H.F. Edelman_____
   Signature of Applicant