# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | |
|---|---|
| EDWARD LEON FIELDS, JR. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    CIV-10-115-RAW |
| UNITED STATES | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Edward Leon Fields, Jr.

Date: _____04/09/2012_____

_____
*Attorney's signature*

Renee Hurtig Edelman (pro hac vice)
*Printed name and bar number*

Federal Community Defender Office
Capital Habeas Unit
601Walnut Street, Suite 545W
Philadelphia, PA 19106
*Address*

renee_edelman@fd.org
*E-mail address*

(215) 928-0520
*Telephone number*

(215) 928-0826
*FAX number*