UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____
                                 :

UNITED STATES OF AMERICA,       :

           Respondent,    :     CIV-10-115-RAW

                                 :

        -v-                 :     CAPITAL 2255 PROCEEDINGS

                                 :

EDWARD LEON FIELDS, JR.,      :

                                 :

         Petitioner.     :

                                 :

_____  :

**ORDER**

AND NOW, this ___ day of _____, 2012, upon consideration of Petitioner's Motion for Discovery and Consolidated Brief in Support, it is hereby ORDERED that the Motion is GRANTED.

1.      The government shall produce a list of the names, addresses and telephone numbers of the witnesses it intends to present at the evidentiary hearing in this matter.

2.      The government shall make all disclosures required by Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure for experts it intends to use at the evidentiary hearing in this matter, including all notes, interviews, raw test data, normative data, diagnostic criteria and other materials relied upon by such witnesses.

3.      The government shall produce all documents related to the bottle of 150 mg Effexor capsules recovered from Petitioner's truck after his arrest.

4.      Petitioner shall notice and conduct the deposition of Dr. Michael Kemp in accordance with the Federal Rules of Civil Procedure.

1

[If the government is granted leave to conduct depositions:

5.      Petitioner shall notice and conduct the depositions of the following persons in accordance with the Federal Rules of Civil Procedure:  (1) Iris Dalley; (2) Dr. Ronald F. DiStephano; (3) FBI Special Agent (S.A.) Gary Graff; (4) U.S. Forest Service (USFS) Agent Gary Rose; (5) USFS Agent Paul Jolivette; (6) USFS Agent Jessie Scott; (7) Oklahoma Bureau of Investigation (OSBI) Agent William Donnie Long; (8) OSBI Agent Stan Florence; (9) S.A. James Alford; (10) Medical Examiner's Investigator Sherry Bedford; (11) Dr. J. Randall Price; (12) Dr. Jeffrey Mitchell; (13) all other expert witnesses the government intends to use at the hearing; and (14) all other witnesses the government intends to present at the hearing.

6.      The government shall pay for the travel and subsistence expenses and fees of Petitioner's counsel with respect to any deposition noticed and conducted by the government.]

_____
Ronald A. White, D.J.

2