_____
: 
UNITED STATES OF AMERICA,          :
:            CIV-10-115-RAW
        Respondent,     :
:        CAPITAL 2255 PROCEEDINGS
      -v-          :
:        HON. RONALD A. WHITE
EDWARD LEON FIELDS, JR.,     :
:
        Petitioner.     :
:
_____  :

**JOINT MOTION TO EXTEND TIME TO
FILE RESPONSES TO MOTIONS FOR DISCOVERY**

Petitioner Edward Leon Fields, Jr. and Respondent United States of America hereby

jointly move to extend the time for filing responses to the parties' motions for discovery by

thirty days, until July 13, 2012. A proposed order accompanies this motion.

In support of this motion, the parties state as follows:

1. On May 29, 2012, the parties filed motions for discovery pursuant to the Court's

Order dated March 29, 2012.

2. Under Local Civil Rule 7.1(f), responses to the pending discovery motions

currently are due on or before June 13, 2012.

3. Undersigned counsel have conferred about the possibility of reaching agreement

on at least some portions of the pending discovery motions without the need for intervention by

the Court. Counsel agree that a thirty-day extension of the time for responding to the motions

will allow the parties to explore a mutually satisfactory resolution to at least some aspects of the

1

motions. No other events in this case have been scheduled by the Court, and thus the requested extension of time for filing responses, if granted, will not have any impact on other deadlines.

4. This is the parties' first request for an extension of time with regard to this matter.

WHEREFORE, the parties respectfully request that the Court extend the time for filing responses to the pending motions for discovery until July 13, 2012.

Respectfully submitted,

/s/ Christopher J. Wilson
Christopher J. Wilson, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/s/ Jeffrey B. Kahan
Jeffrey B. Kahan, Pa. No. 93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW, Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

Counsel for Respondent United States America

/s/ David Osborne
Cristi Charpentier
David Osborne
Renee Edelman
Capital Habeas Corpus Unit
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
FAX: (215) 928-0826

Counsel for Petitioner Edward Fields, Jr.

Dated: June 8, 2012

## CERTIFICATE OF SERVICE

I, David Osborne, hereby certify that on this 8th day of June, 2012, the foregoing

document was electronically filed and is available for viewing and downloading through the

ECF system.

/s/ David Osborne
David Osborne