UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____
                                                    :
UNITED STATES OF AMERICA,                            :
                                                    :
                          Respondent,                :      CIV-10-115-RAW
                                                    :
            -v-                                      :      CAPITAL 2255 PROCEEDINGS
                                                    :
EDWARD LEON FIELDS, JR.,                              :
                                                    :
                          Petitioner.                :
                                                    :
_____            :

**[PROPOSED] ORDER**

AND NOW, this ___ day of June, 2012, upon consideration of the Joint Motion to Extend Time to File Responses to Motions for Discovery, it is hereby ORDERED that the motion is GRANTED. The parties shall file their responses to pending motions for discovery on or before July 13, 2012.

_____
Ronald A. White, D.J.