UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

          Respondent,

-v-                              CIV-10-115-RAW
                              CAPITAL 2255 PROCEEDINGS

EDWARD LEON FIELDS, JR.,

          Petitioner.

ORDER

AND NOW, this 11th day of June, 2012, upon consideration of the Joint Motion to Extend Time to File Responses to Motions for Discovery, it is hereby ORDERED that the motion is GRANTED. The parties shall file their responses to pending motions for discovery on or before July 13, 2012.

**Dated this 11th day of June, 2012.**

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma