UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____
                                        :
UNITED STATES OF AMERICA,               :
                                        :          CIV-10-115-RAW
              Respondent,               :
                                        :      CAPITAL 2255 PROCEEDINGS
       -v-                              :
                                        :      HON. RONALD A. WHITE
EDWARD LEON FIELDS, JR.,                :
                                        :
              Petitioner.               :
                                        :
_____  :

**[PROPOSED] ORDER**

And now, this ___ day of _____, 2012, upon consideration of the Respondent's

Motion for Discovery, this Court ORDERS as follows:

1.    Petitioner shall produce to Respondent all materials from trial counsel's files that are relevant to the claims of ineffective assistance of counsel alleged in his Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody;

2.    The parties shall exchange witness lists consistent with Fed. R. Civ. P. 26(a)(3), including a summary of each witness' anticipated testimony, thirty (30) days prior to the evidentiary hearing.

3.    The parties shall exchange expert witness disclosures consistent with Fed. R. Civ. P. 26(a)(2) (including the raw data relied on by such experts) ninety (90) days prior to the evidentiary hearing, except that Petitioner shall provide such disclosure for Daniel A. Martell, Ph.D., prior to any neuropsychological evaluation of Petitioner by the Respondent; and

4.    The Respondent is granted leave to conduct a neuropsychological examination of Petitioner, provided the entire examination (including both interview and testing portions) either is recorded (and such recording is disclosed to the Petitioner) or is subject to observation by a representative of the Petitioner.

All other requests by the Respondent are hereby DENIED.

_____
Ronald A. White, D.J.