# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **EDWARD LEON FIELDS, JR.,** | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | |
| **v.** | ) | **Case No. CV-10-00115-RAW** |
| | ) | **Criminal Case No. CR-03-73-RAW** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Respondent.* | ) | |

### [PROPOSED] INTERROGATORIES

Pursuant to the provisions of Rule 33 of the Federal Rules of Civil Procedure (Fed. R. Civ. P.), the United States propounds the following interrogatories to be answered in writing, under oath, within 30 days of service. These interrogatories are intended to be a continuing obligation upon you to furnish all information requested herein until final disposition of this case. Corrections and/or additions to answers provided are required as noted in Fed. R. Civ. P. 26(e). Should such additional information not be furnished, the Government may move to strike or preclude such information at time of trial.

The person signing these interrogatories shall sign under oath, attesting to the fact that he/she: (1) has read the interrogatories and the answers and (2) believes the answers to be true and correct to the best of his/her knowledge.

### INSTRUCTIONS FOR ANSWERING

In each answer, you are requested to provide not only such information as is in your possession and control, but also all information as is reasonably available. If you are able to provide only part of the information required by any particular interrogatory, please provide as much information as you are able and state the reason for your inability to provide the remainder, as well as the effort expended to obtain the requested information. Information in the possession

1

and control of the defendant's businesses, associated organizations, related organizations, organizations under common control, predecessors in interest, spouses, relatives, friends, associates, employers, consultants, accountants, attorneys, investigators, agents, employees, or other representatives, whether past or present, shall also be provided.

In answering, do not merely refer to the attached records unless you have no independent recollection of the matters referred to in the interrogatory. If you have any independent recollection of the relevant events, describe it in detail.

For each interrogatory, separately identify:

a.    all sources of information and all documents and communications maintained by you, or by any other person, upon which you relied in making your response or which refer to any matter referenced in such response, and

b.    the person or persons most familiar with the facts requested as well as those with whom you consulted in preparing your response to such interrogatory.

If you object to, or otherwise decline to answer any portion of any interrogatory, please provide all information required by the portion of the interrogatory to which you do not object, or to which you do not decline to answer. If you do not answer an interrogatory or any portion thereof, please indicate each person or organization believed to have information regarding the subject of such interrogatory. If you object to any interrogatory on the ground that it is too broad (i.e., that it calls for both information which is and is not relevant), provide such information that is relevant. If you object to an interrogatory on the ground that providing an answer would constitute an undue burden, please provide the requested information you believe can be supplied without undertaking an undue burden.

For those portions of any interrogatory to which you object or otherwise decline to answer, state the reason for such objection or declination and identify any person having knowledge of the factual basis, if any, on which the privilege or other ground for objection is asserted. Additionally, please identify those responses supplied from information and belief rather than from actual knowledge and specifically describe or identify the sources of such information and belief.

As used in these interrogatories, "Fields" refers to Edward Leon Fields, Jr., the petitioner in this action.

## INTERROGATORIES

INTERROGATORY NO. 1: Identify all medical professionals (including all clinical nurse specialists, dentists, dieticians, nurse anesthetists, optometrists, physicians – regardless of specialty, physician assistants, nurse practitioners, and podiatrists) who have treated, examined or diagnosed Fields from birth through the present time in regard to his physical health by providing the following information:

    a. The name of the health care professional;

    b. The last known address of the health care professional;

    c. The first and last dates on which the health professional provided medical treatment, examination or diagnosis for Fields.

INTERROGATORY NO. 2: Identify all mental health professionals (including all psychologists, psychiatrists, neurologists, counselors, psychotherapists, clinical social workers, occupational therapists, psychiatric nurse practitioners, neuropsychologists, and psychopharmocologists) who have treated, examined or diagnosed Fields from birth through the present time in regard to his mental health by providing the following information:

3

    a. The name of the mental health professional;

    b. The last known address of the mental health professional;

    c. The first and last dates on which the mental health professional provided medical treatment, examination or diagnosis for Fields.

INTERROGATORY NO. 3: Identify every employer Fields has worked for (including paid, unpaid, volunteer, internship, and externship positions of any kind whatsoever, however denominated) by providing the following information:

    a. The name of the employer (organization or individual);

    b. The last known address of the employer;

    c. The first and last date on which Fields worked for the employer.

INTERROGATORY NO. 4: Identify all civil litigation to which Fields has been a party (including but not limited to roles denominated as plaintiff, petitioner, defendant, respondent, interpleader, intervenor or amicus), in proceedings before state, federal and administrative tribunals of any kind, foreign or domestic, civilian or military, by providing the following information:

    a. The name or "caption" of the proceeding;

    b. The tribunal in which the proceeding was filed;

    c. The docket number or numbers assigned to the proceeding by the tribunal;

    d. The date the proceeding was filed.

INTERROGATORY NO. 5: Identify all cases in which Fields has been charged with a crime (including both juvenile delinquency and adult criminal matters), in proceedings before state or federal tribunals of any kind, foreign or domestic, civilian or military, by providing the following information:

a. The name or "caption" of the proceeding;

b. The tribunal in which the proceeding was filed;

c. The docket number or numbers assigned to the proceeding by the tribunal;

d. The date the proceeding was filed.

INTERROGATORY NO. 6: Identify all cases in which Fields has been deposed or called as an in-court witness, in proceedings before state or federal tribunals of any kind, foreign or domestic, civilian or military, by providing the following information:

a. The name or "caption" of the proceeding;

b. The tribunal in which the proceeding was filed;

c. The docket number or numbers assigned to the proceeding by the tribunal;

d. The date the proceeding was filed;

e. The date or dates of Fields's testimony.

INTERROGATORY NO. 7: Identify any occasion on which Fields has had a medical image made of his head or brain (including, but not limited to, x-rays, magnetic resonance imaging, computed axial tomography, diffuse optical imaging, positron emission tomography, and single photon emission computed tomography) by providing the following information:

a. The date on which the image was made;

b. The address of the location where the image was taken;

c. The name of the business where the image was taken

d. The name of the medical professional who ordered or authorized the image;

e. Whether Fields has possession of the image;

f. The name of the last person or institution known to have a copy of the image.

INTERROGATORY NO. 8: Identify all psychotropic substances, whether legally or illegally obtained (including, but not limited to, stimulants, barbiturates, hallucinogens, anti-depressants, anti-psychotics, and anti-anxiety drugs) Fields has ingested since birth by providing the following information:

    a. The trade name or generic chemical description of the substance;

    b. The name of the medical professional, if any, who prescribed the substance;

    c. The location where Fields obtained the substance;

    d. The dosage or quantity of the substance that Fields ingested;

    e. The frequency with which Fields ingested the substance;

    f. The date on which Fields began ingesting the substance;

    g. The date on which Fields stopped ingesting the substance (if a substance was ingested in multiple episodes over Fields's life, list the start and stop dates for each episode)..

INTERROGATORY NO. 9: Identify every professional contact[1] Fields has had with sworn law enforcement officers (including members or titular heads of local, state, and federal agencies) for reasons unrelated to his employment as a correctional officer, from birth to but not including the commission of the murders of Charles and Shirley Chick, by providing the following information:

    a.   The date of the contact with police;

    b.   The name and jurisdiction of the police agency or agencies involved;

    c.   The name of the officers involved (if known);

    d.   The reason for the contact (if known);

---

[1] As used here, the term "professional contacts" excludes purely social or coincidental interactions, such as greeting a local police officer on the street. Instead, the term is meant to encompass those instances in which Fields interacted with the police after he personally sought the assistance of law enforcement, some third party sought the assistance of law enforcement for Fields's benefit, or the police sought out Fields as a victim, witness or suspect to a crime.

INTERROGATORY NO. 10: Identify every contact you had with child protective services or similar state or local agency concerning your welfare or that of your siblings (whether by blood, adoption or through any single birth parent) from the time of your birth until your youngest sibling was emancipated from either or both of your parents by providing the following information:

a.  The date of the contact;

b.  The name and jurisdiction of the agency or agencies involved;

c.  The reason for the contact (if known).

INTERROGATORY NO. 11: Identify every contact Fields has had with child protective services or similar federal, state or local agency concerning the welfare of his own children (whether by blood or adoption) by providing the following information:

a.  The date of the contact;

b.  The name and jurisdiction of the agency or agencies involved;

c.  The reason for the contact (if known).

INTERROGATORY NO. 12: Identify every sexual partner (marital and non-marital) that Fields has ever had by providing the following information:

a.  The name of the sexual partner;

b.  The last known address of the sexual partner;

c.  The dates or approximate dates of the sexual relationship.

INTERROGATORY NO. 13: Identify every school that Fields has attended by providing the following information:

a.  The name of the school;

b.  The address of the school;

c.  The dates or approximate dates that Fields attended the school.

Dated: April ___, 2012

Respectfully submitted,

MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

/S/ Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/S/ Jeffrey B. Kahan
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779