**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EDWARD LEON FIELDS, JR.,** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| **v.** | ) | **Case No. CV-10-00115-RAW** |
| | ) | **Criminal Case No. CR-03-73-RAW** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Respondent.* | ) | |

**JOINT MOTION TO EXTEND TIME TO
FILE REPLIES TO OPPOSITIONS TO MOTIONS FOR DISCOVERY**

Petitioner, Edward Leon Fields, Jr., and Respondent, United States of America, hereby jointly move to extend the time for filing replies to the parties' oppositions to motions for discovery by 21 days, until August 14, 2012. A proposed order accompanies this motion.  In support of this Motion, the parties state as follows:

1.  On July 13, 2012, the parties filed oppositions to motions for discovery pursuant to the Court's Order dated March 29, 2012.

2.  Under Local Civil Rule 7.1, replies to the pending oppositions currently are due on or before July 24, 2012.

3.  Due to the press of business, including Mr. Kahan's case-related trip to the District of Colorado, counsel for the government have been unable to complete the reply brief.  Counsel have conferred by e-mail and agree that a twenty-one-day extension of the time for responding to the oppositions will permit time to satisfactorily brief the issues presented.  There are no existing deadlines in this case that will be affected by the requested extension of time.

4.  This is the parties' first requested extension of time with regard to this matter.

WHEREFORE, the parties respectfully request that the Court extend the time for filing replies to the pending oppositions to motions for discovery until August 14, 2012.

Dated:  July 23, 2012

Respectfully submitted,

/s/ Christopher J. Wilson
Christopher J. Wilson, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/s/ Jeffrey B. Kahan
Jeffrey B. Kahan, Pa. No. 93199
Trial Attorney,
U.S. Dept. of Justice
1331 F Street, NW, Rm. 337
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

Counsel for Respondent United States America

/s/ David Osborne
Cristi Charpentier
David Osborne
Renee Edelman
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Capital Case Unit Telephone: (215) 928-0520
FAX: (215) 928-0826

Counsel for Petitioner Edward Fields, Jr.

## CERTIFICATE OF SERVICE

I, hereby certify that on 23rd day of July, 2012, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David Osborne, Attorney for Petitioner
Renee Edelman, Attorney for Petitioner
Cristi Charpentier, Attorney for Petitioner
Jeffrey B. Kahan, Attorney for Respondent
Christopher J. Wilson, Attorney for Respondent

/S/ Christopher  J. Wilson
United States Attorney's Office