**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EDWARD LEON FIELDS, JR.,** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| **v.** | ) | **Case No. CV-10-00115-RAW** |
| | ) | **Criminal Case No. CR-03-73-RAW** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Respondent.* | ) | |

## ORDER

NOW on this 25th day of July, 2012, the Joint Motion to Extend Time to File Replies to Oppositions to Motions for Discovery comes on for hearing. Good cause appearing, the parties' Joint Motion to Extend Time to File Replies to Oppositions to Motions for Discovery is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Replies, if any, shall be filed on or before August 13, 2012.

**Dated this 25th day of July, 2012.**

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma

1