# Exhibit A

This article was downloaded by: [New York University]
On: 06 August 2012, At: 14:32
Publisher: Psychology Press
Informa Ltd Registered in England and Wales Registered Number: 1072954 Registered office: Mortimer House, 37-41 Mortimer Street, London W1T 3JH, UK



# The Clinical Neuropsychologist

Publication details, including instructions for authors and subscription information:
http://www.tandfonline.com/loi/ntcn20

## Observer effects on neuropsychological performance: A case report

Laurence M. Binder [a] & Douglas Johnson-greene [a]

[a] Veterans Affairs Medical Center, Portland

Version of record first published: 08 Nov 2007

To cite this article: Laurence M. Binder & Douglas Johnson-greene (1995): Observer effects on neuropsychological performance: A case report, The Clinical Neuropsychologist, 9:1, 74-78

To link to this article:  http://dx.doi.org/10.1080/13854049508402061

PLEASE SCROLL DOWN FOR ARTICLE

Full terms and conditions of use: http://www.tandfonline.com/page/terms-and-conditions

This article may be used for research, teaching, and private study purposes. Any substantial or systematic reproduction, redistribution, reselling, loan, sub-licensing, systematic supply, or distribution in any form to anyone is expressly forbidden.

The publisher does not give any warranty express or implied or make any representation that the contents will be complete or accurate or up to date. The accuracy of any instructions, formulae, and drug doses should be independently verified with primary sources. The publisher shall not be liable for any loss, actions, claims, proceedings, demand, or costs or damages whatsoever or howsoever caused arising directly or indirectly in connection with or arising out of the use of this material.

The Clinical Neuropsychologist
1995, Vol. 9, No. 1, pp. 074-078

0920-1637/95/0901-0074$6.00

# Observer Effects on Neuropsychological Performance: A Case Report*

Laurence M. Binder and Douglas Johnson-Greene
Veterans Affairs Medical Center, Portland

## ABSTRACT

A woman with medically intractable epileptic seizures, mesial temporal sclerosis, developmental cognitive deficits, and dependent personality traits received the Portland Digit Recognition Test (PDRT) as part of a comprehensive neuropsychological battery. Portions of the PDRT were administered with her mother alternately present and absent in an A-B-A-B design. The patient performed significantly worse with her mother present than with her mother absent. The results suggest that situational variables sometimes have a potent effect on neuropsychological performance. The general practice of excluding significant others from the examining room during testing should be continued. The medicolegal implication of these data is that attorneys also should be excluded from the examination.

Downloaded by [New York University] at 14:32 06 August 2012

The effect of situational variables on neuropsychological performance has received scant attention in the literature in recent years. Earlier work considered examiner effects on intellectual and personality test performance (Anastasi, 1982), but we are aware of only one study considering examiner effects on neuropsychological performance of adults with brain dysfunction (Parsons & Stewart, 1966). Other incompletely investigated variables are of concern to clinicians. For example, it is the standard practice of many practitioners to exclude significant others of the patient from observing testing, but we know of no studies that examined the effects of the presence of others on test performance. Recently, the question of observer effects on neuropsychological performance has acquired medicolegal importance. In the State of Washington, attorneys have the right to be present during neuropsychological and psychiatric examinations performed at the request of defendants despite the objections of examiners.

In this paper we describe an adult patient with diagnoses of epilepsy and dependent personality traits who demonstrated greater impairment during testing when her mother was present. The negative effect of the mother's presence was demonstrated through a partly serendipitous A-B-A-B design. To our knowledge, this is the first demonstration that an observer can impair neuropsychological performance.

## CASE REPORT

DL (not her real initials), a 26-year-old, right-handed woman, was referred for a neuropsychological evaluation as part of an intensive video-telemetry EEG inpatient evaluation of her medically intractable seizure disorder. She had experienced seizures regularly since approximately 2 years of age and had been on anticonvulsant medications for much of her life and continuously for the last 6 years. Since the age of 20 she and her parents estimated an average frequency of four seizures per month. During the 4 months prior to admission her seizure frequency increased concomitant with a decrease in her anticonvulsant medication because of persistent gastrointestinal distress. At the time of admis-

* Correspondence: Dr. Binder, Psychology Service 116B(P), Veterans Affairs Medical Center, P.O. Box 1034, Portland, OR 97207 USA.
Accepted for publication, June 7, 1994.

Downloaded by [New York University] at 14:32 06 August 2012

sion the family estimated that she was experiencing as many as three "mild" (presumably, complex partial) seizures daily and one to two generalized seizures per week. Prior to many of these seizures she complained that she was not feeling well and then called out for her mother. She was being treated with carbamazepine and valproic acid.

DL reached developmental milestones more slowly than most other children and attended special education classes throughout her schooling. She obtained a high school diploma. DL had always lived with her parents and never had been involved in a serious romantic relationship. She had worked part-time for brief intervals as a restaurant busperson, hospital aide, and babysitter. She had not been employed for 4 years, and she was receiving Social Security disability benefits for her medical condition. Her finances were managed by her parents. Her social contacts were limited to her immediate family.

DL experienced a total of six partial complex seizures during the 7 days of inpatient intensive EEG monitoring. During all episodes DL typically turned to her mother and said "I don't feel good." EEG recordings during DL's seizure episodes revealed epileptiform activity originating within the right temporal region. Neuroimaging findings were consistent with the EEG recordings. The MRI scan revealed atrophy of the right hippocampus and right mesial temporal sclerosis.

Except as described below, all neuropsychological data were obtained with her mother absent from her hospital room where she was tested. Results of intelligence testing placed her within the borderline range of intellectual functioning. Deficits were observed in almost all areas of neuropsychological functioning that were assessed with the exception of memory for verbal material (See Table 1).

Initially, DL received an abbreviated form of the Portland Digit Recognition Test (PDRT; Binder, 1993a) which included all 18 items with the 5-s delays, all 18 items with the 15-s delays, and a few hard items. The test had been abbreviated because it failed to show evidence of motivation to perform poorly. DL initially was correct on 13 of 18 5-s items, 8 of 18 15-s items, and 7 of 10 30-s items. The mother was not present during this testing. However, because our epilepsy protocol specified administration of the entire PDRT, an examiner returned to the patient's hospital room to complete the test.

When the examiner arrived in the patient's room, the mother was present and expressed the desire to remain in the event the patient spilled a large soft drink that she was sipping from a cup as she sat in bed. Although the patient demonstrated normal ability to drink without spillage, the examiner elected to proceed with the mother present. The PDRT 30-s delay items were continued, and DL erred on 8 of the next 13 items. The mother then was asked to leave, and she did without protest. The patient proceeded to miss 4 of the next 13 items. At this point, the examiner elected to replace serendipity with experimental control and invited the mother to return, and DL missed 8 of 13 items again. After the mother was asked to leave the second time DL erred on 5 of 13 items. The same day we asked the patient if she had any knowledge of the effect of her mother's presence on her performance. She denied awareness of changes in her performance on the PDRT with her mother present or absent from the testing room.

In summary, this partly serendipitous A-B-A-B design led to the administration of 26 PDRT items with the 30-s delay with the mother present and an equal number with the mother absent. DL was correct on 10 of 26 items with her mother present (38.5%) and 17 of 26 items (65.4%) with her mother absent. The two proportions were compared with the $h$ statistic, a more powerful method of comparing two proportions than chi-square (Cohen, 1988). The result suggested that the patient's performance was worse with her mother observing, $h = .512$, $p < .05$. This constitutes a moderate-sized statistical effect (Cohen, 1988).

Observations and history indicated that DL had dependent personality traits and may have met *DSM-III-R* criteria (American Psychiatric Association, 1987) for dependent personality disorder. This diagnosis was made by a board-

76                    LAURENCE M. BINDER AND DOUGLAS JOHNSON-GREENE

Downloaded by [New York University] at 14:32 06 August 2012

Table 1. Neuropsychological Test Scores.

| TEST | Score | |
| --- | --- | --- |
| Wechsler Memory Scale-Revised percentiles | | |
| Logical Memory I | 81 | |
| Logical Memory II | 61 | |
| Rey Auditory Verbal Learning Test | | |
| Total Trials 1-5 | 57 of 75 | |
| Recall Trials | 12 of 15 | |
| Recognition Trials | 14 of 15 | |
| Continuous Visual Memory Test percentiles | | |
| Total Score | < 1 | |
| Rey Complex Figure, raw score | | |
| Copy | 24.5 | |
| 30-Min Recall | 15.0 | |
| Boston Naming | 50 | |
| | $z = -2.04$ | |
| Controlled Oral Word Association Test percentile | 5 | |
| WRAT-R – Reading Level 2, percentile | 2 | |
| Wisconsin Card Sort Test, raw scores | | |
| Perseverative Errors | 27 | |
| Categories Completed | 1 | |
| Trail Making Test, seconds | A-35 | B-101 |
| | *DH* | *NDH* |
| Finger Tapping | 30 | 25 |
| Grooved Pegboard | 134 | 145 |
| Face-Hand Test, errors | 1 | 0 |
| Finger Agnosia, errors | 2 | 3 |
| Fingertip Number Writing, errors | 12 | 9 |
| Wechsler Adult Intelligence Scale-Revised Scaled and IQ Scores | | |
| Information | 6 | |
| Digits | 4 | |
| Vocabulary | 6 | |
| Arithmetic | 4 | |
| Comprehension | 5 | |
| Similarities | 7 | |
| Picture Completion | 8 | |
| Picture Arrangement | 5 | |
| Block Design | 4 | |
| Object Assembly | 6 | |
| Digit Symbol | 4 | |
| VIQ | 74 | |
| PIQ | 72 | |
| FSIQ | 72 | |
| Minnesota Multiphasic Personality Inventory-2, *T* scores | | |
| Validity Scales | | |
| L | 71 | |
| F | 58 | |
| K | 65 | |
| Clinical Scales | | |
| 1-Hs | 63 | |
| 2-D | 55 | |
| 3-Hy | 56 | |
| 4-Pd | 58 | |
| 5-Mf | 52 | |
| 6-Pa | 56 | |
| 7-Pt | 47 | |
| 8-Sc | 52 | |
| 9-Ma | 39 | |
| 0-Si | 48 | |
| Portland Digit Recognition Test Scores: Number correct | | |
| Easy Items | 21 of 36 | |
| Hard Items | 21 of 36 | |
| Mother present, correct | 10 of 26 | |
| Mother absent, correct | 17 of 26 | |

Downloaded by [New York University] at 14:32 06 August 2012

certified psychiatrist who evaluated her during her admission. DL stated that she disagreed with her parents about issues of independence such as driving and taking vacations independently. Despite her stated desire to become more independent from her parents, we observed that she constantly sought their approval, appeared to be reluctant to engage in more independent actvities, and was infantilized by her mother during the hospital stay. Her mother reported that she met four of nine *DSM-III-R* criteria for the disorder and was unsure of a fifth. Reportedly, DL had trouble with everyday decisions and allowed her mother to make important decisions for her. She felt very uncomfortable about being alone and was easily hurt by criticism. The mother was unsure to what degree her daughter had difficulty initiating projects on her own.

## DISCUSSION

Our patient had well-established diagnoses of partial complex seizures with a right temporal-lobe EEG focus and right mesial temporal sclerosis, borderline intelligence (probably life-long) and associated neuropsychological deficits. She may have met criteria for dependent personality disorder and clearly had dependent traits. The latter condition was demonstrated by her living with her parents, reluctance to travel without them, frequent need for their approval, extreme infantilization of DL by the mother during her hospitalization, and other data reported by the mother. The history, EEG, neuro-imaging, and neuropsychological findings all suggest an encephalopathy.

Testing with the PDRT suggested that the presence of the mother in the examining room had an additional detrimental effect on performance. Although we did not determine if the observer effects extended to other neuropsychological instruments, in our view the PDRT results adequately documented the alteration in motivational set associated with the mother. DL denied awareness of the effect of her mother's presence on her performance. However, awareness is not an all-or-none phenomenon, and her claim of lack of awareness may not have been totally accurate. We suspect that her dependent personality traits interacted with the situational presence of her mother to produce the results reported here.

The clinical implications of this single-case study are advisory rather than definitive. The results suggest that the practice of many practitioners of excluding significant others from an examination room generally should be continued, except perhaps with young children. (We recognize that testing of young children often proceeds with a parent present). The PDRT and probably other neuropsychological tests may be affected by a variety of person-situation factors. Patients with financial incentives sometimes alter their performance for financial reasons (Binder, 1993b). In addition, some patients with dependent traits may be motivated to perform poorly because they wish to "prove" to a significant other that they are impaired and in need of support and care.

This example of significant other-induced test failure has implications for medicolegal work. In the State of Washington, and perhaps in other jurisdictions, courts have held that individuals may have their legal representative present during neuropsychological examinations, regardless of the wishes of the clinician. Although there are obvious differences between a relationship with a mother and an attorney, one could hypothesize that the presence of an attorney can exert as powerful an effect on client performance as did the presence of the mother of DL. A patient may feel, consciously or unconsciously, that an attorney's assistance or approval is best elicited through maintaining a helpless, dependent role. This role enactment may be exacerbated by the presence of the attorney. Therefore, our data suggest that it is desirable to exclude attorneys in all cases where this dependent role enactment might occur.

It may be of interest to study the effect of the presence of family members with a more extensive, between-subjects experimental design. Pending further research, in our opinion, current knowledge suggests that unnecessary observers who have a significant relationship with the patient generally should be excluded from

78                    LAURENCE M. BINDER AND DOUGLAS JOHNSON-GREENE

the examinations of adult patients because tests are standardized and validated without significant others present in the examination room.

## REFERENCES

American Psychiatric Association. (1987). *Diagnostic and statistical manual of mental disorders (DSM-III-R)* (3rd ed. rev.) Washington, DC: Author.

Anastasi, A. (1982). *Psychological testing.* (5th ed.). New York: MacMillan.

Binder, L. (1993a). Assessment of malingering after mild head trauma with the Portland Digit Recognition Test. *Journal of Clinical and Experimental Neuropsychology, 15,* 170-182.

Binder, L. (1993b). An abbreviated form of the Portland Digit Recognition Test. *The Clinical Neuropsychologist, 7,* 104-107.

Cohen, J. (1988). *Statistical power analysis for the behavioral sciences.* (2nd ed.). Hillsdale, NJ: Erlbaum.

Parsons, O., & Stewart, K. (1966). Effects of supportive versus disinterested interviews on perceptual-motor performance in brain-damaged and neurotic patients. *Journal of Consulting Psychology, 30,* 260-266.

Downloaded by [New York University] at 14:32 06 August 2012