# Exhibit B

The Clinical Neuropsychologist
2002, Vol. 16, No. 3, pp. 407–412

1385-4046/02/1603-407$16.00
© Swets & Zeitlinger

# When the Third Party Observer of a Neuropsychological Evaluation is an Audio-Recorder

Marios Constantinou, Lee Ashendorf, and Robert J. McCaffrey

Department of Psychology, University at Albany, State University of New York, Albany, NY, USA

## ABSTRACT

The presence of third parties during neuropsychological evaluations is an issue of concern for contemporary neuropsychologists. Previous studies have reported that the presence of an observer during neuropsychological testing alters the performance of individuals under evaluation. The present study sought to investigate whether audio-recording affects the neuropsychological test performance of individuals in the same way that third party observation does. In the presence of an audio-recorder the performance of the participants on memory tests declined. Performance on motor tests, on the other hand, was not affected by the presence of an audio-recorder. The implications of these findings in forensic neuropsychological evaluations are discussed.

The presence of an observer during neuropsychological evaluations is not unusual; this is especially true for evaluations that are conducted for litigious reasons (McSweeny et al., 1998). A large number of social psychology studies exhibited that the presence of an observer(s) tends to affect positively or negatively the task performance of individuals (Guerin, 1986). These findings are tightly related to the phenomenon of *social facilitation*, which is generally defined as the tendency of an individual to exhibit enhanced performance on simple tasks and inhibited performance on complex tasks in the presence of observers. This phenomenon is also called *reactivity*, which is defined in similar lines as "the tendency of the behavior to change when and because it is under observation" (Russell, Russell, & Midwinter, 1992). Clearly then, the presence of an observer(s) during neuropsychological evaluations could be a cause of unwanted headaches, many of which will be discussed in more depth shortly, for neuropsychologists who are concerned with the validity of obtained test scores and the violation of standardized test administration. For these reasons, the National Academy of Neuropsychology (NAN) recommends that the presence of third party observers during neuropsychological testing should be avoided when possible (Axelrod et al., 2000). In addition, in 1999 the American Psychological Association (APA), along with the American Educational Research Association (AERA) and the National Council on Measurement in Education (NCME), dictated in the *Standards for Educational and Psychological Tests* that the administrations of tests should adhere to standard procedures set by test publishers and that testing should be carried out with no distraction. As a whole, today's neuropsychologists aim to obtain test results that are not influenced by extraneous factors so that they can draw the most immaculate conclusions possible about evaluated individuals. The

Address correspondence to: Marios Constantinou or Robert J. McCaffrey, Department of Psychology, University at Albany, SUNY, Social Sciences 112, 1400 Washington Avenue, Albany, NY 12222, USA. Tel.: +1-518-442-5098. Fax: +1-518-442-5098. E-mail: mc3067@albany.edu or rm188@albany.edu
Accepted for publication: June 27, 2002.

influence of third party observation during neuro-psychological testing can be determined by examining the findings of past neuropsychological studies.

Binder and Johnson-Greene (1995) demonstrated, in a single case study, that the performance of an epileptic woman under neuropsychological evaluation deteriorated significantly when her mother was present in the examination room. Of course the limitations of a single case study are obvious. Nevertheless, similar outcomes were reported by group studies. Kehrer, Sanchez, Habif, Rosenbaum, and Townes (2000) found that participants' performance was significantly poorer when a "significant-other" observer was present during the administration of neuropsychological measures. Specifically, this study demonstrated that the performance of participants on attention, processing speed, and verbal fluency measures was negatively impacted by the presence of a "significant-other" observer; no such influence was observed on motor and cognitive flexibility tests. Lynch (1997) found that a third party observer negatively affected the performance of participants on a subscale of the Wechsler Memory Scale (WMS) that involved delayed recall. As in the previous study, Lynch (1997) did not find any third party observer effects for motor tests (i.e., Finger Tapping Test, Grip Strength, and Grooved Pegboard Test). In short, all of the above studies reported that the presence of a third party observer(s) appears to exert some negative influence on the neuropsychological test performance of individuals.

McSweeny et al. (1998) proposed that the need for the presence of a third party observer (e.g., a lawyer or their representative) in the examination room during neuropsychological evaluation may be eliminated if the potential third party observer(s) could have access to a video- or audio-recording of the neuropsychological evaluation. Then again, there is no evidence on how such recordings would affect the examinees' neuropsychological test performance. Outside of the neuropsychological area, contrasting results were reported with respect to the effects of audiovisual recording on task performance. For example, Cohen (1979) and Cohen and Davis (1973) reported that audiovisual recording had an auto-

nomic arousing effect, measured by psychophysiological instruments, that, in turn, had a negative impact on the performance of participants who were asked to solve a series of word problems. On the other hand, Lichton and Waehler (1999) demonstrated that audiovisual recording did not affect participants' scores on assessment measures of anxiety.

The present study was conducted in an effort to investigate whether audio-recording affects individuals' neuropsychological test performance. Forty undergraduates were assigned to one of two groups, either the Tape-Recording Aware group or the Non-Aware group, who were not aware that responses were tape-recorded. The participants were administered selected subtests of the Memory Assessment Scales (MAS; Williams, 1991) and a series of motor tests.

It was hypothesized that indirect observation (i.e., through the audio-recording) would produce results that resemble those reported by Lynch (1997) and Kehrer et al. (2000), in which a third party was observing the performance of participants. Specifically, it was hypothesized that in the Tape-Recording Aware group the participants' performance on the memory subtests of the MAS would be poorer than that of the participants in the Non-Aware group, while it was hypothesized that no group differences would be found on the motor tests.

## METHOD

### Participants

After obtaining approval from the Human Subjects Institutional Review Board, 42 undergraduate students were recruited from introductory psychology classes. Participants were randomly assigned to one of two groups, either the Tape-Recording Aware group or the Non-Aware group. Participants' ages ranged from 18 to 45 years of age, $M = 20.03$, $SD = 4.58$. In addition, participants' class standing ranged from freshman to senior year, while their mean college education was 1.65 years, $SD = .98$. Two of the participants requested that their data not be used for the study; therefore, the total number of participants was 40 (22 men and 18 women) with 20 participants in each group. Independent sample $t$ tests and chi-square tests did not reveal any demographic differences between the two groups with respect to age, gender, or class standing.

## Material

Each participant was administered a brief battery of measures in the following order:

1. *List Learning* (LL; from the Memory Assessment Scales – MAS, Williams, 1991). Involves the verbal presentation of 12 common words, each belonging to one of the four categories: countries, birds, colors, or cities. The list is verbally presented to participants up to six times or until all 12 words are successfully recalled on a test trial. Each list presentation is followed by a test trial, or recall trial, during which participants attempt to recall as many list words as possible. The total score (List Acquisition Score, LAS) of the participants consists of the total number of words that were recalled successfully. LL represents an immediate memory measure and a measure of the ability to learn over consecutive presentations of the same material.

2. *List Recall* (LR; MAS, Williams, 1991). During the administration of this subtest the participants are required to recall the words that were presented in the LL subtest. In addition, the participants are asked to recall the words that belong to each category (countries, birds, colors, or cities), when the examiner prompts them to do so; this subsection is called Cued Recall (CR). The participants receive a List Recall Score (LRS) and a Cued Recall Score (CRS) on this subtest of the MAS. In a typical MAS administration, LL and LR are separated by the administration of another MAS subtest, which lasts about 5 min. In this study, the administration of LL and LR were also separated by an interval of 5 min. Hence, LR can be considered as a short-term memory measure. CR is a measure of the ability to cluster similar information into meaningful categories.

3. *Finger Tapping*. The Finger Tapping test from the Halstead–Reitan Neuropsychological Battery for Adults (HRNB-A) was administered and scored following the protocol outlined in Reitan and Wolfson (1993, p. 63)

4. *Grooved Pegboard* (as described in Lezak, 1995, p. 683). In this motor test the participants are asked to match the groove of pegs with the grooves of a pegboard and place the pegs into the holes of the pegboard as fast as possible. The pegboard consists of five rows and five columns of holes (for a total of 25 holes). The total time spent in placing the pegs into the pegboard and the total number of pegs dropped are the measures of performance on this test. For this study the Grooved Pegboard score consisted of a combination of the right and left hands' time to complete the task. The total number of pegs dropped was not used in the analyses of the data since only 4 of the participants dropped any pegs (each of them dropped only one or two pegs).

5. *Grip Strength*. This motor test from the HRNB-A was administered and scored following the protocol outlined in Reitan and Wolfson (1993, p. 56).

6. *Verbal Span* (VS; MAS, Williams, 1991). This test consists of two sections. In the first subsection, the participants are verbally presented with a series of single-digit integers that they subsequently attempt to recall in the correct order. In the second subsection, the participants are again verbally presented with series of single-digit integers that they have to recall in reverse order. The longest series recalled on both sections are added together for a composite score (Verbal Span Score, VSS). This is a measure of immediate recall, given that the recall of the digits comes immediately after their presentation.

7. *Delayed List Recall* (DLR; MAS, Williams, 1991). DLR administration is identical to the administration of the LR subtest, which includes the recall of the 12-word list and a cued recall. During a typical administration of the MAS, LR and DLR are separated by an interval of 15–20 min, during which other MAS subtests are administered. In this study, DLR and LR were separated by the administration of three motor tests and VS, whose administration also lasted about 15–20 min. Hence, DLR can be considered a long-term memory measure. A Delayed List Recall Score (DLRS) and a Delayed Cued Recall Score (DCRS) are obtained in DLR in the same fashion as LRS and CRS, respectively, in the LR subtest.

## Procedure

All of the participants' answers were audio-taped in order to increase the reliability of the scoring of the memory tests. The experimenter placed an audio-recorder (audio-recording device's measures: $10 \, cm \times 5 \, cm$) in close proximity (about 45 cm away) to the participants of the Tape-Recording Aware group. In the Non-Aware group the audio-recorder was hidden under the assessment table. In both conditions, the audio-recording commenced after the participants signed a consent form. The Tape-Recording Aware participants were informed that the session was going to be audio-recorded, while the Non-Aware participants were not informed that their responses were being recorded.

Each participant was administered a total of seven tests and received a total of nine scores (LAS, LRS, CRS, Finger Tapping, Grooved Pegboard, Grip Strength, VSS, DLRS, and DCRS), which constituted the dependent variables of the study. The total testing was approximately 40–45 min.

At the end of the experiment, the participants in both groups were debriefed and asked whether they would allow the experimenter to use their audio-taped data. As mentioned above, only two participants, from the Non-Aware condition, requested that their data not be used in the study.

MARIOS CONSTANTINOU ET AL.

## RESULTS

A one-way Multivariate Analysis of Variance (MANOVA) was conducted in order to determine the effects of the presence of an audio-recorder on the participants' neuropsychological test performance. The one-way MANOVA was significant, Wilks' $\Lambda = .588$, $F(9, 30) = 2.34$, $p < .05$, $\eta^2 = .41$; the multivariate observed power was .82. Subsequently, a series of one-way Analyses of Variance (ANOVA) were conducted on the nine dependent variables. After applying the Bonferroni correction for control of Type I error for multiple pair-wise comparisons, each one-way ANOVA was tested at the .006 level (.05/9). These follow-up tests revealed that the Non-Aware group's scores were significantly higher than the Tape-Recording Aware group's scores on four of the six MAS scores earned: (a) List Acquisition Score (LAS; $MS = 225.63$, $F(1, 38) = 9.66$, $p < .006$), (b) Cued Recall Score (CRS; $MS = 15.62$, $F(1, 38) = 12.59$, $p < .006$), (c) Delayed List Recall Score (DLRS; $MS = 9.03$, $F(1, 38) = 9.09$, $p < .006$), and (d) Delayed Cued Recall Score (DCRS; $MS = 15.62$, $F(1, 38) = 12.03$, $p < .006$). The means and standard deviations of the two groups' performance on the MAS and motor measures are displayed in Table 1. No significant effects were observed for two MAS scores: Learning Recall Scores (LRS), and Verbal Span Score (VSS). As hypothesized the two groups did not significantly differ with respect to the three motor measures (i.e., Finger Tapping, Grooved Pegboard, and Grip Strength).

In order to assess which dependent variables were affected more noticeably by the presence of an audio-recorder an effect size was calculated for each dependent variable; $\eta^2$s of .01, .06, and .14 are generally regarded as small, medium, and large effect sizes, respectively. The effect sizes and corresponding observed powers for the dependent variables that were significantly affected by the presence of an audio-recorder are presented in Table 2. In summary, it appeared that both cued recall scores (i.e., CRS, DCRS) were the most affected by the participants' awareness of their responses being audio-recorded.

Table 1. Means and Standard Deviations of the Two Groups on the Nine Dependent Variables (in the Order they were Administered to the Participants).

| Dependent variable | Non-Aware group | | Tape-Recording Aware group | |
|---|---|---|---|---|
| | M | SD | M | SD |
| LAS | 65.15 | 4.09 | 60.40 | 5.47 |
| LRS | 11.25 | .97 | 10.70 | .92 |
| CRS | 11.30 | .98 | 10.05 | 1.23 |
| Finger Tapping | 93.52 | 12.22 | 91.09 | 13.50 |
| Grooved Pegboard | 137.98 | 15.90 | 146.19 | 20.69 |
| Grip Strength | 79.28 | 25.12 | 75.73 | 18.25 |
| VSS | 12.85 | 2.30 | 11.80 | 1.77 |
| DLRS | 11.55 | .51 | 10.60 | 1.31 |
| DCRS | 11.60 | .75 | 10.35 | 1.42 |

*Note.* LAS = List Acquisition Score; LRS = List Recall Score; CRS = Cued Recall Score; VSS = Verbal Span Score; DLRS = Delayed List Recall Score; DCRS = Delayed Cued Recall Score.
*Denotes that the Non-Aware group's mean performance is significantly better than the Tape-Recording Aware group's mean performance at the .006 level.

Table 2. Effect Sizes and Observed Power for the Dependent Variables that were Significantly Affected by the presence of an Audio-Recorder.

| Dependent variable | Effect size | Observed power |
|---|---|---|
| LAS | .20 | .86 |
| CRS | .25 | .93 |
| DLRS | .19 | .84 |
| DCRS | .24 | .92 |

*Note.* LAS = Learning Acquisition Score; CRS = Cued Recall Score; DLRS = Delayed List Recall Score; DCRS = Delayed Cued Recall Score.

## DISCUSSION

The present study investigated whether or not audio-recording in and of itself can influence examinees' performance during neuropsychological testing. The present study supported the aforementioned hypothesis demonstrating that audio-recording of an examinee's performance during neuropsychological testing is not a benign procedure. In fact, the current findings are in line

with those of previous reports on the presence of third party observers during neuropsychological testing (e.g., Binder & Johnson-Greene, 1995; Lynch, 1997). Specifically, having the knowledge that their performance was being tape-recorded adversely affected the test performance of examinees on four MAS subtests. As predicted from previous studies, there was no effect on the motor measures in either condition. Probably due to the fact that our sample was comprised of university students, the performance of all participants, of both groups, on the brief neuropsychological battery fell within the average range – the deviations from average were not significant. However, the significant differences between the two groups, that survived the stringent Bonferroni correction for control of Type 1 error, are almost certainly not spurious and the detrimental impact of audio-recording is clear. Of course in order to extend further the clinical significance and generalizability of the present findings, future studies of this sort should aim at sampling clinical populations with identified neuropsychological impairments.

Most neuropsychologists are likely to be faced with requests to permit and/or demands to allow the presence of a third party observer (e.g., an attorney, another clinical neuropsychologist, a paralegal, etc.) during formal neuropsychological testing. Authoritative figures in the area of clinical neuropsychology openly suggest that such requests ought to be handled with caution and refused, when possible, as an observer could be a threat to the validity of the obtained scores, test standardization, and ethical standards of test administration (McCaffrey, Fisher, Gold, & Lynch, 1996; McSweeny et al., 1998). In fact, as mentioned previously, the National Academy of Neuropsychology has issued a formal position statement that recommends against the presence of third parties during neuropsychological testing (Axelrod et al., 2000). According to the statement, third party observation during neuropsychological assessment may pose a threat to the validity and reliability of the data obtained from such sessions and "may compromise the valid use of normative data in interpreting test scores" (Axelrod et al., 2000). The NAN statement also points out that observer effects may materialize due to the physical presence of other individuals (e.g., an attorney, another neuropsychologist, lab technicians, etc.) or even the mere presence of electronic recording devices.

This study indicated that the *indirect presence* of an observer, through tape-recording, influenced the neuropsychological test performance of examinees. These findings are in accordance with the social facilitation theory, which suggests that the presence of observers (in the present study the *indirect presence*) affects performance (Guerin, 1986; McCaffrey et al., 1996). While McSweeny et al. (1998) recommended that an alternative to third party observation could be audio or audio-visual recording that could be reviewed later by a professional, the present findings indicate that such an alternative does not control for the confounding effects of tape-recording.

Attorneys sometimes argue that in order to gain both unobtrusiveness and access to assessment sessions clinical neuropsychologists should tape-record their assessment sessions without the examinee being aware of the recording. As mentioned above, in the present study, two participants from the Non-Aware group requested that their responses not be used in the study after they were debriefed at the end of the assessment. Although these two participants represent only about 5% of the total sample, clinicians should note that the negative feelings of some examinees about being audio taped without their approval are rather strong and may even be stronger in clinical settings.

The present study investigated only the impact of audio-recording; thus, the quantitative and qualitative impact of audiovisual recording on neuropsychological performance remains untested. The findings from the social facilitation literature regarding the effects of audiovisual recording have been inconsistent (e.g., Cohen, 1979; Lichton & Waehler, 1999). Clearly then, additional studies using neuropsychological tests are warranted; future investigations about the impact of electronic recording devices may want to expand to include a larger variety of memory and motor instruments and measures of other areas of functioning (e.g., attention, executive functioning, visuoperceptual functioning, etc.). Such expansion may also reveal measures, such as the motor measures in the present study, that

MARIOS CONSTANTINOU ET AL.

are not influenced by the presence of electronic devices, therefore potentially suggesting that (a) such measures are "resistant" to the adverse effects of electronic recording and (b) portions of neuropsychological testing can be recorded without problems. Furthermore, future expansions of the present study should sample clinical populations, such as individuals who sustained traumatic head injuries, strokes, or other neurological damage, so that the generalizability of the present findings gain more clinical significance.

In summary, neuropsychologists should be aware of the issues raised in the present study and strive to assist the legal community in understanding the impact that the myriad types of third party observers may have on the validity of an individual's neuropsychological test performance.

## REFERENCES

American Educational Research Association – AERA, American Psychological Association, & National Council on Measurement in Education – NCME. (1999). *The Standards for Educational and Psychological Testing.* Washington, DC: Author.

Axelrod, B., Barth, J., Faust, D., Fisher, J., Heilbronner, R., Larrabee, G., Pliskin, N., & Silver, C. (2000). Presence of third party observers during neuropsychological testing: Official statement of the National Academy of Neuropsychology. *Archives of Clinical Neuropsychology, 15*, 379–380.

Binder, L.M., & Johnson-Greene, D. (1995). Observer effects on neuropsychological performance: A case report. *The Clinical Neuropsychologist, 9*, 74–78.

Cohen, J.L. (1979). Social facilitation: Increased evaluation apprehension through permanency of record. *Motivation and Emotion, 3*, 19–33.

Cohen, J.L., & Davis, J.H. (1973). Effects of audience status, evaluation, and time of action on performance with hidden-word problems. *Journal of Personality and Social Psychology, 27*, 74–85.

Guerin, B. (1986). Mere presence effects in humans: A review. *Journal of Experimental Social Psychology, 22*, 38–77.

Kehrer, C.A., Sanchez, P.N., Habif, U., Rosenbaum, J.G., & Townes, B.D. (2000). Effects of a significant-other observer on neuropsychological test performance. *The Clinical Neuropsychologist, 14*, 67–71.

Lezak, M.D. (1995). *Neuropsychological assessment* (3rd ed.). New York, NY: Oxford University Press.

Lichton, A.I., & Waehler, C.A. (1999). Exploring the effects of tape-recording on personality assessment. *Psychological Reports, 84*, 869–872.

Lynch, J.K. (1997). The effect of observer's presence on neuropsychological test performance: A test of the social facilitation phenomenon. *Dissertation Abstracts International: Section B: The Sciences and Engineering, 57*, 7230.

McCaffrey, R.J., Fisher, J.M., Gold, B.A., & Lynch, J.K. (1996). Presence of third parties during neuropsychological evaluations: Who is evaluating whom? *The Clinical Neuropsychologist, 10*, 435–449.

McSweeny, A.J., Becker, B.C., Naugle, R.I., Snow, W.G., Binder, L.M., & Thompson, L.L. (1998). Ethical issues related to the presence of third party observers in clinical neuropsychological evaluations. *The Clinical Neuropsychologist, 12*, 552–559.

Reitan, R.M., & Wolfson, D. (1993). *The Halstead–Reitan Neuropsychological Test Battery: Theory and clinical interpretations* (2nd ed.). South Tucson, AZ: Neuropsychology Press.

Russell, A., Russell, G., & Midwinter, D. (1992). Observer influences on mothers and fathers: Self-reported influence during a home observation. *Merill-Palmer Quarterly, 38*, 263–283.

Williams, M.J. (1991). *MAS, Memory Assessment Scales.* Odessa, FL: Psychological Assessment Resources.

Copyright © 2003 EBSCO Publishing