# Exhibit C

# Third Party Observers: Why All the Fuss?

Robert J. McCaffrey

*University at Albany, State University of New York*
*Albany Psychological Associates, P.C.*

Julie K. Lynch

*Albany Psychological Associates, P.C.*

Christine L. Yantz

*University at Albany, State University of New York*

**ABSTRACT.** Following a brief discussion of the emergence of third party observation as an issue in neuropsychology, this article reviews the social psychological theory of social facilitation. Social facilitation refers to the impact of another person, whether as an observer or a performer of the same activity, on an individual's performance. Both performance enhancements and impairments can be caused by this phenomenon. The article concludes with a review of the empirical studies that have demonstrated that a third party observer significantly impacts an individual's performance on some neuropsychological tests. *[Article copies available for a fee from The Haworth Document Delivery Service: 1-800-HAWORTH. E-mail address: <docdelivery@haworthpress.com> Website: <http://www.HaworthPress.com> © 2005 by The Haworth Press, Inc. All rights reserved.]*

Robert J. McCaffrey is affiliated with the University at Albany, State University of New York, and Albany Psychological Associates, P.C.

Julie K. Lynch is affiliated with Albany Psychological Associates, P.C.

Christine L. Yantz is affiliated with the University at Albany, State University of New York.

Address correspondence to: Robert J. McCaffrey, PhD, University at Albany, State University of New York, Department of Psychology, Social Sciences 369, 1400 Washington Avenue, Albany, NY 12222 (E-mail: rm188@albany.edu).

Journal of Forensic Neuropsychology, Vol. 4(2) 2005
Available online at http://www.haworthpress.com/web/JFN
© 2005 by The Haworth Press, Inc. All rights reserved.
Digital Object Identifier: 10.1300/J151v04n02_01

*1*

*2*         *JOURNAL OF FORENSIC NEUROPSYCHOLOGY*

**KEYWORDS.** Social facilitation, third party observer, forensic, standardized test administration

The issues raised about the presence of a third party observer during neuropsychological testing were first formally addressed a decade ago at the annual meeting of the National Academy of Neuropsychology (NAN) where a special topics workshop entitled "Presence of Third Party Observers During Neuropsychological Evaluations: Who Is Evaluating Whom?" was presented by two clinical neuropsychologists and an attorney (McCaffrey, Fisher, & Gold, 1994). The workshop focused on the existing professional guidelines and factors to be considered by the clinical neuropsychologist faced with the request for a third party observer to be present during neuropsychological testing. This involved a discussion of the pertinent Ethical Principles of Psychologists and Code of Conduct (American Psychological Association, 1992), the relevant sections from the *Standards for Educational and Psychological Testing* (AERA, APA, & NCME, 1999) and the Specialty Guidelines for Forensic Psychologists (1991). The social psychological literature dealing with the phenomena of "social facilitation" was reviewed as it applied to studies of recognition memory and free recall. The seminal clinical case report by Binder and Johnson-Greene (1995) was still in press in *The Clinical Neuropsychologist*; however, it was widely available as a preprint and was used to highlight the link between the social psychological studies on social facilitation and clinical neuropsychological practice. Lastly, legal issues pertaining to requests for a third party observer to be present were examined, including the Federal Rules of Civil Procedure (2001) and the New York Civil Practice Law and Regulations (CPLR, 2003) since the presenters practiced in New York State.

When Mr. Gold had completed his comments on the legal issues and third party observers, the panel opened the floor to questions from the audience for the remaining 45 minutes. The room size was typical for a special topic workshop at NAN, but there was standing room only. Among those in attendance were Antonio E. Puente, PhD, and Jeffrey T. Barth, PhD, both of whom commented that the profession needed to address this issue formally. The questions, comments and discussions among all of those in attendance served as catalysts that initiated practice suggestions in the clinical neuropsychological literature, as well as the impetus for additional research and, ultimately, the development of official policy statements by the National Academy of Neuropsychology

(Axelrod et al., 2000; *http://nanonline.org/paoi/thirdparty.shtm*) and, later, by the American Academy of Clinical Neuropsychology (Hamsher, Lee, & Baron, 2001; *http://www.the AACN.org/position_papers/tc154433. pdf*).

While much has transpired over the past 10 years, clinical neuropsychological practitioners continue to confront many of these same matters in their daily practice. This special issue of the *Journal of Forensic Neuropsychology* is intended to provide an overview of the salient issues practitioners must consider when faced with requests for third party observers, as well as an update and review of the research in this area since that initial NAN meeting in 1994. In addition, we will present original research findings that bear directly on the issue of third party observers. Finally, we hope that this special issue will provide clinical neuropsychological practitioners with an important resource that will assist them in their daily practice. Also, this issue can aid in the education of the legal community on the myriad of issues concerning the presence of a third party observer during neuropsychological testing, such as the caveats that must be included when interpreting neuropsychological test data from evaluations contaminated by the presence of a third party observer.

## AN OVERVIEW OF SOCIAL FACILITATION

In the 1990s, requests for the physical presence of third party observers during neuropsychological testing and professional concerns regarding whether such observers would impact the examinee's performance on testing led us to examine the social psychology literature and, specifically, social facilitation theory. The impact of the presence of others on an individual's performance has been an area of scientific study in social psychology for more than a century. Beginning in the late 1800s, psychologists began to recognize that an individual's task performance could be altered just by the inclusion of other individuals simultaneously performing the same task. This was first reported by Triplett in 1898 who found that cyclists rode faster when racing in groups than when racing alone (Triplett, 1898). Subsequent research found that, in addition to the presence of others engaged in the same activity, referred to as "co-actors" in the social psychology literature, the presence of an *observing audience* could alter an individual's performance. An early documentation of the influence of an observing audience was provided by Meumann [1904, as cited in Cottrell (1972)].

Using a finger ergograph, he found individuals pulled a finger-weight a greater distance in the presence of an observer than when alone. Additional studies followed providing converging evidence that the presence of others was a salient social force. This form of social influence eventually became known as *social facilitation*. This term was adopted because the earliest studies had shown that the presence of an audience was associated with performance increments (Aiello & Douthitt, 2001). A more precise term, however, would be *social facilitation and inhibition*, as later work showed that the presence of an audience can inhibit performance on some tasks.

Social facilitation is the influence that the presence of another person has on an individual's performance. Zajonc (1965) described social facilitation as a "fundamental" form of social influence, as it occurs in the absence of any direct effort or intention of the observer or co-actor to alter the individual's performance. An individual's performance can either be facilitated or impaired by the presence of others. A general framework that has been offered within the social facilitation literature is that simple or well-learned tasks will be performed better in the presence of another person while difficult or novel tasks will be performed worse in the presence of another person. This general framework, however, may oversimplify the social facilitation phenomenon. There are a number of factors, in addition to task complexity or novelty, which have been considered to be important in the social facilitation and inhibition of task performance. Many social psychologists place particular importance upon the characteristics of the observer. Whether the observer is an expert or non-expert, evaluator or non-evaluator, a friend or stranger, or attentive or non-attentive to the performer may have a differential impact on the individual's performance. Characteristics of the individual may also be important, such as personality characteristics, prior experience with the task, or prior experience with being observed or evaluated (Aiello & Douthitt, 2001; Butler & Baumeister, 1998; Geen, 1989; Geen & Gange, 1977; Guerin, 1983). Some researchers of the social facilitation phenomenon consider these factors as non-essential. According to Zajonc (1965), the principal proponent of this view, the "sheer" or "mere" presence of another person is all that is required for social facilitation to occur. This group does recognize, however, that characteristics of the observer, performer, or situation can influence the magnitude of the social facilitation effect.

Another potentially important factor in social facilitation is audience size. A number of studies have demonstrated a relationship between audience size and the magnitude of social facilitation effects. Many social

theorists contend that social facilitation and inhibition effects increase as the audience size increases, and there have been empirical studies in support of this view (Jackson & Latané, 1981; Knowles, 1983; Latané, 1981; Latané & Harkins,1976; Mullen, 1983; 1985). Another group of social theorists do not consider an increase in audience size to necessarily result in a larger impact on task performance (Seta, Crisson, Seta, & Wang, 1989; Seta, Wang, Crisson & Seta, 1989). According to these theorists, the impact of an additional observer is a function of the evaluative status of that observer. If the new observer poses little threat of evaluation to the performer, the addition of this observer to the audience may actually serve to decrease the overall social influence associated with the audience and, consequently, a reduction in the social facilitation effect. If, however, the additional observer is perceived as highly evaluative, then social facilitation and inhibition effects would be expected to increase.

An interesting finding that has emerged from the research is that the *physical presence* of another person in the same room as the performer is not essential for the social facilitation effect. The social psychological literature contains several empirical studies demonstrating that observation from behind a one-way mirror, on closed-circuit television, or by video-recording the performer can impact an individual's task performance. It appears that the individual's belief that his/her performance is observed is the essential factor here. This is sometimes referred to as the "implied presence" of another person. As examples of this literature, Putz (1975) found that individuals' accuracy on a visual vigilance/signal detection task was significantly better when they believed that performance was observed through a one-way mirror, monitored on a closed-circuit television by a video camera in the room, or observed by an expert in the testing room. Geen (1973) found that presence of an another person, either in the room or observing from another room by closed circuit video during learning of letter-number pairs, significantly impacted later recall. On the recall trials, the letters were presented, and the individuals were required to supply the number that had been paired with these letters. Individuals who were observed during learning, even with observation by videocamera, recalled significantly fewer numbers on the immediate recall trial compared to individuals who had been alone during learning. On the 45 minute delayed recall, individuals observed during learning recalled significantly more numbers than those not observed during learning. As a final example of this research, Seta, Seta, Donaldson, and Wang (1988) found that an individual's recall of a word list was less organized when the performer believed that he/she

*6*        *JOURNAL OF FORENSIC NEUROPSYCHOLOGY*

was observed by an audience behind a one-way mirror than when performed alone; however, the number of words recalled was not significantly different between the two experimental conditions.

### *THEORETICAL EXPLANATIONS OF SOCIAL FACILITATION*

Several theoretical models have been offered to account for the social facilitation phenomenon. Guerin and Innes (1984) have organized these frameworks into three categories: drive/arousal theories, social valuation theories, and attention theories. The drive theory, proposed by Zajonc (1965), is based on the Hull-Spence drive theory. According to the Hull-Spence equation (Spence, 1956), the tendency to make a response is a function of drive level and the habit strength of that response. Drive energizes and, therefore, increases the probability of a well-learned or dominant (i.e., habit) response. If the dominant response is incorrect, performance will be inhibited by increased drive. If the dominant response is correct, performance will be enhanced by increased drive. This theory predicts, then, that difficult tasks will be impaired by social presence since the tendency to fail at such a task is greater than the tendency to succeed.

While many social psychology theorists have accepted the drive theory of social facilitation, there is disagreement as to the reason for an increase in drive when in the presence of others. Zajonc (1965) considered this increase in drive to be an innate or instinctual response that enhances the individual's preparedness to interact with social stimuli. Unlike physical stimuli, social stimuli are unpredictable, and, consequently, the individual needs to be alert and prepared to produce any number of responses. Others have suggested that the threat of evaluation, often referred to as evaluation apprehension, associated with the presence of others results in increased drive. Further, this group of social psychologists considers the increased drive to be a learned, rather than instinctual, response to social stimuli that is acquired from experience with positive and negative evaluations throughout their social development (Cottrell, Wack, Sekerak, & Rittle, 1968; Weiss & Miller, 1971). Still others have proposed that an increase in drive is in reaction to the distracting influence of an observer's presence during task performance. Essentially, this theory suggests that the performer experiences an increase in arousal as he/she is confronted with conflicting demands for attention (Sanders & Baron, 1975; Sanders, Baron, & Moore, 1978).

The social valuation theories refer to three separate but related explanations for social facilitation: objective self-awareness theory (Wicklund & Duval, 1971), control systems theory (Carver & Scheier, 1981a, 1981b), and self-presentational theory (Bond, 1982). These theories de-emphasize generalized drive and emphasize the individual's active efforts to manage his/her public self-image when performing in the presence of others. The presence of others increases the individual's awareness of any discrepancies between his/her actual behavior and an idealized behavioral standard. The facilitating effect of the presence of others on easy or well-learned tasks occurs as the individual performs at a higher level to reduce the discrepancy between the actual and idealized performance. Performance on novel or complex tasks will be worse for a variety of reasons. It may be that the individual attempts to prematurely perform at a higher level than his/her current ability allows which results in errors, or the individual may withdraw effort from the task due to his/her low expectations of meeting the idealized performance standard. An additional explanation is that the individual may become embarrassed by the discrepancy between his/her actual performance and the ideal standard, and it is the disruptive impact that this sense of embarrassment has on task performance that results in a poor performance.

Finally, the attentional theories of social facilitation focus on the observer's impact on the performer's cognitive functioning. In a re-conceptualization of his drive theory of social facilitation, Baron (1986) proposed that the attentional conflict caused by the presence of another person during task performance leads to information overload. As a result, the individual allocates attention to information that is central to the task at hand at the expense of peripheral information. Presumably, simple or well-learned tasks require attention to relatively few peripheral cues, whereas difficult or novel tasks require attention to many cues. According to this theory, the narrowing of attention facilitates performance on simple tasks by eliminating irrelevant information. On novel or complex tasks, the narrowing of attention eliminates task-relevant cues, impairing performance. Manstead and Semin (1980) offer another attention-based theory of social facilitation. According to their theory, the presence of another person during task performance invokes controlled processing of information. Simple or well-learned tasks, typically completed using automatic processing, will be completed better when the performer uses controlled processing. However, complex or novel tasks already require controlled information processing. The presence of another person serves to increase the attentional demands

and divert limited attentional resources away from the task, resulting in task performance impairment.

Presently, there remains disagreement in the field of social psychology regarding these explanations of social facilitation. It seems, however, that there is growing recognition that no single explanation can account for this phenomenon. Social facilitation is probably mediated by a number of factors including increased arousal, evaluation apprehension, increased information processing demands, or increased concern with one's self-image and public image introduced by the observer's presence. There have been some attempts to develop a model of social facilitation that integrates the various theories. For example, Paulus (1983) proposed that the presence of others during task performance evokes three states in the performer: (1) arousal, (2) effort, and (3) task-irrelevant processing. An increase in arousal (i.e., drive) influences task performance by energizing the dominant response. An increase in effort stems from the performer's desire to maintain a favorable self-image. Task irrelevant processing arises in response to the attentional demands that another person places on the performer's cognitive processes. The weight of these three states in any social situation determines whether social facilitation or inhibition of task performance will occur. Sanders (1981) offered another integrative model of social facilitation, called the Attentional Processes model. According to this model, the social facilitation effect is due to an increase in drive that results from the attentional conflict caused by the presence of another person during performance of a task. The other models of social facilitation provide explanations as to the reason that the presence of others is a source of distraction that ultimately results in the attentional conflict. A shift in attention from the task, whether to monitor the social presence, self-evaluate performance, or manage one's public image, sets the stage for attentional conflict and an increase in drive.

Despite the lack of consensus regarding the mechanism(s) underlying social facilitation and inhibition effects, the social psychological research has repeatedly demonstrated that the presence of a passive observer alters the behavior of children and adults.

## *SOCIAL FACILITATION AND THE NEUROPSYCHOLOGICAL EVALUATION*

Social facilitation has received considerable scientific attention since initial documentation of this phenomenon in the 19th century, and there

*McCaffrey, Lynch, and Yantz*                    *9*

is extensive empirical evidence that the social facilitation effect does occur across different situations. The social facilitation literature spans a wide variety of activities, including tasks primarily of athletic or physical skill as well as cognitively-based tasks. Social facilitation effects have been found on word generation tasks (Gates, 1924); paired associates learning (Baron, Moore, & Sanders, 1978; Geen, 1983; Guerin, 1983; Houston, 1970); concept attainment (Laughlin & Jaccard, 1975; Laughlin & Wong-McCarthy, 1975); maze learning (Rajecki, Ickes, Corcoran, & Lenerz, 1977; Shaver & Liebling, 1976); running speed (Strube, Miles, & Finch, 1981; Worringham & Messick, 1983); and gymnastic routines (Paulus, Shannon, Wilson, & Boone, 1972). Social facilitation effects have also been found with samples of young children. The presence of a passive audience has been found to influence the intensity of lever pulling (Clark & Fouts, 1973) and balance beam performance (MacCracken & Stadulis, 1985) in preschoolers. In grade school children, the presence of a passive audience has been shown to impact ladder climbing (Landers & Landers, 1973), letter cancellation speed and accuracy (Baldwin & Levin, 1958), reaction time (Fouts, 1980), and digit recall forward and backward (Quarter & Marcus, 1971). While this literature provides a basis to suspect that social facilitation effects may extend to neuropsychological tests conducted in the presence of third party observers, it is, of course, important to examine this hypothesis empirically.

Although third party observation is of great importance for the clinical neuropsychologist, especially the forensic neuropsychologist, only a handful of studies have examined the effect of third party observation on neuropsychological test performance. The first documented investigation of the observer effect in the context of a neuropsychological evaluation appeared in 1995. In their paper, Binder and Johnson-Greene (1995) presented a case study of a 26-year old woman with intractable seizures who was seen for neuropsychological evaluation as part of a medical work-up for the seizure disorder. As part of the neuropsychological evaluation, the woman was administered the Portland Digit Recognition Test (PDRT) following discontinuation rules for accurate performances on the PDRT. The examiner later returned to the patient's room to administer the PDRT in full, since a complete administration was in keeping with the epilepsy protocol. The patient's mother was visiting and requested to remain in the room while the test was administered. The examiner allowed the mother to remain but then requested that she leave the room after noticing a decline in the patient's accuracy compared to her earlier performance on this measure. After mother's

departure, the patient's accuracy increased. Apparently curious to see if this pattern would repeat, the examiner administered the remaining items first with mother present and then absent. The pattern of worsening performance in the presence of her mother and improving performance in her absence continued. In total, the patient's accuracy significantly declined from 65.4% under standard testing conditions to 38.5% when her mother remained in the room.

Binder and Johnson-Greene's single case study provided initial evidence that the social facilitation phenomenon might extend to neuropsychological testing. The findings from that study were in concert with the predictions of the social facilitation literature. The patient's accuracy on difficult items of the PDRT declined in the presence of a significant-other observer. Subsequent research has provided further evidence that an observer during neuropsychological testing significantly impacts the individual's test performance. Huguet, Galvaing, Monteil, and Dumas (1999) examined social facilitation effects on a computerized version of the Stroop test with a sample of 48 undergraduate females. The students completed the test alone or in the presence of an observer. The observer was identified as another student waiting to participate in a separate study. There were three different observer conditions: an attentive observer who sat opposite to the performer and watched her complete the task for 60% of the time; an inattentive observer who sat opposite the performer but never looked at her (e.g., read a book); and an "invisible" observer who sat behind the performer and was therefore out of view. The presence of an attentive observer and an invisible observer was associated with a significantly faster completion of the Interference trial. The presence of an inattentive observer who did not watch the test taker at any time did not significantly impact performance.

Kehrer, Sanchez, Habif, Rosenbaum, and Townes (2000) examined the effects of a significant-other observer's presence on performance on a repeatable neuropsychological battery. The study sample was 30 undergraduate students referred for neuropsychological testing to determine eligibility for special education accommodations. The students enrolled in the study were informed that the purpose of the research was to examine "the effects of an observer on examiner-examinee interaction" (p. 68). The observer was a parent, spouse, friend or sibling of the student. During test administration, the observer sat out of the direct view of the student, watched the testing attentively, and did not interact with the student. Each participant was administered a subset of the neuropsychological battery twice (using alternative forms for some tests), once under standard conditions and once with the significant-

other present. Test administration followed an A-B-A-B design of observer absence and presence. Difference scores between the unobserved and observed conditions were calculated for each measure. Findings showed that, in the presence of a significant-other observer, students produced significantly more perseverative responses on the Rey Auditory Verbal Learning Test and performed significantly lower on Digit Span; Stroop word reading, color naming, and color/word trial; the Paced Auditory Serial Addition Test; and the Controlled Oral Word Association Test. There was no observer effect found on the Trail Making Test, Finger Tapping Test, or on total words recalled and number of intrusions on the Rey Auditory Verbal Learning Test.

Constantinou, Ashendorf, and McCaffrey (2002) examined the impact of audio-recording on neuropsychological test performance of 40 undergraduate university students. In this study, each student's neuropsychological testing session was audio-taped, but only half of the students were aware that the testing session was recorded. In the "Aware" group, the audio-recorder was placed on the testing table in close proximity to the student. In the "Non-Aware" group, the audio-recorder was hidden under the testing table. The findings showed that students who were aware of the audio-recording performed significantly lower on several subtests from the Memory Assessment Scales. Specifically, the Aware group performed significantly lower on List Acquisition, Immediate Cued Recall, Delayed List Recall, and Delayed Cued Recall. There were no significant group differences on the Finger Tapping Test, Lafayette Grooved Pegboard, Grip Strength, or the List Recall or Verbal Span subtests from the Memory Assessment Scales. These findings extend third party observer effects on neuropsychological testing to include electronic observation.

This literature has demonstrated that presence of an observer during administration of neuropsychological testing significantly reduces the examinee's test performance. The next three articles in this special issue will report on additional empirical studies of the impact of an observer on neuropsychological test performance. The first paper demonstrates the impact of a third party observer on neuropsychological tests among closed head injury survivors. The next article deals with the effect of a video-recorder as the third party observer on neuropsychological testing. The last empirical article focuses on the situation in which an examinee is told that a supervisory third party observer (e.g., clinical supervisor or "trained observer") is present specifically to observe the examiner's administration of the neuropsychological testing and not the examinee's performance. Each of these studies provides evidence that

neuropsychological testing in the presence of an observer, whether physically present or present through electronic means, results in a decrement in performance on some neuropsychological measures.

The importance of maintaining standardized testing procedures has always been recognized by clinical neuropsychological practitioners. Less appreciated has been the clinical significance of breaking standardized procedures. It is hoped that the research presented in this issue will serve to highlight the importance of following a standardized test protocol. There have been several empirical studies that have shown that changes in seemingly minor aspects of the standardization procedures results in a significant change in test performance. For example, changing the mode of presentation (reading, computerized vs. audiotape), deviation from prescribed test instructions, or changing the rate of stimulus presentation have been found to significantly impact performance (see Lee, Reynolds, & Willson, 2003, for review). The research on third party observers of neuropsychological evaluation provides additional confirmation that adherence to standardized test procedures is essential.

## REFERENCES

AERA, APA, & NCME. (1999). *The Standards for Educational and Psychological Testing*. Washington, DC: American Educational Research Association.

Aiello, J. R., & Douthitt, E. A. (2001). Social facilitation from Triplett to electronic performance monitoring. *Group Dynamics*, *5*, 163-180.

American Psychological Association. (1992). Ethical principles of psychologists and code of conduct. *American Psychologist*, *47*, 1597-1611.

Axelrod, B., Barth, J., Faust, D., Fisher, J. M., Heilbronner, R., Larrabee, G., Pliskin, N., & Silver, C. (2000). Presence of third party observers during neuropsychological testing: Official statement of the National Academy of Neuropsychology. *Archives of Clinical Neuropsychology*, *15*, 379-380.

Baldwin, A. L., & Levin, H. (1958). Effects of public and private success or failure on children's repetitive motor behavior. *Child Development*, *29*, 363-372.

Baron, R. S. (1986). Distraction-conflict theory: Progress and problems. In L. Berkowitz (Ed.), *Advances in Experimental Social Psychology* (Vol. 19, pp. 1-40). New York, NY: Academic Press, Inc.

Baron, R. S., Moore, D. L., & Sanders, G. S. (1978). Distraction as a source of drive in social facilitation research. *Journal of Personality and Social Psychology*, *36*, 816-824.

Binder, L. M., & Johnson-Greene, D. (1995). Observer effects on neuropsychological performance: A case report. *The Clinical Neuropsychologist*, *9*, 74-78.

Bond, C. F. (1982). Social facilitation: A self-presentational view. *Journal of Personality and Social Psychology*, *42*, 262-292.

*McCaffrey, Lynch, and Yantz*                    *13*

Butler, J., & Baumeister, R. F. (1998). The trouble with friendly faces: Skilled performance with a supportive audience. *Journal of Personality and Social Psychology*, *75*, 1213-1230.

Carver, C. S., & Scheier, M. F. (1981a). *Attention and Self-regulation: A Control-theory Approach to Human Behavior*. New York: Springer-Verlag.

Carver, C. S., & Scheier, M. F. (1981b). The self-attention induced feedback loop and social facilitation. *Journal of Experimental Social Psychology*, *17*, 545-568.

Clark, N. J., & Fouts, G. T. (1973). Effects of positive, neutral, and negative experiences with an audience on social facilitation in children. *Perceptual and Motor Skills*, *37*, 1008-1010.

Constantinou, M., Ashendorf, L., & McCaffrey, R. J. (2002). When the third party observer of a neuropsychological evaluation is an audio-recorder. *The Clinical Neuropsychologist*, *16*, 407-412.

Cottrell, N. B. (1972). Social facilitation. In C. G. McClintock (Ed.), *Experimental Social Psychology* (pp. 185-236). New York: Holt, Rinehart, and Winston, Inc.

Cottrell, N. B., Wack, D. L., Sekerak, G. J., & Rittle, R. H. (1968). Social facilitation of dominant responses by the presence of an audience and the mere presence of others. *Journal of Personality and Social Psychology*, *9*, 245-250.

Federal Rules of Civil Procedure (2001). Washington, DC: United States Government Printing Office.

Fouts, G. (1980). Effect of sex of audience on speed of performance of preadolescents. *Perceptual and Motor Skills*, *51*, 565-566.

Gates, G. S. (1924). Effect of an audience upon performance. *Journal of Abnormal and Social Psychology*, *18*, 334-342.

Geen, R. G. (1973). Effects of being observed on short- and long-term recall. *Journal of Experimental Psychology*, *100*, 395-398.

Geen, R. G. (1983). Evaluation apprehension and the social facilitation/inhibition of learning. *Motivation and Emotion*, *7*, 203-211.

Geen, R. G. (1989). Alternative conceptions of social facilitation. In P. B. Paulus (Ed.), *Psychology of Group Influence* (pp. 15-51). Hillsdale, NJ: Lawrence Erlbaum Associates, Inc.

Geen, R. G., & Gange, J. J. (1977). Drive theory of social facilitation: Twelve years of theories and research. *Psychological Bulletin*, *84*, 1267-1288.

Guerin, B. (1983). Social facilitation and social monitoring: A test of three models. *British Journal of Social Psychology*, *22*, 203-214.

Guerin, B., & Innes, J. M. (1984). Explanations of social facilitation: A review. *Current Psychological Research Reviews*, *3*, 32-52.

Hamsher, K., Lee, G. P., & Baron, I. S. (2001). Policy statement on the presence of third party observers in neuropsychological assessments. *The Clinical Neuropsychologist*, *15*, 433-439.

Houston, J. P. (1970). Effects of audiences upon learning and retention. *Journal of Experimental Psychology*, *86*, 449-453.

Huguet, P., Galvaing, M. P., Monteil, J. M., & Dumas, F. (1999). Social presence effects in the Stroop task: Further evidence for an attentional view of social facilitation. *Journal of Personality and Social Psychology*, *77*, 1011-1025.

*14*          *JOURNAL OF FORENSIC NEUROPSYCHOLOGY*

Jackson, J. M., & Latané, B. (1981). All alone in front of all those people: Stage fright as a function of number and type of co-performers and audience. *Journal of Personality and Social Psychology*, *40*, 73-85.

Kehrer, C. A., Sanchez, P. N., Habif, U., Rosenbaum, J. G., & Townes, B. D. (2000). Effects of a significant-other observer on neuropsychological test performance. *The Clinical Neuropsychologist*, *14*, 67-71.

Knowles, E. S. (1983). Social physics and the effects of others: Tests of audience size and distance on social judgement and behavior. *Journal of Personality and Social Psychology*, *45*, 1263-1279.

Landers, D. M., & Landers, D. M. (1973). Teacher vs. peer models: Effects of model's presence and performance level on motor behavior. *Journal of Motor Behavior*, *5*, 129-139.

Latané, B. (1981). The psychology of social impact. *American Psychologist*, *36*, 343-356.

Latané, B. & Harkins, S. (1976). Cross-modality matches suggest anticipated stage fright a multiplicative power function of audience size and status. *Perception and Psychophysics*, *20*, 482-488.

Laughlin, P. R., & Jaccard, J. J. (1975). Social facilitation and observational learning of individuals and cooperative pairs. *Journal of Personality and Social Psychology*, *32*, 873-879.

Laughlin, P. R., & Wong-McCarthy, W. J. (1975). Social inhibition as a function of observation and recording of performance. *Journal of Experimental Social Psychology*, *11*, 560-571.

Lee, D., Reynolds, C. R., & Willson, V. L. (2003). Standardized test administration: Why bother? *Journal of Forensic Neuropsychology*, *3(3)*, 55-81.

MacCracken, M. J., & Stadulis, R. E. (1985). Social facilitation of young children's dynamic balance performance. *Journal of Sport Psychology*, *7*, 150-165.

Manstead, A. S. R., & Semin, G. R. (1980). Social facilitation effects: Mere enhancement of dominant responses? *British Journal of Social and Clinical Psychology*, *19*, 119-136.

McCaffrey, R. J., Fisher, J. M., & Gold, B. A. (1994). *Presence of third party observers during neuropsychological evaluations: Who is evaluating whom?* Workshop at the annual meeting of the National Academy of Neuropsychology, Orlando, FL.

Mullen, B. (1983). Operationalizing the effect of the group on the individual: A self-attention perspective. *Journal of Experimental Social Psychology*, *19*, 295-321.

Mullen, B. (1985). Strength and immediacy: A meta-analysis of the forgotten elements of social impact theory. *Journal of Personality and Social Psychology*, *48*, 1458-1466.

New York Civil Practice Law and Regulations. (2003 ed.). St. Paul, MN: Thomson West.

Paulus, P. B. (1983). Group influence on individual task performance. In P. B. Paulus (Ed.), *Basic Group Processes* (pp. 97-120). New York: Springer-Verlag.

Paulus, P. B., Shannon, J. C., Wilson, D. L., & Boone, T. D. (1972). The effect of spectator presence on gymnast performance in a field situation. *Psychonomic Science*, *29*, 88-90.

Putz, V. R. (1975). The effects of different modes of supervision on vigilance behavior. *British Journal of Psychology*, *66*, 157-160.

*McCaffrey, Lynch, and Yantz*          *15*

Quarter, J., & Marcus, A. (1971). Drive level and the audience effect: A test of Zajonc's theory. *The Journal of Social Psychology*, *83*, 99-105.

Rajecki, D. W., Ickes, W., Corcoran, C., & Lenerz, K. (1977). Social facilitation of human performance: Mere presence effects. *Journal of Social Psychology*, *102*, 297-310.

Sanders, G. S. (1981). Toward a comprehensive account of social facilitation: Distraction/conflict does not mean theoretical conflict. *Journal of Experimental Social Psychology*, *17*, 262-265.

Sanders, G. S., & Baron, R. S. (1975). The motivating effects of distraction on task performance. *Journal of Personality and Social Psychology*, *32*, 956-963.

Sanders, G. S., Baron, R. S., & Moore, D. L. (1978). Distraction and social comparison as mediators of social facilitation effects. *Journal of Experimental Social Psychology*, *14*, 291-303.

Seta, J. J., Crisson, J. E., Seta, C. E., & Wang, M. A. (1989). Task performance and perceptions of anxiety: Averaging and summation in an evaluative setting. *Journal of Personality and Social Psychology*, *56*, 387-396.

Seta, C. E., Seta, J. J., Donaldson, S., & Wang, M. A. (1988). The effects of evaluation on organizational processing. *Personality and Social Psychology Bulletin*, *14*, 604-609.

Seta, J. J., Wang, M. A., Crisson, J. E., & Seta, C. E. (1989). Audience composition and felt anxiety: Impact averaging and summation. *Basic and Applied Social Psychology*, *10*, 57-72.

Shaver, P., & Liebling, B. A. (1976). Explorations in the drive theory of social facilitation. *Journal of Social Psychology*, *99*, 259-271.

Specialty guidelines for forensic psychologists (1991). *Law and Human Behavior*, *15*, 655-665.

Spence, K. W. (1956). *Behavior Theory and Conditioning*. New Haven, CT: Yale University Press.

Strube, M. J., Miles, M. E., & Finch, W. H. (1981). The social facilitation of a simple task: Field tests of alternative explanations. *Personality and Social Psychology Bulletin*, *7*, 701-707.

Triplett, N. (1898). The dynamogenic factors in pacemaking and competition. *American Journal of Psychology*, *9*, 507-533.

Weiss, R. F., & Miller, F. G. (1971). The drive theory of social facilitation. *Psychological Review*, *78*, 44-57.

Wicklund, R. A., & Duval, S. (1971). Opinion change and performance facilitation as a result of objective self-awareness. *Journal of Experimental Social Psychology*, *7*, 319-342.

Worringham, C. J., & Messick, D. M. (1983). Social facilitation of running: An unobtrusive study. *The Journal of Social Psychology*, *121*, 23-29.

Zajonc, R. B. (1965). Social facilitation. *Science*, *149*, 269-274.

Copyright of Journal of Forensic Neuropsychology is the property of Haworth Press and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.