# Exhibit D

# Third Party Observers:
# The Effect Size Is Greater Than You Might Think

Brandon E. Gavett

*University at Albany, State University of New York*

Julie K. Lynch

*Albany Psychological Associates, P.C.*

Robert J. McCaffrey

*University at Albany, State University of New York*
*Albany Psychological Associates, P.C.*

**ABSTRACT.** Third party observers have been found to significantly impair neuropsychological test performance on measures of attention, verbal memory, verbal fluency, and cognitive symptom validity. One measure of the importance of a research-based finding for clinical practice is effect size. Effect sizes were calculated for selected social facilitation literature and empirical studies of the impact of a third party observer on formal neuropsychological measures. The average effect size estimate found for the social facilitation research was large. Effect size estimates associated with findings from the third party observer research were, on average, medium for memory measures and small for motor and attention/executive measures. These findings indicate that the presence of an

Brandon E. Gavett is affiliated with the University at Albany, State University of New York.

Julie K. Lynch is affiliated with Albany Psychological Associates, P.C.

Robert J. McCaffrey is affiliated with the University at Albany, State University of New York, and Albany Psychological Associates, P.C.

Address correspondence to: Robert J. McCaffrey, PhD, Department of Psychology, University at Albany, Albany, New York 12222, USA (E-mail: rm188@albany.edu).

Journal of Forensic Neuropsychology, Vol. 4(2) 2005
Available online at http://www.haworthpress.com/web/JFN
© 2005 by The Haworth Press, Inc. All rights reserved.
Digital Object Identifier: 10.1300/J151v04n02_05

*49*

observer during a neuropsychological evaluation should be expected to have a clinically meaningful impact on an examinee's test performance, with memory measures particularly vulnerable. *[Article copies available for a fee from The Haworth Document Delivery Service: 1-800-HAWORTH. E-mail address: <docdelivery@haworthpress.com> Website: <http://www.HaworthPress.com> © 2005 by The Haworth Press, Inc. All rights reserved.]*

**KEYWORDS.** Third party observer, effect size, social facilitation

In recent years, the field of clinical neuropsychology has begun to focus on the effect of the presence of a third party observer on an examinee's performance in testing situations (McCaffrey, Fisher, Gold, & Lynch, 1996; McSweeny et al., 1998). Although neuropsychological assessment is intended to be a one-to-one interaction between the psychologist and the examinee, there are some instances when another person requests to remain present during the evaluation. For example, a parent may wish to watch over the proceedings to ensure the safety of the child or to help manage the child's behavior. In cases involving litigation, the client or the client's attorney may wish to document or witness the assessment for legal purposes. The decision to permit a third party observer rests with the examining neuropsychologist.

Much of the published literature on the effect of an observer on test performance has come from the social psychology field where the effect is referred to as *social facilitation*. Social facilitation has been discussed in an earlier article in this special issue of the *Journal of Forensic Neuropsychology* (see McCaffrey, Lynch, & Yantz, 2005). Briefly, social facilitation refers to the influence of an observer on the individual's behavior. An observer has been found to either facilitate or inhibit an individual's performance on a variety of activities. As summarized in the McCaffrey et al. article, the social facilitation literature contains many empirical studies demonstrating that the presence of an observer influences performance on tasks involving motor skills, attention, reaction time, vigilance, memory, visual-spatial abilities, problem solving, and conceptual reasoning.

The theory of social facilitation became relevant to neuropsychological assessment with the advent of requests for third party observations of testing conducted in the context of litigation. This theoretical framework and empirical literature provided a foundation for understanding the potential implications of including additional parties in the

testing room during the administration of neuropsychological testing. The social facilitation literature provided empirical demonstrations that performance on a variety of activities involving many of the types of skills assessed by neuropsychological measures was significantly improved or impaired when performed in the presence of an observer. Key to understanding the potential implications of third party observers for the neuropsychological evaluation is the fact that normative data for neuropsychological tests are developed without observation by a third party. Therefore, there is reason to question the accuracy of interpretations based upon standard normative data when an examinee's test data has been obtained in the presence of a third party given research that task performance is different in the presence of an observer.

Over the past decade, there have been several empirical investigations of the impact of a third party observer on neuropsychological test performance. These studies have found that the presence of a third party observer has a significant and negative impact on some neuropsychological measures, including the Memory Assessment Scales (Constantinou, Ashendorf, & McCaffrey, 2002; Constantinou, Ashendorf, & McCaffrey, 2005; Yantz & McCaffrey, 2005); Rey Auditory Verbal Learning Test, Stroop Color-Word Test, Controlled Oral Word Association Test, Paced Auditory Serial Addition Test, Digit Span (Kehrer, Sanchez, Habif, Rosenbaum, & Townes, 2000), Portland Digit Recognition Test (Binder & Johnson-Greene, 1995), and the Wechsler Memory Scale-Revised (Lynch, 2005).

Each of these studies has shown that, compared to testing with only the examiner present, there is a significant difference in performance on neuropsychological measures when a third party observes the test administration. Statistical significance, however, does not indicate the magnitude of the difference between neuropsychological test performance conducted under standard conditions and neuropsychological testing conducted with a third party observer. In order to quantify the influence of an observer on test performance, the effect size statistic can be used. Null-hypothesis significance tests may produce statistically significant results despite a small treatment effect, especially when sample sizes are large. Therefore, statistical significance in and of itself may often be an inadequate tool for the clinician wishing to gauge the degree to which a variable produces an effect. Null-hypothesis significance tests can be buttressed by effect size statistics, which provide the clinician with additional information about the degree to which a variable may influence an individual patient.

Several effect size measures are often reported in the literature, including Cohen's *d*, $\eta^2$, Glass and Stanley's *D*, and Hedge's *g*. Cohen (1988) suggested a common convention for labeling effect sizes. In terms of the *d* statistic, he described an effect size of .2 as small, .5 as medium, and .8 as large. Cohen also illustrated how the *d* statistic could be converted into a measure of variance explained, $r^2$, when the two populations under comparison are equally numerous (see Cohen, 1988, p. 23). This conversion is useful because, while *d* provides information regarding the number of standard deviations by which two samples differ, $r^2$ indicates the proportion of the total variance explained by the variable of interest. In this form, it can be directly compared to other effect size measures that indicate proportion of variance explained, such as $\eta^2$, which are labeled .01 = small, .06 = medium, and .14 = large.

While Cohen (1988) acknowledges that these labels are somewhat arbitrary, he argues that the utility of a standard nomenclature outweighs the absence of common reference points. To provide a slightly better understanding of "small," "medium," and "large," Cohen (1988) provides the following descriptions that aid in the understanding of these labels:

> [Small] It is the order of magnitude of the difference in mean IQ between twins and nontwins, the latter being the larger . . . . It is also approximately the size of the difference in mean height between 15- and 16-year-old girls (i.e., .5 in where the $\sigma$ is about 2.1). Other examples of small effect sizes are adult sex differences in the Information and Picture Completion Subtests of the Wechsler Adult Intelligence Scale, favoring men, while a difference favoring women on the Digit Symbol Test which is twice as large . . . .

> [Medium] A medium effect size is conceived as one large enough to be visible to the naked eye. That is, in the course of normal experience, one would become aware of an average difference in IQ between clerical and semiskilled workers or between members of professional and managerial occupational groups . . . .

> [Large] Such a separation . . . is represented by the mean IQ difference estimated between holders of the PhD degree and typical college freshmen, or between college graduates and persons with only a 50-50 chance of passing in an academic high school curriculum. . . . These seem like grossly perceptible and therefore large

> differences, as does the mean difference in height between 13- and 18-year-old girls, which is of the same size (d = .8) (p. 25-27).

This paper provides a consolidation of the effect sizes that have been found in research on the impact of a third party observer on neuropsychological test performance. In addition, effect sizes from selected social facilitation research studies are presented. The intent of this review is to provide a summary of the clinical significance associated with an observer's presence on task performance in general, and neuropsychological testing specifically. This information should be a useful resource for clinical neuropsychologists faced with requests for third party observation.

## *METHOD*

In order to provide a complete review of empirical research on third party observers and neuropsychological testing, we have included the findings from three studies presented in this issue (Constantinou, Ashendorf, & McCaffrey, 2005; Lynch, 2005; Yantz & McCaffrey, 2005). In addition to neuropsychological studies, social facilitation studies from the social psychology literature were selected for inclusion if the dependent variable in the study was a task that appeared to involve similar skills to those measured by neuropsychological instruments. Forty-two published reports were found, from which 98 measures and their corresponding effect sizes were obtained. Thirty-six reports came from the social facilitation literature, which included 45 effect size measures, and six reports were from the neuropsychology literature, which included 51 effect size measures.

Effect sizes were extracted from the literature examining the impact of a third party observer on neuropsychological testing. Effect size estimates reported in terms of Cohen's $d$ were converted into $r^2$ values in order to report equivalent effect size statistics across studies (only Cohen's $d$ and $\eta^2$ values were reported in the literature reviewed). Following this conversion, each effect size provided an indication of the proportion of variance explained by the observer's presence. Effect sizes were not typically reported in the social facilitation literature and were therefore calculated if enough data were available. The reported effect sizes from the literature were categorized as small (.01), medium (.06), or large (.14).

A listing of each report obtained from the social facilitation literature, including the author(s), task, and effect size is shown in Table 1, organized by task. Studies that included the experimenter in the "no-observer" condition have been noted. The reason for this is that many social facilitation studies were designed so that the individual in the "no-observer" condition performed the task without *anyone* in the room. This does not parallel the no-observer condition in the neuropsychological evaluation where the test administrator is present. There is a subgroup of social facilitation studies, as indicated in Table 1, where the experimenter remained in the room for the no-observer condition. These studies are perhaps more comparable to the neuropsychological studies on third party observers in that another person is present in the no-observer condition as is necessarily the case for the neuropsychological testing. Therefore, we were interested in looking at effect sizes for these studies separately. Table 2 provides a listing of the author(s), task and effect sizes for the neuropsychological literature.

## *RESULTS*

The average effect size reported in the all of the literature reviewed is .13 (*Mdn* = .10, *SD* = .12). This average effect can be considered medium; the average effect of an observer accounts for approximately 13% of the variance in task performance. Of the 98 measures in the literature reviewed, 19 were affected by the presence of an observer to a small degree, 25 to a medium degree, and 39 to a large degree based on the reported effect size. No effect was found for 15 measures. Overall, 66.7% of the measures were affected to a medium or large degree. This distribution can be seen in Figure 1.

In the social facilitation literature, the average effect size associated with the presence of an observer is .17 (*Mdn* = .15, *SD* = .15), an average considered to be in the large effect size range. In those studies where the examiner remained in the room in the no-observer condition and therefore more closely paralleled the no-observer condition in neuropsychological studies, the average effect size is .16 (*n* = 23, *Mdn* = .10, *SD* = .12). In conditions where there was a "true" no-observer conditions (i.e., the individual performed the task absent anyone, including the experimenter), the average effect size is .19 (*n* = 24, *Mdn* = .16, *SD* = .16). In considering all of the social facilitation studies reviewed, the effect sizes can be categorized as 9 small, 10 medium, and 24 large. Four measures showed no effect associated with the presence of an observer (see

*Gavett, Lynch, and McCaffrey*                    *55*

TABLE 1. Social Facilitation Literature Categorized by Effect Size

| Category | Author(s) | Task | Effect size[a] |
|---|---|---|---|
| No effect | | | |
| | Pessin & Husband (1933) | Maze learning (accuracy) | .00 |
| | Pessin & Husband (1933) | Maze learning (speed) | .00 |
| | Berkey & Hoppe (1972)* | Paired associates (I)[b] (easy) | .00 |
| | Berkey & Hoppe (1972)* | Paired associates (I)[b] (easy) | .00 |
| Small | | | |
| | Landers et al. (1978)* | Coincidental timing task[c] | .02 |
| | Laughlin & Wong-McCarthy (1975)* | Concept attainment | .03 |
| | Laughlin & Jaccard (1975) | Concept attainment | .04 |
| | Baldwin & Levin (1958) | Letter cancellation accuracy | .01 |
| | Baldwin & Levin (1958) | Letter cancellation speed | .01 |
| | Knowles (1983) | Maze learning | .02 |
| | Pessin & Husband (1933) | Maze learning (trials to criterion) | .04 |
| | Cottrell et al. (1967)* | Paired associates (I)[b] | .02 |
| | Berkey & Hoppe (1972)* | Paired associates (I)[b] (hard) | .05 |
| Medium | | | |
| | Quarter & Marcus (1971)* | Digit span recall | .10 |
| | Miyamoto (1979)* | Maze learning (accuracy) | .10 |
| | Miyamoto (1979)* | Maze learning (trials to criterion) | .09 |
| | Houston (1970)* | Paired associates (I)[b] | .06 |
| | Geen (1973) | Paired associates (I)[b] | .11 |
| | Bond (1982) | Paired associates (I)[b] | .12 |
| | Baron et al. (1978)* | Paired associates (I)[b] (hard) | .06 |
| | Berkey & Hoppe (1972)* | Paired associates (I)[b] (hard) | .07 |
| | Guerin (1986) | Rotary pursuit task[d] | .11 |
| | Fedor et al. (1985) | Video game | .11 |
| Large | | | |
| | Pessin (1933)* | 3 Syllable recall (accuracy) | .39 |
| | Pessin (1933)* | 3 Syllable recall (trials to criterion) | .30 |
| | Martens (1969)* | Coincidental timing (errors during learning)[c] | .17 |
| | Martens (1969)* | Coincidental timing (post-learning performance)[c] | .24 |
| | Martens (1969)* | Coincidental timing (trials)[c] | .22 |
| | Guerin (1989) | Copying prose | .16 |

*JOURNAL OF FORENSIC NEUROPSYCHOLOGY*

TABLE 1 (continued)

| Category | Author(s) | Task | Effect size[a] |
|---|---|---|---|
| | Rajeki et al. (1977) | Maze learning (accuracy) | .33 |
| | Rajeki et al. (1977) | Maze learning (speed) | .30 |
| | Innes & Young (1975) | Mirror drawing | .30 |
| | Deffenbacher et al. (1974)* | Paired associates (I)[b] | .23 |
| | Geen (1979) | Paired associates (I)[b] | .23 |
| | Guerin (1983) | Paired associates (I)[b] | .23 |
| | Baron et al. (1978)* | Paired associates (I)[b] (easy) | .14 |
| | Geen (1973) | Paired associates (D)[e] | .15 |
| | Deffenbacher et al. (1974)* | Paired associates (D)[e] | .25 |
| | Fouts (1980) | Reaction time | .45 |
| | Lombardo & Catalano (1978)* | Rotary pursuit task[d] | .21 |
| | Miller et al. (1979) | Rotary pursuit task[d] | .55 |
| | Hanawalt & Ruttiger (1944)* | Story recall | .39 |
| | Schmitt et al. (1986) | Typing (easy)[g] | .31 |
| | Schmitt et al. (1986) | Typing (hard)[f] | .17 |
| | Kimble & Rezabek (1992) | Video game | .26 |

[a]Cohen's $d$ values have been converted to $r^2$ values; effect sizes listed are either $r^2$ or $\eta^2$.
[b](I) indicates an immediate recall task.
[c]The task required subjects to anticipate the movement of a visual stimulus.
[d]The task required subjects to track a moving visual stimulus with a stylus or cursor.
[e](D) indicates a delayed recall task.
[f]The task required the subjects to type their names backward with a number between each letter.
[g]The task required subjects to type their name.
*Indicates that the experimenter was included in the no-observer condition.

Figure 2). In total, 72.3% of the measures studied in the social facilitation literature were associated with a medium or large effect size.

The results obtained by examining only neuropsychological measures are depicted in Figure 3. The average effect size reported on the neuropsychological measures was .10 (*Mdn* = .08, *SD* = .09), which is considered to be in the medium effect range. The effect sizes reported for the 51 neuropsychological measures were categorized as 13 small, 15 medium, and 15 large, in addition to 11 reporting no effect. The presence of a third party observer was found to have a medium to large effect on 58% of the neuropsychological tests studied.

Effect sizes from the neuropsychological studies were also summarized by cognitive domain (see Figure 4). On tests of memory, the aver-

*Gavett, Lynch, and McCaffrey*                    *57*

TABLE 2. Neuropsychology Literature Categorized by Effect Size

| Category | Author(s) | Task | Task Type | Effect size[a] |
|---|---|---|---|---|
| No effect | | | | |
| | Lynch (2005) | Finger Tapping Test-D | Motor | .00 |
| | Lynch (2005) | Grooved Pegboard-D | Motor | .00 |
| | Lynch (2005) | Grooved Pegboard-ND | Motor | .00 |
| | Yantz & McCaffrey (2005) | List Recognition[†] | Memory | .00 |
| | Yantz & McCaffrey (2005) | Names-Faces Recognition[†] | Memory | .00 |
| | Yantz & McCaffrey (2005) | Names-Faces Recognition (D)[b†] | Memory | .00 |
| | Lynch (2005) | Paired associates (I)[c] | Memory | .00 |
| | Yantz & McCaffrey (2005) | Short-term Memory[†] | Memory | .00 |
| | Lynch (2005) | Trails B | A/E[d] | .00 |
| | Yantz & McCaffrey (2005) | Visual Recognition (I)[c†] | Memory | .00 |
| | Yantz & McCaffrey (2005) | Visual Recognition (D)[b†] | Memory | .00 |
| Small | | | | |
| | Kehrer et al. (2000) | Digit Span | A/E | .05 |
| | Lynch (2005) | Finger Tapping Test-ND | Motor | .02 |
| | Lynch (2005) | Grip Strength-D | Motor | .05 |
| | Yantz & McCaffrey (2005) | List Acquisition Errors[†] | Memory | .03 |
| | Kehrer et al. (2000) | RAVLT Perseverations | Memory | .05 |
| | Kehrer et al. (2000) | Stroop color/words | A/E | .04 |
| | Kehrer et al. (2000) | Stroop color-reading | A/E | .04 |
| | Lynch (2005) | Trails A | A/E | .02 |
| | Yantz & McCaffrey (2005) | Verbal Span[†] | Memory | .01 |
| | Yantz & McCaffrey (2005) | Visual Span[†] | Memory | .02 |
| Medium | | | | |
| | Kehrer et al. (2000) | COWAT | A/E | .11 |
| | Yantz & McCaffrey (2005) | Cued Recall[†] | Memory | .10 |
| | Lynch (2005) | Grip Strength-ND | Motor | .08 |
| | Yantz & McCaffrey (2005) | List Acquisition[†] | Memory | .13 |
| | Yantz & McCaffrey (2005) | List Recall (D)[b†] | Memory | .10 |
| | Lynch (2005) | Paired associates (D)[b] | Memory | .09 |
| | Kehrer et al. (2000) | PASAT | A/E | .06 |

58                    *JOURNAL OF FORENSIC NEUROPSYCHOLOGY*

TABLE 2 (continued)

| Category | Author(s) | Task | Task Type | Effect size[a] |
|---|---|---|---|---|
| | Constantinou et al. (2005) | Prose Memory[†] | Memory | .13 |
| | Yantz & McCaffrey (2005) | Prose Recall[†] | Memory | .11 |
| | Yantz & McCaffrey (2005) | Prose Recall (D)[b†] | Memory | .07 |
| | Constantinou et al. (2005) | Prose Recall (D)[b†] | Memory | .13 |
| | Kehrer et al. (2000) | Stroop word-reading | A/E | .10 |
| | Yantz & McCaffrey (2005) | Visual Memory[†] | Memory | .08 |
| | Yantz & McCaffrey (2005) | Visual Reproduction[†] | Memory | .08 |
| Large | | | | |
| | Constantinou et al. (2005) | Cued Recall[†] | Memory | .23 |
| | Constantinou et al. (2002) | Cued Recall[†] | Memory | .25 |
| | Yantz & McCaffrey (2005) | Cued Recall (D)[b†] | Memory | .16 |
| | Constantinou et al. (2005) | Cued Recall (D)[b†] | Memory | .24 |
| | Constantinou et al. (2002) | Cued Recall (D)[b†] | Memory | .24 |
| | Yantz & McCaffrey (2005) | Global Memory[†] | Memory | .21 |
| | Constantinou et al. (2002) | List Acquisition[†] | Memory | .20 |
| | Constantinou et al. (2005) | List Acquisition[†] | Memory | .28 |
| | Yantz & McCaffrey (2005) | List Acquisition Trials[†] | Memory | .17 |
| | Constantinou et al.(2005) | List Acquisition Errors[†] | Memory | .24 |
| | Constantinou et al. (2005) | List Recall (D)[b†] | Memory | .14 |
| | Constantinou et al. (2002) | List Recall (D)[b†] | Memory | .19 |
| | Yantz & McCaffrey (2005) | List Recall[†] | Memory | .16 |
| | Constantinou et al. (2005) | Number of Learning Trials[†] | Memory | .38 |
| | Yantz & McCaffrey (2005) | Verbal Memory[†] | Memory | .18 |

*Note.* D = Dominant Hand; ND = Non-Dominant hand; RAVLT = Rey Auditory Verbal Learning Test; PDRT = Portland Digit Recognition Test; PASAT = Paced Auditory Serial Addition Test; DCRS = Delayed Cued Recall Score.
[a]Cohen's *d* values have been converted to $r^2$ values; effect sizes are listed as either $r^2$ or $\eta^2$.
[b](D) indicates a delayed recall task.
[c](I) indicates an immediate recall task.
[d]A/E = Attention/Executive Functioning.
[†]A component of the Memory Assessment Scales.

age effect size associated with the presence of a third party observer is in the medium range ($n = 37$, $M = .12$, $Mdn = .11$, $SD = .10$). On tests of attention/executive functioning ($n = 8$, $M = .05$, $Mdn = .04$, $SD = .04$) and motor ability ($n = 6$, $M = .03$, $Mdn = .01$, $SD = .03$) the average effect sizes are small.

*Gavett, Lynch, and McCaffrey*                                    *59*

FIGURE 1. Distribution of effect sizes found in both neuropsychological and social facilitation research.



FIGURE 2. Distribution of effect sizes found in social facilitation research.



## *DISCUSSION*

This review of the effect sizes associated with an observer's presence indicates that an observer during completion of a task or neuropsychological testing can result in a meaningful change in the individual's performance. In the social facilitation literature, the mean effect size is large on tasks involving learning, graphomotor skills, attention, processing speed, and fine motor skills. This finding differs from the small mean effect size found by Bond and Titus (1983) in their meta-analytic review of 241 social facilitation studies. The discrepancy may be due to the fact that our review was limited in scope in that we included only 47 social facilitation studies that examined an observer's effect on mea-

FIGURE 3. Distribution of effect sizes found in neuropsychological research.



FIGURE 4. Average effect sizes for three cognitive domains measured by neuropsychological tests.



sures that appeared to involve cognitive or motor skill similar to those assessed by neuropsychological measures. Thus, it was not our purpose in reviewing the social facilitation literature to provide a comprehensive overview of the effect sizes found in this literature but rather to review research that would provide information about the potential impact of an observer on tasks relevant to the neuropsychological evaluation. Toward this end, we also separately examined those social facilitation studies that had included the experimenter in the no-observer condition. Theoretically, the test administrator qualifies as an observer that might elicit social facilitation effects, and it might be suggested that the effects of an observer (i.e., the test administrator) on performance is accounted

for within the normative data since the test administrator is present during testing. The mean effect size for those studies that included an experimenter in the no-observer condition was large (.16), and comparable to the mean large effect size for those studies with a "true" no-observer condition (.19). Bond and Titus (1983) also found the effect of an observer on task performance to be similar in the two experimental designs, that is, designs where the no-observer condition had the experimenter present and those where the individual was actually alone in the no-observer condition.

On neuropsychological testing, the presence of a third party has, on average, a medium effect on test performance. Similar to findings from the social facilitation literature, the effect of a third party observer on neuropsychological testing is variable. Performance on memory testing shows the greatest vulnerability to the presence of a third party. The average memory effect size of .12, (Cohen's $d$ = .74) represents a medium-size effect, and indicates that third party observation results in neuropsychological memory test scores that could differ by approximately three quarters of a standard deviation from memory test scores obtained during a standard test administration. Measures of attention/executive function and motor skills appear to be influenced only to a small degree when a third party observer is present.

These findings show that the inclusion of a third party observer in a neuropsychological evaluation results in clinically meaningful changes in test performance. The full extent of the impact on test findings is not known since only a handful of neuropsychological measures have been studied to date. The measures that have been examined, however, demonstrate a decline in tests scores, especially memory test scores, when the evaluation is conducted in the presence of a third party. Consequently, the neuropsychologist should expect that performance on some aspects of the testing will represent an underestimation of the individual's true ability when the testing is conducted in the presence of a third party observer.

## REFERENCES

Baldwin, A. L., & Levin, H. (1958). Effects of public and private success or failure on children's repetitive motor behavior. *Child Development*, *29*, 363-372.

Baron, R. S., Moore, D., & Sanders, G. S. (1978). Distraction as a source of drive in social facilitation research. *Journal of Personality and Social Psychology*, *36*, 816-824.

Berkey, A. S., & Hoppe, R. A. (1972). The combined effect of audience anxiety on paired-associates learning. *Psychonomic Science*, *29*, 351-353.

*62*          *JOURNAL OF FORENSIC NEUROPSYCHOLOGY*

Binder, L. M., & Johnson-Greene, D. (1995). Observer effects on neuropsychological performance: A case report. *The Clinical Neuropsychologist*, *9*, 74-78.

Bond, C. F. (1982). Social facilitation: A self-presentational view. *Journal of Personality and Social Psychology*, *42*, 1042-1050.

Bond, C. F., & Titus, L. J. (1983). Social facilitation: A meta-analysis of 241 studies. *Psychological Bulletin*, *94*, 265-292.

Carment, D. W., & Latchford, M. (1970). Rate of simple motor responding as a function of coaction, sex of participants, and the presence or absence of the experimenter. *Psychonomic Science*, *20*, 253-254.

Carver, C. S., & Scheier, M. F. (1981). The self-attention-induced feedback loop and social facilitation. *Journal of Experimental Social Psychology*, *17*, 545-568.

Cohen, J. (1988). *Statistical Power Analysis for the Behavioral Sciences*. Hillsdale, NJ: Lawrence-Erlbaum.

Constantinou, M., Ashendorf, L., & McCaffrey, R. J. (2002). When the third party observer of a neuropsychological evaluation is an audio-recorder. *The Clinical Neuropsychologist*, *16*, 407-412.

Constantinou, M., Ashendorf, L., & McCaffrey, R. J. (2005). Effects of a third party observer during neuropsychological assessment: When the observer is a video camera. *Journal of Forensic Neuropsychology*, *4(2)*, 39-48.

Cottrell, N. B., Rittle, R. H., & Wack, D. L. (1967). The presence of an audience and list type (competitional or noncompetitional) as joint determinants of performance in paired associates learning. *Journal of Personality*, *35*, 425-434.

Deffenbacher, K. A., Platt, G. J., & Williams, M. A. (1974). Differential recall as a function of socially induced arousal and retention interval. *Journal of Experimental Psychology*, *103*, 809-811.

Fedor, D. B., Rowland, K. M., & Porac, J. F. (1985). Social influence and sex effects on task performance and task perceptions. *Journal of Vocational Behavior*, *26*, 66-78.

Fouts, G. (1980). Effect of sex of audience on speed of performance of preadolescents. *Perceptual and Motor Skills*, *51*, 565-566.

Geen, R. G. (1973). Effects of being observed on short- and long-term recall. *Journal of Experimental Psychology*, *100*, 395-398.

Geen, R. G. (1979). Effects of being observed on learning following success and failure experiences. *Motivation and Emotion*, *3*, 355-371.

Guerin, B. (1983). Social facilitation and social monitoring: A test of three models. *British Journal of Social Psychology*, *22*, 203-214.

Guerin, B. (1986). The effects of mere presence on a motor task. *Journal of Social Psychology*, *126*, 399-401.

Guerin, B. (1989). Reducing evaluation effects in mere presence. *Journal of Social Psychology*, *129*, 183-190.

Hanawalt, N. G., & Ruttiger, K. F. (1944). The effect of an audience on remembering. *Journal of Social Psychology*, *19*, 259-272.

Houston, J. P. (1970). Effects of audiences upon learning and retention. *Journal of Experimental Psychology*, *86*, 449-453.

Innes, J. M., & Young, R. F. (1975). The effect of an audience, evaluation apprehension, and objective self-awareness on learning. *Journal of Experimental Social Psychology*, *11*, 35-42.

Kehrer, C. A., Sanchez, P. N., Habif, U., Rosenbaum, J. G., & Townes, B. D. (2000). Effects of a significant-other observer on neuropsychological test performance. *The Clinical Neuropsychologist*, *14*, 67-71.

Kimble, C. E., & Rezabek, J. S. (1992). Playing games before an audience: Social facilitation or choking. *Social Behavior and Personality*, *20*, 115-120.

Knowles, E. S. (1983). Social physics and the effects of others: Tests of audience size and distance on social judgment and behavior. *Journal of Personality and Social Psychology*, *45*, 1263-1279.

Landers, D. M., Bauer, R. S., & Feltz, D. L. (1978). Social facilitation during the initial stage of motor learning: A re-examination of Marten's audience study. *Journal of Motor Behavior*, *10*, 325-337.

Laughlin, P. R., & Jaccard, J. J. (1975). Social facilitation and observational learning of individuals and cooperative pairs. *Journal of Personality and Social Psychology*, *32*, 873-879.

Laughlin, P. R., & Wong-McCarthy, W. J. (1975). Social inhibition as a function of observation and recording of performance. *Journal of Experimental Social Psychology*, *11*, 560-571.

Lombardo, J. P., & Catalano, J. F. (1978). Failure and its relationship to the social facilitation effect: Evidence for a learned drive interpretation of the social facilitation effect. *Perceptual and Motor Skills*, *46*, 823-829.

Lynch, J. K. (2005). Effect of a third party observer on neuropsychological test performance following closed head injury. *Journal of Forensic Neuropsychology*, *4(2)*, 17-26.

Martens, R. (1969). Effect of an audience on learning and performance of a complex motor skill. *Journal of Personality and Social Psychology*, *12*, 252-260.

McCaffrey, R. J., Fisher, J. M., Gold, B. A., & Lynch, J. K., (1996). Presence of third parties during neuropsychological evaluations: Who is evaluating whom? *The Clinical Neuropsychologist*, *10*, 435-449.

McCaffrey, R. J., Lynch, J. K., & Yantz, C. (2005). Third party observers: Why all the fuss? *Journal of Forensic Neuropsychology*, *4(2)*, 1-16.

McSweeny, A. J., Becker, B. C., Naugle, R. I., Snow, W. G., Binder, L. M., & Thompson, L. L. (1998). Ethical issues related to the presence of third party observers in clinical neuropsychological evaluations. *The Clinical Neuropsychologist*, *12*, 552-559.

Miller, F. G., Hurkman, M. F., Robinson, J. B., & Feinberg, R. A. (1979). Status and evaluation potential in the social facilitation and impairment of task performance. *Personality and Social Psychology Bulletin*, *5*, 381-385.

Miyamoto, M. (1979). Social facilitation in finger maze learning. *Japanese Psychological Research*, *21*, 94-98.

Pessin, J. (1933). The comparative effects of social and mechanical stimulation on memorizing. *Journal of Abnormal Psychology*, *45*, 263-270.

Pessin, J., & Husband, R. W. (1933). Effects of social stimulation on human maze learning. *Journal of Abnormal and Social Psychology*, *28*, 148-154.

Quarter, J., & Marcus, A. (1971). Drive level and the audience effect: A test of Zajonc's theory. *Journal of Social Psychology*, *83*, 99-105.

*64*        *JOURNAL OF FORENSIC NEUROPSYCHOLOGY*

Rajeki, D. W., Ickes, W., Corcoran, C., & Lenerz, K. (1977). Social facilitation of human performance: Mere presence effects. *Journal of Social Psychology*, *102*, 297-310.

Schmitt, B. H., Gilovich, T., Goore, N., & Joseph, L. (1986). Mere presence and social facilitation: One more time. *Journal of Experimental Social Psychology*, *22*, 242-248.

Yantz, C., & McCaffrey, R. J. (2005). Effects of a supervisor's observation on memory test performance of the examinee: Third-party observer effect confirmed. *Journal of Forensic Neuropsychology*, *4(2)*, 27-38.



Copyright of Journal of Forensic Neuropsychology is the property of Haworth Press and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.