# Exhibit G

This article was downloaded by: [New York University]
On: 06 August 2012, At: 12:36
Publisher: Psychology Press
Informa Ltd Registered in England and Wales Registered Number: 1072954 Registered office: Mortimer House, 37-41 Mortimer Street, London W1T 3JH, UK



## The Clinical Neuropsychologist

Publication details, including instructions for authors and subscription information:
http://www.tandfonline.com/loi/ntcn20

# Does a Third Party Observer Affect Neuropsychological Test Performance? It Depends

Angela D. Eastvold [a] , Heather G. Belanger [b c e] & Rodney D. Vanderploeg [b c d e]

[a] Department of Neurology, University of Utah, Salt Lake City, UT, USA

[b] Department of Mental Health and Behavioral Sciences, James A. Haley VA, Tampa, FL, USA

[c] Department of Psychology, University of South Florida, Tampa, FL, USA

[d] Department of Psychiatry, University of South Florida, Tampa, FL, USA

[e] Defense and Veterans Brain Injury Center, Tampa, FL, USA

Version of record first published: 15 Mar 2012

To cite this article: Angela D. Eastvold, Heather G. Belanger & Rodney D. Vanderploeg (2012): Does a Third Party Observer Affect Neuropsychological Test Performance? It Depends, The Clinical Neuropsychologist, 26:3, 520-541

To link to this article:  http://dx.doi.org/10.1080/13854046.2012.663000

PLEASE SCROLL DOWN FOR ARTICLE

Full terms and conditions of use: http://www.tandfonline.com/page/terms-and-conditions

This article may be used for research, teaching, and private study purposes. Any substantial or systematic reproduction, redistribution, reselling, loan, sub-licensing, systematic supply, or distribution in any form to anyone is expressly forbidden.

The publisher does not give any warranty express or implied or make any representation that the contents will be complete or accurate or up to date. The accuracy of any instructions, formulae, and drug doses should be independently verified with primary sources. The publisher shall not be liable for any loss, actions, claims, proceedings,

demand, or costs or damages whatsoever or howsoever caused arising directly or indirectly in connection with or arising out of the use of this material.

Downloaded by [New York University] at 12:36 06 August 2012

*The Clinical Neuropsychologist*, 2012, 26 (3), 520–541
http://www.psypress.com/tcn
ISSN: 1385-4046 print/1744-4144 online
http://dx.doi.org/10.1080/13854046.2012.663000



Downloaded by [New York University] at 12:36 06 August 2012

# CE  Does a Third Party Observer Affect Neuropsychological Test Performance? It Depends

## Angela D. Eastvold[1], Heather G. Belanger[2,3,5], and Rodney D. Vanderploeg[2,3,4,5]

[1]Department of Neurology, University of Utah, Salt Lake City, UT, USA
[2]Department of Mental Health and Behavioral Sciences, James A. Haley VA, Tampa, FL, USA
[3]Department of Psychology, University of South Florida, Tampa, FL, USA
[4]Department of Psychiatry, University of South Florida, Tampa, FL, USA
[5]Defense and Veterans Brain Injury Center, Tampa, FL, USA

This study is a meta-analysis of available literature examining the effect of an observer on cognitive task performance. Of the 210 identified relevant articles, 62 met inclusion criteria yielding a final sample with 4405 individuals (2496 observed cases, 1909 not observed). The overall effect size was significant ($d = -0.24$), i.e., the presence of an observer was associated with poorer performance. However results were moderated by the effect size calculation method, cognitive domain, visibility of the observer, and number of observers. Attention, learning/memory, and delayed recall tasks were most adversely impacted by the presence of an observer.

*Keywords*: Third party observer; TPO; Social facilitation; Social inhibition.

## INTRODUCTION

Clinical neuropsychologists are frequently presented with requests from attorneys to observe or record evaluations of litigants. This has raised a number of ethical concerns for neuropsychologists, particularly issues regarding test security, standardized test administration guidelines, applicability of normative data, and perhaps most importantly, concerns pertaining to the impact of a third party observer (TPO) on neuropsychological test performance (Duff & Fisher, 2005; Howe & McCaffrey, 2010; Lynch & McCaffrey, 2004; McSweeny et al., 1998; Otto & Krauss, 2009).

Such concerns are derived from classical social psychology literature, specifically the social facilitation phenomenon. The term *social facilitation*, initially coined by Allport (1924), is used to describe a situation in which the mere presence of another alters one's behavior, either positively or negatively (Zajonc, 1965). This line of research has generally shown that the mere presence of others may facilitate performance on simple or well-learned tasks and can impair performance on complex or novel tasks; although the overall effect is small, explaining only 0.3–3% of total variance (Bond & Titus, 1983). It has been hypothesized this effect may be moderated by characteristics of the observer, i.e., whether they are an expert or

Address correspondence to: Dr Angela D. Eastvold, University of Utah, School of Medicine, Department of Neurology, Salt Lake City, Utah 84102, USA. E-mail: angela.eastvold@gmail.com
Accepted for publication: January 25, 2012. First published online: March 15, 2012.

© 2012 Psychology Press, an imprint of the Taylor & Francis group, an Informa business

Downloaded by [New York University] at 12:36 06 August 2012

authority figure, their level of attentiveness, their relationship to the participant, the degree to which the participant can monitor the observer, and whether or not they are evaluating the observed (for reviews see Aiello & Douthitt, 2001; Bond & Titus, 1983; Geen & Gange, 1977; Guerin, 1986; Guerin & Innes, 1982; McCaffrey, Lynch, & Yantz, 2005; Strauss, 2002). Others have since proposed that self-esteem and past learning experiences (Baumeister & Leary, 1995) or personality traits, i.e., tendency towards extraversion and optimism or neuroticism and pessimism may be greater determinants of behavior than task complexity in the presence of others (see review by Uziel, 2007).

However, much of this literature is not directly analogous to the setting in which neuropsychological evaluations take place. In many of these experimental investigations comparisons are typically made between those performing a self-administered task alone versus in the presence of another (often the experimenter). Given that all neuropsychological testing takes place in the presence of an examiner, relying on the social facilitation literature to infer effects of a *third* presence on neuropsychological test performance may be inappropriate. Additionally, the difficulty level of tasks in a typical neuropsychological test battery varies considerably, even within measures, as tests often begin with easier items and progress to harder items. Thus, based on the social psychology literature, it is possible that an observer may have both a facilitating and inhibiting effect on performance within the context of a neuropsychological evaluation.

A small number of studies have specifically examined the effect of a TPO in the context of neuropsychological testing (Binder & Johnson-Greene, 1995; Constantinou, Ashendorf, & McCaffrey, 2002, 2005; Gavett & McCaffrey, 2007; Horowitz & McCaffrey, 2008; Kehrer, Sanchez, Habif, Rosenbaum, &Townes, 2000; Lynch, 2005; Yantz & McCaffrey, 2005, 2007, 2009). These studies have generally reported TPO to be associated with poorer performance on measures of verbal learning, memory, fluency, attention, and executive functions, and faster performance on simple motor measures. However results of these studies were somewhat inconsistent. For example, some reported TPOs to have an adverse effect on list learning and recall (Constantinou et al., 2005; Yantz & McCaffrey, 2005), but Kehrer et al. (2000) found no effect. Similarly Yantz and McCaffrey (2005) reported TPOs to have an adverse effect on immediate but not delayed story recall; whereas Lynch (2005) found an adverse effect on delayed but not on immediate recall of word pairs. Additionally there was little overlap of tests and cognitive domains measured among studies and magnitude of effects varied from no effect to large effects, therefore definitive conclusions regarding the effect of TPOs are difficult to make.

Gavett, Lynch, and McCaffrey (2005) published a summary of 36 social psychological and 6 neuropsychological studies examining the effect of an observer's presence on task performance. They reported an overall $r^2$ of 0.13 in the 42 studies they reviewed, i.e., 13% of the variance in task performance was explained by the presence on an observer. Of the measures they included in their review, 67% were affected by the presence of an observer to a medium or large degree and 15% of studies showed no effect at all. What Gavett and colleagues (2005) failed to report is whether the observer had a facilitating or inhibiting effect on performance, a potentially very important distinction. While knowing that the

Downloaded by [New York University] at 12:36 06 August 2012

presence of an observer can influence performance is important, neuropsychologists are most interested in factors that interfere with clients' ability to give their best performance so that they may accurately measure their *capability*. Thus potential adverse effects must be avoided if possible. Furthermore, a mere listing of $r^2$ values does not allow one to draw any conclusions about the overall effect of an observer, particularly given that the listed effects range from zero to large effects. This format also does not allow for consideration of sample sizes; certainly very small and large samples sizes should not be given equal weight when evaluating any given overall effect. Lastly, Gavett et al. (2005) derived many of their effect sizes from $F$ and $t$ statistics. Using effect size conversion formulas is not as precise as calculating effects from measures of group differences (means and standard deviations). The method for converting effect sizes from $t$ and $F$ statistics has been criticized for producing falsely inflated effect sizes (Dunlap, Cortina, Vaslow, & Burke, 1996; Fern & Monroe, 1996; Hullet & Levine, 2003). Also, converting effect sizes from $F$ statistics is only appropriate when it applies to direct comparisons between two conditions of interest, i.e., when the numerator degrees of freedom is 1 (Thalheimer & Cook, 2002) and this information isn't always specified in study method sections, particularly for many of the older social psychological studies. Thus it is suspected that some of the effect sizes reported in Gavett et al. (2005) might represent inaccurate or falsely inflated effect sizes.

The aim of this fixed effect meta-analytic review was to quantify the published empirical investigations on the effect of an observer's presence on task performance in general, and more specifically, the effects of a TPO on neuropsychological test performance. By accumulating a large number of research studies across a variety of study types, methodologies, and populations, a standardized measure of an overall effect can be derived, thereby providing a more powerful estimate of the "true" effect of a TPO. In addition the current study set out to investigate potential moderators of the TPO effect on task performance, such as effect size calculation method; study type (social or neuropsychology); cognitive domain; type of observer (electronic recording device versus human); number of observers; and the visibility of observers.

## METHOD

### Study selection criteria

Articles were identified through a literature search of online databases (PUBMED, PsychINFO) including years 1925 (the first relevant paper identified examining the effect on cognitive performance, not physical performance or speed) to May 2011. The search was limited to those published in English using human participants. Key words included: "third party observer," "social facilitation," and "social inhibition." Additionally, reference sections of all papers were searched to ensure relevant papers were not missed in the online database searches. Additional databases (BioMed Search, Open Thesis, Dissertation.com) were searched and informal inquiries and requests were made of colleagues in attempts to secure relevant unpublished data.

Downloaded by [New York University] at 12:36 06 August 2012

Studies were included if they met the following criteria. First, they had to entail comparisons between observed and unobserved task performance, regardless of whether the observer was a third party or not. Both between- and within-participants designs were included. Studies in which the observer was co-acting (performing a task alongside the participant) were not included. Second, studies had to include sufficient statistical data in order to calculate effect sizes, i.e., means and standard deviations, or $F$ and $t$ values for the appropriate group comparisons (without the addition of covariates). Third, the task had to be a clinical or experimental measure that assessed aspects of cognition commonly included in neuropsychological evaluations, i.e., tasks measuring physical performance (such as jumping height, bicycling speed, gymnastic routines) were not deemed relevant. Additionally, studies involving tasks that did not clearly pertain to one specific cognitive domain were excluded (e.g., pinball game performance, lever pulling in response to lights blinking).

### Data extraction and statistical analysis

Tasks were categorized according to cognitive domain (intellectual/academic, attention/processing speed, executive functions, learning/memory, delayed recall, and motor), as commonly conceptualized in the neuropsychological literature (Lezak, 1995). Note, verbal fluency was originally a separate cognitive domain, but because there were only four studies that included such measures and this single domain produced a non-significant effect size, fluency measures were ultimately collapsed into the executive function domain, based on the established association of frontal dysfunction and reduced verbal fluency (e.g., Delis, Kaplan, & Kramer, 2001, Henry & Crawford, 2004). Collapsing these measures had no impact on the significance or the magnitude of effects involving executive functions. For studies that provided more than one measure of performance within a cognitive domain, such measures were averaged to represent one effect size per cognitive domain for each study. Measures included within each of six domains are as follows:

- *Intellectual/Academic*: Test of Nonverbal Intelligence Third Edition (TONI-3; Brown, Sherbenou, & Johnsen, 1997), spelling test from Wide Range Achievement Test (WRAT; Jastak, Bijou, & Jastak, 1978), experimental multiplication and arithmetic tasks.
- *Attention/Processing speed*: Digit Span and Digit Symbol Coding subtests from the Wechsler Adult Intelligence Scales (Wechsler, 1997), Stroop Color Naming and Word Reading (Sacks, Clark, Pols, & Geffen, 1991), Trail Making Test Part A (Reitan & Wolfson, 1993), Paced Addition Serial Addition Test (Stuss, Stethem, & Poirier, 1987), verbal and visual span subtests from the Memory Assessment Scales (MAS; Williams, 1991), Woodsworth-Wells Color-Naming task (Woodworth & Wells, 1911), experimental letter copying, cancelation, and visual vigilance tasks.
- *Executive functions*: Trail Making Test Part B (Reitan & Wolfson, 1985), Wisconsin Card Sorting Task (Heaton, 1981), Woodsworth-Wells Analogies test (Woodworth & Wells, 1911), Controlled Oral Word Association Test (Benton & Hamsher, 1976), FAS (Benton, Hamsher, & Sivan, 1994), Animal

Downloaded by [New York University] at 12:36 06 August 2012

Fluency (Benton, Hamsher, & Sivan, 1994), experimental noun fluency, maze, anagram, Stroop interference, working memory, cognitive-shifting and problem-solving tasks.

- *Learning/Immediate Memory*: Verbal Paired Associates from Wechsler Memory Scales, Revised (WMS-R; Wechsler, 1987), Rey Auditory Verbal Learning Test (Schmidt, 1996), list learning, prose recall, facial memory tasks from MAS (Williams, 1991), Selective Reminding Test (Morgan, 1982), experimental paired associate, maze-learning, list-learning, and memory tasks (of note, memory measures used to assess effort were not included in this study).
- *Delayed Recall*: Verbal Paired Associates delayed recall (WMS-R; Wechsler, 1987), delayed list recall, delayed cued recall, delayed prose recall, delayed name–face recognition, delayed visual recognition from MAS (Williams, 1991); experimental paired associate and delayed recall memory tasks.
- *Motor*: Finger Tapping (Reitan & Wolfson, 1993), Grooved Pegboard (Trites, 1989), Grip Strength (Reitan & Wolfson, 1993), Static Motor Steadiness Test (SMST; Lafayette Instruments, 2004), and experimental pursuit rotor and fine motor coordination tasks.

In addition to cognitive domain effect sizes, if studies included measures across multiple domains all measures were averaged to create one overall study effect size. For experimental studies with multiple conditions and groups, only the group comparisons of interest, i.e., those directly related to effects of being observed on performance were used. If papers included reports of more than one experiment, i.e., experiments with different study samples and/or methodologies, such effect sizes were calculated separately, resulting in one paper having more than one overall effect size (Berger et al., 1981).

An estimated effect size (Cohen's *d*) was calculated using group means and standard deviations whenever possible (i.e., observed group mean minus the non-observed group mean, divided by the pooled standard deviation). When these data were unavailable, effect sizes were derived from $t$ ($d = (2t)/$(degrees of freedom) or $F$ statistics ($d = (2)*($[F/degrees of freedom in denominator]) (Thalheimer & Cook, 2002), providing *approximate estimates* of effect size. Although this latter effect size calculation method is clearly inferior to using means and standard deviations, this method was used to maximize the literature included in this review. To assess comparability, effect size calculation method was used as a moderator. A positive effect size indicates a better performance and a negative effect size represents a worse performance in the presence of an observer. All averaged *d* values were then weighted by each study's sample size ([effect size *total N]/N).

### Moderator analyses

In order to examine the homogeneity of effect sizes across studies, *Q* statistics were calculated. The null hypothesis of homogeneity among obtained effect sizes suggests that the observed results represent a single population effect and differences among the obtained effect sizes are due to sampling error. Therefore a significant *Q* value indicates heterogeneity of results among the studies and thus possible

Downloaded by [New York University] at 12:36 06 August 2012

moderator effects. $Q$ is computed by dividing the variance of the sample-weighted $d$ by the sampling error variance then multiplying this quantity by the number of studies (Hunter & Schmidt, 1990, p. 428). The $Q$ statistic is evaluated on the $\chi^2$ distribution at $k$-1 degrees of freedom, where $k$ equals the total number of studies. If $Q$ exceeds the upper tail critical value of the $\chi^2$ distribution, then the null hypothesis of homogeneity is rejected and potential moderators of the effect size may be explored.

Because our interest was ultimately to assess the impact of an observer specifically in the context of a neuropsychological evaluation, the data were broken down a number of different ways in an attempt to assess precisely how a TPO impacts neuropsychological test performance. The following moderators were examined: (a) effect size calculation method (mean group differences versus conversion from inferential statistics), (b) cognitive domain (intelligence/academic, attention/processing speed, executive functions, learning/immediate memory, delayed recall, motor), (c) study type (neuropsychology, social psychology), (d) study methodology involving the observer (i.e., individual performance observed by one person relative to working alone, or performance observed by a third party), and (e) observer characteristics (number of observers [1 or >1], visibility of observer [seated within sight or out of sight of participant], nonhuman [audio/video recorder]). If a study included more than one of these conditions, effect sizes were calculated separately and only the relevant comparisons were included in each individual moderator analysis.

## RESULTS

A total of 207 relevant articles were initially identified, from which 64 met all inclusion criteria. Three studies were deemed outliers (overall effect size > 2.5 standard deviations from the mean) and thus excluded.[1] Searches for unpublished data resulted in identification of an additional three studies, one of which met inclusion criteria. The final sample included 62 studies with 4405 individuals (2496 observed cases, 1909 not observed), yielding a total of 63 overall effect sizes. The basic characteristics of each study are displayed in Table 1, including the overall unweighted effect size ($d$) for each study. Figure 1 displays the frequency of unweighted effect sizes, independent of sample size.

All but four studies entailed between-participants designs; for the four within-participants design studies, the total $n$ was displayed in the "observed" $n$ column (see Table 1) but appropriately calculated for each condition. Of the 62 studies, 5 involved children/adolescent populations (Baldwin & Levine, 1958; Kiefer, 1977; Meddock, Parsons, & Hill, 1971; Quarter & Marcus, 1969; Yantz & McCaffrey, 2009). Two studies involved potential clinical samples: a sample of college-aged

---

[1] Wagstaff et al. (2008) assessed visual memory in an eyewitness format, which is qualitatively different from neuropsychological literature and therefore removed. Two other studies (Cox, 1966; Sawyer & Noel, 2000) were removed because the study effect size was greater than 3 SD from the effect sizes of other studies employing similar tasks. Removal of these two latter motor tasks resulted in an overall motor domain effect size that appeared to be a more accurate representation of the combined effect of all the motor studies.

Downloaded by [New York University] at 12:36 06 August 2012

ANGELA D. EASTVOLD ET AL.

**Table 1.**  Summary of studies

|   | First author | Year | Cognitive domains* | Observed $n$ | Unobserved $n$ | Mean ES |
|---|---|---|---|---|---|---|
| 1 | Berkey & Hoppe | 1972 | LM | 40 | 40 | −0.49 |
| 2 | Burri | 1927 | DR | 40 | 20 | −1.46 |
| 3 | Constantinou et al. | 2002 | AT, LM, DR | 20 | 20 | −0.84 |
| 4 | Constantinou et al. | 2005 | AT, LM, MT | 31 | 33 | −0.29 |
| 5 | Corston & Colman | 1996 | MT | 48 | 24 | −0.71 |
| 6 | Feinberg & Aiello | 2006 | LM | 23 | 23 | −0.28 |
| 7 | Feinberg & Aiello | 2010 | EF | 45 | 38 | −0.15 |
| 8 | Gates | 1924 | AT, EF, MT | 26 | 25 | −0.16 |
| 9 | Gavett & McCaffrey | 2007 | LM, MT | 40 | 40 | −0.18 |
| 10 | Grant & Dajee | 2003 | IN | 60 | 60 | 0.92 |
| 11 | Guerin | 1989 | AT | 36 | 12 | 0.75 |
| 12 | Hanawalt & Ruttiger[c] | 1944 | LM | 20 | – | 0.35 |
| 13 | Horowitz & McCaffrey | 2008 | AT, EF | 35 | 35 | −0.12 |
| 14 | Huguet et al. | 1999 | AT, EF | 72 | 22 | 0.21 |
| 15 | Kawamura-Reynolds | 1977 | LM | 36 | 36 | −0.29 |
| 16 | Kehrer et al.[b, c] | 2000 | AT, EF, LM, MT | 30 | – | −0.19 |
| 17 | Kieffer[a] | 1977 | MT | 40 | 40 | 0.41 |
| 18 | Kumar & Acharya | 1982 | LM | 40 | 40 | 0.55 |
| 19 | Landers et al. | 1978 | MT | 30 | 15 | 0.14 |
| 20 | Lindman | 2004 | IN, AT, EF, MT | 50 | 25 | −0.21 |
| 21 | Lynch[b] | 2005 | AT, EF, LM, DR, MT | 30 | 30 | −0.21 |
| 22 | Miyamoto | 1979 | LM | 30 | 30 | −0.67 |
| 23 | Musick et al. | 1981 | LM | 80 | 40 | 0.66 |
| 24 | Pessin & Husband | 1933 | LM | 30 | 30 | −0.21 |
| 25 | Pick et al. | 1991 | IN | 32 | 32 | −0.18 |
| 26 | Quarter & Marcus[a] | 1971 | AT | 34 | 34 | −0.68 |
| 27 | Seidel et al. | 1998 | AT | 48 | 24 | −0.51 |
| 28 | Yantz & McCaffrey | 2005 | AT, LM, MT | 24 | 22 | −0.24 |
| 29 | Yantz & McCaffrey | 2007 | EF | 37 | 37 | −0.15 |
| 30 | Yantz & McCaffrey[a] | 2009 | IN, LM | 53 | 53 | −0.08 |
| 31 | Baldwin & Levin[a] | 1958 | AT | 24 | 24 | −0.51 |
| 32 | Baron et al. | 1978 | LM | 27 | 28 | −0.19 |
| 33 | Berger et al. | 1981 | LM | 48 | 48 | −0.56 |
|   | Berger et al. | 1981 | LM | 22 | 22 | 0.68 |
| 34 | Berger et al. | 1982 | LM | 48 | 48 | −0.44 |
| 35 | Blascovich et al. | 1999 | EF | 42 | 42 | −0.56 |
| 36 | Bond & Titus | 1982 | LM | 36 | 36 | −0.74 |
| 37 | Cottrell et al. | 1967 | LM | 66 | 66 | −0.28 |
| 38 | Davis et al. | 1968 | EF | 23 | 22 | −1.22 |
| 39 | Deffenbacher et al. | 1974 | LM, DR | 8 | 8 | 0.17 |
| 40 | Fraser[c] | 1953 | AT | 18 | – | −1.54 |
| 41 | Ganzer | 1968 | LM | 36 | 36 | −0.62 |
| 42 | Geen | 1974 | LM | 120 | 120 | −0.62 |
| 43 | Geen | 1973 | LM, DR | 80 | 80 | 0.08 |
| 44 | Geen | 1979 | LM | 40 | 40 | 0.22 |
| 45 | Guerin | 1983 | LM | 20 | 10 | −1.07 |
| 46 | Hartwick & Nagao | 1990 | LM | 60 | 60 | 0.04 |
| 47 | Houston | 1970 | LM | 24 | 24 | 0.89 |
| 48 | Khalique | 1980 | LM | 12 | 12 | −2.16 |
| 49 | Knowles | 1983 | EF | 108 | 24 | −0.33 |

(*continued*)

Downloaded by [New York University] at 12:36 06 August 2012

**Table 1.**  Continued.

|    | First author | Year | Cognitive domains* | Observed $n$ | Unobserved $n$ | Mean ES |
|----|--------------|------|--------------------|--------------|----------------|---------|
| 50 | Kushnir & Duncan | 1978 | AT | 12 | 14 | −0.80 |
| 51 | Laughlin & Jaccard | 1975 | EF | 90 | 18 | −0.41 |
| 52 | Lombardo & Catalano | 1978 | MT | 31 | 30 | −1.04 |
| 53 | Lombardo & Catalano | 1975 | MT | 24 | 48 | −0.63 |
| 54 | Manstead & Semin | 1980 | LM | 24 | 24 | −0.92 |
| 55 | Martens | 1969 | MT | 48 | 48 | −1.40 |
| 56 | Meddock et al.[a] | 1971 | MT | 32 | 32 | 0.64 |
| 57 | Miller et al. | 1979 | MT | 40 | 10 | 1.07 |
| 58 | Park & Catrambone[c] | 2007 | IN, EF | 108 | – | −0.11 |
| 59 | Rajecki et al. | 1977 | LM | 20 | 10 | 1.26 |
| 60 | Schmidtt et al. | 1986 | EF | 15 | 15 | −0.90 |
| 61 | Seta & Hassan | 1980 | LM | 16 | 16 | −1.54 |
| 62 | Seta et al. | 1988 | EF | 14 | 14 | −0.86 |

*Cognitive domains: IN = intelligence/academic; AT = attention/processing speed; EF = executive functions, LM = learning/memory; DR = delayed recall; MT = motor. Populations: [a]Child/adolescent population, [b]Potential clinical population, [c]Within-participants study design.



**Figure 1.**  Frequency of 63 unweighted effect sizes from 62 studies

individuals referred for neuropsychological evaluations by Disabled Student Services (Kehrer et al., 2000) and a group of individuals with remote self-reported closed head injuries, of which 46% ($n = 27$) were classified as having suffered a mild traumatic brain injury, 6% moderate ($n = 4$), and 48% severe ($n = 29$) (Lynch, 2005; mean time since injury: 126 months [SD = 136.9]). All remaining studies involved healthy adult populations, primarily undergraduate students. Of note, most of the social psychological studies did not include mean demographics for study participants; therefore such information could not be summarized.

The overall sample effect size ($d$) was −0.24 ($p < .05$); i.e., those who were observed performed 0.24 standard deviations worse than those who were not observed (see Table 2). Because meta-analyses are often criticized for being biased (null results tend to remain unpublished), a fail-safe $N$ was calculated (significance

Downloaded by [New York University] at 12:36 06 August 2012

528                                   ANGELA D. EASTVOLD ET AL.

**Table 2.**  Effect sizes by calculation method

|  | # of studies ($k$) | Observed $n$ | Unobserved $n$ | $d$ | 95% CI | $Q$ | Fail safe $N$ |
|---|---|---|---|---|---|---|---|
| Total Sample | 63 | 2496 | 1909 | 0.24* | −0.30/−0.18 | 23555* | 369 |
| Calculated from M/SD[a] | 30 | 1160 | 880 | −0.09 | −0.18/0.00 | 4050* | 84 |
| Calculated from $t/F$[b] | 33 | 1336 | 1029 | −0.38* | −0.46/−0.30 | 6997* | 283 |

*$p < .05$. [a]Includes studies 1−30 from Table 1. [b]Includes studies #31–62 from Table 1.

criterion of 0.05), which provides an estimation of the number of non-significant studies that would be necessary to reduce the effect size to a non-significant value (Orwin, 1983). Results suggest that 372 additional studies with non-significant findings (effect size < 0.05) would be needed to eliminate the overall effect size of this study. In an attempt to understand the unaccounted for variance (heterogeneous sample denoted by significant $Q$ values), a number of moderators were examined.

### Moderator analyses

**Effect size calculation method.** Because traditional conversion formulas for calculating effect sizes from inferential statistics (e.g., $t$ or $F$ statistics) can produce falsely overinflated effect sizes (Dunlap et al., 1996, Fern & Monroe, 1996; Hullet & Levine, 2003), a moderator analysis was performed to separately examine those studies for which effect sizes were calculated from standardized measures of group differences (i.e., group means and standard deviations) and for those studies in which effect sizes were calculated from $t$ and $F$ statistics. As can be seen in Table 2, and consistent with reported criticisms, the latter overall effect size ($d = -0.38$, $p < .05$) was over four times that which was calculated from group means ($d = -0.09$, ns). Due to these statistical concerns and the resulting questionable comparability of effect size calculation methods, we chose to exclude studies with effect sizes calculated from $t$ and $F$ statistics from all remaining analyses. Results from the remaining 30 studies indicate the overall effect of a TPO is negligible, although a significant $Q$ suggests there are moderators contributing to this effect.

**Cognitive domains.** Examination of individual cognitive domains revealed significant effect sizes in the attention/processing speed ($d = -0.18$), learning/memory ($d = -0.16$), and delayed recall ($d = -0.93$) domains (see Table 3). Specifically, the presence of an observer had an adverse effect on attention/processing speed, learning/memory[2] and delayed recall tasks, with the largest

[2] One study examined the effects of a TPO on effort testing (Yantz & McCaffrey, 2007). The combined, unweighted effect size for these measures, i.e., computerized Test of Memory and Malingering (Tombaugh & MHS Staff, 2001) and Word Memory Test (Green, 2003) revealed a *facilitating* effect of a TPO (immediate recall: $d = 0.26$; delayed recall: $d = 0.21$). Because these tests are typically used to measure effort and not cognition (i.e., memory), they were not included in this meta-analysis.

**Table 3.**  Effect sizes by cognitive domain

|  | # of studies ($k$) | Observed $n$ | Unobserved $n$ | $d$ | 95% CI | $Q$ | Fail safe $N$ |
|---|---|---|---|---|---|---|---|
| Intellectual/Academic | 4 | 195 | 170 | 0.17 | −0.04/0.37 | 108* | 9 |
| Attention | 12 | 436 | 282 | −0.18* | −0.33/−0.03 | 263* | 55 |
| Executive | 8 | 325 | 212 | −0.04 | −0.21/0.13 | 53* | 14 |
| Learning/Memory | 15 | 527 | 437 | −0.16* | −0.28/−0.03 | 789* | 62 |
| Delayed Recall | 4 | 114 | 92 | −0.93* | −1.22/−0.64 | 30* | 78 |
| Motor | 9 | 325 | 232 | −0.03 | −0.19/0.14 | 142* | 14 |

*$p < .05$.

Downloaded by [New York University] at 12:36 06 August 2012

negative impact on delayed recall performance. The presence of an observer did not have a significant effect on intellectual/academic, executive or motor performance.

**Study type.** Studies were divided into different categories based on study methodology (see columns 4–7 in Table 4). First, neuropsychological and social psychological studies were examined separately. Neuropsychological studies were defined as those that employed an examiner, used clinically validated measures to assess cognition and were published in a known peer-reviewed neuropsychological journal. Neuropsychological studies revealed an overall significant effect size ($d = -0.22$), whereas social psychological studies did not have a significant effect size ($d = -0.03$) (see Table 5). Second, studies were divided into two categories based on the observer: (a) studies in which a participant was either observed or not observed while doing a particular task (i.e., they were either alone or observed; they may have been observed by the experimenter, another study participant, or a study confederate), and (b) those studies in which an examiner was present and a TPO was either present or not (this latter situation is most analogous to a neuropsychological evaluation). Interestingly, for those who were either observed or worked alone, the presence of an observer facilitated performance ($d = 0.18$, $p < 0.05$) (see Table 5). In contrast, for those who were observed by a TPO, performance was adversely affected ($d = -0.23$, $p < 0.05$).

**Third party observer characteristics.** As indicated in Table 6, of those observed by a TPO, a TPO had an adverse impact on performance irrespective of whether the TPO was visible ($d = -0.21$, $p < .05$) or not ($d = -0.24$ $p < .05$). However, more than one TPO had a greater adverse impact on performance (TPO $> 1$; $d = -0.25$, $p < .05$) relative to a single observer (TPO $= 1$; $d = -0.13$, $ns$). Interestingly, being video or audio-taped also had a negative impact on performance ($d = -0.37$, $p < .05$). While the effect size for this latter group suggests the greatest effect, the small sample size ($n = 4$) makes the true strength of this effect difficult to interpret.

## DISCUSSION

This meta-analysis quantifies the literature examining the effect of being observed while performing a cognitive task. Results indicated that, overall,

Downloaded by [New York University] at 12:36 06 August 2012

ANGELA D. EASTVOLD ET AL.

**Table 4.**  Summary of studies by select moderators

| | First author | Year | Neuro Psych (n=10) | Social Psych (n=20) | Observed by 1 (n=10) | Observed by TPO (n=20) | TPO (n=20) Visible (n=16) | Not Visible (n=4) | TPO (n=20) TPO=1 (n=9) | TPO>1 (n=9) | TPO=aud/vid (n=4) | TPO=1 human (n=9) Visible (n=7) | Not Visible (n=2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Berkey & Hoppe | 1972 | | • | • | | | | | | | | |
| 2 | Burri | 1927 | | • | | • | • | | | • | | | |
| 3 | Constantinou et al. | 2002 | • | | | • | • | | | | | | |
| 4 | Constantinou et al. | 2005 | • | | | • | • | | | | • | | |
| 5 | Corston & Colman | 1996 | | • | • | | | | | | | | |
| 6 | Feinberg & Aiello | 2006 | | • | • | | | | | | | | |
| 7 | Feinberg & Aiello | 2010 | | • | • | | | | | | | | |
| 8 | Gates | 1924 | | • | | • | • | | | • | | | |
| 9 | Gavett & McCaffrey | 2007 | • | | | • | • | | • | | | • | |
| 10 | Grant & Dajee | 2003 | | • | • | | | | | | | | |
| 11 | Guerin | 1989 | | • | • | | | | | | | | |
| 12 | Hanawalt & Ruttiger | 1944 | | • | | • | • | | | • | | | |
| 13 | Horowitz & McCaffrey | 2008 | • | | | • | • | | • | | | • | |
| 14 | Huget et al. | 1999 | | • | • | | | | | | | | |
| 15 | Kawamura-Reynolds | 1977 | | • | | • | | • | | • | | | |
| 16 | Kehrer et al. | 2000 | • | | | • | | • | • | | | | • |
| 17 | Kieffer | 1977 | | • | | • | • | | • | | | • | |
| 18 | Kumar & Acharya | 1982 | | • | | • | • | | | • | | | |
| 19 | Landers et al.* | 1978 | | • | | • | • | | | • | • | | |
| 20 | Lindman | 2005 | • | | | • | • | | • | | • | • | |
| 21 | Lynch | 2005 | • | | | • | • | | • | | | • | |

Downloaded by [New York University] at 12:36 06 August 2012

| # | Author | Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|--------|------|---|---|---|---|---|---|---|
| 22 | Miyamoto | 1979 | • | | • | • | • | | • |
| 23 | Musick et al. | 1981 | • | • | | | | | |
| 24 | Pessin & Husband | 1933 | • | | • | | • | • | |
| 25 | Pick et al. | 1991 | • | | • | • | | • | |
| 26 | Quarter & Marcus | 1971 | • | | • | • | | • | |
| 27 | Seidel et al. | 1998 | • | • | | | | | |
| 28 | Yantz & McCaffrey | 2005 | • | | • | | • | • | • |
| 29 | Yantz & McCaffrey | 2007 | • | | • | • | | • | |
| 30 | Yantz & McCaffrey | 2009 | • | • | | | | | |

*The Landers (19) and Lindman (#20) studies each comprised of two different conditions which were collapsed to calculate the overall study effect size, but separated for these moderator analyses.

Downloaded by [New York University] at 12:36 06 August 2012

**Table 5.**  Effect sizes by study type

| | # of studies ($k$) | TPO $n$ | NTPO $n$ | Domains included^ | $d$ | 95% CI | $Q$ | Fail safe $N$ |
|---|---|---|---|---|---|---|---|---|
| Neuropsychological studies | 10 | 350 | 295 | IN(2), AT(7), EF(5), LM(7), DR(2), MT(6) | −0.22* | −0.37/−0.06 | 49* | 53 |
| Social psychology studies | 20 | 810 | 585 | IN(2), AT(5), EF(3), LM(8), DR(1), MT(4) | −0.03 | −0.14/0.07 | 2527* | 33 |
| Observed vs alone | 10 | 489 | 320 | IN(2), AT(3), EF(2), LM(4), MT(1) | 0.18* | 0.04/0.31 | 520* | 25 |
| Observed by third party | 20 | 635 | 524 | IN(3), AT(10), EF(6), LM(10), DR(3), MT(9) | −0.23* | −0.34/−0.11 | 1137* | 112 |

*$p < .05$; ^This column notes the cognitive domains (and number of studies measuring this domain) that comprised the overall study effect size for each of the studies in these analyses; cognitive domains: IN = intelligence/academic; AT = attention/processing speed; EF = executive functions, LM = learning/memory; DR = delayed recall; MT = motor.

observers have a negative impact on performance. However, the effect depended on several factors. In particular, calculating effect sizes from inferential statistics produced a highly inflated effect size, one that was over four times greater than that calculated from measures of group differences. This finding is consistent with criticisms of calculating effect sizes using conversion formulas (Dunlap, Cortina & Vaslow, 1996, Fern & Monroe, 1996; Hullet & Levine, 2003). Calculating the effect size from the "gold standard" group comparison method resulted in a minimal, non-significant effect of TPO on task performance ($d = -0.09$, $ns$). This brings into question previously reported effect sizes of TPO (Gavett et al., 2005), and underscores the need for caution when conducting any future meta-analyses.

Moderator analyses revealed the TPO effect varied with cognitive domain and type of task. Specifically, an observer negatively impacted performance on tasks assessing attention, learning/immediate memory and delayed recall; but did not significantly affect performances on tasks associated with assessing general intellectual and academic abilities, executive functions, and motor tasks. The majority of the effects are considered small by convention ($d = -0.18$ to $-0.16$) (Cohen, 1988), with the exception of delayed recall, which was large ($d = -0.93$). Effect sizes less than 0.25 standard deviations are unlikely to lead to misinterpretation of clinical data and may be considered by many within the range of normal error variance. On the other hand, in cases in which detecting subtle change is essential, a small effect size may be clinically meaningful. Nevertheless, because assessment of memory is central to most neuropsychological evaluations, a large effect size on delayed recall performance warrants concern.

No effect on executive functioning tasks was surprising because it contradicts the notion that performance on complex, novel tasks is likely to be most susceptible to observer effects. Examination of the individual effect sizes that comprised the overall executive domain effect size revealed a range of −0.23 to 0.43, with seven of the eight effect sizes in the negative direction. The one study with a positive effect size was derived from an experimental Stroop task. Thus perhaps speed-driven tasks may be differentially affected by an observer, which would be consistent with studies

Downloaded by [New York University] at 12:36 06 August 2012

**Table 6.** Effect sizes by third party observer characteristics

| | # of studies ($k$) | TPO $n$ | NTPO $n$ | Domains measured^ | $d$ | 95% CI | $Q$ | Fail safe $N$ |
|---|---|---|---|---|---|---|---|---|
| A 3rd Party Observer (TPO) | 20 | 635 | 524 | IN(3), AT(10), EF(6), LM(10), DR(3), MT(9) | −0.23* | −0.34/−0.11 | 1137* | 112 |
| TPO = Within sight | 16 | 551 | 472 | IN(2), AT(7), EF(5), LM(7), DR(3), MT(7) | −0.21* | −0.33/−0.09 | 909* | 83 |
| TPO = Out of sight | 4 | 120 | 88 | AT(2), EF(1), LM(4), MT(2) | −0.24* | −0.51/−0.01 | 1 | 23 |
| TPO = 1 person | 9 | 307 | 275 | IN(1), AT(5), EF(5), LM(5), DR(1), MT(6) | −0.13 | −0.29/0.04 | 95* | 32 |
| Within sight | 7 | 237 | 235 | IN(1), AT(3), EF(4), LM(3), DR(1), MT(4) | −0.13 | −0.31/0.06 | 74* | 25 |
| Out of sight | 2 | 70 | 40 | AT(2), EF(1), LM(2), MT(2) | −0.18 | −0.56/0.20 | <1 | 9 |
| TPO => 1 person | 9 | 273 | 232 | IN(1), AT(2), EF(1), LM(4), DR(1), MT(2) | −0.25* | −0.43/−0.08 | 379* | 54 |
| TPO = Audio/Video | 4 | 91 | 93 | IN(1), AT(3), EF(1), LM(2), DR(1), MT(3) | −0.37* | −0.67/−0.08 | 13* | 34 |

*$p < .05$; ^This column notes the cognitive domains (and number of studies measuring this domain) that comprised the overall study effect size for each of the studies in these analyses. Refer to Table 4 to see which studies contributed to each moderator analysis; cognitive domains: IN = intelligence/academic; AT = attention/processing speed; EF = executive functions, LM = learning/memory; DR = delayed recall; MT = motor.

Downloaded by [New York University] at 12:36 06 August 2012

examining the effect of an observer on speed and physical performance (Triplett, 1898). However, even with this study removed, the overall effect size was still negligible ($d = -0.12$, *ns*). It is likely that the variance inherent in executive measures, i.e., the broad array of constructs conceptualized as "executive," contributed to the variance in the range of effect sizes observed in this meta-analysis. Furthermore, given that the study sample was primarily comprised of non-neurologically impaired individuals, the performances likely represent a restricted range that perhaps prohibited detection of a notable TPO effect.

Similarly the lack of significant effect on motor measures is inconsistent with many published reports of improved performance on simple motor measures. The motor measures in this study varied from simple to complex, with effect sizes ranging from $-0.71$ to $0.41$, with five studies yielding overall positive effects and three studies yielding negative effects. It may just be that the motor measures included in this study were varied enough to wash out the overall effect, particularly considering that several of the overall study effect sizes were comprised of an average of several motor measures of varying degrees of difficulty.

The lack of a significant TPO effect on academic/intellectual measures was less of a surprise. The tasks comprising this domain (reading, spelling, arithmetic, vocabulary) purportedly measure fixed abilities. Although not significant, the effect size was positive indicating a facilitating effect on performance, which is consistent with social facilitation theory; individuals tend to perform better on well-learned tasks when observed.

Neuropsychologists are most interested in the negative effect of a third party on client's or patient's performance. Examining only those studies that had a TPO and thus mirrored the typical context of a neuropsychological evaluation revealed a negative, albeit small effect size ($d = -0.23$). The effect size was similar whether the TPO was visible ($d = -0.21$) or positioned out of sight of the examinee ($d = -0.24$). More than one TPO had a greater impact on performance than just one TPO; in fact the effect of merely one TPO had a minimal impact on performance (whether visible or not). Interestingly, a nonhuman observer (audio or video recorder) had a negative impact on performance that was of a medium effect size. One might speculate that the presence of a video recorder increases awareness and attention on self, particularly if the monitor is within plain view. It is also possible that the potential permanency of a recording could induce greater concern about performance. However, this finding is based on only four studies, two of which were by the same investigator. Therefore replicability of these findings and confirmation of the magnitude is needed.

While these results generally make intuitive sense, conclusions are tentative, given the small number of studies in some of the examined moderator analyses. Significant effect sizes tended to be associated with larger *n*s and with categories comprised of greater loads on learning/memory and delayed recall tasks. Since these cognitive domains appear to be particularly susceptible to the effects of a TPO, it is certainly possible that these domains may be driving the results. However these domains (learning/immediate memory and delayed recall) are likely the most important in medical-legal settings where TPOs are most frequent. Findings from

Downloaded by [New York University] at 12:36 06 August 2012

the current study suggest the presence of a TPO may lower scores on delayed memory tasks by nearly one standard deviation. While findings based on a small number of studies should always be interpreted with caution, neuoropsychologists in this practice setting should be aware of the potential adverse effect of a TPO.

A major limitation of this study, and all meta-analyses, is related to the file drawer problem. For the most part, only significant results are published, and for many of the social psychological studies included in this meta-analysis the statistical information for non-significant comparisons was often not reported and only referred to as "non-significant" in the text of the paper. Unfortunately the majority of the studies were from social psychology, and thus the comparability and appropriateness of using such studies to draw inferences regarding a TPO within a neuropsychological setting is questionable. The moderator analyses allowed for a more precise look at the TPO effect in a neuropsychological setting; although the $n$s diminished in some of these moderator analyses thus the reliability of findings is unknown. Furthermore, some of the smaller $n$s in the moderator analyses were associated with small fail-safe $N$s, adding to the tenuousness of the results. Additionally, the majority of studies were experimental in nature. While there is documentation of adverse effects when the TPO was a parent or significant other (Kehrer et al., 2000, $d = -0.19$; Yantz & McCaffrey, 2009, $d = -0.08$) or a supervisor (Yantz & McCaffrey, 2005, $d = -0.24$), as well as two studies documenting a TPO effect with potential clinical populations (Kehrer et al., 2000, $d = -0.19$; Lynch, 2005, $d = -0.21$), it is unknown to what extent the results of this meta-analysis generalize to neuropsychological evaluations of typical clinical or forensic populations, to training situations involving trainee and/or supervisor observations, or to contexts involving an interpreter. It is possible an observer whose purpose is to facilitate the examinee may have an entirely different effect, if any at all. Future empirical studies examining the effect of a TPO in actual clinical or forensic contexts are greatly needed. However, this line of research is challenged by the fact that clinical patients have varying levels of cognitive impairments, as well as ethical concerns arising from potential compromise of clinical assessments. In addition, ethical and legal tactical concerns in forensic settings may prohibit such studies.

The current meta-analysis provides an overview of the literature, as well as empirical evidence that supports position statements published by NAN (2000) and AACN (2001) all of which advocate against the presence of TPOs. While the negative effect of a TPO may not be global and consistent across all cognitive domains, it is clear that the presence of a TPO has a measurable effect on task performance. Confounded test scores can lend to inaccurate interpretation of test data and ultimately patient conceptualization.

In sum, what is the effect of a TPO in a neuropsychological evaluation? It depends. The effect of a TPO varies across cognitive domains and the effect increases when there is more than one TPO. Although not examined in this study, it is suspected that such differential effects may be further mediated by mood and personality characteristics of the observed, the context of the evaluation, as well as the complexity of the task.

Downloaded by [New York University] at 12:36 06 August 2012

536                                     ANGELA D. EASTVOLD ET AL.

## REFERENCES

Aiello, J. R., & Douthitt, E. A. (2001). Social facilitation from Triplett to electronic performance monitoring. *Group Dynamics*, *5*(3), 163–180.

Allport, F. H. (1924). Response to social stimulation in the group. In F. H. Allport (Ed.), *Social psychology* (pp. 260–291). Hillsdale, NJ: Lawrence Erlbaum Associates Inc.

Academy of Clinical Neuropsychology, American (2001). Policy statement on the presence of third party observers in neuropsychological assessments. *The Clinical Neuropsychologist*, *15*, 433–439.

Baldwin, A. L., & Levin, H. (1958). Effects of public and private success or failure on children's repetitive motor behavior. *Child Development*, *29*(3), 363–372.

Baron, R. S., Moore, D., & Sanders, G. S. (1978). Distraction as a source of drive in social facilitation research. *Journal of Personality and Social Psychology*, *36*(8), 816–824.

Baumeister, R. F., & Leary, M. R. (1995). The need to belong: Desire for interpersonal attachments as a fundamental human motivation. *Psychological Bulletin*, *117*(3), 497–529.

Benton, A. L., & Hamsher, K. D. (1976). *Multilingual aphasia examination*. Iowa City, IA: University of Iowa.

Benton, A. L., Hamsher, K. D., & Sivan, A. (1994). *Multilingual aphasia examination*. Iowa City, IA: AJA Associates.

Berger, S. M., Carli, L. L., Garcia, R., & Brady, J. J. (1982). Audience effects in anticipatory learning: A comparison of drive and practice-inhibition analyses. *Journal of Personality and Social Psychology*, *42*(3), 478–486.

Berger, S. M., Hampton, K. L., Carli, L. L., Grandmaison, P. S., Sadow, J. S., & Donath, C. H. (1981). Audience-induced inhibition of overt practice during learning. *Journal of Personality and Social Psychology*, *40*(3), 479–491.

Berkey, A. S., & Hoppe, R. A. (1972). The combined effect of audience and anxiety on paired-associates learning. *Psychonomics Science*, *29*(6A), 351–353.

Binder, L. M., & Johnson-Greene, D. (1995). Observer effects on neuropsychological performance: A case report. *The Clinical Neuropsychologist*, *9*, 74–78.

Blascovich, J., Mendes, W. B., Salomen, K., & Hunter, S. B. (1999). Social "facilitation" as challenge and threat. *Journal of Personality and Social Psychology*, *77*(1), 68–77.

Bond, C. F. (1982). Social facilitation: A self-presentation view. *Journal of Personality and Social Psychology*, *42*(6), 1042–1050.

Bond, C. F., & Titus, L. J. (1983). Social facilitation: A meta-analysis of 241 studies. *Psychological Bulletin*, *94*, 265–292.

Brown, L., Sherbenou, R. J., & Johnson, S. K. (1997). *Test of nonverbal intelligence–III*. Austin, TX: Pro-Ed.

Burri, C. (1927). The influence of an audience upon recall. Journal de Psychology, 827–830.

Cohen, J. (1988). *Statistical power analysis for the behavioral sciences* (2nd ed.). Hillsdale, NJ: Lawrence Erlbaum Associates Inc.

Committee on Psychological Test and Assessment. (2008). Statement on third party observers in psychological testing and assessment: A framework for decision making. *Psychological Science Agenda*, *22*(1), 2.

Constantinou, M., Ashendorf, L., & McCaffrey, R. J. (2002). When the third party observer of a neuropsychological evaluation is an audio-recorder. *The Clinical Neuropsychologist*, *16*(3), 407–412.

Constantinou, M., Ashendorf, L., & McCaffrey, R. J. (2005). Effects of a third party observer during neuropsychological assessment: When the observer is a video camera. *Journal of Forensic Neuropsychology*, *4*(2), 39–47.

Downloaded by [New York University] at 12:36 06 August 2012

Corston, R., & Colman, A. M. (1996). Gender and social facilitation effects on computer competence and attitudes towards computers. *Journal of Educational Computing Research*, *14*(2), 171–183.

Cottrell, N. B., Rittle, R. H., & Wack, D. L. (1967). The presence of an audience and list type (competitional or noncompetitional) as joint determinants of performance in paired-associates learning. *Journal of Personality*, *35*, 425–434.

Cox, F. N. (1966). Some effects of test anxiety and presence or absence of other persons on boy's performance on a repetitive motor task. *Journal of Experimental Child Psychology*, *3*, 110–112.

Davis, J. H., Carey, M. H., Foxman, P. N., & Tarr, D. B. (1968). Verbalization, experimenter presence, and problem solving. *Journal of Personality and Social Psychology*, *8*(3), 299–302.

Deffenbacher, K. A., Platt, G. J., & Williams, M. A. (1974). Differential recall as a function of socially induced arousal and retention interval. *Journal of Experimental Psychology*, *103*(4), 809–811.

Delis, D., Kaplan, E., & Kramer, J. (2001). *Delis–Kaplan Executive Function System*. San Antonio, TX: The Psychological Corporation.

Duff, K., & Fisher, J. M. (2005). Ethical dilemmas with third party observers. *Journal of Forensic Neuropsychology*, *4*(2), 65–80.

Dunlap, W. P., Cortina, J. M., Vaslow, J. B., & Burke, M. J. (1996). Meta-analysis of experiments with matched groups or repeated measures designs. *Psychological Methods*, *1*(2), 170–177.

Feinberg, J. M., & Aiello, J. R. (2006). Social facilitation: A test of competing theories. *Journal of Applied Social Psychology*, *36*(5), 1087–1109.

Feinberg, J. M., & Aiello, J. R. (2010). The effect of challenge and threat appraisals under evaluative presence. *Journal of Applied Social Psychology*, *40*(8), 2071–2104.

Fern, E. F., & Monroe, K. B. (1996). Effect-size estimates: Issues and problems in interpretation. *Journal of Consumer Research*, *23*, 89–105.

Fraser, D. C. (1953). The relation of an environmental variable to performance in a prolonged visual task. *Quarterly Journal of Experimental Psychology*, *5*, 31–32.

Ganzer, V. J. (1968). Effects of audience presence and test anxiety on learning and retention in a serial learning situation. *Journal of Personality and Social Psychology*, *8*(2), 194–199.

Gates, G. S. (1924). The effect of an audience upon performance. *Journal of Abnormal and Social Psychology*, *18*(4), 334–342.

Gavett, B. E., Lynch, J. L., & McCaffrey, R. J. (2005). Third party observers. *Journal of Forensic Neuropsychology*, *4*(2), 49–64.

Gavett, B. E., & McCaffrey, R. J. (2007). The influence of an adaption period in reducing the third party observer effect during a neuropsychological evaluation. *Archives of Clinical Neuropsychology*, *22*, 699–710.

Geen, R. G. (1973). Effects of being observed on short and long-term recall. *Journal of Experimental Psychology*, *100*(2), 395–398.

Geen, R. G. (1974). Effects of evaluation apprehension on memory over intervals of varying lengths. *Journal of Experimental Psychology*, *102*, 908–910.

Geen, R. G. (1979). Effects of being observed on learning following success and failure experiences. *Motivation and Emotion*, *3*(4), 355–371.

Geen, R. G., & Gange, J. J. (1977). Drive theory of social facilitation: Twelve years of theory and research. *Psychological Bulletin*, *84*(6), 1267–1288.

Grant, T., & Dajee, K. (2003). Types of task, types of audience, types of actor: Interactions between mere presence and personality type in simple mathematical task. *Personality and Individual Differences*, *35*, 633–639.

Downloaded by [New York University] at 12:36 06 August 2012

538                                  ANGELA D. EASTVOLD ET AL.

Green, P. (2003). *Green's WMT for Window's user's manual*. Seattle, WA: Green's Publishing Inc.

Guerin, B. (1983). Social facilitation and social monitoring: A test of three models. *British Journal of Social Psychology*, *22*, 203–214.

Guerin, B. (1986). The effects of mere presence on a motor task. *The Journal of Social Psychology*, *126*(3), 399–401.

Guerin, B. (1989). Reducing evaluation effects in mere presence. *The Journal of Social Psychology*, *129*(2), 183–190.

Guerin, B., & Innes, J. M. (1982). Social facilitation and social monitoring: A new look at Zajonc's mere presence hypothesis. *British Journal of Social Psychology*, *21*, 7–18.

Hanawalt, N. G., & Ruttiger, K. F. (1944). The effect of an audience on remembering. *The Journal of Social Psychology*, *19*, 259–272.

Hartwick, J., & Nagao, D. H. (1990). Social facilitation effects in recognition memory. *British Journal of Social Psychology*, *29*, 193–210.

Heaton, R. K. (1981). *Wisconsin Card Sorting Test manual*. Odessa, FL: Psychological Assessment Resources.

Henry, J. D., & Crawford, J. R. (2004). A meta-analysis review of verbal fluency performance following focal cortical lesions. *Neuropsychology*, *18*, 284–295.

Horowitz, J. E., & McCaffrey, R. J. (2008). Effects of a third party observer and anxiety on tests of executive function. *Archives of Clinical Neuropsychology*, *23*, 409–417.

Houston, J. P. (1970). Effects of audiences upon learning and retention. *Journal of Experimental Psychology*, *86*(3), 449–453.

Howe, L. S., & McCaffrey, R. J. (2010). Third party observation during neuropsychological evaluation: An update on the literature, practical advice for practitioners, and future direction. *The Clinical Neuropsychologist*, *24*, 518–537.

Huguet, P., Galvaing, M. P., Monteil, J. M., & Dumas, F. (1999). Social presence effects in the Stroop task: Further evidence for an attentional view of social facilitation. *Journal of Personality and Social Psychology*, *77*(5), 1011–1025.

Hullet, C. R., & Levine, T. R. (2003). The overestimation of effect sizes from F values in meta-analysis: The cause and a solution. *Communication Monographs*, *70*(1), 52–67.

Hunter, J. E., & Schmidt, F. L. (1990). *Methods of meta-analysis: Correcting error and bias in research findings*. Newbury Park, CA: Sage.

Jastak, J., Bijou, S. W., & Jastak, S. R. (1978). *Wide Range Achievement Test*. Wilmington, DE: Guidance Associates.

Kawamura-Reynolds, M. (1977). Motivational effects of an audience in the content of imaginative thought. *Journal of Personality and Social Psychology*, *35*(12), 912–919.

Kehrer, C. A., Sanchez, P. N., Habif, U., Rosenbaum, J. G., & Townes, B. D. (2000). Effects of a significant-other observer on neuropsychological test performance. *The Clinical Neuropsychologist*, *14*(1), 67–71.

Khalique, N. (1980). Effect of increasing number of passive spectators on the speed of verbal learning. *Psychologia*, *23*, 47–49.

Kieffer, L. F. (1977). Relationship of trait anxiety, peer presence, task difficulty, and skill acquisition of sixth-grade boys. *The Research Quarterly*, *48*(3), 550–561.

Knowles, E. S. (1983). Social physics and the effects of others: Tests of the effects of audience size and distance on social judgments and behavior. *Journal of Personality and Social Psychology*, *45*(6), 1263–1279.

Kumar, P., & Acharya, G. (1982). Effect of an audience presence on learning of a verbal task. *Journal of Psychological Researchers*, *26*(2), 93–96.

Kushnir, T., & Duncan, K. D. (1978). An analysis of social facilitation effects in terms of signal detection theory. *The Psychological Record*, *28*, 535–541.

Downloaded by [New York University] at 12:36 06 August 2012

Lafayette Instruments (2004). *Steadiness Tester Model 32011*. Lafayette, IN: Lafayette Instrument.

Landers, D. M., Bauer, R. S., & Feltz, D. L. (1978). Social facilitation during the initial stage of motor learning: A re-examination of Marten's audience study. *Journal of Motor Behavior*, *10*(4), 325–337.

Laughlin, P. R., & Jaccard, J. J. (1975). Social facilitation and observational learning of individuals and cooperative pairs. *Journal of Personality and Social Psychology, 32*(5), 873–879.

Lezak, M. D. (1995). *Neuropsychological assessment, third edition*. New York: Oxford University Press.

Lindman, L. S. (2004). *The effect of observational method and task complexity on neuropsychological test performance*. Unpublished Dissertation.

Lombardo, J. P., & Catalano, J. F. (1975). The effect of failure and the nature of the audience on performance of a complex motor task. *Journal of Motor Behavior*, *7*(1), 29–35.

Lombardo, J. P., & Catalano, J. F. (1978). Failure and its relationship to the social facilitation effect: Evidence for a learned drive interpretation of the social facilitation effect. *Perceptual and Motor Skills*, *46*, 823–829.

Lynch, J. K. (2005). Effect of a third party observer on neuropsychological test performance following closed head injury. *Journal of Forensic Neuropsychology*, *4*(2), 17–25.

Lynch, J. K., & McCaffrey, R. J. (2004). Neuropsychological assessments in the presence of third parties: Ethical issues and literature review. *NYS Psychologist*, *13*, 25–29.

Manstead, A. S. R., & Semin, G. R. (1980). Social facilitation effects: Mere enhancement of dominant response? *British Journal of Social and Clinical Psychology*, *19*, 119–136.

Martens, R. (1969). Effect of an audience on learning and performance of a complex motor skill. *Journal of Personality and Social Psychology*, *12*(3), 252–260.

McCaffrey, R. J., Lynch, J. K., & Yantz, C. L. (2005). Third party observers: Why all the fuss? *Journal of Forensic Neuropsychology*, *4*(2), 1–15.

McSweeny, A. J., Becker, B. C., Naugle, R. I., Snow, W. G., Binder, L. M., & Thompson, L. L. (1998). *The Clinical Neuropsychologist*, *12*(4), 552–559.

Meddock, T. D., Parsons, J. A., & Hill, K. T. (1971). Effects of an adult's presence and praise on young children's performance. *Journal of Experimental Child Psychology*, *12*, 197–211.

Miller, F. G., Feinberg, R. A., & Hurkman, M. F. (1979). Status and evaluation potential in the social facilitation and impairment of task performance. *Personality and Social Psychology Bulletin*, *5*(3), 381–383.

Miyamoto, M. (1979). Social facilitation in finger maze learning. *Japanese Psychological Research*, *21*(2), 94–98.

Morgan, S. F. (1982). Measuring long-term memory storage and retrieval in children. *Journal of Clinical Neuropsychology*, *4*, 77–85.

Musick, S. A., Beehr, T. A., & Gilmore, D. C. (1981). Effects of perceptions of presence of audience and achievement instructions on performance of a simple task. *Psychological Reports*, *49*, 535–538.

National Academy of Neuropsychology Policy and Planning Committee (2000). Presence of third party observers during neuropsychological testing: Official statement of the National Academy of Neuropsychology. *Archives of Clinical Neuropsychology*, *15*, 379–380.

Orwin, R. G. (1983). A fail-safe N for effect size in meta-analysis. *Journal of Educational Statistics*, *8*(2), 157–159.

Otto, R. K., & Krauss, D. A. (2009). Contemplating the presence of third party observers and facilitators in psychological evaluations. *Assessment*, *16*(4), 362–372.

Downloaded by [New York University] at 12:36 06 August 2012

540                          ANGELA D. EASTVOLD ET AL.

Park, S., & Catrambone, R. (2007). Social facilitation effects of virtual humans. *Human Factors*, *49*(6), 1054–1060.

Pessin, J., & Husband, R. W. (1933). Effects of social stimulation on human maze learning. *Journal of Abnormal and Social Psychology*, *28*(2), 148–154.

Pick, D. F., Hoyle, P., & Baker, E. (1991). Possible determinants of spelling performance at a chalkboard. *Perceptual and Motor Skills*, *72*, 1287–1292.

Quarter, J., & Marcus, A. (1971). Drive level and the audience effect: A test of Zajonc's theory. *The Journal of Social Psychology*, *83*, 99–105.

Rajecki, D. W., Ickes, W., Corcoran, C., & Lenerz, K. (1977). Social facilitation of human performance: Mere presence effects. *The Journal of Social Psychology*, *102*, 297–310.

Reitan, R. M., & Wolfson, D. (1993). *The Halstead-Reitan Neuropsychological Test Battery: Theory, and clinical interpretation* (2nd ed.). S. Tucson, AZ: Neuropsychology Press.

Sacks, T. L., Clark, C. R., Pols, R., & Geffen, L. B. (1991). Comparability and stability of performance of six alternate forms of the Dodrill-Stroop Colour-Word Test. *The Clinical Neuropsychologist*, *5*, 220–225.

Sawyer, D. T., & Noel, F. J. (2000). Effect of an audience on learning a novel motor skill. *Perceptual and Motor Skills*, *91*, 539–545.

Schmidt, M. (1996). *Rey Auditory and Verbal Learning Test: A handbook*. Los Angeles, CA: Western Psychological Association.

Schmitt, B. H., Gilovich, T., Goore, N., & Joseph, L. (1986). Mere presence and social facilitation: One more time. *Journal of Experimental Social Psychology*, *22*, 242–248.

Seidel, S. D., Stasser, G. L., & Collier, S. A. (1998). Action identification theory as an explanation of social performance. *Group Dynamics: Theory, Research, and Practice*, *2*(3), 147–154.

Seta, C. E., Seta, J. J., Donaldson, S., & Wang, N. A. (1988). The effects of evaluation on organizational processing. *Personality and Social Psychology Bulletin*, *14*(3), 604–609.

Seta, J. J., & Hassan, R. K. (1980). Awareness of prior success or failure: A critical factor in task performance. *Journal of Personality and Social Psychology*, *39*(1), 70–76.

Strauss, B. (2002). Social facilitation in motor tasks: A review of research and theory. *Psychology of Sport and Exercise*, *3*, 237–256.

Stuss, D. T., Stethem, L. L., & Poirier, C. A. (1987). Comparison of three tests of attention and rapid information processing across six age groups. *The Clinical Neuropsychologist*, *1*, 139–152.

Thalheimer, W., & Cook, S. (2002). *How to calculate effect sizes from published research: A simplified methodology*. http://work-learning.com/effect sizes.htm

Tombaugh, T. N., & Staff MHS (2001). *TOMM: Test of Memory Malingering computer program Windows version software manual*. North Tonawanda, NY: Multi-Health Systems Inc.

Triplett, N. (1898). The dynamogenic factors in pacemaking and competition. *American Journal of Psychology*, *9*, 507–533.

Trites, R. (1989). *Grooved pegboard manual*. Lafayette, IN: Lafayette Instrument.

Uziel, L. (2007). Individual differences in the social facilitation effect: A review and meta-analysis. *Journal of Research in Personality*, *41*, 579–601.

Wagstaff, G. F., Wheatcroft, J., Cole, J. C., Brunas-Wagstaff, J., Blackmore, V., & Pilkington, A. (2008). Some cognitive and neuropsychological aspects of social inhibition and facilitation. *European Journal of Cognitive Psychology*, *20*(4), 828–846.

Wechsler, D. (1987). *Wechsler Memory Scale – Revised*. San Antonia, TX: The Psychological Corporation.

Wechsler, D. (1997). *Wechsler Adult Intelligence Scale – Third edition: Administration and scoring manual*. San Antonio, TX: Harcourt Brace.

Williams, J. M. (1991). *MAS: Memory Assessment Scales*. Odessa, FL: Psychological Assessment Resources, Inc.

Woodworth, R. S., & Wells, F. L. (1911). Association tests. *Psychological Review Monographs, Supplement*, *13*(57), 85.

Yantz, C. L., & McCaffrey, R. J. (2005). Effects of a supervisor's observation on memory test performance of the examinee: Third party observer effect confirmed. *Journal of Forensic Neuropsychology*, *4*(2), 27–38.

Yantz, C. L., & McCaffrey, R. J. (2007). Social facilitation effect of examiner attention or inattention to computer-administered neuropsychological tests: First sign that the examiner may affect results. *The Clinical Neuropsychologist*, *21*, 663–671.

Yantz, C. L., & McCaffrey, R. J. (2009). Effects of parental presence and child characteristics on children's neuropsychological test performance: Third party observer effect confirmed. *The Clinical Neuropsychologist*, *23*, 118–132.

Zajonc, R. B. (1965). Social facilitation. *Science*, *149*, 269–274.

Downloaded by [New York University] at 12:36 06 August 2012