| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
| | : | |
| Respondent, | : | CAPITAL 2255 PROCEEDINGS |
| | : | |
| -v- | : | HONORABLE RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |

**JOINT MOTION TO EXTEND DEADLINES IN DISCOVERY ORDER**

Respondent United States of America and Petitioner Edward Leon Fields, Jr. jointly move to extend the discovery deadlines in this Court's Order dated November 8, 2012 (Doc. 50). Under the current Order, Mr. Fields is directed to produce trial counsel's file and a privilege log describing any withheld materials by December 24, 2012, the government is directed to complete its neuropsychological evaluation of Mr. Fields by January 21, 2013, and the parties are directed to complete all discovery by February 5, 2013. The parties request that these dates be extended to grant Mr. Fields an additional 120 days to make his production (i.e., until April 23, 2013), and to permit the government to complete its neuropsychological evaluation of Mr. Fields within sixty days thereafter. A proposed order accompanies this motion.

In support of this motion, the parties state that, consistent with the Court's urging that they proceed in as cooperative a manner as possible, they have conferred in good faith and agree that the discovery dates set forth in the Order cannot be met for the following reasons.

With regard to Mr. Fields' discovery obligation, undersigned counsel for Mr. Fields state that trial counsel's file is voluminous. The entire file, which has been converted to an electronic

format, totals 3.91 gigabytes of data.  Under the best of circumstances, a privilege review of this amount of data would be extremely time-consuming.  Exacerbating the situation is the fact that two members of Mr. Fields' legal team are taking maternity leave.  Renee Edelman, one of Mr. Fields' three attorneys, began her leave on December 4, 2012, and Jenna Rosania, Mr. Fields' paralegal, is expected to begin her leave on December 28, 2012.  It is anticipated that Ms. Edelman and Ms. Rosania will not return to work until approximately April 2013.  In addition, the two remaining attorneys on Mr. Fields' case have pressing obligations in other cases.

The parties have conferred and agree that, in light of all these circumstances, a reasonable amount of time for Mr. Fields' counsel to complete their privilege review and to produce documents and a privilege log to the government is 120 days after the current date for making such production.

With regard to the government's discovery obligation, undersigned counsel for the government state that they have conferred with the assistant to Dr. James Seward, the expert who will conduct the government's neuropsychological evaluation of Mr. Fields, and have been informed that Dr. Seward requires documents he and the government anticipate will be disclosed as part of trial counsel's file in advance of interviewing Mr. Fields.  Dr. Seward's assistant further advises the government that Dr. Seward will need sixty days after receiving this information to complete his evaluation of Mr. Fields.

The parties further state that no other events in this case have been scheduled by the Court, and thus the requested extensions of time for complying with the Court's discovery order, if granted, will not have any impact on other deadlines.  This is the parties' first request for an extension of time with regard to this matter.

WHEREFORE, the parties respectfully request that the Court extend the time for

complying with the Court's discovery order as set forth in this motion.

Respectfully submitted,

/s/ Christopher J. Wilson
Christopher J. Wilson, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/s/ Jeffrey B. Kahan
Jeffrey B. Kahan, Pa. No. 93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW, Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

Counsel for Respondent United States America

/s/ David Osborne
Cristi Charpentier
David Osborne
Renee Edelman
Capital Habeas Corpus Unit
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
FAX: (215) 928-0826

Counsel for Petitioner Edward Fields, Jr.

Dated: December 21, 2012

## CERTIFICATE OF SERVICE

I, David Osborne, hereby certify that on this 21st day of December, 2012, the foregoing document was electronically filed and is available for viewing and downloading through the ECF system.

/s/ David Osborne
David Osborne