UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
|  | : |  |
| Respondent, | : | CAPITAL 2255 PROCEEDINGS |
|  | : |  |
| -v- | : | HONORABLE RONALD A. WHITE |
|  | : |  |
| EDWARD LEON FIELDS, JR., | : |  |
|  | : |  |
| Petitioner. | : |  |
|  | : |  |

_____ :

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, _____, upon consideration of the parties' Joint

Motion to Extend Deadlines in Discovery Order, it is hereby ORDERED that the motion is

GRANTED.  Petitioner shall produce trial counsel's file and a privilege log describing any

withheld documents on or before April 23, 2013.  The Respondent shall conduct a

neuropsychological evaluation of the Petitioner within sixty days after receiving trial counsel's

file and privilege log from Petitioner.


_____
Ronald A. White, D.J.