**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

EDWARD LEON FIELDS, JR., )
)
*Petitioner*, )
)
v. ) Case No. CV-10-00115-RAW
) Criminal Case No. CR-03-73-RAW
UNITED STATES OF AMERICA )
)
*Respondent.* )

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

COMES NOW Respondent, United States of America, by and through undersigned counsel, and makes Application to this Honorable Court for a 60-day extension of time, to and including August 21, within which to complete discovery, including the government's mental health evaluation of Fields by Dr. Seward.

Counsel for Petitioner Fields, David Osborne, does not oppose this request, which was necessitated by the belated production of certain documents by counsel for the petitioner.

1. As the parties advised the Court, Fields agreed to provide to the government his mental health experts' raw testing data. Doc. 50 at 7.

2. The government anticipated that it would receive that information no later than the deadline for the disclosure of trial counsel's file, April 23, 2013, but did not immediately recognize its absence from the materials that were timely produced.

3. On May 8, 2013, government counsel inquired by phone about the missing data, and Mr. Osborne acknowledged the obligation to provide the information and agreed to extend the government's deadline for performing a mental health evaluation.

4. On May 31, 2013, counsel for Fields sent the raw testing data, which was forwarded to Dr. Seward on June 3, 2013.

5. While Dr. Seward initially scheduled his evaluation for May 22-24, 2013, he has since made arrangements to perform it from July 31 to August 2, 2013. Those dates were chosen to accommodate the other demands on Dr. Seward's time and to provide him with adequate time to review the newly-received testing data.

6. While the government believes Dr. Seward will complete the evaluation as planned, it requests several additional days to complete discovery in order to accommodate any unforeseen circumstances that might otherwise involve the Court in minor scheduling adjustments.

WHEREFORE, the United States respectfully urges this Court to grant a 60-day extension, to and including August 21, 2013, within which to complete discovery

Dated: June 5, 2013.

Respectfully submitted,
MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

/S/ Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/S/ Jeffrey B. Kahan
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

## **CERTIFICATE OF SERVICE**

I, hereby certify that on June 5, 2013, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David Osborne, Attorney for Petitioner
Renee Edelman, Attorney for Petitioner
Cristi Charpentier, Attorney for Petitioner

/S/ Christopher J. Wilson
United States Attorney's Office