# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDWARD LEON FIELDS, JR.,<br><br>*Petitioner,*<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>*Respondent.* | )<br>)<br>)<br>)<br>)<br>)   **Case No. CV-10-00115-RAW**<br>)   **Criminal Case No. CR-03-73-RAW**<br>)<br>)<br>) |

## ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The Court has read and considered the government's Motion for Extension of Time to Complete Discovery, filed on June 5, 2013, ("Motion"). For good cause shown, the Court hereby GRANTS the Motion and hereby ORDERS that the Respondent's deadline for completion of discovery is extended to and including August 21, 2013.

Presented by: /S Jeffrey B. Kahan
          JEFFREY B. KAHAN
          Trial Attorney, U.S. Dept. of Justice

Dated: June 13, 2013      Approved by: _____
                            RONALD A. WHITE
                            United States District Court Judge