**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EDWARD LEON FIELDS, JR.,** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| **v.** | ) | **Case No. CV-10-00115-RAW** |
| | ) | **Criminal Case No. CR-03-73-RAW** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Respondent.* | ) | |

**UNOPPOSED MOTION FOR RELEASE OF**
**PETITIONER'S BUREAU OF PRISONS RECORDS**

**COMES NOW**, Respondent, United States of America, by and through undersigned

counsel, and hereby requests this Court issue an Order authorizing the Bureau of Prisons to

release Petitioner's central file, medical records and psychological records to counsel for the

government and to counsel for the Petitioner. In support, the Respondent would submit the

following:

1.      On August 1, 2003, a federal grand jury for this district returned an indictment

that charged Fields with four non-capital offenses and two counts of the death-eligible crime of

first degree murder. The government subsequently filed a notice of intent to seek the death

penalty for the murders. On June 30, 2005, Fields pleaded guilty to all counts. On July 22,

2005, following a penalty-phase trial, a jury recommended the death penalty for both murders,

which this Court later imposed. The Tenth Circuit affirmed the judgment in full. *United States*

*v. Fields*, 516 F.3d 923 (10th Cir. 2008). On April 6, 2010, Fields filed a Motion Under 28

U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. Doc. 1.

2.      On November 8, 2012, the Court issued an Order (Doc. 50) granting the

government's request to have the Petitioner submit to a neuropsychological evaluation. A

1

neuropsychological evaluation is scheduled for July 31, 2013 to August 2, 2013 and access to the requested records is necessary for the government's expert to complete the evaluation.

3.    On June 26, 2013, counsel for Petitioner stated he had no objection to the government's request, so long as, the Petitioner was provided a copy of all records obtained pursuant to the Court's order.

## CONCLUSION

Based on the foregoing reasoning and authority, the government urges the court to grant this Motion authorizing the Bureau of Prisons to release the central file, medical records and psychological records of the Petitioner for the period of time Petitioner has been in the custody of the Bureau of Prisons pursuant to the proposed Order to be submitted.

Dated June 27, 2013.

Respectfully submitted,

MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

/S/ Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/S/ Jeffrey B. Kahan
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779

# <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on June 27, 2013, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David Osborne, Attorney for Petitioner
Renee Edelman, Attorney for Petitioner
Cristi Charpentier, Attorney for Petitioner

/S/ Christopher J. Wilson
United States Attorney's Office
