**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EDWARD LEON FIELDS, JR.,** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| **v.** | ) | **Case No. CV-10-00115-RAW** |
| | ) | **Criminal Case No. CR-03-73-RAW** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Respondent.* | ) | |

**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR <u>RELEASE OF</u>**
**<u>BUREAU OF PRISONS RECORDS</u>**

The Court has read and considered the government's Unopposed Motion for Release of Bureau of Prisons Records, filed on June 27, 2013, ("Motion"). For good cause shown, the Court hereby GRANTS the Motion and hereby ORDERS that the Bureau of Prisons shall release the central file, medical records and psychological records of Edward Leon Fields, Jr., for the time period Edward Leon Fields, Jr. has been in the custody of the Bureau of Prisons, to counsel for the Respondent and counsel for the Petitioner.

Presented by:  /S Christopher J. Wilson
             CHRISTOPHER J. WILSON
             Assistant United States Attorney

Dated: July 2, 2013         Approved by: _____
                              RONALD A. WHITE
                              United States District Court Judge