| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
| | : | |
| Respondent, | : | CAPITAL 2255 PROCEEDINGS |
| | : | |
| -v- | : | HONORABLE RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

**UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**

Petitioner Edward Leon Fields, Jr. moves to extend the deadline for completing discovery in this matter until October 4, 2013. Pursuant to this Court's Order dated June 13, 2013 (Doc. 62), the current deadline is August 21, 2013. This motion is unopposed by Respondent United States of America. In support of this motion, Mr. Fields states the following:

Pursuant to this Court's order dated December 27, 2012, on April 23, 2013 his counsel produced trial counsel's file to the government as well as a log identifying all withheld documents. On June 20, 2013, the government requested that Mr. Fields' counsel provide additional information about the withheld documents identified in the log. On July 29, 2013, Mr. Fields' counsel provided a supplemental log as requested by the government. The following day, the government sent Mr. Fields' counsel a list of those documents identified in the supplemental log for which it was "inclined to request the court's in camera review."

Pursuant to this Court's urging that the parties work cooperatively to resolve discovery issues, the parties have conferred in an attempt to narrow the number of documents in dispute that will require the Court's attention. Because it will not be possible narrow the

documents in dispute and litigate any remaining issues by the current discovery deadline of

August 21, 2013, the parties have agreed that the discovery deadline should be extended until

October 4, 2013.

WHEREFORE, Mr. Fields, respectfully requests that the Court extend the time for

completing discovery in this matter until October 4, 2013.

Respectfully submitted,

/s/ David Osborne
Cristi Charpentier
David Osborne
Renee Edelman
Capital Habeas Corpus Unit
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
FAX: (215) 928-0826

Counsel for Petitioner Edward Fields, Jr.

**CERTIFICATE OF SERVICE**

I, David Osborne, hereby certify that on this 13th day of August, 2013, the foregoing

document was electronically filed and is available for viewing and downloading through the ECF

system.

/s/ David Osborne
David Osborne