UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
| | : | |
| Respondent, | : | CAPITAL 2255 PROCEEDINGS |
| | : | |
| -v- | : | HONORABLE RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |

_____ :

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, _____, upon consideration of the

Petitioner's Unopposed Motion to Extend Discovery Deadline, it is hereby ORDERED that the

motion is GRANTED.  The parties shall complete discovery on or before October 4, 2013.

_____
Ronald A. White, D.J.