UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
| | : | |
| Respondent, | : | CAPITAL 2255 PROCEEDINGS |
| | : | |
| -v- | : | HONORABLE RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |

_____ :

**ORDER**

AND NOW, this 15th day of August, 2013, upon consideration of the Petitioner's

Unopposed Motion to Extend Discovery Deadline (Doc. 65), it is hereby ORDERED that the

motion is GRANTED. The parties shall complete discovery on or before October 4, 2013.

Dated this 15th day of August, 2013.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA