# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

EDWARD LEON FIELDS, JR.,    )
          )
       *Petitioner*,    )
          )
v.          )      **Case No. CV-10-00115-RAW**
          )      **Criminal Case No. CR-03-73-RAW**
UNITED STATES OF AMERICA    )
          )
       *Respondent.*    )

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

**COMES NOW**, Respondent, United States of America, by and through undersigned counsel, and hereby moves to extend the deadline for completing discovery in this matter until November 1, 2013. The discovery deadline was previously extended to October 4, 2013 pursuant to this Court's Order (Doc. 66). This motion is unopposed by Petitioner. In support, the Respondent would submit the following:

Pursuant to this Court's order (Doc. 50), a neuropsychological evaluation was performed on the Petitioner by Dr. James Seward on July 31 – August 2, 2013 at FCC Terre Haute. Dr. Seward is in the process of preparing a report of his evaluation which will be subject to discovery is this matter. On August 28, 2013, counsel for the Respondent was advised that Dr. Seward will be unable to complete his report of the evaluation prior to the current October 4, 2013 discovery deadline. Dr. Seward's elderly father is currently experiencing significant health issues requiring Dr. Seward to dedicate unexpected time to assist. As a result, Dr. Seward is requesting additional time for completion of his report. On September 3, 2013, undersigned counsel was advised by counsel for Petitioner that he has no objection to extending the discovery deadline to and including November 1, 2013.

**WHEREFORE**, the United States of America respectfully requests the Court to extend the time for completing discovery in this matter until and including November 1, 2013.

Respectfully submitted,

MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

/S/ Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/S/ Jeffrey B. Kahan
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

## CERTIFICATE OF SERVICE

I, hereby certify that on September 4, 2013, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David Osborne, Attorney for Petitioner
Renee Edelman, Attorney for Petitioner
Cristi Charpentier, Attorney for Petitioner

/S/ Christopher J. Wilson
United States Attorney's Office