# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

EDWARD LEON FIELDS, JR.,     )
                                          )

        *Petitioner*,     )
                                          )

v.                                )       **Case No. CV-10-00115-RAW**
                                          )       **Criminal Case No. CR-03-73-RAW**

UNITED STATES OF AMERICA     )
                                          )

        *Respondent.*     )

## ORDER

**NOW** on this 4th day of September, 2013, Petitioner's Unopposed Motion to extend Discovery Deadline comes on for hearing. Good cause appearing, the Petitioner's Unopposed Motion to Extend Discovery Deadline (Doc. 67), it is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the parties shall complete discovery on or before November 1, 2013.

Dated this 4th day of September, 2013.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA