## United States v. Edward Leon Fields, CIV-10-115-RAW

| Date | Document Description | No. of Pages | Ground |
|------|---------------------|--------------|--------|
| 11/12/96 | Opinion | 8 | B |
| 09/15/97 | Draft pleading | 48 | B |
| 09/10/98 | Affidavit | 3 | B |
| 03/04/99 | Opinion | 23 | B |
| 09/14/99 | Draft pleading | 9 | B |
| 12/09/99 | Draft pleading | 10 | B |
| 01/18/00 | Draft pleading | 5 | B |
| 02/10/03 | Draft pleading | 31 | B |
| 03/19/03 | Draft pleading | 3 | B |
| 03/20/03 | Draft pleading | 17 | B |
| 04/03/03 | Draft pleading | 32 | B |
| 07/21/03 | Email from Brunton to Abel | 1 | B |
| 07/24/03 | Letter from Brunton to Garrett | 1 | B |
| 07/24/03 | Letter from Brunton to Garrett | 1 | B |
| 07/25/03 | Draft pleading | 4 | A |
| 07/30/03 | Fax from O'Connell to Gant | 2 | A |
| 08/15/03 | Draft pleading | 3 | A |
| 08/15/03 | Draft pleading | 5 | A |
| 08/19/03 | Email from Oswald to Holloway | 1 | A |
| 08/19/03 | Email from Sperling to O'Connell | 1 | B |
| 08/21/03 | Email from Holloway to Oswald | 1 | A |
| 09/19/03 | Invoice to O'Connell | 1 | B |
| 01/14/04 | Draft pleading | 12 | B |
| 01/14/04 | Draft pleading | 6 | B |
| 01/14/04 | Draft pleading | 6 | B |
| 01/14/04 | Draft pleading | 42 | B |
| 01/14/04 | Draft pleading | 26 | B |
| 01/14/04 | Draft pleading | 10 | B |
| 01/14/04 | Draft pleading | 5 | B |
| 01/14/04 | Draft pleading | 7 | B |
| 01/14/04 | Draft pleading | 15 | B |
| 01/14/04 | Draft pleading | 7 | B |
| 01/30/04 | Email from Wilson to Streater | 1 | B |
| 03/16/04 | SA Interview Summary | 1 | A |
| 03/16/04 | SA Interview Summary | 1 | A |
| 03/16/04 | SA Interview Summary | 1 | A |
| 03/16/04 | SA Interview Summary | 1 | A |
| 03/16/04 | SA Interview Summary | 2 | A |
| 03/16/04 | SA Interview Summary | 1 | A |
| 03/16/04 | SA Interview Summary | 1 | A |
| 03/31/04 | Draft pleading | 117 | B |
| 04/13/04 | Email from Gant to O'Connell | 2 | A |
| 04/14/04 | Email from Gant to O'Connell | 1 | A |
| 04/14/04 | Email from Gant to O'Connell | 1 | A |
| 05/18/04 | Memo from Shettles to File | 2 | A |
| 05/24/04 | Email from Gant to O'Connell | 1 | A |
| 05/24/04 | Draft pleading | 10 | A |
| 05/24/04 | Email from Gant to O'Connell | 1 | A |
| 05/25/04 | Letter from Shettles to Elliott | 1 | B |
| 05/28/04 | Email from Oswald to Shettles | 1 | B |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine
B -- Not relevant

**United States v. Edward Leon Fields, CIV-10-115-RAW**

| Date | Document Description | No. of Pages | Ground |
|------|---------------------|--------------|--------|
| 06/08/04 | Fax from Butler to Streater | 1 | B |
| 06/10/04 | Draft pleading | 6 | A |
| 06/16/04 | Email from O'Connell to Shettles | 1 | A |
| 06/16/04 | Email from O'Connell to Shettles | 1 | A |
| 07/12/04 | Draft pleading | 5 | A |
| 07/12/04 | Draft pleading | 4 | A |
| 08/17/04 | Order | 26 | B |
| 08/26/04 | Email from Gant to O'Connell | 2 | A |
| 08/26/04 | Email from Gant to O'Connell | 2 | A |
| 08/26/04 | Email from Gant to O'Connell | 2 | A |
| 08/26/04 | Email from Gant to O'Connell | 2 | A |
| 08/26/04 | Email from Gant to O'Connell | 6 | A |
| 08/26/04 | Email from Gant to O'Connell | 3 | A |
| 08/26/04 | Email from Gant to O'Connell | 2 | A |
| 08/26/04 | Email from O'Connell to Derryberry | 2 | A |
| 09/01/04 | Draft pleading | 14 | A |
| 09/01/04 | Draft pleading | 19 | A |
| 09/01/04 | Draft pleading | 5 | A |
| 09/01/04 | Draft pleading | 66 | A |
| 09/01/04 | Draft pleading | 3 | A |
| 09/01/04 | Draft pleading | 7 | A |
| 09/01/04 | Draft pleading | 10 | A |
| 09/01/04 | Draft pleading | 5 | A |
| 09/01/04 | Draft pleading | 8 | A |
| 09/01/04 | Draft pleading | 14 | A |
| 09/01/04 | Draft pleading | 68 | A |
| 09/01/04 | Draft pleading | 71 | A |
| 09/01/04 | Draft pleading | 69 | A |
| 09/01/04 | Draft pleading | 7 | A |
| 10/01/04 | Email from Gant to O'Connell | 3 | A |
| 10/29/04 | Email from Gant to Branham | 1 | A |
| 12/09/04 | Email from Gant to Branham | 1 | A |
| 12/13/04 | Memo from Branham to File | 1 | A |
| 12/20/04 | Email from Gant to O'Connell | 1 | A |
| 12/29/04 | Email from O'Connell to Shettles | 1 | A |
| 12/29/04 | Email from Shettles to O'Connell | 1 | A |
| 01/03/05 | Email from Gant to O'Connell | 1 | A |
| 01/05/05 | Email from O'Connell to Shettles | 1 | A |
| 01/07/05 | Email from Gant to O'Connell | 1 | A |
| 01/07/05 | Email from Gant to O'Connell | 1 | A |
| 01/07/05 | Email from Gant to O'Connell | 3 | A |
| 01/24/05 | Draft letter from O'Connell to Horn | 2 | A |
| 01/24/05 | Letter from O'Connell to Horn | 2 | B |
| 02/01/05 | Email from Woods to Freeman | 1 | A |
| 02/04/05 | Email from O'Connell to Shettles | 1 | A |
| 02/10/05 | Email from Gant to O'Connell | 1 | A |
| 02/11/05 | Email from Gant to O'Connell | 1 | A |
| 02/23/05 | Memo from Sperling to O'Connell | 1 | A |
| 03/09/05 | Email from Gant to O'Connell | 3 | A |
| 03/11/05 | Email from Gant to O'Connell | 1 | A |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine
B -- Not relevant

**United States v. Edward Leon Fields, CIV-10-115-RAW**

| Date | Document Description | No. of Pages | Ground |
|---|---|---|---|
| 03/31/05 | Draft pleading | 7 | A |
| 04/05/05 | Draft pleading | 3 | A |
| 04/21/05 | Draft pleading | 2 | A |
| 05/13/05 | Email from Tolliver to O'Connell | 1 | A |
| 05/13/05 | Calendar entry | 1 | B |
| 05/18/05 | Memo from Shettles to File | 2 | A |
| 05/20/05 | Draft pleading | 3 | A |
| 05/20/05 | Email from Branham to Kohlstrand | 1 | B |
| 05/23/05 | Email from Wilson to Streater | 1 | B |
| 05/23/05 | Email from Sperling to O'Connell | 1 | B |
| 05/24/05 | Order | 2 | B |
| 05/25/05 | Order | 1 | B |
| 05/25/05 | Order | 1 | B |
| 05/25/05 | Email from Manning to O'Connell | 1 | B |
| 05/25/05 | Draft pleading | 3 | A |
| 05/25/05 | Email from Manning to O'Connell | 1 | B |
| 05/26/05 | Email from Manning to O'Connell | 1 | A |
| 05/26/05 | Calendar entry | 1 | B |
| 05/27/05 | Email from O'Connell to O'Connell | 1 | A |
| 05/30/05 | Email from Otto to O'Connell | 1 | A |
| 05/31/05 | Calendar entry | 1 | B |
| 06/01/05 | Email from O'Connell to O'Connell | 2 | A |
| 06/01/05 | Email from O'Connell to O'Connell | 1 | A |
| 06/02/05 | Email from O'Connell to Gant | 1 | A |
| 06/07/05 | Email from Shelton to O'Connell | 1 | A |
| 06/08/05 | Letter from O'Connell to Bochnak | 2 | A |
| 06/08/05 | Letter from O'Connell to Harper | 2 | A |
| 06/08/05 | Expert funds request | 3 | A |
| 06/08/05 | Letter from Sperling to Raia | 3 | B |
| 06/10/05 | Draft pleading | 3 | A |
| 06/10/05 | Draft pleading | 8 | A |
| 06/13/05 | Calendar entry | 1 | B |
| 06/13/05 | Fax from O'Connell to Bochnak | 3 | A |
| 06/14/05 | Email from Manning to O'Connell | 1 | A |
| 06/14/05 | Email from Manning to O'Connell | 1 | A |
| 06/16/05 | Email from Manning to O'Connell | 1 | B |
| 06/19/05 | Email from Bochnak to O'Connell | 1 | A |
| 06/19/05 | Email from O'Connell to Gant | 1 | A |
| 06/20/05 | Email from Manning to O'Connell | 1 | A |
| 06/20/05 | Draft pleading | 5 | A |
| 06/22/05 | Email from Derryberry to O'Connell | 1 | A |
| 06/22/05 | Email from Manning to O'Connell | 1 | B |
| 06/24/05 | Draft pleading | 6 | A |
| 06/24/05 | Draft pleading | 7 | A |
| 06/24/05 | Calendar entry | 1 | B |
| 06/25/05 | Email from O'Connell to Gant | 1 | A |
| 06/27/05 | Email from Griffey to O'Connell | 1 | B |
| 06/28/05 | Fax from O'Connell to Wayerski | 3 | B |
| 06/28/05 | Email from Shettles to O'Connell | 1 | B |
| 06/29/05 | Email from Bowles to O'Connell | 1 | A |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine
B -- Not relevant

3

### United States v. Edward Leon Fields, CIV-10-115-RAW

| Date | Document Description | No. of Pages | Ground |
|---|---|---|---|
| 06/29/05 | Email from Sperling to O'Connell | 1 | B |
| 06/29/05 | Email from Shettles to O'Connell | 1 | A |
| 06/29/05 | Email from Sperling to O'Connell | 1 | B |
| 06/29/05 | Email from Sperling to Collins | 1 | B |
| 06/29/05 | Email from Gayle to O'Connell | 1 | B |
| 06/29/05 | Calendar entry | 1 | B |
| 06/29/05 | Email from Bowles to O'Connell | 1 | A |
| 06/30/05 | Calendar entry | 1 | B |
| 07/01/05 | Note | 1 | B |
| 07/01/05 | Letter from O'Connell to Horn | 5 | B |
| 07/01/05 | Email from Sperling to O'Connell | 1 | B |
| 07/05/05 | Calendar entry | 1 | B |
| 07/11/05 | Email from Manning to O'Connell | 1 | B |
| 07/12/05 | Email from Bowles to O'Connell | 1 | A |
| 07/12/05 | Email from Bowles to O'Connell | 1 | A |
| 07/12/05 | Email from Bowles to O'Connell | 1 | A |
| 07/14/05 | Email from Bowles to O'Connell | 1 | A |
| 07/14/05 | News release | 5 | B |
| 07/15/05 | Email from Bowles to O'Connell | 1 | A |
| 07/15/05 | Email from Streater to O'Connell | 1 | A |
| 07/15/05 | Email from Bowles to O'Connell | 1 | A |
| 07/15/05 | Email from Bowles to O'Connell | 1 | A |
| 07/15/05 | Email from Bowles to O'Connell | 1 | A |
| 07/15/05 | Email from Bowles to O'Connell | 1 | A |
| 07/15/05 | Email from Bowles to O'Connell | 1 | A |
| 07/16/05 | Email from O'Connell to O'Connell | 1 | A |
| 07/17/05 | Article | 3 | B |
| 07/21/05 | Email from OKN ECF to O'Connell | 1 | B |
| 07/22/05 | Email from Freedman to O'Connell | 1 | B |
| 07/24/05 | Email from Greenman to O'Connell | 1 | B |
| 07/25/05 | Email from Shettles to Oswald | 1 | A |
| 07/25/05 | Email from Otto to O'Connell | 1 | A |
| 07/25/05 | Email from Shettles to O'Connell | 1 | A |
| 07/25/05 | Email from Shettles to O'Connell | 1 | A |
| 07/25/05 | Handwritten note | 1 | A |
| 07/25/05 | Email from Greenman to O'Connell | 1 | B |
| 07/25/05 | Email from Shettles to O'Connell | 1 | B |
| 07/25/05 | Email from Shettles to O'Connell | 1 | B |
| 07/25/05 | Email from O'Connell to Shettles | 1 | A |
| 07/26/05 | Email from Freedman to O'Connell | 1 | A |
| 07/27/05 | Email from Manning to O'Connell | 1 | B |
| 07/27/05 | Email from Manning to O'Connell | 1 | B |
| 08/01/05 | Draft pleading | 3 | A |
| 08/02/05 | Email from Shettles to O'Connell | 1 | A |
| 08/09/05 | Email from Young to O'Connell | 1 | A |
| 08/10/05 | Email from Shettles to O'Connell | 1 | A |
| 08/10/05 | Email from Shettles to O'Connell | 1 | A |
| 09/07/05 | Email from Gant to O'Connell | 1 | A |
| 09/07/05 | Email from O'Connell to Gant | 1 | A |
| 09/07/05 | Email from Gant to O'Connell | 1 | A |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine
B -- Not relevant

4

## United States v. Edward Leon Fields, CIV-10-115-RAW

| Date | Document Description | No. of Pages | Ground |
|------|--------------------|:---:|:---:|
| 09/08/05 | Email from O'Connell to Gant | 1 | A |
| 09/12/05 | Email from Bliss to O'Connell | 1 | B |
| 09/12/05 | Email from Bliss to O'Connell | 1 | B |
| 09/12/05 | Email from Bliss to O'Connell | 1 | B |
| 09/12/05 | Email from Bliss to O'Connell | 1 | B |
| 09/21/05 | Email from Bliss to O'Connell | 1 | B |
| 09/21/05 | Email from Branham to O'Connell | 1 | A |
| 09/22/05 | Email from O'Connell to Fries | 1 | B |
| 09/22/05 | Email from Bliss to O'Connell | 1 | B |
| 09/23/05 | Email from Branham to O'Connell | 1 | A |
| 09/23/05 | Email from Bliss to O'Connell | 1 | B |
| 09/29/05 | Email from Branham to O'Connell | 1 | A |
| 10/04/05 | Email from Wilson to Streater | 1 | B |
| 10/06/05 | Email from Wilson to Streater | 1 | B |
| 10/06/05 | Email from Wilson to Streater | 1 | B |
| 11/01/05 | Email from Epperley to O'Connell | 1 | B |
| 11/01/05 | Email from Clarke to O'Connell | 1 | B |
| 11/01/05 | Email from Burr to O'Connell | 1 | B |
| 11/01/05 | Email from Epperley to O'Connell | 1 | B |
| 11/02/05 | Draft pleading | 4 | A |
| 11/08/05 | Calendar entry | 1 | B |
| 11/14/05 | Email from Kelley to O'Connell | 1 | B |
| 01/02/13 | Draft pleading | 2 | B |
| 01/02/13 | Draft pleading | 94 | B |
| 01/02/13 | Draft pleading | 66 | B |
| 02/05/13 | Draft affidavit | 3 | B |
| 04/05/13 | Draft pleading | 2 | A |
| 06/03/13 | Draft pleading | 8 | B |
| 07/04/13 | Draft pleading | 73 | B |
| 08/04/13 | Draft pleading | 32 | B |
| 11/03/13 | Draft affidavit | 5 | B |
| 12/04/13 | Draft pleading | 4 | A |
| | Handwritten notes | 156 | A |
| | Web pages | 11 | A |
| | Juror chart | 322 | A |
| | Booking information/docket | 8 | B |
| | Draft pleading | 56 | B |
| | Articles | 7 | B |
| | Draft pleading | 2 | A |
| | Draft pleading | 8 | A |
| | Draft instruction | 3 | B |
| | Draft pleading | 8 | B |
| | Articles | 9 | B |
| | Draft pleading | 2 | A |
| | Chart | 1 | A |
| | Draft chart | 1 | A |
| | Articles | 17 | B |
| | Draft letter to Cantwell | 13 | B |
| | Article | 1 | B |
| | Draft pleading | 7 | A |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine
B -- Not relevant

5

## United States v. Edward Leon Fields, CIV-10-115-RAW

| Date | Document Description | No. of Pages | Ground |
|---|---|---|---|
| | Draft pleading | 13 | B |
| | Opinion excerpt | 4 | B |
| | Draft pleading | 34 | A |
| | Articles | 7 | B |
| | Handwritten notes | 28 | A |
| | Draft instructions | 9 | A |
| | Federal prosecutions chart | 9 | B |
| | Draft pleading | 6 | A |
| | Pleadings | 530 | B |
| | Draft pleading | 2 | A |
| | Pleading index | 12 | B |
| | Typed note | 1 | A |
| | Pleading | 35 | B |
| | Program and handwritten note | 3 | B |
| | Notes | 1 | A |
| | Draft pleading | 9 | B |
| | Handwritten notes | 1 | A |
| | Leave request form | 4 | B |
| | Proposal | 6 | B |
| | Typed note | 1 | A |
| | Articles | 7 | B |
| | Draft instruction | 1 | B |
| | Draft pleading | 14 | B |
| | Typed note | 1 | B |
| | Typed note | 1 | A |
| | Typed note | 1 | B |
| | Draft letter from O'Connell to Horn | 2 | A |
| | Typed note | 1 | A |
| | Typed note | 1 | A |
| | Typed note | 1 | A |
| | Typed note | 1 | A |
| | Article | 2 | B |
| | Typed note | 1 | A |
| | Documents re: unrelated case | 9 | A |
| | Draft pleading | 11 | B |
| | Draft pleading | 4 | A |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine
B -- Not relevant