## U.S. v. Edward Fields, CIV-10-115-RAW

| Date | Document Description | Pages | Ground | Summary |
|---|---|---|---|---|
| 11/12/96 | Draft pleading | 8 | B | Response re: reconsideration of order striking death penalty allegations (unrelated case) |
| 9/15/97 | Draft pleading | 48 | B | Motion to dismiss intent to seek death penalty (unrelated case) |
| 9/10/98 | Affidavit | 3 | B | Affidavit of Resource Counsel re: death penalty statistics (unrelated case) |
| 3/4/99 | Opinion | 23 | B | Motion to strike aggravating factors (unrelated case) |
| 9/14/99 | Draft pleading | 9 | B | Memo re: motion to release grand jury transcripts (unrelated case) |
| 12/9/99 | Draft pleading | 10 | B | Motion precluding death penalty based on grand jury abuse (unrelated case) |
| 1/18/00 | Draft pleading | 5 | B | Memo re: precluding death penalty based on grand jury abuse (unrelated case) |
| 1/2/02 | Draft pleading | 2 | B | Notice of motion challenging death penalty (unrelated case) |
| 1/2/02 | Draft pleading | 94 | B | Memo re: motion to strike death penalty (unrelated case) |
| 1/2/02 | Draft pleading | 66 | B | Memo re: motion challenging death penalty (unrelated case) |
| 2/10/03 | Draft pleading | 31 | B | Motion to declare death penalty unconstitutional (unrelated case) |
| 3/19/03 | Draft pleading | 3 | B | Motion for protective order barring extrajudicial comments (unrelated case) |
| 3/20/03 | Draft pleading | 17 | B | Motion to strike death penalty (unrelated case) |
| 4/3/03 | Draft pleading | 32 | B | Brief regarding pretrial motions re: capital nature of case (unrelated case) |
| 6/3/03 | Draft pleading | 8 | B | Motion re: penalty phase evidence (unrelated case) |
| 7/21/03 | Email from Brunton to Abel | 1 | B | Status of FDO capital cases, newsletter |
| 7/24/03 | Letter from Brunton to Garrett | 1 | B | Release of records to Probation Office |
| 7/24/03 | Letter from Brunton to Garrett | 1 | B | Release of records to Probation Office |
| **7/25/03** | **Draft pleading** | **4** | **A** | **Brief re: motion for hearing on competency** |
| **7/30/03** | **Fax from O'Connell to Gant** | **2** | **A** | **Fax cover sheet, transmission confirmation** |
| 8/15/03 | Draft pleading | 3 | A | Motion to file continuance motion under seal |
| 8/15/03 | Draft pleading | 5 | A | Motion re: continuance of filing deadlines |
| 8/19/03 | Email from Oswald to Holloway | 1 | A | Budget authorization (unrelated case) |
| 8/19/03 | Email from Sperling to O'Connell | 1 | B | Request for contact visit with Fields |
| 8/21/03 | Email from Holloway to Oswald | 1 | A | Budget authorization (unrelated case) |
| 9/19/03 | Invoice to O'Connell | 1 | B | Invoice for copies |
| 11/3/03 | Draft affidavit | 5 | B | Affidavit of Resource Counsel re: time to prepare capital case |
| 1/14/04 | Draft pleading | 12 | B | Memo re: precluding death penalty based on grand jury abuse (unrelated case) |
| 1/14/04 | Draft pleading | 6 | B | Motion to preclude death penalty based on grand jury abuse (unrelated case) |
| 1/14/04 | Pleading | 6 | B | Motion re: witness list disclosure (unrelated case) |
| 1/14/04 | Pleading | 26 | B | Memo re: motion to dismiss death penalty based on race discrimination (unrelated case |
| 1/14/04 | Pleading | 5 | B | Motion to strike surplusage (unrelated case) |
| 1/14/04 | Pleading | 7 | B | Motion to dismiss death penalty based on race discrimination (unrelated case) |
| 1/14/04 | Pleading | 15 | B | Motion to strike surplusage (unrelated case) |
| 1/14/04 | Pleading | 7 | B | Motion to strike death penalty based on multiplicity (unrelated case) |
| 1/30/04 | Email from Wilson to Streater | 1 | B | Notice of status hearing |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine

B -- Not relevant

Bold entries indicate items requested by government on 7/30/13 but not produced

## U.S. v. Edward Fields, CIV-10-115-RAW

| Date | Document Description | Pages | Ground | Summary |
|---|---|---|---|---|
| 3/16/04 | SA Interview Summary | 1 | A | Angela Brown |
| 3/16/04 | SA Interview Summary | 1 | A | Janice Wright |
| 3/16/04 | SA Interview Summary | 1 | A | Becky Steelman |
| 3/16/04 | SA Interview Summary | 1 | A | Carl Wise |
| 3/16/04 | SA Interview Summary | 2 | A | Margaret Elliott |
| 3/16/04 | SA Interview Summary | 1 | A | Charles Gossow |
| 3/16/04 | SA Interview Summary | 1 | A | Marla Dodd |
| **4/13/04** | **Email from Gant to O'Connell** | **2** | **A** | **Timeline for capital cases** |
| **4/14/04** | **Email from Gant to O'Connell** | **1** | **A** | **Trial and motion scheduling** |
| **4/14/04** | **Email from Gant to O'Connell** | **1** | **A** | **Trial and motion scheduling** |
| 5/18/04 | Memo from Shettles to File | 2 | A | Victim outreach |
| **5/24/04** | **Email from Gant to O'Connell** | **1** | **A** | **Motion to vacate** |
| **5/24/04** | **Draft pleading** | **10** | **A** | **Motion to vacate** |
| **5/24/04** | **Email from Gant to O'Connell** | **1** | **A** | **NADCL workshop re: voir dire** |
| 5/25/04 | Letter from Shettles to Elliott | 1 | B | Victim outreach |
| 5/28/04 | Email from Oswald to Shettles | 1 | B | Hotel |
| 6/8/04 | Fax from Butler to Streater | 1 | B | Transcript |
| **6/10/04** | **Draft pleading** | **6** | **A** | **Response to answer to motion to vacate** |
| **6/16/04** | **Email from O'Connell to Shettles** | **1** | **A** | **Proceedings on motion to vacate** |
| **6/16/04** | **Email from O'Connell to Shettles** | **1** | **A** | **Proceedings on motion to vacate** |
| **7/12/04** | **Draft pleading** | **5** | **A** | **Response to motion for more definite Rule 12.2 notice** |
| 7/12/04 | Draft pleading | 4 | A | Motion for bill of particulars |
| 8/4/04 | Draft pleading | 32 | B | Petition for writ of certiorari (unrelated case) |
| 8/17/04 | Order | 26 | B | Ruling on motion to strike death penalty (unrelated case) |
| **8/26/04** | **Email from Gant to O'Connell** | **2** | **A** | **Grand jury abuse** |
| **8/26/04** | **Email from Gant to O'Connell** | **2** | **A** | **Sample motions** |
| **8/26/04** | **Email from Gant to O'Connell** | **2** | **A** | **Facial constitutional challenge to death penalty** |
| **8/26/04** | **Email from Gant to O'Connell** | **2** | **A** | **Grand jury abuse** |
| **8/26/04** | **Email from Gant to O'Connell** | **6** | **A** | **Motion to dismiss death penalty** |
| **8/26/04** | **Email from Gant to O'Connell** | **3** | **A** | **Victim impact** |
| **8/26/04** | **Email from Gant to O'Connell** | **2** | **A** | **Victim impact** |
| 8/26/04 | Email from O'Connell to Derryberry | 2 | A | Grand jury abuse |
| **9/1/04** | **Draft pleading** | **14** | **A** | **Motion for second stage procedures** |
| 9/1/04 | Draft pleading | 19 | A | Brief re: bill of particulars |
| 9/1/04 | Draft pleading | 5 | A | Motion to suppress |
| **9/1/04** | **Draft pleading** | **66** | **A** | **Motion to dismiss death penalty** |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine

B -- Not relevant

Bold entries indicate items requested by government on 7/30/13 but not produced

## U.S. v. Edward Fields, CIV-10-115-RAW

| Date | Document Description | Pages | Ground | Summary |
|------|---------------------|-------|--------|---------|
| 9/1/04 | Draft pleading | 3 | A | Motion re: confrontation |
| 9/1/04 | Draft pleading | 7 | A | Motion for bill of particulars |
| 9/1/04 | Draft pleading | 10 | A | Motion to strike future dangerousness aggravator |
| 9/1/04 | Draft pleading | 5 | A | Motion to suppress |
| 9/1/04 | Draft pleading | 8 | A | Motion to strike victim impact |
| 9/1/04 | Draft pleading | 14 | A | Motion to strike future dangerousness aggravator |
| **9/1/04** | **Draft pleading** | **68** | **A** | **Motion to strike death penalty** |
| **9/1/04** | **Draft pleading** | **71** | **A** | **Motion to strike death penalty** |
| **9/1/04** | **Draft pleading** | **69** | **A** | **Motion to strike death penalty** |
| **9/1/04** | **Draft pleading** | **7** | **A** | **Motion to strike non-statutory aggravators** |
| **10/1/04** | **Email from Gant to O'Connell** | **3** | **A** | **Capdefnet.org access** |
| **10/29/04** | **Email from Gant to Branham** | **1** | **A** | **Victim outreach** |
| **12/4/04** | **Draft pleading** | **4** | **A** | **Order re: mental health evidence** |
| **12/9/04** | **Email from Gant to Branham** | **1** | **A** | **Victim outreach** |
| **12/13/04** | **Memo from Branham to File** | **1** | **A** | **Victim outreach** |
| **12/20/04** | **Email from Gant to O'Connell** | **1** | **A** | **Victim outreach** |
| **12/29/04** | **Email from O'Connell to Shettles** | **1** | **A** | **Victim outreach** |
| **12/29/04** | **Email from Shettles to O'Connell** | **1** | **A** | **Victim outreach** |
| **1/3/05** | **Email from Gant to O'Connell** | **1** | **A** | **Jury questionnaires** |
| 1/5/05 | Email from O'Connell to Shettles | 1 | A | Change in prosecutors |
| **1/7/05** | **Email from Gant to O'Connell** | **1** | **A** | **Government's motion to continue** |
| **1/7/05** | **Email from Gant to O'Connell** | **1** | **A** | **Government's motion to continue** |
| **1/7/05** | **Email from Gant to O'Connell** | **3** | **A** | **Jury questionnaires, time between indictment and trial in capital cases** |
| 1/24/05 | Draft letter from O'Connell to Horn | 2 | A | Order regarding mental health examination |
| 1/24/05 | Letter from O'Connell to Horn | 2 | B | Order regarding mental health examination |
| 2/1/05 | Email from Woods to Freeman | 1 | A | Communication regarding unrelated case |
| 2/4/05 | Email from O'Connell to Shettles | 1 | A | Communication regarding unrelated case |
| **2/10/05** | **Email from Gant to O'Connell** | **1** | **A** | **Jury questionnaire** |
| **2/11/05** | **Email from Gant to O'Connell** | **1** | **A** | **Jury questionnaire** |
| 2/23/05 | Memo from Sperling to O'Connell | 1 | A | Order regarding mental health examination |
| **3/9/05** | **Email from Gant to O'Connell** | **3** | **A** | **Death qualification of jurors** |
| **3/11/05** | **Email from Gant to O'Connell** | **1** | **A** | **Order re: jury selection procedures (unrelated case)** |
| **3/31/05** | **Draft pleading** | **7** | **A** | **Response to motion re: mental health evidence** |
| 4/5/05 | Draft pleading | 3 | A | Joint motion for extension of deadline for trial briefs |
| **4/5/05** | **Draft pleading** | **2** | **A** | **Trial brief** |
| **4/21/05** | **Draft pleading** | **2** | **A** | **Trial brief** |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine

B -- Not relevant

Bold entries indicate items requested by government on 7/30/13 but not produced

## U.S. v. Edward Fields, CIV-10-115-RAW

| Date | Document Description | Pages | Ground | Summary |
|------|---------------------|-------|--------|---------|
| **5/13/05** | **Email from Tolliver to O'Connell** | **1** | **A** | **Government's proposed jury instructions** |
| **5/13/05** | **Calendar entry** | **1** | **A** | **Calendar entry re: due date for proposed jury instructions** |
| 5/18/05 | Memo from Shettles to File | 2 | A | Victim outreach |
| 5/20/05 | Draft pleading | 3 | A | Unopposed motion to continue |
| 5/20/05 | Email from Branham to Kohlstrand | 1 | B | Victim outreach |
| 5/23/05 | Email from Wilson to Streater | 1 | B | Entry of order, scheduling |
| 5/23/05 | Email from Sperling to O'Connell | 1 | B | Records, settlement |
| 5/24/05 | Motion | 2 | B | Ex parte motion for leave to file documents under seal |
| 5/25/05 | Order | 1 | B | Ex parte motion for leave to file documents under seal |
| 5/25/05 | Order | 1 | B | Ex parte application for subpoena and expenses |
| 5/25/05 | Email from Manning to O'Connell | 1 | B | After-hours office access |
| 5/25/05 | Draft pleading | 3 | A | Notice regarding non-briefing |
| 5/25/05 | Email from Manning to O'Connell | 1 | B | After-hours office access |
| 5/26/05 | Email from Manning to O'Connell | 1 | A | Contact phone number |
| 5/26/05 | Calendar entry | 1 | B | Calendar entry re: brief deadline |
| 5/27/05 | Email from O'Connell to O'Connell | 1 | A | Link to internet article re: profiler |
| 5/30/05 | Email from Otto to O'Connell | 1 | A | Profiler as government witness |
| 5/31/05 | Calendar entry | 1 | B | Calendar entry re: Fields hearing |
| 6/1/05 | Email from O'Connell to O'Connell | 2 | A | Electronic filing question |
| **6/1/05** | **Email from O'Connell to O'Conne** | **1** | **A** | **Scope of aggravation, use of hearsay, victim impact evidence** |
| **6/2/05** | **Email from O'Connell to Gant** | **1** | **A** | **Pre-trial hearing** |
| 6/7/05 | Email from Shelton to O'Connell | 1 | A | Jury order |
| 6/8/05 | Letter from O'Connell to Bochnak | 2 | A | Retainer letter for jury selection expert |
| 6/8/05 | Letter from O'Connell to Harper | 2 | A | Retainer letter for jury selection expert |
| 6/8/05 | Expert funds request | 3 | A | Request for funds for jury selection experts, paralegal assistance |
| 6/8/05 | Letter from Sperling to Raia | 3 | B | Future dangerousness assessment request |
| 6/10/05 | Draft pleading | 3 | A | Request to compel Rule 404(b) notice |
| **6/10/05** | **Draft pleading** | **8** | **A** | **Supplemental trial brief** |
| 6/13/05 | Calendar entry | 1 | A | Calendar entry re: meeting with Fries |
| 6/13/05 | Fax from O'Connell to Bochnak | 3 | A | Retainer letter for jury selection expert |
| **6/14/05** | **Email from Manning to O'Connell** | **1** | **A** | **Trial notebook preparations** |
| **6/14/05** | **Email from Manning to O'Connell** | **1** | **A** | **Trial notebook preparations** |
| **6/16/05** | **Email from Manning to O'Connell** | **1** | **A** | **Trial notebook preparations** |
| **6/19/05** | **Email from Bochnak to O'Connell** | **1** | **A** | **Trial date and voir dire** |
| **6/19/05** | **Email from O'Connell to Gant** | **1** | **A** | **Victim impact** |
| **6/20/05** | **Email from Manning to O'Connell** | **1** | **A** | **Trial notebook preparations** |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine

B -- Not relevant

Bold entries indicate items requested by government on 7/30/13 but not produced

## U.S. v. Edward Fields, CIV-10-115-RAW

| Date | Document Description | Pages | Ground | Summary |
|------|---------------------|-------|--------|---------|
| 6/20/05 | Draft pleading | 5 | A | Motion re: victim impact |
| 6/22/05 | Email from Derryberry to O'Connell | 1 | A | Voir dire |
| **6/22/05** | **Email from Manning to O'Connell** | **1** | **A** | **Trial notebook preparations** |
| 6/24/05 | Draft pleading | 6 | A | Motion/objection re: jury qualification process |
| 6/24/05 | Draft pleading | 7 | A | Motion re: future dangerousness |
| 6/24/05 | Calendar entry | 1 | A | Calendar entry re: motions deadline |
| **6/25/05** | **Email from O'Connell to Gant** | **1** | **A** | **Contact email address** |
| 6/27/05 | Email from Griffey to O'Connell | 1 | B | Address for Fed Ex |
| 6/28/05 | Fax from Wayerski to O'Connell | 3 | B | Notification re: use of stunbelt |
| 6/28/05 | Email from Shettles to O'Connell | 1 | B | Hotel |
| 6/29/05 | Email from Bowles to O'Connell | 1 | A | Clothing for Fields |
| 6/29/05 | Email from Sperling to O'Connell | 1 | B | Witness list |
| 6/29/05 | Email from Shettles to O'Connell | 1 | A | Hotel |
| 6/29/05 | Email from Sperling to O'Connell | 1 | B | Jury waiver form |
| 6/29/05 | Email from Sperling to Collins | 1 | B | Jury waiver form |
| 6/29/05 | Email from Janway to O'Connell | 1 | B | Address information for witness |
| 6/29/05 | Calendar entry | 1 | A | Calendar entry re: responses due |
| 6/29/05 | Email from Bowles to O'Connell | 1 | A | Fields' clothing size |
| 6/30/05 | Calendar entry | 1 | A | Calendar entry re: final pre-trial conference/change of plea |
| 7/1/05 | Note | 1 | B | Phone message re: unrelated case |
| 7/1/05 | Letter from O'Connell to Horn | 5 | B | Firewall procedures and request for Dr. Price's tapes |
| 7/1/05 | Email from Sperling to O'Connell | 1 | B | Witness list |
| 7/5/05 | Calendar entry | 1 | A | Calendar entry re: jury trial |
| **7/11/05** | **Email from Manning to O'Connell** | **1** | **A** | **Trial notebook preparations** |
| 7/12/05 | Email from Bowles to O'Connell | 1 | A | Witness travel arrangements |
| 7/12/05 | Email from Bowles to O'Connell | 1 | A | Witness travel arrangements |
| 7/12/05 | Email from Bowles to O'Connell | 1 | A | Witness travel arrangements |
| 7/14/05 | Email from Bowles to O'Connell | 1 | A | Service of subpoenas |
| 7/14/05 | News release | 5 | B | USA news release re: Chappell, Mann, Reynolds, Fields |
| 7/15/05 | Email from Bowles to O'Connell | 1 | A | Witness travel arrangements |
| 7/15/05 | Email from Streater to O'Connell | 1 | A | Subpoenas |
| 7/15/05 | Email from Bowles to O'Connell | 1 | A | Witness travel arrangements |
| 7/15/05 | Email from Bowles to O'Connell | 1 | A | Witness travel arrangements |
| 7/15/05 | Email from Bowles to O'Connell | 1 | A | Service of subpoenas |
| 7/15/05 | Email from Bowles to O'Connell | 1 | A | Subject line irrelevant and unrelated to contents of email |
| 7/15/05 | Email from Bowles to O'Connell | 1 | A | Service of subpoenas |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine

B -- Not relevant

Bold entries indicate items requested by government on 7/30/13 but not produced

**U.S. v. Edward Fields, CIV-10-115-RAW**

| Date | Document Description | Pages | Ground | Summary |
|---|---|---|---|---|
| 7/16/05 | Email from O'Connell to O'Connell | 1 | A | Links to internet articles re: closing arguments |
| 7/17/05 | Article | 3 | B | News article re: Malvo closing arguments |
| 7/21/05 | Email from OKN ECF to O'Connell | 1 | B | Service of subpoenas |
| **7/25/05** | **Email from Shettles to Oswald** | **1** | **A** | **Post-trial follow up** |
| **7/25/05** | **Email from Otto to O'Connell** | **1** | **A** | **Victim outreach seminar** |
| **7/25/05** | **Email from Shettles to O'Connell** | **1** | **A** | **Jury verdict** |
| **7/25/05** | **Email from Shettles to O'Connell** | **1** | **A** | **Post-trial follow up** |
| **7/25/05** | **Handwritten note** | **1** | **A** | **Post-trial follow up** |
| **7/25/05** | **Email from Shettles to O'Connell** | **1** | **A** | **Jury verdict** |
| 7/25/05 | Email from Shettles to O'Connell | 1 | B | Contact address |
| **7/25/05** | **Email from O'Connell to Shettles** | **1** | **A** | **Post-trial follow up** |
| **7/26/05** | **Email from Freedman to O'Conne** | **1** | **A** | **Post-trial follow up** |
| **7/27/05** | **Email from Manning to O'Connell** | **1** | **A** | **Trial notebook preparations** |
| **7/27/05** | **Email from Manning to O'Connell** | **1** | **A** | **Trial notebook preparations** |
| 8/1/05 | Draft pleading | 3 | A | Motion to allow retention of juror questionnaires |
| **8/2/05** | **Email from Shettles to O'Connell** | **1** | **A** | **Post-trial follow up** |
| 8/9/05 | Email from Young to O'Connell | 1 | A | Billing/contracts |
| 8/10/05 | Email from Shettles to O'Connell | 1 | A | Request for witness contact information |
| 8/10/05 | Email from Shettles to O'Connell | 1 | A | Request for witness contact information |
| **9/7/05** | **Email from Gant to O'Connell** | **1** | **A** | **Schedule/contact information** |
| **9/7/05** | **Email from O'Connell to Gant** | **1** | **A** | **Presentence report** |
| **9/8/05** | **Email from O'Connell to Gant** | **1** | **A** | **Request re: acceptance of responsibility** |
| 9/12/05 | Email from Bliss to O'Connell | 1 | B | Extension for filing objections to PSR |
| 9/12/05 | Email from Bliss to O'Connell | 1 | B | Extension for filing objections to PSR |
| 9/12/05 | Email from Bliss to O'Connell | 1 | B | Delivery of PSR |
| 9/12/05 | Email from Bliss to O'Connell | 1 | B | Changes to PSR |
| 9/21/05 | Email from Bliss to O'Connell | 1 | B | Changes to PSR |
| 9/21/05 | Email from Branham to O'Connell | 1 | A | Victim outreach |
| 9/22/05 | Email from O'Connell to Fries | 1 | B | Request re: acceptance of responsibility |
| 9/22/05 | Email from Bliss to O'Connell | 1 | B | Availability re: PSR |
| 9/23/05 | Email from Branham to O'Connell | 1 | A | Victim outreach |
| 9/23/05 | Email from Bliss to O'Connell | 1 | B | Changes to PSR |
| 9/29/05 | Email from Branham to O'Connell | 1 | A | Victim outreach |
| 10/4/05 | Email from Wilson to Streater | 1 | B | Notice re: sentencing |
| 10/6/05 | Email from Wilson to Streater | 1 | B | Notice re: sentencing |
| 10/6/05 | Email from Wilson to Streater | 1 | B | Notice re: sentencing |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine

B -- Not relevant

Bold entries indicate items requested by government on 7/30/13 but not produced

## U.S. v. Edward Fields, CIV-10-115-RAW

| Date | Document Description | Pages | Ground | Summary |
|---|---|---|---|---|
| 11/1/05 | Email from Epperley to O'Connell | 1 | B | Evidence at sentencing |
| 11/1/05 | Email from Clarke to O'Connell | 1 | B | Request for death notice |
| 11/1/05 | Email from Burr to O'Connell | 1 | B | Availability re: Fields case |
| 11/1/05 | Email from Epperley to O'Connell | 1 | B | Release of property |
| 11/2/05 | Draft pleading | 4 | A | Motion for reduction of sentence |
| 11/8/05 | Calendar entry | 1 | B | Sentencing date calendar entry |
| 11/14/05 | Email from Kelley to O'Connell | 1 | B | List of attorneys in Summers case |
| | **Handwritten notes** | **156** | **A** | **Case cites, future dangerousness, voir dire, victim impact, phone numbers, trial logistics, court conference, miscellaneous notes** |
| | Web pages | 11 | A | Web pages re: ghillie suit |
| | Juror chart | 322 | A | Prospective juror database |
| | Booking information/docket | 8 | B | Records re: Thomas Payne |
| | Articles | 7 | B | Newspaper clippings and printouts of news articles re: case |
| | Draft pleading | 2 | A | Portion of memo re: future dangerousness and victim impact |
| | **Draft pleading** | **8** | **A** | **Portion of memo re: constitutionality of substantial premeditation aggravator** |
| | Draft instruction | 3 | B | Jury instruction re: victim impact |
| | Articles | 9 | B | Newspaper clippings and printouts of news articles re: case |
| | Draft pleading | 2 | A | Portion of memo re: future dangerousness (unrelated case) |
| | Chart | 1 | A | Juror challenges chart |
| | Draft chart | 1 | A | Jury selection chart (unrelated case) |
| | Articles | 17 | B | Newspaper clipping re: case, articles re: death penalty and hand fishing |
| | Draft letter to Cantwell | 13 | B | Letter re: authorization of death penalty (unrelated case) |
| | Article | 1 | B | Newspaper article re: case |
| | Draft pleading | 7 | A | Portion of memo re: constitutionality of death penalty |
| | Draft pleading | 13 | B | Portion of memo re: time to prepare capital case (unrelated case) |
| | Opinion excerpt | 4 | B | Portion of memo re: remote juvenile conduct as aggravator (unrelated case) |
| | Draft pleading | 34 | A | Juror questionnaire |
| | Articles | 7 | B | Newspaper clippings and printouts of news articles re: case |
| | Handwritten notes | 28 | A | Voir dire, jurors |
| | **Draft instructions** | **9** | **A** | **Guilt phase jury instructions and notes** |
| | Draft pleading | 6 | A | Proposed voir dire questions |
| | Pleadings | 530 | B | Pleadings index and pleadings |
| | **Draft pleading** | **2** | **A** | **Portion of pleading re: discovery** |
| | Pleading index | 12 | B | Pleadings index |
| | **Typed note** | **1** | **A** | **Page from trial notebook index** |
| | Pleading | 35 | B | Motion re: penalty phase evidence (unrelated case) |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine

B -- Not relevant

Bold entries indicate items requested by government on 7/30/13 but not produced

## U.S. v. Edward Fields, CIV-10-115-RAW

| Date | Document Description | Pages | Ground | Summary |
|---|---|---|---|---|
| | Program and handwritten note | 3 | B | Program of swearing-in and telephone number |
| | Notes | 1 | A | Notes of case deadlines |
| | Draft pleading | 9 | B | Portion of memo re: penalty phase burdens (unrelated case) |
| | **Handwritten notes** | **1** | **A** | **Discovery** |
| | Leave request form | 4 | B | Request for leave form |
| | Proposal | 6 | B | Jury consultant materials |
| | Typed note | 1 | A | SA Jones |
| | Articles | 7 | B | Newspaper clippings and printouts of news articles re: case |
| | Draft pleading | 14 | B | Portion of memo re: future dangerousness (unrelated case) |
| | Typed note | 1 | B | Phone numbers, miscellaneous notes |
| | Typed note | 1 | A | Penny Mathew |
| | Typed note | 1 | B | Contact information for Maryland Fed. Defender |
| | Draft letter from O'Connell to Horn | 2 | A | Firewall procedures |
| | Typed note | 1 | A | Agent Long |
| | Typed note | 1 | A | Carole Lamb |
| | Typed note | 1 | A | Daniel Pressley |
| | **Typed note** | **1** | **A** | **Agent Dalley** |
| | Article | 2 | B | Article on voir dire |
| | Typed note | 1 | A | SA Alford |
| | Documents re: unrelated case | 9 | A | Richard Smith case materials |
| | Draft pleading | 11 | B | Motion to exclude victim impact evidence (unrelated case) |
| | Draft pleading | 4 | A | Portion of memo re: double-counting aggravators (unrelated case) |

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine
B -- Not relevant
Bold entries indicate items requested by government on 7/30/13 but not produced

**U.S. v. Edward Fields, CIV-10-115-RAW**

| Date | Document Description | Pages | Ground | Summary |
|------|---------------------|-------|--------|---------|

)

A -- Not relevant and protected by attorney-client privilege and/or work product doctrine
B -- Not relevant
Bold entries indicate items requested by government on 7/30/13 but not produced