———————————————————————

|                              |   |                          |
|------------------------------|---|--------------------------|
| UNITED STATES OF AMERICA,    | : | CIV-10-115-RAW           |
|                              | : |                          |
| Respondent,                  | : | CAPITAL 2255 PROCEEDINGS |
|                              | : |                          |
| -v-                          | : | HONORABLE RONALD A. WHITE |
|                              | : |                          |
| EDWARD LEON FIELDS, JR.,     | : |                          |
|                              | : |                          |
| Petitioner.                  | : |                          |
|                              | : |                          |
|                              | : |                          |

———————————————————————

**MOTION TO EXTEND DEADLINE FOR PETITIONER TO
PRODUCE DOCUMENTS FOR *IN CAMERA* REVIEW**

Petitioner Edward Leon Fields, Jr. moves to extend the deadline for producing documents for *in camera* review pursuant to this Court's order dated December 23, 2013 (Doc. 74) (the "Order"). Pursuant to the Order, Mr. Fields' counsel is directed to produce documents to the Court for *in camera* review by Monday, January 6, 2014. Mr. Fields requests that the Court extend the time for compliance with the Order until Monday, January 20, 2014. In support of this motion, Mr. Fields states the following.

The Court entered the Order on December 23, 2013. Mr. Fields' counsel have been out of the office for the holidays during most of the last two weeks. In addition, counsel's office was closed on Friday, January 3, 2014 due to inclement weather. Counsel have not yet had an opportunity to review and respond to the Order. The requested additional time is required to enable counsel to do so.

WHEREFORE, Mr. Fields, respectfully requests that the Court extend the time for compliance with the Order until Monday, January 20, 2014.

Respectfully submitted,

/s/ David Osborne
Cristi Charpentier
David Osborne
Renee Edelman
Capital Habeas Corpus Unit
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
FAX: (215) 928-0826

Counsel for Petitioner Edward Fields, Jr.

**CERTIFICATE OF SERVICE**

I, David Osborne, hereby certify that on this 6th day of January, 2014, the foregoing document was electronically filed and is available for viewing and downloading through the ECF system.

/s/ David Osborne
David Osborne