_____

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
| | : | |
| Respondent, | : | CAPITAL 2255 PROCEEDINGS |
| | : | |
| -v- | : | HONORABLE RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

_____ :

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Petitioner Edward Leon Fields, Jr. hereby moves pursuant to Rule 83.5 of the Local Civil Rules for leave to withdraw the appearance of undersigned counsel David Osborne in the above-captioned matter. In support of this motion, Mr. Osborne states that he has given notice to Mr. Fields that he is resigning from the Federal Community Defender Office for the Eastern District of Pennsylvania and can no longer represent him. Mr. Fields will continue to be represented in this matter by Cristi Charpentier and Renee Edelman. In addition, Hunter Labovitz from the Federal Community Defender Office intends to file a motion for leave to appear *pro hac vice* on behalf of Mr. Fields.

WHEREFORE, Mr. Fields respectfully requests that this Court grant leave to withdraw the appearance of David Osborne in this matter.

Respectfully submitted,


/s/David Osborne
DAVID OSBORNE
Federal Community Defender Office for the
  Eastern District of Pennsylvania Capital Habeas
Corpus Unit
601 Walnut Street
The Curtis Center, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated:   January 14, 2014

**CERTIFICATE OF SERVICE**

I, David Osborne, hereby certify that on this 14th day of January, 2014, the foregoing

document was electronically filed and is available for viewing and downloading through the ECF

system.

/s/ David Osborne
David Osborne