**FILED**

JAN 2 7 2014

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

|                                 |   |                             |
| UNITED STATES OF AMERICA,       | : | CIV-10-115-RAW              |
|                                 | : |                             |
| Respondent,                     | : | **CAPITAL 2255 PROCEEDINGS** |
|                                 | : |                             |
| -v-                             | : | HONORABLE RONALD A. WHITE   |
|                                 | : |                             |
| EDWARD LEON FIELDS, JR.,        | : |                             |
|                                 | : |                             |
| Petitioner.                     | : |                             |
|                                 | : |                             |

## MOTION FOR ADMISSION OF HUNTER S. LABOVITZ PRO HAC VICE

Pursuant to Rule 83.2(g) and Rule 83.3(c) of the local rules of the United States District Court for the Eastern District of Oklahoma, I, Hunter S. Labovitz, move to be admitted pro hac vice to the Bar of this Court for the purpose of representing Petitioner Edward Leon Fields in the above-captioned matter. In support of this motion, I submit the following information:

A.    My full name is Hunter S. Labovitz.

B.    My business address, telephone and fax are:
      Hunter S. Labovitz
      Federal Community Defender Office for the Eastern District of
      Pennsylvania – Capital Habeas Corpus Unit
      Suite 545 West – The Curtis Center
      Philadelphia, Pennsylvania 19106
      215-928-0520
      fax 215-928-0826

C. My firm name is the Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Corpus Unit. Two colleagues from my office, Cristi Charpentier and Renee Hurtig Edelman, have previously been assigned to this case by my office and have previously been admitted to the Bar of this Court pro hac vice.

D. I have been a member of the Bar of the Commonwealth of Pennsylvania since 2007 (Pa. Bar. No. 204760). I have been a member of the Bars of the United States District Courts for the Eastern District of Pennsylvania since 2007, the Middle District since 2011 and the Western District since 2009. Also, I have been a member of the Bars of the States of Maryland since 1994, Florida since 1996, the District of Columbia since 1998, North Carolina since 2001, and New Jersey since 2006.

E. I am a member of the above Bars in good standing and am not under suspension or disbarment from any Bar.

F. I do not reside in the Eastern District of Oklahoma, am not regularly employed in this District and I am not regularly engaged in the practice of law in this District.

G. I seek relief from the requirement of being moved into this Court pro hac vice by an associated local counsel because of local counsels' conflict of interest as a result of representing Petitioner previously. The office of the Federal Defender for the Eastern District of Oklahoma is not available to serve as local counsel because that office represented Petitioner at trial and appeal, and the performance of counsel from that office is a subject of the motion for relief that has been filed in this matter. I make this averment in accord with LCvR 83.3.

H. I certify that I am familiar with the Local Rules of Court and will abide by the applicable rules of attorney conduct for the duration of counsel's activity in the Eastern District of Oklahoma.

I. Upon approval of this Motion to Appear Pro Hac Vice, I will file the required Entry of Appearance form in accordance with LCvR 83.4.

2

J.     Pursuant to LCvR 83.2, I have included with this Motion a completed Application for Admission <u>Pro Hac Vice</u> and a proposed Order. I attest under the penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted <u>pro</u> <u>hac</u> <u>vice</u> to the Bar of this Court to appear in the above-captioned matter.

Respectfully Submitted,

Hunter S. Labovitz
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
hunter_labovitz@fd.org

Dated: January 23, 2014

## CERTIFICATE OF SERVICE

I, Hunter S. Labovitz, hereby certify that on this 23rd day of January, 2014, I caused a copy of the foregoing document to be served on the following counsel by first-class U.S. mail, postage pre-paid:

Christopher J. Wilson
Assistant United States Attorney
Eastern District of Oklahoma
1200 West Okmulgee
Muskogee, OK 74401-6848
Tel: (918) 684-5100

Jeffrey B. Kahan
Trial Attorney, Capital Case Unit
United States Department of Justice
1331 F Street, N.W., 3rd Floor
Washington, D.C. 20530
Tel: (202) 305-8910

Hunter S. Labovitz

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

United States of America )
)
Respondent, )
)
VS.                          Plaintiff(s) )    Case No. CIV-10-115-RAW
)
Edward Leon Fields, Jr., )
)
Petitioner. )
)
Defendant(s) )

## APPLICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name:  Hunter S. Labovitz

2. State bar membership number:  PA Bar No. 204760

3. Business address, telephone and fax numbers:  Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Corpus Unit, Suite 545 West, The Curtis Center, Philadelphia, PA  19106 (215) 928-0520 (phone), (215) 928-0826 (fax)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Commonwealth of Pennsylvania, United States District Courts for the Eastern, Middle and the Western Districts of Pennsylvania, State of Maryland, State of Florida, District of Columbia, State of North Carolina and State of New Jersey

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes   (No)

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes   (No)
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   (Yes)   No

   A check for $50 should be made payable to the Clerk, U.S. District Court.
   (Government Attorneys are exempted from paying this fee)

DATED this  23rd  day of  JANUARY  , 2014 .

Signature of Applicant