# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Oklahoma

| | | |
|---|---|---|
| EDWARD LEON FIELDS, JR. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   CIV-10-115-RAW |
| UNITED STATES | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Leon Fields, Jr.

Date:      02/07/2014

*Attorney's signature*

Hunter S. Labovitz (pro hac vice)
*Printed name and bar number*

Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
*Address*

hunter_labovitz@fd.org
*E-mail address*

(215) 928-0520
*Telephone number*

(215) 928-0826
*FAX number*