## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

**EDWARD LEON FIELDS, JR.,**
    Petitioner,

v.

**UNITED STATES OF AMERICA**,
    Respondent.

Case No. CIV-10-115-RAW

Criminal Case No. CR-03-073-RAW

## ORDER

Before the court is the Respondent's Motion for *in Camera Review* of Allegedly Privileged Documents [Docket No. 71]. The Government requests the court review allegedly privileged documents withheld by Petitioner's counsel. The Government further requests the court order production of any documents the court finds are not protected by privilege.

Counsel for the Petitioner submitted approximately 650 pages of documents to the court on January 21, 2014 for *in camera review*.[*] The court has carefully reviewed those documents, as well as the nine grounds for relief listed in the habeas petition [Docket No. 1-2, pages 2-6]. Counsel for Petitioner argues that the documents are privileged and not subject to production.

The court looks to  United States v. Pinson, 584 F.3d 972 (10th Cir. 2009) as to whether the protections have been waived in this particular instance.   Pinson states that

---

\*    The court notes that none of the documents produced were Bates stamped.

1

"when a habeas petitioner claims ineffective assistance of counsel, he impliedly waives attorney-client privilege with respect to communications with his attorney necessary to prove or disprove his claim." Id., at 978. Additionally, the court "must impose a waiver no broader than needed to ensure the fairness of the proceedings before it." Id.

The documents submitted for review contain primarily notes by trial counsel regarding jury selection, correspondence between counsel and staff, and attempts to interview witnesses. Considering the number and breadth of Petitioner's allegations of ineffective assistance of counsel, especially allegations involving failure to investigate, the court believes all of these documents could potentially be relevant "to the specific ineffective assistance of counsel claims raised" in this particular habeas action. Id., at 979.

For the reasons stated above, the Motion [Docket No. 71] is GRANTED. The court orders counsel for Petitioner to produce the documents to the Government within ten days of the date of this order.

Dated this 20th day of February, 2014.

Ronald A. White
United States District Judge
Eastern District of Oklahoma