**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EDWARD LEON FIELDS, JR.,** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| **v.** | ) | **Case No. CV-10-00115-RAW** |
| | ) | **Criminal Case No. CR-03-73-RAW** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent.* | ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

**COME NOW**, Petitioner and Respondent, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(c) hereby respectfully moves this Court to enter an Agreed Protective Order. The parties have agreed to this protective order in an effort to protect the confidentiality of raw data and related materials concerning the neuropsychological testing of the Petitioner/Defendant Edward Leon Fields, Jr., in this case, as well as in recognition of the professional obligations of the respective expert neuropsychologists retained by the parties in this case.

WHERFORE, the parties respectfully request this Court enter the agreed Protective Order.

Respectfully submitted,

/s/ Christopher J. Wilson
Christopher J. Wilson, OBA # 13801
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/s/ Jeffrey B. Kahan
Jeffrey B. Kahan, Pa. No. 93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice

/s/ Renee Hurtig Edelman
Renee Hurtig Edelman
Cristi Charpentier
Hunter Labovitz
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
FAX: (215) 928-0826

1331 F Street, NW, Rm. 337
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

Counsel for Respondent United States America Counsel for Petitioner Edward Fields, Jr

## <u>CERTIFICATE OF SERVICE</u>

  I, hereby certify that on May 8, 2014, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Renee Hurtig Edelman, Attorney for Petitioner
Cristi Charpentier, Attorney for Petitioner
Hunter Labovitz, Attorney for Petitioner
Christopher J. Wilson, Attorney for Respondent
Jeffrey B. Kahan, Attorney for Respondent

       /s/ Christopher J. Wilson
       United States Attorney's Office