| | | |
|---|---|---|
| **EDWARD LEON FIELDS, JR.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-10-115-RAW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>ORDER</u>

Before the court is the joint motion of the parties for protective order. The parties assert they seek to protect the confidentiality of raw data and related materials concerning the neuropsychological testing of the petitioner, "as well as in recognition of the professional obligations of the respective neuropsychologists retained by the parties in this case." The parties have submitted a proposed Agreed Protective Order. The motion will not be granted, at least as such a ruling would be manifested in the proposed order.

The proposed order appears to seek confidentiality of the material both as to the discovery process <u>and</u> presentation to the court. Generally, "[s]ecrecy is fine at the discovery stage, before the material enters the judicial record. But those documents, usually a small subset of all discovery, that influence or underpin the judicial decision are open to public inspection unless they meet the definition of trade secrets of other categories of bona fide long-term confidentiality." *Baxter Int'l Inc. v. Abbott Labs.,* 297 F.3d 544, 545 (7th Cir.2002).

"Whether judicial records . . . should be sealed . . . is a matter left to the sound discretion of the district court." *Mann v. Boatright,* 477 F.3d 1140, 1149 (10th Cir.2007). Likewise, the decision to issue a protective order rests within the court's discretion. *See Thomas v. Int'l Bus. Mach.,* 48 F.3d 478, 482 (10th Cir.1995). At this time, the parties have not provided sufficient specificity to demonstrate "good cause" under Rule 26(c) F.R.Cv.P. Conclusory or stereotypical assertions are insufficient. *See S.E.C. v. Dowdell,* 144 Fed.Appx. 716, 723 n.2 (10th Cir.2005).

It is the order of the court that the joint motion for protective order (#83) is hereby denied without prejudice.

**ORDERED THIS 13th DAY OF MAY, 2014.**

**Dated this 13th day of May, 2014.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma