# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

**EDWARD LEON FIELDS, JR.,** )
)
*Petitioner*, )
)
**v.** )      **Case No. CV-10-00115-RAW**
)      **Criminal Case No. CR-03-73-RAW**
**UNITED STATES OF AMERICA,** )
)
*Respondent.* )

## PROTECTIVE ORDER

Before the Court is the Joint Motion for Protective Order (Doc. 83). Pursuant to Fed. R. Civ. P. 26 (c), and for good cause shown, this Court recognizes that certain documents produced in this litigation may be confidential and proprietary in nature, and hereby orders as follows:

1.      Petitioner and Respondent are to keep confidential all raw data and testing materials resulting from neuropsychological and/or psychological testing of Petitioner/Defendant Edward Leon Fields, Jr., ("Raw Psychological Testing Data") in these actions, irrespective of whether generated by experts for Petitioner or Respondent. All person(s) generating such Raw Psychological Testing Data, including all retained experts in this case, shall be required by this Order to disclose all of said Raw Psychological Testing Data to counsel for the parties in this case, subject to the terms of this Order, in such manner as may be agreed by the parties, or to the extent no such agreement is reached, in such manner and to such extent as may be determined by further order of this Court, upon application or motion by one or more parties.

2.      Such Raw Psychological Testing Data are restricted to use in these 2255 proceedings and/or any subsequent proceedings ordered as a result of these proceedings and shall not be disclosed or communicated to anyone except (1) counsel of record, and necessary clerical and legal support personnel employed by such counsel, (2) independent experts whether retained

1

for consultation or testimony in these 2255 proceedings and/or any subsequent proceedings ordered as a result of these proceedings, (3) the Court and its employees, and (4) court reporters and videographers taking or transcribing testimony given at deposition, hearing or trial.

3.    After final termination of these 2255 proceedings and/or any subsequent proceedings ordered as a result of these proceedings, each receiving party shall destroy or return all such Raw Psychological Testing Data to the party producing the records, together with all copies thereof, whether in the possession of the attorneys, their staff or experts, contractors or consultants.

4.    Neither the termination of this action nor the termination of employment of any person who had access to said Raw Psychological Testing Data, or information obtained therefrom, shall relieve any person from the obligation of maintaining both the confidentiality and the restrictions on use of anything disclosed pursuant to this Order.

5.    Should it become necessary for any Raw Psychological Testing Data be used in any hearing of this matter or submitted in support of any motion in this matter, each party reserves the right to request upon showing of good cause a further Order from this Court for the purposes of ensuring the confidentiality of the Raw Psychological Testing Data.

DATED THIS 27th day of May, 2014.

_____
RONALD A. WHITE
United States District Judge

AGREED AND APPROVED AS TO FORM:

/s/ Christopher J. Wilson                          /s/ Renee Hurtig Edelman
Christopher J. Wilson, OBA # 13801       Renee Hurtig Edelman
Assistant United States Attorney               Cristi Charpentier

520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/s/ Jeffrey B. Kahan
Jeffrey B. Kahan, Pa. No. 93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW, Rm. 337
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

Counsel for Respondent United States America

Hunter Labovitz
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
FAX: (215) 928-0826

Counsel for Petitioner Edward Fields, Jr