# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**,
    Respondent,

v.

**EDWARD LEON FIELDS, JR.**
    Petitioner.

Case No. CIV-10-115-RAW

Capital 2255 Proceedings

## ORDER

This § 2255 action was filed on April 6, 2010 [Docket No. 1]. Counsel have been conducting discovery in this matter for over four years. A Protective Order was entered on May 27, 2014 [Docket No. 86].

Counsel are directed to file a Joint Status Report no later than September 1, 2014. That report should include the following:

1. What discovery has been completed to date.

2. What discovery remains to be completed and the estimated completion of any outstanding discovery.

3. Proposed deadlines for the filing of briefs.

4. Any other matters or issues that would benefit the court in setting a schedule.

Dated this 29th day of July, 2014.

**Dated this 29th day of July, 2014.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma