_____

|                                        |   |                              |
|----------------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA,              | : | CIV-10-115-RAW               |
|                                        | : |                              |
| Respondent,                            | : | CAPITAL 2255 PROCEEDINGS     |
|                                        | : |                              |
| -v-                                    | : | HONORABLE RONALD A. WHITE    |
|                                        | : |                              |
| EDWARD LEON FIELDS, JR.,               | : |                              |
|                                        | : |                              |
| Petitioner.                            | : |                              |
|                                        | : |                              |

_____ :

**JOINT STATUS REPORT**

Pursuant to the Court's Order of July 29, 2014 (Doc. 87), the parties state the following:

1-2.    All discovery ordered by the Court has been completed by the parties.

      A.    Pursuant to the Court's Order of November 8, 2012 (Doc. 50):

            1.    Respondent's counsel informed Petitioner that all documents relating to the Effexor bottle had previously been produced and that Respondent was unaware of any additional documents.

            2.    Petitioner copied trial counsel's complete case files relating to their representation of Petitioner, with the exception of those documents for which a privilege was asserted.  As to those documents, a privilege log was provided to Respondent's counsel.

            3.    Respondent's expert performed a neuropsychological evaluation of Petitioner.

      B.    Pursuant to the Court's Order of April 15, 2013 (Doc. 60), Respondent obtained mental health documents previously subject to the protection of a

firewall. These documents were also provided to counsel for Petitioner.

    C.    Pursuant to the Court's Order of July 2, 2013 (Doc. 64), counsel for both parties obtained Petitioner's Bureau of Prisons central file, medical records and psychological records.

    D.    Following *in camera* review of certain documents listed in the privilege log, and pursuant to the Court's Order of February 20, 2014, Petitioner provided additional documents from trial counsel's file.

3-4. The parties believe that a status conference would aid the Court and the parties in identifying the remaining issues in this matter and in setting an orderly process for those issues to be resolved. Counsel are available at the Court's convenience for such a conference.

WHEREFORE, Petitioner Edward Leon Fields and Respondent the United States of America respectfully request that the Court schedule a status conference to discuss further proceedings in this matter.

Respectfully submitted,

/s/ Christopher J. Wilson
Christopher J. Wilson, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/s/ Jeffrey B. Kahan
Jeffrey B. Kahan, Pa. No. 93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW, Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

/s/ Renee Hurtig Edelman
Cristi Charpentier
Renee Hurtig Edelman
Hunter Labovitz
Capital Habeas Corpus Unit
Federal Community Defender Office
 for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
FAX: (215) 928-0826

## CERTIFICATE OF SERVICE

I, Renee Hurtig Edelman, hereby certify that on this 28th day of August, 2014, the foregoing document was electronically filed and is available for viewing and downloading through the ECF system.

/s/ Renee Hurtig Edelman
Renee Hurtig Edelman