**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>Respondent,<br><br>v.<br><br>**EDWARD LEON FIELDS, JR.**<br>Petitioner. | Case No. 10-CIV-115-RAW<br><br>Capital 2255 Proceedings |

**ORDER**

Before the court is the Joint Status Report [Docket No. 88]. On Page 2, the report states: The parties believe that a status conference would aid the Court and the parties in identifying the remaining issues in this matter and in setting an orderly process for those issues to be resolved.

The court directs counsel to confer, and supplement their Joint Status Report no later than September 25, 2014 to indicate what issues remain, as well as counsel's proposed orderly process for those issues to be resolved.

Dated this 5th day of September, 2014.

**Dated this 5th day of September, 2014.**

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma