**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA**,
Respondent,

v.

**EDWARD LEON FIELDS, JR.**
Petitioner.

Case No. 10-CIV-115-RAW

Capital 2255 Proceedings

**ORDER**

Before the court is the Joint Status Report [Docket No. 88] and Supplemental Joint Status Report [Docket No. 90]. Petitioner seeks relief from his sentence of death on nine grounds, six of which include allegations of ineffective assistance of counsel.

The Joint Status Report indicates that all discovery is complete [Docket No. 88, page 1]. The court sets the following schedule for briefing of dispositive motions prior to any necessary evidentiary hearing:

| | |
|---|---|
| Government to file dispositive motion(s) | February 20, 2015 |
| Petitioner's response(s) | April 20, 2015 |
| Government to file reply brief(s) | May 20, 2015 |

Dated this 13th day of November, 2014.

**Dated this 13th day of November, 2014.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma