| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
| | : | |
| Respondent, | : | CAPITAL 2255 PROCEEDINGS |
| | : | |
| v. | : | HONORABLE RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |

### PETITIONER'S UNOPPOSED MOTION TO VACATE THE CURRENT MOTIONS BRIEFING SCHEDULE AND EXTEND THE DISCOVERY DEADLINE

Petitioner Edward Leon Fields, Jr., through undersigned counsel, hereby moves unopposed to vacate the current briefing schedule for dispositive motions and extend the discovery deadline. A proposed order accompanies this motion. In support thereof, Petitioner states as follows:

1. Petitioner's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (Doc. No.1) is currently pending before the Court.

2. On August 28, 2014, the parties submitted a Joint Status Report indicating that discovery was complete (Doc. No. 88 at 1). In light of that representation, the Court then entered an Order on November 13, 2014, setting a briefing schedule for dispositive motions. (Doc. No. 91). Pursuant to that Order, the Respondent is scheduled to file its dispositive motion by February 20, 2015, with Petitioner's response due by April 20, 2015, and the Respondent's reply due by May 20, 2015.

3. On Friday, January 9, 2015, undersigned counsel was informed by trial counsel Isaiah Gant that he had located four (4) boxes of documents regarding the Edward Fields case, as well as numerous pages of handwritten notes that he had taken during Petitioner's voir dire and trial (hereinafter "Gant documents"). Mr. Gant had not previously informed Petitioner's counsel that he had any files related to Petitioner's case.

4. Undersigned counsel does not know the full content of the information in the Gant documents nor does undersigned counsel have those documents or copies thereoef in their possession.

5. On January 15, 2015, undersigned counsel informed counsel for the Respondent of the discovery of Mr. Gant's files related to Petitioner's case. Respondent's counsel requested that, given the additional potential discovery material in the Gant documents, Petitioner file an unopposed motion explaining the circumstances to the Court and requesting to vacate the current briefing deadlines and extend the discovery deadline. Petitioner's counsel agreed to this proposal as a mutually satisfactory and efficient resolution of the recent development regarding Mr. Gant's records related to Petitioner's case.

6. Undersigned counsel will make immediate arrangements to secure or copy the entirety of Mr. Gant's file related to Petitioner's case. Consistent with this Court's prior discovery Order related to trial counsel's files (Doc. No. 50 at 11) as well as United States v. Pinson, 584 F.3d 972, 978 (10th Cir. 2009) ("[w]hen a habeas petitioner claims ineffective assistance of counsel, he impliedly waives attorney-client privilege with respect to communications with his attorney necessary to prove or disprove his claim."), Petitioner requests 45 days to make available to the Respondent Mr. Gant's complete case files relating to his

representation of Petitioner, with the exception of those documents for which a privilege is asserted, for which counsel will provide Respondent's counsel with a detailed privilege log.

7.      Christopher Wilson and Jeffrey Kahan, counsel for the Respondent, have reviewed this Motion prior to filing and have authorized undersigned counsel to represent that they do not oppose it.

WHEREFORE, Petitioner respectfully requests that the Court vacate the current briefing schedule for dispositive motions and extend the discovery deadline to enable Petitioner to obtain Mr. Gant's files from Petitioner's case and provide them to the Government consistent with the Court's prior discovery Order (Doc. No. 50).

Respectfully submitted,

/s/ Hunter Labovitz
Hunter Labovitz
Cristi Charpentier
Capital Habeas Corpus Unit
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
FAX: (215) 928-0826

Counsel for Petitioner Edward Fields, Jr.

**CERTIFICATE OF SERVICE**

I, Hunter Labovitz, hereby certify that on this ____ day of January, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent

Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter Labovitz
Hunter Labovitz