UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
| | : | |
| Respondent, | : | CAPITAL 2255 PROCEEDINGS |
| | : | |
| v. | : | HONORABLE RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |

_____  :

**ORDER**

AND NOW, this ___ day of _____, 2015, upon consideration of *Petitioner's*

*Unopposed Motion to Vacate the Current Motions Briefing Schedule and Extend the Discovery*

*Deadline*, it is hereby ORDERED:

Petitioner's motion is GRANTED.

Within 45 days, Petitioner will make available to the Respondent Isaiah Gant's complete

case files relating to his representation of Petitioner, with the exception of those documents for

which a privilege is asserted, for which counsel will provide Respondent's counsel with a

detailed privilege log.


_____

Ronald A. White
United States District Judge
Eastern District of Oklahoma