**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **EDWARD LEON FIELDS, JR.,**<br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br>Respondent. | Case No. CIV-10-115-RAW<br><br>Criminal Case No. CR-03-073-RAW |

**ORDER**

AND NOW, this 28th day of January, 2015, upon consideration of Petitioner's Unopposed Motion to Vacate the Current Motions Briefing Schedule and Extend the Discovery Deadline [Docket No. 92], it is hereby ORDERED: Petitioner's motion is GRANTED.

Within 45 days, Petitioner will make available to the Respondent Isaiah Gant's complete case files relating to his representation of Petitioner, with the exception of those documents for which a privilege is asserted, for which counsel will provide Respondent's counsel with a detailed privilege log.

Dated this 28th day of January, 2015.

Ronald A. White
United States District Judge
Eastern District of Oklahoma