**FILED**

FEB 2 0 2015

PATRICK KEANEY
Clerk, U S District Court

By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
| Respondent, | : | **CAPITAL 2255 PROCEEDINGS** |
| -v- | : | HONORABLE RONALD A. WHITE |
| EDWARD LEON FIELDS, JR., | : | |
| Petitioner. | : | |

## <u>MOTION FOR ADMISSION OF KATHERINE E. ENSLER<br>PRO HAC VICE</u>

Pursuant to Rule 83.2(g) and Rule 83.3(c) of the local rules of the United States District Court for the Eastern District of Oklahoma, I, Katherine E. Ensler, move to be admitted <u>pro hac vice</u> to the Bar of this Court for the purpose of representing Petitioner Edward Leon Fields in the above-captioned matter. In support of this motion, I submit the following information:

A.  My full name is Katherine E. Ensler.

B.  My business address, telephone and fax are:
Katherine E. Ensler
Federal Community Defender Office for the Eastern District of
Pennsylvania – Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520 (telephone)
215-928-0826 (fax)

C. My firm name is the Federal Community Defender Office for the Eastern District of Pennsylvania, Capital Habeas Corpus Unit. Four colleagues from my office, Cristi Charpentier, Renee Hurtig Edelman, David Osborne, and Hunter S. Labovitz, have previously been assigned to this case by my office and have previously been admitted to the Bar of this Court pro hac vice.

D. I have been a member of the Bar of the Commonwealth of Pennsylvania since 2014 (Pa. Bar. No. 319029). I have been a member of the Bar of the United States District Court for the Eastern District of Pennsylvania since 2014. Also, I have been a member of the Bar of the State of New Jersey since 2014.

E. I am a member of the above Bars in good standing and am not under suspension or disbarment from any Bar.

F. I do not reside in the Eastern District of Oklahoma, am not regularly employed in this District, and am not regularly engaged in the practice of law in this District.

G. I seek relief from the requirement of being moved into this Court pro hac vice by an associated local counsel because of local counsels' conflict of interest as a result of representing Petitioner previously. The office of the Federal Defender for the Eastern District of Oklahoma is not available to serve as local counsel because that office represented Petitioner at trial and appeal, and the performance of counsel from that office is a subject of the motion for relief that has been filed in this matter. I make this averment in accord with LCvR 83.3.

H. I certify that I am familiar with the Local Rules of Court and will abide by the applicable rules of attorney conduct for the duration of counsel's activity in the Eastern District of Oklahoma.

I. Upon approval of this Motion to Appear Pro Hac Vice, I will file the required Entry of Appearance form in accordance with LCvR 83.4.

J. Pursuant to LCvR 83.2, I have included with this Motion a completed

2

Application for Admission <u>Pro Hac Vice</u> and a proposed Order. I attest under the penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted <u>pro hac vice</u> to the Bar of this Court to appear in the above-captioned matter.

Respectfully Submitted,

Katherine E. Ensler
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
215-928-0826 (fax)
katherine_ensler@fd.org

Dated: February 17, 2015

3

## CERTIFICATE OF SERVICE

I, Katherine E. Ensler, hereby certify that on this 17th day of February, 2015, I caused a copy of the foregoing document to be served on the following counsel by first-class U.S. mail, postage pre-paid:

Christopher J. Wilson
Assistant United States Attorney
Eastern District of Oklahoma
1200 West Okmulgee
Muskogee, OK 74401-6848
Tel: (918) 684-5100

Jeffrey B. Kahan
Trial Attorney, Capital Case Unit
United States Department of Justice
1331 F Street, N.W., 3rd Floor
Washington, D.C. 20530
Tel: (202) 305-8910

Katherine E. Ensler