# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Oklahoma

| | |
|---|---|
| EDWARD LEON FILEDS, JR. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. CIV-10-115-RAW |
| UNITED STATES ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Leon Fields, Jr.

Date: 02/25/2015

*Attorney's signature*

Katherine Evangeline Ensler (pro hac vice)
*Printed name and bar number*

Federal Community Defender Office
Capital Habeas Unit
601 Walnut St., Ste. 545W
Philadelphia, PA 19106
*Address*

katherine_ensler@fd.org
*E-mail address*

(215) 928-0520
*Telephone number*

(215) 928-0826
*FAX number*