| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
| | : | |
| Respondent, | : | CAPITAL 2255 PROCEEDINGS |
| | : | |
| -v- | : | HONORABLE RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |

## **NOTICE OF DISCOVERY COMPLIANCE**

Pursuant to the Court's Order of January 28, 2015 [Docket No. 93], Petitioner Edward

Leon Fields, through undersigned counsel, hereby provides notice that on March 16, 2015, he

mailed counsel for the Respondent an electronic copy of Isaiah Gant's complete case files

relating to his representation of Petitioner, with the exception of those documents for which a

privilege is asserted, for which counsel provided Respondent's counsel with a detailed privilege

log.

Respectfully submitted,

/s/ Hunter S. Labovitz
Hunter Labovitz
Cristi Charpentier
Katherine Ensler
Capital Habeas Corpus Unit
Federal Community Defender Office
 for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520

Dated: March 16, 2015
      Philadelphia, PA

**CERTIFICATE OF SERVICE**

I, Hunter S. Labovitz, hereby certify that on this 16th day of March 2015, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent

Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter S. Labovitz
Hunter S. Labovitz