**U.S. v. Edward Fields, CIV-10-115-RAW**

| Date | Document Description | Pages | Ground | Summary |
|---|---|---|---|---|
| unknown | Handwritten Notes | 1 | B | Counsel's handwritten notes about unrelated case |
| unknown | Juror Questionnaires | 2490 | A | Counsel's handwritten notes on juror questionnaires |
| 12/23/03 | Email from Denise Barrett to Judy Clarke, Skip Gant, David Bruck, Lisa Greenman, Scharlette Holdman, Gerald Zerkin, Sean Gordan, Daniel Stiller | 1 | B | Email regarding unrelated case |
| 12/28/03 | Email from Scharlette Holdman to Denise Barrett, Judy Clarke, Skip Gant, David Bruck, Lisa Greenman, Gerald Zerkin, Sean Gordan, Daniel Stiller | 2 | B | Email regarding unrelated case |
| 12/29/03 | Email from Gerald Zerkin to Denise Barrett, Judy Clarke, Skip Gant, David Bruck, Lisa Greenman, Gerald Zerkin, Sean Gordan, Daniel Stiller, Scharlette Holdman | 1 | B | Email regarding unrelated case |
| 12/29/03 | Email from Lisa Greenman to Scharlette Holdman, Denise Barrett, Judy Clarke, Skip Gant, David Bruck, Gerald Zerkin, Sean Gordan, Daniel Stiller | 2 | B | Email regarding unrelated case |
| 8/1/03 | Email from Michael Abel to Larry Bowles | 1 | B | Email regarding unrelated case |
| 7/5/05-7/22/05 | Handwritten Notes | 194 | A | Counsel's handwritten contemporaneous notes of trial |

A -- Not relevant and protected by work product doctrine
B -- Not relevant

Exhibit 1