**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **EDWARD LEON FIELDS, JR.,** | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| **v.** | )      **Case No. CV-10-00115-RAW** |
| | )      **Criminal Case No. CR-03-73-RAW** |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| *Respondent.* | ) |

## ORDER GRANTING UNOPPOSED MOTION
## FOR *IN CAMERA* REVIEW

Before the court is Respondent's unopposed motion for *in camera* review of allegedly privileged documents [Docket No. 98]. In the motion, Respondent seeks review of 194 pages of documents withheld by Petitioner's counsel as privileged. It appears the parties have continued to comply with the court's request that discovery be conducted in a cooperative manner, but have been unable to resolve the dispute regarding the documents at issue, i.e. Isaiah Gant's contemporaneous trial notes. Further, counsel for Petitioner does not object to Respondent's request for *in camera* review of the questioned documents.

It is the order of the court that Respondent's motion is hereby GRANTED. The contemporaneous handwritten trial notes of Isaiah Gant shall be submitted by Petitioner to the court's chambers within fourteen (14) days. **The records shall be submitted in paper format.**

IT IS SO ORDERED THIS 27th DAY OF March, 2015.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma