# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

EDWARD LEON FIELDS, JR.,     )
     )
     Petitioner,     )
     )
v.     )     Case No. CIV-10-115-RAW
     )
UNITED STATES OF AMERICA,     )
     )
     Respondent.     )

## ORDER

On March 27, 2015, the court entered an order (#99) granting the respondent's unopposed motion for *in camera* review of the contemporaneous trial notes of Isaiah Gant, one of petitioner's trial counsel.[*] The court has now completed its review.

As the court has previously stated, a habeas petitioner who claims ineffective assistance of counsel impliedly waives attorney-client privilege with respect to communications with his attorney necessary to prove or disprove his claim. *United States v. Pinson,* 584 F.3d 972, 978 (10th Cir.2009). Such waiver, however, must be no broader than needed to ensure the fairness of the proceedings. *Id.* It is limited to the claims made in the 2255 petition. *Id.*

As the court ruled after a similar review of notes by trial counsel (#82), the court is persuaded that the trial notes could potentially be relevant "to the specific ineffective assistance of counsel claims raised" in this particular habeas action. *Pinson,* 584 F.3d at 979.

---

[*]The motion was unopposed in the sense that petitioner's counsel did not oppose the request for *in camera* review, while maintaining the assertion of privilege.

For the reasons stated above, the court directs counsel for petitioner to produce the documents to counsel for respondent within ten days of the date of this order.

**ORDERED THIS 5th DAY OF MAY, 2015.**

**Dated this 5th day of May, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma