**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

EDWARD LEON FIELDS,                           )
                                              )
                    Petitioner/Defendant,     )
                                              )
vs.                                           )          Case No. 10-CIV-115-RAW
                                              )
UNITED STATES OF AMERICA,                     )
                                              )
                    Respondent/Plaintiff.     )

## ORDER

This matter comes before the court following an order entered in May, 2015, directing

counsel for petitioner to produce additional documents of trial counsel belatedly discovered

by current counsel for the Petitioner. Since the deadline for production has passed and no

subsequent motions have been made by either party for additional discovery herein, the court

sets the following schedule for briefing of dispositive motions prior to deciding what issues,

if any, remain for an evidentiary hearing:

| | |
|---|---|
| Government to file dispositive motion(s) | October 16, 2015 |
| Petitioner's response(s) | December 16, 2015 |
| Government to file reply brief(s) | January 15, 2016 |

It is so ordered on this 18th day of August, 2015.

**Dated this 18th day of August, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma