UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
|  | : |  |
| Respondent, | : | CAPITAL 2255 PROCEEDINGS |
|  | : |  |
| -v- | : | HONORABLE RONALD A. WHITE |
|  | : |  |
| EDWARD LEON FIELDS, JR., | : |  |
|  | : |  |
| Petitioner. | : |  |
|  | : |  |

_____ :

**ORDER**

AND NOW, this ___ day of _____, 2015, upon consideration of Petitioner's

Motion for Leave to Amend § 2255 Motion under Fed. R. Civ. P. 15 to Provide Additional

Factual Support to Claims Already Pled, it is hereby ORDERED that the motion to amend

Ground One of Petitioner's § 2255 Motion to include the declarations of Isaiah "Skip" Gant,

Steven Nolder, Dr. Michael Gelbort, Dr. Alan Kaufman, and Dr. Clark Clipson is GRANTED.


_____
Ronald A. White, D.J.