| | | |
|---|---|---|
| EDWARD LEON FIELDS, JR., | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | **Case No. CV-10-00115-RAW** |
| | ) | **Criminal Case No. CR-03-73-RAW** |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Respondent.* | ) | |

### RESPONSE AND WITHDRAWAL OF OPPOSITION TO MOTION FOR LEAVE TO AMEND § 2255 MOTION UNDER FED. R. CIV. P. 15 TO PROVIDE ADDITIONAL FACTUAL SUPPORT TO CLAIMS ALREADY PLED (DOC. 102)

**COMES NOW**, Respondent, United States of America, by and through undersigned counsel, and respectfully withdraws its objections to Petitioner Edward Leon Fields, Jr.'s Motion for Leave To Amend § 2255 Motion Under Fed. R. Civ. P. 15 to Provide Additional Factual Support To Claims Already Pled. Doc. 102.

Based on earlier communications with Fields's counsel, the government's attorneys mistakenly believed that petitioner intended to use the motion for leave to amend to introduce new and untimely claims to his existing petition for relief under 28 U.S.C. § 2255. *See* § 2255(f) (setting forth a one-year period of limitations for petitions for collateral relief). As a result, the government informed Fields's counsel that it would oppose the motion. But in light of Fields's representation that his new "declarations provide only greater support for the facts pled in Ground One, subparts C and E," the government withdraws its stated intent to oppose the motion to amend. Doc. 102 at 4; *see generally United States v. Weeks*, 653 F.3d 1188, 1206 n.12 (10th Cir. 2011) (holding an amendment relates back to an earlier pleading when it "clarifies or amplifies" an existing claim). Should Fields alter his approach to his new evidence, and attempt

1

to use it as the basis of novel claims, the government reserves the right to argue the untimeliness of such issues.

Respectfully submitted this 7th day of October, 2015,

MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

*/S/ Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
520 Denison Ave
Muskogee, OK  74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

*/S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; Rm. 656
Washington, DC 20530
Telephone: (202) 305-8910
FAX:  (202) 353-9779

**CERTIFICATE OF SERVICE**

I, hereby certify that on October 7, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Hunter Labovitz, Attorney for Petitioner
Cristi Charpentier, Attorney for Petitioner
Katherine E. Ensler, Attorney for Petitioner

/s/ *Jeffrey B. Kahan*
United States Department of Justice