# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

_____

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIV-10-115-RAW |
| | : | |
| Respondent, | : | CAPITAL 2255 PROCEEDINGS |
| | : | |
| v. | : | HONORABLE RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |

_____ :

**PETITIONER'S AMENDED APPENDIX IN SUPPORT OF MOTION
PURSUANT TO 28 U.S.C. § 2255 TO VACATE, SET ASIDE,
OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY**

Cristi Charpentier
Katherine Ensler
Hunter Labovitz
Capital Habeas Corpus Unit
Federal Community Defender Office
 for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
FAX: (215) 928-0826

Counsel for Petitioner Edward Fields, Jr.

Dated: October 13, 2015
Philadelphia, PA

# INDEX TO APPENDIX

1.  Declaration of Julia O'Connell, March 30, 2010

2.  Declaration of George W. Woods, M.D., March 28, 2010

3.  Declaration of Bradley D. Grinage, M.D., March 29, 2010

4.  Declaration of Glori J. Shettles, Mitigation Specialist, March 22, 2010

5.  Hillcrest Osteopathic Hospital Birth Records

6.  Neurospychological Evaluation by Michael M. Gelbort, Ph.D., August 11, 2004

7.  Letter from United States Attorney Sheldon Sperling, Esq. and Assistant AUSA, Linda Epperley, Esq. to Julia O'Connell, Esq., December 2, 2004

8.  Report of Neuropsychological Evaluation by J. Randall Price, Ph.D., July 1, 2005

9.  Report of Daniel A. Martell, Ph.D., April 1, 2010

10. Declaration of Joyce Louise Bumgardner, M.D., March 30, 2010

11. Declaration of Larry Trombka, M.D., March 26, 2010

12. Declaration of R.L. Winters, M.D., March 3, 2010

13. Declaration of Dean Anderson, PA, March 29, 2010

14. Peter R. Breggin - *Suicidality, Violence and Mania Caused by Selective Serotonin Reuptake Inhibitors (SSRIs): A Review and Analysis*, International Journal of Risk & Safety in Medicine, 2003/2004

15. FDA Public Health Advisory - *Worsening Depression and Sucidality in Patients Being Treated with Antidepressant Medications*, March 22, 2004

16. Elizabeth Kaledin - *People Taking Antidepressants Need to be Monitored for Turbulent Emotions, Including Possible Risk of Suicide*, CBS Evening News Transcript, March 22, 2004

17. Gardiner Harris, *Labels on Antidepressants Sought to Warn of Suicide Risk*, N.Y. Times, March 22, 2004

18. *Antidepressants May Have Opposite Effect*, FDA Warns, USA Today, March 22, 2004

19. Wyeth Pharmaceuticals Inc., Medication Guide for Effexor, 2004

20. Declaration of Daniel Presley, March 30, 2010

21. Federal Bureau of Investigation 302 Report, Interview of Daniel Presley, July 30, 2003

22. Oklahoma State Bureau of Investigation - Crime Scene Investigation Report, August 1, 2003

23. Declaration of R. Robert Tressell, April 1, 2010

24. Oklahoma State Bureau of Investigation Crime Scene Photograph CR03527CD40085

25. Preliminary Assessment, Social History, September 11, 2003

26. Declaration of Cherie Fields, March 22, 2010

27. Forensic Mental Health Evaluation by Bradley D. Grinage, M.D., June 24, 2005

28. Letter from George W. Woods, M.D., to Julia O'Connell, Esq., June 25, 2005

29. Oklahoma State Bureau of Investigation Report, Search of Fields' Truck, July 18, 2003

30. Inventory of items in Fields' Truck conducted by Special Agent James Alford, Law Enforcement Officers Gary Rose and Paul Jolivette, July 23, 2003

31. Memorandum from Glori J. Shettles - "Items from Fields' Truck," January, 16, 2004

32. Declaration of Isaiah "Skip" Gant declaration

33. Declaration of Steven Nolder

34. Declaration and curriculum vitae of Dr. Michael Gelbort

35. Declaration and curriculum vitae of Dr. Alan Kaufman

36. Declaration and curriculum vitae of Dr. Clark Clipson

# CERTIFICATE OF SERVICE

I, Hunter Labovitz, hereby certify that on this 13th day of October, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent
Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter Labovitz
Hunter Labovitz