**5**

SUMMARY SHEET - INFANT

| LAST NAME - FIRST - INIT. | | CITY | DATE ADMITTED - TIME |
|---|---|---|---|
| FIELDS, Baby Boy | ▉▉▉▉▉▉▉ | Moore | ▉▉▉▉▉ |

| PATIENT AGE | DATE OF BIRTH | MARITAL STATUS (X) | | HOME PHONE | DOCTOR |
|---|---|---|---|---|---|
| 20 | ▉▉▉ | X M S W D SEP | | SW 4-6563 | Bozell |

| SEX | RELIGION | RELATIONSHIP OF RESPONSIBLE PARTY | | HOSPITAL NUMBER |
|---|---|---|---|---|
| X M F | Catholic | Mother & Father | X W LA N | 67-1544 |

| OCCUPATION | EMPLOYER NAME AND ADDRESS | HOW LONG EMPLOYED | ADMITTING DIAGNOSIS |
|---|---|---|---|
| Newborn | | | Newborn |

| SPOUSE NAME FIRST - INIT. | HOW LONG AT ABOVE ADDRESS | PREV. ADDRESS |
|---|---|---|
| | | |

| OCCUPATION | EMPLOYER NAME AND ADDRESS | HOW LONG EMPLOYED |
|---|---|---|
| | | |

| NAME OF RESPONSIBLE PARTY | ADDRESS | HOME PHONE | RM | ADM BY |
|---|---|---|---|---|
| Edward & Margaret Fields | ▉▉▉▉▉▉▉ | SW 4-6563 | Nsy. | |

| OCCUPATION | EMPLOYER NAME AND ADDRESS | HOW LONG EMPLOYED | DATE DISCHARGED - TIME |
|---|---|---|---|
| Truck Driver | Mathis Bros. Furn. | 4 years | 2-14-67 |

| MOTHER'S MAIDEN NAME | NOTIFY IN CASE OF EMERGENCY | BASIS FOR ADMISSION. ( ) BLUE CROSS (x) GROUP INS. |
|---|---|---|
| Ginniman | ▉▉▉▉▉▉▉ | ( ) OTHER INSURANCE ( ) WELFARE ( ) COMPENSATION |

| FAMILY OR RELATIVES IN HOSP. NAME AND YEAR | | ( ) DEPOSIT PAID $ |
|---|---|---|

FINAL DIAGNOSIS

Probable Hyaline Membrane of the lung

360-9X0

SUMMARY DIAGNOSIS OR COMPLICATIONS:

SURGERY

IS ( ) RECOVERED ( ) IMPROVED ( ) NOT IMPROVED ( ) NOT TREATED ( ) DIAGNOSIS ONLY ( ) DIE ( ) AUTOPSY ( )

CONSULTATION WITH

EXAMINED AND APPROVED THIS COMPLETE MEDICAL RECORD

DATE ▉▉-▉▉-67

APPROVED BY MEDICAL RECORD COMMITTEE

SIGNED

ATTENDING PHYSICIAN

## NEWBORN RECORD

| | | | | |
|---|---|---|---|---|
| Name of Infant | Fielding, Baby Boy | Sex M | Birth No. | |
| Mother's Name | Margaret | Room or Ward No. | Hosp. No. | 671541 |
| Doctor | Boyle | Intern Whitaker | Nurse | E. Ackerman |
| Date of Birth | ▮▮▮▮ | Hour 4⁴⁰ A.M. | Delivery | Spont |
| Position | L O A | Birth Wt. 6 lbs. 14 oz. | Eye Prophylaxis | |
| Initial Respirations | Immediate ☑ Delayed ☐ Induced ☐ | | Oxygen administered | |
| Measurements | Head 13½ Shoulders 6 Length 19½ | | Vit. K | |

| Date | PHYSICIAN'S ORDERS | | PHYSICAL EXAMINATION | | |
|---|---|---|---|---|---|
| | | | | At Birth | On Discharge |
| 5-15-61 | | | Date: | 5-15-61 | |
| | | | Weight | 6 lbs. 11 oz. | lbs. oz. |
| | | | To Breast | | |
| | | | Formula | No | |
| | | | Heart | | |
| | | | Eyes | | |
| | | | Cord | | |
| | | | Skin | | |
| | | | Bowels | | |
| | | | Anomalies | | |
| | | | General Condition | | |
| | | | Remarks | | |
| | | | Examined by Doctor (Signed) | | |

Instructions on Discharge

# HILLCREST OSTEOPATHIC HOSPITAL

## BABY'S RECORD

NAME _Fields Baby Boy_          MOTHER'S NAME _Morgan_

| DAY | HOUR | T. | P. | R. | STOOL | URINE | BREAST | ARTIFICIAL FORMULA | AMOUNT | WEIGHT LB. | WEIGHT OZ. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | no | | | | | | | | 6 | 1 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

# HILLCREST OSTEOPATHIC HOSPITAL

## BABY'S RECORD

_____, Baby Boy _____ MOTHER'S NAME _Margaret_ _____

| HOUR | | | H | STOOLS | URINE | BREAST | ARTIFICIAL FORMULA | AMOUNT | WEIGHT | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | LB | OZ | |

_(remainder of form contains handwritten entries that are largely illegible)_

# HILLCREST OSTEOPATHIC HOSPITAL

## BABY'S RECORD

NAME *Fields, Baby Boy* — MOTHER'S NAME *Margaret*

| DATE | TEMP | P | R | S | STOOL | URINE | BREAST | ARTIFICIAL FORMULA | AMOUNT | WEIGHT LB. | WEIGHT OZ. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | 9 | | 150 | | | | | | | | |
| | | | | | | | | | | | | |

## HILLCREST OSTEOPATHIC HOSPITAL

### BABY'S RECORD

NAME: Fields, Baby Boy          MOTHER'S NAME: Margaret

| DATE | HOUR | | P. | R. | STOOLS | URINE | BREAST | ARTIFICIAL FORMULA | AMOUNT | WEIGHT LB. | OZ. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

# HILLCREST OSTEOPATHIC HOSPITAL

## BABY'S RECORD

Fields Baby Boy ———— MOTHER'S NAME Margaret

| HOUR | T. | P | R. | STOOLS | URINE | BREAST | ARTIFICIAL FORMULA | AMOUNT | WEIGHT | | REMARKS. |
|------|----|----|-----|--------|-------|--------|--------------------|--------|--------|-----|----------|
| | | | | | | | | | LB. | OZ | |

# HILLCREST OSTEOPATHIC HOSPITAL

## BABY'S RECORD

NAME _Fields Baby Boy_     MOTHER'S NAME _Margaret_

| DATE | HOUR | T. | P. | R. | STOOLS | URINE | BREAST | ARTIFICIAL FORMULA | AMOUNT | WEIGHT Lb. | Oz. | REMARKS |
|------|------|----|----|----|--------|-------|--------|--------------------|--------|------------|-----|---------|
| 5- | | | | | | | | | | | | |
| | 5³⁰ | | | | | | | | | | | |
| | 5⁴⁰ | | | | | | | | | | | |
| | 5⁵⁰ | | | | | | | | | | | |
| | 8²⁰ | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | Test Miller Team McRees | | | | | | |
| | 3ᵈ | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | 7³⁰ | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | ⁷⁵ | | | | | | | | | | | |

## PHYSICIAN'S ORDERS

| Facility Name | | First Name | Attending Physician | | Roc   o. | Ho  No. |
|---|---|---|---|---|---|---|
| *Suddle Baby Boy* | | | *Bazeer* | | | *6 7-11* |

| Date Ordered | Date Discontinued | ORDERS |
|---|---|---|
| 5/18/69 | | (1) Transfer, in isolette, per ambulance, to St. Anthony Hosp. this A.M. |
| | 904 | |
| | AM | Sr. Angell /a nurse A |

# PROGRESS NOTES

| Family Name | First Name | Attending Physician | Room No. | Hosp. No. |
| --- | --- | --- | --- | --- |
| [illegible] Baby | Boy | Bozell | | 67- [illegible] |

**Date** — **Notes Should Be Signed by Physician**

See Orders [illegible]

5/15/67 9:35 AM — Labored breathing c̄ expiratory grunt. He [illegible] ... [illegible] [signature illegible]

5/15/67 7:25 PM — No improvement noted of breathing. Dr. Bozell notified. Dr. [illegible] for consultation. [signature illegible]

5/16/67 8:15 AM — Infant having resp. diff. c̄ resp. grunt and rapid breathing [illegible] ... [illegible] Dr. Bozell [signature illegible]

LABORATORY REQUEST

This AM

HEMATOLOGY REQUEST

Dr. _Myers_
Date Requested _5-15-67_
Room No. _May_
Division _6B_
Nurse _E. Kuchner_

NAME _Kriddle_ _Baby_ _Boy_
         Last      First      Middle

☒ CBC
☐ Hgb  _15.2_
☐ WBC  _14,750_
☐ Diff
   Baso.
   Eosino.  _2_
   Young.
   Band
   Seg.  _71_
   Lymph.  _27_
   Mono.

☐ RBC.

☐ Coag.  _5.5_
☐ Bleed. t.  _11_
☐ Prothrombin
☐ Reticulocyte
   Platelet.
☐ P.T.T.
☐ Hematocrit  _62_
☐ MCV
☐ MCH
☐ MCHC
   Quant. Eos.
☐ Sickle Cell
☐ Malaria
☐ Baso. Stipp.

Comments:
Some nucleated
RBC per
100 WBC

Tech _J + M_
Date _May 15, 67_

## CONSULTATION RECORD

Hosp. No. _____

Date __ 7-15-67 __

Name _Baby Boy Fields_    Room or Ward No. _N2y._ Bed ____ Doctor _Bozell_

Consulting Service or Physician    _Dr. Boone_

Report requested regarding    _Pulmonary Status?_

_Signature of attending physician_

### REPORT    5-15-67 4⁴⁵ PM

Findings: _Infant examined at request of Dr. Bozell, chart reviewed. Term birth 4⁴⁵ AM today, spontaneous, vigorous Apgar? Has had some mild resp. distress + has required O₂. X-ray shows infiltrate of lung esp. RUL. Chest is clear to A + P — ventilating well. No retraction. Heart tones not unusual. Slight ↑ Throat nail-bed cyanosis. No palpable abdominal mass/organ. Active. Cry good._

Diagnosis: _Prob. aspiration. R/O RDS._

Recommendations: _High humidity, O₂, observation. Should improve._

_Thank you_

_Signature of consultant_

CONSULTATION RECORD

5/16/67 9⁰⁰ AM

Reviewed with Sr. Bozell. Has had some resp. distress during night, apparently predominantly past 2 hr. X-ray now shows diffuse pulmonary infiltrate. B.S. still good, and I do not believe ; this youngster has bronchial obstruction. No change in heart tones & is not retracting. I think it is definite now that this youngster has a hyaline membrane. He will probably require treatment to combat acidosis and I think he should be transferred to a nursery equipped for this. Arrangements made 10 AM for transfer to St. Anthony Hospital under care Sr. Larry Riehler at request of Sr. Bozell. Prognosis guarded.

M.F. Brown

HILLCREST OSTEOPATHIC HOSPITAL                    XR No. 30103
2129 S. W. 59th
Oklahoma City, Oklahoma

## X-RAY REPORT

Name ___Fields, Baby Boy_____ Age __NB__ Rm. No. __Nursery__ Hosp. No. _____

Address _____ Date __5-15-67____

Anatomical part or region: ___CHEST:_____

_____

Attending Physician ___Bozell_____

Findings:
Cardiovascular structures appear within normal limits.

Pulmonary structures reveals the left lung to be normal pneumonized and without indications of abnormality. The right lung shows considerable increase in the central pulmonary markings being most severe in the upper right lung indicating inadequate cleansing through the bronchial tree in this area.

IMPRESSION:

Changes in the bronchial pattern with the right lung and particularly the upper right lung thought to be inadequately cleared and showing increased density.

2125 S. W. 44th
Oklahoma City, Oklahoma

# X-RAY REPORT

Name ___Fields, Baby Boy_____ Age __NB__ Rm. No. __Nursery__ Hosp. No. _____

Address _____ Date 5-16-67

Anatomical part or region: ___CHEST:_____ _____

Attending Physician ___BOZEL._____

Findings:

Re-examination of the chest in comparison with a previous film of 24 hours earlier shows a persistant increase  in the markings of the right lung which is a more generalized phenomena than that noted on the earlier examination.  Persistant, inadequate pneumonization of the right lung is  indicated.

Dr. _____

# CONSENT TO OPERATION UPON MINOR

Place _____

Date _____

1. I (we) being the parent(s), guardian, custodian of _____

a minor of the age of _____, do hereby authorize and request Dr. _____

to perform the following operation on the person of the said minor, _____

_____

_____

and to do any other procedure that the judgment of above named doctor may dictate during the above operation.

2. I (we) understand that the surgeon (surgeons) will be occupied solely with the surgery, and that the administration

and maintenance of the anesthesia is an independent function, and will be in charge of Dr. _____

I (we) consent to the administration of such anesthetic, or anesthetics, as Dr. _____
may deem advisable in this case.

|  |  |  |
|---|---|---|
| A.M. | Signed _____ | ( ) |
| Hour _____ P.M. | _____ | ( ) |
|  | Witness _____ |  |

HOH-33—Semco

1540

# CERTIFICATE OF LIVE BIRTH

State of Oklahoma – Department of Health

STATE FILE NO. 135 –

1956 REVISION

Type or print with black permanent ink. THIS IS A PERMANENT RECORD.

DO NOT WRITE BELOW

NOTES

Place ______

Hospital ______

Residence ______

Attendant ______

Birth weight ______

1. PLACE OF BIRTH

a. COUNTY [illegible]

[illegible] City

2. USUAL RESIDENCE OF MOTHER

a. STATE Okla. b. COUNTY Okla.

Moore

d. STREET ADDRESS 1017 [illegible]

IS RESIDENCE ON A FARM YES ☐ NO ☒

3. CHILD'S NAME Edward Leon Fields Jr.

DATE OF BIRTH [redacted]

8. COLOR OR RACE W

10. KIND OF BUSINESS OR INDUSTRY [illegible]

13. COLOR OR RACE W

How many fetal deaths (fetuses born dead at ANY time after conception)?

17. INFORMANT Signature of either parent

Mrs. Edward [illegible] 1 0 0

18. MOTHER'S MAILING ADDRESS

19b. WEIGHT OF CHILD AT BIRTH 6 lb 1 oz

20. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? YES ☐ NO ☐

21b. DATE TEST MADE 5-5-67 21c. IF NO TEST, STATE REASON THEREFOR

22a. SIGNATURE [signature]

22b. ATTENDANT AT BIRTH M.D. ☒ D.O. ☐ MIDWIFE ☐ OTHER (Specify)

22c. ADDRESS

22d. DATE SIG.

23a. DATE REC'D BY LOCAL REG. 23b. REGISTRAR'S SIGNATURE

24. DATE RECEIVED BY STATE REGISTRAR

| THIS LINE FOR USE OF STATE REGISTRAR | DATE CORRECTIONS MADE | ITEMS CORRECTED | AUTHORITY | CLERK |
|---|---|---|---|---|
| | | | | |

VS 152 12-65

1544

# CERTIFICATE OF LIVE BIRTH

State of Oklahoma · Department of Health

STATE FILE. 135 -

LOCAL REG. NO

REVISION

his form for live occurring on fter January 1,

or print with . permanent
THIS IS A
MANENT
ORD.

OT WRITE BELOW

CODES

| 1. PLACE OF BIRTH |  | 2. USUAL RESIDENCE IF MOTHER (Where does mother live?) |  |
|---|---|---|---|
| a. COUNTY Okla. | | a. STATE Okla | b. COUNTY Okla |
| b. CITY TOWN OR LOCATION Okla City | | c. CITY TOWN OR LOCATION Moore | |
| c. NAME OF HOSPITAL Baptist Hospital | | | |
| d. IS PLACE OF BIRTH INSIDE CITY LIMITS? Yes | | f. IS RESIDENCE INSIDE CITY LIMITS? YES NO | g. IS RESIDENCE ON YES NO |

3. CHILD'S NAME   Edward   Leon   Fields Jr.

| 4. SEX M | 5a. THIS BIRTH SINGLE | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN | |
|---|---|---|---|

| 7. FATHER'S NAME   Edward Leon Fields | 8. COLOR OR RACE W |
|---|---|
| 9. AGE 25   10. BIRTHPLACE Calif   11a. USUAL OCCUPATION Truck Driver   11b. KIND OF BUSINESS OR I Mechanic | |
| 12. MOTHER'S NAME   Mary Margaret Brunermer | 13. COLOR OR RACE W |
| 14. AGE 20 YEARS   15. BIRTHPLACE Calif | 16. PREVIOUS DELIVERIES TO MOTHER |

17. INFORMANT (Signature of either parent) Mrs Edward Fields

18. MOTHER'S MAILING ADDRESS

| 19a. LENGTH OF PREGNANCY COMPLETED WEEKS | 19b. WEIGHT OF CHILD AT BIRTH 7 lbs 6 oz | 20. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? YES NO |
|---|---|---|
| 21a. WAS BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS? YES NO | | 21c. IF NO TEST, STATE REASON THEREFOR |

| 22a. SIGNATURE | 22b. ATTENDANT AT BIRTH   M.D.   D.C.   MIDWIFE   OTHER |
|---|---|
| 22c. ADDRESS | 22d. DATE SIGNED |

| 23a. DATE REC'D BY LOCAL REG. 23b. REGISTRAR'S SIGNATURE | 24. DATE RECEIVED BY STATE REGISTRAR |

| THIS LINE FOR USE OF STATE REGISTRAR | DATE CORRECTIONS MADE | ITEMS CORRECTED | AUTHORITY | CLERK |
|---|---|---|---|---|
| | | | | |

VS 15