**12**

Declaration of R.L. Winters, M.D.
Pursuant to 28 U.S.C. Section 1746

I, R.L. Winters, M.D. hereby verify and declare and follows:

1.    I am R.L. Winters, M.D. I am a medical doctor and retired from practice in 2002. I have been asked by legal counsel for Edward Fields to provide my recollection of my treatment of this former patient. I have been told that Mr. Fields is on death row following his conviction for killing two people on federal lands and this statement may be used in connection with litigation related to his convictions and death sentences.

2.    In 2000 I worked with Sparks Medical Foundation and in that capacity I saw Mr. Fields on three occasions: April 11, 2000; May 25, 2000 and June 27, 2000. Counsel for Mr. Fields have shown me my progress notes from each visit and a photo of Mr. Fields. I have a vague recollection of this former patient.

3.    The records that I have reviewed show that my diagnostic impression of Mr. Fields was that he suffered from Chronic Depression, Chronic Obesity and elevated blood pressure secondary to his obesity. The records also show that when he saw me on April 11, 2000 he was on Serzone for treatment of depression. I stopped that medication and started him on Prozac to treat his depression. He saw me next on May 25, 2000 and reported that the Prozac was helping his anxiety but not

**Page 1 of 2**

the depression.  I increased the dosage of Prozac, told him to see me again in four weeks and that we would then consider whether to continue with Prozac, go back to Serzone or try a different medication.  He saw me for a third and final time on June 27, 2000.  At that time he reported that the Prozac was helping with depression and anxiety but caused him to feel "zonked" out.  I stopped the Prozac and gave him samples of Celexa for four weeks, again to treat his depression, and asked that he stop in again in a month.

4.      Based upon my recollection of Mr. Fields and my review of the above records, I can state that he presented with chronic depression which I treated in a standard manner.  There is no indication in either my records or my memory that I believed Mr. Fields was malingering his illness.  To the contrary, I believe that Mr. Fields suffered from chronic depression.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. section 1746.

R.L. Winter, M.D.

Dated:      Poteau, Oklahoma
            March 3, 2010