**16**

CBS News Transcripts

March 22, 2004 Monday

**SHOW:** CBS Evening News (6:30 PM ET) - CBS

People taking antidepressants need to be monitored for turbulent emotions, including possible risk of suicide

**ANCHORS:** JOHN ROBERTS

**BYLINE:** ELIZABETH KALEDIN

**LENGTH:** 460 words

JOHN ROBERTS, anchor:

There is important medical news tonight for millions of people taking the most popular types of antidepressant drugs. Federal health officials are out with a strong warning that people who begin taking antidepressants need to be monitored for turbulent emotions, including a possible risk of suicide. Medical correspondent Elizabeth Kaledin reports what prompted the warning and what it means, on the HealthWatch.

ELIZABETH KALEDIN reporting:

The FDA's decision today comes after months of careful study of the newest, most potent antidepressants on the market. Though no direct link between the drugs and suicidal behavior has been found, there is enough concern to wave a red flag.

Dr. THOMAS LAUGHREN (Food and Drug Administration): Our interest is in having patients who are getting these drugs more closely observed.

KALEDIN: Millions of prescriptions for drugs like Paxil are written every year, often by primary care physicians with little expertise in mental health. Taking that into account, the new guidelines will call for new, boldly lettered warning labels urging careful monitoring of anyone given the drugs.

Lisa van Syckel wishes she'd had warnings when her daughter Michelle took Paxil. Michelle attempted suicide twice on the drug. She's fine now, but Lisa has become a vocal opponent of the use of antidepressants in children. Last month she testified before an FDA panel but thinks today's action doesn't go far enough and the real problem starts with prescribing.

Ms. LISA VAN SYCKEL (Child Advocate): Physicians must stop haphazardly prescribing these medications. They need to do that today.

KALEDIN: Still, child psychiatrists, like Dr. Harold Koplewicz, applaud the FDA's move. The drugs are useful tools in both adults and children, he says, but they have to be prescribed wisely. Negative

side effects tend to show up within weeks.

Dr. HAROLD KOPLEWICZ (New York University Child Study Center): If they're not getting better, then you have to really think carefully whether or not this is the right medicine and the right treatment.

KALEDIN: Proving a direct link between suicidal behavior and antidepressants is likely to be extremely difficult. Today's move by the FDA seems to suggest the drugs are here to stay, so they should be used as carefully as possible. Elizabeth Kaledin, CBS News, New York.

ROBERTS: Coming up next on tonight's CBS EVENING NEWS, President Bush is watching every political move John Kerry makes. Thirty years ago, President Nixon was watching, too. You'll hear why in Nixon's own words. And later, the high price of obesity. More Americans than ever are on disability because of their weight. And guess who's paying the bill?

(Announcements)

**PERSON:**  JOHN ROBERTS (75%); RICHARD NIXON (51%); JOHN KERRY (51%);

**ORGANIZATION:**  FOOD & DRUG ADMINISTRATION  (84%); FOOD & DRUG ADMINISTRATION (84%);

**COUNTRY:**  UNITED STATES (79%);

**COMPANY:**  FOOD & DRUG ADMINISTRATION  (84%); FOOD & DRUG ADMINISTRATION (84%);

**SUBJECT:**  SUICIDE (92%); CENTRAL NERVOUS SYSTEM DRUGS (92%); PHYSICIANS & SURGEONS (90%); PRESCRIPTION DRUGS (78%); FDA REVIEW (76%); EPIDEMIOLOGY & PUBLIC HEALTH (73%); PRODUCT LABELING (72%);

**LOAD-DATE:** March 23, 2004

**LANGUAGE:** ENGLISH

**TYPE:** Profile

Copyright 2004 CBS Worldwide Inc.
All Rights Reserved