**18**



• Cars • Jobs • Franchises • Business Opportunities • Travel • Real Estate • Tickets • More

Home
News
Money
Sports
Life
Tech
Weather
Search

powered by Google (Go)

**Markets**
Markets home
World stocks
Commodities
Currencies
Key interest rates
**Investor Tools**
Investor home
Markets Report
Your Portfolio
Stock screener
Fund screener
Snap quote
Economic calendar
Company calendar
**Managing Money**
News/columns/tips
Calculators
CD and loan rates
**Special Sections**
Small Business
**More Money**
Money briefs
Most active stocks
Talk Today

# Money

DJIA 10,064.75 ▼ -121.85 NASDAQ 1,909.91 ▼ -30.56    4:30P ET 3/22/2004 © BigCharts.com

Get a quote:   Enter Symbol(s) o

Y

• E-MAIL THIS  • PRINT THIS  • SAVE THIS  • MOST POPULAR  • SUBSCRIBE

Posted 3/22/2004 11:27 AM

## Antidepressants may have opposite effect, FDA warns

WASHINGTON (AP) — Patients on some popular antidepressants should be closely monitored for warning signs of suicide, the government warned Monday in asking the makers of 10 drugs to add the caution to their labels.

Although the Food and Drug Administration's investigation into the possible suicide connection initially focused on children given the drugs, its warning is aimed at both adult and pediatric use.

It isn't clear the drugs actually do lead to suicide, the FDA stressed. But until that is settled, advisers to the FDA called last month for stronger warnings to doctors and parents that the antidepressants may cause agitation, anxiety and hostility in a subset of patients who may be unusually prone to rare side effects.

On Monday, the FDA followed its advisers' recommendation and issued a public health advisory putting doctors, patients, families and other caregivers on notice to be particularly vigilant for signs of worsening depression or suicidal thoughts at the beginning of antidepressant therapy or whenever the dose is changed.

The drugs of concern are all newer-generation antidepressants: Prozac, Paxil, Zoloft, Effexor, Celexa, Remeron, Lexapro, Luvox, Serzone and Wellbutrin. Most are known to affect the brain chemical serotonin.

British health authorities sounded the alarm last year, saying long-suppressed research suggests certain antidepressants might sometimes increase the risk of suicidal behavior in children and teenagers. Because only one drug, Prozac, has been proved to alleviate pediatric depression, Britain declared others — drugs called SSRIs and their close relatives — unsuitable for depressed youth.

The FDA issued a caution on pediatric use last year, but Monday's action — especially the addition of the warning to drug labels — goes significantly further.

**Today's Top Money Stori**

- French women's mag g hot and bothered - 1:33 F
- EU reps back fine again 1:26 PM
- Mortgage closing costs simplified - 12:24 PM
- Antidepressants may ha effect, FDA warns - 11:2
- Tyco jurors want to hea - 2:04 PM
  Add USATODAY.com he: Web site

Dozens of anguished parents pleaded with the FDA in a meeting last month to add such warnings, citing preteens and teenagers who hanged themselves or slashed their wrists shortly after starting the antidepressants. Parent after parent described children who had become extremely agitated or anxious shortly after starting the antidepressants, and seemingly sudden impulses that turned deadly.

*Copyright 2004 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

**Open online in under 5 minutes!**

**Great Rates.
No Fees.
No Minimums.**

Annual Percentage Yield

ING ▲ DIRECT
Save Your Mone

CLICK HERE          member FDI

RELATED ADVERTISING LINKS                                    What's this?

**Gorillas**
World Wildlife Fund Pictures, info & more.
www.worldwildlife.org/gorillas

**Just For Dads**
You don't have to feel left out!
www.marchofdimes.com

**Save Endangered Wildlife**
We take action to protect & educate worldwide. Learn how you can help!
www.WildAid.org

**America's Second Harvest**
Create a hunger-free America. Your donation will help feed millions.
www.secondharvest.org

**NBTF - Get Important Info**
Brain tumor diagnosis, treatment, support groups, news and more.
braintumor.org

USATODAY.com partners: USA Weekend □ Sports Weekly □ Education □ Space.com

Home □ News □ Money □ Sports □ Life □ Tech □ Weather □ Travel □ Job Center

Resources: Mobile News □ Site Map □ FAQ □ Feedback
Email News □ Jobs with Us □ Terms of service □ Privacy Policy □ Media Kit □ Press Room

Add USATODAY.com headlines to your Web site

© Copyright 2004 USA TODAY, a division of Gannett Co. Inc.