**24**

