**26**

6:10-cv-00115-RAW Document 106-27 Filed in ED/OK on 10/13/15 Page 2 of 6

**Declaration of Cherie Fields**
**Pursuant to 28 U.S.C. Section 1746**

I, Cherie Fields, hereby verify and declare and follows:

1. I am Eddie Fields' older sister and I did testify at his trial. I was interviewed by the FBI on a few occasions right after my brother was arrested. I was also interviewed by Glori Shettles who was working for Eddie's lawyer and Eddie's lawyer herself at the time of trial, Julia O'Connell. I have reviewed my interviews and trial testimony and while everything is accurate as it is written or recorded, it is far from the whole story. I never in a million years thought I would have to describe our family and describe the details of my memories of Eddie in the way I now know is relevant to his death sentence.

2. Ed and I grew up in a family that looked pretty "normal" from the outside, so I have been told. But, it was not at all "normal" from the inside. We spent some happy times with our grandparents (our mother's parents), for sure, and we had food and clothes and a roof over our heads, but the house was stressed and tense from my earliest memories. The majority of the stress and "craziness" came from our mother. Since we were young, her physical and mental illnesses affected the household. Her intense focus on herself and our father made her unavailable to us when it came to mother- daughter type stuff and mother-son stuff. With me, she was curt, hurtful and dismayed for the most part. She did not like the fact that I was "different" as a teenager (I am gay and I tried to hide it when I was living in her house because I knew my mother would make my life even harder than it already was with her), and she did what she could to keep me away from other people in the family who would show me kindness and understanding.

3. As I said to the Court, my mother would say what she needed to in order to be the center of attention, and my Dad was more than willing to comply. He had a really rotten childhood and it was no secret that he needed that devotion and the kids didn't really matter to either of them. We often wondered why they had us in the first place. Dad did everything she wanted when she wanted it done. Dad once told me, "I love who Margaret tells me to love." Dad

1

worked constantly and when he did come home Mom kept us away from him so he could focus all his attention on her. Literally, as soon as Dad came home, Mom would not allow Eddie and I to be in the same room with them. It was very hurtful to Eddie and to me as kids to feel as though we did not matter at all to our mother or father.

4. She kept my father from his own family too. I have one clear memory of going to my father's family for a meal and Mom just made it clear that she did not want to be there. She was miserable. She did not like it that they were different and she really didn't like it that they were interested in my father. My mom did not want my dad to have any interest but her- and she made sure that he knew that she didn't want anything to do with his family. She just didn't want anything to do with them. In fact, there was a very sad time before my Dad died when one of his sisters wanted to come around and be with him, and I wanted her to be there, but mother would not allow it. It was devastating for all of us, especially my Dad. Even when he was so sick and so sad on his death bed, he still let her control his life, and death.

5. Neither Mom nor Dad ever showed us any physical affection. We were never hugged by our parents and they would never say that they loved us. In fact, when I was in the 9th grade, Mom had a hysterectomy and I remember Dad saying that he was thinking about putting Eddie and me on a train and getting rid of us. When we were really young, Eddie and I spent lots of our time with our grandparents, Jack and Pat. After moving to Utah Eddie and I spent summers in Oklahoma with them. In Utah, Eddie used to complain bitterly about missing grandma and grandpa; he was so used to spending time with them. I have only a few clear memories of the time in Utah. I recall that our mother took pleasure in making sure Eddie and I stayed at each other's throats. She was very good at dividing us and separating us from emotional comfort or security. This went on right up until before Eddie had his break and the tragedy happened. For example, several Christmas's ago she made Eddie keep his computer connected to the internet, she had a dial up internet connection, so I couldn't contact them Christmas day. She tried to blame it on Eddie but she was the one behind it. She is just that sick.

2

6.      It was also in Utah where I have the first memories of Dad being instructed to whip us on mother's command. This could happen at any time of the day or night depending on when he worked. It was there in Utah too that I recall my father being provoked by our mother to have us whip each other with belts- our Dad would be the one to say if we were doing it hard enough. If we weren't, then he would take a lick. This happened right up until we lived in Beckley, Virginia. The belts were menacing to us all our lives. These odd, dour and sadistic whippings went on until I left the house. For years, Mom controlled our behavior by threatening us with a whipping from Dad. She terrorized Eddie and I with those threats. When we got a whipping, we'd have to take our pants off and lie on the bed. Dad would whip us with a belt until we'd cry and scream. It didn't matter what time of day or night it was, if Mom ordered him to give us a whipping he'd do it. It was all very bizarre and Eddie really got the worst of it.

7.      Mom was not only emotionally needy but she could fly off the handle and do mean things unexpectedly; you just never knew when craziness would happen with Mom. We walked on eggshells all the time. I remember one time she got mad at me and threw a phone at me; it hit me on the head. Another time, when I was in high school, she slapped me in the face so hard you could see her finger prints on my cheek. Another time, I was picked up and thrown down the hallway. With Eddie, it was worse. She would tolerate his strange behavior and inability to take care of himself and other people for the most part, and then she would turn on him. She even went after him with a belt just about the time she was going to move in with me after my father died. Eddie was in his thirties! When I think about people reporting that they thought Mom was scared on Eddie, they are wrong. And, it really is no wonder that by the time she was getting ready to move with me in Virginia, some people were sensing the volatility at that house and were expressing concern. By then, she was sicker and starting to act feeble and my brother was sick and as strange and depressed and unpredictable as he had ever been.

8.      For many many years, my mother was prescribed pain medication for a variety of ailments and in my opinion developed a problem with pain pills which has continued to this day.

3

She keeps a huge bottle of hydrcodone with her at all times. Several years ago Mom was diagnosed as bipolar. The doctors thought at one point she had MS, she has some brain abnormalities, lots of pain that she reports and complains about all the time. There is a history of mental health and brain type issues in the family too. My grandmother, Pat Ginnaman (Holt) had electroshock treatments. Eddie's daughter, Amanda, has also been diagnosed as bipolar. His son, Andrew, is a lot like Eddie and is very strange in his ways as he leaves his teenage years. Also, everybody talked about Pat's sister, Aunt Inez. Everyone said she was really disturbed. There was also Aunt Polly and we were all told that she had mental problems.

9. Someone should have had a look at Eddie's illness and brain long before he was 16. As I testified, we fought a lot as kids, up to the point I left the house. Most if it did not feel out of the ordinary, from what I was seeing in other families, but there is no denying that at that time Eddie was getting weirder and weirder and I did not want to hang around him because he was too weird.

10. Knowing them both (our mother and Eddie) at this point in time, it seems obvious now that they are similar to each other in the worst ways: how much medication they both have been on and are on right now, how almost totally unable at times they have both been to pay attention to anyone outside of themselves. For both of them, it is more than being depressed, in my humble opinion. I am no expert, but I know what it was like to be around them and I can see how similar they are. They are both really sick people. Medication seems to help both of them only to a point. As I testified, ever since Eddie has consistently taken medication in jail, he is able to have a "normal" conversation now on the phone, he seems more able than I have ever experienced to ask about other people and be interested in what they are doing. But, he is still really odd and he shakes so badly. My mother has so many different problems that as I sit here today, I am not sure what her most major diagnosis would be. She takes drugs for pain, for bipolar, for lupus, for depression— lot of pills all the time. As I said at the trial, she went back to Oklahoma after living with me for a couple of months following the death of my father because

4

all of her craziness made it impossible for her to live with me or me to live with her.

11.    But, despite all the "nerve" problems in our family tree, and even old fashioned hospitalizations and shock treatments, including our beloved grandmother, Pat, the tension and impossible stress was just allowed to go along in our house. My mother and father seemed to take a lot of pride in being in the middle class and interesting- a "normal" family. That meant that they could not have a young strapping man in the family who was weird or mental, or a daughter who was gay. Eddie and I did not come from some dreamy American family- nothing really could be further from the truth. When I mentioned the service before it was Eddie going into the Navy when he was teenager and by now, everyone has heard the "shanghai" story– that was when Mom and Dad wrangled Eddie into the Navy at a pretty young age so it , the Navy, could make a man out of him. All that did was give him unlimited access to alcohol- and that certainly didn't help. Sadly, Eddie got worse and worse as he got older. For me, when I turned eighteen I got out. I was fed up with my mom's madness and inappropriate behavior.

12.    The two interviews done my the FBI were right around the time that I was moving mother and everything I said was true, but I was just wrapping my mind around what had happened. I was still in shock and not accustomed to talking about such very personal matters and stories about my family. It is very hard to admit that there was so much strange behavior and strange violence in our house and I wish that the lawyers for Eddie before had been more specific and clear about why it was important to tell the gory details.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. section 1746.

Cherie Fields

3/ 21/ 10

Date

5