**28**

FROM :MAIL BOXES ETC 2796          870-777-6231          2005-05-27     12:09     #281 P.02/11

# G

## WW   GEORGE W. WOODS, JR., M.D.

A PROFESSIONAL CORPORATION
DIPLOMATE OF THE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY

June 25, 2005

Julia O'Connell, Esq.
Deputy Federal Defender
Federal Defender, Northern and Eastern Districts of Oklahoma
One West Third Street, Suite 1225
Tulsa, Oklahoma 74103

Re: Edward Leon Fields

Ms. O'Connell,

Pursuant to your request, I have performed a neuropsychiatric examination of Mr. Edward Leon Fields, a 38 year old divorced white male, currently incarcerated in the David L. Moss Criminal Justice Center, Tulsa, Oklahoma. In order to complete this evaluation, I interviewed Mr. Fields on three occasions, August 24, 2004, August 25, 2004, and October 9, 2004.

I have reviewed pertinent police records of the offense. I have also reviewed family historical records, including medical records of Mr. Fields' mother, father, and maternal grandmother. I've reviewed Mr. Fields's armed service records, his scholastic records, and medical records, particularly those from Drs. Kemp and the Eastern Oklahoma Healthcare Corp. I have also consulted with Bradley D. Grinage, MD.

## CONCLUSION

It is my professional opinion, which I hold to a reasonable degree of medical certainty that Mr. Fields suffers from a severe mood disorder with significant mood swings from depressive episodes to manic episodes, manifested by irritability, explosive anger, and agitation. Mr. Fields also suffers from symptoms of psychosis, particularly auditory hallucinations, which, in the past, have become commanding in nature.

1-866-646-0509
E-mail: gwwoods@comcast.net
Oakland Seattle Atlanta San Antonio

1

Mr. Fields' combination of severe mood disorder and psychotic, command hallucinations fits the diagnosis of Schizoaffective Disorder, Bipolar type; as well as the diagnosis of Bipolar Disorder, severe, chronic, with psychotic features. The treatment he has received at David L. Moss Criminal Justice Center and while incarcerated in Muskogee, Oklahoma is appropriate for Schizoaffective Disorder, Bipolar Type as well as Bipolar Disorder with psychotic features. He has been given both diagnoses by treating mental health providers, and other than for the purpose of long term treatment and prognosis, the core symptom constellation of manic symptoms, depressive symptoms, and psychotic symptoms manifesting as command auditory hallucinations in each disorder is most relevant to the medicolegal findings.

It is my professional opinion Mr. Fields was in a manic state and was also experiencing auditory hallucinations at the time of the offense for which he is charged. Mr. Fields has had, in my professional opinion, manic episodes prior to the offense for which he is charged. He also reported command hallucinations to Dr. Kemp prior to the offense. Many of his manic symptoms, his depressive symptoms, and his psychosis are now under pharmacological control, due to the treatment at the Moss Criminal Justice Center.

Mr. Fields' psychotic manic episode before, during, and after the offense for which he is charged appears to have been triggered by increased doses of Effexor, a serotonergic specific reuptake inhibiting antidepressant. Serotonin, an important neurotransmitter in emotional regulation is increased with the use of Effexor. Although older classes of antidepressants, particularly the tricyclic antidepressants, have a longer history of inducing manic states, all antidepressants, when used in persons with Bipolar vulnerability, like Schizoaffective Disorder, have been documented as having the potential to induce manic states. Atshuler, et al, documented the potential impact of antidepressants on Bipolar depressive symptoms in his 1995 article;

RESULTS: Thirty-five percent of the patients had a manic episode rated as likely to have been antidepressant-induced. No variable was a predictor of vulnerability to antidepressant-induced mania. Cycle acceleration was likely to be associated with antidepressant treatment in 26% of the patients assessed. Younger age at first treatment was a predictor of vulnerability to antidepressant-induced cycle acceleration. Forty-six percent of patients with antidepressant-induced mania, but only 14% of those without, also showed antidepressant- induced cycle acceleration at some point in their illness. CONCLUSIONS: Mania is likely to be antidepressant-induced and not attributable to the expected course of illness in one-third of treatment-refractory bipolar patients, and rapid cycling is induced in one-fourth. Antidepressant-induced mania may be a marker for increased vulnerability to antidepressant-induced cycle acceleration. Antidepressant-induced cycle acceleration (but not antidepressant- induced mania) is associated with younger age at first treatment and may be more likely to occur in women and in bipolar II patients. (LL Atshuler, RM Post, GS Leverich, K Mikalauskas, A Rosoff, and L Ackerman; *Antidepressant-induced mania and cycle acceleration: a controversy revisited*, Am. J. Psychiatry, Aug 1995; 152: 1130 - 1138.)

2

FROM :MAIL BOXES ETC 2796          870-777-6231          2005.06-27    12:57   #928 P.04/11

Other authors have documented the prevalence of patients switching from depression to mania when treated with antidepressants. Antidepressant treatment is often first initiated because many patients with Bipolar vulnerability present, as Mr. Fields has presented much of his life, with more recognizable symptoms of depression.

In the present cohort, evidence for antidepressant-induced mania was apparent in 20% of the individuals who became manic or hypomanic, and polarity conversions were *not* more likely to occur in association with antidepressant use (whether or not in conjunction with a mood stabilizer) than spontaneously. Elsewhere, antidepressant use has been reported to induce mania in approximately one-third of patients with known bipolar illness, although less is known about the induction of mania in depressed patients without an existing history of demonstrated bipolar illness. For example, Bunney reported an approximate 9.5% risk for cycling induced by tricyclic antidepressants or monoamine oxidase inhibitors among previously "nonbipolar" depressed patients, although estimates based on the use of serotonin reuptake inhibitors or other newer-generation antidepressants have not been well established. Similarly, lithium has been reported to confer some degree of protection against mania induced by tricyclic antidepressants, but more extensive data are needed on the protective value of lithium and other mood stabilizers in depressed patients with high risk for eventual conversion to bipolarity. Few subjects in the current study had taken mood stabilizers before or with antidepressants, limiting the ability to estimate the effect of prophylactic mood stabilizers on mania otherwise preceded by antidepressant use. (Joseph F. Goldberg, Martin Harrow, and Joyce E. Whiteside, *Risk for Bipolar Illness in Patients Initially Hospitalized for Unipolar Depression*, Am. J. Psychiatry, Aug 2001; 158: 1265 – 1270)

The unique constellation of depressive symptoms associated with Bipolar Disorder and Schizoaffective Disorder has been identified in the last 20 years. It is well-understood that Bipolar Depression is a separate entity from Major Depressive Disorder. However, many clinicians, particularly those with little or no psychiatric training, do not have the expertise to differentiate the symptoms of Major Depressive Disorder and those of Bipolar Depression.

Depression in Schizoaffective and Bipolar Disorders has been shown to be more often an agitated depression, rather than the melancholic or retarded depression most often seen in Major Depressive Disorder. Depression in a person with a vulnerability to Bipolar illness has a higher incidence of psychosis, cognitive impairments, and increased social deterioration.

Even the mania of Bipolar Disorder and Schizoaffective Disorder, so often thought to be manifested by grandiosity and impulsivity, has now been shown to have symptoms of anger or irritability more often than true grandiosity. Of course, this impulsive irritability is consistent with the difficulties Mr. Fields has experienced most of his life, and for which treatment was sought as early as his mid-teens.

3

Childhood-onset depression must also be considered a major risk for ultimate bipolar transformation. This is based on the following characteristics: (1) early age of onset; (2) even sex ratio; (3) prominence of irritability, labile moods, and explosive anger, suggesting mixed episodes; (4) questionable response to antidepressants, hypomanic switches, or both; (5) high recurrence rate after depression; and (6) familial affective loading…(Kaplan and Sadock, *Comprehensive Textbook of Psychiatry, VIII edition,* 2005, Chapter 14)

Mr. Fields not only has a history consistent with early onset depression. His wife, Teresa Skeens Fields, corroborates manic symptoms of irritability, labile moods, and explosive anger. Mr. Fields reported that his wife, Teresa Skeens Fields, recommended on many occasions that he get treatment for his emotional outbursts, recognizing that something, out of his control, was overwhelming Mr. Fields. He also reported that Ms. Skeen-Fields talked with his mother about attempting to get him help for his mood swings.

Mr. Fields endorsed ongoing auditory hallucinations for much of his life. He noted that these voices had started when he was in his early adolescence. The voices were there when he was not depressed, not using drugs or alcohol, and were primarily negativistic, telling him that he was worthless or telling him what to do.

Symptoms before the offense, described by Mr. Fields and others, are consistent with a missed diagnosis of Schizoaffective Disorder, Bipolar Type or Bipolar Disorder with psychotic features. He reports auditory hallucinations, irritability, explosive anger, and depression rather than the antiquated perspective of mania as joy-filled grandiosity.

The current data support recent observations that a sizable minority of depressed patients are(sic) likely to demonstrate an eventual bipolar course, but clinicians may not regularly initiate mood stabilizer pharmacotherapy for them. The data strongly support the view that late-adolescent and young adult patients hospitalized for psychotic depression, potentially with a family history of bipolar illness, carry a high risk for developing signs of bipolar disorder within at least the first 15 years after an index episode of depression, with a remarkably high percentage of these psychotically depressed individuals demonstrating signs of mania or hypomania at one or more subsequent time periods… (Joseph F. Goldberg, Martin Harrow, and Joyce E. Whiteside, *Risk for Bipolar Illness in Patients Initially Hospitalized for Unipolar Depression,* Am. J. Psychiatry, Aug 2001; 158: 1265 – 1270)

Mr. Fields' family demonstrates a vulnerability to mood disorders. His maternal grandmother had electroshock therapy in the 1930s, consistent with treatment for a mood disorder. His mother, Margaret, has been diagnosed with multiple mood disorders, and is currently being treated with antidepressants. He describes his mother as often being in bed for months at a time when he was growing up, and having periods of excessive spending. Mr. Fields' sister, a successful businesswoman, is also being treated for mood disorders.

4

FROM :MAIL BOXES ETC 2796      870-777-6231      2005,06-27    12:58    #928 P.06/11

...a morbid risk of bipolar disorder in first-degree relatives of bipolar disorder probands that ranges between 3 and 8 percent. Compared with a 1 percent rate in the general population, this reflects a substantial familial increase. Similarly, studies of families of probands with depressive disorder (unipolar) reveal morbid risks for depressive disorders among first-degree relatives which are two to three times those of the general population. These data argue strongly for the familial nature of mood disorders. Furthermore, depressive disorders generally occur at a higher rate in the families of probands with bipolar disorders, and the rate of bipolar disorder is elevated in the families of probands with depressive disorders. In fact, depressive disorders are typically the most common mood disorder in families of probands with bipolar disorders. This familial overlap suggests some common genetic underpinnings between these two forms of mood disorder. (Kaplan and Sadock, Comprehensive Textbook of Psychiatry, VIII Edition, Chapter 14)

Those with family histories of bipolar illness showed a nonsignificantly higher rate of switching to mania or hypomania. Spontaneous and antidepressant-associated manias did not differ in frequency. Fewer than one-half of the patients who showed an eventual bipolar course had received prescriptions for mood stabilizers in any follow-up year.( Joseph F. Goldberg, Martin Harrow, and Joyce E. Whiteside, *Risk for Bipolar Illness in Patients Initially Hospitalized for Unipolar Depression*, Am. J. Psychiatry, Aug 2001; 158: 1265 – 1270)

When Mr. Fields was treated with Welbutrin for smoking cessation, he was treated with a medication that is also used for the treatment of depression. Welbutrin is accepted as the antidepressant with the smallest potential for inducing a manic switch. Serzone, a sedating antidepressant, was also prescribed for Mr. Fields by a doctor in Poteau, Oklahoma. Mr. Fields recalls that he had an incomplete depressive response to the Serzone, in that it didn't completely help with his depression. However, he stopped taking it when he ran out of insurance. Mr. Fields has been on varying amounts of Paxil and Celexa as well.

The rapid titration of the Effexor, without monitoring, was much different than the Paxil regimen that Mr. Fields had been on in 1999. The Effexor flipped the switch on Mr. Fields' mania. Kaplan and Sadock's description of mania is very consistent with Mr. Field's symptomatology before, during, and after the offense.

Mania typically escalates over a period of 1 to 2 weeks; more rapid sudden onsets have also been described... The irritable mood in mania can deteriorate to cantankerous behavior... Such patients are among the most aggressive seen in the emergency room... Alcohol use, observed in at least 50 percent of bipolar I patients (often during the manic phase), further disinhibits the patient and might lead to a dangerous frenzy. Such patients may attack loved ones and hurt them physically. (Kaplan and Sadock, Chapter 14)

5

Clinically, Mr. Fields' development of irritable mania appears to be directly related to his treatment with Effexor, provided by a well-meaning physician, Dr. Kemp, who doesn't appear well-versed in psychopharmacology and the clinical scrutiny required to differentiate Major Depressive Disorder and Bipolar Depression. Mr. Fields reported that the voices, which had been getting worse since his father died, were becoming menacing. He was actively suicidal when he was placed on the Lexapro. By the time he was placed on antidepressants, Dr. Kemp documented Mr. Fields told him he heard voices in his head that told him to do things, and, at times, he felt compelled to act.

> Mr. Fields says that he hears voices and they basically amount to a compulsion that he has to do whatever they tell him. The do not tell him to do anything dangerous, homicidal, or suicidal and he denies suicidal thoughts...He notes that he does have a kind of a sad mood much of the time. He is tired a lot and can't sleep very well. He says that he has pretty well stopped eating recently having lost some 40 pounds in the past few weeks. (Medical Plaza Progress Note, April 10, 2003, Mike Kemp, MD)

Conventional treatment of psychosis mandates that the psychotic symptoms are treated first, either with antipsychotic medication or mood stabilizers to buttress against the possibility of a manic switch. Mr. Fields reports symptoms of hypomania within days of starting the increased dose of Effexor XR. He became much more animated, increasingly hypersexual (a long standing manic trait), and the "rush of thoughts" continued. Flight of ideas, the rush of thoughts Mr. Fields describes, is a symptom he reports experiencing much of his life, even when he was depressed.

The strength of the auditory hallucinations were overwhelming, according to Mr. Fields. Although he recognized that what he was doing was unlawful, he was unable to control his actions, secondary to his well-documented mood symptoms and thought disorder.

The jail mental health providers treated Mr. Fields for his psychosis, mania, and depression when he was admitted to the David L. Moss Criminal Justice Center. Mr. Fields' treatment while incarcerated at the David L. Moss Criminal Justice Center is consistent with the recognition and appropriate treatment of his manic symptoms, his depression, and his auditory hallucinations. According to mental health records, good remission of his mania has been successful, with partial control of his ongoing depression and hallucinations. The hallucinations, although continuing, are no longer command in nature.

Treating physicians within the jail setting recognized Mr. Fields was psychotic. His medication regimen history while incarcerated shows that he was initially started on Risperdal, an antipsychotic, which controlled the frequency and command quality of the voices to some degree. Due to side effects, the Risperdal was discontinued, and Mr. Fields was placed on Stelazine, another antipsychotic. He developed severe side effects to this medication, and was eventually placed on Loxitane, an antipsychotic with less propensity for the side effects Mr. Fields was experiencing.

FROM :MAIL BOXES ETC 2796          870-777-6231          2005,06-27   12:59   #928 P.08/11

Mr. Fields was also placed on Lithium Carbonate, one of the drugs indicated for the treatment of the mania, while he was in the Muskogee Jail. He is also currently on Prozac, an antidepressant. The clinical literature is clear that the mood symptoms of a Schizoaffective Disorder, Bipolar type are treated similarly to the Bipolar Depression. The depressive symptoms can be treated with antidepressants if a mood stabilizer such as Lithium is part of the medication picture. Mood stabilizers such as Lithium, Valproic Acid, and Tegretol can protect the patient with Schizoaffective Disorder, Bipolar type, or a Bipolar Disorder from switching into mania.

> **Results:** Short-term nonresponse was more frequent in bipolar (51.3%) than unipolar (31.6%) depression. Manic switching occurred only in bipolar depression but happened less in patients taking mood stabilizers (31.6% versus 84.2%). Cycle acceleration occurred only in bipolar depression (25.6%), with new rapid cycling in 32.1%. Late response loss (tolerance) was 3.4 times as frequent, and withdrawal relapse into depression was 4.7 times less frequent, in bipolar as in unipolar depression. Mood stabilizers did not prevent cycle acceleration, rapid cycling, or response loss. Modern antidepressants, in general, did not have lower rates of negative outcomes than tricyclic antidepressants. Conclusions: The findings suggest an unfavorable cost/benefit ratio for antidepressant treatment of bipolar depression.( S. Nassir Ghaemi, M.D., Klara J. Rosenquist, B.S., James Y. Ko, A.B., Claudia F. Baldassano,M.D., Nicholas J. Kontos, M.D., Ross J. Baldessarini, M.D, *Antidepressant Treatment in Bipolar Versus Unipolar Depression*, Am J Psychiatry 2004; 161:163–165)

> Fewer than one-half of the patients who showed an eventual bipolar course had received prescriptions for mood stabilizers in any follow-up year. (Joseph F. Goldberg, Martin Harrow, and Joyce E. Whiteside, *Risk for Bipolar Illness in Patients Initially Hospitalized for Unipolar Depression*, Am. J. Psychiatry, Aug 2001; 158: 1265 – 1270)

Mr. Fields incarceration has been uneventful clinically. He has done extremely well on his medications, and it is clear that he believes this tragic circumstance would have never occurred if he had been properly medicated.

## RELEVANT SOCIAL HISTORY

Edward Fields was born ███████. He has one younger sister. His father, Edward Fields, Sr., was a supervisor in coal mines, and the family moved quite a bit, although they spent most of Mr. Fields, Jr.'s, childhood in West Virginia.

Mr. Fields mother, Margaret Fields, lives in Oklahoma. She has a long history of mood disorders, and has been diagnosed with depression, Bipolar Disorder, and other neurocognitive disorders. She has also been diagnosed with Lupus, an arthritic condition that is well-known to have significant psychiatric manifestations. Her mother was treated with shock therapy in the 1930s, as noted before.

7

Mr. Fields went to elementary, middle, and high school in West Virginia. He describes himself as always being a "different child." He had few friends and, although intelligent, did not do well in school. He reports that he started hearing voices when he was 13 or 14, but kept it to himself, since he was already seen as strange.

Mr. Fields acknowledges being depressed all his life. He states that his mother has always been depressed, often lying on the couch for months at a time when he was young. She would get up to fix his father's dinner, then go back to bed.

Mr. Fields was first referred for a mental health evaluation when he was 16 years of age. He describes himself as profoundly depressed then, but recalls little of the treatment he received. Around this same time, he moved out of his family's home, and, for a short period, moved in with a woman much older than himself.

Mr. Fields said that his grandparents pressured him to go into the Armed Forces. They had already signed him into the Navy, and he was in the Navy for approximately 8 years. He received his GED while in the Navy. He was honorably discharged in 1992.

Mr. Fields has 3 children. The first, Rhiannon, was with Carol Hagan, a woman he met when he first enlisted in the Navy. His other two children, Amanda and Andrew, are from his marriage to Teresa Skeens Fields. Mr. Fields notes that Amanda is currently seeing a therapist. Teresa has remained supportive of Mr. Fields, allowing him to communicate with the family on a regular basis.

Mr. Fields has a very spotty work history, except for the time when he was in the Navy. He has worked at a number of jobs, often leaving for no clear reason. He reports that the voices often told him to leave jobs, and he would. For several years, he worked as a security guard, and also worked as a correctional officer for the Oklahoma State Prison, following in the footsteps of his grandfather, who worked there for many years.

There is no ongoing history of drug use. Mr. Fields stopped drinking for 18 years during his marriage to Teresa Skeen Fields. He acknowledged smoking marijuana, but denies any other drug use at the time of the offense.

Although Mr. Fields was working at the time of the offense, he had lost almost everything else. He had no place to live. He was estranged from his family. Recent relationships, like Michelle Tipton, were disrupted. By the time Mr. Fields committed the offense for which he is charged, he was living in his truck by Lake Wisker, and going to work during the day.

He has no criminal history prior to this offense.

MENTAL STATUS EXAMINATION

8

FROM :MAIL BOXES ETC 2796          870-777-6231          2005.06-27   13:00 #928 P.10/11

Edward Fields is a white male that looks slightly older than his chronological age. He was dressed in jail clothes, and was not shackled during our interview. His movements were fluid. He did not display any obvious neurological impairments of movement, gait, or extremity movement.

Mr. Fields was oriented to person, place, date, and circumstances. His intellect appeared to be grossly high normal. He has an extensive vocabulary.

Mr. Fields acknowledged current auditory hallucinations that are "extremely quiet." His voices, although still present, are no longer command in nature. He denies illusions, delusions, or other types of hallucinations.

Mood is depressed. Affective range is blunted, but there is some range. He is able to tell an occasional joke, but, ironically, his affective range is so limited, he does not laugh. Speech is soft, fluent, although there continues to be some rate problems. His speech remains tangential.

Mr. Fields thought processes reflect flight of ideas. He notes that the "rush of thoughts" he once had has decreased significantly. Insight and judgment are improved with pharmacological intervention.

Thought contents are negativistic, hopeless, and thought disordered. Mr. Fields acknowledges suicidal ideation, but denies having a current plan. He denies homicidal ideation.

## DIAGNOSES
I.    Schizoaffective Disorder, Bipolar Subtype, vs. Bipolar Disorder, severe, with psychosis, in pharmacological remission
II.   No Personality Disorder
III.  Diabetes, Obesity
IV.   Legal Problems
V.    Gaf of 30 at time of offense, currently 55

## DIAGNOSTIC FORMULATION

Consistent with many, many patients today, Edward Fields was incorrectly diagnosed for much of his life. His depressive symptoms, mood swings, irritability, and spontaneous anger were read as depression, rather than Schizoaffective Disorder, Bipolar type or Bipolar Disorder with psychosis. He kept his psychotic thought disorder a secret until, before the offense for which he is charged, he told Dr. Kemp. There was a continued social deterioration, consistent with untreated psychiatric disorders, ending with Mr. Fields living in his truck, with nowhere to go and with no one. His well-meaning physician, attempting to make sense of the obsessive symptoms, depression, and psychosis Mr. Fields was describing, attempted to treat him, without a clear understanding of what this symptom constellation truly meant, and the potential danger of inaccurate diagnosis and treatment.

9

FROM :MAIL BOXES ETC 2796         870-777-6231         2005,06-27   13:01   #928 P.11/11

It is against this backdrop of missed opportunity that Mr. Fields was prescribed medications that increased the frequency, urgency, and command quality of the voices he had heard all his life, the voices he described to Dr. Kemp. His ability to resist the voices, always tenuous, became impossible at the time of offense.

Thank you for allowing me to interview Mr. Fields.

George Woods, MD

10