**29**

# OKLAHOMA STATE BUREAU OF INVESTIGATION

TITLE OF REPORT:   SEARCH OF FIELDS' TRUCK

On July 11, 2003, the bodies of CHARLES GLENN CHICK and SHIRLEY ELLIOTT CHICK were found in campsite #15 at the Winding Stair Campground in the Quachita National Forest.   CHARLES and SHIRLEY each died of multiple gunshot wounds.

On July 18, 2003, United States Magistrate Judge STEVEN P. SHREDER issued a Search Warrant for a blue 1989 Chevrolet pickup, Oklahoma tag number LYW-924.   OSBI Agents IRIS DALLEY and STAN FLORENCE executed that warrant.

The pickup was parked in the employees parking lot of Kenco Plastics at 509 S. McKenna in Poteau.   DALLEY recorded digital images of the pickup in the Kenco parking lot then she had the pickup removed by Around-the-Clock Towing Wrecker to the Poteau Police Department Garage.   DALLEY recorded digital images of the pickup inside that garage.

The pickup was dark blue with peeling paint on the top.   A Chevy emblem and "1500" were on the side chrome strips of the pickup.

Numerous items were in the pickup bed including an ice chest containing one cola can, a lawn chair, food and beverage containers, metal bed rails, a rug, a pair of men's swim trunks, and a ghille suit.   The ghille suit consisted of a cap, sweatshirt, and jeans.   Netting was attached to the outside of the cap, sweatshirt, and jeans.   Numerous lengths of twine-like strands were tied into the nettings.   DALLEY seized the ghille suit and the swim trunks.

Two prescription pill bottles, papers, miscellaneous small items, and a bloodstained gauze were in the pocket of the driver's door.   DALLEY seized that gauze.

A Cobra Radar Detector, Serial Number 006032975, was mounted on the middle of the dash.

| | | | | | | |
|---|---|---|---|---|---|---|
| Investigation On: 07/18/03 | | At: POTEAU, OKLAHOMA | | By: IRIS DALLEY | File: | CR 03-527 |
| Offense: HOMICIDE | | Victim: CHARLES CHICK & SHIRLEY CHICK | | Case Agent: DONNIE LONG | | |
| Office: ERO | Date Reported: 8/1/03 | Approved by: | | Date Approved: | | IND: .022 |

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.

000061

CR 03-527.022
SEARCH OF FIELDS' TRUCK
PAGE 2

The interior of the cab had a bench seat. A red-&-white throw was spread across the seat. The right side of the throw was folded back toward the driver's seat covering the following items:

A Canon AE-1 camera, body # 863986, with attached Soligar 35-200mm lens, Serial Number 684157610.

One pair Ray-Ban sunglasses.

Two eyeglasses cases.

One green camouflage mini-flashlight, attached to a blue nylon headband.

One purple Royal Crown bag containing one Casio Model EV-660 handheld portable television, Serial Number: 2028881A.

One paper napkin.

One brown hairbrush.

Several containers and packaging, Effexor samples packs, two 12-gauge shotgun shells, one .22-caliber shell, and a partial box of CCI .22-caliber shells was under the seat. DALLEY seized the 12-gauge shotgun shells and the .22-caliber shells.

A box of Federal .22-caliber shells, a zippered brown cloth camouflage gun case, a pillow, firecrackers, clothing, a 2003 calendar, a pharmacy sack, 12-gauge shotgun shells, mail and other documents were behind the seat.

The gun case contained a .22-caliber Marlin Model 60W rifle, Serial Number 06198019. One live shell was in the chamber of the rifle, nine live shells were in the magazine, and eight live shells were in the gun case. A scope was mounted on top of the rifle. Strips of burlap were tied around the rifle, from the muzzle to the stock, with several inches of the strips hanging from the rifle. Only the back of the stock of the rifle was uncovered.

000062

CR 03-527.022
SEARCH OF FIELDS' TRUCK
PAGE 3

DALLEY seized the box of shells and the gun case containing the rifle, scope, and shells.

Handwritten notes were in the page blocks of the calendar pages. The notes indicated calls to and from "she", visits including "spent the night", and references to "John", "Morgan", and "Stigler". Two entries were recorded for July. Those entries were for July 2 and July 4. The July 2 entry included "said I could come back on 9th". The July 4 entry included "call Sunday about meeting".

The pharmacy sack label was dated 07/09/03. The label was for 30 Effexor 150mg capsules for EDWARD FIELDS. A bottle of pills bearing the same label was found inside the truck.

A typed note "Money that is owed Carole Lamb" was among the documents behind the seat. The note was dated June 24, 2003. Five items and amounts were listed. That list end with "$1200 total", "$100 wk ......12 weeks", and "Beginning June 26th, ending September 12th without fail".

DALLEY secured the following items in the OSBI Eastern Regional Office Property Room:

1.    One Ghille suit cap, shirt, and pants.

2.    One pair men's swim trunks.

3.    One piece of bloodstained gauze.

4.    One Cobra radar detector, SN: 006032975.

5.    One Canon Ae-1 camera (863086) with Solilgar 35-200m lens (684157510).

6.    One pair sunglasses and two eyeglasses cases.

7.    One camouflage mini-flashlight on headband.

000063

CR 03-527.022
SEARCH OF FIELDS' TRUCK
PAGE 4

8.  One Casio Model EV-660 handheld portable television, SN: 20288815.

9.  Two 12-gauge shotgun shells, from under the truck seat.

10.  One .22-caliber shell, from under the truck seat.

11.  One partial box of CCI .22-caliber shells.

12.  One box of Federal .22-caliber shells.

13.  12-gauge shotgun shells, from behind truck seat.

14.  Gun case containing .22-caliber Marlin Model 60W rifle (SN:06198019) with mounted scope, and shells from rifle chamber, magazine, and gun case.

**END NOTE:**

Copies of the Affidavit and Search Warrant were attached to this report.

DALLEY prepared logs of all the digital images. Copies of those logs were attached to this report.

000064

AO 93 (Rev. 5/85) Search Warrant

# ~~ORIGINAL~~
# United States District Court

_____EASTERN_____ DISTRICT OF _____OKLAHOMA_____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES KNOWN AS
**1989 Dark Blue Chevrolet Pickup**
**Oklahoma Tag Number LYW 924**
**located at Kenco Plastics, 509 S. McKenna,**
**Poteau, Oklahoma**

## SEARCH WARRANT

CASE NUMBER: **03 - 058 _ M**

SPECIAL AGENT NORMAN G. KUYLEN
TO: __FBI_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Norman Kuylen_____ who has reason to
                                                Affiant
believe that [X] on the person of or [ ] on the premises known as (name, description and/or location)

A 1989 dark blue Chevrolet Pickup, Oklahoma Tag Number LYW 924, with "1500" on the exterior body, located at the
Kenco Plastics parking lot, 509 S. McKenna, Poteau, Oklahoma,

in the _____Eastern_____ District of _____Oklahoma_____ there is now concealed a
certain person or property, namely (describe the person or property)         See ATTACHMENT A which
property/records are fruits and instrumentalities evidencing acts in violation of Title 18, U.S.C. § 1111, as evidenced by
the Affidavit of Special Agent Norman G. Kuylen attached to the Application and Affidavit for Search Warrant,
incorporated by reference herein.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____July 25, 2003_____
                                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant
and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find~~
~~reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy
of this warrant and receipt for the person or property taken, and prepare a written Inventory of the person or prop-
erty seized and promptly return this warrant to ___U.S. MAGISTRATE JUDGE STEVEN P. SHREDER___
as required by law.                                                          U.S. Judge or Magistrate

July 18, 2003_____
Date and Time Issued

at ___Muskogee, Oklahoma___
     City and State

STEVEN P. SHREDER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

000065

## ATTACHMENT "A"

### *Items to be Seized*

Guns; Ammunition, including shells and casings; burlap; fibers; a "gilly's suit; camera(s); film; shoes; clothing; blood; hair; documents relating to or regarding Charles Glenn Chick, Shirley Elliott Chick and/or Edward L. Fields, Winding Stair Park, Ouachita National Park, Talimina Drive; fingerprints; palm prints; shoe prints; impressions; latex gloves; broken glass, and any and all evidence relating to the homicide committed on 7-10-03 in the National Forest.

000066

AO 106 (Rev. 7/87) Affidavit for Search Warrant

# ~~ORIGINAL~~
# United States District C̶o̶u̶r̶t̶ FILED

EASTERN _____ DISTRICT OF _____ OKLAHOMA    **JUL 18 2003**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

William D. Guthrie
Clerk, U.S. District Court

By_____
Deputy Clerk

THE PREMISES KNOWN AS
1989 Dark Blue Chevrolet Pickup
Oklahoma Tag Number LYW 924
located at Kenco Plastics, 509 S. McKenna,
Poteau, Oklahoma

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER: **03-059 M**

I NORMAN G. KUYLEN _____ being duly sworn depose and say:

I am a(n) _Special Agent, FBI_____ and have reason to believe

that [ ] on the person of or [X] on the property or premises known as (name, description and/or location)

A 1989 dark blue Chevrolet Pickup, Oklahoma Tag Number LYW 924, with "1500" on the exterior body, located at the Kenco Plastics parking lot, 509 S. McKenna, Poteau, Oklahoma,

in the _____ Eastern _____ District of _____ Oklahoma _____ there is now concealed a certain person or property, namely (describe the person or property to be seized) .

**See ATTACHMENT "A"**

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure) property/records are fruits and instrumentalities evidencing acts

concerning a violation of Title __18__ United States Code, Section(s) _1111_ .
The facts to support a finding of Probable Cause are as follows:

See attached Affidavit of Special Agent Norman G. Kuylen, FBI, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof.    [X] Yes [ ] No

_____
Signature of Affiant
NORMAN G. KUYLEN
Special Agent, FBI

Sworn to before me, and subscribed in my presence    at    Muskogee, Oklahoma
July 18 _____, 2003 _____               City and State
Date
STEVEN P. SHREDER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

000067

## ATTACHMENT "A"

### *Items to be Seized*

Guns; Ammunition, including shells and casings; burlap; fibers; a "gilly's suit; camera(s); film; shoes; clothing; blood; hair; documents relating to or regarding Charles Glenn Chick, Shirley Elliott Chick and/or Edward L. Fields, Winding Stair Park, Ouachita National Park, Talimina Drive; fingerprints; palm prints; shoe prints; impressions; latex gloves; broken glass, and any and all evidence relating to the homicide committed on 7-10-03 in the National Forest.

## AFFIDAVIT

I, Norman G. Kuylen, being first duly sworn, do depose and state:

I am an Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Oklahoma City Division, Muskogee Resident Agency, and have been employed in this position for over six (6) months. Prior to my employment with the FBI, I served for thirteen and a half years in the United States Air Force, as a Fuels Operator and as an Imagery Intelligence Analyst, in several locations across the United States of America and at five military sites overseas, to include two joint assignments with North Atlantic Treaty Organization (NATO) personnel. As a Special Agent with the FBI, I am vested with the authority to investigate violations of Federal law, including violations of Title 18, United States Code, Section 1111 -- Murder in the First Degree.

This affidavit is made in support of a Complaint, Arrest Warrant against Edward L. Fields, date of birth ████, and a search warrant for a 1989 Blue Chevrolet Pickup, Oklahoma Tag Number LYW 924, dark blue in color, with "1500" on the body, located at Kenco Plastics parking lot, Poteau, Oklahoma.

Your affiant was advised by William Donnie Long, Agent with the Oklahoma State Bureau of Investigation, of the following facts:

1.      On July 11, 2003, a man identifying himself as Max Hendrix called the LeFlore County Sheriff's Department and reported that he had found a man and a woman who had been robbed and killed in the Winding Stair Campgrounds. Max Hendrix stated to law enforcement personnel that he was riding his motorcycle through the area and found the two bodies. Max Hendrix waited for officers with the LeFlore County Sheriff's Department to arrive at the location. Hendrix then directed the officers to the campsite where the bodies were discovered. This campsite is described as campsite 15 of the Winding Stair Campground in the Ouachita National Forest located in southern LeFlore County, Eastern District of Oklahoma, and is on property owned by the United States of America. Located within campsite 15 was a 1996 Ford LL van described as two tone in color with a blue color appearing over a tan color and a green Cabella's tent with a gray dome. Agent Long arrived at the above described location within the Ouachita National Forest and observed the white male and white female who were deceased with the above described tent and van located as aforesaid. Both victims had been shot. The victims were later identified as Charles Glenn Chick and Shirley Elliott Chick. The bullets recovered from the victims' body have been analyzed by Gordon Robertson of the Oklahoma State Bureau of Investigation Laboratory and were found to be .22 caliber projectiles. At the campsite, burlap-like fibers were found at six separate locations.

2.      On July 18, 2003, Agent Long interviewed Carole Sakura Lamb, a white female, DOB ████, at the LeFlore County District Attorney's Office. Lamb told Agent Long that she had been friends with Edward Fields, a white male, DOB ████, for the past four years. Fields and Lamb had lived together until June 2003. Since that time, Fields had been living in campgrounds around Wister Lake and the Talimena Drive area.

3.    During the time they were living together, Fields showed Lamb a .22 caliber rifle with an attached scope and a camouflage suit he referred to as a "gilly suit." The suit appeared to be made up of rope like material and was brown in color. The suit consisted of pants, hat and sweat shirt. The rope-like strands were woven into the garments.

4.    Lamb further stated that sometime in early June 2003, Lamb and Fields went to Wal-Mart in Poteau, where Fields purchased a box .22 caliber ammunition. On a separate occasion around the same time, they went to Atwoods in Poteau, Oklahoma, where Fields purchased some burlap bags. Lamb asked the purpose of the burlap and Fields state "you don't want to know." Sometime after the purchase of the burlap bags, they were at Lamb's residence in Wister. At that time, Fields cut the bags into strips the length of the bags. She watched Fields tie the strips around a .22 caliber rifle. Lamb knew Fields to carry the rifle and the "gilly suit" in the bed of his pickup, or inside the cab.

5.    Last week, Fields called Lamb on her cellular telephone and told Lamb that he was going to kill himself. Lamb met Fields at the Pocahontas landing area of Lake Wister. Fields told Lamb that he had "done something real bad." Fields told Lamb that he had snuck up on some people in their car. Fields further said that he went back and got his "gilly suit", snuck back up on them and watched them.

6.    Lamb met Fields on Thursday, July 10, 2003, at approximately 4:45 PM at the LaHuerta Restaurant in Poteau. They ate dinner together. Fields asked Lamb for money so that he could get a room at a motel. Lamb left Fields approximately one hour later to go to her college class.

7.    Fields called Lamb on Friday, July 11, 2003, around noon. Fields wanted to meet Lamb to get money for a motel in Wister, Oklahoma. Lamb told him that she was leaving town and did not have time to meet him.

8.    Fields called Lamb on Monday, July 14, 2003, on Lamb's cellular telephone. Lamb was at her doctor's office. Lamb told Fields that she did not have time to talk. Lamb has not talked to Fields since that call. Fields has left several messages on Lamb's answering machine inquiring about Lamb's well being.

9.    Lamb described the vehicle that Fields drives as an eighties or nineties Chevrolet, full sized pick up truck. It is dark blue in color and in need of a paint job.

10.    Lamb stated that Fields works at Kenco Plastics in Poteau, Oklahoma. United States Forest Service Law Enforcement Special Agent James Alford has been to Kenco Plastics on this date and has found a vehicle matching the Lamb description in the parking lot at Kenco Plastics in Poteau. In plain view in the back of the pick-up truck at Kenco Plastics, Special Agent Alford saw a garment consistent with what he recognizes as a gilly suit. A records check of the truck where the gilly suit was seen shows that it is registered to Edward L. Fields.

2

000070

11.    On July 13, 2003, Agent Long traveled to Shreveport, Louisiana, to interview Carl Gabriel Wise, a white male, ███████████. Wise had been in the Winding Stair Campground on July 8 and 9, 2003. When Wise entered the campground on July 8, 2003, at approximately 9:00 PM, he saw a "dark blue, C-1500, pick up truck" parked at the campsite located in the northwest corner of the campground area. Campsite number 15 is located in the northwest corner of the campground.

Based upon the foregoing, your affiant believes probable cause exists to believe that Edward L Fields, date of birth ███████ has committed violations of Title 18, United States Code, Section 1111 -- Murder in the First Degree. Your affiant further believes there is probable cause to believe that evidence of a violation of Title 18, United States Code, Section 1111 will be found by searching the dark blue Chevrolet Pickup, Oklahoma Tag Number LYW 924.

Since this affidavit is being submitted for the limited purpose of enabling a judicial determination of whether probable cause exists to justify the issuance of a Complaint and Arrest Warrant for Edward L. Fields, date of birth ███████, and Search Warrant for a dark blue, 1989 Chevrolet pickup, Oklahoma Tag Number LYW 924, with "1500" on the body of the truck, I have not included each and every fact known concerning this investigation to me and others involved in this matter. I have set forth only the facts that I believe are essential to establish the necessary foundation for the filing of a Complaint and issuance of an Arrest Warrant for Edward L. Fields, and search warrant for the 1989 Chevrolet pickup.

Further affiant sayeth not.

NORMAN G. KUYLEN
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this /6th day of July, 2003.

STEVEN P. SHREDER
United States Magistrate Judge

3

000071

## PHOTO LOG

Location __Kenco_____     Date ___07/18/03_____     Time___1630-1700hr___

Camera Type__ Sony_____     # CD__6_____     Photographer___Iris Dalley___

| PHOTO # | DESCRIPTION | LOCATION/Direction |
|---|---|---|
| CR03527CD60001 | Search Warrant for FIELDS' pickup | |
| CR03527CD60002 | Front of pickup | Parked in Kenco parking lot |
| CR03527CD60003 | Left side of pickup | |
| CR03527CD60004 | Rear of pickup | |
| CR03527CD60005 | License plate on rear of pickup | Okla #LYW-924 |
| CR03527CD60006 | Right side of pickup | |
| CR03527CD60007 | Bed of pickup | From rear |
| CR03527CD60008 | Gilly suit in pickup bed | |
| CR03527CD60009 | Cab | Through closed driver's window |
| CR03527CD60010 | Cab (reflected pickup bed & Dalley's left leg/shoe) | Through rear window |

000072

# PHOTO LOG

Location Poteau Police Department _      Date __07/18/03___      Time__1700-2000hr__

Camera Type__Sony_      # CDs_____      Photographer__Iris Dalley

| PHOTO # | DESCRIPTION | LOCATION/Direction |
|---|---|---|
| CR03527CD60011 | Edward Fields' face | Interview room at PPD |
| CR03527CD60012 | Edward Fields' face/upper body | |
| CR03527CD60013 | Edward Fields' body front | |
| CR03527CD60014 | Back of Edward Fields' left hand | |
| CR03527CD60015 | Back of Edward Fields' right hand | |
| CR03527CD60016 | Palm of Edward Fields' right hand | |
| CR03527CD60017 | Palm of Edward Fields' left hand | |
| CR03527CD60018 | Healing wound on Edward Fields' left thumb | |
| CR03527CD60019 | Healing wound on back of Edward Fields' right index finger | |
| CR03527CD60020 | Edward Fields' right thumb | |
| CR03527CD60021 | Back of Edward Fields' left index & left middle fingers | |
| CR03527CD60022 | Left front of Edward Fields' pickup | In PPD garage bay |
| CR03527CD60023 | Left side of Edward Fields' pickup | From rear |
| CR03527CD60024 | Rear of Edward Fields' pickup | |
| CR03527CD60025 | Right side of Edward Fields' pickup | From rear |
| CR03527CD60026 | Right front of Edward Fields' pickup | From front |
| CR03527CD60027 | Bed of Edward Fields' pickup | From rear |
| CR03527CD60028 | Inside cab | From opened driver's door |
| CR03527CD60029 | Inside cab, driver's seat | From opened driver's door |
| CR03527CD60030 | Under driver's seat | From left side |
| CR03527CD60031 | Under driver's seat | From front |
| CR03527CD60032 | Odometer | |
| CR03527CD60033 | Radar detector on dash | From left |
| CR03527CD60034 | Behind sear | From driver's side |
| CR03527CD60035 | Inside cab | From opened passenger door |
| CR03527CD60036 | Behind seat | From right |
| CR03527CD60037 | Behind seat | From right/front |
| CR03527CD60038 | Items in dash 'cubby hole' | To front |
| CR03527CD60039 | Under passenger seat | From front |

000073

## PHOTO LOG

Location Poteau Police Department    Date 07/18/03    Time 1700-2000hr
Camera Type Sony    # CDs    Photographer Iris Dalley

| PHOTO # | DESCRIPTION | LOCATION/Direction |
|---|---|---|
| CR03527CD60040 | Under passenger seat | From right |
| CR03527CD60041 | Under center/driver's sear | From right front |
| CR03527CD60042 | Driver's visor | Turned down |
| CR03527CD60043 | Passenger visor | Turned down |
| CR03527CD60044 | Driver's door pocket/contents | Down |
| CR03527CD60045 | Stained gauze from driver's door pocket | |
| CR03527CD60046 | Stained gauze from driver's door pocket | Close-up |
| CR03527CD60047 | Items on seat | Cover turned back to expose items |
| CR03527CD60048 | Items on seat | Cover turned back to expose items |
| CR03527CD60049 | Items (camera w/lens, eyeglass cases, Royal Crown bag/min-TV) on seat | Cover turned back to expose items. |
| CR03527CD60050 | Canon AE-1 35mm camera with attached 35-200mm lens | Found under cover on seat |
| CR03527CD60051 | Casio mini-TV from Royal Crown bag | Found under cover on seat |
| CR03527CD60052 | Camouflage cloth gun case | Found behind seat |
| CR03527CD60053 | Burlap-camouflaged rifle in gun case | Opened on paper |
| CR03527CD60054 | Shells & muzzle of burlap-camouflaged rifle | Opened on paper |
| CR03527CD60055 | Burlap-camouflaged rifle in gun case | Opened on paper |
| CR03527CD60056 | Serial number 06198019, on left side of rifle | Close-up |
| CR03527CD60057 | Make & model on left side of rifle | Marlin Model 60W, micro-groove barrel cal 22LR |
| CR03527CD60058 | Ejection port on right side of rifle | |
| CR03527CD60059 | Shell in rifle chamber | Ejection port opened by Dalley |
| CR03527CD60060 | Behind seat | After gun case removed |
| CR03527CD60061 | Calendar page – February 2003 | Calendar found behind seat |
| CR03527CD60062 | Calendar page – March 2003 | Calendar found behind seat |
| CR03527CD60063 | Calendar page – February 2003 | Calendar found behind seat |
| CR03527CD60064 | Calendar page – March 2003 | Calendar found behind seat |
| CR03527CD60065 | Calendar page – April 2003 | Calendar found behind seat |
| CR03527CD60066 | Calendar page – May 2003 | Calendar found behind seat |
| CR03527CD60067 | Calendar page – June 2003 | Calendar found behind seat |

000074

# PHOTO LOG

Location __Poteau Police Department__    Date __07/18/03__    Time __1700-2000hr__
Camera Type __Sony__    # CDs_____    Photographer __Iris Dalley__

| PHOTO # | DESCRIPTION | LOCATION/Direction |
|---|---|---|
| CR03527CD60068 | Calendar page – June 2003 | Calendar found behind seat – close-up |
| CR03527CD60069 | Calendar page – July 2003 | Calendar found behind seat |
| CR03527CD60070 | Calendar page – July 2003 | Calendar found behind seat – close-up |
| CR03527CD60071 | Pharmacy envelope label | Too much light |
| CR03527CD60072 | Pharmacy envelope label, 07/09/03 for 30 Effexor XR 150mg cap | |
| CR03527CD60073 | Typed note "Money that is owed Carole Lamb" | |
| CR03527CD60074 | Contents of glove box | Opened |
| CR03527CD60075 | Passenger door pocket & contents | Down |
| CR03527CD60076 | Ice chest in pickup bed | Down |
| CR03527CD60077 | Coke can in ice chest | Opened |
| CR03527CD60078 | Gilley suit in pickup bed | Down |
| CR03527CD60079 | Swim trunks & misc items in pickup bed | Down |
| CR03527CD60080 | Search Warrant on dash | Thru windshield – close-up |
| CR03527CD60081 | Search Warrant on dash | Thru windshield |

000075