**32**

**Declaration of Isaiah "Skip" Gant, Esq.**
**Pursuant to 28 U.S.C. § 1746**

I, Isaiah "Skip" Gant, Esq., hereby verify and declare as follows:

1.      I am an Assistant Federal Defender in the Office of the Federal Public Defender for the Middle District of Tennessee.  From 2002 to 2006, I served as National Capital Resource Counsel through the Federal Death Penalty Resource Counsel Project, a program of the Administrative Office of the United States Courts designed to assist federal defenders and appointed counsel throughout the country with pending capital murder cases.  Capital Resource Counsel are both a resource to assist and consult with federal defender offices regarding various issues arising in particular federal capital cases as well as "learned counsel" available to be appointed in federal capital cases as co-counsel with federal defender attorneys.

2.      After graduating from Loyola University of Chicago Law School in 1974, I was in private practice in Chicago for more than 15 years.  I was Chief of the Chicago Bureau of the Cook County Public Defender's Office and was an attorney with the Capital Case Resource Center of Tennessee, specializing in death penalty litigation.  I was then a staff attorney with the New York State Defenders Association (NYSDA) Public Defense Backup Center and director of its Innocence Project.  I have taught trial advocacy as an adjunct professor at DePaul University Law School and have conducted numerous trainings on criminal defense topics throughout the country, including with the National Criminal Defense College and the National Death Penalty College.

3.    In July of 2003, the Office of the Federal Defender for the Northern and Eastern Districts of Oklahoma reached out to the Federal National Resource Counsel Project, seeking assistance on a federal capital case, *United States v. Edward Leon Fields*, in the Eastern District of Oklahoma. At that time, Judy Clarke and I were the attorneys assigned to serve as Capital Resource Counsel, dividing the cases between ourselves. I took the Fields case. On September 9, 2003, I was admitted *pro hac vice* in the Muskogee Division of the Eastern District of Oklahoma, to assist Julia O'Connell, an Assistant Federal Defender, and Barry Derryberry, a Research and Writing Specialist, in the Office of the Federal Defender for the Northern and Eastern Districts of Oklahoma. Ms. O'Connell and Mr. Derryberry were co-counsel in the Fields case.

4.    My role in the Fields case was as a resource to provide advice and consulting to Ms. O'Connell and Mr. Derryberry. I did not run the case because it is not my style to come into another person's office and tell him or her how to conduct a case. This hands-off approach may have been a mistake in the Fields case because I understood that Ms. O'Connell and her colleagues had limited capital trial experience, all in state court, but I was never asked to take charge.

5.    My primary work on the case was to assist in negotiations with the local United States Attorney Sheldon Sperling to de-authorize and/or settle the case. Among other support, I also retained mitigation specialist Glori Shettles, drafted the jury questionnaire and conducted the first day or two of voir dire. In addition, I provided Ms. O'Connell with sample motions and orders from other federal capital cases when relevant and available, and I liaised with the mental health experts we retained, including Dr. Michael Gelbort, Dr. George Woods, and Dr. Bradley

Grinage, when needed. While Dr. Woods and Dr. Grinage testified and Dr. Gelbort did not testify, I do recall seeing Dr. Gelbort in Muskogee during Mr. Fields's trial.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2 day of September, 2015, at Nashville, Tennessee.

Isaiah "Skip" Gant, Esq.
Assistant Federal Defender
Middle District of Tennessee

3