**35**

**AFFIDAVIT OF ALAN S. KAUFMAN, Ph.D.**
**PURSUANT TO 28 U.S.C. § 1746**

I, Alan S. Kaufman, declare and state as follows:

1. All of the facts contained in this affidavit are known to me personally and if called as a witness, I could and would testify thereto.

2. Counsel representing Edward Leon Fields, Jr. asked me to review and evaluate Dr. Randall Price's psychological assessment of Mr. Fields. In particular, I was asked to address Dr. Price's competency in administering, scoring, and interpreting the Wechsler Adult Intelligence Scale—Third Edition (WAIS-III), a test of general intelligence that Dr. Price administered to Mr. Fields on June 13, 2005, as part of a comprehensive assessment of Mr. Fields. After a thorough review of auditory tapes of the testing sessions, written transcription of the testing sessions, records and documents pertaining to Mr. Fields's history, neuropsychological reports written by Dr. Price, and the "raw data" (test record form) of the WAIS-III administration on June 13, 2005—and applying my expert analysis—I have concluded to a reasonable degree of scientific and professional certainty that Dr. Price did not conduct a competent evaluation of Mr. Fields's intelligence because of: (1) administration errors, (2) scoring errors, (3) interpretation errors, and (4) judgment errors, as detailed below.

## QUALIFICATIONS

3. Since 1997, I have been a Clinical Professor of Psychology at the Child Study Center of the Yale University School of Medicine. I received my Ph.D. in Psychology from Columbia University and have researched and published extensively in the fields of clinical and school psychology, special education, neuropsychology, and psychological testing and measurement, including intelligence and psychoeducational and neuropsychological assessment. I was co-

1

editor of the peer-reviewed journal *Research in the Schools* from 1992-2003 and currently serve on the Editorial Boards of *Psychological Assessment*, *Journal of Psychoeducational Assessment*, *Journal of Pediatric Neuropsychology*, and *Psychology in the Schools*, and am co-editor of Wiley's *Essentials of Assessment* book series.

4.      I am author of more than a dozen psychological and educational tests widely used by professionals in the field to assess the intelligence and academic achievement of children and adults, including the Kaufman Assessment Battery for Children (K-ABC; Kaufman & Kaufman, 1983), the Kaufman Test of Educational Achievement (K-TEA), the Kaufman Brief Intelligence Test (K-BIT), and subsequent editions of these tests (KABC-II, KTEA-3, KBIT-2). The K-ABC and KABC-II have been translated and adapted for use in more than 25 countries worldwide. In addition, the Kaufman Adolescent and Adult Intelligence Test (KAIT) and the Kaufman Short Neuropsychological Assessment Procedure (K-SNAP) are published in Germany and the Netherlands and the computerized test, the K-CLASSIC, was developed for French-speaking countries and is also published in Germany.

5.      I worked closely with Dr. David Wechsler on the development and standardization of the Wechsler Intelligence Scale for Children-Revised (WISC-R) from 1970 to 1974 and my 1979 text *Intelligent Testing with the WISC-R* is considered a landmark publication in the field of the clinical and psychometric interpretation of IQ tests. I co-authored the leading texts on the WAIS-III (*Essentials of WAIS-III Assessment*, Kaufman & Lichtenberger, 1999; and the second and third editions of *Assessing Adolescent and Adult Intelligence*, Kaufman & Lichtenberger, 2002, 2006). I also authored the leading text on the Wechsler Adult Intelligence Scale—Revised (WAIS-R), *Assessing Adolescent and Adult Intelligence* (Kaufman, 1990), and my books, in

general, are considered among the leading texts on how to interpret Wechsler's scales, including the current fourth editions (WISC-IV and WAIS-IV) (Flanagan & Kaufman, 2009; Kaufman, 1994a; Kaufman & Lichtenberger, 1999, 2006; Lichtenberger & Kaufman, 2013).

6.      I have written widely cited articles and texts discussing the practice effects that are built in to IQ tests when a person is tested more than once on a Wechsler test (Kaufman, 1994b; Kaufman & Lichtenberger, 2006, pp. 202-209). I also was first author of a recent article on the effects of toxins, specifically blood lead level, on adult IQ (Kaufman, Zhou, Reynolds, Kaufman, Green, & Weiss, 2014).

7.      I have taught over 150 courses and workshops on the administration, scoring, and interpretation of WAIS-III as well as other Wechsler scales of intelligence, and an array of other tests of intelligence. I have taught courses to graduate students in school psychology and clinical psychology at the University of Georgia, National College of Education (now National Louis University), University of Alabama, California School of Professional Psychology in San Diego, Uppsala University in Sweden, and Yale University.  I have taught workshops worldwide, throughout the U. S., and in France, Germany, Netherlands, Sweden, and Japan.  My former doctoral students have developed leading IQ tests such as the Cognitive Assessment System (CAS; Jack Naglieri), Reynolds Intellectual Assessment Scales (RIAS; Cecil Reynolds and Randy Kamphaus), Universal Nonverbal Intelligence Test (UNIT; Bruce Bracken and Steve McCallum), Naglieri Nonverbal Ability Test (NNAT; Jack Naglieri), Wechsler Nonverbal Scale of Ability (WNV; Jack Naglieri), Japanese versions of Wechsler's and Kaufman's scales (Toshinori Ishikuma), Korean versions of Kaufman's scales (Soo-Back Moon); and Jordanian versions of Kaufman's scales (Abdalla El-Mneizel).   My former doctoral students have also

3

developed the leading tests of adaptive behavior (ABAS; Patti Harrison) and behavioral assessment (BASC; Cecil Reynolds and Randy Kamphaus).

8.      I am the author of the 2009 text *IQ Testing 101*, which discusses key concepts related to IQ test interpretation, written in straightforward language, without jargon, intended to be understood by bright laypersons.  This book was cited in Supreme Court decision *Hall v. Florida*, 134 S. Ct. 1986 (2014), regarding the importance of the standard error of measurement.

9.      The most recent American Association on Intellectual and Developmental Disabilities (AAIDD) publication, *The Death Penalty and Intellectual Disability* (Polloway, 2015), referred to me as "arguably the most prominent scholar on intelligence testing and interpretation of the various Wechsler IQ tests" (McGrew, 2015b, p. 159).

10.     I have been qualified as an expert in both state and federal courts on numerous occasions. A copy of my current *curriculum vita* is attached.

## DOCUMENTS REVIEWED

11.     In reaching the opinions expressed above in the summary of findings and below in detail, I have reviewed the following materials: (1) Interview Transcript of Edward Leon Fields, Jr. by Dr. Randall Price (June 13, 2005); (2) Interview Transcript of Edward Leon Fields, Jr. by Dr. Randall Price (June 28, 2005); (3) United States of America v. Edward Leon Fields, Jr. – United States District Court for the Eastern District of Oklahoma – Partial Transcript of Direct Examination of Dr. Randall Price (Part 1) (July 20, 2005); (4) United States of America v. Edward Leon Fields, Jr. – United States District Court for the Eastern District of Oklahoma – Partial Transcript of Direct Examination of Dr. Randall Price (Part 2) (July 20, 2005); (5) Preliminary Report of Neuropsychological Evaluation of Edward Leon Fields, Jr. by Dr. Randall

4

Price (June 20, 2005); (6) Report of Neuropsychological Evaluation of Dr. Randall Price (July 1, 2005); (7) Audio recording of June 13, 2005 Interview of Edward Leon Fields, Jr. by Dr. Randall Price; (8) Audio recording of June 28, 2005 Interview of Edward Leon Fields, Jr. by Dr. Randall Price; and (8) Raw data from Neuropsychological Evaluation of Edward Leon Fields, Jr. by Dr. Randall Price; and (9) a variety of professional articles, test manuals, and books pertaining to IQ tests and their interpretation that include — but are not limited to — (i) a 1994 article on practice effects that appeared in the *Encyclopedia of Intelligence*, (ii) the 3rd edition of Kaufman and Lichtenberger's 2006 text *Assessing Adolescent and Adult Intelligence*, (iii) Kaufman's 2009 text *IQ Testing 101*; (iv) the 1999 text by Kaufman and Lichtenberger *Essentials of WAIS-III Assessment*; (v) Wechsler's (1997) *WAIS-III Manual*, (vi) the 2013 second edition of Lichtenberger and Kaufman's *Essentials of WAIS-IV Assessment*; and (vii) two chapters by IQ expert Dr. Kevin McGrew (2015a, 2015b) in the most recent publication by the AAIDD (Polloway, 2015). My opinions are based on these documents and other relevant scientific literature pertaining to cognitive and neuropsychological development and testing generally, and my expertise and experience in the fields of intelligence test development, intelligence test interpretation, psychometrics and neuropsychological testing. I express all opinions contained in this report to a reasonable degree of scientific and professional certainty.

## I.    DR. PRICE'S WAIS-III ADMINISTRATION ERRORS

12.    Dr. Price made numerous errors in the administration of the WAIS-III when he evaluated Mr. Fields on June 13, 2005, all of which violate valid standardized procedures and accepted rules of standard practice. He gave incomplete directions and inappropriate verbal clues for several items and also interspersed conversations, asides, and interview questions into the

administration of WAIS-III subtests; he did not give complete or accurate instructions on some subtests. His WAIS-III administration errors were the following: (a) he failed to give the complete set of instructions for the Arithmetic, Block Design, and Picture Arrangement subtests; (b) he mixed up instructions and failed to give the sample item on the Picture Arrangement subtest; (c) he gave help on Item 24 on the Information subtest that required Mr. Fields to name the continents ("Any more?") and he asked "but what did she make?" on Item 25 about Madame Curie—such specific kinds of extra help are violations of standardized procedure; (d) conversely, he failed to query responses that he was supposed to query (e.g., on Item 10 of the Comprehension subtest he failed to say, "Tell me another reason why it is important to study history" when Mr. Fields replied with only one reason); (e) he repeated parts of Arithmetic Item 11 twice even though the test manual specifically says that the question can be repeated only once; (f) Dr. Price administered Arithmetic Item 12 in "pieces," unfairly simplifying the item; if an Arithmetic item requires a two-step process (first add, then divide), examiners are not permitted to break the item up piece by piece; the adult must figure out the steps by himself; and (g) Dr. Price interrupted subtests with conversation, interview questions, and chatter— continually going back and forth between diversions and test items—mixing in neuropsychological subtests with the WAIS-III subtests, discussing other law cases and other psychologists with him, and generally providing more distraction for Mr. Fields than focused concentrated attention. All of these errors and behaviors are violations of the standardized procedures for administering the WAIS-III and other clinical tests of intelligence. Dr. Price violated all of these rules of proper, standardized administration, rendering Mr. Fields's profile of test scores of questionable validity.

## II.    DR. PRICE'S WAIS-III SCORING ERRORS

13.    Dr. Randall made numerous scoring errors on WAIS-III items, reflecting a failure to adhere to standardized scoring rules. These errors, which jeopardized the validity of Mr. Fields's scores on the separate subtests and on the IQs, were as follows: (a) His most egregious error was to credit Mr. Fields with 2 points (full credit) for Vocabulary Item 29 ("Epic"). Mr. Fields's verbatim response was "You know, I don't really know what it means"; when Dr. Price asked, "Any guess or anything?," Mr. Fields said, "No. I don't think I have an answer." (b) He also scored two items on the Comprehension subtest incorrectly. To the question, "Why is a free press important to democracy?" (Item 16), Mr. Fields responded: "People have the right to have their opinions heard and the government doesn't censor what information you do get." This response meets the criteria for full credit (2 points) stated in the manual ("providing the public with information independent of government supervision") and is clearly equal to or superior to illustrative 2-point responses that are provided in the test manual. Dr. Price scored that response 0 and did not even give partial credit (1 point). (c) Then, on the very next item (explaining what the proverb means, "One swallow doesn't make a simmer"), Mr. Fields's clear-cut 0 response ("Sometimes they come back") is given 1 point. (d) And yet another scoring error was made on the Similarities subtest (Item 18, How are Hibernation and Migration alike?). Mr. Fields responded, "It's what animals do in the wintertime." Dr. Price awarded full credit (2 points) for that response even though it was clearly worth only partial credit—it is closely similar to an illustrative 1-point response in the scoring system—"Both happen in winter; Related to seasons."

14.    It is true that some responses to WAIS-III verbal items are simply "too close to call," and examiners will differ occasionally in whether they award 1 versus 2 points (or 0 versus 1 point)

7

to a given answer. Those occasional responses "fall into the cracks" of a 0-1-2 system (sometimes an examinee will give what psychologists jokingly refer to as a "perfect 1½ point response." But that is *not* the case in the instances cited of the errors that Dr. Price made on the Vocabulary, Similarities, and Comprehension subtests. These were not ambiguous responses by Mr. Fields. They were clear-cut mistakes by Dr. Price. Also, Dr. Price did not record Mr. Fields's response times to numerous timed items (e.g., on the Arithmetic subtest or on most Block Design items). The failure to record response times on each pertinent item prevented Dr. Price from checking his scoring accuracy and prevents anyone else from verifying his work. Block Design awards bonus points for quick perfect performance on most items, and Mr. Fields earned 2 bonus points on Item 10, but no one can check Dr. Price's scoring accuracy because he invariably failed to record the actual times. Dr. Price's errors in scoring decrease the reliability of his WAIS-III subtest scores, the IQs, and the opinions based upon the testing scores.

### III.    DR. PRICE'S WAIS-III INTERPRETATION ERRORS

15.    Dr. Price's test interpretation does not come close to state-of-the-art test interpretation of scores earned on an intelligence test such as the WAIS-III. Dr. Price failed to consider the effects of practice when interpreting Mr. Fields's obtained scores on the WAIS-III, a glaring omission in view of the fact that Mr. Fields had been administered the identical test battery 10 months previously by Dr. Michael Gelbort on August 11, 2004, and in view of the numerous spontaneous statements during the evaluation by Mr. Fields that clearly indicated his remembrance of specific items and tasks (e.g., during the Arithmetic subtest, Mr. Fields said unprompted, "If you ask me the speed of light, I'll scream"; later when asked what the speed of light was as part of the Information subtest, he said, "It's 186,000 miles per second. . . . I should

8

know it. This is the reason I got --- I said don't ask me. Because [Dr. Gelbort] asked if I knew it. . . So I should remember . . ."). Any set of scores obtained by Mr. Fields must be considered spuriously inflated because of the known effects of practice. Dr. Price's failure to consider the results of the previous evaluation in any way when interpreting the present results does not measure up to minimal standards of competent WAIS-III interpretation.

17.     Wechsler's intelligence scales, such as the WAIS-III, are composed of two separate scales: (a) the Verbal Scale, which comprises school-like tasks such as defining words, solving oral arithmetic problems, and answering factual questions (e.g., What is the capital of Spain? Who is Bill Gates?); and (b) the Performance Scale, which uses blocks, puzzles, and a variety of pictures and designs to measure the ability to solve novel problems — the kind of skills that are not taught in school. The nonverbal Performance Scale is intended to measure the ability to solve new problems, but that novelty wears off fast. The second time a Wechsler test is administered, the tasks are no longer novel and, therefore, they are no longer measuring the kind of intelligence that Dr. Wechsler intended to measure with the Performance Scale.

18.     The fact that the nonverbal subtests lose their novelty the second time they are administered (and the third, fourth, and so on) means that children and adults who are tested on a Wechsler Scale should, ideally, be retested on a different intelligence test when they are retested. That does not often happen because Wechsler's scales are considered the gold standard. However, it is incumbent on examiners to take into account the well-known impact of practice when interpreting the validity of IQs for an individual, especially on nonverbal tasks—the very tasks that are the *least* dependent on cultural experiences and environmental influences.

19.     Research studies on practice effects support the notion that the novelty wears off on a

second administration of Wechsler's intelligence scales.  There has consistently been a differential practice effect on Verbal versus Performance tasks—namely the increase in IQs from one testing session to the next is substantially larger for Performance IQ than Verbal IQ.   That finding holds for children, adolescents, and adults. For Wechsler's adult scales such as the WAIS-III (Wechsler, 1997), the average IQ gains for adolescents and young adults over an interval of about one month are as follows (based on data from Kaufman and Lichtenberger, 1999):

| Ages | WAIS-III Gain on Verbal IQ | WAIS-III Gain on Performance IQ | WAIS-III Gain on Full Scale IQ |
|------|------|------|------|
| 16-29 | 3.2 | 8.2 | 5.7 |
| 30-54 | 2.0 | 8.3 | 5.1 |

The average gain to be expected on Wechsler's intelligence scales for adolescents and adults, over a 1-month interval, is about 2-3 points on Verbal IQ, 8-9 points on Performance IQ, and 5-6 points on Full Scale IQ.

20.    Importantly, these practice effects continue well past one month, as evidenced in a variety of research investigations.  Catron and Thompson (1979) showed that the gain in Performance IQ was still going strong after 4 months (8 points), although the gain on Verbal IQ had dwindled to 1 point.  Further, in their review of the stability of intelligence and the resilience of practice effects, Calamia, Markon, and Tranel (2012) stated: "Retest scores are assumed to be highest at short intervals and then decrease with time (Theisen, Rapport, Axelrod, & Brines, 1998). However, several studies have found practice effects to persist years after testing, e.g., 3 years (Van der Elst et al., 2008), 5 years (Ronnlund et al., 2005), or even 7 or more years (Salthouse, Schroeder, & Ferrer, 2004)" (p. 547).

10

21. In a comprehensive review of 11 WAIS test-retest studies, Matarazzo, Carmody, and Jacobs (1980) found gains of about 2 points on Verbal IQ and 7-8 points on Performance IQ with intervals ranging from 1 week to 13 years. I concluded the following based on the results of a plethora of data on test-retest studies for Wechsler scales at all ages of childhood, adolescence, and adulthood (Kaufman, 1994b):

> The expected increase of about 5 to 8 points in global IQ renders any score obtained on a retest as a likely overestimate of the person's true level of functioning—especially if the retest is given within about six months of the original test, or if the person has been administered a Wechsler scale (*any* Wechsler scale) several times in the course of a few years.

(p. 832, italics in original).

22. The overall practice effect of about 5-6 points on Wechsler's Full Scale IQ for adults is merely the average gain. In fact, even gains *twice* that large are common in the normal population (Matarazzo & Herman, 1984). Matarazzo, Carmody, and Jacobs (1980) suggested using the rule of thumb that a gain of at least 15 points is needed in a person's Full Scale IQ from one administration to the next to denote a "significant" improvement (i.e., a gain that cannot be simply attributed to the known practice effect). Note, however, that "a 20- to 25-point gain is needed for Performance IQ" to denote a gain that cannot simply be attributed to the practice effect (Kaufman & Lichtenberger, 2006, p. 207). And because individual differences in practice effects are so pronounced, it is not uncommon to find that some adults (like Mr. Fields) earned higher scores the second time around on *both* the Verbal and Performance IQs. The point is that when any task is administered twice—verbal or nonverbal—there is a good chance that the person remembers *how* to solve some nonverbal items (e.g., putting blocks together to match pictures of abstract designs) or *what content* was asked on verbal items (e.g., the question about

11

the speed of light). Dr. Price's key failing was not to even consider that Mr. Fields's IQs were inflated to some extent because he had been administered the same test (the WAIS-III) less than a year earlier.

## IV.    DR. PRICE'S JUDGMENT ERRORS

23.    Dr. Price failed to consider pertinent background variables that might have affected Mr. Fields's intellectual performance such as documented episodes of unconsciousness as an adolescent, exposure to toxins as a soldier, and behavioral problems at home that led him to be taken by his mother for a psychiatric evaluation at age 16. He failed to carefully weigh the possibility of brain damage.

24.    Likewise, Dr. Price's reporting of Mr. Fields's performance on the WAIS-III was incomplete. He left blank almost all of the portions of the record form that help paint a picture of the adult's strengths and weaknesses as well as test behaviors. He contributed excessive off-target chatter throughout his evaluation of Mr. Fields. It is good clinical practice to fill out the record form (the form provided for the examiner to record the examinee's responses, profile of scores, and relevant background information). The front page of the record form and the profile pages, especially, are intended to provide a snapshot of the person's profile of scores, relevant background information, and test behaviors. The front page of Mr. Fields's WAIS-III record form included, next to "Name," the words "Ed Field." The date tested was filled in but date of birth only listed that Mr. Fields was born in the 5th month; no day, no year, no computation of chronological age. The rest of the front page was left completely blank, where the examiner was specifically asked to provide detailed information about "Referral source/reason for referral," "Language," "Attitude toward testing," "Physical appearance," "Attention and concentration,"

12

and "Visual/auditory/motor problems." Dr. Price also left completely blank the Discrepancy Analysis page, which requires the examiner to compare the person's discrepancies in pertinent areas. The Score Conversion page was partially filled out; conspicuously blank was the half page of the table where the examiner is supposed to list the examinee's scores on each subtest and indicate which ones were significant strengths or weaknesses for the person. As noted previously, conspicuously lacking on the profile page are the confidence intervals, even though these intervals convey the essential message that all IQs include errors of measurement.

25.    Dr. Price interspersed his interview questions within the context of the standardized administration of the WAIS-III (as note previously, that practice violates proper standardized test administration). And made inappropriate comments to Mr. Fields during the test administration. For example, while administering the Picture Arrangement subtest, he told Mr. Fields: "You look at the back [of the cards] and I stab you in the back with the end of a pencil."

<strong>CONCLUSIONS</strong>

26.    All of these errors of administration, scoring, interpretation, and judgment challenge Dr. Price's competency as a scientist-practitioner. And as emphasized previously, these errors would have been just as noteworthy in 2005 when Dr. Price conducted his evaluation. The importance of following standardized administration and standardized scoring procedures, of interpreting IQs within the context of the research findings pertaining to the practice effect, of meticulously filling out record forms and computing a person's strengths and weaknesses, and of interpreting test scores within the context of background information (e.g., exposure to toxins, periods of unconsciousness) were well known in 2005. These principles of sound assessment had been carefully articulated for clinical tests in general—and for the WAIS-III in particular—by

13

numerous researchers and writers (Kaufman & Lichtenberger, 1999, 2002).

27.     Based upon all of these factors, it is my scientific, professional, and expert opinion, which I provide with a reasonable degree of scientific certainty, that Dr. Price's errors, taken together, argue against Dr. Price's competence to administer, score, and interpret the WAIS-III validly or to make sound judgments in reliance upon such testing.   These conclusions are based on best practice guidelines of 2005, not only on best practice guidelines of 2015.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of September, 2015, at San Diego, California.

Alan S. Kaufman, Ph.D.

14

## REFERENCES

Calamia, M., Markon, K., & Tranel, D. (2012). Scoring higher the second time around: Meta-analyses of practice effects in neuropsychological assessment, *The Clinical Neuropsychologist, 26* (4), 543-570.

Catron, D. A., & Thompson, C. C. (1979). Test-retest gains in WAIS scores after four retest intervals. *Journal of Clinical Psychology*, 35, 352-357.

Flanagan, D. P., & Kaufman, A. S. (2009). *Essentials of WISC-IV assessment* (2nd ed.) New York: Wiley.

Kaufman, A. S. (1979). *Intelligent testing with the WISC-R*. New York: Wiley.

Kaufman, A. S. (1990). *Assessing adolescent and adult intelligence*. Boston: Allyn & Bacon.

Kaufman, A. S. (1994a). *Intelligent testing with the WISC-III*. New York: Wiley.

Kaufman, A. S. (1994b). Practice effects. In R.J. Sternberg (Ed.), *Encyclopedia of Intelligence* (Vol. II) (pp. 828-833). New York: Macmillan.

Kaufman, A. S. (2009). *IQ testing 101*. New York: Springer.

Kaufman, A. S., & Kaufman, N. L. (1983). *Kaufman Assessment Battery for Children (K-ABC) interpretive manual*. Circle Pines, MN: American Guidance Service.

Kaufman, A. S., & Lichtenberger, E. O. (1999). *Essentials of WAIS-III assessment*. New York: Wiley.

Kaufman, A. S., & Lichtenberger, E. O. (2002). *Assessing adolescent and adult intelligence* (2nd ed.). Boston: Allyn & Bacon.

Kaufman, A. S., & Lichtenberger, E. O. (2006). *Assessing adolescent and adult intelligence* (3rd ed.). New York: Wiley.

Kaufman, A. S., Zhou, X., Reynolds, M. R., Kaufman, N. L., Green, G. P., & Weiss, L. G. (2014). The possible societal impact of the decrease in U.S. blood lead levels on adult IQ. *Environmental Research*,132, 413-420. DOI information: 10.1016/j.envres.2014.04.015

Matarazzo, J. D., Carmody, T. D., & Jacobs, L. D. (1980). Test-retest reliability and stability of the WAIS: A literature review with implications for clinical practice. *Journal of Clinical Neuropsychology*, 2, 89-105.

Matarazzo, J. D., & Herman, D. O. (1984). Base rate data for the WAIS-R: test-retest stability

15

and VIQ-PIQ differences. *Journal of Clinical Neuropsychology*, 6, 351-366.

McGrew, K. S. (2015a). Intellectual functioning. In E. A. Polloway (Ed.), *The death penalty and intellectual disability* (pp. 85-111). Washington, D. C.: American Association on Intellectual and Developmental Disabilities (AAIDD).

McGrew, K. S. (2015b). Norm obsolescence: The Flynn effect. In E. A. Polloway (Ed.), *The death penalty and intellectual disability* (pp. 155-169). Washington, D. C.: American Association on Intellectual and Developmental Disabilities (AAIDD).

Polloway, E. A. (Ed.) (2015). *The death penalty and intellectual disability.* Washington, D. C.: American Association on Intellectual and Developmental Disabilities (AAIDD).

Ronnlund, M., Nyberg, L., Backman, L., & Nilsson, L. (2005). Stability, growth, and decline in adult life span development of declarative memory: Cross-sectional and longitudinal data from a population-based study. *Psychology and Aging, 20*, 3–18. doi: 10.1037/0882- 7974.20.1.3.

Salthouse, T. A., Schroeder, D. H., & Ferrer, E. (2004). Estimating retest effects in longitudinal assessments of cognitive functioning in adults between 18 and 60 years of age. *Developmental Psychology, 40*, 813–822. doi:10.1037/0012-1649.40.5.813.

Van der Elst, W., Van Boxtel, M. P. J., Van Breukelen, G. J. P., Jolles, J., Aartsen, M., Martin, M., et al. (2008). Detecting the significance of changes in performance on the Stroop Color-Word Test, Rey's Verbal Learning Test, and the Letter Digit Substitution Test: The regression-based change approach. *Journal of the International Neuropsychological Society, 14*, 71–80. doi: 10.10170S1355617708080028.

Wechsler, D. (1974). *Manual for the Wechsler Intelligence Scale for Children—Revised (WISC-R).* New York: The Psychological Corporation.

## VITA

### Alan Stephen Kaufman, Ph.D.

Home Address
3033 Curie Street
San Diego, CA 92122
(cell phone) 760-580-0337
(e-mail address) alanskaufman@gmail.com

Office Address
Yale Child Study Center
Yale University School of Medicine
P. O. Box 207900
230 South Frontage Road
New Haven, CT 06520-7900
(phone) 203-785-6227

## EDUCATION

| Degree | Institution | Date Received |
|---|---|---|
| A.B. (Natural Science—Honors) | University of Pennsylvania | 5/65 |
| M.A. (Educational Psychology) | Columbia University | 6/67 |
| Ph.D. (Major: Psychology Minor: Measurement, Research & Evaluation) | Columbia University | 6/70 |

Title of Doctoral Dissertation:

*Comparison of tests built from Piaget's and Gesell's tasks: An analysis of their psychometric properties and psychological meaning.* (Major Professor: R.L. Thorndike)

## ACADEMIC & RESEARCH POSITIONS

| Date | Title | Institution | Department |
|---|---|---|---|
| 7/97-Present | Clinical Professor of Psychology | Yale University School of Medicine | Child Study Center |
| 8/15-Present | Adjunct Professor of Educational Psychology | University of Connecticut | Neag School of Education |
| 12/97, 5/99, & 8/02 | Visiting Lecturer | Uppsala University Uppsala, Sweden | Department of Psychology |
| 6/95-6/97 | Lecturer (part-time) | Yale University | Psychology |

| Date | Title | Institution | Department |
|------|-------|-------------|------------|
| 8/95-6/97 | Adjunct Professor | California School of Professional Psychology, San Diego | Clinical Psychology |
| 8/84-5/95 | Professor 8/84, Tenured 8/84; University Research Fellow 8/84-8/86; Research Professor 4/87 | University of Alabama Tuscaloosa, AL | Behavioral Studies (Educational & School Psychology) |
| 8/84-8/86 | Adjunct Professor | California School of Professional Psychology, San Diego | Clinical Psychology |
| 8/82-8/84 | Professor | California School of Professional Psychology, San Diego | Clinical Psychology |
| 8/80-8/82 | Professor | Foster G. McGraw, Graduate School, National College of Education, Evanston, IL | Educational Psychology (Division of School Psychology) |
| 9/79-8/80 | Associate Professor; Co-chairman, Child Clinical Program | University of Illinois, Chicago | Psychology (Division of Clinical Psychology) |
| 9/79-8/80 | Head | Illinois Institute for Developmental Disabilities, Chicago | Psychometric-Evalua-tion & Assessment Research Program |
| 9/79-8/80 | Associate Director | Illinois Institute for Developmental Disabilities, Chicago | Diagnostic and Assessment Center |
| 9/76-1/81 | Research Consultant | Rutland Center, Athens, GA | Developmental Therapy National Outreach Project |
| 9/74-8/79 | Assistant Professor 9/74; Associate Professor 2/77; Tenured 3/77 | University of Georgia Athens, GA | Educational Psychol-ogy, Measurement (Division of School Psychology) |

| Date | Title | Institution | Department |
|------|-------|-------------|------------|
| 1/74-6/74 | Lecturer (part-time) | Hofstra University Hempstead, NY | Special Education |
| 12/68-8/74 | Assistant Director of Test Research; Director of Statistics | The Psychological Corporation, New York | Test Division |
| 9/68-8/69 | Lecturer | SUNY at Stony Brook Stony Brook, NY | Education (Division of Educational Psychology) |
| 3/68-12/68 | Consultant | The Psychological Corporation, New York | Professional Examinations Division |
| 1/67-5/68 | Lecturer (part-time) | Hofstra University Hempstead, NY | Educational Psychology |

**PROFESSIONAL ORGANIZATIONS**
American Educational Research Association
American Psychological Association (Fellow, Divisions 5, 15, 16, and 37) (Senior Scientist
        Award Committee, 1998-2000; chair, 2000)
Association of Psychological Science (Fellow)
National Association of School Psychologists
National Council on Measurement in Education

**HONORS**
Phi Beta Kappa
Phi Delta Kappa
Sigma Xi
Research Award, Arizona Association of School Psychologists (1980)
University Research Fellow, University of Alabama (1984-85)
Listed in *Who's Who in the Midwest* (1980)
Listed in *Men of Achievement* (1982)
Listed in *Personalities of America* (1982)
Listed in *Who's Where Among Writers* (1982)
Listed in *Who's Who in Frontier Science and Technology* (1982)
Listed in *Men and Women of Distinction* (1983)
Listed in *Who's Who in the West* (1983)
Listed in *Community Leaders of the World* (1984)
Listed in *Directory of Distinguished Americans* (1984)
Listed in *Dictionary of International Biography* (1984)

Listed in *Who's Who in South and Southwest* (1985)
Listed in *International Who's Who in Medicine* (1985)
Listed in *Encyclopedia Of Special Education* (1985)
Outstanding Research Award, MSERA Conference (1988)
Mensa Education and Research Foundation Award for Excellence (1989)
Listed in *Who's Who in American Education* (1990)
Listed in *Who's Who Among Human Service Professionals* (1991)
Listed in *Who's Who in Science and Engineering* (1993)
Outstanding Research Award, MSERA Conference (1993)
Listed in *Who's Who in the World* (1994)
American Academy of School Psychology, Honorary Member (1995)
Listed in *Who's Who in Medicine and Healthcare* (1996)
Listed in *Who's Who in the South and Southwest* (1996)
APA Senior Scientist Award, Division 16 (School Psychology) (1997)
Listed in *Who's Who in the World* (1999)
Listed in *Who's Who in Science and Engineering* (2000-2011)
Listed in *Encyclopedia Of Special Education* (2nd ed.) (2000)
Listed in *Who's Who in American Education* (2004)
Listed in *Who's Who in America* (2004-2008)
"Legends in School Psychology" Annual Address, National Association of School Psychologists (NASP) (2005)
Listed in *Who's Who in Medicine and Healthcare* (2006-2007)                Fordham University Graduate School of Education Excellence in Assessment Award (2011) (now known as the Alan S. Kaufman Excellence in Assessment Award)                School Neuropsychology Summer Institute KIDS, Inc. Lifetime Achievement Award (with Nadeen L. Kaufman) (2012)                APA Samuel J. Messick Distinguished Scientific Contributions Award, Division 5 (Evaluation, Measurement, & Statistics) (2012)                The National Academy of Neuropsychology Foundation Award for Outstanding Contributions to Clinical Neuropsychology (2013)

**EDITORIAL ACTIVITIES**
Co-Editor, Wiley Series, *Essentials of Psychological Assessment* (1997-present) (More than 50 volumes, several of which have been published in foreign languages: Spanish (6 books), Japanese (3 books), Simplified Chinese (4 books), Russian (3 books), Italian (3 books), Korean (5 books), Croatian (1 book), Greek (1 book), Romanian (1 book), and Portuguese (1 book)
Co-Founding Editor, Wiley Series, *Essentials of Mental Health Practice* (2001)
Co-Founding Editor, Wiley Series, *Essentials of Behavioral Science* (2001)
Co-Editor, *Research in the Schools* (1992-2003)
Editorial Board, *APA Division 16 Book Series* (2006-present)
Editorial Board, *Journal of Consulting and Clinical Psychology* (1977-1984)
Editorial Board, *Perceptual and Motor Skills* (1978-2000)
Editorial Board, *Educational and Psychological Research* (1980-1985)

Editorial Board, *Psychology in the Schools* (1980-present)
Editorial Board, *Journal of Learning Disabilities* (1981-1992)
Editorial Board, *Journal of School Psychology* (1982-1993)
Editorial Board, *Journal of Psychoeducational Assessment* (1982-present)
Editorial Board, *Computers in Human Behavior* (1984-1991)
Editorial Board, *Archives of Clinical Neuropsychology* (1986-2009)
Editorial Board, *Journal of Clinical Child Psychology* (1986-1999)
Editorial Board, *Assessment* (1995-2003)
Editorial Board, *Educational and Psychological Measurement* (1995-2009)
Editorial Board, *School Psychology Quarterly* (1998-2009)
Editorial Board, *Psychological Assessment* (2009-present)
Advisory Board, *Journal of Learning Disabilities* (1981-1986)
Editorial Board, *Psychological Assessment* (2009-present)
Editorial Board, *Journal of Pediatric Neuropsychology* (2014-present)
Advisory Board *Encyclopedia of Special Education* (Reynolds & Mann, Editors), Wiley, 1987
Consulting Editor, *Handbook of Intelligence* (Ben B. Wolman, Editor), Wiley, 1985
Guest Editor, Assessment sections, *Journal of Learning Disabilities* (three 1981 issues)
Guest Editor (with L. Weiss), special issue of *Journal of Psychoeducational Assessment* (2010)
Reviewer of proposals submitted to APA Division 15, Educational Psychology (2013)

## SUPERVISION OF THESES AND DISSERTATIONS
### Masters Theses Supervised
University of Georgia:  Bruce A. Bracken, 1977
Foster G. McGaw Graduate School, National College of Education:  Sandra McRae, 1981; Peggy
        C. Anselmo, 1982; Cynthia Mollner, 1983; Gary D. Tolman, 1983.


### Doctoral Dissertations Supervised
University of Georgia:  Sylvia Schellenberger, 1977; Jody D. Summerford, 1977; Cecil R.
        Reynolds, 1978; Tina E. Lachterman, 1978; Carlo G. Arinoldo, 1979; Bruce A. Bracken,
        1979; Patti L. Harrison, 1979; Dennis J. Lynch, 1979; R. Steve McCallum, 1979; Jack A.
        Naglieri, 1979; Theodore Riegel, 1979; Kathleen D. Paget, 1979; Gilbert M. Spivack,
        1979.
California School of Professional Psychology (CSPP), San Diego:  Peter Oas, 1983; Alan M.
        Katz, 1984; David Simons, 1984; Christine Baser, 1985; Robert Gottlieb, 1986; Mitchel
        Perlman, 1986; Rezvan Ameli, 1986; Maurizio Assandri, 1986.  As external chair:  Jason
        C. Cole, 2001; Danica K. Sheres, 2001; Amelia Siders, 2005; Caroline Scheiber, 2015.
University of Alabama:  Anna H. Avant, 1987; Abdalla F. El-Mneizel, 1987; Sandra W. Long,
        1987; Toshinori Ishikuma, 1990; Jane M. Ford-Richards, 1991; Carol S. Schmitt, 1994.

### Doctoral Dissertations:  Invited External Examiner or Reader
Usha Ram, University of Poona, India 1979; Donald Heemsbergen, University of Alberta, 1980;
Barbara J. Holmes, University of British Columbia ,1981; Perri Johnson, Fielding Institute, 1992;
Kari Seiverd, CSPP, San Diego, 1993; Margaret Bostrom, CSPP, San Diego, 1994; Jennifer
Mann, CSPP, San Diego, 1997; Patricia Petterson, CSPP, San Diego, 1998; Paul Jewsbury, The

University of Melbourne, Australia, 2014; Loretta Iterson, University of Amsterdam, 2015 (Committee Member)

**Pre-Doctoral Research:  External Reader**
Weihua Niu, Yale University, 2000.

**PATENT**
**Kaufman, A. S.,** Kaufman, N. L., & Naglieri, J. A.  *Psychological test device*.  United States Patent No. 4,626,220, December 2, 1986.

**PUBLICATIONS**

**Books**
**Kaufman, A. S.**, & Kaufman, N. L. (1977).  *Clinical evaluation of young children with the McCarthy Scales*.  New York:  Grune & Stratton. (Spanish version published by Tea Ediciones of Spain, 1982; Japanese version published by Nihon Bunka Kagakusha of Tokyo, 1987.)

**Kaufman, A. S.** (1979).  *Intelligent testing with the WISC-R*.  New York:  Wiley. (Spanish version published by Editorial El Manual Moderno, S.A. of Mexico City; Japanese version published by Nihon Bunka Kagakusha of Tokyo; Portuguese version)

**Kaufman, A. S.**, & Kaufman, N. L. (1983).  *K-ABC interpretive manual*.  Circle Pines, MN:  American Guidance Service.

**Kaufman, A. S.** (1990).  *Assessing adolescent and adult intelligence*.  Boston:  Allyn & Bacon.

**Kaufman, A. S.** (1994).  *Intelligent testing with the WISC-III*.  New York:  Wiley.  (Spanish version published by Editorial El Manual Moderno, S.A. of Mexico City)

Matsubara, T., Fujita, K., Maekawa, H., Ishikuma, T., **Kaufman, A. S.,** & Kaufman, N. L. (1994).  *Interpretive manual for the Japanese K-ABC*.  Tokyo:  Maruzen Mates.

Samuda, R. J., Feuerstein, R., **Kaufman, A. S.**, Lewis, J. E., & Sternberg, R. J. (1998).  *Advances in cross-cultural assessment*.  Thousand Oaks, CA:  Sage.

**Kaufman, A. S.**, & Lichtenberger, E. O. (1999).  *Essentials of WAIS-III assessment*.  New York:  Wiley.  (Spanish version published by Tea Ediciones of Spain; Russian version published by Hippo Books)

**Kaufman, A. S.**, & Lichtenberger, E. O. (2000).  *Essentials of WISC-III and WPPSI-R assessment*.  New York:  Wiley.

Lichtenberger, E. O., Broadbooks, D. A. & **Kaufman, A. S.** (2000). *Essentials of cognitive assessment with the KAIT and other Kaufman measures*.  New York:  Wiley.

**Kaufman, A. S.**, & Kaufman, N. L. (Eds.) (2001).  *Specific learning disabilities and difficulties in children and adolescents:  Psychological assessment and evaluation*.  Cambridge, England:  Cambridge University Press.

Lichtenberger, E. O., **Kaufman, A. S.**, Lai, Z. C. (2001). *Essentials of WMS-III assessment*.  New York:  Wiley.

**Kaufman, A. S.**, & Lichtenberger, E. O. (2002).  *Assessing adolescent and adult intelligence* (2nd ed.).  Boston, MA:  Allyn & Bacon.

Lichtenberger, E. O., & **Kaufman, A. S.** (2004). *Essentials of WPPSI-III assessment*. Hoboken, NJ:  Wiley.  (Spanish version published by Tea Ediciones of Spain; Italian version published by Giunti O. S. Organizzazioni Speciali).

Lichtenberger, E. O., Mather, N., Kaufman, N. L., & **Kaufman, A. S.** (2004). *Essentials of assessment report writing*. Hoboken, NJ:  Wiley. (Foreign translations published in Japan by Nihon Bunka Kagakusha Co., LTD, and in development in Spain by Tea Ediciones and in Croatia by Naklada Slap)

Flanagan, D. P., & **Kaufman, A. S.** (2004).  *Essentials of WISC-IV assessment*. Hoboken, NJ:  Wiley. (Spanish version published by Tea Ediciones of Spain).

**Kaufman, A. S**., Lichtenberger, E. O., Fletcher-Janzen, E., & Kaufman, N. L. (2005). *Essentials of KABC-II assessment.* Hoboken, NJ:  Wiley.

**Kaufman, A. S.**, & Lichtenberger, E. O. (2006).  *Assessing adolescent and adult intelligence* (3rd ed.).  New York:  Wiley.

Flanagan, D. P., & **Kaufman, A. S.** (2009).  *Essentials of WISC-IV assessment* (2nd ed.) Hoboken, NJ:  Wiley. (Foreign translations in development in Spain by Tea Ediciones, Japan by Nihon Bunka Kagakusha Co., LTD, Croatia by Naklada Slap, and Italy by Giunti O.S. Organizzazioni Speciali)

**Kaufman, A. S.** (2009).  *IQ testing 101*.  New York:  Springer. (Korean version published by Sigma Press)

Lichtenberger, E. O., & **Kaufman, A. S.** (2009).  *Essentials of WAIS-IV assessment*.  Hoboken, NJ:  Wiley.

**Kaufman, A. S.**, & Weiss, L. G. (Eds.) (2010).  Special issue on the Flynn Effect.  *Journal of Psychoeducational Assessment* (Vol. 28, Whole #5).  Sage:  Thousand Oaks, CA.

Lichtenberger, E. O., & **Kaufman, A. S.** (2013).  *Essentials of WAIS-IV assessment* (2nd ed.).  Hoboken, NJ:  Wiley. (Mexican version published by Manual Moderno, Korean version published by Korea Psychology Corporation)

**Kaufman, A. S.**, Raiford, S. E., & Coalson, D. L. (2016).  *Intelligent testing with the WISC-V*.  Hoboken, NJ:  Wiley.

<u>Tests</u>

**Kaufman, A. S.**, & Kaufman, N. L. (1983).  *Kaufman Assessment Battery for Children (K-ABC) administration and scoring manual*.  Circle Pines, MN:  American Guidance Service.  (Foreign translations and adaptations available in Taiwan, Germany, Canada, Australia, Egypt, Jordan, Switzerland, Netherlands, France, Belgium, Israel, Korea, Japan, Spain, Puerto Rico, Italy, Sweden, and Brazil)

**Kaufman, A. S.**, & Kaufman, N. L. (1985).  *Kaufman Test of Educational Achievement (K-TEA)*:  Brief and Comprehensive Forms.  Circle Pines, MN:  American Guidance Service.

**Kaufman, A. S.**, & Kaufman, N. L. (1990).  *Early Screening Profiles (Cognitive/Language Profiles)*.  Circle Pines, MN:  American Guidance Service.

**Kaufman, A. S.**, & Kaufman, N. L. (1990).  *Kaufman Brief Intelligence Test (K-BIT)*.  Circle Pines, MN:  American Guidance Service. (Foreign translation and adaptation published in Spain)

**Kaufman, A. S.**, & Kaufman, N. L. (1993).  *Kaufman Adolescent and Adult Intelligence Test (KAIT)*.  Circle Pines, MN:  American Guidance Service.  (Foreign translation and adaptation published in Germany and Netherlands)

**Kaufman, A. S.**, & Kaufman, N. L. (1993).  *Kaufman Survey of Early Academic and Language Skills (K-SEALS)*.  Circle Pines, MN:  American Guidance Service.

**Kaufman, A. S.**, & Kaufman, N. L. (1994).  *Kaufman Functional and Academic Skills Test (K FAST)*.  Circle Pines, MN:  American Guidance Service.

**Kaufman, A. S.**, & Kaufman, N. L. (1994).  *Kaufman Short Neuropsychological Assessment Procedure (K-SNAP)*.  Circle Pines, MN:  American Guidance Service.  (Foreign translation and adaptation published in Germany and Netherlands)

**Kaufman, A. S.**, & Kaufman, N. L. (1997). *Kaufman Test of Educational Achievement (K-TEA)*: Brief and Comprehensive Forms–Normative Update. Circle Pines, MN: American Guidance Service.

**Kaufman, A. S.**, & Kaufman, N. L. (2004). *Kaufman Assessment Battery for Children–Second Edition (KABC-II)*. Circle Pines, MN: American Guidance Service. (Foreign translation and adaptation published in France, Italy, Korea, and Germany)

**Kaufman, A. S.**, & Kaufman, N. L. (2004). *Kaufman Brief Intelligence Test–Second Edition (KBIT-2)*. Circle Pines, MN: American Guidance Service.

**Kaufman, A. S.**, & Kaufman, N. L. (2004). *Kaufman Test of Educational Achievement—Second Edition (KTEA—II)*: *Comprehensive Form*. Circle Pines, MN: American Guidance Service.

**Kaufman, A. S.**, & Kaufman, N. L. (2005). *Kaufman Test of Educational Achievement—Second Edition (KTEA—II): Brief Form*. Circle Pines, MN: American Guidance Service.

**Kaufman, A. S.**, & Kaufman, N. L. (2007). *Kaufman—Concepts-Lexique-Attention-Séquentials-Simultanés-Informatisés sur CD-Rom (K-CLASSIC)*. Paris, France: Les Editions du Centre de Psychologie Appliqué. (German edition was published in 2010 by Pearson, titled the *Kaufman—Computerized Assessment Battery [K-CAM]*; Dutch edition is in standardization)

**Kaufman, A. S.**, & Kaufman, N.L. (2014). *Kaufman Test of Educational Achievement—Third Edition (KTEA—3) Comprehensive Form*. Bloomington, MN: Pearson.

**Kaufman, A. S.**, & Kaufman, N.L. (2015). *Kaufman Test of Educational Achievement—Third Edition (KTEA—3) Brief Form*. Bloomington, MN: Pearson.

**Kaufman, A. S.**, & Kaufman, N.L. (in tryout, due out 2017). *Kaufman Assessment Battery for Children—Digital (KABC-D)*. Bloomington, MN: Pearson.

<u>**Software and Curriculum Materials**</u>

**Kaufman, A. S.**, Kaufman, N. L., & Goldsmith, B. Z. (1984). *Kaufman—Sequential or Simultaneous (K-SOS)*. Circle Pines, MN: American Guidance Service.

Linden, M. K., Gallenstein, T., & **Kaufman, A. S.** (1990). *Instructor's manual to accompany "Assessing adolescent and adult intelligence."* Boston: Allyn & Bacon.

**Kaufman, A. S.**, Kaufman, N. L., Dougherty, E., & Tuttle, K. S. C. (1996). *Kaufman WISC-III Integrated Interpretive System (K-WIIS)*. Odessa, FL: Psychological Assessment Resources.

Flanagan, D. P., **Kaufman, A. S.**, Kaufman, N. L., & Lichtenberger, E. O. (Authors). (2008). *Agora: The Marketplace of Ideas. Best Practices: Applying Response to Intervention (RTI) and Comprehensive Assessment for the Identification of Specific Learning Disabilities*. [DVD]. (Available from NCS Pearson, Inc., PO Box 1416, Minneapolis, MN 55440. PearsonAssessments.com)

## Articles
### 1971
**Kaufman, A. S.** (1971). Piaget and Gesell: A psychometric analysis of tests built from their tasks. *Child Development, 42*, 1341-1360.

### 1972
**Kaufman, A. S.** (1972). A short form of the Wechsler Preschool and Primary Scale of Intelligence. *Journal of Consulting and Clinical Psychology, 19*, 361-369.

**Kaufman, A. S.** (1972, May). Restriction of range: Questions and answers. *Test Service Bulletin*. No. 59.

**Kaufman, A. S.,** & Kaufman, N. L. (1972). Tests built from Piaget's and Gesell's tasks as predictors of first-grade achievement. *Child Development*, 43, 521-535. (Reprinted in Hardyck, C., & Petrinovich, L.F. [1975]. *Understanding research in the social sciences*. Philadelphia: W.B. Saunders.)

### 1973
Hollenbeck, G. P., & **Kaufman, A. S.** (1973). Factor analysis of the Wechsler Preschool and Primary scale of intelligence. *Journal of Clinical Psychology, 29*, 41-45.

**Kaufman, A. S.** (1973). Analysis of the McCarthy Scales in terms of Guilford's structure of intellect model. *Perceptual and Motor Skills, 36*, 967-976.

**Kaufman, A. S.** (1973). Comparison of the performance of matched groups of black children and white children on the Wechsler Preschool and Primary Scale of Intelligence. *Journal of Consulting and Clinical Psychology, 41*, 186-191.

**Kaufman, A. S.** (1973). Comparison of the WPPSI, Stanford-Binet, and McCarthy Scales as predictors of first grade achievement. *Perceptual and Motor Skills, 36*, 67-73.

**Kaufman, A. S.** (1973). The relationship of WPPSI IQs to SES and other background variables. *Journal of Clinical Psychology, 39*, 354-357.

**Kaufman, A. S.**, & Hollenbeck, G. P. (1973).  Factor analysis of the standardization edition of the McCarthy Scales. *Journal of Clinical Psychology, 29,* 358-362.

**Kaufman, A. S.**, & Kaufman, N. L. (1973).  Black-white differences at ages 2-1/2 to 8-1/2 on the McCarthy Scales. *Journal of School Psychology, 11*, 194-204.

**Kaufman, A. S.**, & Kaufman, N. L. (1973).  Sex differences on the McCarthy Scales of Children's Abilities. *Journal of Clinical Psychology, 29*, 362-365.

**1974**
**Kaufman, A. S.,** & Hollenbeck, G. P. (1974).  Comparative structure of the WPPSI for blacks and whites. *Journal of Clinical Psychology, 30*, 316-319.

Kaufman, N. L., & **Kaufman, A. S.** (1974).  Comparison of normal and minimally brain dysfunctioned children on the McCarthy Scales of Children's Abilities. *Journal of Clinical Psychology, 30,* 69-72.

**1975**
**Kaufman, A. S.** (1975).  Factor analysis of the WISC-R at eleven age levels between 6-1/2 and 16-1/2 years. *Journal of Consulting and Clinical Psychology, 43*, 135-147.

**Kaufman, A. S.** (1975).  Factor structure of the McCarthy Scales at five age levels between 2-1/2 and 8-1/2. *Educational and Psychological Measurement, 35*, 641-656.

**Kaufman, A. S.** (1975).  Note on interpreting profiles of McCarthy scale indexes. *Perceptual and Motor Skills, 41*, 262.

**Kaufman, A. S.**, & Di Cuio, R. F. (1975).  Separate factor analyses of the McCarthy Scales for groups of black and white children. *Journal of School Psychology, 13*, 10-18.

**Kaufman, A. S.**, & Kaufman, N. L. (1975).  Social-class differences on the McCarthy Scales for black and white children. *Perceptual and Motor Skills, 41*, 205-206.

Van Hagen, J., & **Kaufman, A. S.** (1975).  Factor analysis of the WISC-R for a group of mentally retarded children and adolescents. *Journal of Consulting and Clinical Psychology, 43*, 661-667.

**1976**
Anderson, M., **Kaufman, A. S.**, & Kaufman, N. L. (1976).  Use of the WISC-R with a learning disabled population:  Some diagnostic implications. *Psychology in the Schools, 13*, 381-386.

**Kaufman, A. S.** (1976).  A four-test short form of the WISC-R.  *Contemporary Psychology, 1*, 180-196.

**Kaufman, A. S.** (1976).  A new approach to the interpretation of test scatter on the WISC-R. *Journal of Learning Disabilities, 9*, 160-168.

**Kaufman, A. S.** (1976).  Do normal children have "flat" ability profiles? *Psychology in the Schools, 13*, 284-285.

**Kaufman, A. S.** (1976).  Verbal-performance IQ discrepancies on the WISC-R.  *Journal of Consulting and Clinical Psychology, 44*, 739-744.

**Kaufman, A. S.**, & Doppelt, J. E. (1976).  Analysis of WISC-R standardization data in terms of the stratification variables.  *Child Development, 47*, 165-171.

**1977**

Doppelt, J. E., & **Kaufman, A. S.** (1977).  Estimation of the differences between WISC-R and WISC IQs.  *Educational and Psychological Measurement, 37*, 417-424.

**Kaufman, A. S.** (1977).  A McCarthy short form for rapid screening of preschool, kindergarten, and first grade children.  *Contemporary Educational Psychology, 2,* 149-157.

**Kaufman, A. S.** (1977).  Should short form validity coefficients be corrected?  *Journal of Consulting and Clinical Psychology, 45*, 1159-1161.

**Kaufman, A. S.**, Daramola, S.F., & Di Cuio, R.F. (1977).  Interpretation of the separate WPPSI tests for boys and girls at three age levels.  *Contemporary Educational Psychology, 2*, 232-238.

**Kaufman, A. S.**, & Kaufman, N. L. (1977).  Research on the McCarthy Scales and its implications for assessment.  *Journal of Learning Disabilities, 10,* 284-291.

**Kaufman, A. S.**, & Van Hagen, J. (1977).  Investigation of the WISC-R for use with retarded children:  Correlation with the 1972 Stanford-Binet and comparison of WISC and WISC-R profiles.  *Psychology in the Schools, 14*, 10-14.

**1978**

**Kaufman, A. S.** (1978).  The importance of basic concepts in the individual assessment of preschool children.  *Journal of School Psychology, 16*, 207-211.

**Kaufman, A. S.**, & Waterstreet, M.A. (1978).  Determining a child's strong and weak areas of functioning on the Stanford-Binet:  A simplification of Sattler's SD method.  *Journal of School Psychology, 16*, 72-78.

**Kaufman, A. S.**, Zalma, R., & Kaufman, N. L. (1978).  The relationship of hand dominance to the motor coordination, mental ability, and right-left awareness of young children.  *Child Development, 49*, 885-888.  (Reprinted in Ginn Custom Publishing Program, Lexington, MA:  Ginn, 1983.)

**1979**
**Kaufman, A. S.** (1979).  Cerebral specialization and intelligence testing.  *Journal of Research and Development in Education, 12,* 96-107.

**Kaufman, A. S.** (1979).  The role of speed on WISC-R performance across the age range.  *Journal of Consulting and Clinical Psychology, 47*, 595-597.

**Kaufman, A. S.** (1979).  WISC-R research:  Implications for interpretation.  *School Psychology Digest, 8*, 5-27.

**Kaufman, A. S.**, Swan, W. W., & Wood, M. M. (1979).  Dimensions of problem behaviors of emotionally disturbed children as seen by their parents and teachers.  *Psychology in the Schools, 16*, 107-217.

Weiner, S. G., & **Kaufman, A. S.** (1979).  WISC-R vs. WISC for black children suspected of learning or behavioral disorders.  *Journal of Learning Disabilities, 12*, 100-105.

**1980**
Harrison, P. L., **Kaufman, A. S.**, & Kaufman, N. L. (1980).  Subtest patterns and recategorized groupings of the McCarthy Scales for EMR children.  *American Journal of Mental Deficiency, 85*, 129-134.

**Kaufman, A. S.**, Wood, M. M., & Swan, W. W. (1980).  Do parents, teachers, psychologists, and educational diagnosticians agree in their perceptions of the problem behaviors of black and white emotionally disturbed children?  *Psychology in the Schools, 17*, 185-191.  (Reprinted in J. Carroll [Ed.], *Contemporary school psychology:  Selected readings from Psychology in the Schools,* rev. ed., Brandon, VT:  Clinical Psychology Publishing Co., 1982).

Kaufman, N. L., & **Kaufman, A. S.** (1980).  Creativity in children with minimal brain dysfunction.  *Journal of Creative Behavior, 14*, 73.

Kaufman, N. L., & **Kaufman, A. S.** (1980).  Does item content (semantic vs. figural) affect reversal errors made by black and white first graders?  *Perceptual and Motor Skills, 50,* 993-994.

Reynolds, C. R., & **Kaufman, A. S.** (1980).  Lateral eye movement behavior in children.  *Perceptual and Motor Skills, 50*, 1023-1037.

**1981**

**Kaufman, A. S.** (1981).  In memorium—David Wechsler.  *School Psychology in Illinois, 2*, 5.

**Kaufman, A. S.** (1981).  The WISC-R and learning disabilities assessment:  State of the art.  *Journal of Learning Disabilities, 14*, 520-526.

**Kaufman, A. S.**, & Kaufman, N. L. (1981).  The development and current status of the Kaufman Assessment Battery for Children (K-ABC).  *NASP Communique, 9*, 2.

Naglieri, J. A**., Kaufman, A. S.**, & Harrison, P. L. (1981).  Factor structure of the McCarthy Scales for school-age children with low GCIs.  *Journal of School Psychology, 19*, 226-232.

Naglieri, J. A**., Kaufman, A. S.**, Kaufman, N. L., & Kamphaus, R. W. (1981).  Cross validation of Das' simultaneous and successive processes with novel tasks.  *Alberta Journal of Educational Research, 27*, 264-271.

**1982**

Schiff, J. J., **Kaufman, A. S.**, & Kaufman, N. L. (1981).  Scatter analysis of WISC-R profiles for learning disabled children with superior intelligence.  *Journal of Learning Disabilities, 14*, 400-404.

Gunnison, J., Kaufman, N. L., & **Kaufman, A. S.** (1982).  Reading remediation based on sequential and simultaneous processing.  *Academic Therapy, 17*, 297-307.

**Kaufman, A. S.**, Kaufman, N. L., Kamphaus, R. W., & Naglieri, J. A. (1982).  Sequential and simultaneous factors at ages 3 to 12-1/2:  Developmental changes in neuropsychological dimensions.  *Clinical Neuropsychology, 17*, 297-307.

**1983**

**Kaufman, A. S.** (1983).  Some questions and answers about the Kaufman Assessment Battery for Children (K-ABC).  *Journal of Psychoeducational Assessment, 1*, 205-218.

Naglieri, J. A., Kamphaus, R. W., & **Kaufman, A. S.** (1983).  The Luria-Das successive-simultaneous model applied to WISC-R data.  *Journal of Psychoeducational Assessment, 1*, 25-34.

Naglieri, J. A., & **Kaufman, A. S.** (1983).  How many factors underlie the WAIS-R?  *Journal of Psychoeducational Assessment, 1*, 113-119.

**1984**

**Kaufman, A. S.** (1984).  K-ABC and controversy.  *Journal of Special Education, 18*, 409-444.

**Kaufman, A. S.** (1984).   K-ABC and giftedness.  *The Roeper Review, 7*, 83-88.

**Kaufman, A. S.**, & Kamphaus, R. W. (1984).  Factor analysis of the Kaufman Assessment
    Battery for Children (K-ABC) for ages 2 ½ through 12 ½ years.  *Journal of Educational
    Psychology, 76*, 623-637.

**1985**
Willson, V.L., Reynolds, C. R., Chatman, S., & **Kaufman, A. S.** (1985).  Confirmatory analysis
    of simultaneous, sequential, and achievement factors on the K-ABC at 11 age levels 2 ½
    to 12 1/2 .  *Journal of School Psychology, 23*, 261-269.

**1986**
Eller, B. F., **Kaufman, A. S.**, & McLean, J. E. (1986).  Computer-based assessment of cognitive
    abilities:  Current status/future directions?  *Journal of Educational Technology Systems,
    15*, 137-147.

Kamphaus, R. W., & **Kaufman, A. S.** (1986).  Factor analysis of the Kaufman Assessment
    Battery for Children (K-ABC) for separate groups of boys and girls.  *Journal of Clinical
    Child Psychology, 15*, 210-213.

**Kaufman, A. S.**, & Harrison, P. L. (1986).  Intelligence tests and gifted assessment:  What are
    the positives?  *The Roeper Review, 8*, 154-159.

**Kaufman, A. S.**, Long, S.W., & O'Neal, M.R. (1986).  Topical review of the WISC-R for
    pediatric neuroclinicians.  *Journal of Child Neurology, 19*, 89-98.

**Kaufman, A. S.**, & McLean, J. E. (1986).  Joint factor analysis and canonical correlation of the
    K-ABC and WISC-R.  *Mid-South Educational Researcher, 14* (No. 2), 2-6, 15.

**Kaufman, A. S.**, & McLean, J. E. (1986).  K-ABC/WISC-R factor analysis for a learning
    disabled population.  *Journal of Learning Disabilities, 19*, 145-153.

**1987**
**Kaufman, A. S.**, & McLean, J. E. (1987).  Joint factor analysis of the K-ABC and WISC-R for
    normal children.  *Journal of School Psychology, 25,* 105-118.

**Kaufman, A. S.**, O'Neal, M. R., Avant, A. H., & Long, S. W. (1987).  Introduction to the
    Kaufman Assessment Battery for Children (K-ABC) for pediatric neuroclinicians.
    *Journal of Child Neurology, 2*, 3-16.

Moon, S., Ishikuma, T., & **Kaufman, A. S.** (1987).  Joint factor analysis of the K-ABC and
    McCarthy Scales.  *Perceptual and Motor Skills, 65*, 699-704.

Reynolds, C. R., Chastain, R. L., **Kaufman, A. S.**, & McLean, J. E. (1987).  Demographic characteristics and IQ among adults:  Analysis of the WAIS-R standardization sample as a function of the stratification variables.  *Journal of School Psychology, 25,* 323-342.

**1988**

Ameli, R., Courchesne, E., Lincoln, A., **Kaufman, A. S.**, & Grillon, C. (1988).  Visual memory processes in high-functioning individuals with autism.  *Journal of Autism and Developmental Disorders, 18*, 601-615.

Harrison, P. L., **Kaufman, A. S.**, Hickman, J. A., & Kaufman, N. L. (1988).  A survey of tests used for adult assessment.  *Journal of Psychoeducational Assessment, 6,* 188-198.

Ishikuma, T., Moon, S-B., & **Kaufman, A. S.** (1988).  Sequential-simultaneous analysis of Japanese children's performance on the Japanese McCarthy scales.  *Perceptual and Motor Skills, 66*, 355-362.

**Kaufman, A. S.** (1988).  Funeral oration for a long-dead corpse:  A reply to Lezak.  *NASP Communique, 17* (No. 4), 5.

**Kaufman, A. S.**, & Applegate, B. (1988).  Short forms of the K-ABC mental processing and achievement scales at ages 4 to 12 ½ years for clinical and screening purposes.  *Journal of Clinical Child Psychology, 17*, 359-369.

**Kaufman, A. S.**, McLean, J. E., & Reynolds, C. R. (1988).  Sex, race, residence, region, and education differences of the eleven WAIS-R subtests.  *Journal of Clinical Psychology, 44*, 231-248.

**Kaufman, A. S.**, & O'Neal, M. R. (1988).  Analysis of the cognitive, achievement, and general factors underlying the Woodcock-Johnson Psycho-Educational Battery.  *Journal of Clinical Child Psychology, 17*, 143-151.

**Kaufman, A. S.**, & O'Neal, M. R. (1988).  Factor structure of the Woodcock-Johnson cognitive subtests from preschool to adulthood.  *Journal of Psychoeducational Assessment, 6*, 35-48.

McLean, J. E., **Kaufman, A. S.**, & Reynolds, C. R. (1988).  The canonical relationship between the WAIS-R Verbal and Performance scales.  *Perceptual and Motor Skills, 66,* 432-434.

**1989**

Applegate, B., & **Kaufman, A. S.** (1989).  Short form estimation of K-ABC sequential and simultaneous processing for research and screening.  *Journal of Clinical Child Psychology, 18*, 305-313.

**Kaufman, A. S.**, McLean, J. E., Ishikuma, T., & Moon, S-B. (1989).  Integration of the literature on the intelligence of Japanese children and analysis of the data from a sequential-simultaneous perspective.  *School Psychology International, 10*, 173-183.

**Kaufman, A. S.**, Reynolds, C. R., & McLean, J. E. (1989).  Age and WAIS-R intelligence in a national sample of adults in the 20 to 74 year age range:  A cross-sectional analysis with education-level controlled.  *Intelligence, 13*, 235-253.

McLean, J. E., **Kaufman, A. S.**, & Reynolds, C. R. (1989).  Base rates of WAIS-R subtest scatter as a guide for clinical and neuropsychological assessment.  *Journal of Clinical Psychology, 45*, 919-926.

McLean, J. E., **Kaufman, A. S.**, & Reynolds, C. R. (1989).  What role does formal education play in the IQ-age relationship across the adult life-span?  *The Mid-South Educational Researcher, 17* (No. 1), 6-8 & 13-18.

Reynolds, C. R., Stanton, H.C., McLean, J. E., & **Kaufman, A. S.** (1989).  The canonical relationship between the WISC-R Verbal and Performance Scales.  *Measurement and Evaluation in Counseling and Development, 22*, 69-72.

## 1990

**Kaufman, A. S.** (1990-91).  The clinical value of IQ tests and their role for school psychologists in the 1990s.  *The School Psychologist:  A Publication of the New York Association for School Psychologists, 9* (1), 6-8.

**Kaufman, A. S.**, (1990).  Funeral oration for a long dead corpse:  A reply.  *The School Psychologist:  A Publication of the New York Association for School Psychologists, 8* (4), 12-14.  (Reprinted from *NASP Communique*)

**Kaufman, A. S.**, Eller, B.F., & Applegate, B. (1990).  An investigation of somatic anxiety and intelligence in children using the Kaufman ABC and an Apple IIe program measuring heart rate.  *Perceptual and Motor Skills, 70*, 387-394.

**Kaufman, A. S.**, McLean, J. E., & Reynolds, C. R. (1990).  Empirical test of the Inglis and Lawson hypothesis about sex differences in WAIS and WAIS-R brain-damage studies.  *Journal of Clinical and Experimental Neuropsychology, 12*, 281-285.

McLean, J. E., Reynolds, C. R., & **Kaufman, A. S.** (1990).  WAIS-R subtest scatter using the profile variability index.  *Psychological Assessment:  The Journal of Consulting and Clinical Psychology, 2*, 289-292.

Perlman, M. D., & **Kaufman, A. S.** (1990). Relationships among defensive styles, cognitive styles, processing styles, and attentional styles of normal adolescents. *Psychological Reports, 67*, 563-578.

**1991**

Allen, M., Lincoln, A., & **Kaufman, A. S.** (1991). Sequential and simultaneous processing abilities of high-functioning autistic and language impaired children. *Journal of Autism and Developmental Disorders, 21*, 483-502.

**Kaufman, A. S.**, Ishikuma, T., & Kaufman-Packer, J.L. (1991). Amazingly short forms of the WAIS-R. *Journal of Psychoeducational Assessment, 9*, 4-15.

**Kaufman, A. S.**, Kaufman-Packer, J.L., McLean, J. E., & Reynolds, C. R. (1991). Is the pattern of intellectual growth and decline across the adult life span different for men and women? *Journal of Clinical Psychology, 47*, 801-812.

**Kaufman, A. S.**, McLean, J. E., & Reynolds, C. R. (1991). Analysis of WAIS-R factor patterns by sex and race. *Journal of Clinical Psychology, 47*, 548-557.

**1992**

**Kaufman, A. S.** (1992). Dr. Wechsler remembered. *The School Psychologist, 46* (2), 4-5, 17.

**Kaufman, A. S.**, & Wang, J. (1992). Gender, race, and education differences on the K-BIT at ages 4 to 90 years. *Journal of Psychoeducational Assessment, 10*, 219-229.

**1993**

Grossman, I., **Kaufman, A. S.**, & Grossman, D. (1993). Correlations of scores on the Kaufman Short Neuropsychological Assessment Procedure and the Kaufman Adolescent and Adult Intelligence Test for a hospitalized depressed sample. *Perceptual and Motor Skills, 77*, 1055-1058.

Grossman, I., Mednitsky, S., Dennis, B., Scharff, L., & **Kaufman, A. S.** (1993). Validation of an "amazingly" short form of the WAIS-R for a clinically depressed sample. *Journal of Psychoeducational Assessment, 11*, 173-181.

**Kaufman, A. S.** (1993). Joint exploratory factor analysis of the Kaufman Assessment Battery for Children and the Kaufman Adolescent and Adult Intelligence Test for 11-and 12-year olds. *Journal of Clinical Child Psychology, 22*, 355-364.

**Kaufman, A. S.**, Kaufman, N. L. & McLean, J. E. (1993). Profiles of Hispanic adolescents and adults on the Myers-Briggs Typology Inventory. *Perceptual and Motor Skills, 76*, 628-630.

Wang, J., & **Kaufman, A. S.** (1993).  Changes in fluid and crystallized intelligence across the 20- to 90-year age range on the K-BIT.  *Journal of Psychoeducational Assessment, 11*, 29-37.

**1994**

Chen, T., **Kaufman, A. S.**, & Kaufman, J. C. (1994).  Examining the interaction of age X race pertaining to black-white differences at ages 15 to 93 on six Horn abilities assessed by K-FAST, K-SNAP and KAIT subtests.  *Perceptual and Motor Skills, 79*, 1683-1690.

Grossman, I., Chan, T., Parente, A., & **Kaufman, A. S.** (1994).  Validation of two new brief cognitive tests with a WAIS-R short form using a hospitalized depressed sample.  *Perceptual and Motor Skills, 78*, 107-111.

Grossman, I., **Kaufman, A. S.**, Mednitsky, S., Scharff, L., & Dennis, B. (1994).  Neurocognitive abilities for a clinically depressed sample versus a matched control group of normal individuals.  *Psychiatry Research, 51*, 231-244.

**Kaufman, A. S.** (1994).  A reply to Macmann and Barnett:  Lessons from the blind men and the elephant.  *School Psychology Quarterly, 9*, 199-207.

**Kaufman, A. S.**, Grossman, I., & Kaufman, N. L. (1994).  Comparison of hospitalized depressed patients and matched normal controls on tests differing in their level of cognitive complexity.  *Journal of Psychoeducational Assessment, 12*, 112-125.

**Kaufman, A. S.**, Ishikuma, T., & Kaufman, N. L. (1994).  A Horn analysis of the factors measured by the WAIS-R, KAIT, and two brief tests for normal adolescents and adults.  *Assessment, 1*, 353-366.

**Kaufman, A. S.**, Kaufman, N. L., & Ishikuma, T. (1994).  Psychoeducational assessment of children with learning disabilities and the K-ABC:  Finding each child's strong information processing style to be used for education.  *Japanese Journal of Learning Disabilities, 3*, 13-21.

**Kaufman, A. S.**, & McLean, J. E. (1994).  The relationship of the Murphy-Meisgeier Type Indicator for Children to sex, race, and fluid-crystallized intelligence on the KAIT at ages 11 to 15.  *Research in the Schools, 1*, 37-47.

Kaufman, J. C., McLean J. E., **Kaufman, A. S.**, & Kaufman, N. L. (1994).  White-black and white Hispanic differences on fluid and crystallized abilities by age across the 11- to 94-year range.  *Psychological Reports, 75*, 1279-1288.

Moon, S., Byun, C., McLean, J. E., & **Kaufman, A. S.** (1994). Sequential simultaneous profile analysis of Korean children's performance on the Kaufman Assessment Battery for Children (K-ABC). *Research in the Schools, 1*, 29-35.

**1995**

**Kaufman, A. S.**, Kaufman, J. C., & McLean, J. E. (1995). Factor structure of the Kaufman Adolescent and Adult Intelligence Test (KAIT) for whites, African Americans, and Hispanics. *Educational and Psychological Measurement, 55*, 365-376.

**Kaufman, A. S.**, McLean J. E., & Kaufman, J. C. (1995). The fluid and crystallized abilities of white, black, and Hispanic adolescents and adults, both with and without an education covariate. *Journal of Clinical Psychology, 51*, 637-647.

Kaufman, J. C., Chen, T., & **Kaufman, A. S.** (1995). Ethnic group, education, and gender differences on six Horn abilities for adolescents and adults. *Journal of Psychoeducational Assessment, 13*, 49-65.

Kaufman, J. C., **Kaufman, A. S.**, & Kaufman, N. L. (1995). Applying multiple regression analysis to baseball Hall of Fame membership. *Perceptual and Motor Skills, 81*, 1328-1330.

McLean, J. E., & **Kaufman, A. S.** (1995). The Harrington-O'Shea Career Decision Making System (CDM) and the Kaufman Adolescent and Adult Intelligence Test (KAIT): Relationship of interest scale scores to Fluid and Crystallized IQs at ages 12 to 22 years. *Research in the Schools, 2*, 61-71.

**1996**

Connery, S., Katz, D., **Kaufman, A. S.**, & Kaufman, N. L. (1996). Correlation between two short cognitive tests and a WISC-III short form using a sample of adolescent inpatients. *Psychological Reports, 78*, 1373-1378.

**Kaufman, A. S.** (1996). Wechsler and Horn: A reply to McGrew and Flanagan. *NASP Communique, 24* (6), 15-17.

**Kaufman, A. S.**, & Horn, J. L. (1996). Age changes on tests of fluid and crystallized intelligence for females and males on the Kaufman Adolescent and Adult Intelligence Test (KAIT) at ages 17 to 94 years. *Archives of Clinical Neuropsychology, 11*, 97-121.

**Kaufman, A. S.**, & Kaufman, J. C. (1996). Multiple regression analysis and baseball Hall of Fame membership, Part II: Focus on pitchers. *Perceptual and Motor Skills, 82*, 883-889.

**Kaufman, A. S.**, Kaufman, J. C., Balgopal, R., & McLean, J. E. (1996).  Comparison of three WISC-III short forms:  Weighing psychometric, clinical, and practical factors.  *Journal of Clinical Child Psychology, 25*, 97-105.

**Kaufman, A. S.**, Kaufman, J. C., Chen, T., & Kaufman, N. L. (1996).  Differences on six Horn abilities for fourteen age groups between 15-16 and 75-94 years.  *Psychological Assessment, 8*, 161-171.

**Kaufman, A. S.**, Kaufman, J. C., Kaufman, N. L., & Simon, M. (1996).  The WISC-R IQs of American vs. French children at ages 6 to 16 years.  *Research in the Schools, 3*, 23-33.

**Kaufman, A. S.**, McLean, J. E., & Lincoln, A. J. (1996).  The Relationship of the Myers-Briggs Type Indicator (MBTI) to IQ level and fluid-crystallized discrepancy on the Kaufman Adolescent and Adult Intelligence Test (KAIT).  *Assessment, 3*, 225-239.

**Kaufman, A. S.**, & McLean, J. E. (1996).  Profiles of Hispanic adolescents and adults on the Holland themes and basic interest scales of the Strong Interest Inventory.  *Psychological Reports, 79*, 1279-1288.

Ouchi, B.Y., Cole, J. C., Muenz, T.A., **Kaufman, A. S.**, & Kaufman, N. L. (1996).  Inter-rater reliability of the PIAT-R written expression subtest for an adolescent and adult sample.  *Psychological Reports, 79*, 1239-1247.

**1997**
Cole, J. C., Muenz, T.A., Ouchi, B.Y., Kaufman, N. L., & **Kaufman, A. S.** (1997).  The impact of pictorial stimulus on written expression output of adolescents and adults.  *Psychology in the Schools, 34*, 1-9.

**1998**
**Kaufman, A. S.**  (1998).  Introduction to the special issue on statistical significance testing.  *Research in the Schools, 5*, 1.

**Kaufman, A. S.**, Ford-Richards, J.M., & McLean, J. E. (1998).  Black-white differences on the Strong Interest Inventory general occupational themes and basic interest scales at ages 16 to 65.  *Journal of Clinical Psychology, 54*, 19-33.

**Kaufman, A. S.**, & McLean, J. E. (1998).  An investigation into the relationship between interests and intelligence.  *Journal of Clinical Psychology, 54*, 279-295.

**Kaufman, A. S.** (1998).  A new twist on Jensenism.  *Intelligence, 26*, 249-254.

**1999**

**Kaufman, A. S.** (1999).  Genetics of childhood disorders:  Genetics and intelligence II.  *Journal of the American Academy of Child and Adolescent Psychiatry, 38*, 626-628.

Daleo, D. V., Lopez, B. R., Cole, J. C., **Kaufman, A. S**., Kaufman, N. L., Newcomer, B. L., & Murphy, C. E. (1999). K-ABC simultaneous processing, DAS nonverbal reasoning, and Horn's expanded fluid-crystallized theory.  *Psychological Reports, 84*, 563-574.

## 2000

**Kaufman, A. S.** (2000).  Intelligence tests and school psychology:  Predicting the future by studying the past.  *Psychology in the Schools, 37*, 7-16.  (Special Issue:  School psychology and the 21st century:  Millennium issue)

**Kaufman, A. S.** (2000).  Seven questions about the WAIS-III regarding differences in abilities across the 16 to 89 year life span.  *School Psychology Quarterly, 15*, 3-29.

## 2001

**Kaufman, A. S.** (2001).  WAIS-III IQs, Horn' s theory, and generational changes from young adulthood to old age.  *Intelligence, 29*, 131-167.

**Kaufman, A. S.** (2001).  Do low levels of lead produce IQ loss in children?:  A careful examination of the literature.  *Archives of Clinical Neuropsychology, 16*, 303-341.

**Kaufman, A. S.** (2001).  How dangerous are low (not moderate or high) doses of lead for children's intellectual development? *Archives of Clinical Neuropsychology, 16*, 403-431.

**Kaufman, A. S.,** Lichtenberger, E. O., & McLean, J. E. (2001). Two- and three-factor solutions of the WAIS-III.  *Assessment, 8*, 267-280.

Kaufman, J. C., & **Kaufman, A. S.** (2001). Time for the changing of the guard:  A farewell to short forms of IQ tests.  *Journal of Psychoeducational Assessment, 19*, 245-267.

**Kaufman, A. S.** (2001).  Tendances actuelles dans le domain de l' évaluaiton de l'intelligence. (Current trends in the assessment of intelligence). *Psychologie Française, 46*, 271-280. Special issue:  L'evaluation psychologique: évolution des modèles et des méthodes (Psychological assessment: New models, new methods)

**Kaufman, A. S.,** & Kaufman, J. C. (2001).  Emotional intelligence as an aspect of general intelligence:  What would David Wechsler say? *Emotion, 1*, 258-264.

## 2002

**Kaufman, A. S.** (2002).  Commentary:  PCB-induced impairments in older adults: Critique of Schantz et al.'s methodology and conclusions.  *Environmental Health Perspectives, 110*, A70-A71.

Cicchetti, D. V., & **Kaufman, A. S.** (2002).  Correspondence:  Does PCB exposure have any effect on later psychomotor and mental development? *Lancet, 359,* 1438.

Alm, J., & **Kaufman, A. S.** (2002).  The Swedish WAIS-R factor structure and cognitive profiles for adults with dyslexia.  *Journal of Learning Disabilities, 35*, 321-333.

**2003**
**Kaufman, A. S.** (2003).  Commentary:  Critique of Vreugdenhil et al.'s study linking PCBs to the play behaviors of Dutch girls and boys.  *Environmental Health Perspectives, 111*, 380A.

Moon, S-B., McLean, J. E., & **Kaufman, A. S.** (2003).  A cross-cultural validation of the sequential-simultaneous theory of intelligence in Children.  *School Psychology International, 24*, 449-461.

**2004**
Hale, J. B., Naglieri, J. A., **Kaufman, A. S.,** & Kavale, K. A. (2004). Specific learning disability classification in the new Individuals with Disabilities Education Act: The danger of good ideas.  *The School Psychologist, 58* (1), 6-13, 29.

Cicchetti, D. V., **Kaufman, A. S.**, & Sparrow, S. S. (2004).  The relationship between prenatal and postnatal exposure to polychlorinated biphenyls (PCBs) and cognitive, neuropsychological, and behavioral deficits:  A critical appraisal.  *Psychology in the Schools, 41*, 589-624.

Cicchetti, D. V., **Kaufman, A. S.**, & Sparrow, S. S. (2004).  PCB research results derive from a false belief system: You've come the wrong way, baby!  *Psychology in the Schools, 41,* 715-723.

Cole, J. C**.,** Rabin, A. S., Smith, T. L., & **Kaufman, A. S.** (2004).  Development and validation of a Rasch-derived CES-D short form.  *Psychological Assessment, 16*, 360-372.

**2005**
Kavale, K. A., **Kaufman, A. S.,** Naglieri, J. A., & Hale, J. B. (2005). Changing procedures for identifying learning disabilities:  The danger of poorly supported ideas.  *The School Psychologist, 59* (1), 16-25.

**Kaufman, A. S**. (2005, October).  2005 Legends of School Psychology Address:  From David Wechsler to the new IDEA guidelines:  35 years in the eye of the IQ storm, Part I. *NASP Communique*, 34 (2), 33-35, 37.

**Kaufman, A. S**. (2005, November).  2005 Legends of School Psychology Address:  From David Wechsler to the new IDEA guidelines:  35 years in the eye of the IQ storm, Part II. *NASP Communique, 34* (3), 31-34.

## 2006

Kaufman, J. C., & **Kaufman, A. S.** (2006). Commentary on Blair—Some considerations concerning neurological development and psychometric assessment.  *Brain and Behavior Sciences, 29,* 137-138.

Hale, J. B., **Kaufman, A. S.**, Naglieri, J. A., & Kavale, K. A. (2006). Implementation of IDEA: Integrating response to intervention and cognitive assessment methods. *Psychology in the Schools, 43*, 753-770.

Lichtenberger, E. O., Volker, M., **Kaufman, A. S.**, & Kaufman, N. L. (2006). Assessing gifted children with the Kaufman Assessment Battery for Children – Second Edition (KABC-II).  *Gifted Education International, 21*, 99-126.

Siders, A., **Kaufman, A. S.**, & Reynolds, C. R. (2006). Do practice effects on Wechsler's Performance subtests relate to children's general ability, memory, learning ability, or attention? *Applied Neuropsychology, 13*, 242-250.

## 2008

**Kaufman, A. S.**, Johnson, C. K., & Liu, X. (2008).  A CHC theory-based analysis of age differences on cognitive abilities and academic skills at ages 22 to 90 years.  *Journal of Psychoeducational Assessment, 26*, 350-381.

## 2009

**Kaufman, A. S.** (2009).  Intelligent testing in the 21st century.  *The Annual Report of Educational Psychology in Japan, 48*, 23-25.

van Iterson, L., & **Kaufman, A. S.** (2009). Intraindividual subtest variability on the Dutch Wechsler Intelligence Scales for Children - Revised (WISC-RNL) for children with learning disabilities, psychiatric disorders, and epilepsy. *Psychological Reports, 105*, 1 – 14.

**Kaufman, A. S.**, Kaufman, J. C., Liu, X., & Johnson, C. K. (2009).  How do educational attainment and gender relate to Gf, Gc, and academic skills at ages 22 to 90 years? *Archives of Clinical Neuropsychology, 24,* 153-163.

## 2010

**Kaufman, A. S.** (2010). "In what way are apples and oranges alike?":  A critique of Flynn's interpretation of the Flynn effect.  *Journal of Psychoeducational Assessment, 28,* 382-398.

**Kaufman, A. S.** (2010). Looking through Flynn's rose-colored spectacles. *Journal of Psychoeducational Assessment, 28*, 494-505.

**Kaufman, A. S.**, & Weiss, L. G. (2010). Introduction to the Special Issue of *JPA* on the Flynn Effect. *Journal of Psychoeducational Assessment, 28*, 379-381.

Hale, J., **Kaufman, A. S.**,. et al. (2010).  Critical issues in response-to-intervention, comprehensive evaluation, and specific learning disabilities identification and intervention:  An expert white paper consensus.  *Learning Disabilities Quarterly, 33*, 223-236.

**2012**

Kaufman, S. B., Reynolds, M. R., Liu, X., **Kaufman, A. S.**, & McGrew, K. (2012). Are cognitive g and academic g one and the same g?: An exploration on the Woodcock-Johnson and Kaufman tests. *Intelligence, 40,* 123-138.

**Kaufman, A. S.**, Takahasi, T., Someki, F., & Ishikuma, T. (2012).  Intelligent testing for helping children with learning difficulties in the 21st century. *Japanese Journal of Learning Disabilities, 21*, 15-23.

Kaufman, N. L., **Kaufman, A. S.**, Todo, E., Kumagai, K., & Ishikuma, T. (2012). Use of individually administered achievement tests as clinical tools to help children with learning disabilities. *Japanese Journal of Learning Disabilities, 21*, 24-31.

**2013**

**Kaufman, A. S.** (2013). Intelligent testing with Wechsler's fourth editions:  Perspectives on the Weiss et al. studies and the eight commentaries.  *Journal of Psychoeducational Assessment, 31*, 224-234.

Niileksela, C. R., Reynolds, M. R., & **Kaufman, A. S.** (2013). An alternative Cattell-Horn-Carroll (CHC) factor structure of the WAIS-IV: Age invariance of an alternative model for ages 70-90.  *Psychological Assessment*, *25*, 391-404.

**2014 and in press**

**Kaufman, A. S.**, Zhou, X., Reynolds, M. R., Kaufman, N. L., Green, G. P., & Weiss, L. G. (2014). The possible societal impact of the decrease in U.S. blood lead levels on adult IQ. *Environmental Research,132*, 413-420. DOI information: 10.1016/j.envres.2014.04.015

Scheiber, C., Reynolds, M. R., Hajovski, D. B., & **Kaufman, A. S.** (2015). Evidence of a gender difference in writing in a large, nationally-representative sample of children and adolescents. *Psychology in the Schools*, *52*(4), 335-348.

Reynolds, M. R., Scheiber, C., Hajovsky, D. B., Schwartz, B., & **Kaufman, A. S.** (2015). Gender differences in academic achievement: Is writing an exception to the gender similarities hypothesis? *Journal of Genetic Psychology*, *176*, 1-24.

Kaufman, J. C., & **Kaufman, A. S.** (2015).  It can be very tempting to throw out the baby with the bathwater: A father-and-son commentary on "Does IQ really predict job performance?" *Applied Developmental Science*. 19 (3), 176-181, DOI: 10.1080/10888691.2015.1008922

Scheiber, C. & **Kaufman, A. S.** (in press). Which of the three KABC-II global scores is the least biased? *Journal of Pediatric Neuropsychology.*

Scheiber, C., Chen, H., **Kaufman, A. S.,** & Weiss, L. (in press).  How much does WAIS-IV perceptual reasoning decline across the 20-90-year lifespan when processing speed is controlled? *Applied Neuropsychology:  Adult.*

**Kaufman, A. S.,** Salthouse, T. A., Scheiber, C., & Chen, H.  (Submitted). Age changes and educational attainment across the lifespan on three generations of Wechsler adult scales.

## Chapters

**Kaufman, A. S.** (1980).  Issues in psychological assessment:  Interpreting the WISC-R intelligently.  In B. Lahey & A. Kazdin (Eds.), *Advances in child clinical psychology: Vol. 3* (pp. 117-214).  New York:  Plenum.

**Kaufman, A. S.**, Paget, K. D., & Wood, M. M. (1981).  Effectiveness of developmental therapy for severely emotionally disturbed children.  In F. H. Wood (Ed.), *Education's responsibility for seriously disturbed and behaviorally disordered children and youth* (pp. 176-186).  Reston, VA: Council for Exceptional Children.

**Kaufman, A. S.** (1982).  An integrated review of almost a decade of research on the McCarthy Scales.  In T. R. Kratochwill (Ed.), *Advances in school psychology:  Vol. 2* (pp. 119-169).  New Jersey:  Lawrence Erlbaum.

**Kaufman, A. S.** (1982).  The impact of WISC-R research for school psychologists.  In C. R. Reynolds & T. B. Gutkin (Eds.), *A handbook for school psychology* (pp. 156-177).  New York:  Wiley.

**Kaufman, A. S.** (1983).  Intelligence:  Old concepts—new perspectives.  In G. W. Hynd (Ed.), *The school psychologist* (pp. 95-117).  Syracuse:  Syracuse University Press.

Kaufman, N. L., & **Kaufman, A. S.** (1983).  Remedial intervention in education.  In G. W. Hynd (Ed.), *The school psychologist* (pp. 293-322).  Syracuse:  Syracuse University Press.

**Kaufman, A. S.**, & Reynolds, C. R. (1983).  Clinical evaluation of intellectual function.  In I. B. Weiner (Ed.), *Clinical methods in psychology:  Vol. II* (pp. 100-151).  New York:  Wiley.

**Kaufman, A. S.**, & Reynolds, C. R. (1984).  Intellectual and achievement tests.  In T. H. Ollendick & M. Hersen (Eds.), *Child behavioral assessment:  Principles and procedures* (pp. 195-220).  New York:  Pergamon Press.

Reynolds, C. R., & **Kaufman, A. S.** (1985).  Clinical assessment of children's intelligence with the Wechsler scales.  In B. B. Wolman (Ed.), *Handbook of intelligence:  Theories, measurements, applications* (pp. 601-661).  New York:  Wiley.

**Kaufman, A. S.**, Kamphaus, R. W., & Kaufman, N. L. (1985).  New dimensions in intellectual assessment:  The Kaufman Assessment Battery for Children (K-ABC).  In B. B. Wolman (Ed.), *Handbook of intelligence:  Theories, measurements, applications* (pp. 663-698).  New York:  Wiley.

**Kaufman, A. S.**, Kamphaus, R. W., & Kaufman, N. L. (1985).  The Kaufman Assessment Battery for Children (K-ABC).  In C. S. Newmark (Ed.), *Major psychological assessment instruments* (pp. 249-275).  Boston:  Allyn & Bacon.

Kamphaus, R. W., **Kaufman, A. S.**, & Reynolds, C. R. (1985).  Research applications of the K-ABC to the study of individual differences.  In C. R. Reynolds & V. L. Willson (Eds.), *Methodological and statistical advances in the study of individual differences* (pp. 177-207).  New York:  Plenum.

**Kaufman, A. S.**, & Flaitz, J. (1987).  Intellectual growth.  In V. B. Van Hasselt & M. Hersen (Eds.), *The handbook of adolescent psychology* (pp. 205-226).  New York:  Wiley.

**Kaufman, A. S.**, Clark, J. H., & Flaitz, J. (1987).  Intellectual testing.  In B. Bolton (Ed.), *Handbook of measurement and evaluation in rehabilitation*.  (2nd ed.) (pp. 59-74).  Baltimore:  Paul Brookes.

Perlman, M. D., & **Kaufman, A. S.** (1989).  Intellectual assessment.  In M. Hersen (Ed.), *Innovations in child behavior therapy* (pp. 78-104).  New York:  Springer.

**Kaufman, A. S.**, Harrison, P. L., & Ittenbach, R. F. (1990).  Intelligence testing in the schools.  In T. Gutkin & C. R. Reynolds (Eds.), *The handbook of school psychology* (2nd ed.) (pp. 289-327).  New York:  Wiley.

Perlman, M. D., & **Kaufman, A. S.** (1990).  Intellectual assessment of children.  In G. Goldstein & M. Hersen (Eds.), *Handbook of psychological assessment* (2nd ed.) (pp. 59-78).  New York:  Pergamon.

Reynolds, C. R., & **Kaufman, A. S.** (1990).  Assessment of children's intelligence with the WISC-R.  In C. R. Reynolds and R. W. Kamphaus (Eds.), *Handbook of psychology and educational assessment of children:  Intelligence and achievement* (pp. 127-165).  New York:  Guilford.

Kamphaus, R. W., **Kaufman, A. S.**, & Harrison, P. L. (1990).  Assessment with the Kaufman Assessment Battery for Children.  In C. R. Reynolds & R. W. Kamphaus (Eds.), *Handbook of psychological and educational assessment of children:  Intelligence and achievement* (pp. 259-276).  New York:  Guilford.

Kamphaus, R. W., & **Kaufman, A. S.** (1991).  Assessment of preschool children with the K-ABC.  In B. A. Bracken (Ed.), *The psychoeducational assessment of preschool children* (2nd ed.) (pp 154-167).  Boston, MA:  Allyn & Bacon.

**Kaufman, A. S.**, & Harrison, P. L. (1991).  Individual intellectual assessment.  In C. E. Walker (Ed.), *Clinical psychology:  Historical and Research Foundations* (pp. 91-119).  New York:  Plenum.

**Kaufman, A. S.**, & Ishikuma, T. (1993).  Intellectual and achievement testing.  In T. H. Ollendick & M. Hersen (Eds.), *Handbook of child and adolescent assessment*.  (pp. 192-207).  Boston:  Allyn & Bacon.

Kamphaus, R. W., Dresden, J., & **Kaufman, A. S.** (1993).  Clinical and psychometric considerations in the cognitive assessment of preschool children (pp. 55-72).  In D. J. Willis & J. L. Culbertson (Eds.), *Testing young children*.  Austin, TX:  PRO-ED.

Lincoln, A. J., Kaufman, J. L. & **Kaufman, A. S.** (1995).  Intellectual and cognitive assessment In M. Hersen & R. T. Ammerman (Eds.), *Advanced abnormal child psychology* (pp. 137-155).  Hillsdale, NJ:  Lawrence Erlbaum.

Kamphaus, R. W., Beres, K., **Kaufman, A. S.,** & Kaufman, N. L. (1996).  The Kaufman Assessment Battery for Children (K-ABC).  In C. S. Newmark (Ed.), *Major psychological assessment instruments* (2nd ed.) (pp. 348-399).  Boston:  Allyn & Bacon.

**Kaufman, A. S.**, & Kaufman, N. L. (1997).  The Kaufman Adolescent and Adult Intelligence Test (KAIT).  In D. P. Flanagan, J. L. Genshaft, & P. L. Harrison (Eds.), *Beyond traditional intellectual assessment:  Contemporary and emerging theories, tests, and issues* (pp. 209-229).  New York:  Guilford.

**Kaufman, A. S.**, & Lichtenberger, E. O. (1998).  Intellectual assessment.  In A. S. Bellack & M. Hersen (Series Eds.) & C. R. Reynolds (Vol. Ed.), *Comprehensive clinical psychology, Volume 4:  Assessment* (pp. 203-238).  Oxford, England:  Elsevier Science Ltd.

**Kaufman, A. S.**, Lichtenberger, E. O., Naglieri, J. A. (1999).  Intelligence testing in the schools.  In C. R. Reynolds & T. Gutkin (Eds.), *The handbook of school psychology* (3rd ed.) (pp. 307-349).  New York:  Wiley.

**Kaufman, A. S.** (2000).  Tests of Intelligence.  In R. J. Sternberg (Ed.), *Handbook of intelligence* (pp. 445-476).  New York:  Cambridge University Press.

**Kaufman, A. S.**, Kaufman, J. C., Lincoln, A. J., & Kaufman, J.L. (2000).  Intellectual and cognitive assessment.  In M. Herson & R. T. Ammerman (Eds.), *Advanced abnormal child psychology* (2nd ed.).  (pp. 153-175).  Hillside, NJ:  Lawrence Erlbaum.

Lichtenberger, E .O. & **Kaufman, A. S.** (2000).  The assessment of preschool children with the Kaufman Assessment Battery for Children.  In B.A. Bracken (Ed.), *The psychoeducational assessment of preschool children* (3rd ed.) (pp. 103-123). Boston, MA: Allyn & Bacon.

Beres, K., **Kaufman, A. S.**, & Perlman, M. D. (2000).  Assessment of child intelligence.  In G. Goldstein & M. Hersen (Eds.), *Handbook of psychological assessment* (3rd ed.) (pp. 65-96).  New York:  Pergamon.

Kaufman, J. C., & **Kaufman, A. S.**  (2001). Intelligence testing.  In B. Bolton (Ed.), *Handbook of measurement and evaluation in rehabilitation* (3rd ed.) (pp. 79-101).  Gaithersburg, MD:  Aspen Publishers.

**Kaufman, A. S.**, & Kaufman, N. L. (2001). Assessment of specific learning disabilities in the new millennium:  Issues, conflicts, and controversies.  In A. S. Kaufman & N. L. Kaufman (Eds.), *Specific learning disabilities and difficulties in children and adolescents:  Psychological assessment and evaluation* (pp. 433-461).  Cambridge, England:  Cambridge University Press.

Kaufman, J. C., Lichtenberger, E. O., & **Kaufman, A. S.** (2003). Assessing the intelligence of adolescents with the Kaufman Adolescent and Adult Intelligence Test (KAIT).  In C. R. Reynolds & R. W. Kamphaus (Eds.), *Handbook of psychological & educational assessment of children:  Intelligence, aptitude, and achievement* (pp. 174-186) (2nd ed.).  New York:  Guilford.

Kaufman, J. C., **Kaufman, A. S.**, Kaufman Singer, J., & Kaufman, N. L. (2005).  The Kaufman Assessment Battery for Children—Second Edition (KABC-II) and the Kaufman Adolescent and Adult Intelligence Test (KAIT). In D.P. Flanagan & P. L. Harrison (Eds.), *Contemporary intellectual assessment: Theories, tests, and issues* (2nd ed.) (pp. 344-370).  New York:  Guilford.

Lichtenberger, E .O. & **Kaufman, A. S.** (2007).  The assessment of preschool children with

the Kaufman Assessment Battery for Children—Second Edition (KABC-II).  In B. A. Bracken & R. Nagle (Eds.), *Psychoeducational assessment of preschool children* (4th ed.) (pp. 297-323).  Mahwah, NJ:  Lawrence Erlbaum.

Lichtenberger, E .O., Kaufman, J. C., & **Kaufman, A. S.** (2008). Intelligence testing.  In B. F. Bolton & R. M. Parker (Ed.), *Handbook of measurement and evaluation in rehabilitation* (4th ed.) (pp. 91-119).  Austin, TX: PRO-ED.

Naglieri, J. A., & **Kaufman, A. S.** (2008).  IDEIA 2004 and specific learning disabilities: What role does intelligence play?  In E. L. Grigorenko (Ed.), *Educating individuals with disabilities: IDEIA 2004 and beyond* (pp. 165-195).  New York:  Springer.

**Kaufman, A. S.** (2008). Neuropsychology and specific learning disabilities:  Lessons from the past as a guide to present controversies and future clinical practice.  In:  E. Fletcher-Janzen and C. R. Reynolds (Eds.), *Neuropsychological perspectives on learning disabilities in the era of RTI:  Recommendations for diagnosis and intervention* (pp. 1-13).  New York:  Wiley.

Lichtenberger, E. O., Sotelo-Dynega, M., & **Kaufman, A. S.** (2009). The Kaufman Assessment Battery for Children—Second Edition.  In J. A. Naglieri and S. Goldstein (Eds.), *Practitioner's guide to assessing intelligence and achievement* (pp. 61-93).  Hoboken, NJ: Wiley.

Willis, J. O., Dumont, R., & **Kaufman, A. S.** (2011). Factor-analytic models of intelligence.  In R. J. Sternberg & S. B. Kaufman (Eds.), *Cambridge handbook of intelligence* (pp. 39-57).  New York:  Cambridge University Press.

Singer, J. K., Lichtenberger, E. O., Kaufman, J. C., **Kaufman, A. S.**, & Kaufman, N. L. (2012).  The Kaufman Assessment Battery for Children—Second Edition (KABC-II) and the Kaufman Test of Educational Achievement—Second Edition (KTEA-II). In D.P. Flanagan & P. L. Harrison (Eds.), *Contemporary intellectual assessment: Theories, tests, and issues* (3rd ed.) (pp. 269-296).  New York:  Guilford.

Greenberg, D., Lichtenberger, E. O., & **Kaufman, A. S.** (2013). The role of theory in psychological assessment.  In D. Saklofske, C. R. Reynolds, & V. Schwean (Eds.), *Oxford handbook of child psychological assessment* (pp. 3-29).  New York:  Oxford University Press.

Willis, J. O., Dumont, R., & **Kaufman, A. S.** (2013). Assessment of intellectual functioning in children.  In K. F. Geisinger (Ed.), *APA handbook of testing and assessment in psychology* (vol. 3, pp. 39-70).  Washington, DC:  American Psychological Association.

Willis, J. O., Dumont, R., & **Kaufman, A. S.** (2013). Psychometric theory:  Individual norm

referenced standardized assessment - cognitive and academic. In S. Ortiz & D. Flanagan (Sec. Eds.), Section 9: Assessment Theory, in B. Irby, G. Brown, R. Lara-Alecio, & S. Jackson (Eds.), *The handbook of educational theories* (pp. 739-749). Charlotte, NC: Information Age Publishing.

Wasserman, J. D., & **Kaufman, A. S.** (in press). Mental and ability testing. In W. B. Barr & L. Bieliauskas (Eds.). *Oxford history of clinical neurosychology*. New York City, NY: Oxford University Press.

Benisz, M., Dumont, R., & **Kaufman, A. S.** (in press). Mental ability assessment. In J. C. Norcross, R. Krishnamurthyl, & G. VandenBos (Ed.), *APA handbook of clinical psychology, Volume 3*. Washington, DC: American Psychological Association.

**Forewords**

**Kaufman, A. S.** (1983). Foreword. In K. D. Paget & B. A. Bracken (Eds.), *The psychoeducational assessment of preschool children* (pp. ix-xi). New York: Grune & Stratton.

**Kaufman, A. S.** (1984). Foreword. In S. J. Weaver (Ed.), *Testing children* (pp. vii-xi). Kansas City: Test Corporation of America.

**Kaufman, A. S.** (2000). Foreword. In D. P. Flanagan, K. S. McGrew, & S. O. Ortiz. *The Wechsler intelligence scales and Gf-Gc theory: A contemporary approach to interpretation* (pp. xiii-xv). Boston, MA: Allyn & Bacon.

**Kaufman, A. S.** (2003). Foreword. In J. Georgas, L. G. Weiss, F. J. R. van de Vijver, & D. H. Saklofske (Eds.), *Culture and children's intelligence: Cross-cultural analysis of the WISC-III* (pp. xix-xxiv). San Diego, CA: Academic Press.

**Kaufman, A. S.** (2006). Foreword. In D. Wechsler & J. A. Naglieri, *Wechsler Nonverbal Scale of Ability administration and scoring manual* (pp. iii-iv). San Antonio, TX: Harcourt Assessment.

**Kaufman, A. S.**, & Kaufman, N. L. (2008). Foreword. In K. Ueno & F. Someki (Eds. & Trans.) *Shinri asesument repo-to no kakikata* (pp. vii-ix). [*Essentials of Assessment Report Writing*] by Lichtenberger, E. O., Mather, N., Kaufman, N. L., & Kaufman, A. S. (Original work published 2004) Tokyo, Japan: Nihon-Bunka Kagakusha.

**Kaufman, A. S.** (2009). Foreword. In J. A. Naglieri and S. Goldstein (Eds.), *Practitioner's guide to assessing intelligence and achievement* (pp. xi-xiii). Hoboken, NJ: Wiley.

**Kaufman, A. S.** (2010).  Foreword.  In L. G. Weiss, D. H. Saklofske, D. L. Coalson, & S. E. Raiford (Eds.), *WAIS-IV clinical use and interpretation* (pp. xiii-xxi).  San Diego, CA: Academic Press.

**Kaufman, A. S.**, & Kaufman, N. L. (2012).  Foreword.  In D. Wechsler, *Wechsler Preschool and Primary Scale of Intelligence—Fourth Edition (WPPSI-IV) administration and scoring manual* (pp. ix-xi).  San Antonio, TX:  Harcourt Assessment.

Flanagan, D. P., & **Kaufman, A. S.** (2013). Foreword. In K. Ueno (Eds. & Trans.) *WISC-IV niyoru shinri asesumento* (pp. ix-xi). [*Essentials of WISC-IV Assessment, Second Edition*] by Flanagan, D. P. & Kaufman, A. S. (Original work published 2009) Tokyo, Japan: Nihon-Bunka Kagakusha.

**Kaufman, A. S.**, & Kaufman, N. L. (2013). Foreword. In Japanese K-ABC Ⅱ Developing Team (Eds. & Trans.) *Japanese K-ABC Ⅱ Manual.*. [*Kaufman Assessment Battery for Children, Second Edition* ] by **Kaufman, A. S.**, & Kaufman, N.L.  (Original work published 2004) Tokyo, Japan: Maruzen Publishing Company.

Raiford, S. E., & **Kaufman, A. S.** (2016).  Foreword.  In L. G. Weiss, D. H. Saklofske, J. Holdnack, & A. Prifitera (Eds.), *WISC-V Clinical Use and Interpretation: Scientist – Practitioner Perspectives* (pp. xix-xxvi).  San Diego, CA:  Academic Press.

**Encyclopedia Entries**

**Kaufman, A. S.** (1987).  Biography of Dorothea McCarthy.  In C. R. Reynolds & L. Mann (Eds.), *Encyclopedia of Special Education* (pp. 998-999).  New York:  Wiley.

**Kaufman, A. S.**, & Avant, A. H. (1987).  Kaufman Assessment Battery for Children (K-ABC). In C. R. Reynolds & L. Mann (Eds.), *Encyclopedia of Special Education* (pp. 889-890). New York:  Wiley.

**Kaufman, A. S.**, & Avant, A. H. (1987).  WAIS/WAIS-R.  In C. R. Reynolds & L. Mann (Eds.), *Encyclopedia of Special Education* (pp. 1643-1645).  New York:  Wiley.

**Kaufman, A. S.**, & Avant, A. H. (1987).  WISC/WISC-R.  In C. R. Reynolds & L. Mann (Eds.), *Encyclopedia of Special Education* (pp. 1645-1647).  New York:  Wiley.

**Kaufman, A. S.**, & Harrison, P. L. (1987).  Intelligence testing.  In C. R. Reynolds & L. Mann (Eds.), *Encyclopedia of Special Education* (pp. 850-855).  New York:  Wiley.

**Kaufman, A. S.**, & Stinson, M. (1987).  Freedom from distractibility.  In C. R. Reynolds & L. Mann (Eds.), *Encyclopedia of Special Education* (pp. 681-683).  New York:  Wiley.

**Kaufman, A. S.**, & Stinson, M. (1987).  McCarthy Scales of Children's Abilities.  In C. R. Reynolds & L. Mann (Eds.), *Encyclopedia of Special Education* (pp. 999-1000).  New York:  Wiley.

**Kaufman, A. S.**, & Stinson, M. (1987).  Wechsler Preschool and Primary Scale of Intelligence (WPPSI).  In C. R. Reynolds & L. Mann (Eds.), *Encyclopedia of Special Education* (pp. 1647-1648).  New York:  Wiley.

**Kaufman, A. S.** (1994).  Practice effects.  In R.J. Sternberg (Ed.), *Encyclopedia of Intelligence* (Vol. II) (pp. 828-833).  New York:  Macmillan.

**Kaufman, A. S.** (1994).  Factor analysis of Wechsler and Stanford-Binet.  In R. J. Sternberg (Ed.), *Encyclopedia of Intelligence* (Vol. I) (pp. 430-434).  New York:  Macmillan.

**Kaufman, A. S.** & Kaufman, N. L. (1994).  Case reports.  In R. J. Sternberg (Ed.), *Encyclopedia of Intelligence* (Vol. I) (pp. 237-239).  New York:  Macmillan.

**Kaufman, A. S.** (2000).  David Wechsler.  In A. E. Kazdin (Ed.), *Encyclopedia of Psychology* (Volume 8, pp. 238-239).  New York:  Oxford University Press and American Psychological Association.

**Kaufman, A. S.** (2000).  Biography of Dorothea McCarthy.  In C. R. Reynolds & E. Fletcher-Janzen (Eds.) *Encyclopedia of Special Education* (Vol. 2, p. 1149).  New York:  Wiley.

**Kaufman, A. S.,** & Harrison, P. L. (2000).  History of intelligence testing.  In C. R. Reynolds & E. Fletcher-Janzen (Eds.) *Encyclopedia of Special Education* (Vol. 2, pp. 970-973).  New York:  Wiley.

**Kaufman, A. S.,** Avant, A., H., & Lichtenberger, E. O. (2000).  Kaufman Assessment Battery for Children.  In C. R. Reynolds & E. Fletcher-Janzen (Eds.) *Encyclopedia of Special Education* (Vol. 2, pp. 1030-1031).  New York:  Wiley.

**Kaufman, A. S.,** & Kaufman, J. C.  (2000).  Freedom from distractibility.  In C. R. Reynolds & E. Fletcher-Janzen (Eds.) *Encyclopedia of Special Education* (Vol. 2, pp. 772-776).  New York:  Wiley.

**Kaufman, A. S.,** Stinson, M. E., & Lichtenberger, E. O. (2000).  McCarthy Scales of Children's Abilities (MSCA).  In C. R. Reynolds & E. Fletcher-Janzen (Eds.) *Encyclopedia of Special Education* (Vol. 2, pp. 1149-1150).  New York:  Wiley.

Gillis, J. B., Kaufman, J. C., & **Kaufman, A. S.** (2003). Intelligence—cognitive development assessment. In R. Fernandez-Ballesteros (Ed.), *Encyclopedia of Psychological Assessment* (Vol. 1), pp. 308-311.  London: Sage.

Kaufman, J. C., & **Kaufman, A. S.** (2003). Assessment of intelligence (general). In R. Fernandez-Ballesteros (Ed.), *Encyclopedia of Psychological Assessment* (Vol. 1), pp. 465-470.  London: Sage.

Lichtenberger, E. O. & **Kaufman, A. S.** (2007). Intelligence tests. In B. J. Bank (Ed.), *Gender and education:  An encyclopedia*. New York:  Praeger.

Holt, R., Loomis, D., Kaufman, J. C., & **Kaufman, A. S.** (2010). Kaufman Adolescent and Adult Intelligence Test. In I. B. Weiner & E. Craighead (Eds.), *Corsini's Encyclopedia of Psychology*, 4th ed. (pp. 895-896).  Hoboken, NJ:  Wiley.

Loomis, D., Holt, R., Kaufman, J. C., & **Kaufman, A. S.** (2010). Kaufman Assessment Battery for Children: Second Edition. In I. B. Weiner & E. Craighead (Eds.), *Corsini's Encyclopedia of Psychology*, 4th ed. Hoboken, NJ:  Wiley.

Lichtenberger, E. O. & **Kaufman, A. S.** (2010). The Kaufman Assessment Battery for Children—Second Edition (KABC-II). In C. S. Clauss-Ehlers (Ed.), *The encyclopedia of cross-cultural school psychology*. New York: Springer.

**Kaufman, A. S.** (2012).  Biography of David Wechsler. In F. Volkmar (Ed.), *Encyclopedia of autistic spectrum disorders*.  New York:  Springer.

**Kaufman, A. S.,** & Harrison, P. L. (2014). History of intelligence testing.  In C. R. Reynolds, K. Vannest, & E. Fletcher-Janzen (Eds.) *Encyclopedia of Special Education* (Vol. 3). Hoboken, NJ:  Wiley.

Willis, J. O., Dumont, R., & **Kaufman, A. S.** (in press). Intelligence testing. In Cautin, R. & Lilienfeld (Eds.).  *Encyclopedia of Clinical Psychology*.  Malden, MA:  Wiley-Blackwell.

Willis, J. O., Dumont, R., & **Kaufman, A. S.** (in press). Wechsler intelligence scales (WAIS, WISC, and WPPSI). In Cautin, R. & Lilienfeld (Eds.).  *Encyclopedia of Clinical Psychology*.  Malden, MA:  Wiley-Blackwell.

Wasserman, J. D., & **Kaufman, A. S.** (in press). Biography of David Wechsler. In Cautin, R. & Lilienfeld (Eds.).  *Encyclopedia of Clinical Psychology*.  Malden, MA:  Wiley-Blackwell.

## **Reviews**

**Kaufman, A. S.** (1978).  Review of the Bingham Button Test.  In O. K. Buros (Ed.), *Eighth mental measurements yearbook* (pp. 293-294).  Highland Park, NJ:  Gryphon.

**Kaufman, A. S.** (1978).  Review of the Columbia Mental Maturity Scale.  In O. K. Buros (Ed.), *Eight mental measurements yearbook* (pp. 229-301).  Highland Park, NJ:  Gryphon.

**Kaufman, A. S.**, & Kaufman, N. L. (1981).  Review of Neurological Dysfunctions in Children. *Clinical Neuropsychology, 3*, 26-28.

**Kaufman, A. S.** (1983).  No-nonsense explanations for parents:  Review of Boehm and White's *Parents handbook on school testing*.  *Contemporary Psychology, 28*, 395-396.

**Kaufman, A. S.** (1983).  Review of Wechsler Adult Intelligence Scale-Revised (WAIS-R). *Journal of Psychoeducational Assessment, 1*, 309-313.

**Kaufman, A. S.** (1984).  Review of Salvia and Ysseldyke's Assessment in special and remedial education (2nd ed.).  *School Psychology Review, 13*, 409-410.

**Kaufman, A. S.** (1984).  Review of Sattler's *Assessment of children's intelligence and special abilities* (2nd ed.).  *School Psychology Review, 13*, 408-409.

**Kaufman, A. S.** (1985).  Review of Test of Lateral Awareness and Directionality.  In J. Mitchell (Ed.), *Buros' ninth mental measurements yearbook* (pp. 1576-1578).  Lincoln, NE: Buros Institute, University of Nebraska.

**Kaufman, A. S.** (1985).  Review of Wechsler Adult Intelligence Scale-Revised (WAIS-R).  In J. Mitchell (Ed.), *Buros' ninth mental measurements yearbook* (pp. 1699-1703).  Lincoln, NE:  Buros Institute, University of Nebraska.

**Kaufman, A. S.** (1985).  Review of Woodcock-Johnson Psycho-Educational Battery.  In J. Mitchell (Ed.), *Buros' ninth mental measurements yearbook* (pp. 1762-1765).  Lincoln, NE:  Buros Institute, University of Nebraska.

**Kaufman, A. S.** (1986).  Assessing an assessment handbook:  Review of G. Goldstein and M. Hersen's (Eds.) *Handbook of psychological assessment*.  *Contemporary Psychology, 31*, 262-263.

**Kaufman, A. S.** (1989).  Review of the GAP Reading Comprehension Test (3rd ed.).  In J.V. Mitchell (Ed.), *Buros' tenth mental measurements yearbook* (pp. 318- 320).  Lincoln, NE: Buros Institute, University of Nebraska. (Accession number AN-10130309, Buros Institute Database [Search Label MMYD], BRS Information Technologies, 1987).

**Kaufman, A. S.** (1989).  Review of McDermott Multidimensional Assessment of Children.  In J.V. Mitchell (Ed.), *Buros' tenth mental measurements yearbook* (pp. 485-488).  Lincoln, NE:  Buros Institute, University of Nebraska.

**Kaufman, A. S.** (1990).  The WPPSI-R:  You can't judge a test by its colors.  *Journal of School Psychology, 28* (4), 387-394.

**Kaufman, A. S.** (1992).  Evaluation of the WISC-III and WPPSI-R for gifted children.  *Roeper Review, 14* (3), 154-158.

**Kaufman, A. S.** (1993).  King WISC the Third assumes the throne.  *Journal of School Psychology, 31* (2), 345-354.

Kaufman, N. L., & **Kaufman, A. S.** (1995).  Review of the GATSB:  Guide to the Assessment of Test Session Behavior for the WISC-III and the WIAT.  *Journal of Psychoeducational Assessment, 13*, 318-325.

**Kaufman, A. S.**, & Kaufman, N. L. (1996).  Review of *Educational applications of the WISC-III:  A handbook of interpretive strategies and remedial recommendations*. *Journal of Psychoeducational Assessment, 14*, 388-394.

**Kaufman, A. S.** (1997).  Intelligence and cognition:  Can they be unified?  Review of *Human intellect and cognitive science:  Toward a general unified theory of intelligence*, by M. Wagman.  *Contemporary Psychology, 42*, 618-619.

**Kaufman, A. S.** (1997).  Review of *Psychological testing:  Design, analysis, and use*. *Journal of Psychoeducational Assessment, 15*, 351-355.

**Kaufman, A. S.**, & Kaufman, N. L. (1998).  Review of Comprehensive Receptive and Expressive Vocabulary Test.  In J. C. Impara & B. S. Plake (Eds.), *Buros' thirteenth mental measurements yearbook* (pp. 301-304).  Lincoln, NE:  Buros Institute, University of Nebraska.

Kaufman, N. L., & **Kaufman, A. S.** (1998).  Review of Auditory Continuous Performance Test.  In J. C. Impara & B.S. Plake (Eds.), *Buros' thirteenth mental measurements yearbook* (pp. 68-72).  Lincoln, NE:  Buros Institute, University of Nebraska.

**Kaufman, A. S.** (1999).  Not necessarily the best practices, Review of *Psychological assessment of children:  Best practices for school and clinical settings*, 2d ed., edited by H.B. Vance. *Contemporary Psychology, 44*, 14-16.

Kaufman, A. S., & Kaufman, N. L. (2001).  Review of Infant Development Inventory.  In J. C. Impara & B.S. Plake (Eds.), *Buros' fourteenth mental measurements yearbook* (pp. 579-582).  Lincoln, NE:  Buros Institute, University of Nebraska.

Kaufman, N. L., & Kaufman, A. S. (2001).  Review of Brown Attention-Deficit Disorder Scales.  In J.D. Impara & B.S. Plake (Eds.), *Buros' fourteenth mental measurements yearbook* (pp. 183-187).  Lincoln, NE:  Buros Institute, University of Nebraska.

Cole, J. C., & Kaufman, A. S. (2002).  Review of Groth-Marnat's (1997) *Handbook of Psychological Assessment* (3rd ed.).  *Journal of Psychoeducational Assessment, 20,* 301-308.

Kaufman, A. S., & Kaufman, N. L. (2002).  High on convergent production and cognition, low on evaluation:  Review of *Assessment of children:  Cognitive applications* (4th ed.), by Jerome M. Sattler. *Contemporary Psychology, 47*, 394-397.

Kaufman, A. S., Flanagan, D. P., Alfonso, V. C., & Mascolo, J. (2006).  Review of the Wechsler Intelligence Scale for Children—Fourth Edition (WISC-IV) by D. Wechsler.  *Journal of Psychoeducational Assessment, 24*, 278-295.

Kaufman, A. S., Dillon, T., & Kirsch, J. W. (2013). "A beautiful theory, killed by a nasty, ugly little fact" [Review of the book *Are we getting smarter? Rising IQ in the twenty-first century*, by J. R. Flynn]. *PsycCRITIQUES, 58*(19). doi: 10.1037/a0032830

## PAPERS PRESENTED

### 1968

North, R. D., Kaufman, A. S., & Meskin, N. M. (1968, September).  Designs and measures for educational evaluation.  In *Some realities of educational evaluation*.  Symposium presented at the meeting of the American Psychological Association, San Francisco.

### 1972

Kaufman, A. S. (1972, March).  The relationship of geographic region, urban-rural residence, and father's occupation to IQs obtained by children on WPPSI.  Paper presented at the meeting of the American Personnel and Guidance Association, Chicago.  (Research Reports:  1972 Convention, Washington, DC:  APGA, pp. 67-68).

Kaufman, A. S., & Hollenbeck, G. P. (1972, April).  Factor analysis of the McCarthy Scales of Children's Abilities (standardization edition) at age five.  Paper presented at the meeting of the Eastern Psychological Association, Boston.

Hollenbeck, G. P., & Kaufman, A. S. (1972, September).  Factor structure of the Wechsler Preschool and Primary Scale of Intelligence (WPPSI).  Paper presented at the meeting of

the American Psychological Association, Honolulu.  (*Proceedings, 80th Annual Convention*, APA, 1972, pp. 37-38).

**Kaufman, A. S.** (1972, September).  Comparison of WPPSI IQs obtained by matched groups of black and white children.  Paper presented at the meeting of the American Psychological Association, Honolulu.  (*Proceedings, 80th Annual Convention*, APA, 1972, pp. 39-40).

**1973**

**Kaufman, A. S.**, & Kaufman, N. L. (1973, March).  The relationship of social class to the cognitive and motor abilities of young black children.  Paper presented at the meeting of the National Association of School Psychologists, New York City.

**Kaufman, A. S.**, & Wechsler, D. (1973, August).  *The restandardization of the WISC (Wechsler Intelligence Scale for Children)* (Jerome E. Doppelt, Chair).  Symposium presented at the meeting of the American Psychological Association, Montreal.

**1974**

DeBoer, D. L., **Kaufman, A. S.**, & McCarthy, D. (1974, April).  *The use of the McCarthy Scales in identification, assessment, and deficit remediation of preschool and primary age children*.  Symposium presented at the meeting of the Council for Exceptional Children, New York City.

**Kaufman, A. S.** (1974, May).  The development of the WISC-R.  Invited address at the meeting of the Massachusetts School Psychologists Association, Worcester.

**Kaufman, A. S.** (1974, September).  Factor structure of the WISC-R at ages 7-1/2, 10-1/2, and 13-1/2.  Paper presented at the meeting of the American Psychological Association, New Orleans.

**Kaufman, A. S.** (1974, September).  The Wechsler Intelligence Scale for Children—Revised.  In *Psychoeducational assessment in the seventies—a look at measures and concepts*.  Symposium presented at the meeting of the American Psychological Association, New Orleans.

**1975**

**Kaufman, A. S.** (1975, April).  Assessment of preschool black children.  In *Psychological assessment of minority children*.  Symposium presented at the meeting of the National Association of School Psychologists, Atlanta.

**Kaufman, A. S.** (1975, October).  Assessment: Fact & fancy—emotion and reason.  Invited keynote address at the School Psychology Workshop (Psychoeducational assessment—focus on the minority group child).  Georgia Association of School Psychologists, Lack Jackson.

**1976**

Weiner, S. G., & **Kaufman, A. S.** (1976, April). A comparison of WISC-R and WISC for black children aged 7 to 10 years. Paper presented at the meeting of the Eastern Psychological Association, New York City.

**1977**

**Kaufman, A. S.** (1977, October). The intelligent use of intelligence tests. Invited keynote address at the Conference for School Psychologists and Special Education Coordinators, Columbia, SC.

**1978**

**Kaufman, A. S.** (1978, March). Interpreting the distractibility factor. Paper presented at the meeting of the National Association of School Psychologists, New York City. (*NASP Proceedings*, 10th Annual Convention, 1978, pp. 96-97).

**Kaufman, A. S.**, Wood, M. M., & Swan, W. W. (1978, March). How consistent are diverse ratings of emotionally-disturbed children's problem behaviors? Paper presented at the meeting of the National Association of School Psychologists, New York City. (*NASP Proceedings*, 10th Annual Convention, 1978, pp. 125-126).

Reynolds, C. R., & **Kaufman, A. S.** (1978, March). Conjugate lateral eye movements in preschool and primary grade children. Paper presented at the meeting of the Southeastern Psychological Association, Atlanta.

**Kaufman, A. S.** (1978, August). Discussant. In *Intelligence testing today in light of legal challenges*. Symposium presented at the meeting of the American Psychological Association, Toronto.

**Kaufman, A. S.** (1978, September). Intelligent testing with minority groups. Invited paper presented at the Second Annual Conference on Psychodiagnostic Techniques—The Assessment of Children, Upper Montclair, NJ.

**1979**

**Kaufman, A. S.** (1979, March). Interpretation of intelligence tests in light of hemispheric specialization research. Invited paper presented at the meeting of the NY State Branch of the Orton Society, New York City.

**Kaufman, A. S.** (1979, October). The future of psychological assessment and its relationship to school psychology. Invited keynote address presented at the meeting of the Nebraska School Psychological Association—Fourth Annual Midwestern Conference on Psychology in the Schools, Omaha.

**Kaufman, A. S.** (1979, October).  The implications of processing models for assessment and for educational planning.  Invited paper presented at the meeting of the Nebraska School Psychologists Association—Fourth Annual Midwestern Conference on Psychology in the Schools, Omaha.

**1980**

**Kaufman, A. S.**, & Kaufman, N. L. (1980, March).  The development of a new intelligence based on neuropsychological theories of mental processing.  Invited paper presented at the meeting of the New York State Branch of the Orton Society, New York City.

Naglieri, J. A., Kamphaus, R. W., & **Kaufman, A. S.** (1980, April).  Das' successive versus simultaneous syntheses applied to the WISC-R.  Paper presented at the meeting of the National Association of School Psychologists, Washington, DC.

**Kaufman, A. S.**, & Kaufman, N. L. (1980, September).  The demise of the EMR label:  Should anybody mourn?  In *The future of educable mental retardation:  An analysis of Larry P.*  Symposium presented at the meeting of the American Psychological Association, Montreal.

**Kaufman, A. S.** (1980, October).  Intellectual assessment:  Past, present, and future.  Invited keynote address at the meeting of the Wisconsin School Psychologists Association, Milwaukee.

**Kaufman, A. S.** (1980, November).  Intelligence and its measurement.  Invited keynote address at the meeting of the Missouri Association of School Psychologists, St. Louis.

**Kaufman, A. S.**, & Kaufman, N. L. (1980, November).  Intelligence testing—Current state of the art.  Invited paper presented at the meeting of the Orton Society, Boston.

**1981**

**Kaufman, A. S.**, & Kaufman, N. L. (1981, February).  Uses and abuses of the McCarthy Scales with LD children.  In *Current issues in diagnosing LD children in the public schools*.  Symposium presented at the meeting of the Association for Children and Adults with Learning Disabilities, Atlanta.

**Kaufman, A. S.** (1981, March).  Future trends of intelligence tests for special education.  Invited keynote address at the meeting of the Texas Association of Educational Diagnosticians, Amarillo.

Naglieri, J. A., **Kaufman, A. S.** & Harrison, P.L. (1981, April).  McCarthy factor structure for school-age children with low GCIs.  Paper presented at the meeting of the National Association of School Psychologists, Houston.

Naglieri, J. A., **Kaufman, A. S.**, Kaufman, N. L., & Kamphaus, R. W. (1981, April).  Das' simultaneous and successive processes:  A cross-validation study.  Paper presented at the meeting of the National Association of School Psychologists, Houston.

**Kaufman, A. S.** (1981, May).  Intelligence testing:  Past, present and future.  Invited keynote address at the meeting of the Maryland School Psychologists Association, Baltimore.

**Kaufman, A. S.**, Kaufman, N. L., Kamphaus, R. W., & Naglieri, J. A. (1981, August).  Developmental changes in sequential-simultaneous processing at ages 3 to 12-1/2.  Paper presented at the meeting of the American Psychological Association, Los Angeles.

**Kaufman, A. S.** (1981, October).  Assessment and controversy.  Invited keynote address at the meeting of the Colorado Society for School Psychologists, Vail.

**Kaufman, A. S.** (1981, October).  Intelligence testing:  Its regal past, stormy present, and uncharted future.  Invited keynote address for the Connecticut Association of School Psychologists, North Haven.

**Kaufman, A. S.** (1981, November).  The WISC-R:  Diagnosis of reading and learning disabled children.  Invited keynote address for the Kansas Association of School Psychologists, Hutchinson.

**1982**
**Kaufman, A. S.** (1982, March).  Intelligence and the WISC-R.  Invited keynote address for the Arkansas School Psychologists Association, Little Rock.

McRae, S.G., & **Kaufman, A. S.** (1982, March).  Sequential-simultaneous processing and reading skills in primary grade children.  Paper presented at the meeting of the National Association of School Psychologists, Toronto.

**Kaufman, A. S.** (1982, April).  New directions in intelligence testing:  The K-ABC.  Invited American Psychological Association address (Division 16, School Psychology), Washington, DC.

Kamphaus, R. W., **Kaufman, A. S.**, & Kaufman, N. L. (1982, August).  A cross validation study of sequential-simultaneous processing.  Paper presented at the meeting of the American Psychological Association, Washington, DC.

Naglieri, J. A., & **Kaufman, A. S.** (1982, August).  Determining the number of WAIS-R factors using several methods.  Paper presented at the meeting of the American Psychological Association, Washington, DC.

**Kaufman, A. S.** (1982, September).  Intellectual assessment.  Invited keynote address for the Alberta Association of School Psychologists, Calgary.

**Kaufman, A. S.** (1982, November).  Intelligent testing with the WISC-R.  Invited keynote address for the Saskatchewan Association of Educational Psychologists, Saskatoon.

**Kaufman, A. S.** (1982, December).  State of the art of intelligence testing.  Invited keynote address for the Minnesota State Department of Education, Minneapolis.

**1983**

**Kaufman, A. S.** (1983, March).  The WISC-R and the K-ABC.  Invited keynote address for the Alaska School Psychologists Association and Alaska State Department of Education, Anchorage.

Willson, V.L., Reynolds, C. R., Chatman, S. P., & **Kaufman, A. S.** (1983, March).  Confirmatory analysis of simultaneous, sequential, and achievement factors on the K-ABC.  Paper presented at the meeting of the National Association of School Psychologists, Detroit.  (*NASP Proceedings*, Convention 83, 1983, pp. 29-30).

**Kaufman, A. S.** (1983, April).  Intelligence testing and exceptionality.  Invited keynote address for the Opening General Session, Council of Exceptional Children, Detroit.

**Kaufman, A. S.** (1983, April).  Intelligence testing:  New horizons.  Invited keynote address for the Oregon School Psychologists Association, Ashland.

**Kaufman, A. S.** (1983, April).  IQ and learning disabilities assessment.  Invited keynote address for the Association for Children and Adults with Learning Disabilities of Connecticut, Hartford.

**Kaufman, A. S.** (1983, April).  Overview of the K-ABC.  Invited keynote address for the Georgia Association of School Psychologists, Pine Mountain.

**Kaufman, A. S.** (1983, August).  Discussant.  In *Early research on the Kaufman Assessment Battery for Children*.  Symposium presented at the meeting of the American Psychological Association, Anaheim.

**Kaufman, A. S.** (1983, August).  Intellectual assessment with the K-ABC.  In *Clinical assessment of the child—Issues and directions*.  Symposium presented at the meeting of the American Psychological Association, Anaheim.

**Kaufman, A. S.** (1983, October).  New directions in cognitive assessment.  Invited keynote address for the Washington Association of School Psychologists, Wenatchee.

**Kaufman, A. S.** (1983, October).  The past, present, and future of intelligence testing.  Invited keynote address for the Michigan Association of School Psychologists, Ann Arbor.

**Kaufman, A. S.** (1983, November).  Kaufman Assessment Battery for Children (K-ABC).  Invited keynote address for the Florida Association of School Psychologists, Tampa.

**Kaufman, A. S.** (1983, November).  Differential diagnosis with intelligence tests:  Is it possible?  Invited keynote address for the Alabama Association of School Psychologists, Guntersville.

**1984**
**Kaufman, A. S.** (1984, January).  Ten years of WISC-R research.  Invited keynote address for the Ontario Psychological Association, Toronto.

**Kaufman, A. S.** (1984, November).  Changing definitions of intelligence:  From the 1880s to the 1980s.  Invited keynote address for the National Association of Gifted Children, St. Louis.

**Kaufman, A. S.** (1984, December).  Learning disabilities assessment.  Invited address at the Maryland School Psychologists' Association, Baltimore.

**1985**
Kamphaus, R. W., & **Kaufman, A. S.** (1985, March).  Factor analysis of the Kaufman Assessment Battery for Children (K-ABC) by sex.  Paper presented to the Southeastern Psychological Association, Atlanta.

**Kaufman, A. S.** (1985, March).  The K-ABC and learning disabilities assessment.  Paper presented to the New York Branch of the Orton Society, New York City.

**Kaufman, A. S.** (1985, April).  Mental assessment for counselors.  Invited address presented to Alabama Association for Counseling & Development, Birmingham.

**Kaufman, A. S.** (1985, October).  Questions and answers.  Presented at meeting of Alabama Association of School Psychologists, Birmingham.

**Kaufman, A. S.**, & McLean, J. E. (1985, November).  Joint factor analysis of the K-ABC and WISC-R.  Paper presented at Annual Meeting of Mid-South Educational Research Association, Biloxi, MS.

**1986**
**Kaufman, A. S.** (1986, January).  Intelligence testing—Retrospect and prospect.  Invited keynote address presented at Twenty-second Annual School Psychology Conference, Queens College, New York City.

McLean, J. E. & **Kaufman, A. S.** (1986, March).  An empirical comparison of using factor analytic techniques and canonical correlation.  Paper presented at the meeting of American Educational Research Association, San Francisco.

**Kaufman, A. S.**, & McLean, J. E. (1986, April).  Factor structure of the K-ABC and WISC-R for learning disabled children.  Paper presented at the meeting of National Association of School Psychologists, Hollywood, FL.

Harrison, P. L., & **Kaufman, A. S.** (1986, August).  Assessing intelligence with the Kaufinan batteries.  In G. J. Robertson (Chair), *Perspectives on intellectual assessment:  1986*. Symposium conducted at the meeting of the American Psychological Association, Washington, DC.

Moon, S-B., Ishikuma, T., & **Kaufman, A. S.** (1986, November).  Joint factor analysis of the K-ABC and McCarthy Scales.  Paper presented at the meeting of the Mid-South Educational Association, Memphis.

Ishikuma, T., Moon, S., & **Kaufman, A. S.** (1986, November).  Sequential-simultaneous analysis of Japanese children's performance on the Japanese McCarthy.  Paper presented at the meeting of the Mid-South Educational Research Association, Memphis.

**1987**
Perlman, M. D., & **Kaufman, A. S.** (1987, March).  Relationships among defensive styles, cognitive styles, processing styles, and attentional styles of normal adolescents.  Paper presented at the meeting of the California State Psychological Association, San Diego.

**Kaufman, A. S.** (1987, August).  Four years of K-ABC use.  Paper presented at the meeting of the Council of Directors of School Psychology Programs, New York City.

**Kaufman, A. S.** (1987, August).  Recent research on the K-ABC.  Paper presented at the meeting of the Trainers of School Psychologists, New York City.

Harrison, P. L., Ittenbach, R. F., & **Kaufman, A. S.** (1987, November).  Implications of recent research on the WISC-R, K-ABC, and Woodcock-Johnson.  Paper presented at the meeting of the Mid-South Educational Research Association, Mobile.

Harrison, P. L., Ittenbach, R. F., & **Kaufman, A. S.** (1987, November).  Intelligence testing: Rebirth in the 1980s.  Paper presented at the meeting of the Mid South Educational Research Association, Mobile.

**Kaufman, A. S.**, McLean, J. E., Ishikuma, T., & Moon, S. (1987, November).  Integration of the literature on the intelligence of Japanese children and analysis of the data from a

sequential-simultaneous model.  Paper presented at the meeting of the Mid-South Educational Research Association, Mobile.

McLean, J. E., & **Kaufman, A. S.** (1987, November).  The relationship between the WAIS-R Verbal and Performance scales.  Paper presented at the meeting of the Mid-South Educational Research Association, Mobile.

## 1988

**Kaufman, A. S.** (1988, August).  Has anybody ever really measured adult intelligence?  Invited Division 5 address presented at the meeting of the American Psychological Association, Atlanta.

**Kaufman, A. S.**, & Kaufman, N. L. (1988, August).  Preschool cognitive assessment.  In P.L. Harrison (Chair), *Theoretical and research implications for Preschool assessment*.  Symposium presented at the meeting of the American Psychological Association, Atlanta.

McLean, J. E., **Kaufman, A. S.**, & Reynolds, C. R. (1988, November).  Subtest scatter on the WAIS-R.  Paper presented at the meeting of the Mid-South Educational Research Association, Louisville.

McLean, J. E., **Kaufman, A. S.**, & Reynolds, C. R. (1988, November).  What role does formal education play in the IQ-age relationship across the adult life-span?  Paper presented at the meeting of the Mid-South Educational Research Association, Louisville.

## 1989

Applegate, B., & **Kaufman, A. S.** (1989, August).  K-ABC short forms for clinical, research, and screening purposes.  Paper presented at the meeting of the American Psychological Association, New Orleans.

Harrison, P. L., & **Kaufman, A. S.** (1989, August).  Testing:  Utilizing information from cognitive assessment to enhance learning.  In F.H. Farley (Chair), *Enhancing learning and academic achievement:  The role of school psychological services*.  Symposium presented at the meeting of the American Psychological Association, New Orleans.

Moon, S., **Kaufman, A. S.**, & Ishikuma, T. (1989, November).  Factor analysis of the Kaufman Assessment Battery for Children—Spanish (K-ABC-S) for ages 3 through 12 1/2 years.  Paper presented at the meeting of the Mid-South Educational Research Association, Little Rock.

## 1990

**Kaufman, A. S.** (1990, October).  Do our brains age gracefully?  Invited keynote address presented at the fall conference of the Michigan Association of School Psychologist, Troy.

**Kaufman, A. S.** (1990, October).  Should intelligence tests rest in peace?  Invited keynote address presented at the annual conference of the New York Association of School Psychologists, Rochester.

**1992**

**Kaufman, A. S.** (1992, April).  What happens to our intelligence as we age:  Invited keynote address presented at the annual conference of the Texas Educational Diagnosticians Association, Austin.

McLean, J. E., & **Kaufman, A. S.** (1992, November).  IQ level and scores on the Strong Interest Inventory.  Paper presented at the meeting of the Mid-South Educational Research Association, Knoxville.

**Kaufman, A. S.**, McLean, J. E., & Underwood, S. S. (1992, November).  Relationship of the Myers Briggs to age, gender, race, education, and fluid-crystallized intelligence.  Paper presented at the meeting of the Mid-South Educational Research Association, Knoxville.

**1993**

**Kaufman, A. S.**,& Kaufman, N. L. (1993, June).  Assessment and remediation with the French K-ABC.  Invited address presented at a conference sponsored by Les Editions du Centre de Psychologie Applique, Paris.

**Kaufman, A. S.**, & Kaufman, N. L. (1993, August).  Assessment of crystallized and fluid intelligence on the Kaufman Adolescent and Adult Intelligence Test at ages 11 to 90 years.  Division 5 Preconference workshop presented at the meeting of the American Psychological Association, Toronto.

Balgopal, R., **Kaufman, A. S.**, & McLean, J. E. (1993, November).  The relationship between fluid & crystallized intelligence and the WAIS-R.  Paper presented at the meeting of the Mid-South Educational Research Association, New Orleans.

**Kaufman, A. S.**, Ford-Richards, J. M., & McLean, J. E. (1993, November).  Black-white differences on the Strong Interest Inventory general occupational themes and basic interest scales at ages 16 to 65.  Paper presented at the meeting of the Mid-South Educational Research Association, New Orleans.

McLean, J. E., & **Kaufman, A. S.** (1993, November).  The Harrington-O'Shea Career Decision-Making System (CDM) and the Kaufman Adolescent and Adult Intelligence Test (KAIT):  Relationship of interest scale scores to Fluid and Crystallized IQs at ages 12 to 22 years.  Paper presented at the meeting of the Mid-South Educational Research Association, New Orleans.

**Kaufman, A. S.**, & Kaufman, N. L. (1993, November).  Application of the Japanese K-ABC for learning disabilities assessment.  Invited address presented at a meeting sponsored by the Japanese K-ABC Center of Maruzen Mates, Tokyo.

**Kaufman, A. S.**, & Kaufman, N. L. (1993, November).  Psychoeducational assessment and education of children with learning disabilities.  Invited address presented at the Annual Conference of the Japanese Academy of Learning Disabilities, Shizuoka.

Kaufman, N. L., & **Kaufman, A. S.** (1993, November).  The psychoeducational diagnostic and evaluation process in the United States.  Invited address presented at the Annual Conference of the Society for the Service and Development of Learning Disabled Children, Osaka.

## 1994

**Kaufman, A. S.**, & Kaufman, N. L. (1994, June).  Journee d'etudes sur le K-ABC (epreuve d'evaluation pour enfants de N. et A. Kaufman).  Invited address presented at a conference sponsored by La Societe Francaise de Psychologie, Les Editions du Centre de Psychologie Applique, and L'Association Francaise des Psychologiques Scolaires, Paris.

Balgopal, R., McLean, J. E., & **Kaufman, A. S.** (1994, November).  The relationship among intelligence, personality, and vocational interest.  Paper presented at the meeting of the Mid-South Educational Research Association, Nashville.

**Kaufman, A. S.**, Balgopal, R., Kaufman, J. C., & McLean, J. E. (1994, November).  WISC-III short forms:  Psychometric properties vs. clinical relevance vs. practical utility.  Paper presented at the meeting of the Mid-South Educational Research Association, Nashville.

McLean J. E., & **Kaufman, A. S.** (1994, November).  The use of continuous versus categorical independent variables in the analysis of variance and covariance.  Paper presented at the meeting of the Mid-South Educational Research Association, Nashville.

McLean J. E., **Kaufman, A. S.**, & Kaufman, J. C. (1994, November).  Comparison of the crystallized and fluid ability of white, black, and Hispanic males and females, controlling for education.  Paper presented at the meeting of the Mid-South Educational Research Association, Nashville.

## 1995

**Kaufman, A. S.** (1995, January).  Interpretation of subtest profiles on intelligence tests:  Clinical wisdom or psychometric abuse?  Invited address presented at the meeting of the Association of Assessment in Counseling, Tucson.

Gonzalez, J., Adir, Y., **Kaufman, A. S.**, & McLean, J. E. (1995, February).  Race and gender differences in cognitive factors:  A neuropsychological interpretation.  Paper presented at the meeting of the International Neuropsychological Society, Seattle.

Balgopal, R., **Kaufman, A. S.**, & McLean, J. E. (1995, November).  Validating the crystallized and fluid components of the Kaufman Brief Intelligence Test (K-BIT).  Paper presented at the meeting of the Mid-South Educational Research Association, Biloxi, MS.

Balgopal, R., McLean, J. E., & **Kaufman, A. S.** (1995, November).  Estimating crystallized and fluid IQs with the Kaufman Assessment Battery for Children (K-ABC) and sequential and simultaneous processing and achievement with the Kaufman Adolescent and Adult intelligence Test (KAIT).  Paper presented at the meeting of the Mid-South Educational Research Association, Biloxi, MS.

## 1996

**Kaufman, A. S.** (1996, February).  Psychoeducational assessment:  Use of psychological tests for individual evaluation, screening, and progress evaluation.  Invited paper presented at the International Seminar on Learning Disabilities, San Diego.

Cole, J. C., Muenz, T. A., Ouchi, B. Y., **Kaufman, A. S.**, & Kaufman, N. L. (1996, July).  Written expression:  Does the kind of picture prompt affect the output?  Paper presented at the meeting of the American Psychological Society, San Francisco.

**Kaufman, A. S.** (1996, August).  David Wechsler:  The man and his impact.  Invited Division 12 address presented at the meeting of the American Psychological Association, Toronto.

**Kaufman, A. S.**, & Kaufman, N. L. (1996, November).  Aging and IQ:  Do we get wiser or dumber as we get older?  Invited talk presented at the Current Issues in Developmental Psychology Series, Department of Psychology, Yale University, New Haven.

## 1997

**Kaufman, A. S.** (1997, April).  The Kaufman Adolescent and Adult Intelligence Test (KAIT) and Kaufman Short Neuropsychological Procedure (K-SNAP) for use in neuropsychological assessment.  Paper presented at the Nelson Butters West Coast Neuropsychology Conference:  New Neuropsychological Tests for School-age Children.  San Diego.

**Kaufman, A.S.** (1997, April).  Intelligence testing and the measurement of IQ.  Testimony before the California Air Resources Board in relation to declaring lead a Toxic Air Contaminant (TAC), Sacramento, CA

**Kaufman, A. S.** (1997, September).  Age Changes on the Wechsler Adult Intelligence Scale-Revised (WAIS-R) in the U.S. at Ages 20-74.  In A. S. Kaufman & P. Pichot

(Chairs), *Age Changes in Fluid & Crystallized Intelligence Across the Adult Life Span in France, Germany, & the U.S.* Symposium presented at the VIIIth European Conference on Developmental Psychology, Rennes, France.

**1998**

**Kaufman, A. S.** (1998, August). What happens to our WAIS-III scores as we age from 16 to 89 years and what do these changes mean for theory and clinical practice? Invited Division 16 award address presented at the meeting of the American Psychological Association, San Francisco.

**Kaufman, A. S.** (1998, August). Discussant. In C. R. Reynolds (Chair), *Profile analysis of aptitude test scores-advanced practice or practice gone awry*? Symposium presented at the meeting of the American Psychological Association, San Francisco.

**Kaufman, A.S.** (1998, September). IQ loss and lead level in children. Testimony before the EPA's Scientific Advisory Board regarding what lead-IQ studies could be used in setting the TSCA Section 403 standards for lead in soil, dust, and paint, Arlington, VA.

**Kaufman, A. S.** (1998, October). The role of intelligence testing in educational programming for individuals with learning disabilities. Invited address presented at the meeting of the Learning Disabilities Association of Saskatchewan, Saskatoon.

**Kaufman, A. S.**, & Kaufman, N. L. (1998, October). The revision of the K-ABC: A work in progress. Invited seminar presented at the University of Alabama-Birmingham, sponsored by the Center for Educational Accountability and the Civitan International Research Center.

**1999**

**Kaufman, A. S.** (1999, April). The K-ABC and other Kaufman tests. In A. Thomas (Chair), *How does ability testing fit with the blueprint for the future of school psychology?* Invited symposium presented at the meeting of the National Association of School Psychologists, Las Vegas, NV.

**Kaufman, A.S.** (1999, April). Lead and IQ testing: Discussion and debate. Invited paper presented as Defense Psychologist at Mealey's National Lead Litigation Conference, Amelia Island, FL.

**Kaufman, A.S.** (1999, April). Lead and the confounding factors. Invited paper presented as Defense Doctor at Mealey's National Lead Litigation Conference, Amelia Island, FL.

**Kaufman, A. S.** (1999, November). The role of intelligence measurement in neuropsychological diagnosis in children and adolescents. Invited keynote address presented at the

German/Dutch Neuropsychological Society:  Neuropsychology on the Brink of the Millennium.  Cologne, Germany.

**2000**

**Kaufman, A. S.** (2000, March).  School-age cognitive assessment:  Present controversies and future directions.  Invited keynote address presented at the annual meeting of the California Association of School Psychologists (CASP), Monterey, CA

**Kaufman, A. S.** (2000, March).  Advances in cognitive assessment and prospects for the future.  Invited panel presented at the annual meeting of the California Association of School Psychologists (CASP), Monterey, CA.

**2002**

**Kaufman, A.S.** (2002, April).  PCBs and the neurodevelopment of children.  Paper presented to the Agency for Toxic Substances Disease Registry (ATSRB), Atlanta.

**Kaufman, A.S.** (2002, April).  The neuropsychological tests.  Invited paper presented at Mealey's National Lead Litigation Conference, Philadelphia, PA.

**Kaufman, A.S.** (2002, May).  PCBs and the neurodevelopment of children.  Paper presented to the Environmental Protection Agency (EPA), Washington, D. C.

**Kaufman, A. S.** (2002, August).  The role of intelligence in dyslexia.  Invited keynote address presented at the International Research and European Policy Conference on Dyslexia.  Uppsala, Sweden.

Moon, S-B., McLean, J. E., & **Kaufman, A. S.** (2002, November).  Factor analysis of the Korean adaptation of the Kaufman Assessment Battery for Children (K-ABC-K) for Ages 2 through 12 Years.  Paper presented at Annual Meeting of Mid-South Educational Research Association, Chattanooga, TN.

**2003**

**Kaufman, A. S**., & Kaufman, N. L. (2003, August). Theory and development of the Kaufman Assessment Battery for Children—Second Edition (K-ABC-II).  In M. H. Daniel (chair), *KABC-II: Theory, content, and interpretation.*  Symposium presented at the meeting of the American Psychological Association, Toronto.

**Kaufman, A. S**. (2003, November).  The role of standardized cognitive tests in the new IDEA guidelines.  Invited keynote address presented at the meeting of the New York Association of School Psychologists, Albany, NY.

## 2004

**Kaufman, A. S**. (2004, March).  Is there a meaningful role for standardized cognitive tests in the new IDEA guidelines?  Invited keynote address presented at the meeting of the California Association of School Psychologists, Burlingame, CA.

Kaufman, J. C., **Kaufman, A. S.,** & Daniel, M. H.  (2004, April).  Gender and ethnic differences on the K-ABC-II.  Poster presented at the American Educational Research Association, San Diego.

**Kaufman, A. S**. (2004, April).  Standardized cognitive assessment and the new IDEA guidelines—Fit or misfit?  Invited featured address presented at the meeting of the National Association of School Psychologists, Dallas, TX

**Kaufman, A. S**. (2004, April).  Standardized cognitive assessment and the new IDEA guidelines— How do we diagnose learning disabilities?  Invited keynote address presented at the meeting of the Georgia Association of School Psychologists, Jekyll Island, GA.

**Kaufman, A. S**. (2004, July).  Profile analysis, process deficits, and other provocative puzzles.  Invited Division 16 address presented at the meeting of the American Psychological Association, Honolulu, HA.

**Kaufman, A. S**. (2004, July).  Is there a meaningful role for standardized cognitive tests in the new IDEA guidelines?  In E. L. Grigorenko (Chair). *Issues in learning disability identification*.  Invited symposium presented at the meeting of the American Psychological Association, Honolulu, HA.

**Kaufman, A. S**. (2004, September).  Cognitive assessment and the new IDEA guidelines.  Invited keynote address presented at the meeting of the North Carolina Association of School Psychologists, Wilmington, NC.

**Kaufman, A. S**. (2004, October).  KABC-II and the changing face of assessment.  Invited address presented at the meeting of the Massachusetts School Psychologists Association, Woburn, MA.

## 2005

**Kaufman, A. S**. (2005, April).  From David Wechsler to the new IDEA guidelines:  35 years in the eye of the IQ storm.  Invited Legends Address presented at the meeting of the National Association of School Psychologists, Atlanta, GA.

**Kaufman, A. S**. & Kaufman, N. L. (2005, October). Learning Ability, Planning Ability, and the New KABC-II.  Invited Symposium: J. Gregoire & M. Simon (Chairs), Actualité des épreuves d'evaluation de l'intelligence (Current trends in intelligence testing).  CONGRES INTERNATIONAL (INTERNATIONAL CONGRESS)  L'intelligence de l'enfant—100 ans après Binet (Intelligence of children—100 years after Binet). Paris, France.

**Kaufman, A.S.** (2005, December).  Medical debate:  What constitutes injury in lead paint cases?  Invited paper presented at Mealey's National Lead Litigation Conference, Washington, DC.

**2006**
**Kaufman, A. S**. (2006, March).  From David Wechsler to the new IDEA guidelines:  35 years in the eye of the IQ storm.  Invited featured address presented at the meeting of the National Association of School Psychologists, Anaheim, CA.

**Kaufman, A. S**. (2006, September).  From David Wechsler to the K-TIM and K-NEK (German KAIT and K-SNAP):   35 years in the eye of the IQ storm.  In P. Melchers (Chair), *Development and interpretation of the new German Kaufman tests for adolescents and adults*. Symposium presented at the 45th Congress of the German Psychological Association, Nuremburg, Germany.

Kaufman, N. L. & **Kaufman, A. S.** (2006, September).  Theoretical and Clinical Approaches to the Interpretation of the K-TIM and K-NEK (German KAIT and K-SNAP).  In P. Melchers (Chair), *Development and interpretation of the new German Kaufman tests for adolescents and adults*. Symposium presented at the 45th Congress of the German Psychological Association, Nuremberg, Germany.

**Kaufman, A. S**. & Kaufman, N. L. (2006, September).  'Intelligent testing', theories of intelligence and intelligence tests, and neuropsychological diagnosis with special focus on the KAIT and the K-SNAP.  Invited paper presented at the PITS Symposium, Amsterdam, Netherlands.

**Kaufman, A. S**. (2007, November).  SLD assessment in the next decade:  IQ, RTI, IDEA, and COMMON SENSE.  Invited keynote address presented at the meeting of the Houston Metropolitan Area Diagnostician's Association, Houston, TX.

**Kaufman, A. S**. (2008, October).  Intelligent testing in the 21st century.  Invited memorial address presented at the meeting of the Japanese Association of Educational Psychology, Tokyo.

**Kaufman, A. S**. (2009, February).  Cognitive/neuropsychological assessment is essential for identifying and treating learning disabilities.  In P. Cirino (Chair).  Cognitive/ neuropsychological assessment is critical for learning disabilities—Or is it?  Invited Debate at the meeting of the International Neuropsychological Society, Atlanta, GA.

**Kaufman, A. S.** & Kaufman, J. C. & (2009, March).  Intelligence and creativity:  A father-and-son's perspective on gifted assessment.  Invited keynote address presented at the Second International Symposium on Assessing the Gifted.  Van Nuys, CA.

Kaufman, S. B., Liu, X., McGrew, K., & **Kaufman, A. S.** (2010, August).  What is the relation between Cognitive *g* and Academic Achievement *g*? Paper presented at the meeting of the American Psychological Association, San Diego, CA.

Avitia, M. J., **Kaufman, A. S.** & Kaufman, J. C. (2011, April). Supplementing reading comprehension assessments with IQ subtests.  Paper presented at the meeting of the Western Psychological Association, Los Angeles, CA.

**Kaufman, A. S.** (2011, May).  RTI, revisionist history, and the war against IQ tests.  Invited keynote address presented at Fordham University's 3rd Annual Assessment Conference, New York City.

**Kaufman, A. S.** (2011, September). Intelligent testing for helping children with learning difficulties in the 21st century. Invited keynote address presented at the meeting of the Japanese Academy of Learning Disabilities, Tokyo.

Kaufman, N. L., **Kaufman, A. S.**, & Kumagai. K. (2011, September).  Use of individually administered achievement tests as clinical tools to help children with learning disabilities. Invited keynote address presented at the meeting of the Japanese Academy of Learning Disabilities, Tokyo.

Schwartz, B., Hajovsky, D. B., Reynolds, M. R., & **Kaufman, A. S.** (2012, April). Gender differences in reading, math, and writing at ages 7-19.  Paper presented at the meeting of the Western Psychological Association, San Francisco, CA.

Singer, J. K., Niileksela, C., Reynolds, M. R., & **Kaufman, A. S.** (2012, April). Academic Achievement and SES in Elementary School and High School.  Paper presented at the meeting of the Western Psychological Association, San Francisco, CA.

**Kaufman, A. S.**, Kaufman, N. L., & Fletcher-Janzen, E. (2012, July). The link between neuropsychologically-based cognitive assessment and interventions:  Historical to contemporary practices. Invited keynote address presented at the meeting of the School Neuropsychology Summer Institute, Dallas, TX.

**Kaufman, A. S**. (2012, August).  IQ tests, cognitive theory, and psychometric advances:  A half-century of intelligent—and sometimes stupid—testing. Invited Division 5 Samuel J. Messick Award address presented at the meeting of the American Psychological Association, Orlando, FL.

Scheiber, C., Murphy, M. A., Reynolds, M. R., Schwartz, B., & **Kaufman, A. S.** (2013, February). How age, gender, and parent SES relate to academic achievement.  Paper presented at the meeting of the National Association of School Psychologists.  Seattle, WA

**Kaufman, A. S.**, Zhou, X., Weiss, L. G., Chen, H., & Kaufman, N. L. (2013, May).  Do adult IQs vary as a function of societal lead level during childhood? Poster presented at the meeting of the Association of Psychological Science, Washington, DC.

Scheiber, C., Hajovsky, D., Reynolds, M. R., Schwartz, B., & **Kaufman, A. S.** (2013, August). Academic achievement and gender differences in children and adolescents. Paper presented at the meeting of the American Psychological Association, Honolulu, HI.

Scheiber, C., Hajovsky, D., Reynolds, M. R., & **Kaufman, A. S.** (2013, August). Differential prediction (IQ-achievement) by gender using the Kaufman tests. Paper presented at the meeting of the American Psychological Association, Honolulu, HI.

Kaufman, A. B., Reynolds, M. R., & **Kaufman, A. S.** (2013, August). Psychometric analysis of the abilities of apes and 2 ½ year-olds.  In R. Singer (Chair), *Cognition and intelligence across species*.  Symposium presented at the meeting of the American Psychological Association, Honolulu, HI.

**Kaufman, A. S.** (2013, October).  David Wechsler—Mentor and pioneer:  A historical perspective on IQ testing in neuropsychology.  Invited keynote address presented at the National Academy of Neuropsychology, San Diego, CA.