# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

**EDWARD LEON FIELDS**,   )
          )
  Movant,     )
          )
  v.       )  Case No. CV-10-00115-RAW
          )  Criminal Case No. CR-03-73-RAW
**UNITED STATES OF AMERICA**, )
          )
  Respondent.    )

## UNOPPOSED MOTION TO FILE A BRIEF IN EXCESS OF 25 PAGES

The government, by and through undersigned counsel, respectfully requests permission to file a brief more than 25 pages long in response to this Court's order for dispositive briefing regarding the Amended Motion to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody. *See* LCvR 7.1. Specifically, the government seeks to file a 45-page brief to fully address the facts and issues at hand. When reached by e-mail, Fields's counsel, Hunter Labovitz, expressed no objection to this request.

In this case, Fields was convicted by plea and sentenced to death on two counts of murder. The Tenth Circuit Court of Appeals affirmed the judgment, and in April of 2010, Fields filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody. Doc. 1. The motion asserted nine enumerated claims of error and multiple sub-claims, largely contained in a 126-page attachment to the motion, and was supported by an appendix with 31 exhibits. On July 10, 2010, Fields filed a 110-page memorandum of law in support of the motion. Doc. 14. This Court subsequently ordered discovery (Doc. 50), and Fields produced several thousand pages of documents to the government. Following the production of discovery, the Court ordered the parties to submit dispositive briefs. Docs. 91 &

1

101. Fields has since filed an amended motion to vacate that adds five new exhibits to his original pleading.   Doc. 106.

Given the volume of Fields's briefing and discovery, as well as the number and complexity of issues at bar, the government requests additional space in which to advocate for judgment on its behalf.   In drafting its motion, the government has endeavored to avoid duplication of its earlier opposition to the motion to vacate (Doc. 16).   Rather, it has limited the brief to issues that are better understood in view of the evidence received in discovery. Nonetheless, the claims addressed require significant, factually-specific arguments premised largely on counsel's correspondence records and the trial transcript.   Accordingly, the government respectfully requests leave to file a 45-page dispositive brief.

**CONCLUSION**

In view of the length and complexity of Fields's pleadings and discovery disclosures, the

government respectfully urges this Court to grant this unopposed request to file a 45-page

dispositive brief.

Dated: October 14, 2015,

Respectfully submitted,

MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

*/S/ Christopher J. Wilson*
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
520 Denison Ave
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

*/S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; Rm. 656
Washington, DC 20530
Telephone: (202) 305-8910
FAX: (202) 353-9779

# **CERTIFICATE OF SERVICE**

I, hereby certify that on October 14, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Hunter Labovitz, Attorney for Petitioner
Cristi Charpentier, Attorney for Petitioner
Katherine E. Ensler, Attorney for Petitioner

*/S/ Jeffrey B. Kahan*
Trial Attorney