

**Fwd[2]:Re: Re[2]: Fields report**

Skip Gant    o   Lisa Greenman, freedman99, Julia O'Connell          01/07/2005 11:52 AM

---

Lisa & David,

Attached is a very preliminary draft of Dr. Gelbort's findings with regard to Edward Fields.  If you have time, please take a look at it and tell me, (1) what he's said (in layman's terms), I have my own take on it but I'd like to hear your thoughts; and (2) what are your impressions?  Again, I 've got an opinion, however, I am refraining from voicing it for fear of influencing how you may view the report.  Thanks!

_____Forward Header_____
Subject:   Fwd:Re: Re[2]: Fields report
Author: Julia O'Connell
Date:      1/3/2005 12:07 PM


Skip:  Here is the Fields draft from Dr. Gelbort.  Please make as many suggestions as you want!  Thanks--  J.


_____Forward Header_____
Subject:    Re: Re[2]: Fields report
Author: DrGelbort@aol.com
Date:       11/10/2004 1:11 PM

HI Julia:  here it is - draft.  Let me know what to do next.  Thanks and hope all is well.    Michael    phone 847.910.6770

<HTML><FONT FACE=arial,helvetica><HTML><FONT  SIZE=2 PTSIZE=10 FAMILY="SANSSERIF" FACE="Arial" LANG="0">HI Julia:  here it is - draft.  Let me know what to do next.  Thanks and hope all is well.      Michael     phone 847.910.6770</FONT></HTML>

- fields.doc

**FIELDS3233**



### Re:RE: RE: Fwd[2]:Re: Re[2]: Fields report

Skip_Gant  o  Julia O'Connell, Lisa Greenman, freedman99          01/08/2005 10:45 AM

Cc:  Lisa Greenman

Thanks Lisa.

_____Reply Separator_____
Subject:    RE: RE: Fwd[2]:Re: Re[2]: Fields report
Author: "Lisa Greenman" <lgreenman@starpower.net>
Date:      1/7/2005 9:40 PM

Gelbort may be testifying in a federal death trial in Maryland later
this month.  I'll keep you posted in case you want to come watch him.
The case is McClure, and they're in jury selection now, and set to start
the guilt phase trial on Jan 25th.  -- Lisa

-----Original Message-----
From: Julia_O'Connell@fd.org [mailto:Julia_O'Connell@fd.org]
Sent: Friday, January 07, 2005 4:35 PM
To: Lisa Greenman; freedman99@earthlink.net; Skip_Gant@fd.org
Cc: Lisa_Greenman@fd.org
Subject: Re:RE: Fwd[2]:Re: Re[2]: Fields report


Hey guys.  Just want you to know that I have asked Dr. G. for scores,
including subtest breakdowns, repeatedly.  Apparently I will have to
jump on his head
before he'll give them up.   Which I'm willing to do, by the way.  I've
emailed
him again today for the info.   The draft report you're looking at was
done in a
hurry; we kind of forced it with a deadline.

**FIELDS3234**



**Re:fields**

Skip Gant  to  Freedman, Julia O'Connell                                01/16/2005 11:12 AM

Cc:  Lisa Greenman

There's been no feedback or contact yet.  We do need to talk!  I'll try to set
up a phone conference for Wednesday of next week (19th).  I'll be in Columbus,
OH on Monday and Tuesday and will be back in the office Wednesday.  I'll try to
contact both you and Lisa as well as Julie Monday or Tuesday to firm up a time.

_____Reply Separator_____
Subject:   fields
Author: Freedman <freedman99@earthlink.net>
Date:     1/14/2005 3:34 PM

Was the feedback on Gelbort helpful? Do you guys want to talk more about
it or next steps?

**FIELDS3235**



**Re[2]: fields**

Skip_Gant  o  Freedman                                                01/19/2005 03:07 PM

Cc:  Julia O'Connell, Lisa Greenman

David, Lisa & Julie,

How 'bout an 11:00 a.m. (CST) conference call for tomorrow?  If that time is
fine with everyone, just let me know and I'll set it up.

_____Reply Separator_____
Subject:   Re: fields
Author: Freedman <freedman99@earthlink.net>
Date:     1/16/2005 3:50 PM

Just let me know when - either wed or thurs should be okay for me

Skip_Gant@fd.org wrote:

>There's been no feedback or contact yet.  We do need to talk!  I'll try to set
>up a phone conference for Wednesday of next week (19th).  I'll be in Columbus,
>OH on Monday and Tuesday and will be back in the office Wednesday.  I'll try to
>contact both you and Lisa as well as Julie Monday or Tuesday to firm up a time.
>
>_____Reply Separator_____
>Subject:   fields
>Author: Freedman <freedman99@earthlink.net>
>Date:     1/14/2005 3:34 PM
>
>Was the feedback on Gelbort helpful? Do you guys want to talk more about
>it or next steps?
>
>
>
>

**FIELDS3236**



**Re:RE: fields**

Skip_Gant  o  Lisa Greenman, 'Freedman'                01/21/2005 08:34 AM

Cc:  Julia O'Connell

It's 7:30 a.m., Friday; I still have yet to hear from Julie regarding the
conference call.  I now have another  conference call in the Tyrone Williams
alien smuggling case set for 11:30 a.m. (CST).  But, in spite of that, I'm still
open to a conference call on Fields at 10:00 if all of us can participate.

_____Reply Separator_____
Subject:    RE: fields
Author: "Lisa Greenman" <lgreenman@starpower.net>
Date:      1/20/2005 10:36 AM

For the time-zone impaired: is that 11 am Eastern?  In any case, yes,
tomorrow should be just fine.  I'm unavailable starting at 2, but before
then is good for me.  If there's anything else to read, besides
Gelbort's report, please send.  -- Lisa

-----Original Message-----
From: Freedman [mailto:freedman99@earthlink.net]
Sent: Thursday, January 20, 2005 9:49 AM
To: Skip_Gant@fd.org
Cc: Lisa Greenman; Julia_O'Connell@fd.org
Subject: Re: fields


I can make that work - Lisa?

Skip_Gant@fd.org wrote:

>How 'bout Friday morning, say 10:00 (CST)?
>
>_____Reply Separator_____
>Subject:    RE: fields
>Author: "Lisa Greenman" <lgreenman@starpower.net>
>Date:      1/19/2005 4:43 PM
>
>I'm sorry, I can't promise that 11 will work for me tomorrow.  Things
>are very up in the air and I may not be available, but won't know until

>tomorrow morning.  If I'm free, I will join.  I apologize, since I know

>I said today was impossible (which it has been).  Friday is much more
>likely to work for me.  Or you can go ahead w/o me and I will catch you

**FIELDS3237**

>guys later.  Again, I'm really sorry, and please don't think I'm trying

>to avoid this, because I'm not.  -- Lisa
>
>-----Original Message-----
>From: Freedman [mailto:freedman99@earthlink.net]
>Sent: Wednesday, January 19, 2005 3:35 PM

>To: Skip_Gant@fd.org
>Cc: Julia_O'Connell@fd.org; Lisa Greenman
>Subject: Re: fields
>
>
>It is okay with me
>
>Skip_Gant@fd.org wrote:
>
>
>David, Lisa & Julie,
>
>
>
>How 'bout an 11:00 a.m. (CST) conference call for tomorrow?  If that
>time is
>
>fine with everyone, just let me know and I'll set it up.
>
>
>
>_____Reply Separator_____
>
>Subject:    Re: fields
>
>Author: Freedman  <mailto:freedman99@earthlink.net>
><freedman99@earthlink.net>
>
>Date:      1/16/2005 3:50 PM
>
>
>
>Just let me know when - either wed or thurs should be okay for me
>
>
>
>Skip_Gant@fd.org wrote:
>
>
>
>
>
>There's been no feedback or contact yet.  We do need to talk!  I'll try
>to set
>
>up a phone conference for Wednesday of next week (19th).  I'll be in
>Columbus,
>
>OH on Monday and Tuesday and will be back in the office Wednesday. **FIELDS3238**
I'll
>try to
>
>contact both you and Lisa as well as Julie Monday or Tuesday to firm up
>a time.
>
>
>

>_____Reply Separator_____

>

>Subject:   fields

>

>Author: Freedman  <mailto:freedman99@earthlink.net>

><freedman99@earthlink.net>

>

>Date:     1/14/2005 3:34 PM

>

>

>

>Was the feedback on Gelbort helpful? Do you guys want to talk more about

>

>

>it or next steps?

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

><!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">

><HTML><HEAD>

><META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=US-ASCII">

><TITLE>Message</TITLE>

>

><META content="MSHTML 6.00.2900.2523" name=GENERATOR></HEAD>

><BODY text=#000000 bgColor=#ffffff>

><DIV><SPAN class=849053821-19012005><FONT face=Arial color=#0000ff size=2>I'm

>sorry, I can't promise that 11 will work for me tomorrow.  Things are very

>up in the air and I may not be available, but won't know until tomorrow

>morning.  If I'm free, I will join.  I apologize, since I know I said

>today was impossible (which it has been).  Friday is much more likely to

>work for me.  Or you can go ahead w/o me and I will catch you guys

>later.  Again, I'm really sorry, and please don't think I'm trying to avoid

>

>this, because I'm not.  -- Lisa</FONT></SPAN></DIV>

**FIELDS3239**

><BLOCKQUOTE dir=ltr style="MARGIN-RIGHT: 0px">
> <DIV></DIV>
> <DIV class=OutlookMessageHeader lang=en-us dir=ltr align=left><FONT
> face=Tahoma size=2>-----Original Message-----<BR><B>From:</B>
Freedman
> [mailto:freedman99@earthlink.net] <BR><B>Sent:</B> Wednesday, January
19, 2005
>
> 3:35 PM<BR><B>To:</B> Skip_Gant@fd.org<BR><B>Cc:</B>
Julia_O'Connell@fd.org;
> Lisa Greenman<BR><B>Subject:</B> Re: fields<BR><BR></FONT></DIV>It is
okay
> with me<BR><BR><A class=moz-txt-link-abbreviated
> href="mailto:Skip_Gant@fd.org">Skip_Gant@fd.org</A> wrote:<BR>
> <BLOCKQUOTE cite=mid00790FCB.C22503@fd.org type="cite"><PRE
wrap="">David,
>Lisa &amp; Julie,
>
>How 'bout an 11:00 a.m. (CST) conference call for tomorrow?  If that
time is
>fine with everyone, just let me know and I'll set it up.
>
>_____Reply Separator_____
>Subject:   Re: fields
>Author: Freedman <A class=moz-txt-link-rfc2396E
>href="mailto:freedman99@earthlink.net">&lt;freedman99@earthlink.net&gt;
</A>
>Date:      1/16/2005 3:50 PM
>
>Just let me know when - either wed or thurs should be okay for me
>
><A class=moz-txt-link-abbreviated
>href="mailto:Skip_Gant@fd.org">Skip_Gant@fd.org</A> wrote:
>
> </PRE>
>   <BLOCKQUOTE type="cite"><PRE wrap="">There's been no feedback or
contact
>yet.  We do need to talk!  I'll try to set
>up a phone conference for Wednesday of next week (19th).  I'll be in
Columbus,
>OH on Monday and Tuesday and will be back in the office Wednesday.
I'll try to
>contact both you and Lisa as well as Julie Monday or Tuesday to firm up
a time.
>
>_____Reply Separator_____
>Subject:   fields
>Author: Freedman <A class=moz-txt-link-rfc2396E
>href="mailto:freedman99@earthlink.net">&lt;freedman99@earthlink.net&gt;
</A>
>Date:      1/14/2005 3:34 PM
>
>Was the feedback on Gelbort helpful? Do you guys want to talk more
about
>it or next steps?
>
>

FIELDS3240

```
>
>
>   </PRE></BLOCKQUOTE><PRE wrap=""><!---->
>
>  </PRE></BLOCKQUOTE></BLOCKQUOTE></BODY></HTML>
>
>
>
>
```

**FIELDS3241**



### Re:RE: RE: fields

Skip_Gant    o  Lisa Greenman, 'Freedman'                                    01/21/2005 09:29 AM

Cc:  Julia O'Connell

Thanks Lisa.  Will do!

_____Reply Separator_____
Subject:    RE: RE: fields
Author: "Lisa Greenman" <lgreenman@starpower.net>
Date:      1/21/2005 9:09 AM

I'm here, just email if you want me.

-----Original Message-----
From: Skip_Gant@fd.org [mailto:Skip_Gant@fd.org]
Sent: Friday, January 21, 2005 7:35 AM
To: Lisa Greenman; 'Freedman'
Cc: Julia_O'Connell@fd.org
Subject: Re:RE: fields


It's 7:30 a.m., Friday; I still have yet to hear from Julie regarding
the conference call.  I now have another  conference call in the Tyrone
Williams alien smuggling case set for 11:30 a.m. (CST).  But, in spite
of that, I'm still open to a conference call on Fields at 10:00 if all
of us can participate.

_____Reply Separator_____
Subject:    RE: fields
Author: "Lisa Greenman" <lgreenman@starpower.net>
Date:      1/20/2005 10:36 AM

For the time-zone impaired: is that 11 am Eastern?  In any case, yes,
tomorrow should be just fine.  I'm unavailable starting at 2, but before
then is good for me.  If there's anything else to read, besides
Gelbort's report, please send.  -- Lisa

-----Original Message-----
From: Freedman [mailto:freedman99@earthlink.net]
Sent: Thursday, January 20, 2005 9:49 AM
To: Skip_Gant@fd.org
Cc: Lisa Greenman; Julia_O'Connell@fd.org
Subject: Re: fields


I can make that work - Lisa?                    **FIELDS3242**

Skip_Gant@fd.org wrote:

>How 'bout Friday morning, say 10:00 (CST)?
>
>_____Reply Separator_____
>Subject:    RE: fields

>Author: "Lisa Greenman" <lgreenman@starpower.net>
>Date:     1/19/2005 4:43 PM
>
>I'm sorry, I can't promise that 11 will work for me tomorrow.  Things
>are very up in the air and I may not be available, but won't know until

>tomorrow morning.  If I'm free, I will join.  I apologize, since I know

>I said today was impossible (which it has been).  Friday is much more
>likely to work for me.  Or you can go ahead w/o me and I will catch you

>guys later.  Again, I'm really sorry, and please don't think I'm trying

>to avoid this, because I'm not.  -- Lisa
>
>-----Original Message-----
>From: Freedman [mailto:freedman99@earthlink.net]
>Sent: Wednesday, January 19, 2005 3:35 PM
>To: Skip_Gant@fd.org
>Cc: Julia_O'Connell@fd.org; Lisa Greenman
>Subject: Re: fields
>
>
>It is okay with me
>
>Skip_Gant@fd.org wrote:
>
>
>David, Lisa & Julie,
>
>
>
>How 'bout an 11:00 a.m. (CST) conference call for tomorrow?  If that
>time is
>
>fine with everyone, just let me know and I'll set it up.
>
>
>
>_____Reply Separator_____
>
>Subject:    Re: fields
>
>Author: Freedman  <mailto:freedman99@earthlink.net>
><freedman99@earthlink.net>
>
>Date:     1/16/2005 3:50 PM
>
>
>

**FIELDS3243**

>Just let me know when - either wed or thurs should be okay for me
>
>
>
>Skip_Gant@fd.org wrote:
>
>

>

>

>

>There's been no feedback or contact yet.  We do need to talk!  I'll try

>to set

>

>up a phone conference for Wednesday of next week (19th).  I'll be in
>Columbus,

>

>OH on Monday and Tuesday and will be back in the office Wednesday.
I'll
>try to

>

>contact both you and Lisa as well as Julie Monday or Tuesday to firm up

>a time.

>

>

>

>_____Reply Separator_____

>

>Subject:    fields

>

>Author: Freedman  <mailto:freedman99@earthlink.net>
><freedman99@earthlink.net>

>

>Date:      1/14/2005 3:34 PM

>

>

>

>Was the feedback on Gelbort helpful? Do you guys want to talk more
about

>

>

>it or next steps?

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

**FIELDS3244**

>

>

>

>

><!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
><HTML><HEAD> <META HTTP-EQUIV="Content-Type" CONTENT="text/html;
>charset=US-ASCII"> <TITLE>Message</TITLE>

>
><META content="MSHTML 6.00.2900.2523" name=GENERATOR></HEAD> <BODY
>text=#000000 bgColor=#ffffff> <DIV><SPAN class=849053821-19012005><FONT

>face=Arial color=#0000ff
size=2>I'm
>sorry, I can't promise that 11 will work for me tomorrow.  Things
are very
>up in the air and I may not be available, but won't know until tomorrow

>morning.  If I'm free, I will join.  I apologize, since I
know I said
>today was impossible (which it has been).  Friday is much more
likely to
>work for me.  Or you can go ahead w/o me and I will catch you guys

>later.  Again, I'm really sorry, and please don't think I'm trying
to avoid
>
>this, because I'm not.  -- Lisa</FONT></SPAN></DIV> <BLOCKQUOTE
>dir=ltr style="MARGIN-RIGHT: 0px">
>  <DIV></DIV>
>  <DIV class=OutlookMessageHeader lang=en-us dir=ltr align=left><FONT
>  face=Tahoma size=2>-----Original Message-----<BR><B>From:</B>
Freedman
>  [mailto:freedman99@earthlink.net] <BR><B>Sent:</B> Wednesday, January
19, 2005
>
>  3:35 PM<BR><B>To:</B> Skip_Gant@fd.org<BR><B>Cc:</B>
Julia_O'Connell@fd.org;
>  Lisa Greenman<BR><B>Subject:</B> Re: fields<BR><BR></FONT></DIV>It is
okay
>  with me<BR><BR><A class=moz-txt-link-abbreviated
>  href="mailto:Skip_Gant@fd.org">Skip_Gant@fd.org</A> wrote:<BR>
>  <BLOCKQUOTE cite=mid00790FCB.C22503@fd.org type="cite"><PRE
wrap="">David,
>Lisa &amp; Julie,
>
>How 'bout an 11:00 a.m. (CST) conference call for tomorrow?  If that
time is
>fine with everyone, just let me know and I'll set it up.
>
>_____Reply Separator_____
>Subject:    Re: fields
>Author: Freedman <A class=moz-txt-link-rfc2396E
>href="mailto:freedman99@earthlink.net">&lt;freedman99@earthlink.net&gt;
</A>
>Date:       1/16/2005 3:50 PM
>
>Just let me know when - either wed or thurs should be okay for me

**FIELDS3245**

>
><A class=moz-txt-link-abbreviated
>href="mailto:Skip_Gant@fd.org">Skip_Gant@fd.org</A> wrote:
>
>  </PRE>
>    <BLOCKQUOTE type="cite"><PRE wrap="">There's been no feedback or
contact

>yet.  We do need to talk!  I'll try to set
>up a phone conference for Wednesday of next week (19th).  I'll be in Columbus,
>OH on Monday and Tuesday and will be back in the office Wednesday.  I'll try to
>contact both you and Lisa as well as Julie Monday or Tuesday to firm up a time.
>
>_____Reply Separator_____
>Subject:    fields
>Author: Freedman <A class=moz-txt-link-rfc2396E
>href="mailto:freedman99@earthlink.net">&lt;freedman99@earthlink.net&gt;
</A>
>Date:      1/14/2005 3:34 PM
>
>Was the feedback on Gelbort helpful? Do you guys want to talk more about
>it or next steps?
>
>
>
>
>   </PRE></BLOCKQUOTE><PRE wrap=""><!---->
>
>  </PRE></BLOCKQUOTE></BLOCKQUOTE></BODY></HTML>
>
>
>
>

**FIELDS3246**



**Re[3]: fields**

Skip_Gant  o  Julia O'Connell, Freedman                         01/27/2005 12:44 PM

Cc:  Lisa Greenman, Julia O'Connell

Maybe if we both bombard him with calls he'll respond.  He may be tied up with the McClure case in MD.

_____Reply Separator_____
Subject:    Re[2]: fields
Author: Julia_O'Connell@fd.org
Date:       1/24/2005 3:59 PM

Hello all--
Just got off the phone (for the 3rd time today) with the US Atty in Fields' case.  Settlement is a very, very real possibility...  I am tremendously encouraged by today's conversations.
The mental health evidence will be central to settlement, so I am looking forward to discussing this with all of you.
Skip---  any word from Gelbort yet?  If not, I will start calling him in the morning.
J.

**FIELDS3247**



### Re:RE: Re[2]: fields

Skip_Gant  o  Julia O'Connell, Lisa Greenman, 'Freedman'     01/27/2005 12:45 PM

Cc:  "'Julia O'Connell'"

Friday at 3:30 or later is the only time I can do it.

_____Reply Separator_____
Subject:    RE: Re[2]: fields
Author: "Lisa Greenman" <lgreenman@starpower.net>
Date:       1/24/2005 5:11 PM

That's great news.  For me, Friday is better than Thursday. I'll be on
travel both days, but since Thurs is a travel day, Friday will be
better.  You can name the time.

-----Original Message-----
From: Julia_O'Connell@fd.org [mailto:Julia_O'Connell@fd.org]
Sent: Monday, January 24, 2005 4:00 PM
To: Freedman
Cc: Skip_Gant@fd.org; Lisa Greenman; Julia O'Connell
Subject: Re[2]: fields


Hello all--
Just got off the phone (for the 3rd time today) with the US Atty in
Fields' case.  Settlement is a very, very real possibility...  I am
tremendously encouraged by today's conversations. The mental health
evidence will be central to settlement, so I am looking forward to
discussing this with all of you.
Skip---  any word from Gelbort yet?  If not, I will start calling him in
the morning. J.

**FIELDS3248**



**Re[2]:RE: Re[2]: fields**

Skip_Gant  Julia O'Connell, Lisa Greenman, 'Freedman'          01/27/2005 02:04 PM

Cc: "'Julia O'Connell'"

Having problems with access here in the hotel in NY (it may just be me) but,
I'll keep trying.  You can always reach me by cell phone.

_____Reply Separator_____
Subject:   Re:RE: Re[2]: fields
Author: Julia_O'Connell@fd.org
Date:      1/26/2005 11:22 AM

Skip:  I haven't been receiving any emails from you...  are you sending any?
Are we having a phone conference this week?  Let me know!
J.

**FIELDS3249**



**Re:email**

Skip_Gant    o  Julia O'Connell, Freedman, Julia O'Connell              01/27/2005 02:10 PM

Cc:  Lisa Greenman

I don't understand that, my cell phone's been ringing non-stop!

_____Reply Separator_____
Subject:    email
Author: Freedman <freedman99@earthlink.net>
Date:       1/26/2005 6:55 PM

I have been getting email, so it isn't that - I tried Skip's cell phone
but it says it is not accepting calls now and you can't leave a message
- Julia, do you mind trying to call Skip tomorrow and seeing which dates
work for the two of you if a conference call is still helpful?

**FIELDS3250**

 **fields**

Lisa Greenman    o    'Julia OConnell', 'Julia O'Connell', michael.burt    06/14/2005 08:14 PM

Julie, I don't know if you tried to reach Michael.  He was in court all day today, but I just spoke with him and he will be happy to hear from you when you get a chance to call.  His number (I know you were driving when we spoke!) is 415 250-4541.  Take good care.  -- Lisa

**FIELDS3251**



**getting in touch about mental health issues**

Lisa Greenman    michael.burt, 'Julia OConnell', 'Julia O'Connell'      06/16/2005 11:55 PM

I can't remember whether I actually sent you both an email or just thought about doing it, and I'm thinking it was the latter.  Whether duplicative or not, here is an email to both of you, aimed at facilitating communication!  -- Lisa

**FIELDS3252**



**Re: Government finally got a neuropsychologist ...**

Freedman o Julia O'Connell                                    06/16/2005 05:35 PM

Cc:  lgreenman

History:        This message has been replied to.

Julia,

How'd the testing go? any word yet?

df

Julia O'Connell wrote:
> David and Lisa:
> Here is a list of testing the government intends to do (and, duh, the name
> of the government's neuropsychologist)...
> Any input you can give me will be immensely appreciated.  This guy's coming
> on Monday, 6/13.  Trial starts 7/5.
> There's no way he can do all this in a day, so I'm already going to make
> him narrow the list.  And, no, I didn't do any personality testing.
> J.
>
>
>
>                  Neuropsychological Evaluation Procedures
>                       J. Randall Price, Ph.D., ABPP, ABPN
>
> •Review of Records
> •Behavior Observations and Mental Status
> •Clinical Interview and History
> •Mini-Mental Status Examination (MMSE)
> •Selected Tests of Response Style:
>         •21 Item Test
>         •Rey 15 Item Test
>         •Test of Memory Malingering (TOMM)
>         •Dot Counting Test
>         •Reliable Digit Span
>         •Word Memory Test
> •Intelligence:
>         •Wechsler Adult Intelligence Scale-III
>         •Wechsler Abbreviated Scale of Intelligence
>         •Shipley Institute of Living Scale
>         •Reynolds Intelligence Assessment System
> •Attention and Concentration:
>         •Digit Vigilance Test
>         •Paced Auditory Serial Addition Test
>         •Speech Sounds Perception Test
>         •Seashore Rhythm Test
>         •Ruff 2&7 Test
>         •Digit Symbol Modalities Test
> •Memory:
>         •Wechsler Memory Scale-III
>         •Wechsler Memory Scale-III-Abbreviated
> •Academic Achievement:
>         •Wide Range Achievement Test-3

**FIELDS3253**

```
>          •Kaufman Functional Academic Achievement Test
>          •Wechsler Test of Adult Reading
> •Language:
>          •Reitan-Indiana Aphasia Screening Test
>          •Controlled Oral Word Association Test
>          •Boston Naming Test
>          •Sentence Repetition Test
> •Visual-Spatial Functioning:
>          •Rey-Osterrieth Complex Figure Test
>          •Hooper Visual Organization Test
> •Motor Functioning:
>          •Finger Tapping Test
>          •Grip Strength Test
>          •Tactual Performance Test
>          •Grooved Pegboard Test
> •Executive Functioning:
>          •Trail Making Test, Parts A & B
>          •Comprehensive Trail Making Test
>          •Color Trails Test
>          •Clock and Cross Drawings
>          •Wisconsin Card Sorting Test
>          •Category Test
>          •Frontal Systems Behavior Scale
> •Personality and Emotional Functioning:
>          •Personality Assessment Inventory
>          •Minnesota Multiphasic Personality Inventory
>          •Hare Psychopathy Checklist-2nd Edition
```

**FIELDS3254**



**Re: Going to trial**

Freedman  o  Julia O'Connell                                    06/23/2005 01:01 PM

Cc:  lgreenman

---

I don't know that instrument - but the best answer to it is going to be
Gelbort doing real executive functioning testing, like the DKEFS which
we talked about previously.  Who is the author of that test that you
contacted?  that does seem to be the right first person.  You might care
about onset with frontal lobe problems when it comes from head injury -
not when it is developmental as your case - the records that pre-exist
the offense seem to be good rebuttal to this - you might try calling
Ruben Gur about this - at Penn (I can't find his number but Lisa
probably has it)

if he actually said psychopathy, he must have given the PCL - it isn't
in DSM and that is the only way he can use that language (although he is
from Texas and may just be used to saying that in cases without support
or concern about accuracy

so, what does your defense mental health team look like at this point?
will George testify? Gelbort? did you get that pscyhiatrist?

Julia O'Connell wrote:

> No chance in hell my case will settle.  Dr. Randy Price, the government's
> neuropsychologist, says my client has "dysthymic disorder," something I'd
> never even heard of before today.  So, just a little garden-variety mild
> depression.  Axis II?  "Personality diosorder, nos, with antisocial (and
> psychopathic), narcissistic, and dependent traits and features."  This is
> killing me!!!!
> He had to arrive at that shit by studying the prosecutor's "can you help me
> kill this guy" pre-retainer packet.  He didn't give any personality
> testing.  How does he get to a diagnosis like that?
> I have this information because firewall was supposed to give me any parts
> of the report that may be mitigating, and he doesn't have the context in
> which to make that determination.  So he gave me parts of the report...
> some is helpful, most of it guts me though.
>
> OK.  That's off my chest.
>
>
> Do either of you guys know someone who knows a lot about the Frontal
> Systems Behavior Scale?  I have already emailed the author and asked for a
> consult.  Looks like this instrument has the client rate himself before and
> after "illness."  Here, doc asked him to rate himself before and after
> INCARCERATION (I heard it on the tape).  Then, he says client rated his
> dysfunction  at an "extremely elevated" score, and then he says that
> usually happens with certain groups like ADHD, antisocial personality
> disorder, etc.   I'm trying to figure out how this test is even appropriate
> in my situation, where there's no onset of illness...   rather, we probably
> have organic impairment due to birth conditions.    Ideas on who to talk
> to, where to go, other than directly to the author?
>
> Crap.
>

FIELDS3255

Your latest email requested a more detailed justification for administering the MMPI-2 and the PAI.  I'm not sure how to respond except to reiterate what I have previously stated and to refer you to Neuropsychological Assessment by Muriel Lezak, et al, (4th edition, 2004) and to Essential of Neuropsychological Assessment by Hebben and Milberg (2002).  Lezak devotes 50 pages (Chapter 8) to differential diagnostic issues, which is the crux of using personality and emotional measures in a neuropsychological evaluation.  Hebben and Milberg write: "when working in a psychiatric setting or when there is a strong suspicion that an individual has a psychiatric diagnosis by history or because of the referral question, the neuropsychologist should include test instruments such as the MMPI-2, the Beck Scales, or other personality or symptom inventories relevant to the question at hand." (p. 172).

Thanks,

Randy Price

**FIELDS3256**



**Fwd: RE: Axis II question**

Julia OConnell    Julie at Work                                    06/27/2005 11:33 PM

Note: forwarded message attached.
----- Message from "Lisa Greenman" <lgreenman@starpower.net> on Mon, 27 Jun 2005 22:58:28 -0400 -----

**To:** '"Julia OConnell'" <kikntake@swbell.net>

**Subject:** RE: Axis II question

Well, I guess one thing you are entitled to know is whether what you propose to put on will or will not open the door, so you may want to get very specific. It seems to me likely that if those anecdotes are the proper basis of a diagnosis that the govt offers to counter your theory of diagnosis, then they probably come in. If you say client is bipolar and the government says no, he's not bipolar he's actually antisocial and here's the evidence to support it, then the facts come in unless you can keep them out as irrelevant, unreliable, more prejudicial than probative, etc, right? So I'm thinking you're better off having your experts say flatly that there is no Axis 2 diagnosis and having good reasons to counter on each of the bad stories in the even that you can't keep them out. Some of these things, for example, even if true, could be bipolar symptoms and if you look at the DSM definition of anti-social, you should be able to argue that a symptom of bipolar disorder cannot be used as the basis for calling someone Antisocial. In your effort to keep them out, maybe what you want to do is come up with reasons why each of those facts is not appropriate support for anything the government is legitimately entitled to prove. Either the evidence is unreliable in and of itself, or its probative value w/respect to the fact it is allegedly proof of is so limited as to be outweighed by its prejudicial value, or whatever. Let me know if you want to talk on the phone about this. I am going to attach an article on defeating ASPD. Also, you should parse carefully the DSM description of ASPD, as the criteria are quite hard to meet if closely adhered to. I'll attach a copy here. I'm sure that will be helpful. Good luck! -- Lisa
-----Original Message-----
**From:** Julia OConnell [mailto:kikntake@swbell.net]
**Sent:** Monday, June 27, 2005 8:41 PM
**To:** lgreenman@starpower.net
**Subject:** Axis II question

Hi. OK, I have been thinking about this, then tried to talk to Skip about this, now my brain hurts. I hope you have a minute to bat this around with me.

The judge has sustained my objections to a boatload of stupid, prejudicial, unreliable stuff the gov't wanted to use in aggravation. **However, he says I can open the door if I don't watch it.** The stuff is laughable to you and me, but not a jury. Here's a list. Let me also explain that a bunch of this is wrong or exaggerated, but just want you to hear it: client rumored by 1 person to have hung a cat when he was 4 years old;  told someone he fed kittens to his pet snake;  he seemed "creepy" according to a woman he worked with; he hunted snakes for fun and spare cash;  he dated multiple women at the same time, and bragged that they were oblivious about it;  bragged to co-workers of his sexual

FIELDS3257

encounters;  met women on the internet;  had a webcam and jacked off in front of it;  showed a couple guys nude photos of his girlfriends;  mooched money off one girlfriend;  his ! mother was reportedly afraid of him;  on and on.

OK, now here's my problem.  Gov't docs were clearly given all this bad character evidence.  I have the evals on tape, and they ask the client about particular incidents, make reference to reports they've read, etc.  I already know Price will say my client is a malingerer, antisocial with psychopathic & narcissistic features, probably more.

My docs can either defer or say no Axis II diagnosis.

I want to do my best to try to keep from opening the door.  I think a deferred Axis II helps me potentially meet that objective, but need to throw the idea around.

Just by putting on my mental health defense, do I open the door to everything that could support the government's mental health experts' opinions?

If so, do I get surrebuttal to attack the crap?  Because it is largely attackable.

Like I said, my brain hurts.  Blume Article - ASPD.pdf   DSM-IV-TR Materials.pdf

**FIELDS3258**



**Fwd: Re: getting in touch about mental health issues**

Julia OConnell    o    Julie at Work                                06/28/2005 07:38 AM

Note: forwarded message attached.
----- Message from "Michael Burt" <michael.burt@prodigy.net> on Mon, 27 Jun 2005 22:31:03 -0700 -----
       **To:** "Julia OConnell" <kikntake@swbell.net>
 **Subject** Re: getting in touch about mental health
       : issues

We should talk tommorrow before your pretrial. I'll be free from 4:00 PST onward. Best number is 415-250-4541
Michael Burt
Law Office of Michael Burt
600 Townsend Street Suite 329-E
San Francisco, California 94103
415-522-1508 phone
415-522-1506 fax
 ----- Original Message -----
 **From:** Julia OConnell
 **To:** Michael Burt
 **Sent:** Monday, June 27, 2005 9:41 PM
 **Subject:** Re: getting in touch about mental health issues
 I can talk to you this weekend.
 My pretrial is this Thursday;  jury selection starts next Tuesday.
 I appreciate this, I'm sure you're busier than I am.
 What's the best time/place for me to call?

 Thanks--
 J.

 ***Michael Burt* < *michael.burt@prodigy.net* >**  wrote:
 Hi Julie. Thanks for the good case summary. I have been deeply involved for the past 72 hours in a crisis situation
 on one of my case, and I most likely will free up by this weekend so we can talk. Will that work for you ?
 Michael Burt
 Law Office of Michael Burt
 600 Townsend Street Suite 329-E
 San Francisco, California 94103
 415-522-1508 phone
 415-522-1506 fax
 ----- Original Message -----
 **From:** Julia OConnell
 **To:** Michael Burt
 **Sent:** Saturday, June 25, 2005 2:50 PM

**FIELDS3259**

**Subject:** Re: getting in touch about mental health issues

Hi Michael,

Very nice to meet you.

I am appreciate your willingness to at least listen. Here's my case, my client and my questions:

the case

Client dressed in a ghille suit he constructed himself in 2000 or so. (It is a 2-piece outfit, with a hood, that has camoflauge-colored long bits of twine hanging from it. It looks kinda like a slime monster or something. You can buy these things from many sporting goods places-- they are for hunting. Client used his for hunting squirrels.)

Client saw a man and woman in the National Forest. He figured out where their campsite was, went there in his suit, and waited in the woods for them with his .22 rifle (with a scope, wrapped in burlap). When they returned, he shot them. They were seated at a picnic table. He shot the husband first, in the head. Wife jumped up and ran for the van, some 20 feet away. He shot at her, 2 or three times, 1 bullet hit her in the foot. She made it to the van, got the door opened, but he shot her in the head before she got inside. He then walked closer to her, shot her in the head again, went to the picnic table, and shot husband in the head again. He took items from the man's pockets, including cash. Then he tugged on the woman, got her off the footwell of the van. He closed the door, and rather than step over her, he went to the other side of the van. Discovered the door was locked. Picked up a big chunk of rock, and broke out the window, then got in the van and ransacked the front. The van was large. It was packed full; these people were serious campers. But all client went through was the front. He stole some backpacks, camera, man's wallet, videocam, stuff like that.

Client did not know these people. He saw them at a vista near the campground two days earlier. Did not make contact with them at that time.

He took the loot and bought his woman an engagement ring. Then he took her on a three-day shopping spree. Spent a boatload (using cash and credit cards from victims) on school supplies for her teenage daughter, meals, clothing, new truck tires, cat litter and dog food, etc.

FBI analysis of client's computer came up with 50-some .jpg images of camoflauge, one HTML document from 2002 containing an article about the DC-area snipers, and nearly 500 "potentially relevant" cookies. (I don't know what this means, no discovery, so have moved to exclude.)

FBI interviews of friends uncovered that client told them a month earlier of sneaking up on a couple, at a place near the homicides, while in a ghillie suit, and watching them have sex in their car. Could not have been the victims, if it did happen.

my client

My client nearly died at birth from hypoxia. The hospital long ago destroyed his birth records. I have at least been lucky enough to find "Emergency Baptismal Certificate" from the Catholic church, which also indicates the baptism took place at the hospital the day after birth. So, gov't can't completely say we're making it up.

Father worked in the coal mining industry, in management. He worked very, very hard, and provided well for the family. Mom was usually stay-at-home, with long-standing mental health issues. Client has one sister, who is a lesbian, about eighteen months older than he is.

Client's life was very under-productive. His intellect is average. He did not do well in school,

or anything for that matter.  No special achievements.  He ran away from home in the 11th grade, and shacked up with a 30-year-old biker babe.  When he came back home, parents took him to mom's shrink, who diagnosed him with depression.  Thereafter, his family got him into the navy, a little against his will.  He was a bowson's mate, did fine, then became a recruiter. He was honorably discharged.  While in the navy, he fathered a daughter.  He didn't marry her mother.

Client married while in the navy.  From that relationship 2 children were born, a daughter and a son, now 16 and 14 years old.  The marriage was rocky.  She reports that he was "2 different people" and that she, at one point, asked his parents to help convince him to seek mental health treatment, but they would have nothing to do with it.  She divorced him due to an affair he had.  They got married again, a couple years later.  And then divorced again.  According to wife, he developed an addiction to the internet and on-line pornographic activity.  He was quick to anger, and infrequently violent toward her and the children.

Client's longest term of employment outside the navy was as a prison guard for the Oklahoma DOC.  He has had several short-term jobs.  At the time of the homicides, he was making 6.50 an hour working in the warehouse of a cracker factory.

Throughout his life, he has received mental health treatment, always diagnosed with depression.  He has been treated with serzone, paxil, lexapro, and others.

About six months prior to the homicides, client went to a local doc (a very nice man).  The clinic is in Poteau, Oklahoma, and many people don't have health insurance.  So, docs give lots of samples.  Client reported he was hearing voices that told him to repeatedly sharpen knives, and to go to his girlfriend's house even when she didn't want him to be there.  He also reported feelings of suicide.  The doc discussed inpatient treatment, which client refused.  Doc gave him Lexapro.  Client kept all his appointments, and discussed his progress with the doc. Doc changed him to Effexor in mid-June.  Double the dose on July 7.  Murders happened on July 10.

Client's father died a year earlier from a painful bout of cancer;  his mother (with whom he had been living) sold the house without telling him, leaving him without a place to stay;  he was being garnished for child support, leaving him with about a hundred dollars a week take-home pay;  his love life was on the rocks.


questions
My client has absolutely no criminal record.  But the government believes he is a psychopathic retrobate.  They gathered all the garbage they could on him, by going to the community and asking what they'd heard, about a month after the murders.  The town is tiny, and there was nothing to talk about except the client.  So the FBI guys got all the dirt.
The gov't wanted to use the dirt in aggravation.  The judge has ordered that most of it stays out.  I'll list most of it here;  don't laugh:

**FIELDS3261**

Client has always been considered a little strange.  He was always coming on to women, some of whom say he was "creepy."  He often bragged of his sexual prowess. In fact, he dated 2 women at the same time, unbeknownst to either of the women, and spoke of marriage to both. He had a webcam that he told people he jacked off in front of, with over 1000 visitors to his site, or so he bragged, anyway.  (And, as mentioned above, there was the fascination with pornography during his marriage.)  He chatted with women on the internet, and then went to

meet them!

Client liked to fish more than anything in the world. Once he took a device to work-- it was locked in his truck, in the parking lot. It was like a pipe bomb, with a kitchen timer. But it had no detonator or explosive material. In the parking lot, he showed it off to a couple guys, and explained it was for fishing. He also took a rifle to work one day, again-- locked in the car. He'd just purchased it at Wal-Mart, and didn't have time to take it home before his shift started. He showed it off to a buddy. (The bomb thing got him fired.)

He had a burmese python for a pet, and hunted rattlesnakes for extra cash (40 cents a foot). He took one into the Boxcar Bar one day, and got kicked out because of it.

A distant relative believes he hung a cat over a limb when he was four years old. Jump ahead 34 years--- Someone else saw him put a stray cat in a burlap bag and twirl the bag around until the cat got dizzy. He told a co-worker he shot a cat that was keeping him awake at night. Another co-worker reported that he said he fed baby kittens to his snake. And, no kidding, a witnessed him hit a cow and curse at it.

As also related above, client had some domestic violence in his life. Some people reported that his mother was afraid of him. One said he kept loaded guns by every door in the house.

questions

Judge says virtually all of this stays out, as long as I don't open the door. Only stuff the gov't can use to support non-statutory aggravator of future danger is the growing interest in camoflauge and in stalking people. None of the cat hanging, cow slapping, minor violence, snake loving, creepy stuff.

Most of my mitigation case is mental health evidence. Some evidence of frontal lobe impairment, but largely the compelling stuff is the manic-flip nature of Effexor treatment. The gov't has 2 docs, the examinations were taped. I have listened, and know the outcome, because the docs had been front-loaded with the creepy-crawly stuff. Lots of questions about his womanizing, probing inquiry into why someone would make up the cat-hanging incident. So I can anticipate all the "junk" will play a role in any determination made by gov't docs. Most of that crap isn't true (like hanging a cat), or has been largely exaggerated (the bomb thing has turned into threatening people at work with a bomb). But I'm worried that, through mental health evidence, all of it will somehow come in, because the govenrment's experts will say they reviewed it, it helped them reach their conclusions, whatever.

Whatever I don't put on the table with my mental health testimony, they will want to get it in the back door, as justification for their docs' opinions.

Question 1: Can I keep it out, and if so, how?

Question 2: Is their any way to attack the govt's psychologist protocol based on his receipt and review of unreliable information?

Question 3: What other questions should I ask?

**FIELDS3262**

Thanks. I'm incredibly thankful.

Julie

***Michael Burt <michael.burt@prodigy.net>*** wrote:

Julia

Any time. If you need to reach me over the weekend, call at 415-250-4541

Michael Burt
Law Office of Michael Burt
600 Townsend Street Suite 329-E
San Francisco, California 94103
415-522-1508 phone
415-522-1506 fax
----- Original Message -----
**From:** Julia OConnell
**To:** Lisa Greenman
**Cc:** michael.burt@prodigy.net
**Sent:** Thursday, June 16, 2005 9:06 PM
**Subject:** Re: getting in touch about mental health issues
Hi--
I haven't called Michael yet, because I have been crazy.  I do have an issue to ask about, and swear I will try to touch base with you tomorrow.
And thanks, Lisa, for watching over me.
J.

***Lisa Greenman*** *<* *lgreenman@starpower.net* *>*  wrote:
I can't remember whether I actually sent you both an email or just thought about doing it, and I'm thinking it was the latter.  Whether duplicative or not, here is an email to both of you, aimed at facilitating communication!  -- Lisa

**FIELDS3263**



**FW: their reports**

Lisa Greenman  o  michael.burt                                      07/01/2005 06:26 PM

Cc:  "'Julia OConnell'", "'Julia O'Connell'"

Michael, I am guessing that Julie never did get in touch with you, but
I'm sure it was out of overwhelmedness and not on account of anything
else.  If you have time....  Also, kikntake@swbell.net is her internet
email and may be more reliable.  Julie, I'm taking the liberty of
forwarding to Michael.  I apologize for having been out of touch.  Today
was a filing deadline for expert reports in a case I'm working on with a
whole slew of experts, and for some reason I ended up w/responsibility
for all of the editing and other interference.  -- Lisa

-----Original Message-----
From: Julia O'Connell [mailto:Julia_O'Connell@fd.org]
Sent: Friday, July 01, 2005 6:06 PM
To: drgelbort@aol.com; gwwoods@comcast.net; freedman99@earthlink.net;
lgreenman@starpower.net
Cc: kikntake@swbell.net
Subject: their reports


Here are their reports.  Please read, and we shall consult. Price's
report is whore-dog-awful. Mitchell actually seems to concede, at least,
psychosis.  But no mania. Jury selection begins July 5.  Testimony for
the govt will probably begin the 13th.  My evidence may begin as early
as the 18th, maybe more like the 20th.  Anyway, I'll need you both. J.
(See attached file: J. Randall Price Report.pdf)(See attached file:
Mitchell Report.pdf)

   

J. Randall Price Report.pdf  Mitchell Report.pdf

**FIELDS3264**



**Re: govt doc reports**

Freedman    Julia O'Connell                                    07/04/2005 12:13 PM

Cc:  lgreenman

History:        This message has been replied to.

```
I am just now back on email (have moved to a new house) I will look at
them now - do you start jury selection tomorrow?

Julia O'Connell wrote:

> Hi guys.  I sent you guys copies of the reports done by the gov't docs.
>
> Price's report is notable, not just because of the brazen conclusions, but
> because it looks like some DOJ lawyer wrote it for him.   It includes every
> single last bit of inadmissible bullshit in the case!!!
>
> The psychiatrist was given the FBI (not testifying) profiler's report,
> which he cites and comments about without relying upon it...  "if it is
> correct, then..."
>
> Since their m.d. finds our hallucinations credible, and decides we do have
> a psychosis, I imagine they will dump him and not use him as a witness.
>
> Aaaggggh.
>
>
>
```

**FIELDS3267**



### Re: govt doc reports

Freedman   o   Julia O'Connell             07/04/2005 02:07 PM

Cc:   Lisa Greenman

History:        This message has been replied to.

I just read it - it is a slog to get through with all that crap in it.
I think your stronger argument is that this is peripheral and/or
unrelated to his opinion rather than the standard of care argument - we
often ask neuropsychologists to review extensive family and social
history materials in order to correctly evaluate the testing evidence -
this stuff doesn't actually help him though so it is written here to
bias the jury with weird and odd behaviors that make them feel he is
creepy, which should be kept out (I know there is a debate as to whether
404 and 403 apply to penalty phase but I think they apply to the govt's
experts regardless)

his findings (test data) as far as I can remember is pretty similar to
Gelbort's, some significant frontal deficits - it is just that Price
disavows them, saying he has no evidence of brain damage - I'm not sure
what he'd need to find damage but clearly he finds impairment on frontal
testing: Trails B, verbal fluency, figural fluency and the FSBS thing -
you certainly want to try to get the raw data as soon as you can, it
seems unlikely that he'd do better now than when Gelbort saw him but
Gelbort will have to address that one way or another.  Similarly, when
you talk to the FSBS guy, ask about whether it is normed to be used for
depressed or bipolar people on meds, - but it is curious that this test
shows frontal impairment and Price discounts it as malingering whereas
he says there is no evidence of malingering on anything else and all the
testing is valid to be interpreted - that just rings of bias in how he
wants the results to come out

In the alternative, you might consider not putting Gelbort on, sticking
with the psychiatric evidence for penalty phase (and the story telling
about his life of course) and denying them the opportunity to put Price
on the stand - if you want more feedback on this, I'd be happy to ask
the rest of the project their thoughts too

finally, on the depression issue - I don't see how he can opine
dysthymia - the guy is up to his eyeballs in medication to control the
symptoms and Price says he disagrees with all the prior shrinks who saw
him unmedicated and not properly medicated and that they are all wrong?
is he even qualified as a psychopharmacologist? does he know what these
meds do? does he typically diagnose? most neuropsychologists don't
diagnose - I think this may be a case of Price wanting to be one of
those TV forensic psychologists.

Julia O'Connell wrote:            **FIELDS3268**

> Yes, we start tomorrow.
>
> My entire case will hinge upon my cross-examination of Price.  I am
> speculating they won't call Mitchell (but I could be wrong).  The reason I
> don't think they'll call him is because he finds out auditory
> hallucinations to be "credible," and he diagnoses us with a major

```
> depression with psychotic features,  as opposed to Price, who just calls us
> a liar who has a case of minor depression.
>
> The greatest concern I have regarding Price's report is his inclusion of
> all the summarized law enforcement reports of the client's weird life.
> None of it was verified by collateral interviews, and it is largely
> unreliable or patently false.
>
> I have NEVER seen an expert submit a report that has this kind of shit
> included as an "attachment."   Of course, I believe he did it at the
> request of the prosecution, because the judge has ruled most of it is
> inadmissible for other reasons.  It's their attempt to get it in the back
> door.
>
> I want to try to exclude his opinion, but know that will be nearly
> impossible.  If nothing else, I want to show that he isn't following
> accepted practice by relying upon remote, unreliable information.
>
> Hope your enjoying your new house!  Always fun...
>
> J.
>
>
```

**FIELDS3269**



**RE: Fell Orders**

Lisa Greenman    o    'Julia OConnell', 'Julia O'Connell'                    07/06/2005 07:07 PM

Cc:    michael.burt, '"Alex Bunin"'

I am resending with Alex copied in case you want to be in touch with him.  -- Lisa
 -----Original Message-----
 **From:** Lisa Greenman [mailto:lgreenman@starpower.net]
 **Sent:** Wednesday, July 06, 2005 7:06 PM
 **To:** 'Julia OConnell'; 'Julia O'Connell'
 **Cc:** 'michael.burt@prodigy.net'
 **Subject:** FW: Fell Orders

 Julie, Alex Bunin is in the midst of penalty phase litigation.  The prosecution expert, Wellner,
 wrote a report full of bad acts, perhaps like the one you've got.  Anyway, Alex said the judge is
 going to limit the admissibility of such stuff at penalty and I am passing along the order in case it
 might be helpful (and in case you don't already have it).  -- Lisa
 -----Original Message-----
 **From:** Alex Bunin [mailto:Alex_Bunin@fd.org]
 **Sent:** Wednesday, July 06, 2005 6:51 PM
 **To:** Lisa Greenman
 **Subject:** Fell Orders

 Attached is the order dealing with evidence at the punishment hearing, particularly hearsay.
 Alex Bunin, FPD Northern New York & Vermont

**FIELDS3270**



**Re: bad news**

lgreenman  o  Julia O'Connell                                       07/24/2005 11:17 AM

---

```
so sorry.
---- Original message ----
>Date: Fri, 22 Jul 2005 16:34:42 -0500
>From: "Julia O'Connell" <Julia_O'Connell@fd.org>
>Subject: bad news
>To: "Lisa Greenman" <lgreenman@starpower.net>
>
>   Death.
```

**FIELDS3271**