capdefnet.org



Search  Entire Site          for

Federal Death Penalty Resource Counsel



| Overview | Statutes | Congress | DOJ | Statistics | Authorized Cases | Project Declarations | Seminars | Suggested Reading and Links | Verdict Forms |

# Michael N. Burt

*Posted on: 11/9/2009 09:02:16 AM by Asah-Kwashie*



Michael N. Burt is a certified criminal specialist in private practice in San Francisco, California and an attorney with the Mexican Capital Case Legal Assistance Program. Prior to entering private practice in January 2003, he was head trial attorney with the San Francisco Public Defender's Office where he practiced for over 24 years. He has specialized in the defense of capital cases for the past 18 years, with an emphasis on forensic science issues. In 1998, he litigated a multi-defendant DNA challenge which resulted in the first successful challenge to STR DNA testing in the country. Although his main focus has been at the trial level, he has also represented capital defendants in post-conviction proceedings and served as a *Strickland* expert in many state and federal courts. He is the editor-in-chief of the California Death Penalty Defense Manual and he lectures throughout the country on all aspects of capital case defense and forensic science issues

© 2008 Capdefnet.org  Home    About Us    Contact Us