

# FDPRC
## Federal Death Penalty Resource Counsel

Home | Login | About Us | Contact Us | Membership Account

Search  Entire Site  for

| Overview | Statutes | Congress | DOJ | Statistics | Authorized Cases | Project Declarations | Seminars | Suggested Reading and Links | Verdict Forms |

## Lisa Greenman

*Posted on: 2/22/2015 10:38:07 AM by Lominack*



Lisa Greenman is an attorney in Washington, DC who consults on issues relating to mental illness and intellectual/developmental disability that affect criminal defendants.  Although she occasionally assists individuals with disabilities in non-capital criminal matters, most of Lisa's work involves death penalty defense, where she focuses on sentencing issues. She is a frequent presenter on mental health topics at death penalty training programs around the country and a co-author of the Practitioner's Guide to Representing Individuals with Intellectual Disability.

Lisa began her legal career in 1987 at the Washington, DC Public Defender Service, where she served in the trial, appellate and mental health divisions for ten years.  She has also worked as a lawyer with the Maryland Federal Public Defender and the Administrative Office of the US Courts.  At the AO, Lisa co-authored the 1998 Spencer Report and 2010 Spencer Update that provided recommendations for defense representation in federal capital cases.  Lisa is a graduate of Yale College and New York University School of Law.

In the community, Lisa participates in educational and therapeutic program development for individuals with disabilities in the Washington, DC area and chairs the board of the Ivymount School, a nationally recognized Blue Ribbon School of Excellence for students with autism and other complex disabilities.  She also advocates for the needs of individuals with disabilities in the criminal justice system and works to develop alternatives to incarceration that meet therapeutic and educational needs while providing for public safety.