capdefnet.org

# FDPRC
### Federal Death Penalty Resource Counsel

Search  Entire Site        for



| Overview | Statutes | Congress | DOJ | Statistics | Authorized Cases | Project Declarations | Seminars | Suggested Reading and Links | Verdict Forms |

## David Freedman

*Posted on: 8/25/2009 12:05:09 PM by Asah-Kwashie*

**David Freedman** is the Capital Resource Counsel Project (CRC) Capital Case Investigator. He has been involved in death penalty defense litigation since 1991, when he began as an investigator at the California Appellate Project (CAP), assisting appointed counsel in capital post-conviction proceedings. In 1995, he went into private practice as an investigator and consultant on mental health and scientific evidence issues in capital litigation. David obtained a M.S. from the Harvard School of Public Health in 1999 and has led a number of training sessions for attorneys and investigators on various aspects of scientific evidence, mental health, and mitigation and physical evidence investigation. He has published a number of articles and papers on issues related to mental health issues, indigent defense and death penalty litigation.

© 2008 Capdefnet.org  Home   About Us   Contact Us