

### Re: govt doc reports

Freedman   o   Julia O'Connell                                          07/05/2005 01:06 PM

History:        This message has been replied to.

I hope today went well (as well as capital jury selection can that is);
my only caution would be that Price, despite the way his report reads,
is a very experienced witness and will fight you on everything
imaginable I would guess.  You met with him so you know, but he believes
he has that good ol' boy charm - I think you might seriously consider
just using your shrinks (George and the other guy) and objecting to
Price as not proper rebuttal - that forces the govt to put on the shrink
who basically agreed with the key problems.  As I recall from the
report, Gelbort's testing and finding of frontal damage is based on only
a couple of tests, at least one of which Price repeated and did not find
damage on - the jury, as you say, is not going to follow the details of
testing and results but only listen to the big ideas of what each has to
say and Price, if you can't in limine it out, tells a creepy, planning
story that will make the jury fear the client.

Julia O'Connell wrote:

> Regarding Price, I must preface anything I have to say with this:  I smell
> blood.  He can be "had" in cross-examination.  He's just a PhD, not a REAL
> doctor.  At least 5 REAL doctors made a decision different from Price.  He
> can be had, because he did a preliminary report just 11 days after taking
> the case;  after that, he was provided reports from jail psychiatrists;
> pre-crime treating physician;  2 defense psychiatrists and STILL stuck to
> his unloaded guns;  the govt's psychiatrist (supposed to be on the same
> team as him) finds the "voices" to be credible, and although not trying to
> be helpful to us, still finds psychotic features in his diagnosis;  and his
> Axis I diagnosis of "dysthymia" is ludicrous.  Then add on things like he
> changed the directions in the FRSB and scored it in a way that the test's
> author says is suspect (there are no percentiles, just T scores, where did
> he come up with these percentiles?).  AND...  get this...  during verbal
> testing on the last session with client, he held the test where the client
> could see it, and moved his pencil to the correct answer before finishing
> the question.  The testing is taped.  Client asks him, "Do you realize that
> every time you ask a question, you put your pencil on the right answer..."
>
> This doesn't  change the fact that I have a jury pool of 225 people, less
> than 2 dozen with college educations, and only a handful who don't
> exceedingly approve of the death penalty.  And, I recognize that experts
> can cancel each other out in juror's minds.  And, many of them won't care
> about mental health.
>
> All that being said, I want to keep the "crap" away from the jury if at all
> possible.  I think it's going to be hard enough to get them to show
> sympathy for client.  If they get to hear all the other junk, it may tip
> the scales (if we have any hope at all).
>
>

FIELDS3299