Subject: Re:RE: Fwd[2]:Re: Edward Fields Draft Report
From: Julia O'Connell <Julia_O'Connell@fd.org>
Date: Wed, 9 Mar 2005 18:11:27 -0600
To: "Lisa Greenman" <lgreenman@starpower.net>, "'Freedman'" <freedman99@earthlink.net>, "'Julia O'Connell'" <Julia_O'Connell@fd.org>, "'Julia OConnell'" <kikntake@swbell.net>

One thing to keep in mind is that I have George Woods, who is my real mental health expert.  His report will be far more comprehensive (and valuable).  Quite frankly, I'd rather rely on George than this guy.  The potential brain damage has some value, but it's not a huge part of my mitigation.  It just enters the equation, complicating the client's ability to make it through his hyper-manic state.

On the negotiation front, we've been stalled for a month.  The prosecutor wants to do his own testing to make sure I'm not lying.  They haven't started anything...  he keeps trying to get me to agree to a BOP inpatient stint, which I refuse to do.

By the way, my psychologist friend has agreed to get the data from Gelbort and then provide it to us.  He worked on the case very early...  the government (at initial appearance) requested a competency AND INSANITY evaluation, and seemed shocked when we resisted.  I hired my pal to go do a competency eval in the jail that very day, and he did.  We objected to the govt's motion, put the doc up, and argued that it was a dirty trick designed to interfere with the defense and discover mental health information they wouldn't otherwise get until 2nd stage.  (Plus, since when do they get an insanity evaluation when we haven't even given notice?)

Weird thing, though.  I have had two homicide cases since I came back to this office--  in two different districts--  and both times, the government moved at initial appearance for a competency evaluation.  Seems like an organized effort to me.  I hope there aren't any lawyers out there falling for it.

Dr. Gelbort has agreed to dinner meetings on Saturday and Sunday.  Can either/both of you be there?

**FIELDS4685**