## Brad Grinage

**From:**  Julia O'Connell [Julia_O'Connell@fd.org]
**Sent:**  Monday, June 13, 2005 4:54 PM
**To:**  bgrinage@sunflower.com

By the way, George Woods, MD. my neuropsychiatrist, reached his conclusions without reliance on Gelbort's testing. The chronology just worked out that way, it wasn't something that was designed. Dr. Woods spent time evaluating Ed and looking over the records, formed his opinion, and then we got the results from Gelbort. Which is why I described the testing as "icing on the cake..."

*Call O'Connell*
*10:00 — Jail Record*
*Called for Kemp*
*= Neuro fact-...-*
*vs New testis*
*vs what my Expl*
*credit-*

**FIELDS6843**

1