

*feeling bad*
*can't control thou,*
*+*
*moods*
*distinguishing reality*



**G**
**WW** GEORGE W. WOODS, JR., M.D.

A PROFESSIONAL CORPORATION
DIPLOMATE OF THE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY

CURRICULUM VITA
GEORGE W. WOODS, Jr., M.D.

EDUCATION:

Westminster College, Salt Lake City, Utah
Graduated 1969

University of Utah, 50 North Medical Drive,
Salt Lake City, Utah
Graduated 1977

Internship – Medical/Surgical, Highland
Hospital, Oakland, California, July 1977 to June
1978

Residency – Psychiatric – Pacific Medical Center
San Francisco, California, 1981
Chairman:  Allen Enelow, M.D.

Fellowship – APA/NIMH Fellowship Pacific Medical
Center, San Francisco, California, 1981 to 1982
Chairman:  Jeanne Spurlock, M.D.

LICENSES, CERTIFICATIONS, AND DIRECTORSHIPS:

Licensed Physician in California, 1979

Interim License, Zanzibar Revolutionary Government,
2004-2005

Certified by the American Board of Psychiatry
and Neurology, 1992

Fellow: American Psychiatric Association, 2004

International Board of Directors, International
Academy of Law and Mental Health, **FIELDS6043**

Advisory Board, Health Law Institute, DePaul
University College of Law, 2004

Advisory Board, Human Dignity and Humiliation
Studies, University of Oslo, Norway, 2004

1

George W. Woods, Jr., M.D.
Curriculum Vita
Page 2

Board of Directors, The Center for African Peace and Conflict Resolution, College of Health and Human Services, California State University, Sacramento, May 2004

CLINICAL PROFESSIONAL EXPERIENCE:

Clinical Consultant, Kidongo Chekundu Mental Hospital, Zanzibar, Tanzania, December 2004

Scientific Committee, International Academy of Law and Mental Health, June 2004

Advisor to the Jomo Kenyatta National Hospital, PTSD Project, Nairobi, Kenya, May 27, 1999 to 2003

Consultant to the Board of Directors, Crestwood Behavioral Health Systems, Stockton, California, 1998 to 2004

Technical Advisor, Documentation Committee, Operation Recovery, Kenya Medical Association, August 1998 to 2004

Technical Advisor to Recovery Services, Ministry of Health, United Republic of Tanzania, August 1998 to 2003

Individual Private Practice, Oakland, California, 1996 to Present

Individual Private Practice, San Francisco, California, 1996

Individual Private Practice, Pinole, California, 1988 to 1996

Consultant, Insomnia Division of the Sleep Disorders Center, Doctors Hospital, Pinole, California, 1990 to 1995

Senior Consulting Addictionologist, New Beginnings Programs, San Ramon and Pinole, California, 1994 to 1996

FIELDS6044

Chemical Dependency Consultant, Physicians' Advisory Committee, Alameda Contra Costa Medical Association, 1994 to 1995

2

George W. Woods, Jr., M.D.
Curriculum Vita
Page 3

Clinical Director, New Beginnings Chemical
Dependency Program, Doctors Hospital, Pinole,
California, December 1989 to 1994

Medical Director, Pain Management Program,
Doctors Hospital, Pinole, California, 1990-1994

Coordinator, Insomnia Division of the Sleep
Disorders Center, Doctors Hospital, Pinole,
California, 1990 to 1994

Qualified Medical Examiner, Industrial
Medical Council, State of California,
1992 to 1994

Psychiatric/Pharmacologic Consultant, Triumph
Over Pain (TOP Program), Kentfield
Rehabilitation Hospital, Kentfield, California,
1991 to 1994

Private Practice, Comprehensive Psychiatric
Services, Walnut Creek, 1988 to 1993

Psychiatric Consultation, NeuroCare Corporation,
Concord, California, 1991 to 1993

Staff Psychiatrist, Crestwood Manor, Vallejo,
California, 1983 to 1990

Medical Director, Westside Geriatric Services of
Family Service Agency of San Francisco, 1982
to 1983

Staff Psychiatrist - Villa Fairmont Psychiatric
Facility, 15400 Foothill Lane, San Leandro,
California, 1982 to 1983

Assistant Director of the Inpatient Center,
Director of Geriatric Services, Pacific Medical
Center, 2121 Clay Street, San Francisco,
California, 1981 to 1982

Medical Director, Clinica De La Raza, Blythe,
California, 1980 to 1981

Emergency Room Physician, Medical Emergency
Services, Fairmont Hospital, San Leandro,
California, 1979 to 1981

Emergency Room Physician, Psychiatric Emergency
Services, Highland General Hospital, Oakland,
California, 1979 to 1981

FIELDS6045

Faculty and Professional Appointments:

3

George W. Woods, Jr., M.D.
Curriculum Vita
Page 4

Adjunct Professor, California State University, Sacramento, Department of Educational Leadership and Public Policy, Sacramento, California, January 1, 2003 to present

Adjunct Professor, Morehouse College School of Medicine, Atlanta, Georgia, March 01, 2002 to present

Affiliate Professor, University of Washington, Bothell Campus, Interdisciplinary Arts and Sciences, 1999 to 2004

Adjunct Professor, University of California, Davis, Department of Psychiatry, Forensic Fellowship, 1996 to June 24, 20??

Adjunct Professor, University of Nebraska, Omaha, College of Public Affairs, 1986 to 2002

Summer Faculty, North Central Educational Research Laboratory, Northeastern University, 1992

Professional Lectures:

*Medical Diseases with Psychiatric Manifestations:* Morrison and Foerster, LLP, February 8, 2005

*Diagnosis and Treatment of malaria-induced altered mental states: Kidongo Chekundo Mental Hospital, Zanzibar, Tanzania, December 12, 2004*

*Law, Mental Health, and Popular Culture:* University of San Francisco College of Law, November 4, 2003

*Accomodating Mental Illness in the Workplace:* 28th International Conference, International Academy of Law and Mental Illness, October 3, 2003

*Cultural and Psycho-biological Factors In the Assessment and Treatment of Trauma: Don't Believe Everything You Think,* Traumatology 1003, The Trauma Recovery Institute, Morgantown, West Virginia, February 3, 2002

**FIELDS6046**

*Trauma, Recovery and Resiliency,* University of Washington, Bothell Campus, October 10, 2001

*Understanding the Relationship Between Neuroimaging, Neuropsychology, and Behavior,* National Medical Association 2001 Annual Convention and Scientific Assembly, Nashville, Tennessee, August 07, 2001

4

George W. Woods, Jr., M.D.
Curriculum Vita
Page 5

*The Thrill Is Gone,* Keynote Address, African American History Month, Loras College, Dubuque, Iowa, February 28, 2001

*Disparate Access to Healthcare,* University of Washington, Bothell Campus Nursing Program, February 19, 2001

*Anger Management,* West Contra Costa Stroke and Aphasia Support Group, Doctors Hospital, San Pablo, California, November 2, 2000

*Race, Culture and Bio-ethics,* American Society for Bio-ethics Annual Conference, Panel Discussion, Salt Lake City, Utah, October 28, 2000

*Globalization and Postmodernism,* International Congress on Law and Mental Health, Siena, Italy, July 13th, 2000

*Globalization and Neuropsychiatry: Answers that Transcend Culture?* International Congress on Law and Mental Health, Siena, Italy, July 13th, 2000

*Managed Care in the Kenyan Medical Environment,* Kenyan Medical Association, Aga Khan Hospital, Nairobi, Kenya, September 07, 1998

*The Relationship Between Holidays and Mood Disorders* – Doctors Hospital, Pinole, California, November 22, 1994

*The Role of the Mental Health Expert as a Liaison Between Chemical Dependency and Pain Management Programs* – American Academy Of Pain Management, Vancouver, Canada, August 18-21, 1994

*Chemical Dependency: Selected Topics* – Critical Care Conference, Doctors Hospital, Pinole, California, March 21, 1994

*Detox:  The First Step to Recovery* – National Medical Enterprises Management Services Division Annual Conference, Colorado Springs, Colorado, October 13, 1993

*Substance Use and Substance Induced Mental Disorders* – National Medical Enterprises Management Services Division Annual Conference, Colorado Springs, Colorado, October 12, 1993

*Dual Diagnosis in the Inpatient Setting* – Professional Seminar, Doctors Hospital, Pinole, California, September 27, 1993

FIELDS6047

5

George W. Woods, Jr., M.D.
Curriculum Vita
Page 6

*Depression and Strokes* - Brookside Hospital, San Pablo, California, March 03, 1993

*Drug Interactions in the ICU* - Clinical Care Rounds, Doctors Hospital, Pinole, California, March 1992

*Overview of Sleep Disorders* - Grand Rounds, Doctors Hospital, Pinole, California, January 1992

*Benzodiazepines: Uses and Abuses* - Grand Rounds, Brookside Hospital, San Pablo, California, May 1991

*Sleep Disorders in Schizophrenia* - Quarterly Medical Staff Meeting, East Bay Hospital, March 1990

*Afro-Centricity in Psychology* - Grand Rounds, San Francisco General Hospital, San Francisco, California, 1987

*Geriatric Psychiatry* - University of Southern California, 1982

Professional Affiliations:

California Medical Association

Northern California Psychiatric Society

American Society of Addiction Medicine

American Psychiatric Association

Black Psychiatrists of America

American Neuropsychiatric Association

American Psychological Association

Clinical Professional Activities:

**FIELDS6048**

Scientific Committee, International Academy of Law and Mental Health, June, 2004

Physicians' Advisory Committee, Alameda Contra Costa Medical Association, Oakland, California, 1993 to 1995

6

George W. Woods, Jr., M.D.
Curriculum Vita
Page 7

Physicians' Advisory Committee, Doctors
Hospital, Pinole, California, 1991 to 1996;
Chairman, 1994 to 1995

Medical Privileges Committee, Doctors Hospital,
Pinole, California, 1993 to 1996

Board of Directors, Solano Park Hospital, Fairfield,
California, 1993 to 1994

Board of Directors, East Bay Hospital, Richmond,
California, 1992 to 1993
Chief of Staff, East Bay Hospital, Richmond,
California, 1992

Chairman, Medical Executive Committee, East
Bay Hospital, Richmond, California, 1992
Allied Health Committee, Doctors Hospital,
Pinole, California, 1992

Pharmacy & Therapeutics Committee, Doctors
Hospital, Pinole, California, 1992

Professional Activities Committee, East Bay
Hospital, Richmond, California, 1991

Psychiatry Committee, Chairman, East Bay
Hospital, Richmond, California, 1990

Honors:

Outstanding Professor Award, Goodrich Program,
Department of Public Policy, University of
Nebraska at Omaha, 1993

National Medical Enterprises' Outstanding
Medical Director for Psychiatric, Rehabilitation
and Recovery Hospitals, 1992

Chief of Staff Award for Outstanding Service,
East Bay Hospital, Richmond, California, 1992

Publications:

Abueg, Woods, Watson: *Disaster Trauma*; **Cognitive-Behavioral Strategies in Crisis Intervention**: Second
Edition, Guilford Press, New York and London, pages
273-290 **FIELDS6049**

FORENSIC PRACTICE:

Consultant to the Victims' Assistance Program,
State Board of Control, State of California,
Sacramento, California, 1994 to 2001

7

George W. Woods, Jr., M.D.
Curriculum Vita
Page 8

Medical Examiners Panel, San Francisco
County, Marin County and Contra Costa County
Superior Courts, 1983 to Present

Psychiatric Consultant to Civil, Criminal and
Appellate Judicial Proceedings Nationally, 1981
to Present

Professional Lectures:

*Demystifying Emotional Damages Claims*, Paul,
Hastings, Janofsky & Walker, San Francisco,
California, January 15, 2002

*An Introduction To Multi-Axial Assessment and
DSM-IV*, Second National Seminar on Mental Illness
and the Criminal Law, Miyako Hotel, San Francisco,
California, September 7 - 10, 2000

*Psychiatric Manifestations of Medical Disorders*,
Second National Seminar on Mental Illness and the
Criminal Law, Miyako Hotel, San Francisco,
California, September 7 - 10, 2000

*An Introduction To Multi-Axial Assessment and
DSM-IV*, First National Seminar on Mental Illness and
the Criminal Law, Radisson Hotel, Washington, D. C.,
August 6 - 9, 1999

*Psychiatric Manifestations of Medical Disorders*,
First National Seminar on Mental Illness and the
Criminal Law, Radisson Hotel, Washington, D. C.,
August 6 - 9, 1999

*The Kenya/Tanzania Embassy Bombings: When Forensic
Science, Politics, And Cultures Collide* -
International Academy On Law and Mental Health,
Toronto, Quebec, Canada, June 17, 1999

*Research Collaboration Between East Africa and the
United States,* World Psychiatric Association/Kenya
Psychiatric Association, First Annual Conference,
Nairobi, Kenya, May 24, 1999

*Trauma/Resiliency In East Africa Workshop,* World
Psychiatric Association/Kenya Psychiatric
Association, First Annual Conference, Nairobi,
Kenya, May 23, 1999

FIELDS6050

8

George W. Woods, Jr. MD
Curriculum Vita
Page 9

*Mental Health Litigation and The Workplace,*
Sponsored by:   University of California Davis Health
System, Division of Forensic Psychiatry, Department
Of Psychiatry, and Continuing Medical
Education, Silverado Country Club, Napa,
California, March 6-7, 1998

*Psychological Disabilities: Charting A Course Under
The ADA and Other Statutes,* Yosemite Labor and
Employment Conference, Yosemite, California,
February 21, 1998

*Current Trends in Psychiatry and the Law: Developing
A Forensic Neuro-Psychiatric Team* CLE,
Federal Public Defenders For The District Of Oregon,
Portland, Oregon, January 23, 1998

*The Changing Picture of Habeas Litigation*, The
National Habeas Training Conference, New Orleans,
Louisiana, August 21-24, 1997

*Accommodating Mental Illness In The Workplace,*
Employment Law Briefing, Orange County, July 31,
1997

*Accommodating Mental Illness In The Workplace,*
Employment Law Briefing, Palo Alto, California, July
15, 1997

*Accommodating Mental Illness In The Workplace,*
Employment Law Briefing, Morrison & Foerster, San
Francisco, June 20, 1997

*Psychiatric Evaluations in the Appellate Process –*
Emory University, Department of Psychiatry, Forensic
Fellowship, Atlanta, Georgia, May 9, 1997

*So You Wait Until Discovery Is Over to Consult with
a Psychiatrist?  Can You Tell Me More About That? –*
Morrison and Foerster Labor Law College,
Los Angeles, California, April 19, 1997

*The Changing Cultural Perspectives in Forensic
Psychiatry –* San Francisco General Hospital Grand
Rounds, San Francisco, California, February 13, 1997

*Evaluation of an Elementary School:* **FIELDS6051**
*Criminal Competency and Criminal Responsibility
–* Stanford University School of Medicine,
Department of Psychiatry and Behavioral
Sciences, Division of Child Psychiatry and Child
Development, Grand Rounds, Palo Alto,

9

George W. Woods, Jr., M.D.
Curriculum Vita
Page 10

California, December 11, 1996
*Forensic Psychiatry: Cultural Factors in
Criminal Behavior, Malingering, and Expert
Testimony* – The Black Psychiatrists of America
Transcultural Conference, Dakar, Senegal, West
Africa, November 13, 1996

*Dangerousness: Evaluation for Risk Assessment* –
Grand Rounds, Department of Psychiatry, University
of California at Davis, June 05, 1996

*Violence In The Workplace: A Psychiatric
Perspective Of Its Causes and Remedies* – The
Combined Claims Conference of Northern
California, Sacramento, California, October 05,
1995

*Experts: New Ways to Assess Competency –
Neurology and Psychopharmacology* – Santa Clara
University Death Penalty College, Santa Clara,
California, August 07, 1995

*Multiple Diagnostic Categories in Children Who
Kill: Psychological and Neurological Testing and
Forensic Evaluation* – The American College of
Forensic Psychiatry 13th Annual Symposium,
San Francisco, California, April 27, 1995

*Mock Trial: Client Competence in a Criminal
Case: Testing the Limits of Expertise-The
Psychiatrist's Opinion as Scientific, the
Expert's Foundation As Sufficient* – The American
College of Forensic Psychiatry 13th Annual
Symposium, San Francisco, California, April 28,
1995

*The Use of Psychologists In Judicial Proceedings*
– The California Attorneys for Criminal
Justice/California Public Defenders Association
Capital Case Seminar, Monterey, California,
February 18, 1995

*Commonly Seen Mental Disorders in Death Row
Populations* – The California Appellate Project,
Training Session for Legal Fellows and Thurgood
Marshall Investigative Interns, San Francisco,
California, September 30, 1994

**FIELDS6052**

*Anatomy of a Trial* – Mock Trial Participant, The
California State Bar Annual Convention, Anaheim,
California, September 24, 1994

*Developing a Forensic Neuropsychiatric Team* –
The American College of Forensic Psychiatry 12th

10

George W. Woods, Jr., M.D.
Curriculum Vita
Page 11

Annual Symposium In Forensic Psychiatry,
Montreal, Quebec, May 06, 1994

*Responsibility in Forensic Psychiatry* -
Department of Criminology Faculty Seminar,
University of Nebraska at Omaha, April 16, 1994

*Attorney/Investigator Workshop:  Brain Function*
- The 1994 California Attorneys for Criminal
Justice/California Public Defenders Association
Capital Case Seminar, Long Beach, California,
February 20, 1994

*Appellate and Habeas Attorney/Investigator*
*Workshop:  Evaluating Mental Health Issues in*
*Post-Conviction Litigation* - The 1994 California
Attorneys for Criminal Justice/California Public
Defenders Association Capital Case Defense
Seminar, Long Beach, California, February 19,
1994

*Psychological Issues in Police Misconduct* -
Police Misconduct Litigation, National Lawyers
Guild, San Francisco, November 13, 1993

*Neuropsychiatry, Neuropsychology and Criminal*
*Law* - Maricopa County Office of the Public
Defender, Seminar on Investigation for
Mitigation and Capital Cases, Phoenix, Arizona,
June 02, 1993

*Working With Experts* - California Appellate
Project, San Francisco, California, December 05,
1993

*Forensic Psychiatry and Ethnicity* - Black
District Attorneys Association, National
Convention, 1991

**In Association With The National Institute of Trial**
**Advocacy Training, Notre Dame University, South**
**Bend, Indiana:**

New York University Law School, New York City, June
14 - 17, 2001

FIELDS6053

University of North Carolina Law School, Chapel
Hill, North Carolina, January 17 - 20, 2001

University of Houston Law School, Houston, Texas
January 19 - 24, 2000

11

George W. Woods, Jr., M.D.
Curriculum Vita
Page 12


University of Tennessee Law School
Knoxville, Tennessee, January 14 - 16, 1999

Atlanta, Georgia, August 27-30, 1998

University of Texas Law School, Austin, Texas, June
25-28, 1998

Temple University School of Law, Philadelphia,
Pennsylvania, January 29 -
February 1, 1998


Professional Forensic Publications

"Psychiatry and Criminal Law", *Contra Costa Lawyer*,
Volume II, No. 8, August 1998

*Mock Trial: Client Competence in a Criminal
Case:  Testing the Limits of Expertise - The
Psychiatrist's Opinion as Scientific, The
Expert's Foundation As Sufficient* - April 1995,
Available from The American College Of Forensic
Psychiatry on Audiotape

*Multiple Diagnostic Categories in Children Who
Kill:  Psychological and Neurological Testing
and Forensic Evaluation* - April 1995, Available
from The American College of Forensic Psychiatry
on Audiotape

*Developing a Forensic Neuropsychiatric Team* -
May, 1994, Available from The American College
of Forensic Psychiatry on Audiotape

*Anatomy of a Trial* - September, 1994, Available
from The California State Bar Association on
Audiotape


Professional Affiliations:

American College of Forensic Psychiatry

American Academy of Psychiatry and The Law

The American College of Forensic Examiners

International Academy of Law and Mental Health

**FIELDS6054**

**EDUCATIONAL, BUSINESS, & PROFESSIONAL DEVELOPMENT:**


12

George W. Woods, Jr., M.D.
Curriculum Vita
Page 13

Consultant, Corporate Structure, Tostan, Non Governmental Organization, Theis, Senegal, March 2004

Consultant to Vulcan Industries, Seattle, Washington, December 21, 2001 to March 2003

## Educational/Corporate Presentations

*Toward Effective Retention Efforts: The use of narratives in understanding the experiences of racially diverse college students.* Narrative Matters 2004, Fredericton, New Brunswick, Canada, May 21, 2004

**In Association with the Council on Education in Management, Charlotte, North Carolina**

*Accommodating Psychiatric Disabilities: Avoiding the Legal Pitfalls of the ADA.* H.R. Conference, Palm Springs, California, March 28th, 2003

**In Association with Matthew Bender Legal Publishing, New York:**

*Psychiatric Disabilities and California Workplace Requirements,* With the Bar Association of San Francisco, San Francisco, April 20, 1999

*Psychiatric Disabilities Under the Americans With Disabilities Act: Without Pretrial Strategy,* Atlanta, Georgia, November 12, 1998

*Psychiatric Disabilities Under the Americans With Disabilities Act: Pretrial Strategy,* Los Angeles, California, May 28, 1998

*Cognitive Assessment and Curriculum,* Department of Educational Policy, Urban Leadership Program, Graduate School of Educational Leadership, California State University at Sacramento, September 27, 2002

**THE CRITICAL MOMENTS GROUP**                           **FIELDS6055**

"Part I – Responding Creatively to Cultural Diversity through Case Stories" and "Part II – Strategies and Challenges for a Campus-wide Diversity Project: Models of Integrating Critical

13

George W. Woods, Jr., M.D.
Curriculum Vita
Page 14

Moments", 14[th] Annual Conference on Race and
Ethnicity in American Higher Education, Seattle,
Washington, June 2, 2001

"Teaching Complex Case Stories," Faculty
Development, Loras College, Dubuque, Iowa, February
28, 2001

"Critical Moments: Creating a Diversity Leadership
Learning Community", 13th Annual National Conference
on Race and Ethnicity in American Higher Education
(sponsored by the University of Oklahoma's
Southwestern Center for Human Relations Studies),
Santa Fe, New Mexico, June 3, 2000

"Critical Moments: Practicum on Teaching Diversity
Through Case Stories," 13th Annual National
Conference on Race and Ethnicity in American Higher
Education(sponsored by the University of Oklahoma's
Southwestern Center for Human Relations Studies),
Santa Fe, New Mexico, June 3, 2000

"Improving Undergraduate Education: Teaching and
Learning in the Context of Cultural Differences,"
The Washington Centers for Improving the Quality of
Undergraduate Education, 13th Annual Conference,
Seattle, Washington, February 25, 2000

"Critical Moments: Deepening Our Understanding of
Cultural Diversity through Critical Analysis,
Effective Interviewing, Case Writing, and Case
Teaching," The Washington Center, Evergreen State
College, Olympia, Washington, November 11-12, 1999

"Teaching Complex Issues with Case Studies: A
Workshop for Faculty and Graduate Teaching
Assistants," University of Nebraska at Lincoln's
Teaching and Learning Center and Critical Moments
Project, September 7, 1999

"Critical Moments: Writing the Stories of Diverse
Students," Washington Center for Improving the
Quality of Undergraduate Education Workshop for
College and University Faculty, Administrators,
Staff and Students, Evergreen State College,
Bothell, Washington, August 23 - 27, 1999

"Critical Moments: A Case Study Applied to Assessing
the Cultural Isolation of Under-represented College
Students," Presented at "Transforming Campuses
Through Learning Communities," National Learning
Communities Conference, Seattle, Washington, May 20
- 23, 1999

FIELDS6056

14

George W. Woods, Jr., M.D.
Curriculum Vita
Page 15

Contextualism and Multi-cultural Psychology -
Graduate Seminar University of Nebraska,
Omaha, Nebraska, April 01, 1993

Curriculum and Developmental Stages - North
Central Educational Research Lab, Northwestern
University, July 1992

PUBLICATIONS:

Critical Moments: Responding Creatively to Cultural
Diversity Through Case Stories; Third Edition, Diane
Gillespie, Ph.D. and George Woods, Jr., M.D., 2000

Offices:

Oakland, Atlanta, Seattle, San Antonio

1-866-646-0509

gwwoods@comcast.net, gwwoods@concentric.net

**This Curriculum Vita Updated February 14, 2005**

**FIELDS6057**



GEORGE W. WOODS, JR., M.D.

A PROFESSIONAL CORPORATION
DIPLOMATE OF THE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY

CURRICULUM VITA
GEORGE W. WOODS, Jr., M.D.

EDUCATION:

Westminster College, Salt Lake City, Utah
Graduated 1969

University of Utah, 50 North Medical Drive,
Salt Lake City, Utah
Graduated 1977

Internship – Medical/Surgical, Highland
Hospital, Oakland, California, July 1977 to June
1978

Residency – Psychiatric – Pacific Medical Center
San Francisco, California, 1981
Chairman:  Allen Enelow, M.D.

Fellowship – APA/NIMH Fellowship Pacific Medical
Center, San Francisco, California, 1981 to 1982
Chairman:  Jeanne Spurlock, M.D.

LICENSES, CERTIFICATIONS, AND DIRECTORSHIPS:

Licensed Physician in California, 1979

Interim License, Zanzibar Revolutionary Government,
2004-2005

Certified by the American Board of Psychiatry
and Neurology, 1992

Fellow: American Psychiatric Association, 2004

International Board of Directors, International
Academy of Law and Mental Health, 2003

FIELDS6058

Advisory Board, Health Law Institute, DePaul
University College of Law, 2004

Advisory Board, Human Dignity and Humiliation
Studies, University of Oslo, Norway, 2004

1

George W. Woods, Jr., M.D.
Curriculum Vita
Page 2


Board of Directors, The Center for African Peace and Conflict Resolution, College of Health and Human Services, California State University, Sacramento, May 2004


CLINICAL PROFESSIONAL EXPERIENCE:

Clinical Consultant, Kidongo Chekundu Mental Hospital, Zanzibar, Tanzania, December 2004

Scientific Committee, International Academy of Law and Mental Health, June 2004

Advisor to the Jomo Kenyatta National Hospital, PTSD Project, Nairobi, Kenya, May 27, 1999 to 2003

Consultant to the Board of Directors, Crestwood Behavioral Health Systems, Stockton, California, 1998 to 2004

Technical Advisor, Documentation Committee, Operation Recovery, Kenya Medical Association, August 1998 to 2004

Technical Advisor to Recovery Services, Ministry of Health, United Republic of Tanzania, August 1998 to 2003

Individual Private Practice, Oakland, California, 1996 to Present

Individual Private Practice, San Francisco, California, 1996

Individual Private Practice, Pinole, California, 1988 to 1996

Consultant, Insomnia Division of the Sleep Disorders Center, Doctors Hospital, Pinole, California, 1990 to 1995

Senior Consulting Addictionologist, New **FIELDS6059** Beginnings Programs, San Ramon and Pinole, California, 1994 to 1996

Chemical Dependency Consultant, Physicians' Advisory Committee, Alameda Contra Costa Medical Association, 1994 to 1995

George W. Woods, Jr., M.D.
Curriculum Vita
Page 3

Clinical Director, New Beginnings Chemical
Dependency Program, Doctors Hospital, Pinole,
California, December 1989 to 1994

Medical Director, Pain Management Program,
Doctors Hospital, Pinole, California, 1990-1994

Coordinator, Insomnia Division of the Sleep
Disorders Center, Doctors Hospital, Pinole,
California, 1990 to 1994

Qualified Medical Examiner, Industrial
Medical Council, State of California,
1992 to 1994

Psychiatric/Pharmacologic Consultant, Triumph
Over Pain (TOP Program), Kentfield
Rehabilitation Hospital, Kentfield, California,
1991 to 1994

Private Practice, Comprehensive Psychiatric
Services, Walnut Creek, 1988 to 1993

Psychiatric Consultation, NeuroCare Corporation,
Concord, California, 1991 to 1993

Staff Psychiatrist, Crestwood Manor, Vallejo,
California, 1983 to 1990

Medical Director, Westside Geriatric Services of
Family Service Agency of San Francisco, 1982
to 1983

Staff Psychiatrist – Villa Fairmont Psychiatric
Facility, 15400 Foothill Lane, San Leandro,
California, 1982 to 1983

Assistant Director of the Inpatient Center,
Director of Geriatric Services, Pacific Medical
Center, 2121 Clay Street, San Francisco,
California, 1981 to 1982

Medical Director, Clinica De La Raza, Blythe,
California, 1980 to 1981

Emergency Room Physician, Medical Emergency
Services, Fairmont Hospital, San Leandro,
California, 1979 to 1981

Emergency Room Physician, Psychiatric Emergency
Services, Highland General Hospital, Oakland,
California, 1979 to 1981

Faculty and Professional Appointments:

FIELDS6060

3

George W. Woods, Jr., M.D.
Curriculum Vita
Page 4

Adjunct Professor, California State University, Sacramento, Department of Educational Leadership and Public Policy, Sacramento, California, January 1, 2003 to present

Adjunct Professor, Morehouse College School of Medicine, Atlanta, Georgia, March 01, 2002 to present

Affiliate Professor, University of Washington, Bothell Campus, Interdisciplinary Arts and Sciences, 1999 to 2004

Adjunct Professor, University of California, Davis, Department of Psychiatry Forensic Fellowship, 1996 to June 24, 20

Adjunct Professor, University of Nebraska, Omaha, College of Public Affairs, 1986 to 2002

Summer Faculty, North Central Educational Research Laboratory, Northeastern University, 1992

Professional Lectures:

*Medical Diseases with Psychiatric Manifestations:* Morrison and Foerster, LLP, February 8, 2005

*Diagnosis and Treatment of malaria-induced altered mental states: Kidongo Chekundo Mental Hospital, Zanzibar, Tanzania, December 12, 2004*

*Law, Mental Health, and Popular Culture:* University of San Francisco College of Law, November 4, 2003

*Accomodating Mental Illness in the Workplace:* 28th International Conference, International Academy of Law and Mental Illness, October 3, 2003

*Cultural and Psycho-biological Factors In the Assessment and Treatment of Trauma: Don't Believe Everything You Think,* Traumatology 1003, The Trauma Recovery Institute, Morgantown, West Virginia, February 3, 2002

*Trauma, Recovery and Resiliency,* University of Washington, Bothell Campus, October 10, 2001

FIELDS6061

*Understanding the Relationship Between Neuroimaging, Neuropsychology, and Behavior,* National Medical Association 2001 Annual Convention and Scientific Assembly, Nashville, Tennessee, August 07, 2001

4

George W. Woods, Jr., M.D.
Curriculum Vita
Page 5

*The Thrill Is Gone,* Keynote Address, African
American History Month, Loras College, Dubuque,
Iowa, February 28, 2001

*Disparate Access to Healthcare,* University of
Washington, Bothell Campus Nursing Program, February
19, 2001

*Anger Management,* West Contra Costa Stroke and
Aphasia Support Group, Doctors Hospital, San Pablo,
California, November 2, 2000

*Race, Culture and Bio-ethics,* American Society for
Bio-ethics Annual Conference, Panel Discussion, Salt
Lake City, Utah, October 28, 2000

*Globalization and Postmodernism,* International
Congress on Law and Mental Health, Siena, Italy,
July 13th, 2000

*Globalization and Neuropsychiatry: Answers that
Transcend Culture?* International Congress on Law and
Mental Health, Siena, Italy, July 13th, 2000

*Managed Care in the Kenyan Medical Environment,*
Kenyan Medical Association, Aga Khan Hospital,
Nairobi, Kenya, September 07, 1998

*The Relationship Between Holidays and Mood
Disorders* – Doctors Hospital, Pinole,
California, November 22, 1994

*The Role of the Mental Health Expert as a
Liaison Between Chemical Dependency and Pain
Management Programs* – American Academy Of Pain
Management, Vancouver, Canada, August 18-21, 1994

*Chemical Dependency: Selected Topics* – Critical
Care Conference, Doctors Hospital, Pinole,
California, March 21, 1994

*Detox:  The First Step to Recovery* – National
Medical Enterprises Management Services Division
Annual Conference, Colorado Springs, Colorado,
October 13, 1993

*Substance Use and Substance Induced Organic
Mental Disorders* – National Medical Enterprises
Management Services Division Annual Conference,
Colorado Springs, Colorado, October 12, 1993

FIELDS6062

*Dual Diagnosis in the Inpatient Setting* –
Professional Seminar, Doctors Hospital, Pinole,
California, September 27, 1993

5

George W. Woods, Jr., M.D.
Curriculum Vita
Page 6

> *Depression and Strokes* – Brookside Hospital,
> San Pablo, California, March 03, 1993
>
> *Drug Interactions in the ICU* – Clinical Care
> Rounds, Doctors Hospital, Pinole, California,
> March 1992
>
> *Overview of Sleep Disorders* – Grand Rounds,
> Doctors Hospital, Pinole, California, January
> 1992
>
> *Benzodiazepines: Uses and Abuses* – Grand
> Rounds, Brookside Hospital, San Pablo,
> California, May 1991
>
> *Sleep Disorders in Schizophrenia* – Quarterly
> Medical Staff Meeting, East Bay Hospital, March
> 1990
>
> *Afro-Centricity in Psychology* – Grand Rounds,
> San Francisco General Hospital, San Francisco,
> California, 1987
>
> *Geriatric Psychiatry* – University of Southern
> California, 1982

Professional Affiliations:

> California Medical Association
>
> Northern California Psychiatric Society
>
> American Society of Addiction Medicine
>
> American Psychiatric Association
>
> Black Psychiatrists of America
>
> American Neuropsychiatric Association
>
> American Psychological Association

Clinical Professional Activities:

> Scientific Committee, International Academy of Law
> and Mental Health, June, 2004
>
> Physicians' Advisory Committee, Alameda Contra
> Costa Medical Association, Oakland, California,
> 1993 to 1995

FIELDS6063

6

George W. Woods, Jr., M.D.
Curriculum Vita
Page 7

Physicians' Advisory Committee, Doctors
Hospital, Pinole, California, 1991 to 1996;
Chairman, 1994 to 1995

Medical Privileges Committee, Doctors Hospital,
Pinole, California, 1993 to 1996

Board of Directors, Solano Park Hospital, Fairfield,
California, 1993 to 1994

Board of Directors, East Bay Hospital, Richmond,
California, 1992 to 1993
Chief of Staff, East Bay Hospital, Richmond,
California, 1992

Chairman, Medical Executive Committee, East
Bay Hospital, Richmond, California, 1992
Allied Health Committee, Doctors Hospital,
Pinole, California, 1992

Pharmacy & Therapeutics Committee, Doctors
Hospital, Pinole, California, 1992

Professional Activities Committee, East Bay
Hospital, Richmond, California, 1991

Psychiatry Committee, Chairman, East Bay
Hospital, Richmond, California, 1990

Honors:

Outstanding Professor Award, Goodrich Program,
Department of Public Policy, University of
Nebraska at Omaha, 1993

National Medical Enterprises' Outstanding
Medical Director for Psychiatric, Rehabilitation
and Recovery Hospitals, 1992

Chief of Staff Award for Outstanding Service,
East Bay Hospital, Richmond, California, 1992

Publications:

Abueg, Woods, Watson: *Disaster Trauma*; **Cognitive-Behavioral Strategies in Crisis Intervention**: Second
Edition, Guilford Press, New York and London; pages
273-290

**FIELDS6064**

FORENSIC PRACTICE:

Consultant to the Victims' Assistance Program,
State Board of Control, State of California,
Sacramento, California, 1994 to 2001

7

George W. Woods, Jr., M.D.
Curriculum Vita
Page 8

Medical Examiners Panel, San Francisco
County, Marin County and Contra Costa County
Superior Courts, 1983 to Present

Psychiatric Consultant to Civil, Criminal and
Appellate Judicial Proceedings Nationally, 1981
to Present

Professional Lectures:

*Demystifying Emotional Damages Claims*, Paul,
Hastings, Janofsky & Walker, San Francisco,
California, January 15, 2002

*An Introduction To Multi-Axial Assessment and
DSM-IV*, Second National Seminar on Mental Illness
and the Criminal Law, Miyako Hotel, San Francisco,
California, September 7 – 10, 2000

*Psychiatric Manifestations of Medical Disorders*,
Second National Seminar on Mental Illness and the
Criminal Law, Miyako Hotel, San Francisco,
California, September 7 – 10, 2000

*An Introduction To Multi-Axial Assessment and
DSM-IV*, First National Seminar on Mental Illness and
the Criminal Law, Radisson Hotel, Washington, D. C.,
August 6 – 9, 1999

*Psychiatric Manifestations of Medical Disorders*,
First National Seminar on Mental Illness and the
Criminal Law, Radisson Hotel, Washington, D. C.,
August 6 – 9, 1999

*The Kenya/Tanzania Embassy Bombings: When Forensic
Science, Politics, And Cultures Collide –*
International Academy On Law and Mental Health,
Toronto, Quebec, Canada, June 17, 1999

*Research Collaboration Between East Africa and the
United States,* World Psychiatric Association/Kenya
Psychiatric Association, First Annual Conference,
Nairobi, Kenya, May 24, 1999

*Trauma/Resiliency In East Africa Workshop,* World
Psychiatric Association/Kenya Psychiatric
Association, First Annual Conference, Nairobi,
Kenya, May 23, 1999 **FIELDS6065**

8

George W. Woods, Jr. MD
Curriculum Vita
Page 9

*Mental Health Litigation and The Workplace,*
Sponsored by:  University of California Davis Health
System, Division of Forensic Psychiatry, Department
Of Psychiatry, and Continuing Medical
Education, Silverado Country Club, Napa,
California, March 6-7, 1998

*Psychological Disabilities: Charting A Course Under
The ADA and Other Statutes,* Yosemite Labor and
Employment Conference, Yosemite, California,
February 21, 1998

*Current Trends in Psychiatry and the Law: Developing
A Forensic Neuro-Psychiatric Team* CLE,
Federal Public Defenders For The District Of Oregon,
Portland, Oregon, January 23, 1998

*The Changing Picture of Habeas Litigation,* The
National Habeas Training Conference, New Orleans,
Louisiana, August 21-24, 1997

*Accommodating Mental Illness In The Workplace,*
Employment Law Briefing, Orange County, July 31,
1997

*Accommodating Mental Illness In The Workplace,*
Employment Law Briefing, Palo Alto, California, July
15, 1997

*Accommodating Mental Illness In The Workplace,*
Employment Law Briefing, Morrison & Foerster, San
Francisco, June 20, 1997

*Psychiatric Evaluations in the Appellate Process –*
Emory University, Department of Psychiatry, Forensic
Fellowship, Atlanta, Georgia, May 9, 1997

*So You Wait Until Discovery Is Over to Consult with
a Psychiatrist?  Can You Tell Me More About That? –*
Morrison and Foerster Labor Law College,
Los Angeles, California, April 19, 1997

*The Changing Cultural Perspectives in Forensic
Psychiatry –* San Francisco General Hospital Grand
Rounds, San Francisco, California, February 13, 1997

*Evaluation of an Elementary School Child:* **FIELDS6066**
*Criminal Competency and Criminal Responsibility*
*–* Stanford University School of Medicine,
Department of Psychiatry and Behavioral
Sciences, Division of Child Psychiatry and Child
Development, Grand Rounds, Palo Alto,

9

George W. Woods, Jr., M.D.
Curriculum Vita
Page 10

California, December 11, 1996
*Forensic Psychiatry: Cultural Factors in
Criminal Behavior, Malingering, and Expert
Testimony* - The Black Psychiatrists of America
Transcultural Conference, Dakar, Senegal, West
Africa, November 13, 1996

*Dangerousness: Evaluation for Risk Assessment* -
Grand Rounds, Department of Psychiatry, University
of California at Davis, June 05, 1996

*Violence In The Workplace: A Psychiatric
Perspective Of Its Causes and Remedies* - The
Combined Claims Conference of Northern
California, Sacramento, California, October 05,
1995

*Experts: New Ways to Assess Competency -
Neurology and Psychopharmacology* - Santa Clara
University Death Penalty College, Santa Clara,
California, August 07, 1995

*Multiple Diagnostic Categories in Children Who
Kill: Psychological and Neurological Testing and
Forensic Evaluation* - The American College of
Forensic Psychiatry 13th Annual Symposium,
San Francisco, California, April 27, 1995

*Mock Trial: Client Competence in a Criminal
Case:  Testing the Limits of Expertise-The
Psychiatrist's Opinion as Scientific, the
Expert's Foundation As Sufficient* - The American
College of Forensic Psychiatry 13th Annual
Symposium, San Francisco, California, April 28,
1995

*The Use of Psychologists In Judicial Proceedings*
- The California Attorneys for Criminal
Justice/California Public Defenders Association
Capital Case Seminar, Monterey, California,
February 18, 1995

*Commonly Seen Mental Disorders in Death Row
Populations* - The California Appellate Project,
Training Session for Legal Fellows and Thurgood
Marshall Investigative Interns, San Francisco,
California, September 30, 1994

*Anatomy of a Trial* - Mock Trial Participant, The
California State Bar Annual Convention, Anaheim,
California, September 24, 1994

**FIELDS6067**

*Developing a Forensic Neuropsychiatric Team* -
The American College of Forensic Psychiatry 12th

10

George W. Woods, Jr., M.D.
Curriculum Vita
Page 11

Annual Symposium In Forensic Psychiatry,
Montreal, Quebec, May 06, 1994

*Responsibility in Forensic Psychiatry* –
Department of Criminology Faculty Seminar,
University of Nebraska at Omaha, April 16, 1994

*Attorney/Investigator Workshop:  Brain Function*
– The 1994 California Attorneys for Criminal
Justice/California Public Defenders Association
Capital Case Seminar, Long Beach, California,
February 20, 1994

*Appellate and Habeas Attorney/Investigator*
*Workshop:  Evaluating Mental Health Issues in*
*Post-Conviction Litigation* – The 1994 California
Attorneys for Criminal Justice/California Public
Defenders Association Capital Case Defense
Seminar, Long Beach, California, February 19,
1994

*Psychological Issues in Police Misconduct* –
Police Misconduct Litigation, National Lawyers
Guild, San Francisco, November 13, 1993

*Neuropsychiatry, Neuropsychology and Criminal*
*Law* – Maricopa County Office of the Public
Defender, Seminar on Investigation for
Mitigation and Capital Cases, Phoenix, Arizona,
June 02, 1993

*Working With Experts* – California Appellate
Project, San Francisco, California, December 05,
1993

*Forensic Psychiatry and Ethnicity* – Black
District Attorneys Association, National
Convention, 1991

**In Association With The National Institute of Trial**
**Advocacy Training, Notre Dame University, South**
**Bend, Indiana:**

New York University Law School, New York City, June
14 – 17, 2001

**FIELDS6068**

University of North Carolina Law School, Chapel
Hill, North Carolina, January 17 – 20, 2001

University of Houston Law School, Houston, Texas
January 19 – 24, 2000

11

George W. Woods, Jr., M.D.
Curriculum Vita
Page 12

University of Tennessee Law School
Knoxville, Tennessee, January 14 – 16, 1999

Atlanta, Georgia, August 27-30, 1998

University of Texas Law School, Austin, Texas, June 25-28, 1998

Temple University School of Law, Philadelphia, Pennsylvania, January 29 – February 1, 1998

Professional Forensic Publications

"Psychiatry and Criminal Law", *Contra Costa Lawyer*, Volume II, No. 8, August 1998

*Mock Trial: Client Competence in a Criminal Case:  Testing the Limits of Expertise - The Psychiatrist's Opinion as Scientific, The Expert's Foundation As Sufficient* - April 1995, Available from The American College Of Forensic Psychiatry on Audiotape

*Multiple Diagnostic Categories in Children Who Kill:  Psychological and Neurological Testing and Forensic Evaluation* - April 1995, Available from The American College of Forensic Psychiatry on Audiotape

*Developing a Forensic Neuropsychiatric Team* - May, 1994, Available from The American College of Forensic Psychiatry on Audiotape

*Anatomy of a Trial* - September, 1994, Available from The California State Bar Association on Audiotape

Professional Affiliations:

American College of Forensic Psychiatry

American Academy of Psychiatry and The Law

The American College of Forensic Examiners FIELDS6069

International Academy of Law and Mental Health

**EDUCATIONAL, BUSINESS, & PROFESSIONAL DEVELOPMENT:**

12

George W. Woods, Jr., M.D.
Curriculum Vita
Page 13

Consultant, Corporate Structure, Tostan, Non
Governmental Organization, Theis, Senegal, March
2004

Consultant to Vulcan Industries, Seattle,
Washington, December 21, 2001 to March 2003

## Educational/Corporate Presentations

*Toward Effective Retention Efforts: The use of
narratives in understanding the experiences of
racially diverse college students.* Narrative Matters
2004, Fredericton, New Brunswick, Canada, May 21,
2004

**In Association with the Council on Education in
Management, Charlotte, North Carolina**

*Accommodating Psychiatric Disabilities: Avoiding the
Legal Pitfalls of the ADA.* H.R. Conference, Palm
Springs, California, March 28th, 2003

**In Association with Matthew Bender Legal Publishing,
New York:**

*Psychiatric Disabilities and California Workplace
Requirements,* With the Bar Association of San
Francisco, San Francisco, April 30, 1999

*Psychiatric Disabilities Under the Americans With
Disabilities Act: Without Pretrial Strategy,*
Atlanta, Georgia, November 12, 1998

*Psychiatric Disabilities Under the Americans With
Disabilities Act: Pretrial Strategy,* Los Angeles,
California, May 28, 1998

*Cognitive Assessment and Curriculum,* Department of
Educational Policy, Urban Leadership Program,
Graduate School of Educational Leadership,
California State University at Sacramento, September
27, 2002

**THE CRITICAL MOMENTS GROUP**              **FIELDS6070**

"Part I – Responding Creatively to Cultural
Diversity through Case Stories" and "Part II –
Strategies and Challenges for a Campus-wide
Diversity Project: Models of Integrating Critical

George W. Woods, Jr., M.D.
Curriculum Vita
Page 14

Moments", 14[th] Annual Conference on Race and Ethnicity in American Higher Education, Seattle, Washington, June 2, 2001

"Teaching Complex Case Stories," Faculty Development, Loras College, Dubuque, Iowa, February 28, 2001

"Critical Moments: Creating a Diversity Leadership Learning Community", 13th Annual National Conference on Race and Ethnicity in American Higher Education (sponsored by the University of Oklahoma's Southwestern Center for Human Relations Studies), Santa Fe, New Mexico, June 3, 2000

"Critical Moments: Practicum on Teaching Diversity Through Case Stories," 13th Annual National Conference on Race and Ethnicity in American Higher Education(sponsored by the University of Oklahoma's Southwestern Center for Human Relations Studies), Santa Fe, New Mexico, June 3, 2000

"Improving Undergraduate Education: Teaching and Learning in the Context of Cultural Differences," The Washington Centers for Improving the Quality of Undergraduate Education, 13th Annual Conference, Seattle, Washington, February 25, 2000

"Critical Moments: Deepening Our Understanding of Cultural Diversity through Critical Analysis, Effective Interviewing, Case Writing, and Case Teaching," The Washington Center, Evergreen State College, Olympia, Washington, November 11-12, 1999

"Teaching Complex Issues with Case Studies: A Workshop for Faculty and Graduate Teaching Assistants," University of Nebraska at Lincoln's Teaching and Learning Center and Critical Moments Project, September 7, 1999

"Critical Moments: Writing the Stories of Diverse Students," Washington Center for Improving the Quality of Undergraduate Education Workshop for College and University Faculty, Administrators, Staff and Students, Evergreen State College, Bothell, Washington, August 23 – 27, 1999

"Critical Moments: A Case Study Approach to Understanding the Cultural Isolation of Under-represented College Students," Presented at "Transforming Campuses Through Learning Communities," National Learning Communities Conference, Seattle, Washington, May 20 – 23, 1999

FIELDS6071

14

George W. Woods, Jr., M.D.
Curriculum Vita
Page 15

> Contextualism and Multi-cultural Psychology –
> Graduate Seminar University of Nebraska,
> Omaha, Nebraska, April 01, 1993
>
> Curriculum and Developmental Stages – North
> Central Educational Research Lab, Northwestern
> University, July 1992

PUBLICATIONS:

> Critical Moments: Responding Creatively to Cultural
> Diversity Through Case Stories; Third Edition, Diane
> Gillespie, Ph.D. and George Woods, Jr., M.D., 2000

Offices:

> Oakland, Atlanta, Seattle, San Antonio
>
> 1-866-646-0509
>
> gwwoods@comcast.net, gwwoods@concentric.net

**This Curriculum Vita Updated February 14, 2005**

**FIELDS6072**