

**Re:expert**

Skip_Gant  to  Julia O'Connell, gloris                                    04/20/2004 05:56 PM

Cc:  "Ron Lax"

---

Sorry for the late reply, I've been tied up in consulting on a military case
that's taken up all of my time.

George was here in the office just the other day and gave me a bit of his time
and expertise on the military case.  I've known him for years and have always
been impressed.

_____Reply Separator_____
Subject:   expert
Author: gloris@inquisitorinc.com
Date:     4/15/2004 11:14 AM

Skip, what do you think about George Woods?  He's a neuropsychiatrist and
Mike Passino has been very pleased.  He was at the post conviction hearing
in Jackson, Tn. yesterday on the case in which I testified.  Don Dawson and
the post conviction defender's office had him there.  Mike Passion told me
he had heard about potential grounds for impeachment re: Woods, but he was
not specifically aware of the problem.  Mike thinks he's a great witness.

Mike is sending me his CV and I will fax it to both of you, in the event
you're not familiar with him.  I have his contact information, also.

**FIELDS15621**