

**Re[2]:**

Julia O'Connell  to  gwwoods                                  09/20/2004 02:34 PM

Hi~
Hope life is good for you.  I have several important things to ask/inform you
about:

1.  End of fiscal year is Sept. 30.  We need a bill for your services to date,
and we need it soon.  If we submit it too close to the 30th, it may fall into
the federal government's black hole.  We've left 2 messages for Missy, but
haven't heard back.  So, I thought I'd better let you know that payment will go
much smoother if invoices are submitted soon.  We will re-do our contract on
October 1 for future work, to cover the next fiscal year.

2.  The judge has not yet ruled on my motion for continuance of the notice for
mental health.  Thus, I am having to assume for case prep purposes that the
deadline is Sept. 29th.  Accordingly, I would like to find a time to confer with
you and Skip Gant at the same time, so we can understand the direction we're
going.  There's only a 50/50 chance the judge will give me more time.   Is it
possible for us to have a phone conference prior to the 27th (that gives me 2
days to write my notice if I don't get my extension)?  We can always change this
if we get more time.  I will know the judge's ruling in the next few days, and
will let you know.

3.  When are you planning to come do the neurological exam on Fields?  You
mentioned the end of September when you were here last.  That may be an ideal
time to do a group conference (if our motion for extension is granted), in which
case you will want to schedule at least an extra half-day for meeting with the
defense team.  If we know a date, I can coordinate so that Skip, Glori and
anyone else can be there.  We can also include Dr. Gelbort if you'd like.

4.  What about possible diagnostic imaging?  Is there any you are considering,
and if so, what?  This question is for budget purposes.  Any and all
possibilities should be included, just so I can get my team going on locating
facilities & determining costs.

Thanks a ton!
Julie

**FIELDS15666**



**FIELDS mental health**

Julia O'Connell  to  Skip Gant

09/20/2004 03:23 PM

Hey--
I have a couple things to run by you:
1.  I think we should have a mental health meeting.  If the judge doesn't give me more time, it may have to be soon.  Rather than a phone conference, a REAL meeting is far more preferable to me.   Dr. Woods will be coming to Tulsa for the neurological exam, no exact date yet, but sometime in the next few weeks. That would put him HERE.  Glori could come,  and I could probably even get Dr. Gelbort (the neuropsychologist) a plane ticket to be here, too, if we want him.   I'd like you to be here as well, because it seems we may have to work intensely with these two doctors to get them on the same page.  Also, we may have two phenomena going on here--  brain damage and "manic switch" (a medication thing).  Your thoughts?  Your schedule?
2.  I will definitely be in Salt Lake, so we can do our other planning there, if that works for you.
3.  Do you have access to (I am in desperate need of) a motion for  appointment of "firewall" counsel (or whatever they call the mental-health-only-out-of-district-prosecutor-to-deal-with-mental-health-litigation)? And, where can we get a list of cases where the judge ACTUALLY made the US Atty provide the firewall counsel?  This judge is persuaded by things done in the past.
4.  If the judge doesn't grant my continuance, Rule 12.2 notice AND RELATED MOTIONS are due Sept. 29.  Thus, I think the motion to require "firewall" counsel would be best presented then.  So I'd like to see some that others have done if you know of any.  I have some other ideas, along these lines, that I'll talk to you about later.
Let me know--
J.

**FIELDS15667**