Because of recent

① Continuance is necessary to provide adequate opportunity for the development of △'s mitigation evidence

② On 8/24/04,

Counsel ~~has recently been~~ was informed that, △'s neuropsychological test results indicate frontal lobe impairment. In layman's terms, the test results indicate the △ suffers from brain damage. Further, psychiatric eval. indicates the presence of mental illness.

As a result of the neuropsychological test results, coupled with findings from psychiatric examination of △, experts retained by the defendant have informed counsel that further examination and testing of △ is necessary to accurately + effectively determine the nature + extent of physical brain impairment + mental disease. The neurophsychiatrist retained to evaluate △ is located in California. ~~Additionally,~~ He has informed counsel that ~~to~~ a neurological examination of △ must be conducted in light of the findings of the doctor the neuropshychologist will not be available to return to Oklahoma to perform the evaluation until late September, 2004. Thereafter, additional testing may be indicated to document

The recently-discovered evidence of brain damage has significant mitigation value. Counsel

FIELDS12950