

### RE: XSpam:Re: Fields eval in Tulsa

George Woods, MD    o  'Julia O'Connell'                    06/18/2005 03:13 PM

History:        This message has been replied to.

The answer is no. Price is dangerous. We need to see what he has put
together so far. Send me his cv. Any issues with depression impacting the
personality testing should be resolved, since our guy is relatively stable
on medications. I assume nothing has changed, in terms of his medications.
Can you tell me what meds he is on now?

Thanks,

g

-----Original Message-----
From: Julia O'Connell [mailto:Julia_O'Connell@fd.org]
Sent: Saturday, June 18, 2005 12:07 PM
To: gwwoods@comcast.net
Subject: Fw: XSpam:Re: Fields eval in Tulsa


Hi again!!!!!
Just got this email from the government's neuropsychologist.
I think I have the "power" to tell him "no" on this....  am wondering if
there is a reason I should say "yes."
I didn't let Gelbort administer any personality testing, although he REALLY
wanted to do the MMPI, so badly that he actually left a test and answer
sheet with me to have someone administer it for him if I changed my mind.
The government's ph.d tried to talk me into it when he came here last week,
explaining that sometimes poor performance in frontal lobe functioning tests
is the result of an underlying mental condition, such as depression.
He tried to persuade me that the MMPI, PAI and PCL-R (yes, the PCL-R....
and no, I'm not so stupid as to think he could do ANYTHING good with the
PCL-R) were useful instruments to "corroborate" data from the
neuropsychological tests.
I told him "no" to any personality testing then.  Now he's making another
run at it, and has dropped the PCL-R from his list.  My knee-jerk reaction
is to say "no" again.
Any thoughts?
J.


----- Forwarded by Julia O'Connell/OKNF/10/FDO on 06/18/2005 01:59 PM -----

Randall Price
<jackran@sbcgloba
l.net>                                           **FIELDS14940**      To
                                    Julia O'Connell
06/18/2005 11:49                    <Julia_O'Connell@fd.org>
AM                                                                    cc

                                                                 Subject
                                    XSpam:Re: Fields eval in Tulsa



### RE: XSpam:Re: Fields eval in Tulsa

George Woods, MD o 'Julia O'Connell'                              06/18/2005 03:36 PM

---

Yeah,
Let's look at them. I know Price. We might be able to work with him. After
you talk with Grinage, call me. 510-758-5612.

g

-----Original Message-----
From: Julia O'Connell [mailto:Julia_O'Connell@fd.org]
Sent: Saturday, June 18, 2005 12:32 PM
To: George Woods, MD
Subject: RE: XSpam:Re: Fields eval in Tulsa

Dr. Grinage should call me & speak with me soon.  My impression was he
concurs, but I will discuss his thoughts and make sure before I hook the two
of you up with each other.

In that regard, please write your report with the idea that it is
preliminary, and we may have to tweak it into a final version over the next
several days.

The Texas doc is named J. Randall Price (goes by "Randy")...
neuropsychologist who does a lot of death work, on both sides.  Thing is,
he's got some kind of rivalry going with Gelbort, I gather.  Of course, my
thought is anyone who would help kill someone is dangerous....  including
this doctor.

I will send his CV as soon as I can get my hands on it.  It will probably be
Monday.

On a more interesting note...  the government farted off until just this
month.  So, they didn't ever get doctors hired.  The psychologist just got
hired LAST WEEK...  no joke...
And, the PSYCHIATRIST they hired is from Tulsa.  He's the vice-president and
medical director of the Laureate Psychiatric Hospital in Tulsa.  A very nice
place, where all the people with insurance go.  Anyway, his claim to
fame????  He's an EATING DISORDER SPECIALIST.

Want me to send an e-version of the govt's docs' CVs?  I don't have them
yet, but will yank some chains to get them.

J.

# FIELDS14944