

**RE: YIKES**

George Woods, MD  to  'Julia O'Connell'                    06/21/2005 06:22 PM

He's a psychologist. He doesn't know shit about medications, and Ed is being
treated now, so he's probably not very symptomatic. We'll have to look to
see if he did any tests of effort/malingering, to see how Ed performed.

g

-----Original Message-----
From: Julia O'Connell [mailto:Julia_O'Connell@fd.org]
Sent: Tuesday, June 21, 2005 3:18 PM
To: gwwoods@comcast.net
Subject: YIKES


Well, Randall Price is NOT someone we can look to to help us.  I am faxing
you, right now, excerpts from his preliminary report.  I do not have the
whole thing, am not entitled to it, but can see that he's GUTTING us.

The reason I got this is because firewall counsel is supposed to send me
anything that could be mitigating or exculpatory (not necessarily whether it
matches my mitigation evidence).  And I'm only entitled to the mitigating
parts.  The firewall doesn't know much about mental health, so he guessed at
what was "mitigating."  I also know that he believes Fields malingered on
the voices thing.

I have his taped interviews of Fields, which I'm listening to now.  When I
get to the description of voices, I'll let you know.

Check your fax.

J.

**FIELDS14980**



**RE: YIKES**

George Woods, MD   o  'Julia O'Connell'                                    06/21/2005 06:38 PM

Call me. We'll eat this guy up.

g

-----Original Message-----
From: Julia O'Connell [mailto:Julia_O'Connell@fd.org]
Sent: Tuesday, June 21, 2005 3:32 PM
To: George Woods, MD
Subject: RE: YIKES

I did;  you should have it.  See our diagonsis?  Dysthymic disorder????

**FIELDS14981**