

### Re: Going to trial

Freedman  o  Julia O'Connell                                                  06/23/2005 01:01 PM

Cc:  lgreenman

---

I don't know that instrument - but the best answer to it is going to be
Gelbort doing real executive functioning testing, like the DKEFS which
we talked about previously.  Who is the author of that test that you
contacted?  that does seem to be the right first person.  You might care
about onset with frontal lobe problems when it comes from head injury -
not when it is developmental as your case - the records that pre-exist
the offense seem to be good rebuttal to this - you might try calling
Ruben Gur about this - at Penn (I can't find his number but Lisa
probably has it)

if he actually said psychopathy, he must have given the PCL - it isn't
in DSM and that is the only way he can use that language (although he is
from Texas and may just be used to saying that in cases without support
or concern about accuracy

so, what does your defense mental health team look like at this point?
will George testify? Gelbort? did you get that pscyhiatrist?

Julia O'Connell wrote:

> No chance in hell my case will settle.  Dr. Randy Price, the government's
> neuropsychologist, says my client has "dysthymic disorder," something I'd
> never even heard of before today.  So, just a little garden-variety mild
> depression.  Axis II?  "Personality diosorder, nos, with antisocial (and
> psychopathic), narcissistic, and dependent traits and features."  This is
> killing me!!!!
> He had to arrive at that shit by studying the prosecutor's "can you help me
> kill this guy" pre-retainer packet.  He didn't give any personality
> testing.  How does he get to a diagnosis like that?
> I have this information because firewall was supposed to give me any parts
> of the report that may be mitigating, and he doesn't have the context in
> which to make that determination.  So he gave me parts of the report...
> some is helpful, most of it guts me though.
>
> OK.  That's off my chest.
>
>
> Do either of you guys know someone who knows a lot about the Frontal
> Systems Behavior Scale?  I have already emailed the author and asked for a
> consult.  Looks like this instrument has the client rate himself before and
> after "illness."  Here, doc asked him to rate himself before and after
> INCARCERATION (I heard it on the tape).  Then, he says client rated his
> dysfunction  at an "extremely elevated" score, an<span>**FIELDS15001**</span>) that
> usually happens with certain groups like ADHD, antisocial personality
> disorder, etc.   I'm trying to figure out how this test is even appropriate
> in my situation, where there's no onset of illness...   rather, we probably
> have organic impairment due to birth conditions.    Ideas on who to talk
> to, where to go, other than directly to the author?
>
> Crap.
>

FIELDS15001

Your latest email requested a more detailed justification for administering the MMPI-2 and the PAI.  I'm not sure how to respond except to reiterate what I have previously stated and to refer you to Neuropsychological Assessment by Muriel Lezak, et al, (4th edition, 2004) and to Essential of Neuropsychological Assessment by Hebben and Milberg (2002).  Lezak devotes 50 pages (Chapter 8) to differential diagnostic issues, which is the crux of using personality and emotional measures in a neuropsychological evaluation.  Hebben and Milberg write: "when working in a psychiatric setting or when there is a strong suspicion that an individual has a psychiatric diagnosis by history or because of the referral question, the neuropsychologist should include test instruments such as the MMPI-2, the Beck Scales, or other personality or symptom inventories relevant to the question at hand." (p. 172).

Thanks,

Randy Price

**FIELDS15002**