Subject: Re[2]: Fwd[2]:Re: Edward Fields Draft Report
From: Julia O'Connell <Julia_O'Connell@fd.org>
Date: Wed, 9 Mar 2005 13:26:54 -0600
To: Freedman <freedman99@earthlink.net>

No explanation on why he didn't call us back.  He tried to say, "Well, call me at this number (his cell) and I'll always get back to you."  But Skip gave him the squeeze on that, and told him he'd actually called that very number several times without a call back.  So the doc said he was sorry (not very convincingly) and promised to call back any time we leave a message on his cell.

I don't know how far I want the report to go, for several reasons.  One being that I may show it to the gov't for settlement purposes;  the other being that my claim to fame isn't brain damage, it's the manic flip due to Effexor (the flip complicated by Tylenol PM for sleep problems, and then add on top maybe even some brain damage)....

As I already informed you, the doc didn't call George Woods and ask Woods what testing to do, although I hired him with the understanding that was going to happen.  Instead, I find out months later that the two doctors had never spoken to one another.

Dr. Woods was dismayed when he first heard about the test battery, because it isn't a standard protocol.  But after he spoke with Gelbort about the case & the testing, Woods emailed me that he was much more comfortable with Dr. Gelbort.j

So, I'm at the moment not sure what I want to do.  I'm just glad to have a report.

J.

**FIELDS4684**

Subject: Re:RE: Fwd[2]:Re: Edward Fields Draft Report
From: Julia O'Connell <Julia_O'Connell@fd.org>
Date: Wed, 9 Mar 2005 18:11:27 -0600
To: "Lisa Greenman" <lgreenman@starpower.net>, "'Freedman'" <freedman99@earthlink.net>,
"'Julia O'Connell'" <Julia_O'Connell@fd.org>, "'Julia OConnell'" <kikntake@swbell.net>

One thing to keep in mind is that I have George Woods, who is my real
mental health expert.  His report will be far more comprehensive (and
valuable).  Quite frankly, I'd rather rely on George than this guy.
The potential brain damage has some value, but it's not a huge part of my
mitigation.  It just enters the equation, complicating the client's ability
to make it through his hyper-manic state.

On the negotiation front, we've been stalled for a month.  The prosecutor
wants to do his own testing to make sure I'm not lying.  They haven't
started anything...  he keeps trying to get me to agree to a BOP inpatient
stint, which I refuse to do.

By the way, my psychologist friend has agreed to get the data from Gelbort
and then provide it to us.  He worked on the case very early...  the
government (at initial appearance) requested a competency AND INSANITY
evaluation, and seemed shocked when we resisted.  I hired my pal to go do a
competency eval in the jail that very day, and he did.  We objected to the
govt's motion, put the doc up, and argued that it was a dirty trick
designed to interfere with the defense and discover mental health
information they wouldn't otherwise get until 2nd stage.  (Plus, since when
do they get an insanity evaluation when we haven't even given notice?)

Weird thing, though.  I have had two homicide cases since I came back to
this office--  in two different districts--  and both times, the government
moved at initial appearance for a competency evaluation.  Seems like an
organized effort to me.  I hope there aren't any lawyers out there falling
for it.

Dr. Gelbort has agreed to dinner meetings on Saturday and Sunday.  Can
either/both of you be there?

**FIELDS4685**

Subject: Re:Fields
From: Julia O'Connell <Julia_O'Connell@fd.org>
Date: Thu, 24 Mar 2005 17:25:06 -0600
To: Freedman <freedman99@earthlink.net>

He stood me up on Saturday, didn't call as promised.  I went to his session on Sunday and tracked him down, got him to commit to Monday morning breakfast.  (I had been expecting we would have dinner meetings Saturday and Sunday.)
We had a pleasant conversation, and I know very little more than I knew before.  I tell you:  anyone asks you about him, tell them not to hire him.  He sucks.  Not because he's not smart, or doesn't know his field, but because he's too difficult to work with.  I think it's because he's smarter than all of us, if you know what I mean.

**FIELDS4686**

Subject: Re[2]: Fields
From: Julia O'Connell <Julia_O'Connell@fd.org>
Date: Thu, 24 Mar 2005 18:08:40 -0600
To: Freedman <freedman99@earthlink.net>

I am thinking about hiring a guy named Brad Grinage, who supposedly works
in the area of
psychopharmacology.  Do you know anything about him?
I appreciate your offer...  and may take you up on it!  I'll email
tomorrow...

**FIELDS4687**

Subject: Re: experts
From: isgant@aol.com
Date: Mon, 28 Mar 2005 03:24:29 -0500
To: freedman99@earthlink.net, david@brucklaw.com, kmcnally@dcr.net,
dick@burrandwelch.com, mod@dcr.net, krauset@emu.edu, Mickell_Branham@fd.org,
michael.burt@prodigy.net, bruckd@wlu.edu, judyclarke@jcsrlaw.net

I concur whole-heartedly!  He has continued to conduct himself in this manner even after I
politley chastised him for doing so.  Maybe I shouldn't been so polite.

"Skip"

-----Original Message-----
From: Freedman <freedman99@earthlink.net>
To: David Bruck <david@brucklaw.com>; Kevin McNally <kmcnally@dcr.net>; Richard Burr
<dick@burrandwelch.com>; Margaret O'Donnell <mod@dcr.net>; Skip Gant
<Isgant@aol.com>; Tammy Krause <krauset@emu.edu>; Kelly Branham
<Mickell_Branham@fd.org>; Michael Burt <michael.burt@prodigy.net>; David Bruck
<bruckd@wlu.edu>; judyclarke@jcsrlaw.net
Sent: Thu, 24 Mar 2005 17:45:32 -0600
Subject: experts

Here is counsel's summary of trying to work with the neuropsych Gelbort (Fields - OK):

"We had a pleasant conversation, and I know very little more than I knew
before. I tell you: anyone asks you about him, tell them not to hire him.
He sucks. Not because he's not smart, or doesn't know his field, but
because he's too difficult to work with."

**FIELDS4688**