-----Original Message-----
From: freedman99@earthlink.net [mailto:freedman99@earthlink.net]
Sent: Friday, January 07, 2005 12:36 PM
To: Skip_Gant@fd.org
Cc: Lgreenman@starpower.net; Lisa_Greenman@fd.org;
Julia_O'Connell@fd.org
Subject: Re: Fwd[2]:Re: Re[2]: Fields report


Well I am going to answer your 2 questions in reverse as I have
impressions from reading it (quickly I must admit so I my have missed
things):

1. His recounting of the social history as told to him be Fields would
be much stronger if he referred to collateral sources of information.
As it is, with various little comments and asides, it is difficult to
take seriously and there is tremendous information stuck away in there.

Has he reviewed collateral materials? Is there collateral support for
details as provided? for instance, he says that Fields only did badly in

classes he did not like which does not strike me as a very informed
opinion for Gelbort to express; also, he never kept a job (Fields own
self-report) is followed by he was in the military for 3 years and
worked for DOC for 4 years - that strikes me as keeping a job - why is
Gelbort uncritically reporting that sort of thing when it appears
contradicted by collateral evidence?

2.  Some re-structuring and re-organizing would help, perhaps by theme
rather than just as told to him by, which is how it reads.  At the
least, I separate into sections the materials on head injury and
neurotoxic exposure, suicide attempts, psychiatric symptoms, prior evals

and assessments

3. Since none of the summary information on scoring is tied to specific
tests, this is much more difficult to interpret than it ought to be -
unless that was the point.  Many of the tests given assess different
types of things and overlap with each other - he reports on memory and
learning (which many of the tests assess) in contradictory fashion,
which I take to be a reflection of how he did on different tests.  I
view this as potentially problematic: the variability and inconsistency
reported on memory and learning will be made out by the prosecution to
be malingering, especially in light of apparently normal attention
testing; unless he is more definitive on what the particular test is
measuring which should not be difficult for him to do) and to explain
why the variability occurs, this will be a problem    **FIELDS4648**

4.  The best potential evidence here is in the "higher functions"
paragraph in which he says he is mildly impaired on impulsivity and
processing speed and higher level reasoning - but he takes that away by
saying it results from concentration and attention deficits - depending
on the tests on which he is basing this on, that does not strike me as a

likely explanation unless the impairments in these areas are minor or based solely on a single subtest (which it might be) - in which case he needs to do more testing to figure out if it attention/concentration (e.g., malingering - better performance on harder tasks and worse on easier) or brain damage;  he did not do any specific malingering assessment and the govt expert will eat him alive on this I fear

5. the pattern of behavior often found in individuals with frontal lobe damage? he should have tested for this not guessed at it by virtue of prior behavior - that is the point of neuropsych testing

6.  it would be helpful if he could discuss the role of the medication Fields is currently taking on the testing

There is potentially very helpful neuropsych info here - I am not sure that the battery of tests he did is the set I would have wanted in order

to get at frontal lobe damage or traumatic brain injury or neurotoxin damage.  Those are what I'd be looking for based on the history he wrote.  Can he do more testing? can he assess more specific types of injury?

Can you tell me the scores on Categories, Trails, lateral dominance, grip strength, the luria tests? why'd he do a partial sensory perception? which parts and what results?  Would it be possible for me to see the raw data before this is finalized?

I hope that helps - let me know - I didn't answer so well the exact question of what this means in layman's terms but it is hard to tell what to make of this without some more specific data.

df

**FIELDS4649**

Subject: RE: Fwd[2]:Re: Re[2]: Fields report
From: "Lisa Greenman" <lgreenman@starpower.net>
Date: Sat, 8 Jan 2005 12:34:28 -0500
To: <freedman99@earthlink.net>, <Skip_Gant@fd.org>
CC: <Lisa_Greenman@fd.org>, <Julia_O'Connell@fd.org>

Okay.  I just read the report and I hate it.  I hope I am recalling correctly that you have plenty of time ahead of you and are not needing to turn anything over to the government imminently.  If that's wrong, let me know.  Certainly you can if necessary get this draft drastically revised and have something to turn over if you need to.  And, on the brighter side, once you get the test scores, you'll be able to use this information to help you move ahead.  It doesn't sound, at least initially, like you will be needing/wanting Gelbort to have to carry much of the story line at trial.  The neuropsych data sounds to me far more likely to play a supporting role to testimony from an MD.  Your client's underlying psychiatric problems, and the impact of the medications on his functioning, sound like much more significant story lines.

Here are my quick concerns about the report, and I'd be happy to talk on the phone if you'd like.

The report should interpret the test results to tell you how your client functions, not simply report what range the scores fell in.  From an interpretive perspective, this report gives you nothing other than some enticing leads.  You already knew you have some pretty intense mental health issues in this case.

The history section at the beginning: I find the entire tone of this section counterproductive.  Certain characterizations and the use of quotations from the client I find puzzling to inappropriate in many instances.  (Why describe a hospital visit for treatment of venereal disease as "a dose of the clap?"  Why characterize a very serious suicide attempt with the words "a shaving accident?"   And the section on job history is related in a way that seems to me both misleading (it sounds like the client was employed more than unemployed) and fails to inquire into whether there is clinical significance to the client's movement from one job to another and from employed to unemployed status.

As David pointed out, the reliance exclusively on information from the client here is extremely unhelpful.  This section is very useful to you as a road map of Gelbort's interview with the client, but would be awful to include in a report that would be turned over to the government, or possibly read by jurors in whole or part.  There is simply no framework to it.  Like the section on test results, it gives glimmers of very interesting information, but no interpretation, no cont**FIELDS4650**l, no insight.

It sounds as if Gelbort talked with the client about the offense.  Did you ask him to do this?  This is something you'll have to think about in terms of the permissible scope of a government eval.

Just a niggling thing: on page one Effexor is described as a

neuroleptic.  It's not, it's an anti-depressant.  Neuroleptics are antipsychotics.

There is also no information here about how your client presented during the interview.  No clinical impressions about the manner of his speech, mood, etc.  As David noted, there's no mention of the possible cognitive suppression or other impact of the medications the client is taking. Loxitane (misspelled in the report) is an anti-psychotic.  We don't know what the client's lithium level is, but that could affect cognitive function as well.

I am hurrying through this, and as I said would be happy to talk on the phone if you'd like.  I can also try to be more constructive!  There's lots of good stuff to work with here, and I do not mean to be demoralizing.  -- Lisa

**FIELDS4651**

Subject: Re: email
From: Julia OConnell <kikntake@swbell.net>
Date: Thu, 27 Jan 2005 09:07:06 -0800 (PST)
To: Freedman <freedman99@earthlink.net>

Well, FYI, I'm using George Woods as well, and it was my understanding
(firm understanding, I might add) that Gelbort would talk with Woods and
find out what testing Woods wanted, and would do that testing.  In the
end, I find out Gelbort never talked with Woods, and just went and did
whatever testing he wanted.

I suppose I could say it was poor communication on my part, because I
did not double-check and ask him before he started with my client
whether he'd spoken with Woods as agreed.  It was George who told us he
hadn't spoken with Gelbort, and would have preferred some other testing,
etc.  George did call me back after talking with Gelbort, and told me he
was much more comfortable w/him after their conversation.  So, I guess
there must be something good about him, but I'm not a fan at this point.

Plus, even though it's a "draft," his report is one of the crappiest I
have ever seen.  No, I take that back.  It is THE crappiest one I've
ever seen.

No luck w/Skip yet.  I'll try again in a little bit.

**FIELDS4652**