```
-----Original Message-----
From: Freedman [mailto:freedman99@earthlink.net]
Sent: Tuesday, February 01, 2005 10:12 AM
To: George Woods
Subject: hey
```

Hi George,

Hope you are doing well.  I had a long conversation with Julia O'Connell about Fields a couple days ago.  She was, appropriately, raving about you. I recommended to her that you review the Gelbort stuff and just include what helps the bipolar diagnosis - Gelbort is exceedingly difficult to work with and sloppy (in my humble opinion, of course).  I also recommended that she put together a very careful chart of onset and course so that she would have as strong evidence of when the bipolar symptoms really got going at her fingertips.

Let me know if I can help in any way, she and I will stay in touch I think

David

**FIELDS4653**

Subject: RE: hey
From: "George Woods, MD" <gwwoods@gwwoods.cnc.net>
Date: Tue, 1 Feb 2005 13:01:24 -0800
To: "'Freedman'" <freedman99@earthlink.net>

Did she tell you about the manic switch with him starting the celexa several weeks before this happened? What's your contact information, David. **Redacted**

**Redacted**

g

-----Original Message-----
From: Freedman [mailto:freedman99@earthlink.net]
Sent: Tuesday, February 01, 2005 10:12 AM
To: George Woods
Subject: hey

Hi George,

Hope you are doing well.  I had a long conversation with Julia O'Connell about Fields a couple days ago.  She was, appropriately, raving about you. I recommended to her that you review the Gelbort stuff and just include what helps the bipolar diagnosis - Gelbort is exceedingly difficult to work with and sloppy (in my humble opinion, of course).  I also recommended that she put together a very careful chart of onset and course so that she would have as strong evidence of when the bipolar symptoms really got going at her fingertips.

Let me know if I can help in any way, she and I will stay in touch I think

David

**FIELDS4675**

Subject: RE: hey
From: George Woods <gwwoods@comcast.net>
Date: 01 Feb 2005 14:36:14 -0700
To: freedman99@earthlink.net

I fucking hope so! Thanks so much. You're right about Gelbort.

G

-----Original Message-----
From:  Freedman
Date:  2/1/05 11:12 am
To:  George Woods
Subj:  hey

Hi George,

Hope you are doing well.  I had a long conversation with Julia O'Connell
about Fields a couple days ago.  She was, appropriately, raving about
you.  I recommended to her that you review the Gelbort stuff and just
include what helps the bipolar diagnosis - Gelbort is exceedingly
difficult to work with and sloppy (in my humble opinion, of course).  I
also recommended that she put together a very careful chart of onset and
course so that she would have as strong evidence of when the bipolar
symptoms really got going at her fingertips.

Let me know if I can help in any way, she and I will stay in touch I think

David

**FIELDS4676**