

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 06-20-2013 - Clinical Intervention - Clinical Contact
**Reg Number-Name:** 04136-063 - FIELDS, EDWARD L.    **Unit/Qtrs:** SCU, X02-304L
**Author:** JACQUELINE CRANMER, Psy.D., INTERNSHIP PROG COORD
**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was interviewed for a 30-day SCU review. He was observed laying on his bunk and he appeared to be sleeping; however, he awoke when prompted and approached his cell door to speak to this writer. Mr. FIELDS presented as alert and oriented with euthymic mood and contextually-appropriate affect. He affirmed he was recently seen in telepsychiatry and that his medication regimen was adjusted. He denied any problems or concerns of a psychological nature and further denied the need for any psychological services at this time. He joked about wanting "corn dogs" for lunch. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. Mr. FIELDS was reminded of how to access psychological services should the need arise. While no immediate follow up is clinically warranted at this time, he will continue to be monitored via routine rounds and SCU reviews per policy, and has access to daily self-improvement video programming via channel 71.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH1



# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 06-14-2013 - Consultation - Telepsychiatry Clinic
**Reg Number-Name:** 04136-063 - FIELDS, EDWARD L.     **Unit/Qtrs:** SCU, X02-304L
**Author:** DEANNA L. DWENGER, PSYCHLGY PREDOCTORAL INTERN
**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen by the Telepsychiatrist, Dr. Sarrazin at SPG on this date. Inmate FIELDS reported he was experiencing "problems hearing voices and memory is bad, not sure if it's the medication or just me." He indicated he was 46 years old at this time and had been experiencing auditory hallucinations for "a long time." He reported he had tried Risperdal in the past "but that was real bad." When asked about his current sleeping and eating habits, he reported no concerns. He indicated "everyone says I sleep all the time but my sleep schedule is just off. I sleep all day and am up all night, so I'd say I sleep alright." In the end, inmate FIELDS endorsed interest in possibly increasing his antipsychotic medication, but ultimately said he was unsure what would be best, and would do whatever the psychiatrist recommended. Dr. Sarrazin recommended an increase to his Loxapine Succinate and inmate FIELDS agreed.

Inmate FIELDS presented with somewhat depressed mood and congruent affect. He was alert and oriented to all spheres. His speech was logical and coherent. Eye contact was appropriate. Hygiene was adequate. Thought processes were logical and coherent. He did not voice any paranoid thought content and did not appear to be attending to any internal stimuli. He denied HI/SI/thoughts of self harm.

Dr. Le recommended the following for Inmate FIELDS: Increase Loxapine Succinate to 125 MG Cap, take two capsules by mouth each evening. (Current meds: Fluoxetine 20MG Cap, take two capsules each evening; Lithium Carbonate 150 MG Cap, take three capsules each day; Trihexyphenidyl 2MG Tab, take four tablets twice daily) Dr. Sarrazin recommended follow-up in the Chronic Care Clinic as needed. Inmate FIELDS was reminded of how to contact Psychology in the interim if necessary.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH2

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 05-23-2013 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen on this date for a routine 30-day review. Upon arrival, he was observed sleeping and he did not appear to awaken or verbally respond to any of this writer's prompts. However, he was observed to be breathing deeply. SCU staff denied any recent concerns about inmate FIELDS. As previously noted, he is currently on the waiting list for the telepsychiatry clinic to further discuss and evaluated his current medication regimen. He is aware of how to access psychological services in the future as needed. Inmate FIELDS also has access to daily psychoeducational video programming via channel 71.

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 04-30-2013 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen on this date for a routine 30-day review. Upon arrival, he was observed laying in his bunk; however, he readily approached his cell door to speak to this writer when prompted. He presented as alert, oriented, and behaviorally calm with neutral mood and congruent affect. When asked how he has been doing lately, he responded, "Not too good." He reported a recent increase in auditory hallucinations. He stated at times, the "voices" tell him what to do, such as not to go out for recreation, or not to talk to staff about how he is feeling. He further stated the "voices" tell him he is "worthless" or "no good." He described his mood as "shifting" or somewhat labile. He denied any recent changes in his sleep or appetite, describing both as "OK." He noted that although he appears to sleep often, sometimes he is actually just laying in his bunk watching television, and not sleeping. He also indicated he attends indoor recreation with other inmates as an appropriate coping strategy and way to structure his time. Inmate FIELDS was advised that due to his report of an increase in auditory hallucinations, he would be referred to the telepsychiatry clinic for a medication review. He appeared receptive to this plan. Other than his self-report, he did not display any signs or symptoms suggestive of severe mental illness and he did not appear to be responding to internal stimuli during this contact. His general mental status was within normal limits and he did not appear to be in acute distress. Inmate FIELDS was reminded of how to access psychological services in the future and agreed to do so as needed. Inmate FIELDS also has access to daily psychoeducational video programming via channel 71.

BOP MH4



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 04-02-2013 - Clinical Intervention - Clinical Contact
**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L
**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD
**Institution:** THP - TERRE HAUTE USP

---

A 30-day SCU review was conducted on inmate FIELDS on this date. Upon arrival, he was observed laying in his bunk, but he readily got up and approached his cell door to speak with this writer when prompted. He presented as alert, oriented, and behaviorally calm with euthymic mood and contextually-appropriate affect. No significant mental health problems were observed or reported, and his mental status was generally unremarkable. When asked whether he needed any psychological assistance or intervention at this time, he responded, "I can't think of anything right now." Inmate FIELDS was reminded of how to access psychological services in the future as needed. He will continue to be monitored via routine rounds and monthly SCU reviews.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH5

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 03-06-2013 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen on this date for a routine 30-day review. Upon arrival, he was observed laying in his bunk, watching television. He presented as alert, oriented, and behaviorally calm with euthymic mood and congruent affect. He did not manifest any overt evidence of a mood or thought disorder, denied any concerns of a psychological nature, and did not request any additional mental health services at this time (stated, "No, I'm good.") He was reminded of how to access psychological services in the future as needed. Inmate FIELDS also has access to daily psychoeducational video programming via channel 71.

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 02-07-2013 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was interviewed for a 30-day SCU review. He was observed eating lunch in his cell. Mr. FIELDS presented as alert and oriented with cheerful mood and contextually-appropriate affect. He denied any problems or concerns of a psychological nature and further denied the need for any psychological services at this time. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. Mr. FIELDS was reminded of how to access psychological services should the need arise. While no immediate follow up is clinically warranted at this time, he will continue to be monitored via routine rounds and SCU reviews per policy, and has access to daily self-improvement video programming via channel 71.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 01-11-2013 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

A 30-day SCU review was conducted on inmate FIELDS on this date. Upon arrival, he was observed standing in his cell. He presented as alert, oriented, and behaviorally calm with euthymic mood and bright affect, as evidenced by smiling broadly. He neither reported nor displayed any signs of acute distress or severe mental illness, and his mental status was within normal limits. SCU officers and unit team denied any concerns about inmate FIELDS. When asked whether he desired psychological services at this time, he declined. Inmate FIELDS was reminded of how to access psychological services in the future as needed. Additionally, he has access to daily self-improvement video programming available to all SCU inmates on channel 71. He will continue to be monitored via routine rounds and monthly SCU reviews.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH8



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 12-12-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

A 30-day SCU review was conducted on inmate FIELDS on this date. Upon arrival, he was observed standing at his cell door. He presented as alert, oriented, and behaviorally calm with euthymic mood and contextually-appropriate affect. He neither reported nor displayed any signs of acute distress or severe mental illness, and his mental status was within normal limits. SCU officers and unit team denied any concerns about inmate FIELDS. When asked whether he desired psychological services at this time, he responded, "I'm doing good... can't complain." Inmate FIELDS was reminded of how to access psychological services in the future as needed. Additionally, he has access to daily self-improvement video programming available to all SCU inmates on channel 71. He will continue to be monitored via routine rounds and monthly SCU reviews.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-14-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. He was observed speaking to other inmates on his range when this writer arrived. He presented as alert, oriented, and behaviorally calm with euthymic mood and bright affect. He interacted appropriately with this writer and his mental status was unremarkable. Personal hygiene and cell sanitation were within normal limits. No signs of acute distress or other clinically significant mental health symptoms were reported or observed. When asked whether he desired additional psychological assistance or intervention at this time, he responded, "I'm great!" He was reminded of how to access services as needed in the future. He also continues to have access to daily video self-improvement programming via channel 71. He will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 10-25-2012 - Diagnostic and Care Level Formulation
**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L
**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD
**Institution:** THP - TERRE HAUTE USP

---

**A  IS I:**   Schizoaffective Disorder - Depressive Type

**A  IS II:**   None

**omments:**

Inmate FIELDS has been diagnosed with Schizoaffective Disorder in the past. Historically, he has reported experiencing mood instability, symptoms of depression, auditory hallucinations, and visual hallucinations. He arrived to THP prescribed a variety of psychotropic medication, which he continues to take. He is currently prescribed Prozac, Lithium, Loxapine, and Artane.

Periodically, inmate FIELDS has reported experiencing visual hallucinations while at THP (e.g., reported seeing "seeing a metal rack with stuffed ducks on his cell wall" in March 2010). The symptoms he has reported in the past are often inconsistent with symptoms which are typically reported by individuals experiencing psychotic symptoms. Inmate FIELDS has never been directly observed to be responding to internal stimuli or experiencing active psychotic symptoms by Psychology Services staff at THP. However, he has remained relatively stable on psychotropic medication throughout his incarceration, and it is unknown to what extent he benefits from the medication.

As a result of his current medication regimen and historical diagnosis, inmate FIELDS appears to meet criteria for a designation of Care2-MH.

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 10-19-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

A 30-day SCU review was conducted on inmate FIELDS on this date. Upon arrival, he was observed lying in his bed; however, he awoke and approached his cell door to speak with this writer when prompted. He presented as alert, oriented, and behaviorally calm with euthymic mood and contextually-appropriate affect. No significant mental health problems were observed or reported, and his mental status was generally unremarkable. He described his recent mood as "good." When asked whether he desired psychological services at this time, he responded, "No." Inmate FIELDS was reminded of how to access psychological services in the future as needed. Additionally, he has access to daily self-improvement video programming available to all SCU inmates on channel 71. He will continue to be monitored via routine rounds and monthly SCU reviews.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 09-24-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. He was observed sleeping when this writer arrived. He awoke briefly when prompted but quickly returned to sleeping. He interacted appropriately with this writer and his mental status was unremarkable. Personal hygiene and cell sanitation were within normal limits. No signs of acute distress or other clinically significant mental health symptoms were reported or observed. When asked whether he desired additional psychological assistance or intervention at this time, he declined. He was reminded of how to access services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

It should be noted this contact occurred on 9-20-2012 but was documented late due to clerical error.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 08-29-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS, EDWARD L.     **Unit/Qtrs:** SCU, X02-304L

**Author:** JACQUELINE CRANMER, Psy.D., INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was interviewed for a 30-day SCU review. He was observed lying on his bunk and he appeared to be sleeping. This writer was unable to awake him despite several prompts; however, he was observed to be breathing and moving. There were no overt signs of psychosis or other severe mental illness, and SCU staff denied any concerns about the inmate. While no immediate follow up is clinically warranted at this time, he will continue to be monitored via routine rounds and SCU reviews per policy, and has access to daily self-improvement video programming via channel 71.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 07-30-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** ERICKA N. SCHMITT,  M.A.,  PSYCHLGY PREDOCTORAL INTERN

**Institution:** THP - TERRE HAUTE USP

---

A 30-day SCU review was conducted on inmate FIELDS on this date. Upon arrival, he was observed sitting at his desk eating. He turned off his fan in order to hear this writer and speak to her without interference. He denied experiencing mental health concerns, reporting he was "doing good." The inmate presented as alert and oriented to all spheres with an unremarkable mental status.  He was neutral in mood with congruent affect and was cooperative with this writer.  He was offered the opportunity to discuss any mental health problems or complaints, but declined clinical intervention.  He did not exhibit any visible signs of distress or deterioration and SCU staff indicated no behavioral difficulties with this inmate. Additionally, he has access to daily self-improvement video programming available to all SCU inmates on channel 71. He will be seen PRN and per his written request.  The inmate was reminded of how to access psychological services in the future as needed.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 07-02-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** ERICKA N. SCHMITT,  M.A.,  PSYCHLGY PREDOCTORAL INTERN

**Institution:** THP - TERRE HAUTE USP

---

A 30-day SCU review was conducted on inmate FIELDS on this date. Upon arrival, he was observed watching television from bed, but came to his cell window when this writer approached the door. He denied experiencing mental health concerns and thanked this writer for speaking with him. The inmate presented as alert and oriented to all spheres with an unremarkable mental status.  He was neutral in mood with congruent affect and was cooperative with this writer.  He was offered the opportunity to discuss any mental health problems or complaints, but declined clinical intervention.  He did not exhibit any visible signs of distress or deterioration and SCU staff indicated no behavioral difficulties with this inmate.  The inmate was reminded of how to access psychological services in the future as needed. Additionally, he has access to daily self-improvement video programming available to all SCU inmates on channel 71. He will continue to be monitored via routine rounds and monthly SCU reviews.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 06-06-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ERICKA N. SCHMITT,  M.A.,  PSYCHLGY PREDOCTORAL INTERN

**Institution:** THP - TERRE HAUTE USP

---

A 30-day SCU review was conducted on inmate FIELDS on this date. Upon arrival, he was observed laying in bed, and would not respond verbally or physically when this writer approached his door. He was viewed to be breathing, as his chest could be seen rising and falling. The inmate presented as sleeping with an unremarkable mental status.  His mood and affect could not be assessed due to him not responding and waking during the contact.  He was offered the opportunity to discuss any mental health problems or complaints.  He did not exhibit any visible signs of distress or deterioration and SCU staff indicated no behavioral difficulties with this inmate.  The inmate was reminded of how to access psychological services in the future as needed. Additionally, he has access to daily self-improvement video programming available to all SCU inmates on channel 71. He will continue to be monitored via routine rounds and monthly SCU reviews.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 05-16-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was see on this date for a routine 30-day review. Upon arrival, he was observed standing at his cell door. He presented as alert, oriented, and behaviorally calm with euthymic mood and bright affect. He reported he has been "feeling good" lately. He acknowledged some hypersomnia but stated he has attempted to stay busy and structure his time by attending indoor recreational activities. Inmate FIELDS did not manifest any overt evidence of a mood or thought disorder, denied any concerns of a psychological nature, and did not request any additional mental health services at this time. He was reminded of how to access psychological services in the future as needed. Inmate FIELDS also has access to daily psychoeducational video programming via channel 71.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 04-24-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** KEVIN R. KOWALESKI,  PSYCHLGY PREDOCTORAL INTERN

**Institution:** THP - TERRE HAUTE USP

---

A 30-day SCU review was conducted on inmate FIELDS on this date. Upon arrival, he was observed sleeping in bed.  The inmate presented as alert and oriented to all spheres with an unremarkable mental status.  He was neutral in mood with congruent affect and was cooperative with this writer.  He was offered the opportunity to discuss any mental health problems or complaints, but declined clinical intervention.  He did not exhibit any visible signs of distress or deterioration and SCU staff indicated no behavioral difficulties with this inmate.  The inmate was reminded of how to access psychological services in the future as needed. Additionally, he has access to daily self-improvement video programming available to all SCU inmates on channel 71. He will continue to be monitored via routine rounds and monthly SCU reviews.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 04-13-2012 - Records Request/Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:**  JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:**  THP - TERRE HAUTE USP

---

This writer was contacted by the FCC Terre Haute Legal Dept with a request for inmate FIELDS's psychological records. Documentation from the Psychology Data System was reviewed and sent electronically to the Legal Dept. There is no information in these records that would reasonably be expected to harm the inmate or another person. See attached "REVIEW OF MEDICAL / PSYCHOLOGICAL RECORDS FOR RELEASE OF INFORMATION."

**SENSITIVE BUT UNCLASSIFIED**

BOP MH20

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 03-26-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was interviewed for a 30-day SCU review. Upon arrival he was observed lying on his bunk and he appeared to be sleeping.  Although he awoke briefly when prompted, he returned to sleep and did not appear to wish to speak to this writer at length. Personal hygiene and cell sanitation appeared adequate, and SHU officers did not voice any concerns regarding inmate FIELDS.  There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. Mr. FIELDS will continue to be monitored via routine rounds and SCU reviews per policy. He also has access to daily self-improvement video programming via channel 71.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 02-27-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** KEVIN R. KOWALESKI,  PSYCHLGY PREDOCTORAL INTERN

**Institution:** THP - TERRE HAUTE USP

---

A 30-day SCU review was conducted on inmate FIELDS on this date. Upon arrival, he was observed watching television in his cell. He presented as alert, oriented, and behaviorally calm with neutral mood and contextually-appropriate affect. No significant mental health problems were observed or reported, and his mental status was generally unremarkable. He denied the need for psychology services at this time.  Inmate FIELDS was reminded of how to access psychological services in the future as needed. Additionally, he has access to daily self-improvement video programming available to all SCU inmates on channel 71. He will continue to be monitored via routine rounds and monthly SCU reviews.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 02-01-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** KEVIN R. KOWALESKI,  PSYCHLGY PREDOCTORAL INTERN

**Institution:** THP - TERRE HAUTE USP

---

A 30-day SCU review was conducted on inmate FIELDS on this date. Upon arrival, he was observed watching television in his cell. He presented as alert, oriented, and behaviorally calm with neutral mood and contextually-appropriate affect. No significant mental health problems were observed or reported, and his mental status was generally unremarkable. He denied the need for psychology services at this time.  Inmate FIELDS was reminded of how to access psychological services in the future as needed. Additionally, he has access to daily self-improvement video programming available to all SCU inmates on channel 71. He will continue to be monitored via routine rounds and monthly SCU reviews.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 01-03-2012 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JENNIFER A. GODLOVE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen by Psychology Services on today's date for a routine 30-day Special Confinement Unit (SCU) review. He voiced no mental health complaints or concerns. Mental status was unremarkable. Reminded the inmate of available Psychology Services to include viewing Psycho-educational videos, reading materials, and 1:1 sessions. The inmate appears to be coping satisfactorily with segregation and functioning at an appropriate level. SCU staff report no recent behavioral problems with this inmate. SCU unit team staff report the inmate is currently in Phase II. Currently, there is no clinical need to engage in regularly scheduled contacts. Recommend continued monitoring during weekly Psychology rounds and monthly reviews per policy.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH24

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 12-09-2011 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

A 30-day SCU review was conducted on inmate FIELDS on this date. Upon arrival, he was observed in the multipurpose room, socializing with other inmates. He presented as alert, oriented, and calm with euthymic mood and contextually-appropriate affect. No significant mental health problems were noted, and his mental status was generally unremarkable. When asked whether he desired psychological services at this time, he declined. Inmate FIELDS was reminded of how to access psychological services in the future as needed. Additionally, he has access to daily self-improvement video programming available to all SCU inmates on channel 71. He will continue to be monitored via routine rounds and monthly SCU reviews.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-10-2011 - Clinical Intervention - Clinical Contact
**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L
**Author:** JENNIFER A. GODLOVE,  Psy.D.,  STAFF PSYCH
**Institution:** THP - TERRE HAUTE USP

---

30-day SCU Review:

Inmate FIELDS was seen today in the Special Confinement Unit (SCU) for a monthly review to assess his overall adjustment and functioning while segregated. He was seen in his cell, lying on the bed, asleep. Upon verbal greeting, the inmate awoke and his mental status was judged to be unremarkable. He presented as tired with neutral mood and was cooperative. He was offered the opportunity to discuss any mental health problems or complaints, but declined clinical intervention. He denied experiencing any psychological symptoms at present. SCU staff indicated no behavioral difficulties with Inmate FIELDS. Placement in the SCU does not appear detrimental to Inmate FIELDS' mental status at this time. There was no indication of psychological deterioration due to locked status and no indication the inmate was at increased risk for self-harm. He will continue to be monitored during routine Psychology staff rounds in the SCU. Inmate FIELDS was reminded of the services available to him through Psychology Services (to include Psychology video programming on channel 71) and how to seek such services if interested. Follow-up PRN and per SCU policy.

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 10-11-2011 - Clinical Intervention - Clinical Contact
**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L
**Author:** JENNIFER A. GODLOVE,  Psy.D.,  STAFF PSYCH
**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen on today's date for a monthly SCU review.

S/O: He was observed sleeping in his bed upon arrival. He awoke and readily approached the cell door. He engaged in spontaneous conversation with this writer. Encouraged the inmate to continue working with his Sign Language book. He voiced no mental health concerns or complaints. Contact with Custody staff indicated no changes in Inmate FIELDS' behavior or other concerns. Cell sanitation was adequate.

A: Coping satisfactorily with segregation. Inmate FIELDS appears to be functioning at an appropriate level. No indication of acute psychological distress. No mental status items were noteworthy.

P: Currently, there is no clinical need to engage in regularly scheduled contacts. Continue to monitor during Psychology rounds and encourage viewing of Psycho-educational videos.

E: Inmate FIELDS was instructed to contact Psychology Services in the event that he requires further assistance. Otherwise, he will be seen as needed and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 09-12-2011 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JENNIFER A. GODLOVE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

30-day SCU Reviews:

Inmate FIELDS was seen by Psychology Services on today's date for a routine 30-day Special Confinement Unit (SCU) review. He voiced no mental health complaints or concerns. Mental status was unremarkable. Reminded the inmate of available Psychology Services to include viewing Psycho-educational videos, reading materials, and 1:1 sessions. The inmate appears to be coping satisfactorily with segregation and functioning at an appropriate level. SCU staff report no recent behavioral problems with this inmate. SCU unit team staff report the inmate is currently in Phase II. Currently, there is no clinical need to engage in regularly scheduled contacts. Recommend continued monitoring during weekly Psychology rounds and monthly reviews per policy.

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 08-12-2011 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** STEVEN V. BINDL,  PSYCHLGY PREDOCTORAL INTERN

**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was seen at his cell door for a SCU review on this date. Upon arrival he appeared to be sleeping and was woken by this writer. The inmate indicated verbally that he did not have any current mental health concerns and did not wish to speak to this writer at length. His cell appeared sanitary. Staff have not reported any problems or unusual behavior from the inmate. He presented as alert and oriented with euthymic mood and congruent affect. He denied any current problems or significant mental health concerns. His speech was logical, coherent, and goal-directed. There was no report or evidence of a thought disorder. He denied any need or interest in a follow-up with Psychology at this time. He was reminded how to contact Psychology Services should the need arise in the future. The inmate has access to Psychology video programming on channel 71. He will continue to be monitored via weekly SCU rounds and 30 day reviews.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 08-01-2011 - General Administrative Note

**Reg Number-Name:** 04136-063 - FIELDS, EDWARD L.    **Unit/Qtrs:** SCU, X02-304L

**Author:** JACQUELINE CRANMER, Psy.D., INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

Psychology video programming has continued to be offered to SCU inmates on a daily basis via channel 71 from March 2011 until the present. Self-improvement topics are addressed, to include addiction and substance abuse, altering criminal behavior and thinking, anger management, and adjustment to incarceration.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 07-14-2011 - Clinical Intervention - Clinical Contact
**Reg Number-Name:** 04136-063 - FIELDS, EDWARD L.    **Unit/Qtrs:** SCU, X02-304L
**Author:** JENNIFER A. GODLOVE, Psy.D., STAFF PSYCH
**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was seen on today's date for a monthly SCU review.

S/O: He was observed lying in bed asleep. He readily awoke and approached the cell door to engage in conversation with this writer. We exchanged communication via sign language as he continues to practice and learn new words and phrases. Cell sanitation was adequate. He voiced no mental health concerns or complaints. Contact with Custody staff indicated no changes in Inmate FIELDS' behavior or other concerns.

A: Coping satisfactorily with segregation. Inmate FIELDS appears to be functioning at an appropriate level. No indication of acute psychological distress. No mental status items were noteworthy.

P: Currently, there is no clinical need to engage in regularly scheduled contacts. Continue to monitor during Psychology rounds and encourage viewing of Psycho-educational videos.

E: Inmate FIELDS was instructed to contact Psychology Services in the event that he requires further assistance. Otherwise, he will be seen as needed and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

## Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 06-17-2011 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** JENNIFER A. GODLOVE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

30-day SCU Review:

Inmate FIELDS was seen on this date for a routine 30-day SCU review. He was interviewed at the activities room door and presented as alert and oriented in all modalities. He did not exhibit any visible signs of distress or deterioration and denied significant psychological complaint. He also denied any suicidal or homicidal ideation. Talked about his new hobby of learning sign language. We exchanged brief dialog in ASL. He appears to be stable and has made a reasonable adjustment to being in lockdown at this time. He is being monitored via weekly SCU rounds and will continue to be followed in this manner as long as he remains in the SCU. The inmate is aware of how to obtain Psychology Services in the future and agreed to do so. Currently, there is no clinical need to engage in regularly scheduled contacts.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH32

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 05-20-2011 - Clinical Intervention - Clinical Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JENNIFER A. GODLOVE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit (SCU) review. He readily approached the cell door to speak to this writer. He made appropriate eye-contact and presented as euthymic with affect congruent to session content. He openly communicated and disclosed about his health and plan to get into shape.

 He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. The inmate was reminded that individual (1:1) sessions are available to him by request. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 04-22-2011 - Clinical Intervention - Clinical Contact
**Reg Number-Name:** 04136-063 - FIELDS, EDWARD L.   **Unit/Qtrs:** SCU, X02-304L
**Author:** JENNIFER A. GODLOVE, Psy.D., STAFF PSYCH
**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was seen today in the Special Confinement Unit (SCU) for a monthly review to assess his overall adjustment and functioning while segregated. He was seen in the leisure room conversing with three other inmates. Inmate FIELDS is currently in Phase II of the program. Asked about his attempts at dieting and exercise. Reported that he has been eating a more nutritious diet, however has not yet attempted to exercise more. He presented today as alert with unremarkable mental status. He described his mood as "good" and was cooperative. SCU staff indicated no behavioral difficulties with Inmate FIELDS. Placement in the SCU does not appear detrimental to Inmate FIELDS' mental status at this time. There was no indication of psychological deterioration due to locked status and no indication the inmate was at increased risk for self-harm. He will continue to be monitored during routine Psychology staff rounds in the SCU. Inmate FIELDS was reminded of the services available to him through Psychology Services and how to seek such services if interested.

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-30-2011 - Clinical Intervention - Clinical Contact
**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L
**Author:** JENNIFER A. GODLOVE,  Psy.D.,  STAFF PSYCH
**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen on today's date for a monthly SCU review.

S/O: He was observed lying in bed, appearing to be asleep. Upon verbal greeting, the inmate approached the cell door and engaged in conversation with this writer. Cell sanitation was adequate. Discussed his initiation of a "diet" with goals of losing 40lbs. He indicated losing 20lbs at present. Reinforced the importance of nutrition coupled with exercise. Currently, Inmate FIELDS does not participate in recreational/aerobic activity. Set attainable goals to begin a healthy exercise regimen. He voiced no mental health concerns or complaints. Contact with Custody indicated no changes in Inmate FIELDS' behavior or other concerns.

A: Coping satisfactorily with segregation. No mental status items were noteworthy.

P: Continue to monitor during Psychology rounds and encourage viewing of Psycho-educational videos.

E: Advised Inmate FIELDS of how to follow-up with Psychology Services if needed.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-02-2011 - Clinical Intervention - Clinical Contact
**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L
**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD
**Institution:** THP - TERRE HAUTE USP

## Day S  U R   I

Inmate FIELDS was interviewed for a 30-day SCU review. He was observed laying on his bunk but he readily approached his cell door to speak with this writer. Mr. FIELDS presented as alert and oriented with euthymic mood and contextually-appropriate affect.  When asked about his general well-being, he replied, "I'm not gonna complain."  He denied any current problems or significant mental health symptoms, including mood disturbance. He was able to relate to this writer in an appropriate manner, and exhibited logical, organized, goal-directed thought processes. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. When asked if he desired additional psychological services at this time, he declined. Mr. FIELDS was reminded of how to access psychological services should the need arise. He will continue to be monitored via routine rounds and SCU reviews per policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-01-2011 - Independent Study

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

The following video programming was available to SCU inmates this month via Channel 71. A schedule of programming was posted in the unit and inmates were encouraged to contact Psychology services with questions, concerns, or for more information about any of the programs.

"Accepting Responsibility in a Finger-Pointing World" - Renowned expert in criminal thinking, Dr. Stanton Samenow, explores the concepts of justification and thinking errors with a group of ex-offenders who are currently in recovery.

"Setting Personal Boundaries" - Jim Shelton goes into depth on the subject of boundary setting. Themes of the program include: What are personal boundaries? How do we set boundaries? How do they help us reclaim our power?

"Preventing Relapse" - An important part of recovery from a co-occurring disorder is being able to identify the triggers that cause a relapse and ways to prevent it from happening.  This series includes crucial information about relapse, the basic steps of relapse prevention, and personal stories that illustrate the power of an individual relapse plan.

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 02-04-2011 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was interviewed for a 30-day SCU review. He was observed laying in his bunk watching television, but he readily approached his cell door to speak with this writer.  He expressed satisfaction with his current medication regimen and denied any current symptoms of depression or mania, stating he felt "back to normal" and "pretty good." Mr. FIELDS presented as alert and oriented with euthymic mood and contextually-appropriate affect. He was able to relate to this writer in an appropriate manner, and exhibited logical, organized, goal-directed thought processes. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. When asked if he desired additional psychological services at this time, he declined. Mr. FIELDS was reminded of how to access psychological services should the need arise. He will continue to be monitored via routine rounds and SCU reviews per policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 02-01-2011 - Eval/Rpt - Self Improvement Video Programming
**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L
**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD
**Institution:** THP - TERRE HAUTE USP

---

The following video programming was available to SCU inmates this month via Channel 71.

"Bad Dads" - Revealing some universal truths about the indelible impact a father has on his children, "Bad Dads" focuses on the "H.O.P.E. for Life" parenting program at a federal penitentiary which assists inmates who candidly admit to being poor fathers and leads the inmates on a path to healing.

"Life on Life's Terms" - Inmates and former inmates (not actors) discuss what they did to safeguard their sobriety after either reintegration into general population or release from incarceration. Offering straightforward and helpful advice, the inmates and former inmates in this video talk about their experiences in critical areas, including finding a place to live, searching for a job, and discovering who to turn to for support.

"The Disease of Addiction" - Addiction is defined and described as a disease to help understand the primary, chronic, genetic, progressive, and potentially fatal aspects of the illness. The three phases of addiction and symptoms for each phase provide a basic understanding of addiction.

"Accepting Responsibility in a Finger-Pointing World" - Renowned expert in criminal thinking, Dr. Stanton Samenow, explores the concepts of justification and thinking errors with a group of ex-offenders who are currently in recovery.

A schedule of programming was posted in the unit and inmates were encouraged to contact Psychology services with questions, concerns, or for more information about any of the programs.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 01-05-2011 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was interviewed for a 30-day SCU review. He presented as alert and oriented with euthymic mood and appropriate affect. He was observed in the multipurpose room conversing with several other inmates. Mr. FIELDS reported he has continued to experience a reduction in tremors/hand shaking since his dosage of lithium was decreased.  He indicated he has noticed some changes in his mood (i.e., feeling somewhat depressed on some days) but during today's contact his presentation was consistent with baseline and he was observed smiling and joking.  He was able to relate to this writer in an appropriate manner, and exhibited logical, organized, goal-directed thought processes. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. When asked if he desired additional psychological services at this time, he responded, "No thanks." Mr. FIELDS was reminded of how to access psychological services should the need arise. He will continue to be monitored via routine rounds and SCU reviews per policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 01-03-2011 - Eval/Rpt - Self-Improvement Video Programming
**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L
**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD
**Institution:** THP - TERRE HAUTE USP

---

The following video programming was available to SCU inmates this month via Channel 71. A schedule of programming was posted in the unit and inmates were encouraged to contact Psychology services with questions, concerns, or for more information about any of the programs.

"Fear... The Anger Trigger" - Dr. Stanton Samenow examines what can fuel anger and how anger can impact self and others. Dr. Samenow teaches non-destructive ways of expressing anger in order to avoid negative consequences. The series also explores the key element leading to the anger response: FEAR.

"Socialization and Getting Along" - Hazelden -This series helps to explore difficulties in building relationships based on trust and respect. Taped in Minnesota correctional facilities, these videos present a powerful, direct, and liberating message about finding a life of recovery and freedom. Inmates, not actors, candidly discuss the tactics they have used to exact power and control over others.

"The Disease of Addiction" - Addiction is defined and described as a disease to help you understand the primary, chronic, genetic, progressive, and potentially fatal aspects of the illness. The three phases of addiction and symptoms for each phase provide a basic understanding of addiction.

"Accepting Responsibility In a Finger-Pointing World" - Dr. Stanton Samenow, a renowned expert in criminal thinking, explores the concept of justification and thinking errors with a group of ex-offenders who are currently in recovery. Topics include: What drives people to commit crimes? What drives people to do the wrong thing, and then justify their behavior by blaming others? How can we handle a situation constructively vs. irresponsibly when we are accused of something, or when we are met with anger?

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 12-10-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. He was observed sleeping but readily approached his cell door to speak with this writer when prompted.  He related his dosage of lithium had recently been decreased by Health Services staff, reportedly due to a high level of lithium in his blood after his last blood draw.  Inmate FIELDS stated he has noticed some change in his mood but denied experiencing any symptoms which were unmanageable.  He also noted the tremor in his hands decreased after his lithium dose was lowered. Inmate FIELDS interacted appropriately with this writer and his mental status was unremarkable.  He neither reported nor displayed any signs of psychosis or acute distress. Personal hygiene and cell sanitation were within normal limits. He was reminded of how to access services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 12-03-2010 - Eval/Rpt - Self Improvement Video Programming

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

The following video programming was available to SCU inmates this month via Channel 71.

"Houses of Healing: A Prisoner's Guide to Inner Power and Freedom - Weeks 7 & 8" - Taped in part on location during course instruction at a county jail and a state prison in Massachusetts, author and educator Robin Casarjian presents key concepts from Houses of Healing.

"The Disease of Addiction" - Addiction is defined and described as a disease to help you understand the primary, chronic, genetic, progressive, and potentially fatal aspects of the illness. The three phases of addiction and symptoms for each phase provide a basic understanding of addiction.

"Criminal and Addictive Behavior" - Taped in Minnesota correctional facilities, A New Direction videos feature real inmates telling the real story about recovering from a life of addiction and crime. The result is a powerful, direct, and liberating message about finding a life of recovery and freedom.

"What is Co-Dependency?" - In this new series, host Jim Shelton, MAC speaks about the true nature of codependency - what it is, and what it isn't. A complete, working definition of codependency is built, common co-dependent characteristics are discussed, mental and physical effects of co-dependency are considered, and the link between co-dependency and substance abuse is explored.

"Setting Personal Boundaries" - Jim Shelton goes into depth on the subject of boundary setting. Themes of the program include: What are personal boundaries? How do we set boundaries? How do they help us reclaim our power?

"Driving Drunk, Driving High" - This video addresses the effects of alcohol and prescription drugs on a driver's judgment and motor skills, and the choices and consequences of driving under the influence. Through open and candid interviews, victims talk about how a drunk driver made the choice to get behind the wheel and how that choice impacted their life.

"Manhood" - During this video, Darryl Turpin addresses the misconceptions young men often receive from their peers on the street, such as being a real man means having money, jewelry, a nice car, partying and using drugs.

"Going Home: The Series - Giving Up the Game" - Hosted by Delbert Boone, this series is designed to prepare offenders for re-entry by examining how to be truthful with yourself and others.

"Fear... The Anger Trigger" - Dr. Stanton Samenow examines what can fuel anger and how anger can impact self and others. Dr. Samenow teaches non-destructive ways of expressing anger in order to avoid negative consequences. The series also explores the key element leading to the anger response: FEAR.

A schedule of programming was posted in the unit and inmates were encouraged to contact Psychology services with questions, concerns, or for more information about any of the programs.

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-12-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was interviewed at the door of his cell for a 30-day SCU review.  Upon arrival he was observed sleeping, but he readily approached the door to speak with this writer.  Consistent with his baseline, he presented as alert and oriented with euthymic mood and appropriate affect. He initially reported that his medications have recently been "going right through [him];" however, he later denied the medications were upsetting his stomach.  He described his sleeping pattern, mood and appetite as "OK."  He also noted he has recently been attending indoor recreational activities.  Inmate FIELDS was encouraged to continue participating in extracurricular activities outside of his cell.  He was able to relate to this writer in an appropriate manner, and exhibited logical, organized, goal-directed thought processes. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. Mr. FIELDS denied the need for additional psychological assistance or intervention at this time.  He was reminded of how to access psychological services should the need arise. He will continue to be monitored via routine rounds and SCU reviews per policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 11-10-2010 - Eval/Rpt - Mental Health Video Programming
**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L
**Author:** JACQUELINE CRANMER,  Psy.D.,  INTERNSHIP PROG COORD
**Institution:** THP - TERRE HAUTE USP

The following video programming was available to SCU inmates this month via Channel 71.

"Accepting Responsibility in a Finger-Pointing World" - Renowned expert in criminal thinking, Dr. Stanton Samenow, explores the concepts of justification and thinking errors with a group of ex-offenders who are currently in recovery.

"Houses of Healing: A Prisoner's Guide to Inner Power and Freedom - Weeks 5 - 7" - Taped in part on location during course instruction at a county jail and a state prison in Massachusetts, author and educator Robin Casarjian presents key concepts from Houses of Healing.

"Fear...The Anger Trigger" - Dr. Stanton Samenow examines what can fuel anger and how anger can impact self and others. Dr. Samenow teaches non-destructive ways of expressing anger in order to avoid negative consequences. The series also explores the key element leading to the anger response: FEAR.

"Alcohol and Drugs, Mind and Body: The Medical Consequences" - Featuring Dr. John Keppler, issues related to tolerance, dependence and craving are discussed, and illustrated visually through the use of brain scans and various other graphics.

"Marijuana and Recovery" - Information crucial to successful recovery is presented, including denial, polydrug abuse, marijuana withdrawal, treatment options, relapse triggers, getting the most out of 12-step meetings, and building a new lifestyle.

"The Disease of Addiction" - Addiction is defined and described as a disease to help you understand the primary, chronic, genetic, progressive, and potentially fatal aspects of the illness. The three phases of addiction and symptoms for each phase provide a basic understanding of addiction.

"Criminal and Addictive Behavior" - This video features real inmates telling the real story about recovering from a life of addiction and crime. The result is a powerful, direct, and liberating message about finding a life of recovery and freedom.

A schedule of programming was posted in the unit and inmates were encouraged to contact Psychology services with questions, concerns, or for more information about any of the programs.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH45

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 10-15-2010 - Eval/Rpt - Mental Health Video Programming

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

The following video programming was available to SCU inmates this month via Channel 71:

"Chronic Relapse, Part 3" - Earnie Larsen, a nationally known author and lecturer, brings together a group of ex-offenders and recovery addicts to discuss the concept that "chemicals medicate pain" and explore six elements which are key to breaking the chronic relapse cycle.

"Roots of Addiction" - Examines the biological and environmental reasons that people become addicted to substances such as legal drugs, e.g., alcohol, tobacco, and prescription medications; illegal drugs, e.g., cocaine, heroin and marijuana; or behaviors such as eating disorders, compulsive sexual activity and compulsive gambling.

"Houses of Healing: A Prisoner's Guide to Inner Power and Freedom, Weeks 3 - 6" - Taped in part on location during course instruction at a county jail and a state prison in Massachusetts, author and educator Robin Casarjian presents key concepts from Houses of Healing.

"Sleeping Tiger" - Education on the progression of substance addiction using the tiger as a metaphor. Imaginative illustration shows the progression of the disease, even during abstinence. The audience is shown that the "tiger" may remain dormant, but can re-emerge after relapse as an even greater problem and challenge.

"Success Stories #1, Spanish Version" - These personal stories prove that change is difficult but possible; the rewards are beyond measure. This program highlights four people who each struggled long and hard with substance abuse, destructive behavior and prison time, but found a path to a better life.

"Thinking about Thinking" - Taped in Minnesota correctional facilities, A New Direction videos feature real inmates telling the real story about recovering from a life of addition and crime. The result is a powerful, direct, and liberating message about finding a life of recovery and freedom.

A schedule of programming was posted in the unit and inmates were encouraged to contact Psychology services with questions, concerns, or for more information about any of the programs.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 10-15-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. Upon arrival, he was observed sleeping but approached the door when prompted by this writer and readily engaged in the interview.  Inmate FIELDS reported a recent decrease in perceptual disturbances and stated, "I'm doing fine." He interacted pleasantly with this writer and his mental status was unremarkable. Personal hygiene and cell sanitation were within normal limits. No signs of acute distress or other clinically significant mental health symptoms were reported or observed. When asked whether he desired additional psychological assistance or intervention at this time, he declined.  He was reminded of how to access services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 09-17-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. He was observed laying on his bunk watching television. He reported he had found the workbooks this writer had provided him with and would continue to work on completing them. He interacted appropriately with this writer and his mental status was unremarkable. Personal hygiene and cell sanitation were within normal limits. No signs of acute distress or other clinically significant mental health symptoms were reported or observed. He was reminded of how to access services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 09-10-2010 - Eval/Rpt - Mental Health Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a brief mental health contact during routine rounds in SCU. He presented as alert and oriented with euthymic mood and congruent affect.  When asked whether he had completed the workbook this writer had provided to him approximately two weeks earlier, he admitted he had not and noted he misplaced the workbook during a routine cell change last week.  Mr. FIELDS reported he would locate the workbook and review it in the near future.  He agreed to notify this writer once he had completed the workbook if he desired feedback or additional assistance.  During this contact, his presentation was consistent with his baseline and he neither reported nor displayed any signs of acute distress or severe mental illness.  He will continue to be monitored via routine rounds and monthly SHU reviews per policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 08-25-2010 - Eval/Rpt - Provision of Literature

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was provided with a workbook on mood disorders per his request.  He was encouraged to utilize the workbook to chart any changes or fluctuations in his mood, appetite, sleeping patterns, and energy level.  Inmate FIELDS agreed to do so but noted his desire to remain on his current medication regimen.  He was instructed to advise this writer when he completed the workbook.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH50

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 08-18-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was interviewed for a 30-day SCU review. He was observed standing in his cell. He presented as alert and oriented with euthymic mood and appropriate affect.  He reported his medication regimen had remained the same and he has continued to experience tremors which are likely a side effect of his medication.  However, Mr. FIELDS noted he would like his regimen to stay the same.  He expressed interest in completing a workbook on mood disorders and a symptom chart, in order to gain a better clinical picture of what (if any) symptoms of an Axis I disorder he is currently experiencing. During the contact, Mr. FIELDS was able to relate to this writer in an appropriate manner, and exhibited logical, organized, goal-directed thought processes. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. Mr. FIELDS was reminded of how to access psychological services should the need arise. He will continue to be monitored via routine rounds and SCU reviews per policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 07-21-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. He was observed sitting on his bunk.  When asked about the changes made to his medication regimen subsequent to his telepsychiatry consultation, inmate FIELDS stated that no changes had ultimately been made and the prescriptions had simply been refilled.  Mr. FIELDS admitted to feeling unsure about the changes in his medications and was worried he would not be able to return to his previous prescriptions should he begin having problems once his medication was decreased.  Inmate FIELDS was reminded of the availability of future consultations with Dr. Sarrazin and was strongly encouraged to report any changes (either positive or negative) to this writer if his medication is decreased in the future.  He appeared somewhat reassured after discussing his concerns.

During this contact, Mr. FIELDS interacted appropriately with this writer and his mental status was unremarkable. Personal hygiene and cell sanitation were within normal limits. No signs of acute distress or other clinically significant mental health symptoms were reported or observed. He was reminded of how to access services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 06-24-2010 - Eval/Rpt - Special Progress Note - telepsychiatry

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** DIANA L. ESQUIBEL,  SECY

**Institution:** SPG - SPRINGFIELD USMCFP

---

Special Progress Note on Telepsychiatry Consult dated 6-23-10

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 06-23-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. He was also scheduled for a special telepsychiatry consultation later today.  The reader is encouraged to refer to PDS note dated 6/24/2010 for more information. During today's contact he interacted appropriately with this writer and his mental status was unremarkable. No signs of acute distress or other clinically significant mental health symptoms were reported or observed. He was reminded of how to access services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 05-26-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. He was observed in a multipurpose room interacting with other inmates.  Mr. FIELDS presented as alert and oriented with euthymic mood and congruent affect.  He denied any specific problems or mental health concerns, other than a desire to have his blood drawn so his medication levels could be checked.  He was encouraged to discuss this request with Health Services and was also advised a special telepsychiatry consultation was being scheduled with SPG.  During this contact, Mr. FIELDS interacted appropriately with this writer and his mental status was unremarkable. No signs of acute distress or other clinically significant mental health symptoms were reported or observed. When asked whether he desired additional psychological assistance or intervention at this time, he declined. He was reminded of how to access services as needed in the future.  Inmate FIELDS will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 05-19-2010 - Eval/Rpt - Administrative Contact: Staff Info

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS's primary physician was contacted regarding his concerns pertaining to psychotropic medication (e.g., increased tremor in his hands).  It should be noted this information was originally provided to the Clinical Director, who previously saw inmate FIELDS for chronic care visits; however, the Clinical Director has since retired.  Mr. FIELDS's primary physician discussed making some changes to his psychotropic medication regimen and also requested Mr. FIELDS be scheduled for a telepsychiatry consultation.  Dr. Sarrazin, Chief Psychiatrist at SPG, was contacted to schedule a consultation.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 04-29-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. Upon arrival, he was observed laying in his bunk; however, he readily approached the door to speak with this writer.  Although he claimed he was "sleeping fine," this writer observed what appeared to be dark circles under his eyes, suggestive of fatigue.  However, Mr. FIELDS denied experiencing any significant mental health symptoms, and he presented with euthymic mood and bright affect.  His cell appeared neat and organized, and his personal hygiene appeared adequate. No acute distress or other clinically significant mental health symptoms were reported or observed. He declined the need for additional psychological assistance or intervention at this time and was reminded of how to access psychological services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 03-31-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. He was observed laying in his bunk but readily approached the door to speak with this writer.  He denied any current problems and was advised Health Services had been notified of his reported hand tremors. Mr. FIELDS interacted appropriately with this writer and his mental status was unremarkable. No signs of acute distress or other clinically significant mental health symptoms were reported or observed. When asked whether he desire additional psychological assistance or intervention at this time, he responded, "No thanks. Have a good day." He was reminded of how to access services as needed in the future. He will be seen for future contacts PRN and per SCU policy.Inmate

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 03-19-2010 - Eval/Rpt - Medication Review / Mental Status Examination
**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L
**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH
**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was seen for a mental status examination on this date, due to his historical diagnosis of Bipolar Disorder. He is currently prescribed Prozac 40mg, lithium 900mg, Loxapine 100mg, and Artane 4mg twice daily.

According to Mr. FIELDS, he has taken these medications, including Artane, for approximately six years.  He indicated the Artane has been helpful in alleviating negative side affects associated with his other medications, but noted that since it was changed to being dispensed only via pill line approximately one month ago (it was formerly self-carry), he has noticed an increase in tremor and psychomotor restlessness.  It should be noted this writer did observe some tremor in his hands during this contact.  Mr. FIELDS stated at times he requires assistance from other inmates to utilize the computer and write letters due to the shaking in his hands.  He was informed this writer would notify Health Services of his concerns.

Regarding other clinically significant mental health symptoms, Mr. FIELDS denied currently experiencing any symptoms suggestive of depression or mania and described his general mood as "great."  However, he claimed he still experiences auditory hallucinations (which he described as "derogatory voices") and visual hallucinations (seeing a metal rack with stuffed ducks on his cell wall) on a daily basis.  He denied that these experiences cause him significant distress.  It should be noted that his description of hallucinations, particularly visual hallucinations, are atypical of individuals with active psychosis.  During this contact, he did not appear to be responding to internal stimuli and did not report or display any other signs or symptoms consistent with psychosis or mood disturbance.

Mr. FIELDS also discussed his belief that he is still "sleepwalking" during the night.  As examples, he reported he woke up one morning to find "letters in [his] mouth" and his blanket in the shower.  He also stated he believed he ate all of his Swiss cake rolls one evening while asleep.  Mr. FIELDS denied any other concerns and further denied any current suicidal ideation, plans or intent.  His current presentation was not indicative of any Axis I diagnosis.  While inmate FIELDS has not displayed any signs or symptoms consistent with Bipolar Disorder while at THP, it is possible his current medication regimen has effectively stabilized his mood.  His medication regimen will be maintained at this time, and inmate FIELDS will continue to be monitored via routine rounds, monthly SCU reviews, and additional contacts as needed.  He was reminded of how to access psychological services and agreed to do so in the future as necessary.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 03-03-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. Upon arrival, he was observed laying on his bunk, and waved at this writer. He did not appear to be in any acute distress and his mental status was unremarkable. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. When asked whether he desired additional follow up at this time, he stated, "No, I'm good." He was reminded of how to access psychological services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH60

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 02-25-2010 - Eval/Rpt - Administrative Contact: Records Request

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**   SCU, X02-304L

**Author:** DIANNA K. RUPSKA,  Psy.D.,  DRUG ABUSE PROG COORD

**Institution:** THP - TERRE HAUTE USP

---

The Federal Community Defender's Office submitted a FOIA request to Central Office in order to obtain all of inmate FIELDS' records.

This writer reviewed the pertinent records and filled out the form "REVIEW OF MEDICAL / PSYCHOLOGICAL RECORDS FOR RELEASE OF INFORMATION." The release of the inmate's psychological records are not reasonably expected to harm the inmate or another person. Requested PDS records were sent to the Legal Department.

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 02-03-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. Upon arrival, he was observed standing in his cell.  His current medication regimen and routine blood draws were discussed.  Mr. FIELDS indicated his blood level was taken last month, but was unaware of the results.  He denied any specific problems or mental health concerns. He did not appear to be in any acute distress and his mental status was unremarkable. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. When asked whether he desired additional follow up at this time, he stated, "No." He was reminded of how to access psychological services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

BOP MH62

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 01-08-2010 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. Upon arrival, he appeared to be sleeping but readily approached the door to speak with this writer.  He inquired as to how often he was scheduled to be getting his blood tested for lithium and was advised medical staff would be contacted regarding this issue.  Mr. FIELDS indicated satisfaction with his current psychotropic medication regimen and stated his symptoms are currently well controlled. He did not appear to be in any acute distress and his mental status was unremarkable. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. When asked whether he desired additional follow up at this time, he declined. He was reminded of how to access psychological services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 12-09-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. Upon arrival, he was eating lunch. He did not appear to be in any acute distress and his mental status was unremarkable. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed. When asked whether he desired additional follow up at this time, he stated, "No thank you." He was reminded of how to access psychological services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH64

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-13-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. Upon arrival, he was observed laying in bed; however, he approached the door to speak with this writer. He did not appear to be in any acute distress and his mental status was unremarkable. There were no overt signs of psychosis or other severe mental illness, and no significant adjustment difficulties were reported or observed.  When asked whether he desired additional follow up at this time, he stated, "Not that I know of." He was reminded of how to access psychological services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 10-14-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. Upon arrival, he was laying in his bunk awake. He did not appear to be in any acute distress and his mental status was unremarkable. When asked whether he desired additional follow up at this time, he stated, "No, thank you." He was reminded of how to access psychological services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 09-17-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JACQUELINE CRANMER,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day Special Confinement Unit mental health contact. Upon arrival, he was observed sleeping but awoke to speak with this writer. He did not appear to be in any acute distress and his mental status was unremarkable. When asked whether he desired additional follow up at this time, he stated, "No, ma'am. Thank you." He was reminded of how to access psychological services as needed in the future. He will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 08-20-2009 - Eval/Rpt - Bibliotherapy (Relaxation Training)

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

Inmate was provided with a workbook titled "Relaxation For Better Health," but denied having a need to review his work with this writer at a later date. He was subsequently encouraged to communicate any questions/concerns about the workbook to Psychology Services during regular SCU rounds and he agreed to do so. Inmate was also offered a private session on this date, but he declined. He appeared to be receptive to the information provided to him and the contact was terminated shortly thereafter.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH68

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 08-20-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was seen on this date for a routine 30-day SCU review contact.  He was noted to be watching television immediately prior to our interaction.  He did not voice any current concerns and didn't appear to be in any acute psychological distress.  His mental status was unremarkable.  No immediate follow-up seems to be warranted at this time and he will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH69

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 07-22-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was observed to be watching television in an indoor recreation area when this writer approached his SCU cell door. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate appears to be functioning at an adequate level at this time.

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 06-24-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was seen for a routine 30-day SCU review.  He was wearing standard inmate attire at the time of this contact and appeared to be appropriately groomed. No behavioral abnormalities were noted.  Inmate did not present with any signs or symptoms of a mental illness and his overall mental status was unremarkable. He neither requires nor requests Psychology Services at this time, but will continue to be monitored PRN and via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 05-27-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** DENNIS N. PROFITT,  Ph.D.,  CARE LVL 3 PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was observed sitting on his bunk when this writer arrived. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 04-29-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate presented to this writer as alert and oriented with no overt signs of psychosis. He was observed to be lying in his bed when this writer approached his SCU cell door and he did not voice any current concerns. Inmate was dressed in standard inmate attire and his grooming was adequate. He was polite and his mood was described as "good." Inmate did not appear to be in any acute distress and his mental status was unremarkable. He did not request additional services at this time and will be seen for future contacts PRN and during regular SCU rounds.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 04-01-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**   SCU, X02-304L

**Author:** DENNIS N. PROFITT,  Ph.D.,  CARE LVL 3 PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was observed lying in his bunk. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-03-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** DENNIS N. PROFITT,  Ph.D.,  CARE LVL 3 PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was observed lying in his bunk when this writer arrived at his cell door. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 02-04-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** DENNIS N. PROFITT,  Ph.D.,  CARE LVL 3 PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was observed sitting on his bunk watching television when this writer approaced. He acknowledged this writer's presence in a socially appropriate manner.  His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 01-07-2009 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was seen on this date for a routine 30-day SCU review.  He was observed to be watching television when this writer approached his cell door.  Inmate did not voice any current concerns and did not appear to be in any acute distress.  His affect was bright and no behavioral abnormalities were noted.  SCU staff did not report any problems or unusual behavior from this inmate.  No immediate follow-up appears to be warranted at this time and he will continue to be monitored by Psychology Services PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 12-10-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He came to his cell door and spoke with this writer. He presented as pleasant, polite, and alert. He stated, "No complaints at all. I am looking forward to Christmas." He did not voice any complaints of a psychological nature.

He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-13-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** JOSEPH BLEIER,  Ph.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was seen for a 30 Day SCU Review. He was observed to be resting when I arrived at his door. He denied current mental health concerns. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH79

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-07-2008 - Eval/Rpt - Special Progress Note
**Reg Number-Name:** 04136-063 - FIELDS, EDWARD L.   **Unit/Qtrs:** SCU, X02-304L
**Author:** DIANA L. ESQUIBEL, MEDCL SUPRT ASST
**Institution:** SPG - SPRINGFIELD USMCFP

---

## UNITED STATES DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF PRISONS

## U.S. MEDICAL CENTER FOR FEDERAL PRISONERS

## SPRINGFIELD, MISSOURI

## <u>SPECIAL PROGRESS NOTE</u>

FIELDS, EDWARD                 Reg. No. 04136-063

Dates of Consultation:                 November 5, 2008

## <u>IDENTIFICATION DATA</u>

Edward Fields 04136-063 is a 41-year-old, twice divorced, Caucasian male. He has been residing in U.S.P. Terre Haute in the Special Confinement Unit for the past two years and eleven months. The Chief of Psychology, Dr. Steve Eckert, requested a special tele-psychiatry consultation which was performed on November 5, 2008, from approximately 12:10 p.m. to 1 p.m.

## <u>HISTORY</u>

Mr. Fields is a 41-year-old male who resides in the Special Confinement Unit at U.S.P. Terre Haute. He has received the death penalty for murdering a married couple in a national forest. The offense occurred on July 11, 2003, and he was arrested on July 18, 2003. His trial occurred approximately three and a half years ago at Muskogee, Oklahoma.

Records that were reviewed for this tele-psychiatry consultation include Federal Bureau of Prisons Psychology Data System notes dated December 30, 2005; March 1, 2007; May 8, 2007; and August 4, 2008. In addition, Bureau Electronic Medical Record notations were reviewed, including a current medication list.

Mr. Fields was interviewed by tele-psychiatry equipment on November 5, 2008, from approximately 12:10 p.m. to 1 p.m. Mr. Fields was told that this consultation was being performed at the request of the Chief of Psychology, Dr. Eckert. He was told the purposed of this was to provide consultation on his history, diagnosis, and current medications. Mr. Fields was aware that this was not a court ordered evaluation, and that a copy of the report would be part of his Bureau of Prisons medical record.

BOP MH80

Mr. Fields reports that at the time of his offense he was homeless. He had been living with his mother for the prior two years, which she moved out to live with her daughter and Mr. Fields became homeless for approximately four months. He states that he was living out of his truck. He was working at Kenko Plastics, a manufacturing job which he had been doing daily for approximately four months. He has been married twice to the same woman from May 1986-1991, and 1994-1998. He has three grown children ages 18, 20, and 22. He has no contact now with his ex-wife or his children. He has some contact with his mother and sister.

At age 16, Mr. Fields was taken to a psychiatrist by this mother. He states that he was there approximately four or five sessions and then he quit going. He reports that he was not prescribed any medications at the time. When asked why he went, he stated, "I guess for depression." At age 26, his general practice physician placed him on antidepressant medications. He states that he had suicidal thoughts at that time and a depressed mood. He reports that his sleep "came in cycles" and that the depression would last up to two weeks. In 2003, prior to his offense, he reports he saw Dr. Kemp, a general practitioner, while he was working at Kenko Plastics. He states that he was depressed through that time and hearing voices. He described the voices as "demeaning" and also "controlling." When asked to specifically reply to the controlling part he states "They tell me to walk out on jobs." He states the voice is always male, always the same voice, but he does not recognize the voice. When asked where the voice sounds like it is coming from he says that it is coming "from inside me." He goes on to state that he first started hearing voices at age 15 or 16 and that "they came and went." When asked specifically what they involved, he states, "They would tell me to do things." Dr. Kemp placed him on Effexor in 2003, but Mr. Fields does not recall the dosage.

Mr. Fields was apprehended approximately one week after he committed the instant offense and was placed in a county jail. He stated that within a few days of being placed in the county jail he cut both his wrists and forearm and said he required seventeen sutures. He states, "I was hoping it would work." He states that it was the "first and last time" that he has attempted suicide. He states that the Effexor was stopped at that time and he was placed on Risperidone. He states that he had side effects with the Risperidone and then Stelazine was initiated. He then moved to the Tulsa County Jail. He was reportedly diagnosed with Schizoaffective disorder and was prescribed Prozac, Lithium, Loxitane, and Artane. He then was subsequently seen by psychiatrists that were hired by the defense and was diagnosed with Bipolar disorder severe with psychotic features, Schizoaffective disorder Bipolar type, and major depression psychotic sub type. He was seen by a neuro-psychologist in July 2005, who was hired by the prosecution, and diagnosed with Axis I Dysthymic disorder and Axis II Personality disorder, not always specified with the antisocial narcissistic and dependent traits. Mr. Fields states that he continued on these medications throughout his trial without difficulty. He has been placed in Terre Haute in the Special Confinement Unit for approximately 3 years. When asked how things were going at this time he replied, "Things are going great." He states the he is not depressed and that he is "mostly in a good mood." He denies any trouble with his sleep, no trouble falling asleep or staying asleep. His appetite is good and he has in fact gained weight. He also reports that he is taking up hobbies. When asked what hobbies he will be beginning he states, "Once I get the stuff it will be crocheting." He states that he does not hear any voices at all at this time. His Loxitane was recently increased from 50 mg to 100 mg daily. Prior to this increase in medication he reported that he slept a lot during the day, but does not at this time. He also states that he last heard a voice prior to the increase in medication when he was looking in the mirror and the voice said, "Run a comb through it."

He now reports that he finds himself sleep walking. He states he will wake up in the morning and thing will be hidden in his locker, hidden in his room; "things will be in the garbage." He also states that other inmates have said that he will have his lights on at 3 o'clock in the morning and appear to be talking to the bulletin board. I reviewed with him how some of the this may be due to his medications, although this may not absolutely be the case. He states that he " would rather put up with the side effects" than to stop these medications. He states that the sleep walking only occurred after he was locked up.

## MENTAL STATUS E AMINATION

Mr. Fields displayed good personal hygiene and good eye contact. Motor activity is normal. There are no abnormal motor movements noted. His speech was normal in rate, flow, and volume. There is no agitation, no aggression, and no push to his speech. He was not circumstantial or tangential. His thoughts were well organized and goal directed. There is no overt symptoms of any type of psychosis. He does not appear to respond to any type of internal stimuli. His mood was euthymic,

BOP MH81

his affect was congruent, and there is no evidence of any type of Anxiety disorder. He does not have any suicidal or homicidal ideation, plan, or intent.

## DIAGNOSTIC IMPRESSION

Axis I:            Bipolar I disorder versus Schizoaffective disorder by history.

Axis II:           Deferred

Axis III:           Hypertension and elevated cholesterol

## DISCUSSION AND OPINION CONCERNING COMPETENCY TO PROCEED

After reviewing the available Psychology Data System notations, Bureau Electronic Medical Record notes, and interview, it is not clear that Mr. Fields suffers from a major mental illness; such as Bipolar disorder or Schizoaffective disorder. It should be noted that he has only been evaluated by this writer while on psycho tropic medications of Lithium, Loxitane, and Prozac. His history does not appear consistent with a major mental disorder. His description of voices is rather vague and not consistent with what is usually described in psychotic illness; such as, hearing that the voices come within you. This is more that the voices are keeping up a commentary and telling him innocuous things to do. Also note his thought processes are entirely clear. There is no evidence of any type of confidentiality, circumstantiality, or disorganization. If indeed we were evaluating an individual with Schizoaffective disorder there should be some residual psychotic processes that affect the thinking patters, even with someone that is medicated.

That being said, Mr. Fields continues on the psycho tropic medication Lithium, Loxitane, and Proxitine. He denies any side effects with the medications at this time and he competently wishes to remain on these medications. The potential side effects of Prozac were reviewed, including dry mouth, dry eyes, agitation, anxiety, appetite problems, sleep walking problems, stomach upset, diarrhea, or headaches. Lithium has potential side effects of headaches, kidney disease, possible toxicity, hypothyroidism, or metallic taste in the mouth. Loxitane is reviewed with Neuroleptic malignant syndrome, a potential fatal complication, and Tardive dyskinesia characterized by involuntary abnormal movements of the tongue and mouth that can be permanent, extrapyramidal side effects, and acethesia. Despite of this, Mr. Fields wishes to remain on these medications. These medications can also be beneficial to individuals with personality disorders and some mood and affect of liability in spite of the fact of not having a diagnosable major mental illness.

I hope this is helpful, and if I could be of any further assistance to the Chief of Psychology or the Clinical Director in regards to Mr. Fields, please do not hesitate to contact me and a future Tele-psychiatry consultation can be scheduled.

BOP MH82

---

Robert Sarrazin, M.D.

Chief Psychiatry

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 11-06-2008 - Eval/Rpt - SCU "Team"

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate Fields participated in his "Team Meeting" on this date which was attended by this writer, the SCU Case Manager, and the SCU Counselor.  He was in hand restraints for the duration of this meeting which took place in a private conference area in the SCU.  Inmate communicated appropriately with the aforementioned staff throughout the entirety of this contact and did not require any redirection.  In fact, at the beginning of today's interaction he jokingly stated, "It's a pleasure to come out and see you."

Inmate Fields presented as alert and oriented with no overt signs of psychosis.  His affect was bright and he was noted to laugh at one point in time when describing how much toilet paper he had in his cell.  No current psychological symptoms were reported and there were no signs of a mental illness noted.  He did not express any current concerns.  Inmate does not appear to warrant additional follow-up at the present time and will continue to be seen PRN and per SCU protocol.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-05-2008 - Eval/Rpt - Tele-Psychiatry Consult

**Reg Number-Name:** 04136-063 - FIELDS, EDWARD L.    **Unit/Qtrs:** SCU, X02-304L

**Author:** STEVEN J. ECKERT, Ph.D., CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

The Chief Psychiatrist at MCFP Springfield, Dr. Sarrazin, interviewed the inmate via via tele-conference equipment. The purpose of the psychiatric consult was routine medication management. Inmate FIELDS is currently taking Prozac, Lithium, and Loxapine.

During this interview inmate FIELDS recounted his history in a manner that was largely consistent with past interviews. His overall mental status was also consistent with past documentation made by psychologists at this facility. For example, he continued to present as WNL with no overt sxs of mental illness. He did not voice any complaints or express any significant negative side-effects related to his medication regimen. He exhibited a bright affect, pleasant mood and was quick to smile throughout the interview. He said that his family keeps him well funded and he buys a lot of food n the commissary. He reported that the family members he communicates consistently with are his mother and sister. He was markedly future-oriented . Spoke about enjoying several tv shows and spoke about several hobbies he enjoys. Specifically said he will be starting crocheting soon.

When he did describe past psychotic sxs he focused almost exclusively on experiencing AH. His descriptions of hearing these voices appeared to be suspect, in that they seemed to be contrived, atypical, and lacked appropriate specificity. Further, the timing and content of these "voices" appear at times to be self-serving and occur during seemingly "convenient times." For example, the AH commanded him to engage in specfic negative/aggressive goal-directed behavior (instant offense).  It is interesting to note that inmate FIELDS did not describe any other time in his life when the "voices" commanded  him to engage in negative/aggressive behavior either before or since the instant offense.

Additionally, since his arrival to this facility he has not exhibited residual signs/symptoms of a thought disorder (such as negative symptoms, an even marginly compromised thought process, delusonal ideations, or any objective data such as observing him responding in some way to internal stimuli) some of these are usually(but not always) present to some degree in individuals even when a thought disorder is well-controlled by Rx.

It is also *possible* that he does have a mood component (Major Depression, Dysthymic Disorder, Bipolar Disorder) which is controlled by medication, even though clear signs of a mood disorder have not been noted in the last three years at this facility.

Even though questions exist as to the veracity or legitimacy of a current Axis I diagnosis, the continuation of the Rx is based on the following:

1)Although there was not a Forensic Evaluation conducted by a BOP psychologist/psychiatrist, according to his PSI he was evaluated while in pretrial status by three psychiatrists and one psychologist in 2004, and 2005, receiving the following Axis I diagnoses:  "Bipolar Disorder I Disorder With Psychotic Features; Major Depression, Psychotic Subtype; Dysthymic Disorder; Schizoaffective Disorder, Bipolar Subtype, vs. Bipolar Disorder, severe with psychosis, in pharmacological remisssion".

2)He is requesting to stay on the medication, does not describe significant side-effects, and is currently presenting as stable.

3)It is *possible* that his sxs (psychotic and/or mood) are being managed by Rx and are currently in remission.

4)At this time there is not sufficient evidence which would confirm he is malingering beyond a reasonable doubt.

PLAN:  Dr. Sarrazin renewed his medications and recommended he continue to be managed by the local physician. Dr. Sarrazin encouraged consultation on an "as-needed" basis. Inmate does not warrant placement on MDS status. He will continue to be seen via routine SCU protocol.

BOP MH86

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 10-29-2008 - Eval/Rpt - Bibliotherapy Follow-up

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

Inmate Fields informed this writer he had not completed the Stress Management workbook that was provided to him the previous week, but requested to keep the reading material as a reference.  He did not ask any questions about the workbook and did not express any current concerns.  Inmate denied having a need for a private session on this date.  He did not appear to be in any acute distress at the time of this contact and his mental status was judged to be WNL.  No immediate follow-up appears to be warranted at this time and he will be seen for future contacts PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH87

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 10-21-2008 - Eval/Rpt - Bibliotherapy (Stress Management)

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate Fields was watching television when this writer approached his SCU door.  He did not voice any current concerns during today's interaction and his mental status was unremarkable.  Inmate was provided with a workbook titled "Stress Management" and agreed to complete it within the next week.  He was informed that this writer would review his workbook at a later date and would provide him with a private session for the purpose of feedback if requested.  Inmate appeared to be receptive to this writer's comments and did not make any additional remarks or requests.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 10-16-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate denied experiencing any current concerns and stated, "I'm fine.  Have a nice day."  He did not express a desire to speak with this writer further and did not submit any "Request to speak with a staff member" forms to Psychology Services.  He was subsequently reminded how to contact Psychology Services should he desire additional care in the future.  He appeared to be receptive to this writer's comments.

There were no signs of mental illness noted during today's interaction and no immediate follow-up appears warranted at this time.  Thus, he will be seen for future contacts as needed and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH89

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 09-17-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was seen for a routine 30-day SCU review at his cell door.  He did not voice any concerns and no behavioral abnormalities were noted.  Inmate did not present with any signs of mental illness during this contact and his overall mental status was unremarkable. He neither requires nor requests Psychology Services at this time, but will continue to be monitored PRN and via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH90

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 08-21-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** JOSEPH BLEIER,  Ph.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a 30 Day SCU Review. He was observed to be laying down when I arrived at his door. He denied current mental health concerns. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH91

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 08-04-2008 - Eval/Rpt - Mental Health Contact

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JOSEPH BLEIER,  Ph.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

S/O: Inmate was seen this date for a follow-up to a recent SCU review, in which he made some unusual complaints regarding possible side effects to his medications. Inmate was seen in the Law Library in SCU. Several weeks ago, and again this date, he described his beliefs he has been "sleep walking" at night. He also stated his beliefs he hides his property during these episodes, and described waking up at times and finding things "in the garbage." Inmate Fields believes his medications may be causing this behavior, although he admitted he had not experienced these episodes until relatively recently. He also discussed how he's been on the same medication regimen for several years with no previous significant side effects. When asked if these occurrences have become more or less frequent over the past few weeks, he stated they have become less frequent.

Inmate also reported his beliefs he's been hearing things outside his door recently. He described two recent events in which he thought he heard "keys rattling" and a "cart being pushed" just outside his door. He admitted these sounds are not unusual in the SCU, however reported they "appeared loud enough to be outside my door." When he went to investigate, he stated there was no one on his range. Inmate denied any other incidents of hearing things aside from these two incidents described.

Overall, Inmate Fields stated his medications appear to be working well, and had no desire to adjust his current doses. Records show he is currently prescribed Lithium 900mg, Loxapine 50mg, Artane 4mg, and Prozac 40mg. He reported first receiving these medications at a county jail 5 years ago after his arrest. He also stated he was "hearing voices" and feeling "depressed" at that time, thus he was prescribed these medications to manage his reported symptoms.

Inmate again indicated no desire to adjust his medications at this time, and stated he would manage these "side effects" on his own. He briefly discussed minor anxiety and stress with this current situation (living on death row), thus behavioral techniques were discussed to assist with reducing anxiety. He expressed appreciation for the contact this date. He also denied the need for additional contacts, however stated he would contact Psychology in the future if needed. He was also reminded Psychology staff conduct weekly and monthly rounds in the SCU.

P: Inmate presented with euthymic mood, with affect congruent with mood. He was relaxed and calm throughout the session, and did not appear to be in psychological distress. He did not appear to be responding to internal stimuli. His thoughts were also goal oriented and free from delusional thinking. Aside from his recent reports of "sleep walking," "hearing things," as well as his self-report of minor anxiety, there were no signs or symptoms of mental illness noted nor reported. He also denied both SI/HI, plan or intent. Overall his MSE was unremarkable, and he appears stable on his current medication regimen at this time.

After reviewing his mental health history, consulting with the Chief Psychologist, as well as reviewing his current medication regimen, two hypotheses have been proposed with regards to Inmate Fields' mental health and history. The first hypothesis is the inmate suffers from a psychotic disorder, however his current medication regimen is effectively managing his symptoms. This would also explain his recent and current stability. The second hypothesis is the inmate does not truly suffer from a psychotic disorder, thus the reason for his stability is not related to his medication regimen. Nonetheless, it is not recommended that his medication regimen be adjusted at this time time due to a lack of evidence supporting a malingering diagnosis. However, it is recommended that the inmate be given the opportunity to attend Telepsychiatry, where he can be further evaluated by a Psychiatrist.

P: No further contacts were requested nor planned at this time, however he will continue to be seen regularly per SCU protocol. The Chief Psychologist will be also be consulted regarding scheduling a Telepsychiatry appointment in the future.

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 07-22-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**   SCU, X02-304L

**Author:** JOSEPH BLEIER,  Ph.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a 30 Day SCU Review. He was observed to be standing by his door when I arrived at his door. He discussed some unusual behavior he believes may be related to side effects of his medications. He stated he has been sleep walking, and hides his property around his cell during the night. He also discussed his medication regimen, however does not desire a change in his regimen at this time. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time. Due to his reported side effects, he will be seen for a follow-up at a later date.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 06-25-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** DENNIS N. PROFITT,  Ph.D.,  CARE LVL 3 PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was observed lying on his bunk. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 05-27-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** DENNIS N. PROFITT,  Ph.D.,  CARE LVL 3 PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was observed lying on his bunk. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 04-29-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS, EDWARD L.    **Unit/Qtrs:** SCU, X02-304L

**Author:** JOSEPH BLEIER, Ph.D., STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a 30 Day SCU Review. He was observed to be laying down when I arrived at his door. He denied current mental health concerns. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-31-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was observed to be lying on his bed when this writer approached his cell door.  He did not present with signs or symptoms of mental illness, suicidal ideation, or acute distress. His daily functioning and overall mental status was judged to be WNL. Staff have not recently reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 03-05-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** DENNIS N. PROFITT,  Ph.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was observed lying on his bunk when this writer approaced his cell.  His mood was euthymic and his affect was appropriate.  He was oriented X4 and demonstrated a rational, fluid, and coherent thought process.  His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate.  No signs of a mental illness were noted during the interview.  Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH98

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 02-06-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JOSEPH BLEIER,  Ph.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a 30 Day SCU Review. He was observed to be in a rec cage talking when I arrived. He denied current mental health concerns. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 01-10-2008 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was seen for a routine 30-day SCU review at his cell door.  He did not appear to be in any acute distress and did not voice any current concerns.  No behavioral abnormalities were noted.  Inmate did not present with any signs or symptoms of a mental illness or suicidal ideation during this contact and his overall mental status was unremarkable.  It should be noted that SCU staff reported that they have not observed any recent unusual or problematic behaviors from this inmate.  He neither requires nor requests Psychology Services at this time, but will continue to be monitored PRN and via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 12-11-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was seen for a routine contact at his cell door and was observed to be watching television prior to this interaction. When he noticed this writer at his cell door he stated, "I'm doing fine," and proceeded to deny experiencing any current concerns. He did NOT present with signs or symptoms of mental illness, suicidal ideation, or acute distress. His daily functioning and overall mental status appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-14-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JOSEPH BLEIER,  Ph.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a 30 Day SCU Review. He was observed to be resting when I arrived at his door. He denied current mental health concerns. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 10-18-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JOSEPH BLEIER,  Ph.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS seen for a 30 Day SCU Review. He was observed to be laying down when I arrived at his door. He denied current mental health concerns. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 09-19-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** DENNIS N. PROFITT,  Ph.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

Inmate FIELDS was observed in his cell lying in his bunk. His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate FIELDS appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 08-21-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate appeared to be sleeping when this writer approached his SCU cell door.  He did not verbally respond when this writer announced his presence, but movement was observed.  Staff have not reported any usual or problematic behaviors from this inmate and he will continue to be monitored by Psychology Services PRN and per SCU policy.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 07-24-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate appeared to be sleeping when this writer approached his SCU cell door.  When he noticed this writer he denied experiencing any current concerns and stated, "I'm doing good."  His mood was euthymic and his affect was appropriate. He was oriented X4 and demonstrated a rational, fluid, and coherent thought process. His psychomotor behavior was within normal limits and his interpersonal interaction with this writer was judged to be appropriate. No signs of a mental illness were noted during the interview. Inmate appears to be functioning at an adequate level at this time.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 06-27-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He came to the cell door and presented as affable and almost a little "silly" (which is his baseline) yet no problems nor concerns were noted. He did not voice any complaints related to his psychotropic Rx.

He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 05-30-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was seen for a routine 30-day SCU review at his cell door. He did NOT present with signs or symptoms of mental illness, suicidal ideation, or acute distress. When this writer approached his cell door he smiled and stated, "I'm doing about the same."  His daily functioning and overall mental status appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 05-08-2007 - Eval/Rpt - Mental Status Examination

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was seen on this date for a mental status examination after he requested to speak with someone from Psychology Services.  He informed this writer he has been experiencing intermittent auditory and visual hallucinations for the past month.  He stated he recently saw "a mantle piece on this door with ducks on it" and thought he should inform someone in Psychology Services of this event.  In addition, he reported that he continues to hear voices which make both "derogatory" and "beneficial" remarks to him.  Inmate asked this writer if his medications would be changed as a result of the aforementioned symptoms and then requested that he be able to maintain certain medications in his regimen and not be prescribed others.  He was subsequently informed that this writer did not make the decisions regarding which medications he would be prescribed.  Inmate responded by indicating that he was managing his current symptoms effectively at the present time and denied having a need for a medication referral.

Inmate did not appear to be in any distress at the time of this contact.  He presented to this writer as alert and oriented with no overt signs of psychosis.  His affect and mood were unremarkable.  His thoughts were connected and future oriented, while his speech was clear and intelligible.  He did not appear to be responding to internal stimuli and reality testing was intact.  No behavioral abnormalities were noted.  It should also be noted that three of the inmate's phone-calls over the past two weeks were monitored prior to this contact.  These calls did not indicate that this inmate was in any type of distress.

Inmate's current presentation does not suggest the presence of an Axis I disorder.  He appears to be functioning adequately in SCU and showed no signs of psychosis during this contact.  It appears as though his current presentation may have been prompted by his desire to acquire additional psychotropic medications without terminating use of the medication he is currently prescribed.  Regardless, inmate was encouraged to notify Psychology Services should he notice an increase in symptoms or desire to speak with someone from Psychology Services again.  He agreed to do so and appeared receptive to this writer's comments.  He does not appear to warrant additional services at this time, but will continued to be monitored by Psychology Services during regular SCU rounds.

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 05-01-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was seen for a routine 30-day SCU review at his cell door.  He reported that he continues to experience intermittent auditory hallucinations, but stated he has been able to effectively manage this symptom.  He indicated he has been maintaining medication compliance and was verbally reinforced for doing so.  His daily functioning and overall mental status appeared to be within normal limits at the time of this contact.  Staff have not reported any problems or unusual behavior from the inmate.  He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH110

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 04-02-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** JOSEPH BLEIER,  Ph.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 03-05-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** JOSEPH BLEIER,  Ph.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH112

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-01-2007 - Eval/Rpt - Mental Status Examination
**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L
**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH
**Institution:** THP - TERRE HAUTE USP

---

Inmate Fields is a 39 year-old male who is currently housed in the SCU for murdering a couple in a national forest. Inmate was seen on this date for a mental status examination in an effort to further establish what mental health treatment, if any, he requires.  In addition, Inmate Fields was asked to provide an overview of previous mental health treatment he'd received prior to incarceration.

INMATE'S SELF-REPORTED MENTAL HEALTH HISTORY

Inmate Fields reported he first saw a psychiatrist (Dr. Pattel) at age 16 because he "didn't get along with" his mother.  He stated he received treatment from this particular psychiatrist for "several months" and indicated that no medication was prescribed.  Inmate indicated he started "hearing voices" at age 16 as well, but did not inform either his family or the psychiatrist of this symptom.  He described the voices as "demeaning" and indicated they repeatedly made statements such as, "You're worthless!"

He indicated he did not receive any additional mental health treatment until the age of 29.  At this time, he stated he sought treatment for the "voices" because they had caused him to walk off of numerous job sites.  However, he indicated he did not inform his treating physician about these voices and was subsequently only treated for depression.  He stated his treatment was provided by Dr. Winters at the Leflore County Medical Center and reported he was prescribed Prozac.  Inmate Fields described Prozac as the most "ineffective" medication that he has ever taken and stated he continued to hear "voices" after taking this medication for an "extended period of time."  He stated he was able to manage the "voices" until the age of 32 when his father died.  He reported that the "voices got worse" during the months following his father's death and described them as "more persistent" than any other time in his life.

Inmate Fields stated he sought out treatment for the "voices" again at the age of 33 and was treated by Dr. Kemp at the Eastern Oklahoma Medical Center.  He informed Dr. Kemp he was hearing voices and was subsequently prescribed Lexapro.  Inmate Fields also reported that Dr. Kemp recommended in-patient treatment for the aforementioned symptoms, but stated he refused treatment.  He indicated he took Lexapro for approximately two months before being switched to Effexor.  He reported he took Effexor for a "couple of months" before his "dosage was doubled."  He informed this writer that he committed the aforementioned murders three days after his medication was reportedly doubled.

Inmate Fields stated that the "voices" were telling him to "shoot" his gun at the time of the murders.  He described that he had initially only intended to rob the aforementioned victims, but ended up firing his gun after being prompted by the "voices."  He stated the "voices got quiet real quick" after the murders and indicated he felt as though he was "back to reality" immediately after firing the shots.  However, he also described that the "evidence showed" he shot the victims and returned to the crime scene approximately eight hours later to rob the victims.  Although he claimed he was "back to reality" immediately following the murders, he was unable to recall what he did during this eight hour time period.

Approximately one week after the murders, he was apprehended and placed in the local county jail.  He stated he was suicidal during this time and slashed his wrists with a razor-blade just prior to his transfer to the Tulsa County Jail.  At this point in time, he reported he was prescribed Prozac, Lithium, Loxitane, and Artane.  He indicated he stopped hearing the voices on a daily basis after being prescribed this medication; he continues to take Prozac, Lithium and Artane at the present time.  He indicated that the Loxitane was replaced with Doxepin while he was in BOP custody and requested that he be placed back on Loxitane.

MENTAL STATUS EXAMINATION

Inmate Fields presented to this writer as alert and oriented with no overt signs of psychosis.  He was well-groomed and was wearing standard inmate attire at the time of this interview.  When asked about his mood he stated, "It's alright. I like who I am now."  He exhibited a full range of affect and related to this writer in an appropriate fashion.  His thoughts were connected and goal directed, while his speech was clear and intelligible.  He denied experiencing any suicidal or

BOP_MH113

homicidal ideation.  He acknowledged experiencing occasional (approximately once per month) "voices" and denied experiencing any visual hallucinations.  He initially described the voices as positive, but then stated, "I don't know.  I can't explain it."  He stated he is maintaining a consistent sleep schedule and is eating regular meals.  Inmate appeared to have mild tremors in his hands, but no other behavioral abnormalities were noted.  He stated his current medications are "working well," although he did request that he be placed back on Loxitane if possible.

PLAN

Inmate did not appear to be in any distress at the time of this contact.  His mental status was noted to be within normal limits and there were no overt signs of an Axis I disorder.  His description of his psychiatric history on this date was mostly consistent with the information he provided to Dr. Steven Eckert, Chief Psychologist, on 12/30/05, although there were inconsistencies.  He denied having a need for additional follow-up care from Psychology Services, but did request that his Doxepin prescription be replaced with Loxitane.  Psychology Services will likely consult with Medical Services regarding Inmate Fields' current medication regimen.  Inmate appears to be stable at the present time and does not appear to warrant additional follow-up care at the present time beyond regular SCU rounds conducted by Psychology Services.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH114

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 02-07-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review.

He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 01-11-2007 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was seen for a routine 30-day SCU review at his cell door. He did NOT present with signs or symptoms of mental illness, suicidal ideation, or acute distress. His daily functioning and overall mental status appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH116

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 12-15-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**   SCU, X02-304L

**Author:** ASHLEY NOBLE,  Psy.D.,  STAFF PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate was seen for a routine 30-day SCU review at his cell door.  He did NOT present with signs or symptoms of mental illness, suicidal ideation, or acute distress.  His daily functioning and overall mental status appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 11-17-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He was watching tv but came immediately to the cell door to speak to this writer. When asked how he was doing he said, "great!" He was quick to smile and interacted appropriately with this writer. He said he was looking forward to a visit he is hoping to receive from his mother and sister in early December. He did not voice any concerns of a psychological nature.

He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-16-2006 - Eval/Rpt - SMD EQ MNTL HLTH - Admin Note

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS is coded in SENTRY as SMD EQ MNTL HLTH. Inmates coded as MNTL HLTH are periodically reviewed by a Psychologist. Inmate arrived to THP in December 2005. He has a remote hx of being diagnosed with Schizoaffective Disorder but has not exhibited any sxs consistent with this dx since his arrival to this facility. And even when this writer explored his mental health hx during his intake screening there was no clear hx of him presenting with sxs of a psychotic disorder. The inmate is currently taking Loxapine Succinate, Lithium, Prozac, and Trihexyphenidyl.

He has been reviewed monthly by Psych Svs since his arrival and he has presented as WNL and has not voiced any concerns of a psychological nature.

---

295.70 Schizoaffective Disorder, (remote with only minimal historical support).

r/o V65.2 Malingering

---

Based on a review of PDS records and staff report he is:
_x__ stable
____ unstable

He is :
__x_ compliant with medication
____ non-compliant with medication
____ not prescribed any psychotropic medications

After reviewing PDS records the inmate appears to be functioning at an appropriate level and there is no indication of acute psychological distress.  He will continue to be assessed at least monthly which is the protocol in the Special Confinement Unit. (His next routine scheduled assessment (30 Day SCU Review) is scheduled for tomorrow 11-17-06).

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 10-20-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He was sitting at his cell door(his food slot was open b/c they were in the middle of picking up trays). Inmate was having a friendly and quiet conversation with other inmates on the range. He did not express any concerns to this writer as he was quick to smile and presented as relaxed.
He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 09-22-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review.

He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 08-25-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He immediately came to the cell door when this writer approached. He had been watching tv and reading as he sat on his bed. He smiled, no acute distress noted.
He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 07-26-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He lying on his bed watching tv but immediately came to the cell door to speak briefly with this writer. He did not offer any complaints. He appeared to be relaxed, was polite, and exhibited a bright affect. MSE = unremarkable.

He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH123

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 06-30-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS, EDWARD L.     **Unit/Qtrs:** SCU, X02-304L

**Author:** STEVEN J. ECKERT, Ph.D., CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He was sitting on his bed watching tv. He immediately came to the cell door to speak briefly with this writer. He smiled, joked briefly, did not voice any complaints and did not appear to be in acute distress.

He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 06-01-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review at his cell door. He smiled broadly and appeared to be relaxed. MSE = unremarkable.
He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 05-05-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He came to the cell door - he was eating lunch. He presented as relaxed and seemed to want to speak to this writer. He said he spent most of his time watching tv. He said he was looking forward to a visit from his mother in the next couple of weeks.  MSE = unremarkable.

He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 04-07-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**   SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He presented as similar to his baseline.
He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-08-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He was lying on his bed watching tv but got up and came to the cell door to speak to this writer. He said, "I'm fine." He smiled, appeared to be pleasant and relaxed. He did not voice any concerns of a psychological nature and did not appear to wish to speak to this writer at length.

He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 02-10-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**   SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He was lying on his bed and quickly came to the cell door to speak briefly with this writer. He said, "I got no complaints." He said that most of his time is spent lying down watching tv. He did not voice any complaints. MSE=unremarkable.

He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 01-13-2006 - Eval/Rpt - 30 Day SCU Review

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:**  SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

Inmate FIELDS was seen for a routine 30-day SCU review. He was sitting on his bed and seemed to be engrossed in a tv program. He came quickly to the cell door. He said, "I'm doing fine." He smiled and presented as formal and almost overly polite.

He did NOT present with signs or symptoms of mental illness, suicidal ideations, or acute distress as his daily functioning appears to be WNL at this time. Staff have not reported any problems or unusual behavior from the inmate. He neither requires nor requests Psychology Services at this time. He will continue to be monitored via routine rounds in SCU.

**SENSITIVE BUT UNCLASSIFIED**

# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 12-30-2005 - Intake Screening

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.    **Unit/Qtrs:** SCU, X02-304L

**Author:** STEVEN J. ECKERT,  Ph.D.,  CH PSYCH

**Institution:** THP - TERRE HAUTE USP

---

## TR ATM NT/M NTA    A T    IST R :

Inmate **FI   DS** reported the following:

**ut-Patient:**   see comments

**Suicide Attem t:**   see comments

**iolence:**   Received Death Penalty for murdering a married couple: DEF DRESS IN HUNTING GEAR, STALK & ROB VCTMS IN NAT'L FOREST

## ABUS    IST R :

Inmate FIELDS reported no abuse history

## M NTA  STATUS:

During the screening interview no mental status items were noteworthy.

His psychological stability for custody is judged to be **FA    RAB    .**

## DRU   ABUS    IST R :

Inmate FIELDS reports a history of substance abuse.   His primary drug of addiction/abuse is **A         .** He is NOT interested in drug abuse treatment.

## PR   RAM TR ATM NT R    MM NDATI NS:

No programs/treatment are recommended at this time.

Inmate FIELDS reported NO interest in participating programs/treatment.

## MM NTS:

Inmate Fields is a 38 y/o w/m/o who arrived to THP SCU on 12-21-05. He was sentenced to death for dressing in camouflage body suit he had made and murdering a couple who were camping in a National Forest. PPGO reported, "SHIZO EFF DISORDER, BI-POLAR."  Inmate's first placement in the BOP was on 12-8-05 when he arrived at FTC OKL.

INMATE'S SELF-REPORTED MENTAL HEALTH HX

Inmate claims that he first heard voices at the age of 14/15 but said he never told anyone of this until he was 36 y/o which was approximately 1 month before he committed the instant offense. He said that his family(his mother and his wife) never suspected that he had mental health problems/hearing voices. He said over his life that the voices were neither negative or positive instead saying they were "neutral." He was markedly vague as to what the voices would talk about and was also vague giving no "qualitative" characteristics of the voices.He reported no hx of inpt psychiatric tx.

(1) He said that he first saw a mental hlth professional at age 16 for outpt counseling for about 3 months for "depression." He said he did not report the AH to the counselor.

BOP MH131

(2) He said that he did not receive receive any type of mental hlth tx again until age 26. He said he was in the community at the time and saw a physician (G.P.) and was given Paxil first and then Prozac for depression. He said he took these Rx for approximately 1 year.

(3) He said that he had no contact with a hlth professional for mental hlth concerns for another 10 years until he was 36 y/o. He said at that time he saw a physician (G.P.) he said he c/o depression and claims he c/o AH(he said this was the first time he had ever told anyone about the voices). He said that the G.P. placed him on Effexor(antidepressant Rx). He said that about 3 weeks after he was placed on Effexor the instance offense(July 10, 2003) occurred.

(4) He said that he was apprehended about 1 week after he committed the instant offense and was placed in a county jail. He said that within a few days of being placed in the county jail that he cut both his wrists/forearms and he said he required 17 sutures. He said he was not intoxicated or high at the time of the attempt. It should be noted that 3 to 4 scars are visible on his arms. He said that while in county jail that he stopped the Effexor and started Risperidone. He said he was placed on the Risperidone b/c of the "voices." He said he took Risperidone for 2 months but he c/o of suffering from side-effects from the Rx. He said that Risperidone was then d/ced and Stellazine was initiated for approximately 2 months but he also did not like the side-effects. He asserted that for the last 1.5 years that he has been taking Loxitane (antipsychotic), Artane, Lithium, and Prozac. He said that he has seen 8 psychiatrists and 1 psychologist in the 2 years from the instant offense up to his trial.

REVIEW OF PSI'S MENTAL HEALTH HX SECTION

2003 -- Dr. Tromka, who it appears worked at the Tulsa County Jail diagnosed inmate Fields with Schizoaffective Disorder prescribing Prozac, Lithium, Loxitane, Artane.

June 24, 2004, Dr. Grinage, M.D.  diagnosed him with Bipolar I Disorder, Severe with Psychotic features. (Inmate Fields told this writer that Dr. Grinage worked for the defense.)

June 25, 2005, Dr. Woods, M.D. offered the following diagnoses:  Axis I:  Schizoaffective Disorder, Bipolar Subtype, vs. Bipolar Disorder, severe with psychosis, in pharmacological remission.  Axis II: No Personality Disorder. (Inmate Fields told this writer that Dr. Woods worked for the defense.)

June 30, 2005, Dr. Mitchell, M.D. said that he agreed with a Dr. Bumgardener that Mr. Fields' diagnosis was Major Depression, Psychotic Subtype. (Inmate Fields told this writer that he thought that Dr. Mitchell worked for the defense but said he was not positive.)

July 1, 2005, Dr. Price, Ph.D. conducted a Neuropsychological evaluation and gave the inmate the diagnoses: Axis I:  Dysthymic Disorder(Chronic Mild Depression) and Axis II: Personality Disorder NOS with antisocial(and psychopathic) narcissstic, and dependent trats and features. (Inmate Fields said that Dr. Price worked for the prosecution and further stated that, "my attorney caught him lying on the stand, I loved it!"

EDUCATIONAL AND EMPLOYMENT HX (based on PSI)

Inmate received his went to high school through the 10th grade and achieved his GED in 1989. It also appears he completed a truck driving school in 1990.

Inmate was in the Navy from 1984 to 1988, and was  E-4 and his primary title was Assault Boat Coxswain earned a Sea Service Deployment Ribbon and his service was characterized as honorable. He re-entered active duty and was a recruiter from 1989-1990 achieving a rank of E-5. He was recognized for Good Conduct, received a Naval Reserve Meritorious Service Medal, adn Sea Service Deployment Ribbon. His reserve obligation terminated in 1992 with a Honorable Discharge.

1992-1995 he was employed by The Wackenhut Corporation as a security guard . He also worked in construction and fast food restaurants during this period.

1995-1999 he was employed by the Oklahoma Department of Corrections. He said he worked as an officer and a Correctional Food Service Supervisor. He even said that he spent some time working as a correctional officer on Death Row. Field's evaluations indicate his work met acceptable standards.

1999-2001 he worked as a warehouse worker for a private company. He earned approximately $9.82 an hour. He earned above average scores on his evaluations but was terminated for violation of the company's weapons policy.

2001-2003 he reported to have worked in the field of computer service and repair.

BOP MH132

At the time of his arrest he was employed at Kenco Plastics Inc as a factory worker. He began employment there in May 2003 earning $6.50 an hour.

MSE

Inmate presented as relaxed, calm, polite, articulate and engaging throughout the conversation. His affect was bright and spontaneous during the interview and the inmate even appeared to be rather "pleased" with himself. He appeared to enjoy the interaction with this writer. He tracked the conversation well and picked up on all appropriate nuances responding appropriately even being the initiator throughout the interview. When asked about the instant offense he clearly admitted that he did it. He said, "It's the only time the voices ever told me to do anything bad." When this writer followed-up with the inmate to clarify his statement, he again said that this was the only time in his life(instant offense) that "voices" ever told him to do anything bad. He said that prior to the instant offense and since the instant offense the "voices" have never told him to do anything bad or negative.

He denied current suicidal/homicidal ideation and does not appear to be a danger to self or others at this time. He reported no significant hx of having problems with drugs or alcohol. Thought process, thought content, speech were all WNL. No overt signs of an Axi I Dx were evident at this time. Inmate denies any history of sexual predation/victimization.

Inmate did exhibit mild tremors in his extremities. When this writer asked him about the mild tremors in his extemities he said that it was related to side-effects from his Rx. (It should be noted that this writer was speaking to the psychology staff member who had the inmate fill out the PSIQ on 12-22-05. At that time (12-22-05) the inmate told the pyschology staff member that he had Parkinson's Disease referring to tremors in his extemities.)

He says he has been taking Loxitane, Artane, Lithium, and Prozac for the past 1.5 years and asserted strongly that these Rx are working really well for him and that he really needs to keep taking them. He claimed that he still is depressed and does still voices but that the Rx helps him out a lot.

PLAN

No apparent disabilities nor MDS designations were noted or reported. Inmate appears to be stable at this time. He will be seen again within the next 2 weeks to further assess his adjustment to the institution and to determine what specific f/u is needed in regards to his Rx.

**SENSITIVE BUT UNCLASSIFIED**

BOP MH133



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 12-08-2005 - Eval/Rpt - Brief R&D Screen

**Reg Number-Name:** 04136-063 - FIELDS,  EDWARD  L.     **Unit/Qtrs:**  SCU, X02-304L

**Author:** DAVID K. CARLSON,  Psy.D.,  CH PSYCH

**Institution:** OKL - OKLAHOMA CITY FTC

---

BASIS OF REPORT: Inmate FIELDS was seen due to a mental health question which arose as part of the intake screening process at FTC Oklahoma City. The goal of the screening was to rule out imminent suicide risk and psychopathology-related management issues. This report is based upon a self-report mental health questionnaire and a brief clinical interview.

PRESENTING DATA: Information from Health Services indicates he is currently prescribed Lithium, Fluoxetine, Trihexyphenidyl, and Loxapine.  A history of engaging in self-harm behavior was reported, the most recent of which occurred 2 and 1/2 years ago and involved cutting. Current suicidal or homicidal ideation was denied and he agreed to contact staff if such thoughts should occur. The inmate reported no mental health concerns.

FINDINGS: GAF range was estimated to be 61-100.

RECOMMENDATIONS: No mental health intervention appears necessary at this time.

**SENSITIVE BUT UNCLASSIFIED**

**REVIEW OF MEDICAL / PYSCHOLOGICAL RECORDS
FOR RELEASE OF INFORMATION**

Reviewer:  Jacqueline Cranmer, Psy.D.

Date:  7-15-2013

Date of Request:  7-2-2013

Inmate Name:  Fields, Edward #04136-063

Register No.

PLEASE REVIEW AND RETURN BY:_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In my opinion:

____XX_____    The release of the inmate's psychological record will not reasonably be expected to harm the inmate or another person. **(Records dated December 2005 through the present were reviewed.)**

_____    The following document(s) should not be released (list location of specific information and reason for withholding such information). _____

_____

_____

_____

_____

_____

_____

_____

7-15-2013                            J Cranmer, Psy.D., Licensed Psychologist
Date                                 Reviewer Signature / Title

BOP MH135