*MEDICAL PLAZA*
*PROGRESS NOTE*

FIELDS, EDWARD
3470.0
4/10/03

VITALS: WEIGHT 227, BLOOD PRESSURE 142/82, PULSE 84, TEMPERATURE 97.4.
This is a 35-year-old white male who comes in today thinking that he has depression and probably some compulsive disorder. The patient says that about three years ago he took medicines for depression. He saw Dr. R.L. Winters back in June of 2000.

Dr. Winters put him on some Celexa 20 mg once per day. The patient had formerly seen Dr. Schumpert and Dean Anderson, a physician assistant of Dr. Schumpert's. They had tried him on Paxil and Serzone. Dr. Winters tried him on Prozac and Celexa. The patient had some side effects or adverse reaction to all of them or at least they did not work very well.

The patient says that this all started some time back when his father got sick. His father had a heart attack about a year ago and has been quite ill since then. He developed cancer and leukemia. His father died about six months ago. His mother has lupus and possibly multiple sclerosis and is disabled. He is the primary caregiver for his mother.

Mr. Fields says that he hears voices and they basically amount to a compulsion that he has to do whatever they tell him. They do not tell him to do anything dangerous, homicidal or suicidal and he denies any suicidal thoughts. He does however say that they may tell him to repetitively sharpen his knives and he knows that his knives are way to sharp. They may tell him to get in the car and drive over to Stigler to his girlfriend's house and he feels kind of compelled to do that.

He denies any suicidal thoughts. He seldom cries. He notes that he does have kind of a sad mood much of the time. He is tired a lot and can't sleep very well. He says that he has pretty well stopped eating recently having lost some 40 pounds in the past few weeks.

The patient does not take any medications routinely. He does not use caffeine.

OBJECTIVE: Alert, well-developed, well-nourished, pleasant, 35-year-old, white male in no distress.
PSYCHOLOGIC: He has a somewhat flat affect. He appears intelligent. Concentration, memory, judgment, orientation normal.      **FIELDS17511**
NECK: Supple without lymphadenopathy or thyromegaly.
LUNGS: Clear.
HEART: Regular rhythm.
ABDOMEN: Soft and bowel sounds are present without megaly or tenderness.

(cont)...page II

FIELDS, EDWARD
3470.0
PAGE II
4/10/03

ASSESSMENT:
1. Clinical depression.
2. Compulsive disorder.

PLAN:
1. Since he has been on the medications above without much relief we will try him on Lexapro 10 mg tablets once per day, #21 samples.
2. Return to see me in three weeks.
3. If he is not improved then we may bump the Lexapro or if there she a problem with it then we might try Effexor. We might even try a little Zyprexa with this if necessary.

_____

MIKE KEMP, M.D./fs d. 4/10/03 t. 4/18/03

**FIELDS17512**