

# Oklahoma Board of Medical Licensure and Supervision



| Medical Board Home | Search Licensees | Contact ▼ | Public Info ▼ | Professional Resources ▼ | Boards and Committees ▼ | Site Map |

## Search Results

Last Update: Thursday, September 10, 2015 7:37 AM CDT
Next Update: Thursday, September 10, 2015 12:00 PM CDT

Return to Search Licensees page

### TROMBKA, LAWRENCE HENRY

| | | | |
|---|---|---|---|
| **Practice Address:** | 6105 E. 76TH PL. TULSA OK 74136 Address last updated on 8/6/2015 | **Status:** | Active |
| | | **Status Class:** | Fully Licensed |
| | | **Restricted to:** | |
| **Phone #:** | (918) 704-1958 | **Registered to Dispense:** | NO |
| **Fax #:** | | **Certifications:** | |
| **County:** | TULSA | **Medical School:** | Univ La Salle, Esc Mexicana De Med, Mexico Df, Mexico |
| **License:** | 16300 | | |
| **Dated:** | 9/12/1987 | **Graduated:** | 7 / 1981 |
| **Expires:** | 9/1/2016 | **CME Year:** | 2018 |
| **Training Issued:** | 7/27/1987 | | |
| **Training Expires:** | 9/30/1987 | | |
| **License Type:** | Medical Doctor | | |
| **Specialty:** | Psychiatry | | |

**Disciplinary History:**

| Date | Action | Reasons | Remarks |
|---|---|---|---|
| 05/05/1997 | Probation Ended | | |
| 03/06/1992 | Probation | Insurance Fraud - Medicaid/State Gov't Program | License reinstated with 5 years probation. |
| 02/28/1992 | License Reinstated | | License reinstated only to allow practice medicine without remuneration at the Behavior Health Unit, Muskogee, in all other respects the suspension remains in full force until 05/03/92 |
| 11/01/1991 | Suspended License | Insurance Fraud - Medicaid/State Gov't Program | Suspended 6 months |

| | | Locations: | Hours: | Languages: |
|---|---|---|---|---|
| **New Patients:** | No | 6105 E. 76TH PL. | Mon: 8:00AM - 4:00PM | Spanish |
| **Medicaid:** | No | | | |

| | | | |
|---|---|---|---|
| **Medicare:** | No | TULSA OK 74136 | Tue: 8:00AM - 4:00PM |
| | | Phone #: (918) 704-1958 | Wed: 8:00AM - 4:00PM |
| | | Fax #: | Thu: 8:00AM - 4:00PM |
| **HMO/PPO:** | None listed | | Fri: 8:00AM - 4:00PM |
| **Hospital Privileges:** | None listed | | Sat: |
| | | | Sun: |

Return to Search Licensees page

**Oklahoma State Board of Medical Licensure and Supervision** :: 101 NE 51st St, Oklahoma City, OK 73105 :: P.O. Box 18256, Oklahoma City, OK 73154-0256
Main Number: (405) 962-1400 :: Fax: (405) 962-1440 :: Complaints outside 405 area code: 1-800-381-4519
For accessibility issues or other issues with this website, please contact supportservices@okmedicalboard.org.