Board of Medicine

SEARCH

**Home**

**Registration**

For Non-Registered Users:

**File a Complaint**

**Find a Physician**

**Find an Acupuncturist**

For Registered Users:

**View User Profile & Mailing Address**

**Manage Additional Addresses**

**Licensing**

**Submit Reports or Payments**

**Self-Report to IPHP**

**Purchase Items**

**View Transaction History**

## Physician - Permanent Details

Log On    Print

Personal Information

| | |
|---|---|
| First Name | Lawrence |
| Middle Name | Henry |
| Last Name | Trombka |
| Other Names Used | Trombka |
| Birth Year | 1958 |

License Information

| | |
|---|---|
| License Type | Physician - Permanent |
| License Number | MD-25750 |
| Status | Inactive |
| Original Issue Date | 10/10/1986 |
| Expiration Date | 01/01/2014 |
| Renewal Date | Oct 31, 2011 |
| Public Discipline On File | **Yes** |

Public Documents

Legal Documents - Trombka,LawrenceH.,M.D.-02-1991-546.PDF

Practice Information

| | |
|---|---|
| Primary Specialty | Psychiatry |
| | Not Specified |
| | Not Specified |

**Physician License Information Only**: Please note that a physician's specialty information is self-reported and is not verified by this

board.

NPI

Location (Work Address - 1)

| | |
|---|---|
| Address Type | Work |
| Business / Organization | |
| Bldg/House Number | 6105 |
| Street Prefix | E |
| Street Name | 76TH |
| Street Type | |
| Street Direction | |
| Unit Type | |
| Unit Number | |
| City | Tulsa |
| State | Oklahoma |
| Zip Code | 74136-8549 |
| Country | |
| Phone | 9187041958 |

Education History

| | |
|---|---|
| Medical or Acupuncture School | Faculty Of Medicine National Autonomous University Of Mexico |
| Graduation Date | 1981 |
| Degree Received | MD |