

### Re: Fields update

drgelbort  o  Julia_O'Connell                                    06/20/2005 08:17 AM

History:              This message has been replied to.

Morning Julia:  Received your email.  I can put together the final report this week, after speaking with you.  Great that you found a final member for the team and that the judge was helpful.  Lets hope for a good outcome, and work hard to achieve it.   Michael

-----Original Message-----
From: Julia O'Connell <Julia_O'Connell@fd.org>
To: drgelbort@aol.com
Sent: Sun, 19 Jun 2005 11:39:04 -0500
Subject: Fields update


Hi Dr. G--

Wanted to update you on the Fields case.  The judge just threw out a bunch of the govt's "aggravation," so we have got some additional help with possible settlement.

I have hired a psychiatrist, Brad Grinage, from Lawrence KS.  He impressed me quite well, does some state death penalty and other court work, both sides.  He has a great deal of experience important to our case.

At any rate, he has seen Ed, reviewed the records, and he concurs with Dr. Woods (our neuropsychiatrist).  So I think we are good to go, and get our final reports.  How soon can you have me a final version?

I'd like to talk to you about it briefly, just a couple questions.  If you'd prefer, I can email my thoughts.  Just let me know.

I am giving Dr. Woods your phone number again, as he may want to talk with you one more time before finalizing his written report.  Dr. Grinage may want to talk with you as well...  I'll keep you posted on that.


Please email me to let me know you have recieved this....
Thanks!

J.

**FIELDS3316**