

### Re: govt doc reports

Freedman   o   Julia O'Connell                                    07/04/2005 02:07 PM

Cc:   Lisa Greenman

History:          This message has been replied to.

I just read it - it is a slog to get through with all that crap in it.
I think your stronger argument is that this is peripheral and/or
unrelated to his opinion rather than the standard of care argument - we
often ask neuropsychologists to review extensive family and social
history materials in order to correctly evaluate the testing evidence -
this stuff doesn't actually help him though so it is written here to
bias the jury with weird and odd behaviors that make them feel he is
creepy, which should be kept out (I know there is a debate as to whether
404 and 403 apply to penalty phase but I think they apply to the govt's
experts regardless)

his findings (test data) as far as I can remember is pretty similar to
Gelbort's, some significant frontal deficits - it is just that Price
disavows them, saying he has no evidence of brain damage - I'm not sure
what he'd need to find damage but clearly he finds impairment on frontal
testing: Trails B, verbal fluency, figural fluency and the FSBS thing -
you certainly want to try to get the raw data as soon as you can, it
seems unlikely that he'd do better now than when Gelbort saw him but
Gelbort will have to address that one way or another.  Similarly, when
you talk to the FSBS guy, ask about whether it is normed to be used for
depressed or bipolar people on meds, - but it is curious that this test
shows frontal impairment and Price discounts it as malingering whereas
he says there is no evidence of malingering on anything else and all the
testing is valid to be interpreted - that just rings of bias in how he
wants the results to come out

In the alternative, you might consider not putting Gelbort on, sticking
with the psychiatric evidence for penalty phase (and the story telling
about his life of course) and denying them the opportunity to put Price
on the stand - if you want more feedback on this, I'd be happy to ask
the rest of the project their thoughts too

finally, on the depression issue - I don't see how he can opine
dysthymia - the guy is up to his eyeballs in medication to control the
symptoms and Price says he disagrees with all the prior shrinks who saw
him unmedicated and not properly medicated and that they are all wrong?
is he even qualified as a psychopharmacologist? does he know what these
meds do? does he typically diagnose? most neuropsychologists don't
diagnose - I think this may be a case of Price wanting to be one of
those TV forensic psychologists.

Julia O'Connell wrote:                        **FIELDS3297**

> Yes, we start tomorrow.
>
> My entire case will hinge upon my cross-examination of Price.  I am
> speculating they won't call Mitchell (but I could be wrong).  The reason I
> don't think they'll call him is because he finds out auditory
> hallucinations to be "credible," and he diagnoses us with a major

> depression with psychotic features,  as opposed to Price, who just calls us
> a liar who has a case of minor depression.
>
> The greatest concern I have regarding Price's report is his inclusion of
> all the summarized law enforcement reports of the client's weird life.
> None of it was verified by collateral interviews, and it is largely
> unreliable or patently false.
>
> I have NEVER seen an expert submit a report that has this kind of shit
> included as an "attachment."    Of course, I believe he did it at the
> request of the prosecution, because the judge has ruled most of it is
> inadmissible for other reasons.  It's their attempt to get it in the back
> door.
>
> I want to try to exclude his opinion, but know that will be nearly
> impossible.  If nothing else, I want to show that he isn't following
> accepted practice by relying upon remote, unreliable information.
>
> Hope your enjoying your new house!  Always fun...
>
> J.
>
>

**FIELDS3298**