**Julia O'Connell**
04/26/2004 12:48 PM

To   gwwoods@attbi.com, gwwoods@concentric.net

cc   gloris@inquisitorinc.com, Skip Gant, Sharla Young

bcc

Subject   Retainer Inquiry

Hello Dr. Woods--
I am a federal defender in Oklahoma.  I am presently working on a death penalty case with Skip Gant and Glori Shettles.  We are in need of a neuropsychiatrist, to evaluate our client, interpret tests, and possibly testify at trial.  You have been highly recommended.  I am writing to inquire whether you would be interested in working with us.  Please let me know at your earliest convenience.
Julia O'Connell
(918) 581-6916
kikntake@swbell.net
julia_o'connell@fd.org



**gloris@inquisitorinc.com**
04/15/2004 05:11 PM

To  <Julia_O'Connell@fd.org>

cc  Skip Gant, "Ron Lax" <Ron@Inquisitorinc.com>

bcc

Subject  Dr. Woods

I just spoke to Paul Morrow of the Post conviction Defender's office.  He
highly recommends Dr. Woods and knows the issue of possible impeachment.  He
said several years ago, Dr. Woods had financial difficulty and filed
bankruptcy.  He said there is no issue with his background, professionally.



**gloris@inquisitorinc.com**
04/15/2004 11:14 AM

To   Skip Gant, <Julia_O'Connell@fd.org>
cc   "Ron Lax" <Ron@Inquisitorinc.com>
bcc
Subject   expert

Skip, what do you think about George Woods? He's a neuropsychiatrist and Mike Passino has been very pleased. He was at the post conviction hearing in Jackson, Tn. yesterday on the case in which I testified. Don Dawson and the post conviction defender's office had him there. Mike Passion told me he had heard about potential grounds for impeachment re: Woods, but he was not specifically aware of the problem. Mike thinks he's a great witness.

Mike is sending me his CV and I will fax it to both of you, in the event you're not familiar with him. I have his contact information, also.