## Glori Shettles

**From:**    Glori Shettles [gloris@inquisitorinc.com]

**Sent:**    Wednesday, April 28, 2004 10:22 AM

**To:**      'Julia OConnell'

**Subject:** RE: Fields Update

I spoke with Teresa and Cherie this morning. Both are happy with our timeframe, the next week for them is bad. I left a message for Rhiannon; she's at work but I'm certain I will hear from her this afternoon. We can hopefully see Rhiannon for dinner on the 11th. We'll drive to Richlands on the 12th and spend time with Teresa, Cherie, and the kids. We'll see about neighbors or anybody else, if there's time. Cherie knew I had been in Oklahoma and she knew we'd be coming soon. Margaret gave you a good report! I made reservations for us at the Day's Inn in Alcoa; close to the airport and Rhiannon. We will stay at the Super 8 in Richlands, actually in Claypool Hill about 2 miles away.

Don't iron your Easter dress; this will definately be a casual dress trip! Talk to you soon.

-----Original Message-----
**From:** Julia OConnell [mailto:kikntake@swbell.net]
**Sent:** Tuesday, April 27, 2004 8:49 PM
**To:** Glori Shettles
**Subject:** RE: Fields Update

Hi--
I visited Ed today, and told him how much I liked Tootie. He already knew, as he has visited with his mom a couple times since we saw her. She told him she liked me, but that she's pretty mad at that FBI man.
I told him we're going to VA, and also told him that if he wanted to write letters to any of the people we'd be seeing, I'd deliver them for him, so he would not have to worry about the prying eyes of jail censors. (Also, he insists he wrote to Rhiannon and she never wrote him back.)
I let him know that he ought to encourage his mom to check on Andy and Amanda whenever she can, but to leave him out of the conversation as they are just children and this is so hard on them. I think he can do that very diplomatically.
He is in very good spirits. I wasn't able to give him the drawing paper, but I think I can find a local bookstore that has a substitute they can mail directly.
He also told me his favorite place to eat at the Claypool Hill Mall. He asked me to check it out and report the experience back to him. (He's done that before-- with the Daywolf Bar & Grill on the highway by the park. Larry and I stopped there for lunch one day when we were checking out the scene. Sure enough, just like Eddie said... one of the best burger & fry lunches I've ever had.)
Good talking to you today.
J.
*Glori Shettles <gloris@inquisitorinc.com>* wrote:

> I thought we talked about the week of the 10th, but next week works just as well for me. I spoke with Teresa
> this morning; anyday works for her. She told me she has the kids in counseling; they are having a very difficult
> time with everything. Rhiannon keeps calling and upsetting them to the po**FIELDS4751**et her number
> changed. The kids are upset that Margaret does not keep in touch with them, and if she does call, she dwells
> on Eddie. I left a message for Cherie, and I'm sure she can make arrangements for us. I will call Rhiannon,
> but I would actually like to wait until closer to time, so she won't freak about the visit; not me or you, just the
> discussion, in general. Teresa agreed that Knoxville is the best airport to fly in. Rhiannon lives close to the
> airport, which is really is a town within the county called Maryville. It will take about three and a half hours to
> drive to Richlands. Give me a call, if you can this afternoon, so I can make reservations. We need time with
> Rhiannon to allow her to vent, a few hours with Teresa, maybe a short visit with the kids, and serious time with
> Cherie. Cherie will talk, but she is somewhat uncomfortable, in general about sharing. I can talk to a couple
> of neighbors, maybe, but there really aren't a lot of folks for me to see up there. Anyway, let me hear from

4/28/04

you. I was pleased with my interviews last week and made it home on Saturday afternoon safe and sound! I think you will be very pleased with Dr. Woods.

-----Original Message-----
**From:** Julia OConnell [mailto:kikntake@swbell.net]
**Sent:** Tuesday, April 27, 2004 8:07 AM
**To:** gloris@inquisitorinc.com
**Subject:** Fields Update

Hi! Hope you got home safely, and also hope you feel good about all you accomplished on your trip!

Tulsa has a direct flight to Knoxville. I can come any day the week of the 3rd. Please find out when they can spend time with us, and let me know ASAP (before the price of the ticket goes up too much). Also, if we should stay more than 1 day.

I called George Woods' office (by the way, he has a new phone number) and he's interested in joining our team. His case manager is in Texas, so I'm Fed-Exing her some stuff for his review.

I'll be at the office in a bit; have to visit a few guys in jail first. So, if you email me back today, cc the email to my office as well: julia_o'connell@fd.org

Talk to you soon!

J.

**FIELDS4752**

4/28/04