**RE: bad news**

George Woods, MD  to  'Julia O'Connell'                    07/25/2005 09:28 AM

Well,
It was a good ride. You take care, and stay away from the Sherm(PCP) heads!

g

**From:** Julia O'Connell [mailto:Julia_O'Connell@fd.org]
**Sent:** Sunday, July 24, 2005 10:10 AM
**To:** George Woods, MD
**Subject:** RE: bad news

I don't think we missed showing anything.  Maybe I needed to try to be more clear in showing how a manic person can be fine in the eyes of others, and then go out an hour later and kill a couple people?

Their psychiatrist ended up testifying;  I was pretty sure they wouldn't even put him on because his report said Ed's hallucinations were credible.  But after our successful cross of the psychologist, they had to put him on, I guess.

He harpooned us by saying (not in his report) that the voice Ed spoke of wasn't like any other voice he'd heard of with thousands of patients:  the voice said "Do it... you need the money."  The "you need the money" part, according to him, was a rationalization for the command.  He said that just doesn't happen, voices are irrational, not rational.  And he also said the "most striking thing" about his interview with Ed was Ed's "lack of empathy for his victims."

You know, people have attitudes about mental illness, and it seems to me that they just don't believe that people can hear voices, or the like.  Plus, these jurors (although better than many in the original pool) were still "eye for an eye" types.

I was exhausted by the time you took the stand.  Your hard work and preparation made it seem like I was better than I am.  (Thank you.)  And, like I said earlier, our work has accomplished some good:  we have helped this family to start healing.

J.

**FIELDS15099**