

**re: re: Fields report**

bgrinage  o  Julia O'Connell                                    06/21/2005 05:08 PM

**Please respond to bgrinage**

History:          This message has been replied to.

Thanks for the info. One last thing, is it Micheal Gelbort, Ph.D.? bg

> "Julia O'Connell" <Julia_O'Connell@fd.org> wrote:
>
> Hi--
 On the Gelbort stuff, you should do what you think is right.  As an
 assurance, I do not want your report to be deceptive.  If you ordinarily
 list all items you reviewed, whether or not they were critical to your
 final opinion,  think it is appropriate to reference to the Gelbort
 information.  What I sent you was an excerpt of his preliminary report.
 What is important for me to know, you have told me--   that it wasn't
 critical to your final opinion.

 Would you mind giving Dr. Kemp a call yourself?  He has a release for you,
 and a letter from me asking him to speak with you.  I've called the clinic,
 but they haven't called me back yet.  His number--  THIS IS HIS CELL
 PHONE--  (918) 649-7346     the clinic is 647-8635.

 Unfortunately, I don't have the other jail records yet.  I will ultimately
 get them, and will give them to you as soon as I have them. Maybe I will
 have them by Friday, so you can look them over before you mail the final
 version.  The best we can do is cross our fingers.

 Anything else you'd like to see, in the data department?
 J.
>

**FIELDS14978**



### re: re: Fields report

bgrinage o  Julia O'Connell                                06/22/2005 01:07 PM

**Please respond to bgrinage**

---

Would love to see it if you can send.  I will attempt to contact Dr. Kemp
today.  Thanks, bg

> "Julia O'Connell" <Julia_O'Connell@fd.org> wrote:
>
> Dr. G--
 Do you want to see Dr. Woods' report before you submit yours?  He is
 sending his final version to me this morning.
 If you want to look at it, let me know, and I will forward it.

 Also, my investigator is at the jail this morning demanding the psychiatric
 chart notes from the jail.  I'll keep you posted on our progress.
 J.
>

**FIELDS14992**



**re: Jail records**

bgrinage  o  Julia O'Connell                                      06/23/2005 04:17 PM

**Please respond to bgrinage**

Email is fastest and best for me.  Thanks, bg

> "Julia O'Connell" <Julia_O'Connell@fd.org> wrote:
>
>
 Hi--
 I have Dr. Woods final report.  Also have jail psychiatric notes.  Dr.
 Woods stuff is in electronic form, so I can e-mail or print/fax/mail, your
 choice.    The jail records are not voluminous, I can either convert to pdf
 and e-mail, or fax.  Let me know your preferences.
 Anything else you'd like to see?
 J.
>

**FIELDS15003**