

**re: [SPAMPROB:50%] Ed Fields Documents**

bgrinage    o   Julia O'Connell                                    06/13/2005 05:18 PM

**Please respond to bgrinage**

History:          This message has been replied to.

Thank you,
I recieved the fax, however it appears to be raw data.  Do you have a formal
summary or written report??  In addition if you have the federal guidlines for
mitigation or the web site for such, that would be helpful. I will send back
the signed agreement today and contact you for time to evaluate.  thanks
again, bg

> "Julia O'Connell" <Julia_O'Connell@fd.org> wrote:
>
>
 Hi--
 It was nice to speak with you today;  I am impressed with  your preparation
 and straight forward manner of explanation.  To follow-up on our
 conversation:

 1.  I faxed the neuropsych data to you earlier;  please confirm that it is
 received.

 2.  I can't find Curt Grundy's competency eval, so I will search & forward
 when I put my hands on it.

 3.  I have Fed-Ex'd the death penalty statute (listing mitigating factors),
 the indictment, the notice of intent to seek death penalty, FBI crime scene
 investigation report, FBI report of arrest & interview w/client (as well as
 client's signed confession....  although at first glance one might conclude
 client wrote it, he did not.  For some bizarre reason, the FBI wrote it,
 and then had him sign it...  FYI),  various FBI reports relating to the
 crime investigation, the autopsy reports, and the Muskogee jail reports
 regarding the suicide attempt.

 Anything else you need, let me know!
 Thanks--
 J.
>

**FIELDS14914**