# CURRICULUM VITAE

Date Prepared: May 31, 2005

## GENERAL BACKGROUND

Name:            BRADLEY D. GRINAGE, M.D.

Work Address:    P.O. Box 1116
                 Lawrence, KS 66044
                 Telephone: (316) 648-3300        Pager: (785)575-3424
                 Email: bgrinage@sunflower.com
<mailto:bgrinage@sunflower.com>

Birthdate: 17 June 1964
Place of Birth: Clay Center, Kansas
Citizenship: United States of America

## EDUCATION

| | | |
|---|---|---|
| Forensic Psychiatry Fellowship<br>June 2001 | Western Missouri Mental Health<br>Center and Northwest Missouri<br>Psychiatric Center<br>Kansas City, Missouri | July 2000- |
| Psychiatry Residency<br>June 1994 | Wilford Hall Medical Center<br>Lackland Air Force Base<br>San Antonio, Texas | July 1990- |
| Medical Degree<br>May 1990 | University of Kansas<br>Medical Center<br>Kansas City, Kansas | August 1986- |
| Bachelor of Science, Chemistry<br>May 1986<br>Honors, With High Distinction | University of Kansas<br>Lawrence, Kansas | August 1982- |

**FIELDS6006**

## FACULTY APPOINTMENTS

University of Missouri-Kansas City School of Medicine, Department of Psychiatry - Clinical Assistant Professor

University of Kansas School of Medicine - Wichita, Department of Psychiatry - Clinical

Assistant Professor

Wichita State University, College of Liberal Arts and Sciences - Instructor

## CERTIFICATIONS

**Medical License**     State of Kansas          Active       Exp:  30 Jun 05
                        State of Missouri        Inactive
                        State of Colorado        Inactive
                        State of Pennsylvania    Inactive

American Board of Psychiatry and Neurology,                  Apr 03
Subspecialty Certification in Forensic Psychiatry

Physical Assault Response Training  Certified                Jan 01

Combat Medical Readiness Training Certified                  May 00

Aviation Medical Certification Standards and Procedures      Apr 97

American Board of Psychiatry and Neurology,                  Apr 96
Certification in Adult Psychiatry

National Board of Medical Examiners (Part 1,2 and 3) Certified      Mar 91

## PROFESSIONAL EXPERIENCE

**Veterans Administration Psychiatrist,** Topeka, Kansas:  Directed all psychiatric and medical services associated with the Inpatient Posttraumatic Stress Disorder Unit; one of only five long term (residential) inpatient programs in the country.   July 2004 - Present.

**Medical Director, Larned State Hospital,** Larned, Kansas:  Directed all medical services and staff associated with the State Security Program, Sexually Violent Predator Treatment Program, and Psychiatry Services Program at Kansas' only security facility. January 2004 - July 2004.

**Director, Forensic Psychiatry,** University of Kansas School of Medicine - Wichita, Kansas:  Developed forensic psychiatry service to promote resident and student education, provide clinical expertise to the community, and encourage related research in the field of forensic psychiatry.  August 2001 - July 2004.

FIELDS6007

**Forensic Psychiatry Supervisor,** University of Kansas School of Medicine - Wichita, Kansas:  Developed resident and student forensic psychiatry rotation curriculum to meet residency and medical school education standards.  Directed the rotation and provided supervision to individual participants. August 2002 - July 2004.

**Resident Psychotherapy Supervisor**, University of Kansas School of Medicine - Wichita, Kansas:  Developed second and third year resident curriculum for outpatient psychotherapy including ongoing didactics and direct supervision of clinic outpatient management.  August 2002 - July 2004.

**Inpatient Psychiatric Attending**, University of Kansas School of Medicine - Wichita, Kansas:  Directed the primary education and supervision of two to three residents and three to four medical students on a rotating bases in the inpatient setting.  Responsible for admissions, discharges, and inpatient treatment of acute care psychiatric patients.  July 2001-July 2004.

**Mental Health Flight Commander**, Misawa Air Base, Japan:  The only American psychiatrist in northern Japan; responsible for all Department of Defense policies, programs and services within family advocacy, substance abuse and mental health elements to 14,000 eligible beneficiaries, supervising twenty-two active duty and civilian personnel.  September 1998 - June 2000.

**35th Medical Operations Deputy Squadron Commander**, Misawa Air Base, Japan:  Responsible for 180 physicians, nurses and support personnel in a 25 bed hospital (expandable to 65 beds for contingency operations) approximately 16 weeks per year in the absence of the squadron commander.  November 1998 - June 2000.

**Director of Inpatient Psychiatric Services**, Misawa Air Base, Japan:  Responsible for the treatment and disposition of approximately 45 psychiatric admissions per year including coordination of all psychiatric air evacuations out of Japan.  August 1997 - June 2000.

**Chief of Mental Health Medical Readiness**, Misawa Air Base, Japan:  Responsible for all psychiatric wartime and operations other than war contingencies in the Misawa area including the hostage negotiation team.  August 1997 - June 2000

**Mental Health Element Chief**, Misawa Air Base, Japan:  Responsible for all outpatient mental health services for Department of Defense beneficiaries in northern Japan.  August 1997 - August 1998.

**Suicide Prevention Program Manager**, Misawa Air Base, Japan:  Provided tailored suicide prevention briefings to over 5000 personnel.  August 1997 - August 1998.

**Director of Critical Incident Stress Management (CISM) Program**, Ramstein Air Base, Germany:  Responsible for operations, deployment, and training of personnel in the Kaiserslaghtern community for contingency response to critical incidents and mass casualties.  August 1995 - August 1997.

**Chief of Mental Health Medical Readiness**, Ramstein Air Base, Germany:  Responsible for all psychiatric wartime and operations other than war contingencies in the Ramstein area including the hostage negotiation team.  July 1994 - August 1997.

FIELDS6008

**Medicinal Chemist**, Burroughs-Wellcome Pharmaceuticals, Research Triangle Park, North Carolina: Synthesis of benzodiazepine receptor analogs. May - September 1986.


## CONSULTANT APPOINTMENTS

**Forensic Psychiatry Consultant,** Larned, Wichita, and Lawrence, Kansas: Consulted for forensic evaluation of inpatient and partial day patients, as well as inmates on a variety of psychiatric and forensic issues. Evaluated competency and responsibility assessment processes at the state hospital forensic units and made recommendation regarding forensic writing policy, competency treatment, forensic staff training, and quality control of forensic services. Provided consultation to KSN Channel Three new station in Wichita, Kansas on local serial killer. September 02 - Present.

**Clinical Psychopharmacology Consultant,** Wichita, Kansas: Provided direction and feedback on strategy with regards to pharmaceutical and educational discovery to Eli Lily and Company, Pfizer Inc., and Bristol-Myers Squib Company. Identified as a national speaker for Eli Lily and Company, December 01 - Present. Regional speaker for Phizer Inc., December 01 - Present. Regional speaker for Bristol-Myers Squib Company, November 02 - Present.

**Journal Review Subspecialist,** Topeka, Kansas: Reviewed article for publication for Cleveland Clinic Journal of Medicine. March 2005.

**Medical Evaluation Board (MEB) Consultant**, Misawa Air Base, Japan: Presided as president for one third of all Misawa Medical Evaluation Boards. Responsible for the evaluation and write up of all psychiatric evaluations determining fitness for duty including commander directed, weapons bearing status, and security clearance evaluations. August 1997 - June 2000.

**Chairman of Sanity Boards**, Misawa Air Base, Japan: Responsible for all forensic consultation in the Misawa area to include sanity boards in Korea. August 1997 - June 2000.

**Chief of First Foreign Medical Delegation to Slovakia**, Ramstein Air Base, Germany: Fulfilled high profile US foreign policy initiative through exchange of alcohol and substance abuse treatment modalities with senior ranking Slovakian military medical personnel. August 1996 - July 1997.

**Mental Health Personnel Reliability Program (PRP) Consultant**, Ramstein Germany: Responsible for psychiatric evaluations for personnel with clearances to work with nuclear weapons. July 1994 - August 1997.

FIELDS6009

**Expert Psychiatric Confidential Defense Consultant**, Aviano, Italy: December 1994 - January 1995 and March 1996 - May 1996.

**Chairman of Sanity Boards**, Ramstein Air Base, Germany:  Responsible for all forensic consultation in the Ramstein area to include sanity boards in England.  July 1994 - August 1997.

**Emergency Psychiatry Consultant**, Landstuhl Regional Medical Center, Germany:  July 1994 - August 1997.

## HONORS AND AWARDS

Richard Rosner Award for the Best Paper by a Fellow in          Jan. 2002-
Dec. 2002
Forensic Psychiatry or Forensic Psychology - Honorable Mention
United States Air Force Meritorious Service Medal               Aug. 1997-
June 2000
United States Air Force Meritorious Service Medal               July 1994-
Aug. 1997
86th Medical Operations Squadron Officer of the Quarter         July 1995-
Sept. 1995
Outstanding Undergraduate Pursuing a Medical Profession         Aug. 1985-
May1986
Kleinburg Research Award                                        June 1985-
May 1986
Phi Kappa Phi                                                   June 1985-
May 1986
Kansas Scholar                                                  Aug. 1981-
May 1982

## PROFESSIONAL COMMITTEES

2005- present, The State Committee for Evidence Based Practice in Kansas
2004- present, Kansas State/County Healthcare Cost Work Group
2004- present, Services Delivery Systems Sub-Committee of the Governor's Mental Health
        Services Planning Council, Topeka, KS
2003- present, Chairman, Kansas Governor's Mental Health Services Planning Council Forensic
        Subcommittee, Topeka, KS
2003- present, Criminal Behavior Committee, American Academy of Psychiatry and the Law

**FIELDS6010**

2003- 2004, Kansas Governor's Mental Health Services Planning Council, Topeka, KS
2003- 2004, Medical Society of Sedgwick County Medical Legislative Committee, Wichita, KS
2003- 2004, Medical Society of Sedgwick County Medical Legal Committee, Wichita, KS
2003- 2004, Alternate member to Sedgwick County Suicide Prevention Task Force

Committee,
Wichita, Kansas
2001- 2004, University of Kansas School of Medicine - Wichita, Department of Psychiatry and
Behavioral Sciences Resident Applicant Interview Committee, Wichita, KS
2001- 2004, Via Christi Medical Center Pharmacy and Therapeutics Committee, Wichita, KS
2003, Future of Kansas State Hospitals Steering Committee, Topeka, KS
2002- 2003, Chairman, Sedgwick County Suicide Prevention Task Force Intervention Integrated
Array of Treatment Services Subcommittee, Wichita, KS
2002- 2003, Sedgwick County Suicide Prevention Task Force Methodology Subcommittee,
Wichita, KS
2002, Advisory Faculty Committee, University of Kansas School of Medicine - Wichita,
Wichita, KS
2002, Strategic Planning Faculty Committee, University of Kansas School of Medicine - Wichita, Wichita, KS
2001- 2003, member Kansas Governor's Council for Mental Health Services Forensic
Subcommittee, Topeka, KS
2001- 2002, State of Kansas Mental Health Diversion Study Committee, Topeka, KS
2001, Mental Health Court Diversion Technical Assistance Committee, Jackson County, MO
2000, Hospital Joint Commission on Accreditation for Healthcare Organizations (JCAHO)
Committee, and chairman of the Mental Health sub-committee, 35th Medical Group,
Misawa AB
2000, Pharmacy Health Services Inspection Committee, 35th Medical Group, Misawa AB
1998-2000, Community Action Information Board, 35th Fighter Wing, Misawa AB
1998-2000, Executive Committee of the Professional Staff, 35th Medical Group, Misawa AB
1997-2000, Integrated Delivery System Committee, 35th Fighter Wing, Misawa AB
1997-2000, Medical Technical Arms Committee, 35th Medical Group, Misawa AB
1997-2000, Hospital Ethics Committee, 35th Medical Group, Misawa AB
1997-1998, Chairman, Suicide Prevention Working Group, 35th Fighter Wing, Misawa AB
1997-1998, Air Evacuation Process Team, 35th Medical Group, Misawa AB
1994-1997, Credentials Committee, 86th Medical Group, Ramstein AB
1994-1997, Quality Assurance Committee, 86th Medical Group, Ramstein AB
1992-1994, Resident Representative, Hospital Pharmacy and TheraFIELDS6011,
Wilford
Hall Medical Center
1992-1994, PGY-3 Educational Committee, Wilford Hall Medical Center
1990-1992, PGY-1 Educational Committee, Wilford Hall Medical Center
1985-1986, Vice President, Alpha Chi Sigma Chemistry Association Executive Council

## PROFESSIONAL SOCIETIES

2003-present, Midwest Chapter of the American Academy of Psychiatry and the Law
2002-present, Kansas Psychiatric Society
1999-present, American Academy of Psychiatry and the Law
1993-present, The Association for the Advancement of Philosophy and Psychiatry
1990-present, The American Psychiatric Association
1990-present, University of Kansas Medical School Alumni Association
1986-present, University of Kansas Alumni Association
1983-present, Alpha Chi Sigma Chemistry Association
2001-2004, American Medical Association
2001-2004, The Medical Society of Sedgwick County
1990-1994, Texas Society of Psychiatric Physicians
1990-1994, Bexar County Psychiatric Society


## PUBLICATIONS AND RESEARCH EXPERIENCE

**Peer Reviewed Publications and Research:**

1. Ramadan M, Grinage B, Brada D. Viral Encephalitis Presenting with Psychiatric Symptoms, American Association of Psychiatric Medicine Web Site, April 2004.

2. Dudley M, Grinage B, Schunn E, Parker K. From Scene to Trial: A Quadruple Homicide Case Study. Abstract published in the American Academy of Forensic Sciences 56th Annual Meeting Program, February 2004.

3. Grinage B. Sexual Violent Predator's Inability to Control Concept. Abstract published in the American Academy of Forensic Sciences 56th Annual Meeting Program, February 2004.

4. Grinage B. Diagnosis and Management of Post-traumatic Stress Disorder. American Family Physician, December 2003, Vol 68, No. 12: 2401-8, 2409.

5. Grinage B. Volitional Impairment and the Sexually Violent Predator. Journal of Forensic Sciences, July 2003, Vol 48, No. 4: 861-8.

6. Grinage B. The Sexually Violent Predator. Abstract published in the American Academy of Psychiatry and the Law 33rd Annual Meeting Program, October 2002: 19.

**FIELDS6012**

7. Grinage B. Volitional Impairment and the Sexual Violent Predator. Abstract published in the XXVII International Congress on Law and Mental Health, July 2002: 214.

8. Grinage B, Fiedler M. MMPI-2 and risk factors in Airman Basic Trainees with

Suicidal Ideation. Abstract published in American Psychiatric Association 146th Annual Meeting, New Research Program and Abstracts, May 1993: 101-102.

9. Use of high-pressure liquid chromatography for the synthesis of benzodiazepine receptor analogs, Burroughs-Wellcome Pharmaceutical Company, Research Triangle Park, N.C., April-August 1986.

10. Use of nuclear magnetic resonance, high-pressure liquid chromatography, and high pressure reaction chambers for chemical synthesis. Senior Honors Thesis: "Three Carbon Plus Two Carbon Cyclo-Addition for Functionalized Cyclopentanes" and "A Convenient Model System for the Synthesis of Corey's Lactone via Intramolecular Deils-Alder Reaction", January 1983-April 1986.

**Local Publications:**

2004 Governor's Mental Health Services Planning Council Forensic Subcommittee Report and Addendum, State of Kansas, 2004.

2003 Governor's Mental Health Services Planning Council Forensic Subcommittee Report, State of Kansas, 2003.

Sedgwick County Suicide Prevention Task Force Position Statement On Integrated Treatment For Persons At Risk For Suicide, Sedgwick County, Kansas, 2002-2003.

Mental Health Services Handbook for Commanders, Misawa Airbase publication, Misawa, Japan, 1999.

**PROFESSIONAL EMPLOYMENT**

| | | |
|---|---|---|
| VA Eastern Kansas Health Care System - Colmery-O'Neil VA Medical Center | Staff Psychiatrist | 2004-present |
| University of Kansas School of Medicine-Wichita | Assistant Professor of Psychiatry | 2001-2004 |
| United States Air Force Honorable Discharge | | 16 July 2000 |
| United States Air Force (Active Duty) | Major | 1996-2000 |
| United States Air Force (Active Duty) | Captain | 1990-1996 |
| United States Air Force (Reserves) | 2nd Lieutenant | 1986-1990 |
| Burroughs-Wellcome Pharmaceutical Company | Medicinal Chemist | 1986 |

FIELDS6013

## RELEVANT GRADUATE COURSEWORK

Aerospace Medicine Primary Course, with honors, Brooks Air Force Base, San Antonio, TX. March-April 1997.

Critical Incident Stress Debriefing Course, Ramstein Air Base, Germany. June 1995.

Virginia Fellows in Biomedical Ethics Program, University of Virginia Health Science Center, Charlottesville, VA. March 1994.

School of Aerospace Medicine, Brooks Air Force Base, San Antonio, TX. July 1988.

## FORENSIC EXPERT WITNESS EXPERIENCE

Upon request.

## CONFERENCE PRESENTATIONS

1.  *Pharmacotherapy for Acute and Chronic PTSD.* Kansas Psychiatric Nursing Association and Nurses Organization of Veterans Affairs Annual Conference, Topeka, Kansas. March 2005.
2.  *2004 Governor's Mental Health Services Planning Council Forensic Subcommittee Report* and *Addendum.* State of Kansas Governor's Mental Health Services Planning Council, Governor of Kansas' Sub-cabinet Meeting, and the Kansas Mental Health Coalition, Topeka, Kansas. August 2004, January 2004, and February 2005.

3.  *Legal Liability and the Mental Health Professional.* Forensic Issues in Psychiatry: Kansas Psychiatric Association semi-annual meeting, Wichita, Kansas. April 2004.

4.  *Psychiatry and Trauma - From Scene to Trial: A Quadruple Homicide Case Study.* American Academy of Forensic Sciences 56th Annual Meeting, Workshop #17, Dallas, Texas. February 2004.

5.  *Inability to Control Concept.* American Academy of Forensic Sciences 56th Annual Meeting, I-16, Dallas, Texas. February 2004.

**FIELDS6014**

6.  *2003 Governor's Mental Health Services Planning Council Forensic Subcommittee Report.* State of Kansas Governor's Mental Health Services Planning Council, Topeka, Kansas, November 2003, and Kansas Mental Health Coalition, Topeka, Kansas. January 2004.

7.  *Competency to Stand Trial and Mental State at the Time of Offense in Kansas.*

Osawatomie State Hospital Staff Inservice, Osawatomie, Kansas. January 2004.

8.  *Mood and Anxiety.* Pfizer, 2003 Mood and Anxiety Regional Consultant Initiative, Rocky Mountain and West Regions, Coronado, California. September 2003.

9.  *Treatment Issues and Legal Liabilities for the Professional.* Medical Educational Services Conference on Mental Health and the Law in Kansas, Wichita, Kansas. December 2002.

10. *The Sexually Violent Predator.* American Academy of Psychiatry and the Law 33rd Annual Meeting, Newport Beach, California. October 2002.

11. *Volitional Impairment and the Sexually Violent Predator.* XXVIIth International Congress on Law and Mental Health, Amsterdam, The Netherlands. July 2002.

12. *Recent Trends in Posttraumatic Stress Disorder.* Kansas Psychiatric Society and Kansas Medical Education Foundation Summer Conference, Topeka, Kansas. July 2002.

13. *Contemporary Correctional Psychiatry.* American Correctional Health Services Association Conference, Tyler, Texas. May 2002.

14. *Interpersonal Relationships in Military Leaders.* 35th Medical Group Leadership Seminar, Misawa Air Base, Japan. November 1998.

15. *Biomedical Ethics: On Death and Dying.* United States Air Forces in Europe Mental Health Conference, Spangdalem Air Base, Germany. March 1994.

16. *Post Traumatic Stress Disorder.* Critical Incident Stress Management Biannual Conference, Ramstein Air Base, Germany. March and September 1995, 1996, and March 1997.

17. *Critical Incident Stress Debriefing.* Critical Incident Stress Management Biannual Conference, Ramstein Air Base, Germany. March and September 1995, 1996, and March 1997.

18. *Hate and Anger, Military Terminology, and Politics and Psychiatry.* American Psychiatric Association Annual Meeting, Philadelphia, PA. May 1994.

19. *Futility and Physician Assisted Suicide.* Death and Dying Seminar, Brooks and Community Mental Health, San Antonio, TX. September 1993.

20. *Clozapine: An Overview.* Update in Biological Psychiatry Conference, Lackland Air Force Base, TX. August 1993.

21. *Suicidal Ideation in the Airmen Basic Trainee (Poster Presentation).* American

FIELDS6015

Psychiatric Association Annual Meeting, San Francisco, CA. May 1993.

## TEACHING EXPERIENCE

1.  *Clinical Treatment of PTSD.* Fort Riley Medical Staff CME and field clinic medical providers, Salina medical staff, McConnell AFB Mental Health Staff, Topeka community ARNPs, Fort Riley, Salina, Wichita, and Topeka, Kansas. March, April, and May 2005

2.  *Psychopharmacology of PTSD.* University of Kansas School of Medicine-Wichita Grand Rounds, Wichita, Kansas. March 2005.

3.  *The Use of Atypical Neuroleptics in Posttraumatic Stress Disorder.* Omaha and Lincoln, Nebraska community psychiatrist and Veterans Administration Mental Health staff, Omaha and Lincoln, Nebraska. December 2004.

4.  *Forensic Issues and Atypical Neuroleptics.* Rainbow Mental Health Center, Osawatomie State Hospital, Larned State Hospital physicians and staff, and Northwest Missouri Psychiatric Rehabilitation Center physicians and staff, Kansas City, Osawatomie, and Larned, Kansas and Saint Joseph, Missouri. November and December 2004.

5.  *Xanax XR.* Internal Medicine and primay care providers, Wichita, Hutchinson, and Wamego, Kansas. June, September, and October 2004.

6.  *Sertraline Use in a Spectrum of Depressive Disorders.* Wichita community primary care physicians, Wichita, Kansas. August 2004.

7.  *Advanced Issues in Posttraumatic Stress Disorder.* Veterans Administration mental health staff, Topeka, Kansas. July 2004.

8.  *Aripiprazole Update.* Veterans Administration and Community psychiatry and general physicians; Wichita, Emporia, Larned, and Great Bend, Kansas. November and October 2003, March, May, and June 2004.

9.  *Update on Ziprazidone.* Family practice and psychiatry physicians in south-east, Kansas, Coffeyville and Independence, Kansas. June 2004.

10. *Treatment with Olazapine.* North-east Kansas regional mental health workers, Kansas City, Kansas. June 2004.            **FIELDS6016**

11. *Introduction to Psychotherapy.* University of Kansas School of Medicine - Wichita Residents Weekly Psychotherapy Lecture Series, Wichita, Kansas. July 2002 - June 2003, July 2003 - June 2004.

12. *Advanced Psychotherapy Theory.* University of Kansas School of Medicine -

Wichita Weekly Psychotherapy Lecture Series, Wichita, Kansas. July 2003 - June 2004.

13. *Obsessive Compulsive Disorder and Posttraumatic Stress Disorder.* University of Kansas School of Medicine - Wichita Psychiatry medical students, Wichita, Kansas. December and October 2002. January, March, May, July, and September 2003, and January, April, and May 2004.

14. *Forensic Psychiatry.* University of Kansas School of Medicine - Wichita Psychiatry medical students, Wichita, Kansas. Six lectures in 2002 and January, March, May, July, and September 2003, and January, April, and May 2004.

15. *Basic Mental Health Forensic Science.* Wichita State University Forensic Sciences students, Wichita, Kansas. December 2002, and April and September 2003, and April 2004.

16. *Acute Neuroleptization in Psychotic Agitation.* University of Kansas School of Medicine - Kansas City Grand Rounds, Kansas City, Kansas. January 2004.

17. *Sertraline Update.* Wichita Family Practice Clinic, local Mental Health Groups, Internal Medicine groups, and Topeka Psychiatric Clinic and Topeka Association of ARNPs. Wichita and Topeka, Kansas. March, April, May, and September 2003, and January 2004.

18. *Forensic Psychiatry CJ 641.* Wichita State University undergraduate and graduate course. Three-hour credit per semester course. Wichita, Kansas. August - December 2003.

19. *Suicide: It's Time to Talk.* Mental Health Educational Series to the general public, Wichita, Kansas. October 2003.

20. *Forensic Report Writing.* Larned State Hospital Clinical Staff, Larned, Kansas. July 2003.

21. *Mental State at the Time of the Crime in Kansas.* Larned State Hospital Clinical Staff, Larned, Kansas. August 2003.

22. *Treatment of Competency.* Larned State Hospital Clinical Staff, Larned, Kansas. July 2003.

23. *Kansas Criminal Competency.* Larned State Hospital Clinical Staff, Larned, Kansas. July 2003. FIELDS6017

24. *Criminal Responsibility.* University of Kansas School of Medicine - Wichita Resident Forensic Psychiatry Lecture Series, Wichita, Kansas. August 2002, August 2003.

25. *Criminal Competency.* University of Kansas School of Medicine - Wichita Resident Forensic Psychiatry Lecture Series, Wichita, Kansas. August 2002, August 2003.

26. *Dangerousness: A Risk Assessment.* University of Kansas School of Medicine - Wichita Resident Forensic Psychiatry Lecture Series, Wichita, Kansas. August 2002, August 2003.

27. *Competency and Consent for Treatment.* University of Kansas School of Medicine - Wichita Resident Forensic Psychiatry Lecture Series, Wichita, Kansas. July 2002, August 2003.

28. *SSRIs Use in Patients with Cardiovascular Disease.* Topeka Veterans Administration Medical Center Medicine Grand Rounds. Topeka, Kansas. June 2003.

29. *Aripiprazole: A Novel Atypical Antipsychotic.* Wichita, Salina, Newton, Manhattan, Hayes, Great Bend community psychiatrists and Larned State Security Hospital staff, four lectures in Wichita, Kansas and two lecture in Great Bend, Kansas and one lecture in Newton, Manhattan, and Hayes, Kansas. December 2002, February March, and May 2003.

30. *Atypical Neuroleptics and Agitated Psychosis.* Topeka Veterans Administration Medical Center Psychiatry Grand Rounds. Topeka, Kansas. April 2003

31. *SSRI Comparison.* Community psychiatrists and internal medicine physicians. Manhattan, Kansas. February 2003.

32. *Sertraline for Treatment of Depression Post Myocardial Infarct.* Manhattan Internal Medicine Clinic. Manhattan, Kansas. February 2003.

33. *Premenstrual Dysphoric Disorder.* Wichita Family Practice Clinic. Wichita, Kansas. February 2003.

34. *Introduction to Forensic Mental Health.* Maize High School Debate Class, Maize, Kansas. November 2002.

35. *Ziprasidone Overview.* Local pharmacists, Wichita, Kansas. November 2002.

36. *Intramuscular Ziprasidone.* Wichita Veterans Administration Mental Health Clinic staff, Wichita, Kansas. October 2002.     **FIELDS6018**

37. *Psychiatry and the Law.* Via Christi Hospital Medical Grand Rounds, Wichita, Kansas. July 2002.

38. *Neuroleptics and Correctional Psychiatry.* Dallas, Texas correctional and forensic mental health providers, Dallas, Texas. June 2002.

39.    *General Forensic Psychiatry Issues.* Dallas, Texas Veterans Administration Psychiatric Grand Rounds, Dallas, Texas. June 2002.

40.    *Treatment of Posttraumatic Stress Disorder.* Topeka Veterans Administration Psychiatric Grand Rounds and Wichita Veterans Administration Medical Grand Rounds, Topeka and Wichita, Kansas. April and May 2002.

41.    *Psychopharmacology of Anxiety Disorders.* West Wichita Family Practice Clinic staff, Wichita, Kansas. April 2002.

42.    *Olanzapine Update.* Larned State Hospital staff and Wichita Veterans Administration Mental Health Clinic staff, Great Bend and Wichita, Kansas. April 2002.

43.    *Criminally Insane? There's More to It Than That: The Fascinating Field of Forensic Psychiatry.* Live and Learn Lecture series to the Wichita community, Wichita, Kansas. March 2002.

44.    *Diagnosing PTSD.* University of Kansas School of Medicine - Wichita Psychiatry Residents, Wichita, Kansas. January 2002.

45.    *Posttraumatic Stress Disorder and Combat Stress.* Medical Staff, McConnell Air Force Base, Wichita, KS. December 2001.

46.    *SSRIs and Posttraumatic Stress Disorder.* Community Family Practice Physicians/ Prairie View Mental Health Staff, Wichita, Kansas. December 2001.

47.    *Forensic Mental Health Services.* Sedgwick County District Attorneys, Wichita, Kansas. October 2001.

48.    *Community Critical Incident Stress.* University of Kansas School of Medicine - Wichita Psychiatry Faculty, Wichita, Kansas. September 2001.

49.    *The Sexually Violent Predator.* Western Missouri Mental Health Center Grand Rounds, Kansas City, Missouri. May 2001.

50.    *Volitional Impairment and the Sexually Violent Predator.* University of Kansas-Wichita Grand Rounds, Wichita, Kansas. April 2001.

51.    *Civil Commitment and Probate Issues.* University of Missouri-Kansas City General Psychiatry Residents, Kansas City, Missouri. February 2001. FIELDS6019

52.    *General Forensic Psychiatry.* University of Missouri-Kansas City Medical Students, Kansas City, Missouri. December 2000 and January 2001.

53.    *Psychiatric Mental Status Examination.* University of Missouri-Kansas City

Medical Students, Kansas City, Missouri. December 2000 and January 2001.

54.   *Not Guilty By Reason of Insanity.* University of Missouri-Kansas City Law Students, Kansas City, Missouri. November 2000.

55.   *Treatment of Post Traumatic Stress Disorders.* University of Missouri-Kansas City Medical Students, Kansas City, Missouri. October and November 2000.

56.   *Suicide Prevention in the Jail Setting.* Kansas City, Missouri Police Department, Kansas City, Missouri. September 2000.

57.   *Critical Incident Stress Management.* Misawa emergency response community, Misawa Air Base, Japan. March 2000.

58.   *Combat Psychiatry.* Combat Medical Readiness Training, Ramstein Air Base, Germany. May and September 1995, 1996 and May 1997. Misawa Air Base, Japan; October 1997, June and October 1998, June 1999, and January 2000.

59.   *Installation Climate Assessment: Behavioral Health in the Military.* 35th Fighter Wing Senior Staff, Misawa Air Base, Japan. March and October 1998, March and December 1999.

60.   *American Psychiatry in Japan.* Hirosaki Hospital Psychiatric Staff, Hirosaki Medical Center, Japan. November 1999.

61.   *Commanders and First Sergeants Handbook for Mental Health Services.* Authored and presented to 35th Fighter Wing Senior Staff, Misawa Air Base, Japan. July 1999.

62.   *Psychotic Disorders and Neuroleptics.* CME for 35th Medical Group Staff, Misawa Air Base, Japan. June 1999.

63.   *Axis II Boundary Setting.* 35th Medical Group Mental Health Staff, Misawa Air Base, Japan. June 1999.

64.   *Post Traumatic Stress Disorder.* United States Navy Sexual Assault Victims Advocate Group, Misawa Air Base, Japan. April 1999.

65.   *Use of Selective Serotonin Reuptake Inhibitors in the Primary Care Clinic.* CME for 35th Medical Group Staff, Misawa Air Base, Japan. March 1999.

**FIELDS6020**

66.   *Diagnosing Depression.* CME for 35th Medical Group Staff, Misawa Air Base, Japan. January 1999.

67.   *Adolescent Suicide and Violence.* Misawa Community Department of Defense Teachers, School Psychologists, and Counselors, Misawa Air Base, Japan. December 1998 and January 1999.

68.    *Emergency Psychiatry.* CME for 35th Medical Group Staff, Misawa Air Base, Japan. November 1998.

69.    *Physiologic Effects of Alcohol.* Substance Abuse Day Treatment Program, Misawa Air Base, Japan. June 1998.

70.    *Psychopharmacology (Part I and II).* 35th Medical Group Mental Health Staff, Misawa Air Base, Japan. April and May 1998.

71.    *Acute Stress Reaction.* 35th Medical Group Mental Health Staff, Misawa Air Base, Japan. February 1998.

72.    *The Mental State.* 35th Medical Group Staff, Misawa Air Base, Japan. February 1998.

73.    *Suicide Prevention.* Unit level prevention for all four branches of the military, Misawa Air Base, Japan. Monthly briefings October 1997-September 1998.

74.    *Urinalysis Testing as a Deterrent.* Senior Staff Delegation of the Slovakian Army Medical Corps, Ramstein, Germany. March 1997.

75.    *Psychiatric Diagnosis.* CME for the 86th Medical Group Staff, Ramstein, Germany. August 1996.

76.    *Mental Health for Primary Care Providers.* CME for the Aviano Hospital Medical Staff, Aviano, Italy. June 1996.

77.    *Substance Abuse Programs in the United State Military.* Slovakian Army Medical Corps, Trencin, Slovakia. April 1996.

78.    *Medical Problems Associated with Alcohol.* Substance Abuse Prevention Program, Ramstein, Germany. February 1996.

79.    *Suicide Prevention and Available Resources in the Kaiserslaughtern Military Community.* Crisis Support Team Training Group, Ramstein Air Base, Germany. February 1996.

80.    *Update on Clozapine.* Landstuhl Regional Hospital Staff, Landstuhl, Germany. February 1996.

FIELDS6021

81.    *Post-partum Depression.* First Steps Program for New Mothers, Ramstein Air Base, Germany. January 1996.

82.    *Medical Ethics.* 86th Medical Group, Ramstein Air Base, Germany. December 1995.

83.     *Suicide in the Military.* Noncommissioned Officer in Command Academy, Kapaun Station, Germany. April 1995.

84.     *Suicide Prevention in the Work Environment.* 586th Security Police Squadron and Civil Engineering Flight Chiefs, Ramstein Air Base, German. October, November and December 1994.

85.     *Psychiatric Emergencies in the Field.* Emergency Medical Technician Team, Ramstein Air Base, Germany. December 1994, November 1995, November 1996.

86.     *Psychiatric Assessments and Referrals.* Independent Duty Medical Technicians (IDMT), Ramstein Air Base, Germany. Monthly lectures 1994, 1995, 1996, and 1997.

87.     *Basic Mental Status Examination.* Behavioral Health Flight Staff, Ramstein Air Base, Germany. December 1994.

88.     *Electro-convulsive Therapy.* Lecture series for 3rd year medical students, University Health Science Center Veterans Administration, San Antonio, TX. May 1994.

89.     *Clinical Interview of the Psychiatric Patient.* Weekly seminar for 2nd year medical students, University Health Science Center, San Antonio, TX. September-December, 1993.

90.     *Casuistry Applied to Medical Ethics.* Ethics committee and consultation staff, University Health Science Center, San Antonio, TX. October 1993.

91.     *Delirium.* PGY 1-3 internal medicine residents and psychiatry residence, Wilford Hall Medical Center, Lackland Air Force Base, TX. August and September 1993.

92.     *Psychopharmacology of Clozapine.* PGY 1-2 psychiatry residents. Wilford Hall Medical Center, Lackland Air Force Base, TX. August 1993.

93.     *Alcoholism.* PGY 1-2 psychiatry residents. Wilford Hall Medical Center, Lackland Air Force Base, TX. August 1993.

94.     *Eating Disorders.* PGY 1-2 psychiatry residents. Wilford Hall Medical Center, Lackland Air Force Base, TX. November 1992 and August 1993.

95.     *Diagnosis and Classification of Psychiatric Disorders.* PG**FIELDS6022** residents. Wilford Hall Medical Center, Lackland Air Force Base, TX. July 1992 and July 1993.

96.     *Emergency Intervention with the Manic Patient.* Emergency room residence and staff, Wilford Hall Medical Center, Lackland Air Force Base, TX. September 1992.

97.     *Delirium Tremens.*  Emergency room residences and staff, Wilford Hall Medical Center, Lackland Air Force Base, TX.  January 1991.

**REFERENCES**

Upon request.

**FIELDS6023**

# CURRICULUM VITAE

Date Prepared: May 31, 2005

## GENERAL BACKGROUND

Name:            BRADLEY D. GRINAGE, M.D.

Work Address:    P.O. Box 1116
                 Lawrence, KS 66044
                 Telephone: (316) 648-3300          Pager: (785)575-3424
                 Email: bgrinage@sunflower.com

Birthdate: 17 June 1964
Place of Birth: Clay Center, Kansas
Citizenship: United States of America

## EDUCATION

| | | |
|---|---|---|
| Forensic Psychiatry Fellowship | Western Missouri Mental Health Center and Northwest Missouri Psychiatric Center Kansas City, Missouri | July 2000-June 2001 |
| Psychiatry Residency | Wilford Hall Medical Center Lackland Air Force Base San Antonio, Texas | July 1990-June 1994 |
| Medical Degree 1990 | University of Kansas Medical Center Kansas City, Kansas | August 1986-May |
| Bachelor of Science, Chemistry 1986 Honors, With High Distinction | University of Kansas Lawrence, Kansas | August 1982-May |

## FACULTY APPOINTMENTS

University of Missouri-Kansas City School of Medicine, Department of Psychiatry – Clinical Assistant Professor

University of Kansas School of Medicine - Wichita, Department of Psychiatry – Clinical Assistant Professor

Wichita State University, College of Liberal Arts and Sciences – Instructor

FIELDS6024

2

## CERTIFICATIONS

**Medical License**      State of Kansas          Active        Exp: 30 Jun 05
                         State of Missouri        Inactive
                         State of Colorado        Inactive
                         State of Pennsylvania    Inactive

American Board of Psychiatry and Neurology,                    Apr 03
Subspecialty Certification in Forensic Psychiatry

Physical Assault Response Training  Certified                  Jan 01

Combat Medical Readiness Training Certified                    May 00

Aviation Medical Certification Standards and Procedures        Apr 97

American Board of Psychiatry and Neurology,                    Apr 96
Certification in Adult Psychiatry

National Board of Medical Examiners (Part 1,2 and 3) Certified     Mar 91

## PROFESSIONAL EXPERIENCE

**Veterans Administration Psychiatrist,** Topeka, Kansas:  Directed all psychiatric and medical services associated with the Inpatient Posttraumatic Stress Disorder Unit; one of only five long term (residential) inpatient programs in the country.   July 2004 – Present.

**Medical Director, Larned State Hospital,** Larned, Kansas:  Directed all medical services and staff associated with the State Security Program, Sexually Violent Predator Treatment Program, and Psychiatry Services Program at Kansas' only security facility.  January 2004 – July 2004.

**Director, Forensic Psychiatry,** University of Kansas School of Medicine – Wichita, Kansas: Developed forensic psychiatry service to promote resident and student education, provide clinical expertise to the community, and encourage academic research in the field of forensic psychiatry.  August 2001 – July 2004.

**Forensic Psychiatry Supervisor,** University of Kansas School of Medicine – Wichita, Kansas: Developed resident and student forensic psychiatry rotation curriculum to meet residency and medical school education standards.  Directed the rotation and provided supervision to individual participants.  August 2002 – July 2004.                                    **FIELDS6025**

**Resident Psychotherapy Supervisor,** University of Kansas School of Medicine – Wichita, Kansas:  Developed second and third year resident curriculum for outpatient psychotherapy including ongoing didactics and direct supervision of clinic outpatient management.  August 2002 – July 2004.

**Inpatient Psychiatric Attending**, University of Kansas School of Medicine – Wichita, Kansas: Directed the primary education and supervision of two to three residents and three to four medical students on a rotating bases in the inpatient setting. Responsible for admissions, discharges, and inpatient treatment of acute care psychiatric patients. July 2001-July 2004.

**Mental Health Flight Commander**, Misawa Air Base, Japan: The only American psychiatrist in northern Japan; responsible for all Department of Defense policies, programs and services within family advocacy, substance abuse and mental health elements to 14,000 eligible beneficiaries, supervising twenty-two active duty and civilian personnel. September 1998 – June 2000.

**35th Medical Operations Deputy Squadron Commander**, Misawa Air Base, Japan: Responsible for 180 physicians, nurses and support personnel in a 25 bed hospital (expandable to 65 beds for contingency operations) approximately 16 weeks per year in the absence of the squadron commander. November 1998 – June 2000.

**Director of Inpatient Psychiatric Services**, Misawa Air Base, Japan: Responsible for the treatment and disposition of approximately 45 psychiatric admissions per year including coordination of all psychiatric air evacuations out of Japan. August 1997 – June 2000.

**Chief of Mental Health Medical Readiness**, Misawa Air Base, Japan: Responsible for all psychiatric wartime and operations other than war contingencies in the Misawa area including the hostage negotiation team. August 1997 – June 2000

**Mental Health Element Chief**, Misawa Air Base, Japan: Responsible for all outpatient mental health services for Department of Defense beneficiaries in northern Japan. August 1997 – August 1998.

**Suicide Prevention Program Manager**, Misawa Air Base, Japan: Provided tailored suicide prevention briefings to over 5000 personnel. August 1997 – August 1998.

**Director of Critical Incident Stress Management (CISM) Program**, Ramstein Air Base, Germany: Responsible for operations, deployment, and training of 150 personnel in the Kaiserslaghtern community for contingency response to critical incidents and mass casualties. August 1995 – August 1997.

**Chief of Mental Health Medical Readiness**, Ramstein Air Base, Germany: Responsible for all psychiatric wartime and operations other than war contingencies in the Ramstein area including the hostage negotiation team. July 1994 – August 1997.

**Medicinal Chemist**, Burroughs-Wellcome Pharmaceuticals, Research Triangle Park, North Carolina: Synthesis of benzodiazepine receptor analogs. May – September 1986.

FIELDS6026

4

## CONSULTANT APPOINTMENTS

**Forensic Psychiatry Consultant,** Larned, Wichita, and Lawrence, Kansas: Consulted for forensic evaluation of inpatient and partial day patients, as well as inmates on a variety of psychiatric and forensic issues. Evaluated competency and responsibility assessment processes at the state hospital forensic units and made recommendation regarding forensic writing policy, competency treatment, forensic staff training, and quality control of forensic services. Provided consultation to KSN Channel Three new station in Wichita, Kansas on local serial killer. September 02 – Present.

**Clinical Psychopharmacology Consultant**, Wichita, Kansas: Provided direction and feedback on strategy with regards to pharmaceutical and educational discovery to Eli Lily and Company, Pfizer Inc., and Bristol-Myers Squib Company. Identified as a national speaker for Eli Lily and Company, December 01 – Present. Regional speaker for Phizer Inc., December 01 – Present. Regional speaker for Bristol-Myers Squib Company, November 02 -- Present.

**Journal Review Subspecialist,** Topeka, Kansas: Reviewed article for publication for Cleveland Clinic Journal of Medicine. March 2005.

**Medical Evaluation Board (MEB) Consultant**, Misawa Air Base, Japan: Presided as president for one third of all Misawa Medical Evaluation Boards. Responsible for the evaluation and write up of all psychiatric evaluations determining fitness for duty including commander directed, weapons bearing status, and security clearance evaluations. August 1997 – June 2000.

**Chairman of Sanity Boards**, Misawa Air Base, Japan: Responsible for all forensic consultation in the Misawa area to include sanity boards in Korea. August 1997 – June 2000.

**Chief of First Foreign Medical Delegation to Slovakia**, Ramstein Air Base, Germany: Fulfilled high profile US foreign policy initiative through exchange of alcohol and substance abuse treatment modalities with senior ranking Slovakian military medical personnel. August 1996 – July 1997.

**Mental Health Personnel Reliability Program (PRP) Consultant**, Ramstein, Germany: Responsible for psychiatric evaluations for personnel with clearances to work with nuclear weapons. July 1994 – August 1997.

**Expert Psychiatric Confidential Defense Consultant**, Aviano, Italy: December 1994 – January 1995 and March 1996 – May 1996.

**Chairman of Sanity Boards**, Ramstein Air Base, Germany: Responsible for all forensic consultation in the Ramstein area to include sanity boards in England. **FIELDS6027**st 1997.

**Emergency Psychiatry Consultant**, Landstuhl Regional Medical Center, Germany: July 1994 – August 1997.

5

## HONORS AND AWARDS

| | |
|---|---|
| Richard Rosner Award for the Best Paper by a Fellow in Forensic Psychiatry or Forensic Psychology – Honorable Mention | Jan. 2002-Dec. 2002 |
| United States Air Force Meritorious Service Medal | Aug. 1997-June 2000 |
| United States Air Force Meritorious Service Medal | July 1994-Aug. 1997 |
| 86th Medical Operations Squadron Officer of the Quarter | July 1995-Sept. 1995 |
| Outstanding Undergraduate Pursuing a Medical Profession | Aug. 1985-May1986 |
| Kleinburg Research Award | June 1985-May 1986 |
| Phi Kappa Phi | June 1985-May 1986 |
| Kansas Scholar | Aug. 1981-May 1982 |

## PROFESSIONAL COMMITTEES

2005- present, The State Committee for Evidence Based Practice in Kansas

2004- present, Kansas State/County Healthcare Cost Work Group

2004- present, Services Delivery Systems Sub-Committee of the Governor's Mental Health Services Planning Council, Topeka, KS

2003- present, Chairman, Kansas Governor's Mental Health Services Planning Council Forensic Subcommittee, Topeka, KS

2003- present, Criminal Behavior Committee, American Academy of Psychiatry and the Law

2003- 2004, Kansas Governor's Mental Health Services Planning Council, Topeka, KS

2003- 2004, Medical Society of Sedgwick County Medical Legislative Committee, Wichita, KS

2003- 2004, Medical Society of Sedgwick County Medical Legal Committee, Wichita, KS

2003- 2004, Alternate member to Sedgwick County Suicide Prevention Task Force Committee, Wichita, Kansas

2001- 2004, University of Kansas School of Medicine – Wichita, Department of Psychiatry and Behavioral Sciences Resident Applicant Interview Committee, Wichita, KS

2001- 2004, Via Christi Medical Center Pharmacy and Therapeutics Committee, Wichita, KS

2003, Future of Kansas State Hospitals Steering Committee, Topeka, KS

2002- 2003, Chairman, Sedgwick County Suicide Prevention Task Force Intervention Integrated Array of Treatment Services Subcommittee, Wichita, KS

2002- 2003, Sedgwick County Suicide Prevention Task Force Methodology Subcommittee, Wichita, KS

2002, Advisory Faculty Committee, University of Kansas School of Medicine – Wichita, Wichita, KS

2002, Strategic Planning Faculty Committee, University of Kansas School of Medicine – Wichita, Wichita, KS

2001- 2003, member Kansas Governor's Council for Mental Health Services Forensic Subcommittee, Topeka, KS

2001- 2002, State of Kansas Mental Health Diversion Study Committee, Topeka, KS

2001, Mental Health Court Diversion Technical Assistance Committee, Jackson County, MO

2000, Hospital Joint Commission on Accreditation for Healthcare Organizations (JCAHO) Committee, and chairman of the Mental Health sub-committee, 35th Medical Group, Misawa AB

FIELDS6028

2000, Pharmacy Health Services Inspection Committee, 35th Medical Group, Misawa AB
1998-2000, Community Action Information Board, 35th Fighter Wing, Misawa AB
1998-2000, Executive Committee of the Professional Staff, 35th Medical Group, Misawa AB
1997-2000, Integrated Delivery System Committee, 35th Fighter Wing, Misawa AB
1997-2000, Medical Technical Arms Committee, 35th Medical Group, Misawa AB
1997-2000, Hospital Ethics Committee, 35th Medical Group, Misawa AB
1997-1998, Chairman, Suicide Prevention Working Group, 35th Fighter Wing, Misawa AB
1997-1998, Air Evacuation Process Team, 35th Medical Group, Misawa AB
1994-1997, Credentials Committee, 86th Medical Group, Ramstein AB
1994-1997, Quality Assurance Committee, 86th Medical Group, Ramstein AB
1992-1994, Resident Representative, Hospital Pharmacy and Therapeutics Committee, Wilford
    Hall Medical Center
1992-1994, PGY-3 Educational Committee, Wilford Hall Medical Center
1990-1992, PGY-1 Educational Committee, Wilford Hall Medical Center
1985-1986, Vice President, Alpha Chi Sigma Chemistry Association Executive Council


## PROFESSIONAL SOCIETIES

2003-present, Midwest Chapter of the American Academy of Psychiatry and the Law
2002-present, Kansas Psychiatric Society
1999-present, American Academy of Psychiatry and the Law
1993-present, The Association for the Advancement of Philosophy and Psychiatry
1990-present, The American Psychiatric Association
1990-present, University of Kansas Medical School Alumni Association
1986-present, University of Kansas Alumni Association
1983-present, Alpha Chi Sigma Chemistry Association
2001-2004, American Medical Association
2001-2004, The Medical Society of Sedgwick County
1990-1994, Texas Society of Psychiatric Physicians
1990-1994, Bexar County Psychiatric Society


## PUBLICATIONS AND RESEARCH EXPERIENCE

**Peer Reviewed Publications and Research:**

1.  Ramadan M, Grinage B, Brada D.   Viral Encephalitis Presenting with Psychiatric
    Symptoms, American Association of Psychiatric Medicine Web Site, April 2004.

    **FIELDS6029**

2.  Dudley M, Grinage B, Schunn E, Parker K.   From Scene to Trial:   A Quadruple
    Homicide Case Study.   Abstract published in the American Academy of Forensic
    Sciences 56th Annual Meeting Program, February 2004.

7

3. Grinage B.  Sexual Violent Predator's Inability to Control Concept.  Abstract published in the American Academy of Forensic Sciences 56th Annual Meeting Program, February 2004.

4. Grinage B. Diagnosis and Management of Post-traumatic Stress Disorder.  American Family Physician, December 2003, Vol 68, No. 12: 2401-8, 2409.

5. Grinage B. Volitional Impairment and the Sexually Violent Predator.  Journal of Forensic Sciences, July 2003, Vol 48, No. 4: 861-8.

6. Grinage B. The Sexually Violent Predator.  Abstract published in the American Academy of Psychiatry and the Law 33rd Annual Meeting Program, October 2002: 19.

7. Grinage B. Volitional Impairment and the Sexual Violent Predator.  Abstract published in the XXVII International Congress on Law and Mental Health, July 2002:  214.

8. Grinage B, Fiedler M.  MMPI-2 and risk factors in Airman Basic Trainees with Suicidal Ideation. Abstract published in American Psychiatric Association 146th Annual Meeting, New Research Program and Abstracts, May 1993: 101-102.

9. Use of high-pressure liquid chromatography for the synthesis of benzodiazepine receptor analogs, Burroughs-Wellcome Pharmaceutical Company, Research Triangle Park, N.C., April-August 1986.

10. Use of nuclear magnetic resonance, high-pressure liquid chromatography, and high pressure reaction chambers for chemical synthesis.  Senior Honors Thesis:  "Three Carbon Plus Two Carbon Cyclo-Addition for Functionalized Cyclopentanes" and "A Convenient Model System for the Synthesis of Corey's Lactone via Intramolecular Deils-Alder Reaction", January 1983-April 1986.

**Local Publications:**

2004 Governor's Mental Health Services Planning Council Forensic Subcommittee Report and Addendum, State of Kansas, 2004.

2003 Governor's Mental Health Services Planning Council Forensic Subcommittee Report, State of Kansas, 2003.

Sedgwick County Suicide Prevention Task Force Position Statement On Integrated Treatment For Persons At Risk For Suicide, Sedgwick County, Kansas, 2002-2003.

**FIELDS6030**

Mental Health Services Handbook for Commanders, Misawa Airbase publication, Misawa, Japan, 1999.

## PROFESSIONAL EMPLOYMENT

| | | |
|---|---|---|
| VA Eastern Kansas Health Care System – Colmery-O'Neil VA Medical Center | Staff Psychiatrist | 2004-present |
| University of Kansas School of Medicine-Wichita | Assistant Professor of Psychiatry | 2001-2004 |
| United States Air Force Honorable Discharge | | 16 July 2000 |
| United States Air Force (Active Duty) | Major | 1996-2000 |
| United States Air Force (Active Duty) | Captain | 1990-1996 |
| United States Air Force (Reserves) | 2nd Lieutenant | 1986-1990 |
| Burroughs-Wellcome Pharmaceutical Company | Medicinal Chemist | 1986 |

## RELEVANT GRADUATE COURSEWORK

Aerospace Medicine Primary Course, with honors, Brooks Air Force Base, San Antonio, TX. March-April 1997.

Critical Incident Stress Debriefing Course, Ramstein Air Base, Germany. June 1995.

Virginia Fellows in Biomedical Ethics Program, University of Virginia Health Science Center, Charlottesville, VA. March 1994.

School of Aerospace Medicine, Brooks Air Force Base, San Antonio, TX. July 1988.

## FORENSIC EXPERT WITNESS EXPERIENCE

Upon request.

## CONFERENCE PRESENTATIONS

1.    *Pharmacotherapy for Acute and Chronic PTSD.  Kansas Psychiatric Nursing Association and Nurses Organization of Veterans Affairs Annual Conference, Topeka, Kansas. March 2005.*

FIELDS6031

2.    *2004 Governor's Mental Health Services Planning Council Forensic Subcommittee Report and Addendum.  State of Kansas Governor's Mental Health Services Planning Council, Governor of Kansas' Sub-cabinet Meeting, and the Kansas Mental Health Coalition, Topeka, Kansas.  August 2004, January 2004, and February 2005.*

3.      *Legal Liability and the Mental Health Professional.*  Forensic Issues in Psychiatry: Kansas Psychiatric Association semi-annual meeting, Wichita, Kansas.  April 2004.

4.      *Psychiatry and Trauma – From Scene to Trial: A Quadruple Homicide Case Study.* American Academy of Forensic Sciences 56th Annual Meeting, Workshop #17, Dallas, Texas. February 2004.

5.      *Inability to Control Concept.*  American Academy of Forensic Sciences 56th Annual Meeting, I-16, Dallas, Texas.  February 2004.

6.      *2003 Governor's Mental Health Services Planning Council Forensic Subcommittee Report.*  State of Kansas Governor's Mental Health Services Planning Council, Topeka, Kansas, November 2003, and Kansas Mental Health Coalition, Topeka, Kansas.  January 2004.

7.      *Competency to Stand Trial and Mental State at the Time of Offense in Kansas.* Osawatomie State Hospital Staff Inservice, Osawatomie, Kansas.  January 2004.

8.      *Mood and Anxiety.*  Pfizer, 2003 Mood and Anxiety Regional Consultant Initiative, Rocky Mountain and West Regions, Coronado, California.  September 2003.

9.      *Treatment Issues and Legal Liabilities for the Professional.*  Medical Educational Services Conference on Mental Health and the Law in Kansas, Wichita, Kansas.  December 2002.

10.     *The Sexually Violent Predator.*  American Academy of Psychiatry and the Law 33rd Annual Meeting, Newport Beach, California.  October 2002.

11.     *Volitional Impairment and the Sexually Violent Predator.*  XXVIIth International Congress on Law and Mental Health, Amsterdam, The Netherlands.  July 2002.

12.     *Recent Trends in Posttraumatic Stress Disorder.*  Kansas Psychiatric Society and Kansas Medical Education Foundation Summer Conference, Topeka, Kansas.  July 2002.

13.     *Contemporary Correctional Psychiatry.*  American Correctional Health Services Association Conference, Tyler, Texas.  May 2002.

14.     *Interpersonal Relationships in Military Leaders.*  35th Medical Group Leadership Seminar, Misawa Air Base, Japan.  November 1998.

15.     *Biomedical Ethics:  On Death and Dying.*  United States Air Force in Europe Mental Health Conference, Spangdalem Air Base, Germany.  March 1994.

16.     *Post Traumatic Stress Disorder.*  Critical Incident Stress Management Biannual Conference, Ramstein Air Base, Germany.  March and September 1995, 1996, and March 1997.

FIELDS6032

17.    *Critical Incident Stress Debriefing.*  Critical Incident Stress Management Biannual Conference, Ramstein Air Base, Germany.  March and September 1995, 1996, and March 1997.

18.    *Hate and Anger, Military Terminology, and Politics and Psychiatry.*  American Psychiatric Association Annual Meeting, Philadelphia, PA.  May 1994.

19.    *Futility and Physician Assisted Suicide.*  Death and Dying Seminar for Nursing and Community Mental Health, San Antonio, TX.  September 1993.

20.    *Clozapine:  An Overview.*  Update in Biological Psychiatry Conference, Lackland Air Force Base, TX.  August 1993.

21.    *Suicidal Ideation in the Airmen Basic Trainee (Poster Presentation).*  American Psychiatric Association Annual Meeting, San Francisco, CA.  May 1993.


## TEACHING EXPERIENCE

1.    *Clinical Treatment of PTSD.  Fort Riley Medical Staff CME and field clinic medical providers, Salina medical staff, McConnell AFB Mental Health Staff, Topeka community ARNPs, Fort Riley, Salina, Wichita, and Topeka, Kansas.  March, April, and May 2005*

2.    *Psychopharmacology of PTSD.*  University of Kansas School of Medicine-Wichita Grand Rounds, Wichita, Kansas.  March 2005.

3.    *The Use of Atypical Neuroleptics in Posttraumatic Stress Disorder.*  Omaha and Lincoln, Nebraska community psychiatrist and Veterans Administration Mental Health staff, Omaha and Lincoln, Nebraska.  December 2004.

4.    *Forensic Issues and Atypical Neuroleptics.*  Rainbow Mental Health Center, Osawatomie State Hospital, Larned State Hospital physicians and staff, and Northwest Missouri Psychiatric Rehabilitation Center physicians and staff, Kansas City, Osawatomie, and Larned, Kansas and Saint Joseph, Missouri.  November and December 2004.

5.    *Xanax XR.*  Internal Medicine and primay care providers, Wichita, Hutchinson, and Wamego, Kansas.  June, September, and October 2004.

6.    *Sertraline Use in a Spectrum of Depressive Disorders.*  Wichita community primary care physicians, Wichita, Kansas.  August 2004.

7.    *Advanced Issues in Posttraumatic Stress Disorder.*  Veterans Administration mental health staff, Topeka, Kansas.  July 2004.

8.    *Aripiprazole Update.*  Veterans Administration and Community psychiatry and general physicians; Wichita, Emporia, Larned, and Great Bend, Kansas.  November and October 2003, March, May, and June 2004.

FIELDS6033

11

9.    *Update on Ziprazidone.* Family practice and psychiatry physicians in south-east, Kansas, Coffeyville and Independence, Kansas. June 2004.

10.    *Treatment with Olazapine.* North-east Kansas regional mental health workers, Kansas City, Kansas. June 2004.

11.    *Introduction to Psychotherapy.* University of Kansas School of Medicine – Wichita Residents Weekly Psychotherapy Lecture Series, Wichita, Kansas. July 2002 – June 2003, July 2003 – June 2004.

12.    *Advanced Psychotherapy Theory.* University of Kansas School of Medicine – Wichita Weekly Psychotherapy Lecture Series, Wichita, Kansas. July 2003 – June 2004.

13.    *Obsessive Compulsive Disorder and Posttraumatic Stress Disorder.* University of Kansas School of Medicine – Wichita Psychiatry medical students, Wichita, Kansas. December and October 2002. January, March, May, July, and September 2003, and January, April, and May 2004.

14.    *Forensic Psychiatry.* University of Kansas School of Medicine – Wichita Psychiatry medical students, Wichita, Kansas. Six lectures in 2002 and January, March, May, July, and September 2003, and January, April, and May 2004.

15.    *Basic Mental Health Forensic Science.* Wichita State University Forensic Sciences students, Wichita, Kansas. December 2002, and April and September 2003, and April 2004.

16.    *Acute Neuroleptization in Psychotic Agitation.* University of Kansas School of Medicine – Kansas City Grand Rounds, Kansas City, Kansas. January 2004.

17.    *Sertraline Update.* Wichita Family Practice Clinic, local Mental Health Groups, Internal Medicine groups, and Topeka Psychiatric Clinic and Topeka Association of ARNPs. Wichita and Topeka, Kansas. March, April, May, and September 2003, and January 2004.

18.    *Forensic Psychiatry CJ 641.* Wichita State University undergraduate and graduate course. Three-hour credit per semester course. Wichita, Kansas. August – December 2003.

19.    *Suicide: It's Time to Talk.* Mental Health Educational Series to the general public, Wichita, Kansas. October 2003.

20.    *Forensic Report Writing.* Larned State Hospital Clinical Staff, Larned, Kansas. July 2003.

FIELDS6034

21.    *Mental State at the Time of the Crime in Kansas.* Larned State Hospital Clinical Staff, Larned, Kansas. August 2003.

22.    *Treatment of Competency.* Larned State Hospital Clinical Staff, Larned, Kansas. July 2003.

12

23.    *Kansas Criminal Competency.*  Larned State Hospital Clinical Staff, Larned, Kansas. July 2003.

24.    *Criminal Responsibility.* University of Kansas School of Medicine - Wichita Resident Forensic Psychiatry Lecture Series, Wichita, Kansas.  August 2002, August 2003.

25.    *Criminal Competency.*  University of Kansas School of Medicine - Wichita Resident Forensic Psychiatry Lecture Series, Wichita, Kansas.  August 2002, August 2003.

26.    *Dangerousness: A Risk Assessment.* University of Kansas School of Medicine - Wichita Resident Forensic Psychiatry Lecture Series, Wichita, Kansas.  August 2002, August 2003.

27.    *Competency and Consent for Treatment.*  University of Kansas School of Medicine - Wichita Resident Forensic Psychiatry Lecture Series, Wichita, Kansas.  July 2002, August 2003.

28.    *SSRIs Use in Patients with Cardiovascular Disease.* Topeka Veterans Administration Medical Center Medicine Grand Rounds.  Topeka, Kansas.  June 2003.

29.    *Aripiprazole: A Novel Atypical Antipsychotic.*  Wichita, Salina, Newton, Manhattan, Hayes, Great Bend community psychiatrists and Larned State Security Hospital staff, four lectures in Wichita, Kansas and two lecture in Great Bend, Kansas and one lecture in Newton, Manhattan, and Hayes, Kansas.  December 2002, February March, and May 2003.

30.    *Atypical Neuroleptics and Agitated Psychosis.*  Topeka Veterans Administration Medical Center Psychiatry Grand Rounds.  Topeka, Kansas.  April 2003

31.    *SSRI Comparison.*  Community psychiatrists and internal medicine physicians. Manhattan, Kansas.  February 2003.

32.    *Sertraline for Treatment of Depression Post Myocardial Infarct.*  Manhattan Internal Medicine Clinic.  Manhattan, Kansas.  February 2003.

33.    *Premenstrual Dysphoric Disorder.*  Wichita Family Practice Clinic.  Wichita, Kansas. February 2003.

34.    *Introduction to Forensic Mental Health.*  Maize High School Debate Class, Maize, Kansas.  November 2002.

35.    *Ziprasidone Overview.*  Local pharmacists, Wichita, Kansas.  November 2002.

36.    *Intramuscular Ziprasidone.*  Wichita Veterans Administration Mental Health Clinic staff, Wichita, Kansas.  October 2002.

37.    *Psychiatry and the Law.*  Via Christi Hospital Medical Grand Rounds, Wichita, Kansas. July 2002.

FIELDS6035

13

38.    *Neuroleptics and Correctional Psychiatry.*    Dallas, Texas correctional and forensic mental health providers, Dallas, Texas.  June 2002.

39.    *General Forensic Psychiatry Issues.*  Dallas, Texas Veterans Administration Psychiatric Grand Rounds, Dallas, Texas.  June 2002.

40.    *Treatment of Posttraumatic Stress Disorder.*    Topeka Veterans Administration Psychiatric Grand Rounds and Wichita Veterans Administration Medical Grand Rounds, Topeka and Wichita, Kansas.  April and May 2002.

41.    *Psychopharmacology of Anxiety Disorders.*  West Wichita Family Practice Clinic staff, Wichita, Kansas.  April 2002.

42.    *Olanzapine Update.*  Larned State Hospital staff and Wichita Veterans Administration Mental Health Clinic staff, Great Bend and Wichita, Kansas.  April 2002.

43.    *Criminally Insane?  There's More to It Than That:  The Fascinating Field of Forensic Psychiatry.*  Live and Learn Lecture series to the Wichita community, Wichita, Kansas.  March 2002.

44.    *Diagnosing PTSD.*  University of Kansas School of Medicine – Wichita Psychiatry Residents, Wichita, Kansas.  January 2002.

45.    *Posttraumatic Stress Disorder and Combat Stress.*  Medical Staff, McConnell Air Force Base, Wichita, KS.  December 2001.

46.    *SSRIs and Posttraumatic Stress Disorder.*  Community Family Practice Physicians/ Prairie View Mental Health Staff, Wichita, Kansas.  December 2001.

47.    *Forensic Mental Health Services.*  Sedgwick County District Attorneys, Wichita, Kansas. October 2001.

48.    *Community Critical Incident Stress.*  University of Kansas School of Medicine – Wichita Psychiatry Faculty, Wichita, Kansas.  September 2001.

49.    *The Sexually Violent Predator.*  Western Missouri Mental Health Center Grand Rounds, Kansas City, Missouri.  May 2001.

50.    *Volitional Impairment and the Sexually Violent Predator.*  University of Kansas-Wichita Grand Rounds, Wichita, Kansas.  April 2001.

**FIELDS6036**

51.    *Civil Commitment and Probate Issues.*  University of Missouri-Kansas City General Psychiatry Residents, Kansas City, Missouri.  February 2001.

52.    *General Forensic Psychiatry.*  University of Missouri-Kansas City Medical Students, Kansas City, Missouri.  December 2000 and January 2001.

14

53.   *Psychiatric Mental Status Examination.*  University of Missouri-Kansas City Medical Students, Kansas City, Missouri.  December 2000 and January 2001.

54.   *Not Guilty By Reason of Insanity.*  University of Missouri-Kansas City Law Students, Kansas City, Missouri.  November 2000.

55.   *Treatment of Post Traumatic Stress Disorders.*  University of Missouri-Kansas City Medical Students, Kansas City, Missouri.  October and November 2000.

56.   *Suicide Prevention in the Jail Setting.*  Kansas City, Missouri Police Department, Kansas City, Missouri.  September 2000.

57.   *Critical Incident Stress Management.*  Misawa emergency response community, Misawa Air Base, Japan.  March 2000.

58.   *Combat Psychiatry.*  Combat Medical Readiness Training, Ramstein Air Base, Germany. May and September 1995, 1996 and May 1997.  Misawa Air Base, Japan; October 1997, June and October 1998, June 1999, and January 2000.

59.   *Installation Climate Assessment: Behavioral Health in the Military.*  35th Fighter Wing Senior Staff, Misawa Air Base, Japan.  March and October 1998, March and December 1999.

60.   *American Psychiatry in Japan.*  Hirosaki Hospital Psychiatric Staff, Hirosaki Medical Center, Japan.  November 1999.

61.   *Commanders and First Sergeants Handbook for Mental Health Services.*  Authored and presented to 35th Fighter Wing Senior Staff, Misawa Air Base, Japan.  July 1999.

62.   *Psychotic Disorders and Neuroleptics.*  CME for 35th Medical Group Staff, Misawa Air Base, Japan. June 1999.

63.   *Axis II Boundary Setting.*  35th Medical Group Mental Health Staff, Misawa Air Base, Japan.  June 1999.

64.   *Post Traumatic Stress Disorder.* United States Navy Sexual Assault Victims Advocate Group, Misawa Air Base, Japan.  April 1999.

65.   *Use of Selective Serotonin Reuptake Inhibitors in the Primary Care Clinic.*  CME for 35th Medical Group Staff, Misawa Air Base, Japan.  March 1999.

**FIELDS6037**

66.   *Diagnosing Depression.*  CME for 35th Medical Group Staff, Misawa Air Base, Japan. January 1999.

15

67.    *Adolescent Suicide and Violence*.  Misawa Community Department of Defense Teachers, School Psychologists, and Counselors, Misawa Air Base, Japan.  December 1998 and January 1999.

68.    *Emergency Psychiatry*.  CME for 35th Medical Group Staff, Misawa Air Base, Japan. November 1998.

69.    *Physiologic Effects of Alcohol*.  Substance Abuse Day Treatment Program, Misawa Air Base, Japan.  June 1998.

70.    *Psychopharmacology (Part I and II)*.  35th Medical Group Mental Health Staff, Misawa Air Base, Japan.  April and May 1998.

71.    *Acute Stress Reaction*.  35th Medical Group Mental Health Staff, Misawa Air Base, Japan.  February 1998.

72.    *The Mental State*.  35th Medical Group Staff, Misawa Air Base, Japan.  February 1998.

73.    *Suicide Prevention*.  Unit level prevention for all four branches of the military, Misawa Air Base, Japan.  Monthly briefings October 1997-September 1998.

74.    *Urinalysis Testing as a Deterrent*.  Senior Staff Delegation of the Slovakian Army Medical Corps, Ramstein, Germany.  March 1997.

75.    *Psychiatric Diagnosis*.  CME for the 86th Medical Group Staff, Ramstein, Germany. August 1996.

76.    *Mental Health for Primary Care Providers*.  CME for the Aviano Hospital Medical Staff, Aviano, Italy.  June 1996.

77.    *Substance Abuse Programs in the United State Military*.  Slovakian Army Medical Corps, Trencin, Slovakia.  April 1996.

78.    *Medical Problems Associated with Alcohol*.  Substance Abuse Prevention Program, Ramstein, Germany.  February 1996.

79.    *Suicide Prevention and Available Resources in the Kaiserslaughtern Military Community*.    Crisis Support Team Training Group, Ramstein Air Base, Germany.  February 1996.

80.    *Update on Clozapine*.  Landstuhl Regional Hospital Staff, Landstuhl, Germany. February 1996.

FIELDS6038

81.    *Post-partum Depression*.  First Steps Program for New Mothers, Ramstein Air Base, Germany.  January 1996.

16

82.     *Medical Ethics.*  86th Medical Group, Ramstein Air Base, Germany.  December 1995.

83.     *Suicide in the Military.*  Noncommissioned Officer in Command Academy, Kapaun Station, Germany.  April 1995.

84.     *Suicide Prevention in the Work Environment.*  586th Security Police Squadron and Civil Engineering Flight Chiefs, Ramstein Air Base, German.  October, November and December 1994.

85.     *Psychiatric Emergencies in the Field.*  Emergency Medical Technician Team, Ramstein Air Base, Germany.  December 1994, November 1995, November 1996.

86.     *Psychiatric Assessments and Referrals.*  Independent Duty Medical Technicians (IDMT), Ramstein Air Base, Germany.  Monthly lectures 1994, 1995, 1996, and 1997.

87.     *Basic Mental Status Examination.*  Behavioral Health Flight Staff, Ramstein Air Base, Germany.  December 1994.

88.     *Electro-convulsive Therapy.*  Lecture series for 3rd year medical students, University Health Science Center Veterans Administration, San Antonio, TX.  May 1994.

89.     *Clinical Interview of the Psychiatric Patient.*  Weekly seminar for 2nd year medical students, University Health Science Center, San Antonio, TX.  September-December, 1993.

90.     *Casuistry Applied to Medical Ethics.*  Ethics committee and consultation staff, University Health Science Center, San Antonio, TX.  October 1993.

91.     *Delirium.*  PGY 1-3 internal medicine residents and psychiatry residence, Wilford Hall Medical Center, Lackland Air Force Base, TX.  August and September 1993.

92.     *Psychopharmacology of Clozapine.*  PGY 1-2 psychiatry residents.  Wilford Hall Medical Center, Lackland Air Force Base, TX.  August 1993.

93.     *Alcoholism.*  PGY 1-2 psychiatry residents.  Wilford Hall Medical Center, Lackland Air Force Base, TX.  August 1993.

94.     *Eating Disorders.*  PGY 1-2 psychiatry residents.  Wilford Hall Medical Center, Lackland Air Force Base, TX.  November 1992 and August 1993.

95.     *Diagnosis and Classification of Psychiatric Disorders.*  PGY 1-2 psychiatry residents. Wilford Hall Medical Center, Lackland Air Force Base, TX.  July 199**FIELDS6039**

96.     *Emergency Intervention with the Manic Patient.*  Emergency room residence and staff, Wilford Hall Medical Center, Lackland Air Force Base, TX.  September 1992.

17

97.    *Delirium Tremens*.  Emergency room residences and staff, Wilford Hall Medical Center, Lackland Air Force Base, TX.  January 1991.

**REFERENCES**

Upon request.

**FIELDS6040**

Mr. Fields was administered a comprehensive neuropsychological evaluation including the Wechsler Adult Intelligence Scale - III, portions of the Wechsler Memory Scale - III, Wide Range Achievement Test - III, Category Test, Trail Making Test, Lateral Dominance Exam, Strength of Grip, partial Sensory Perceptual Examination, Aphasia Screening, items from the Luria Nebraska, and diagnostic interview with mental status testing.  The obtained data was judged to be an accurate reflection of the patient's functioning in the areas assessed at the time of testing.

Intellectual assessment found Verbal, Performance (non-verbal,) and Full Scale IQ scores of 92, 94, and 93, respectively.  As compared with his same-aged peers, subtest scaled scores tapping vocabulary skills and fund of old, overlearned factual information were in the center of the average range.  These scores are most highly correlated with premorbid levels of functioning and academic abilities.  In general, they can be seen as a benchmark against which other scores can be compared to determine how the patient likely has functioned in the past and whether there has been a decline in functioning. Measures of verbal attention and concentration assessed in a structured setting were average to low average, while freedom from distractibility measures were low average. Verbal concrete reasoning abilities were average with abstract verbal reasoning capacities in the average to low average range.  Non-verbal scores showed a greater range or degree of variability with a measure of pure verbal reasoning tested in an untimed paradigm reaching high average levels of performance while visual scanning to recognize what detail is missing from familiar objects or scenes was in the lower portion of the average range.  A task tapping constructional praxis was at the same level, while visual sequencing and problem solving was average to low average.  Visual processing speed with an embedded visual memory task was found to be low average.

Academic achievement testing found sight-reading and spelling at the high school level with percentile scores of 30 and 34, respectively.  Math tested in a written and timed format was at the seventh grade level and had a percentile score of 18.  Tests of receptive and expressive language abilities were grossly within normal limits, although comprehension was mildly suppressed.

Tests of learning and memory showed mild suppressions in working verbal and visual memory with performance fluctuating and sometimes in the average range but sometimes mildly impaired.  Verbal rote memorization occurred at a slower than normal rate and never reached criterion levels of performance.  Short term verbal memory for meaningful, paragraph length material was also variable and sporadic with the average performance just below the center of the average range.  Short term visual memory for meaningful information was also found to vacillate with the overall level of functioning in the borderline defective range of functioning.  Memory was able to be utilized much of the time, but could not be counted upon, most likely due to fluctuating attention and concentration functions.

FIELDS6041

Measures of higher cognitive abilities found mildly slowed to mildly impaired processing speed for verbally mediated tasks.  Impulsivity of mild proportions was also found. Higher level reasoning tasks demonstrated mild impairment (performance in the bottom

three percent of the population) with better performance noted on some of the more difficult tasks and worse performance on some that were easier. Again, deficits or impairments in functional attention and concentration abilities appear to be the most likely cause of these suppressions in performance.

Overall, Mr. Fields is an individual who demonstrated overall measures of intellectual functioning toward the lower portion of the average range with specific tests of freedom from distractibility and processing speed being lower. Tests of learning and memory found a similar pattern with new learning/memory adversely affected as a result. The patient has a history of emotional upset, turmoil, and treatment which has been less than optimally effective. He displays a pattern often found in individuals with frontal lobe or non-dominant hemisphere neurocognitive dysfunction and brain damage with further evaluation warranted. The nature and pattern of his deficits is long-standing and affects his every-day life, thought processes, and behavior.

**FIELDS6042**