

### RE: supboena

George Woods, MD  o  'Julia O'Connell'                              06/18/2005 12:35 PM

History:          This message has been replied to.

I'll work on it all day yesterday. It would be good to have what that person
says as soon as possible. How about a call tomorrow morning or even later
this afternoon.

g

-----Original Message-----
From: Julia O'Connell [mailto:Julia_O'Connell@fd.org]
Sent: Saturday, June 18, 2005 9:23 AM
To: George Woods, MD
Subject: RE: supboena

The subpoena is for if we have to go to trial.  Most of my experts want to
have a subpoena.

I want to settle this case, and the only way to do it is to convince the
committee in Washington that Ed was SICK and that medicine he now takes
makes him better and not dangerous.  To do this, I need your report.

The jury selection is TWO WEEKS away.  Once that starts, no way in hell
will the case settle.   So, I need the report top-double-ASAP.
And, Skip is going to start bothering you, just so you know...

I have hired a forensic psychiatrist who has worked in the drug industry...
as a chemist, now as a consultant on psychopharmacological issues.  He is
visiting Ed today.  I expect his stuff will completely mesh with yours.
Nobody on the other side knows about him;  I can decide not to use him if
the situation dictates, but I think it's going to work out well.

**FIELDS14937**