## Reference Log of Edward L. Fields Telephonic Conversations

6

| Call # | Date of call | Talked to | From Location | Topics discussed |
|---|---|---|---|---|
| 63 | 9/15/2003 | Michelle Tipton | Tulsa Co | Talk about how money Margaret sent was spent. Tipton having more financial trouble, crying. Fields apologized about his family and the way he complained about the lack of letters. Talk about making fewer telephone calls, planning next visitation. |
| 64 | 9/17/2003 | Michelle Tipton | Tulsa Co | Fields called grandmother, Tipton talked to Margaret.  Tipton will get $200 from Margaret to help with bills.  Fields' storage unit in Marilyn's name, Tipton doesn't know how. |
| 65 | 9/17/2003 | Michelle Tipton | Tulsa Co | Resume conversation.  Tipton has trouble with office manager at work. Fields comments about life in prison. |
| 66 | 9/19/2003 | Michelle Tipton | Tulsa Co | Fields says he will ask for the death penalty, the guilt of the killings is more than he can stand. Fields wants to marry Titpton if he is given the death sentence.  Fields received letter from Reannan (ph), surprised him.  Tipton feels better emotionally and mentally.  Tipton and Margaret will visit Fields next day. |
| 67 | 9/24/2003 | Dan Pressley | Tulsa Co | Fields talks about life in Tulsa Co jail.  Fields will ask for the death penalty, and how at least it won't be a sin that way. Fields tells Pressley not to wonder whether he "did it or not", because "they got me".  Fields explains the meaning of the song "Seven Spanish Angels". |
| 68 | 9/21/2003 | Michelle Tipton | Tulsa Co | Margaret's telephone is still restricted from collect calls.  Talk about last visitation, Margaret went with Tipton.  Comments on how things are better between Fields and Tipton.  Margaret will do anything to get Fields life in prison, instead of the death penalty; Tipton not sure she can endure the trial. |
| 69 | 9/21/2003 | Michelle Tipton | Tulsa Co | Tipton considers herself Fields' wife, all others do not understand why.  Tipton says Fields has to get used to not calling as often due to phone bills. |
| 70 | 9/23/2003 | Michelle Tipton | Tulsa Co | Talk about content of letters.  Fields wants to marry Tipton, in part so she does not have to testify against him.  Sexual talk. Fields was not given medication today. |
| 71 | 9/26/2003 | Michelle Tipton | Tulsa Co | Talk about storage unit, Margaret's new telephone number, and Dan Pressley. Fields comments on expectation he has of federal prison system, and comments on his cell mate. |
| 72 | 9/28/2003 | Michelle Tipton | Tulsa Co | Fields asks if Tipton is tired of him yet, she says no.  Fields talks about books he read, wants more.  Fields needs to call Tipton at least three times per week. |
| 73 | 9/30/2003 | Michelle Tipton | Tulsa Co | Fields having a bad day, complains about not receiving letters. Tipton apologizes. Fields asked Margaret and Cherie to send him money for his inmate account. Tipton upset about her current situation. Fields says voices have been talking to him the past two days,  he talks back to them. |

Items shaded in gray are conversations which were digitally converted, this process mixed data from different conversations and is not entirely accurate.

FIELDS4639

# Reference Log of Edward L. Fields Telephonic Conversations

1

| Call # | Date of call | Talked to | From Location | Topics discussed |
|---|---|---|---|---|
| 1 | 9/21-30/2003 | Michelle Tipton | Muskogee Co | Tipon asks Fields to be honest about his suicide attempt. |
| 2 | 9/21-30/2003 | Michelle Tipton | Muskogee Co | Tipton offered Margaret Fields to move in with her. Tipton will follow Fields wherever he is sent. |
| 3 | 9/21-30/2003 | Michelle Tipton | Muskogee Co | Fields talks about his mother and sister, thanks Tipton for reading glasses. Tipton asked to do a hand writing analysis test by FBI. |
| 4 | 9/21-30/2003 | Michelle Tipton | Muskogee Co | Tipton comments on hand writing analysis she did and of Carol Sakura at Grand Jury. Fields medications dosage increased. Talk about establishing letter exchange. Fields asks for drawing books. |
| 5 | 9/21-30/2003 | Michelle Tipton | Muskogee Co | Fields called several people, tells his mother to move in with Tipton. Money issues. Reminesce of "that week", Fields and Tipton had a good time. |
| 6 | 9/21-30/2003 | Michelle Tipton | Muskogee Co | Tipton talks about dog, Sophie. Reference to letters and Fields' voices in his head. Tipton filed for divorce. Mary is Tipton's lawyer. |
| 7 | 9/21-30/2003 | Michelle Tipton | Muskogee Co | Talk of how Tipton will cope with loneliness, how she did not use to like Fields. Tipton regrets not expressing her love for Fields. His medication is working. |
| 8 | 9/21-30/2003 | Michelle Tipton | Muskogee Co | Fields went to court, indicted, learns four counts carry death penalty. References to the cause of the murders. Fields tells Tipton not to blame herself for what he did. |
| 9 | 9/21-30/2003 | Michelle Tipton | Muskogee Co | Fields calls back, apologizes to Tipton for complaining about not receiving letters |
| 10 | 9/21-30/2003 | Michelle Tipton | Muskogee Co | Fields complains about cell mate. Tipton upset at former employer. Tipton needs to go to California to take care of a storage unit, Fields upset. |
| 11 | 9/21-30/2003 | Michelle Tipton | Muskogee Co | Fields insists Tipton should go to California, Tipton decides not to go. Fields makes Tipton feel guilty for planning the trip tp California. Fields talked to doctor, said he'd "finish the job" (suicide) if he had the chance. |
| 12 | 7/21-8/13/2003 | Michelle Tipton | Muskogee Co | Initial conversation after attempting suicide. Bad connection, hung up. |
| 13 | 7/21-8/13/2003 | Michelle Tipton | Muskogee Co | Fields gives Tipton code for storage unit in Poteau. Fields asks about the "panty drawer"; Tipton does not know what he means. Fields does not want Tipton at his first court appearance. |
| 14 | 7/21-8/13/2003 | Michelle Tipton | Muskogee Co | Fields had talked to his mother on the phone, will not commit suicide. Fields does not want anyone in court, he's ashamed. Fields instructs Tipton not to give money in panty drawer to FBI. Fields says Carol turned him in, insists not sleeping with Carol. Tries to explain why he is in jail. Tipton says to call Danny.            **FIELDS4640** |
| 15 | 7/21-8/13/2003 | Michelle Tipton | Muskogee Co | Fields explains he had put the $500 in the panty drawer on the "first of last month, before all that happened". Tipton says she'll turn it over. |

Items shaded in gray are conversations which were digitally converted, this process mixed data from different conversations and is not entirely accurate.

## Reference Log of Edward L. Fields Telephonic Conversations

2

| Call # | Date of call | Talked to | From Location | Topics discussed |
|---|---|---|---|---|
| 16 | 7/21-8/13/2003 | Michelle Tipton | Muskogee Co | Fields gets phone privileges back, insists he was not sleeping with Carol. Talk about Fields' desire to live. Talked to Danny on the phone. Tipton turned money over to the Feds, Fields very upset. Tipton not sure she can endure the situation. Fields will inform Tipton before he tries to commit suicide. |
| 17 | 7/21-8/13/2003 | Michelle Tipton | Muskogee Co | Fields tells Tipton to feel free to attend upcoming court hearings. |
| 18 | 8/20/2003 | Dan Pressley, Glory LNU | Tulsa Co | Fields tells Glory he asked Michelle to tell Glory everything she knows. Margaret Fields will give Ed's truck to Tipton. Pressley told Glory of Field's past girlfriends. Fields says cutting his veins did not hurt. Fields asks Pressley to relay letter to female inmate in Muskogee Co Jail, Pressley agrees. |
| 19 | 9/15/2003 | Michelle Tipton | Tulsa Co | Fields moved to Tulsa Count Jail, will be placed in Medical Unit. Tipton will pick up Fields' property from Muskogee Co. |
| 20 | 8/15/2003 | Michelle Tipton | Tulsa Co | Fields describes checking in at Tulsa Co. Fields talked to psychologist. Tipton talks about ex-husband John leaving her multiple times, and about loneliness she's feeling. |
| 21 | 8/15/2003 | Michelle Tipton | Tulsa Co | Fields calls back, tells Tipton his family likes her. Fields asks Tipton to give Margaret Fields his new contact info and to have Margaret buy books for him. Dan wants Tipton to tell him all the details about the murders. |
| 22 | 8/19/2003 | Michelle Tipton | Tulsa Co | Talk about Tipton visiting Fields at Tulsa Co. Fields' lawyers working on his background to avoid death penalty. Fields hearing voices, medication adjusted. Talk about marriage. |
| 23 | 8/19/2003 | Michelle Tipton | Tulsa Co | Fields to be placed in Admin Segreagation cell, does not like it. General conversation about Field's truck, dog, books. Mention of Terra Haute, IN, where Fields could go if sent to death row. Fields wants piece of paper with Tipton's vaginal secretions. |
| 24 | 8/19/2003 | Michelle Tipton | Tulsa Co | Tipton planning to visit Fields at Tulsa Co. Talk about Margaret Fields, a ring for Fields. Exchanging letters. |
| 25 | 8/20/2003 | Michelle Tipton | Tulsa Co | Fields in general population at Tulsa Co. Margaret leaving Virginia on the 13th. Fields says information on affidavit he was given is not accurate, re: time spent with Carol. Fields jokes to TIPTON "kill somebody an' come right on in." Fields on Death Row for the rest of his life. |
| 26 | 8/20/2003 | Michelle Tipton | Tulsa Co | Fields and Tipton had long visit, 1.5 hours. Fields keeps track of Tipton's menstrual period on calendar. Fields got book from jail library, murder mystery of man who shot people in the head with .22 cal pistol. Carol tried to contact Fields' family. |
| 27 | 8/20/2003 | Michelle Tipton | Tulsa Co | Fields says he told Tipton "some incriminating shit". Fields complains, he does not get letters or books. |

Items shaded in gray are conversations which were digitally converted, this process mixed data from different conversations and is not entirely accurate.

002189

FIELDS4641

## Reference Log of Edward L. Fields Telephonic Conversations

3

| Call # | Date of call | Talked to | From Location | Topics discussed |
|---|---|---|---|---|
| 28 | 8/20/2003 | Michelle Tipton | Tulsa Co | Fields jokes about having to do a third murder.  Colby LNU "hitting" on Tipton. Sexual comments. |
| 29 | 8/20/2003 | Michelle Tipton | Tulsa Co | Phone sex.  Fields complains about Tipton not writing to him. Fields starting to feel better about his current situation. |
| 30 | 8/21/2003 | Michelle Tipton | Tulsa Co | Fields not feeling good.  Unidentified person at Tipton's house. |
| 31 | 8/21/2003 | Michelle Tipton | Tulsa Co | Fields talks about wanting to committ suicide.  Glory LNU visited Tipton.  Fields moved to unit J-10.  Glory took Fields' drawings to be copied, not the violent ones.  Fields having a bad day. |
| 32 | 8/22/2003 | Michelle Tipton | Tulsa Co | FBI at Tipton's house for computer, she said no.  Tipton having bad day, daughter (Morgan) got news grandfather has cancer.  Glory told Tipton the FBI got search warrant based on lies, and everyone knows it.  Tipton will research marriage license requirements. |
| 33 | 8/22/2003 | Michelle Tipton | Tulsa Co | Fields' mother depressed.  Glory talked to Tipton and Fields, and to Heavener PD. |
| 34 | 8/22/2003 | Michelle Tipton | Tulsa Co | FBI returned to Tipton's with search warrant for computer. Fields upset at Dan Pressley for not helping Margaret Fields move.  Fields talks about Gary LNU and Tipton having relationship.  Talk about visitation next day, next week. |
| 35 | 8/23/2003 | Michelle Tipton | Tulsa Co | Fields recognized by inmates as former correctional officer.  Sexual talk.  Glory will meet with Fields' grandmother at 1:00.  Make references to possibly growing a marihuana plant at Tipton's house. |
| 36 | 8/26/2003 | Michelle Tipton | Tulsa Co | Talk about content of letters.  Glory in VA or TN.  Fields not hearing voices since medication was doubled. Fields called his children and ex-wife, Teresa. Sexual remarks. More inmates recognized Fields as former Corrections Officer, told them he's in for murder. |
| 37 | 8/27/2003 | Michelle Tipton | Tulsa Co | Margaret bothered by the idea of marriage plans. Her house is in Poteau. |
| 38 | 8/27/2003 | Michelle Tipton | Tulsa Co | Talk of marriage when Fields gets to Bureau of Prisons facility.  Fields talked to physchologist, not going to kill himself. |
| 39 | 8/29/2003 | Michelle Tipton | Tulsa Co | Tipton keeps blaming herself for what Fields did, he says it's not her fault. |
| 40 | 8/29/2003 | Michelle Tipton | Tulsa Co | Fields called grandmother, Jovana (phonetic) was there.  Margaret arriving in Poteau the next day, Tipton and the Pressley's will help her move in.  Talk about when Fields' and Tipton's relationship started.  Computer returned to Tipton. |
| 41 | 8/30/2003 | Michelle Tipton | Tulsa Co | Magaret's new phone # 918/647-9350. will move in that night.  Fields received letters from Cherie (sister),  Amanda (daughter), Andy (son), Margaret, and Tipton. Fields depressed, even though he's taking antidepressants. |

Items shaded in gray are conversations which were digitally converted, this process mixed data from different conversations and is not entirely accurate.

FIELDS4642

## Reference Log of Edward L. Fields Telephonic Conversations

4

| Call # | Date of call | Talked to | From Location | Topics discussed |
|---|---|---|---|---|
| 42 | 8/30/2003 | Michelle Tipton | Tulsa Co | Fields asked for sci-fi books, catfish and sailing magazine; he's bored and depressed. Fields contemplating doing "something permanent" (suicide). Titpon says she supports whatever he thinks is best. |
| 43 | 8/31/2003 | Michelle Tipton | Tulsa Co | Margaret and Cherie arrived in Poteau, FBI showed up to interview Margaret. Comments of marriage. Danny asked Titpon if Fields "really did this"; Tipton answered with indirect admittance. Fields tells Tipton she "came around pretty quick", for understanding and accepting the facts. Recall what happened the night of Fields' arrest. Fields says "cause I was a murderer". |
| 44 | 8/31/2003 | Michelle Tipton | Tulsa Co | Talk about their relationship lasting forever. Fields says he'll take plea bargain if it's offered to him. Fields promises not to committ suicide immediately after they get married. |
| 45 | 9/1/2003 | Michelle Tipton | Tulsa Co | Tipton bought books for Fields. Cherie said she loves Fields, and to let him know. Cherie feels sorry for things Margaret did to Fields in the past. Margaret warned Tipton of Cherie. Cherie talked about Teresa and Fields' children; and that Teresa is an "odd" person. |
| 46 | 9/1/2003 | Michelle Tipton | Tulsa Co | Margaret and Cherie asked questions about Fields' attitude toward Titpton, surprised of the answers. Talk about pornogaraphy in the computer. Margaret caused problems for everyone. Fields will see doctor next day, will ask doctor to change prescriptions. |
| 47 | 9/1/2003 | Michelle Tipton | Tulsa Co | Talk about books for Fields. Jovana helping Margaret with telephone, alarm system in the house. |
| 48 | 9/2/2003 | Michelle Tipton | Tulsa Co | Margaret's phone line still restricted from collect calls. Tipton does not want to deal with reality today, car trouble. Sexual talk, Fields wants Margaret to download pictures from digital camera to her computer. |
| 49 | 9/2/2003 | Michelle Tipton | Tulsa Co | Fields complains about not receiving mail. Sexual talk. |
| 50 | 9/3/2003 | Michelle Tipton | Tulsa Co | No mail again for Fields, he's "crushed". Tipton got call from boss, asked her to return to work. |
| 51 | 9/4/2003 | Michelle Tipton | Tulsa Co | Titpon complains about dog, trouble with her daughter. Talk about their visitation earlier that day. |
| 52 | 9/5/2003 | Michelle Tipton | Tulsa Co | Tipton having a bad day, on new medication. Fields' medication dosage changed. Fields hearing voices. Tipton back to work full-time. Margaret's phone still blocked. |
| 53 | 9/6/2003 | Michelle Tipton | Tulsa Co | Fields received books. Tipton in a bad mood, trouble at work. Talk about their respective dinners. |
| 54 | 9/6/2003 | Michelle Tipton | Tulsa Co | Talk about books and sketch pad. Sexual talk. Plan next visitation, comments on NASCAR racing. |

Items shaded in gray are conversations which were digitally converted, this process mixed data from different conversations and is not entirely accurate.

FIELDS4643

## Reference Log of Edward L. Fields Telephonic Conversations

| Call # | Date of call | Talked to | From Location | Topics discussed |
|---|---|---|---|---|
| 55 | 9/7/2003 | Michelle Tipton | Tulsa Co | Fields called Cherie. Tipton says she's having a nervous breakdown, crying, complains of her current situation. Fields blames the voices in his head for comments he made to Titpon. Talk about murders, Fields blames it on his situation at the time. He does not blame Tipton for what he did. Tipton does not know if she can continue the relationship with Fields. |
| 56 | 9/7/2003 | Michelle Tipton | Tulsa Co | Talk about breaking up. Tipton tells Fields to call back the following day. Fields blames himself for everything that is happening. |
| 57 | 9/7/2003 | Michelle Tipton | Tulsa Co | Titpton says she still loves Fields. Fields says he had hoped to not get caught for the murders, and continue to live his life. Tipton says she has very difficult moments alone. |
| 58 | 9/8/2003 | Michelle Tipton | Tulsa Co | Fields says he did not receive letter the past two days, Tipton gets upset at him for bringing it up. Tipton says during trial Fields' attorneys will blame everything on her. Fields concerned about possible breakup. Talk about the night of the murders. Titpton scared of Fields lack of emotion during the week following the murders. |
| 59 | 9/8/2003 | Michelle Tipton | Tulsa Co | Tipton crying wondering if she could have prevented the murders. Fields says it would have happened another night. Tipton can't visit Fields, has other things to do. Situation not easy for Tipton because she loves Fields. He says he got a razor blade. Fields called Cherie. |
| 60 | 9/9/2003 | Michelle Tipton | Tulsa Co | Fields's medication changed, Lexapro to Prozac. Fields and Cherie talked about Tipton. Tipton does not feel better about her situation with Fields. Argue about marriage issue. Tipton doubts she will move to where Fields's is transferred, because she will be the "woman that's married to the murderer", and she will not have friends. |
| 61 | 9/10/2003 | Michelle Tipton | Tulsa Co | Fields had an anxiety attack regarding Tipton. She can't afford the big telephone bills and constant trips to Tulsa Co Jail. Fields has "full intentions of cutting my wrists tonight". Fields pleads to Tipton not to leave him. Fields says he is not a monster. Fields contemplating to plead guilty for the murders, does not want to spend the rest of his life in prison. |
| 62 | 9/15/2003 | Michelle Tipton | Tulsa Co | Titpton contacted by USA Sperling, she thinks Fields had been stalking her. Fields explained he only documented their contact. Fields says he does not know why he killed "those people", he was just going to rob them. Does not know why he squeezed the trigger. Fields does not want Titpon talking to Sperling any more. Arguments about Gary and Carol, and the contents of the calendar. |

Items shaded in gray are conversations which were digitally converted, this process mixed data from different conversations and is not entirely accurate.

FIELDS4644