UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

_____
                                                      :
UNITED STATES OF AMERICA,             :              CIV-10-115-RAW
                                                      :
               Respondent,                    :         CAPITAL 2255 PROCEEDINGS
                                                      :
               -v-                                :         HONORABLE RONALD A. WHITE
                                                      :
EDWARD LEON FIELDS, JR.,                :
                                                      :
               Petitioner.                     :
                                                      :
_____  :


## <u>NOTICE OF SUPPLEMENTAL DISCOVERY</u>

1.      Petitioner's response to the Respondent's <u>Motion for Summary Judgment in Favor of the Government</u> (Doc. 110) is currently due December 16, 2015.  (Doc. 101).

2.      In preparing to respond to the motion, Petitioner's counsel further reviewed trial counsel Julia O'Connell's trial file and noticed that she often used a personal email account in addition to her government email account during her representation of Petitioner.

3.      Petitioner's counsel then contacted Ms. O'Connell and asked her to determine if she had any additional emails from her personal account relating to trial neuropsychologist  Dr. Michael Gelbort that were not included in her trial file previously disclosed to both parties.

4.      Ms. O'Connell provided Petitioner's counsel with one (1) email from her personal account, dated July 11, 2005.

5.      Pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings and this

Court's November 8, 2012 Order (Doc. 50), Petitioner attaches that email to this Notice

(Attachment 1).

Respectfully submitted,


/s/ Hunter S. Labovitz
Hunter Labovitz
Cristi Charpentier
Katherine Ensler
Capital Habeas Corpus Unit
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520

Dated: November 19, 2015
        Philadelphia, PA

**CERTIFICATE OF SERVICE**

I, Hunter S. Labovitz, hereby certify that on this 19th day of November 2015, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent

Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter S. Labovitz
Hunter S. Labovitz