# Attachment 1

**Subject:**    Fields testimony

**From:**    drgelbort@aol.com (drgelbort@aol.com)

**To:**    kikntake@swbell.net;

**Date:**    Monday, July 11, 2005 9:13 AM


Hi Julia: Just a reminder, I had told you I would be leaving the country the evening of the 20th - departing from Chicago around 7:30 pm so I need to be there for check in by 4:30 that afternoon. You had thought I could go on on the 18th: that is preferable but the 19th could work, too, although I have rounds on the rehab unit here on that Tuesday the 19th which are important not to miss. Please let me know what you think. Thanks.    Michael