| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. CIV-10-115-RAW |
| | : | |
| Respondent, | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| v. | : | HON. RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

**PETITIONER'S UNOPPOSED FIRST MOTION FOR BRIEF EXTENSION OF TIME
TO RESPOND TO GOVERNMENT'S MOTION
FOR JUDGMENT IN FAVOR OF THE GOVERNMENT**

Petitioner, Edward Fields, through undersigned counsel, hereby requests seven (7) additional days in which to file his response to the Government's motion for judgment in its favor. In support of this request, Petitioner states the following:

1. On August 18, 2015, this Court issued a scheduling order for dispositive motions (Doc.101). The Government filed a Motion for Judgment in Favor of the Government on October 15, 2015 (Doc. 110). Petitioner's response motion is currently due December 16, 2015.

2. Pursuant to Rule 7.1(i) of the Local Rules of the United States District Court for the Eastern District of Oklahoma, Petitioner respectfully requests that the Court allow an additional week (7 days) in which to file his response. The response would therefore be due December 23, 2015. This is Petitioner's first request for an extension of time. Petitioner requests this additional time because undersigned counsel recently had to prepare and file a merits brief before the United States Supreme Court in *Williams v. Pennsylvania*, No. 15-5040, and requires an additional week in order to complete and finalize the response.

3.      Pursuant to Local Rule 7.1(ii), Petitioner's counsel consulted with Respondent's counsel who has agreed to the extension.  The grant of the requested extension would change the due date for Respondent's reply brief from January 15, 2016, to January 22, 2016.

WHEREFORE, Petitioner, Edward Fields, through counsel, respectfully requests that this Court allow Petitioner an additional seven (7) days in which to file his response to the Government's motion for judgment in its favor.

Respectfully submitted,


/s/ Hunter Labovitz
Hunter Labovitz
Cristi Charpentier
Katherine Ensler
Capital Habeas Corpus Unit
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520

Dated: December 14, 2015

**CERTIFICATE OF SERVICE**

I, Hunter Labovitz, hereby certify that on this 14th day of December, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent

Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter Labovitz
Hunter Labovitz