UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Respondent, | : | No. CIV-10-115-RAW |
| v. | : | |
| EDWARD LEON FIELDS, JR., | : | |
| Petitioner. | : | |

**ORDER**

AND NOW, this ___ day of December, 2015, upon consideration of Petitioner's Unopposed First Motion for Additional Time, it is hereby ORDERED that Petitioner file his response to the Government's Motion for Judgment in its favor on or before December 23, 2015, and Respondent file his reply brief on or before January 22, 2016.

It is so ordered on this ___ day of December, 2015.

_____
Ronald A. White, D.J.