| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. CIV-10-115-RAW |
| | : | |
| Respondent, | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| v. | : | HON. RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

### PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S MOTION FOR JUDGMENT IN FAVOR OF THE GOVERNMENT

Petitioner, Edward Fields, through undersigned counsel, hereby requests an additional two weeks in which to file his response to the Government's motion for judgment in its favor. In support of this request, Petitioner states the following:

1. On August 18, 2015, this Court issued a scheduling order for dispositive motions (Doc.101). The Government filed a Motion for Judgment in Favor of the Government on October 15, 2015 (Doc. 110).

2. On December 14, 2015, Petitioner requested an unopposed one-week extension of time to respond to the Government's Motion for Judgment in its favor (Doc. 113). On December 15, 2015, this Court granted Petitioner's extension motion (Doc. 114). Petitioner's response motion is currently due December 23, 2015.

3. Pursuant to Rule 7.1(j) of the Local Rules of the United States District Court for the Eastern District of Oklahoma, Petitioner respectfully requests that the Court allow an additional two weeks in which to file his response. The response would therefore be due January

6, 2016. Petitioner requests this additional time because undersigned counsel needs more time to finalize the response, particularly in light of the pending holidays.

4. Pursuant to Local Rule 7.1(j), Petitioner's counsel consulted with Respondent's counsel who has agreed to the extension. The grant of the requested extension would change the due date for Respondent's reply brief from January 22, 2016, to February 5, 2016.

WHEREFORE, Petitioner, Edward Fields, through counsel, respectfully requests that this Court allow Petitioner an additional two weeks in which to file his response to the Government's motion for judgment in its favor.

<div style="margin-left: 45%;">
Respectfully submitted,


/s/ Hunter Labovitz
Hunter Labovitz
Cristi Charpentier
Katherine Ensler
Capital Habeas Corpus Unit
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
</div>

Dated: December 22, 2015

**CERTIFICATE OF SERVICE**

I, Hunter Labovitz, hereby certify that on this 22nd day of December, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent

Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter Labovitz
Hunter Labovitz

UNITED STATES OF AMERICA,

          Respondent,

        v.

EDWARD LEON FIELDS, JR.,

          Petitioner.

No. CIV-10-115-RAW

**ORDER**

AND NOW, this ___ day of December, 2015, upon consideration of Petitioner's

Unopposed Motion for Extension of Time, it is hereby ORDERED that Petitioner file his

response to the Government's Motion for Judgment in its favor on or before January 6, 2016, and

Respondent file his reply brief on or before February 5, 2016.

It is so ordered on this ___ day of December, 2015.

                                         _____

                                         Ronald A. White, D.J.