UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Respondent, | : | No. CIV-10-115-RAW |
| v. | : | |
| EDWARD LEON FIELDS, JR., | : | |
| Petitioner. | : | |

**ORDER**

AND NOW, this **23** day of December, 2015, upon consideration of Petitioner's

Unopposed Motion for Extension of Time, it is hereby ORDERED that Petitioner file his

response to the Government's Motion for Judgment in its favor on or before January 6, 2016, and

Respondent file his reply brief on or before February 5, 2016.

It is so ordered on this **23** day of December, 2015.

Ronald A. White
United States District Judge
Eastern District of Oklahoma