| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. CIV-10-115-RAW |
| | : | |
| Respondent, | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| v. | : | HON. RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

## <u>UNOPPOSED MOTION TO FILE A BRIEF IN EXCESS OF 25 PAGES</u>

Pursuant to L.Cv.R. 7.1, Petitioner moves for leave to file a brief in excess of 25 pages in response to this Court's order (Doc. 101) for dispositive briefing regarding Petitioner's Amended Motion pursuant to 28 U.S.C. § 2255. (Doc. 1). In support of this motion, Petitioner states as follows:

1. The Respondent requested and received permission to file a 45-page dispositive Motion for Judgment in Favor of the Government. (Docs. 109, 110).

2. Petitioner is finalizing his Answer to the motion. To properly respond, Petitioner similarly requests 45 pages. The rationale relied upon by the Respondent in requesting additional pages applies equally to the Petitioner. Additionally, Petitioner's Answer is his first opportunity to respond to the discovery documents extensively cited by Respondent, which are complex and fact-intensive.

3. Counsel for Respondent, Assistant United States Attorney Christopher Wilson, indicated by email that the Government has no objection to a 45-page limit.

WHEREFORE, Petitioner respectfully requests that the Court grant this unopposed request to file a 45-page Answer to Respondent's Motion for Judgment.

Respectfully submitted,

<u>/s/ Hunter Labovitz</u>
Hunter Labovitz
Cristi Charpentier
Katherine Ensler
Capital Habeas Corpus Unit
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520

Dated: January 5, 2016
     Philadelphia, PA

**CERTIFICATE OF SERVICE**

I, Hunter Labovitz, hereby certify that on this 5th day of January, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent
Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter Labovitz
Hunter Labovitz