UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent, | : | No. CIV-10-115-RAW |
| | : | |
| v. | : | |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

**ORDER**

AND NOW, this ___ day of January 2016, upon consideration of Petitioner's Unopposed

Motion to File a Brief in Excess of 25 Pages, it is hereby ORDERED that Petitioner's Motion is

Granted.  Petitioner's Brief shall not exceed 45 pages.

.

_____
Ronald A. White, D.J.