**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **EDWARD LEON FIELDS, JR.,**<br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br>Respondent. | Case No. CIV-10-115-RAW<br><br>Criminal Case No. CR-03-073-RAW |

### ORDER

AND NOW, this 6th day of January, 2016, upon consideration of Petitioner's Unopposed

Motion to File a Brief in Excess of 25 Pages [Docket No. 117], it is hereby ORDERED that Petitioner's

Motion is Granted.   Petitioner's Brief shall not exceed 45 pages.

Dated this 6th day of January, 2016.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma