

## HELP

Julia O'Connell · Skip Gant                    07/14/2004 09:23 AM

Hola, Skipper!
I am drowning.  As you know, the judge accelerated our motion/notice deadline to September 1.  Which is right around the corner.
With all this Blakely junk going on, I have become swamped here.  I am worried sick about experts and the like, motions, etc.
Are you going to be in San Francisco for the NACDL capital voir dire seminar?  If so, can we have some working time while there?  If not, when can we get some working time?
Please save a poor drowning girl....
J.