# Exhibit 2

Defendant's *Ex Parte* Supplement to Motion for Extension of Time, (Dkt. No. 03-CR-73, Doc. 52), is currently filed under seal pending order of the Court.