# Exhibit 3

Defendant's Supplemental *Ex Parte* Application For Extension Of Time To File Rule 12.2 Notice, (Dkt. No. 03-CR-73, Doc. 65), is currently filed under seal pending order of the Court.