

**Re:Fwd[2]:Re: Edward Fields Draft Report**

**Skip Gant**  o  Julia O'Connell                                         03/09/2005 12:20 PM

---

Julie,

Be sure to send a copy of this to Lisa and David.
_____Forward Header_____
Subject:    Fwd:Re: Edward Fields Draft Report
Author: Sharla Young
Date:      3/9/2005 8:16 AM




_____Forward Header_____
Subject:    Re: Edward Fields Draft Report
Author: DrGelbort@aol.com
Date:      3/8/2005 9:21 PM



   check this out

   (See attached file: fields.doc)

⬜ - fields.doc



### Re[3]:Fwd[2]:Re: Edward Fields Draft Report

**Skip Gant**  o  Julia O'Connell                                    03/09/2005 12:49 PM

Ok.

Happy that you're "happy with this in many ways."  I haven't read it yet, so, I ain't happy with it yet.

_____Reply Separator_____
Subject:    Re[2]:Fwd[2]:Re: Edward Fields Draft Report
Author: Julia O'Connell
Date:       3/9/2005 11:27 AM

Did that.
I am actually happy with this in many ways.