

### Re: Scanned Document

drgelbort  o  Julia_O'Connell                                    06/25/2005 04:29 PM

History:        This message has been replied to.

Hello:  Glad Woods said the same thing….means he is a wise man.   My rate for testimony is 3600 per day to travel to court, plus travel expenses.  Hopefully scheduling can be done so that one day is sufficient.  I typically fly in the night before after the end of the business day and leave the next afternoon.   Let me know so we can get it on the books, please. Thanks.  Michael

-----Original Message-----
From: Julia O'Connell <Julia_O'Connell@fd.org>
To: drgelbort@aol.com
Sent: Thu, 23 Jun 2005 09:55:59 -0500
Subject: Re: Scanned Document

Dr. Woods looked at the excerpts, told me about the same thing, and even more.
It occurs to me....  we never did do a new contract, which we'd better get done now, or you won't get paid any more.
I need to know your rate for coming here, staying overnight, and testifying.
Will prepare the contract as soon as I hear from you, need you to sign it and send it back fast.
Thanks--
J.