

### Re: TESTIMONY & CONTRACT TO SIGN

drgelbort  o  Julia_O'Connell                    07/06/2005 07:14 AM
         t
         :

History:        This message has been replied to.

Hi Julia:  I could not get the contract to open and, hence, have not signed or returned. Could you please fax me a copy to my office?  815.741.5171 fax #.  Thanks,  I will then sign and return.  Michael

-----Original Message-----
From: Julia O'Connell <Julia_O'Connell@fd.org>
To: drgelbort@aol.com
Sent: Sun, 3 Jul 2005 19:27:08 -0500
Subject: TESTIMONY & CONTRACT TO SIGN

Hi again--
Here's your contract please sign, fax back, and mail me the original.  I'll probably need you around the 18th of July, but that won't get firmed up for a couple days.  Also, will want you to consult re:cross-exam of Randy Price.  I sent you his report, and some questions in an email earlier today.
Talk to you soon.
J.
(See attached file: gelbortretainer.wpd)


Hello:  Glad Woods said the same thing....means he is a wise man.   My rate for testimony is 3600 per day to travel to court, plus travel expenses. Hopefully scheduling can be done so that one day is sufficient.  I typically fly in the night before after the end of the business day and leave the next afternoon.   Let me know so we can get it on the books, please.   Thanks.  Michael

-----Original Message-----
From: Julia O'Connell <Julia_O'Connell@fd.org>
To: drgelbort@aol.com
Sent: Thu, 23 Jun 2005 09:55:59 -0500
Subject: Re: Scanned Document

Dr. Woods looked at the excerpts, told me about the same thing, and even more.
It occurs to me....  we never did do a new contract, which we'd better get done now, or you won't get paid any more.
I need to know your rate for coming here, staying overnight, and testifying.
Will prepare the contract as soon as I hear from you, need you to sign it and send it back fast.
Thanks--
J.