

### RE: their reports

**George Woods, MD**    t
o    'Julia O'Connell', drgelbort, gwwoods,
:    freedman99, lgreenman

07/01/2005 06:32 PM

Cc:  kikntake

---

We'll see what they have to say.

g

-----Original Message-----
From: Julia O'Connell [mailto:Julia_O'Connell@fd.org]
Sent: Friday, July 01, 2005 3:06 PM
To: drgelbort@aol.com; gwwoods@comcast.net; freedman99@earthlink.net;
lgreenman@starpower.net
Cc: kikntake@swbell.net
Subject: their reports


Here are their reports.  Please read, and we shall consult.
Price's report is whore-dog-awful.
Mitchell actually seems to concede, at least, psychosis.  But no mania.
Jury selection begins July 5.  Testimony for the govt will probably begin
the 13th.  My evidence may begin as early as the 18th, maybe more like the
20th.  Anyway, I'll need you both.
J.
(See attached file: J. Randall Price Report.pdf)(See attached file:
Mitchell Report.pdf)