# Confirmation Report - Memory Send

```
                              Page       : 001
                              Date & Time: Jul-06-2005  06:48
                              Line 1     : +9185817630
                              Line 2     : +
                              E-mail     : netfax@fdtulsa.com
                              Machine ID : Federal Public Defender
```

| | | |
|---|---|---|
| Job number | : | 431 |
| Date | : | Jul-06 06:47 |
| To | : | ☎918157415171 |
| Number of pages | : | 002 |
| Start time | : | Jul-06 06:47 |
| End time | : | Jul-06 06:48 |
| Pages sent | : | 002 |
| Status | : | OK |

Job number        : 431            **\*\*\* SEND SUCCESSFUL \*\*\***

*Law Offices of the*
# FEDERAL PUBLIC DEFENDER
### Northern & Eastern Districts of Oklahoma
One West Third Street, Suite 1225
Tulsa, Oklahoma 74103-3532

Paul D. Brunton
    Federal Public Defender

Michael A. Abel
Julia L. O'Connell
Robert A. Ridenour

918-581-7656
Fax:  918-581-7630

Barry L. Derryberry
*Research & Writing Specialist*

July 6, 2005

Michael M. Gelbort, Ph.D.
1051 Essington Road, Suite 270
Joliet, Illinois 60431

Dear Dr. Gelbort:

This letter will formalize our mutual agreement that you continue to be retained as an expert in the case of *United States vs. Edward Leon Fields, Jr.* If you feel this letter is an accurate statement of our agreement, please sign it and return it to me.

As we have discussed, Mr. Fields has entered a guilty plea in a double-homicide case in the Eastern District of Oklahoma. The government is seeking the death penalty. Your continued services will be required for the sentencing phase of the case.

I understand your fee will not exceed three thousand six hundred dollars ($3,600.00) per day for testimony. The Office of the Federal Public Defender also agrees to reimburse your reasonable travel expenses, including airfare, car rental, hotel accommodations, parking and toll expenses, meals and the like.

For your part, you agree to travel to Muskogee, Oklahoma to testify regarding your neuropsychological evaluation of Mr. Fields. Additionally, you will prepare for your testimony by reviewing reports of other defense and government experts, which I will obtain and provide to you. Further, you agree to meet with the defense team prior to your testimony, to prepare for your examination. Finally, you agree to consult with all members of the defense team, including other experts, in an effort to prepare the attorneys to cross-examine the government's mental health expert witnesses.

1

*Law Offices of the*

# FEDERAL PUBLIC DEFENDER

Northern & Eastern Districts of Oklahoma
One West Third Street, Suite 1225
Tulsa, Oklahoma 74103-3532

Paul D. Brunton                                                    918-581-7656
    Federal Public Defender                                    Fax: 918-581-7630

Michael A. Abel
Julia L. O'Connell                                         Barry L. Derryberry
Robert A. Ridenour                                    *Research & Writing Specialist*

July 6, 2005

Michael M. Gelbort, Ph.D.
1051 Essington Road, Suite 270
Joliet, Illinois 60431

Dear Dr. Gelbort:

This letter will formalize our mutual agreement that you continue to be retained as an expert in the case of *United States vs. Edward Leon Fields, Jr.* If you feel this letter is an accurate statement of our agreement, please sign it and return it to me.

As we have discussed, Mr. Fields has entered a guilty plea in a double-homicide case in the Eastern District of Oklahoma. The government is seeking the death penalty. Your continued services will be required for the sentencing phase of the case.

I understand your fee will not exceed three thousand six hundred dollars ($3,600.00) per day for testimony. The Office of the Federal Public Defender also agrees to reimburse your reasonable travel expenses, including airfare, car rental, hotel accommodations, parking and toll expenses, meals and the like.

For your part, you agree to travel to Muskogee, Oklahoma to testify regarding your neuropsychological evaluation of Mr. Fields. Additionally, you will prepare for your testimony by reviewing reports of other defense and government experts, which I will obtain and provide to you. Further, you agree to meet with the defense team prior to your testimony, to prepare for your examination. Finally, you agree to consult with all members of the defense team, including other experts, in an effort to prepare the attorneys to cross-examine the government's mental health expert witnesses.

1

Gelbort/ *U.S. v. Fields*

The jury selection in this case begins July 5th, 2005. It is anticipated that the sentencing hearing will begin on July 13th, 2005. Knowing this, you agree to make yourself available for testimony.

You may obtain payment pursuant to this agreement by submitting bills as services are completed and/or expenses are incurred if you choose. Alternately, you can submit bills for completed work and expenses on a periodic basis. My office cannot pay for services in advance.

This agreement covers the period of time from July 3rd, 2005, until September 30th, 2005. Our fiscal year ends on September 30th, 2005. Thus, you must submit your invoices prior to September 25th, 2005, in order to obtain payment.

Please call if you have any questions.

Sincerely,

JULIA L. O'CONNELL
Assistant Federal Public Defender

This letter fairly states the retainer agreement between Julia L. O'Connell and Michael M. Gelbort in CR-03-73-WH, *United States vs. Edward Leon Fields, Jr.*

_____          _____
Julia L. O'Connell                                            Date

_____          _____
Michael M. Gelbort, Ph.D.                                  Date