

### Re: Response to Response to Requests

Randall Price    t o    Julia O'Connell                                06/23/2005 09:27 PM
                  :

History:            This message has been replied to.

Nothing intended by my recounting--just organizing my
thoughts.  I caught the error at the end of the first
paragraph and resent a corrected copy to you.  So, I
will see you on Tuesday instead of co-counsel?  I will
also audiotape the session and get it right to you
this time.  Also, I bought a better microphone that
should result in a better quality audio.  See you
Tuesday.  Thanks for your quick response.

Randy Price

--- Julia O'Connell <Julia_O'Connell@fd.org> wrote:

> Hi Dr. Price--
> I will reserve 4 hours on Tuesday.  When I see you
> then, I will give you
> records I deem appropriate to share.  If you have
> any additional
> documentation you want, please request so I can have
> it ready.  I see from
> listening to the tapes that you have already been
> provided with a great
> deal of collateral information.
>
> Thank you for the test list.
>
> I am not sure why you have recounted your version of
> what was said between
> us.  I'm not trying to be cagey--
> I was just not convinced that personality testing is
> appropriate.  I am
> still not convinced.
> So, my answer is no.
>
> BTW, your email was missing something at the end of
> the first paragraph, I
> think.  It ends with the word "either...."
>
> If there's more, let me know.
> J.
>
>