

**Fwd: RE: Axis II question**

Julia OConnell   t o   Julie at Work :                                    06/27/2005 11:33 PM

Note: forwarded message attached.
----- Message from "Lisa Greenman" <lgreenman@starpower.net> on Mon, 27 Jun 2005 22:58:28 -0400 -----

**To:** "'Julia OConnell'" <kikntake@swbell.net>

**Subject:** RE: Axis II question

Well, I guess one thing you are entitled to know is whether what you propose to put on will or will not open the door, so you may want to get very specific.  It seems to me likely that if those anecdotes are the proper basis of a diagnosis that the govt offers to counter your theory of diagnosis, then they probably come in.  If you say client is bipolar and the government says no, he's not bipolar he's actually antisocial and here's the evidence to support it, then the facts come in unless you can keep them out as irrelevant, unreliable, more prejudicial than probative, etc, right?  So I'm thinking you're better off having your experts say flatly that there is no Axis 2 diagnosis and having good reasons to counter on each of the bad stories in the even that you can't keep them out.  Some of these things, for example, even if true, could be bipolar symptoms and if you look at the DSM definition of anti-social, you should be able to argue that a symptom of bipolar disorder cannot be used as the basis for calling someone Antisocial. In your effort to keep them out, maybe what you want to do is come up with reasons why each of those facts is not appropriate support for anything the government is legitimately entitled to prove.  Either the evidence is unreliable in and of itself, or its probative value w/respect to the fact it is allegedly proof of is so limited as to be outweighed by its prejudicial value, or whatever.  Let me know if you want to talk on the phone about this.  I am going to attach an article on defeating ASPD.  Also, you should parse carefully the DSM description of ASPD, as the criteria are quite hard to meet if closely adhered to.  I'll attach a copy here. I'm sure that will be helpful.  Good luck!  -- Lisa
-----Original Message-----
**From:** Julia OConnell [mailto:kikntake@swbell.net]
**Sent:** Monday, June 27, 2005 8:41 PM
**To:** lgreenman@starpower.net
**Subject:** Axis II question

Hi.  OK, I have been thinking about this, then tried to talk to Skip about this, now my brain hurts.  I hope you have a minute to bat this around with me.

The judge has sustained my objections to a boatload of stupid, prejudicial, unreliable stuff the gov't wanted to use in aggravation.  **However, he says I can open the door if I don't watch it.**  The stuff is laughable to you and me, but not a jury.  Here's a list.  Let me also explain that a bunch of this is wrong or exaggerated, but just want you to hear it: client rumored by 1 person to have hung a cat when he was 4 years old;  told someone he fed kittens to his pet snake;  he seemed "creepy" according to a woman he worked with;  he hunted snakes for fun and spare cash;  he dated multiple women at the same time, and bragged that they were oblivious about it;  bragged to co-workers of his sexual

encounters;  met women on the internet;  had a webcam and jacked off in front of it; showed a couple guys nude photos of his girlfriends;  mooched money off one girlfriend; his ! mother was reportedly afraid of him;  on and on.

OK, now here's my problem.  Gov't docs were clearly given all this bad character evidence.  I have the evals on tape, and they ask the client about particular incidents, make reference to reports they've read, etc.  I already know Price will say my client is a malingerer, antisocial with psychopathic & narcissistic features, probably more.

My docs can either defer or say no Axis II diagnosis.

I want to do my best to try to keep from opening the door.  I think a deferred Axis II helps me potentially meet that objective, but need to throw the idea around.

Just by putting on my mental health defense, do I open the door to everything that could support the government's mental health experts' opinions?

If so, do I get surrebuttal to attack the crap?  Because it is largely attackable.

 

Like I said, my brain hurts. Blume Article - ASPD.pdf  DSM-IV-TR Materials.pdf