

### Re: Scanned Document

drgelbort  o  Julia_O'Connell                                    06/23/2005 08:17 AM

History:          This message has been replied to.

Hey Julia:  Price's data and conclusions are not inconsistent with my own, and, with reasonably focused questioning (and his having some integrity/honesty) - he should say that this is not a fully functioning or normally functioning brain.  As he is there witness, I would fully expect that he will say that the deficits are not that significant or absolutely going to preclude normal behavior or be the cause of aberrant behavior….there is where the argument lies.    Talk later.   Michael

-----Original Message-----
From: Julia O'Connell <Julia_O'Connell@fd.org>
To: drgelbort@aol.com
Sent: Wed, 22 Jun 2005 09:32:33 -0500
Subject: Fw: Scanned Document


----- Forwarded by Julia O'Connell/OKNF/10/FDO on 06/22/2005 09:32 AM -----

          Christy
          Streater/OKNF/10/
          FDO                                               To
                         Julia O'Connell/OKNF/10/FDO@FDO
          06/22/2005 08:35                                 cc
          AM
                                          Subject
                         Scanned Document


Julie - Here is Price's Report!!!

(See attached file: Price's Report.pdf)