

## Re: Government finally got a neuropsychologist ...

Freedman  to:  Julia O'Connell                                    06/16/2005 08:16 PM

History:          This message has been replied to.

I'm not sure I would be able to make anything of the tapes of neuropsych
testing - maybe of the history he took but I'm not knowledgeable enough
to just listen and make sense of it.  If you can wait for about a week
(I'm going back to LA tomorrow for the resumption of a competency
hearing), I am happy to give it a try anyway though

Julia O'Connell wrote:

> You're kidding, right?
> Price came on Monday, spent most of the day w/client.  He & Gelbort were
> apparently on opposite sides of a case just recently, he made a point to
> tell me that.
> The psychiatrist came yesterday, half an hour late, and was only there two
> hours, I'm told.  Then, he had shoulder surgery in the afternoon (something
> he apparently didn't tell the gov't he had to do), and he's now
> out-of-pocket.
> Only good news is, I get the audio-taped portion of the evaluations
> tomorrow.  Would be helpful to have someone listen and tell me what they
> think.  Are you up to that?
> My hope is that, at this point, it may provide some insight as to how
> "well" we may fare with their docs.
>
>