| | |
|---|---|
| **From:** | Julia O'Connell [Julia_O'Connell@fd.org] |
| **Sent:** | Sunday, June 19, 2005 12:58 PM |
| **To:** | bgrinage@sunflower.com |
| **Subject:** | Fields report |

Hi Dr. G--
I'm writing to see how you feel about the neuropsychologist stuff we have. I'm thinking
that-- if it is not vital to your conclusion-- you not mention it in your report. The
reason for this is: if I have to go to trial, and their neuropsychologist reaches some
conclusion contrary to Dr. Gelbort's, I can jettison the neuropsychologist testimony.
Then the govt's neuropsychologist probably wouldn't be allowed to testify. Of course, if
the testing is something you must rely on, then you should
include it. I'd appreciate any thoughts--
J.

**FIELDS6870**