

**re: Fields report**

bgrinage  o  Julia O'Connell                                    06/21/2005 03:15 PM

**Please respond to bgrinage**

History:          This message has been replied to.

Hello,
If I can get it completed will email to you as soon as possible.

Talked with George Wooods, nice guy and I think we are on the same page
clinically.  Will I see his report?

I did not talk with Dr. Kemp but I think would be very helpful if possible as
well as other jail records.

I am really data oriented and prefer to use as much data as possible, but I
don't have a problem leaving out Dr. Gelbort's information with the
understanding that if on the stand, if I am asked why I did not include his
information in my report I would need to answer that it was at your request.
Your call if you want me to leave it in or not.  His information was not
critical to my final opinion.

I think that is all the issues I had.  Will target Friday as a day to get this
in the email to you.  I could then mail out the signed final on Sunday or
Monday morning at the latest.

Thanks, bg

> "Julia O'Connell" <Julia_O'Connell@fd.org> wrote:
>
>
 Hi Dr. G--

 I am checking on the progress of your report.

 Will you be emailing me a draft, so I can check it for factual accuracy
 prior to finalization?  That is my usual practice, and I can be available
 to check it and get it back to you rather quickly if I know it's coming.

 Also, did you have a chance to visit with George Woods?  Last I talked to
 him, he promised he would be trying to call you.

 I know you are in a time crunch, with vacation coming up, and appreciate
 all your hard work.

 My husband was in Lawrence last night, he took my daughter and her husband
 to the Mad Greek to eat!                    **FIELDS14976**

 J>
>