## Brad Grinage

**From:** Julia O'Connell [Julia_O'Connell@fd.org]
**Sent:** Monday, June 13, 2005 4:50 PM
**To:** bgrinage@sunflower.com
**Subject:** [SPAMPROB:50%] re: Ed Fields Documents



neuropsychdata.wp
d (12 KB)

Here is an excerpt from emails I have traded w/ Dr. Gelbort, the neuropsychologist. This is taken from the draft report, no final report done for me yet. But, it covers what you want to know, I think. I will provide the final report when it is finished. One reason I have not had him giver me the final report is because I may want him to come back and administer more testing. Also, you can call Dr. Gelbort if you feel the need. Just let me know! J. (See attached file: neuropsychdata.wpd)

**FIELDS6868**

1