

**RE:**

George Woods, MD o 'Julia O'Connell'                                    06/19/2005 05:48 PM

---

Got it. Talk to you tomorrow.

g

-----Original Message-----
From: Julia O'Connell [mailto:Julia_O'Connell@fd.org]
Sent: Sunday, June 19, 2005 2:47 PM
To: George Woods, MD
Subject: RE:

His fucking number is 316-648-3300.    Good idea to go be a daddy,
especially today, and extra-specially because you're getting punchy.

I just wanted to tell you the jail diagnosis, so you would have it in the
back of your mind.  Then I remembered I already told you...  remember, we
talked about the way psychiatrists do their diagnoses, and how in cases with
multiple facets, it all adds up the same???

You should have Kemp's records now.

Happy Father's Day.

**FIELDS14966**