RANDALL PRICE

1221

✳ Go through his CV...   Teaching, consulting, private practice in TWO PLACES?

✳ Go through all the stuff he got....   How many pages?  Read it all?

What does a psychologist do?

Go through the testing?
What's the purpose?

What mental illness is this designed to get?

Some on the 28th

Read them
when did he read them

In addition, to all the court stuff?  Do testify?

⟵ neuropsychology
Look at DSM-IV
bipolar 9
despressive disorder at least 4
sociopath NOPE
psychopath NOPE
personality disorder?  Yes

said when you saw him he was fine!
in JAIL, MEDICATED

Look at records · Depression
got better over time

know what's at stake
pleaded                    ✳
2 sentences
told these jurors: about sherry

28th
of June

Michael
M. Gelbort
Ph.D.

- Grinage
- Woods
⟵ Gelbort ??
= H.S. Record

Report
from
Gelbort ?

Jail Records

- Clinic

- Transcribed
  Dr. Kemp Notes

No psychotic symptoms
✳ auditory hallucinations
✳ way he described · Dr. Kemp's handwritten
  them to you

(July 1st)

mental disorders that have organic bases