| | | |
|---|---|---|
| EDWARD LEON FIELDS, JR., | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Case No. CIV-10-115-RAW |
| | ) | Criminal Case No. CR-03-73-RAW |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Respondent.* | ) | |

## UNOPPOSED MOTION TO FILE UNDER SEAL

**COMES NOW** the Respondent, United States of America, by and through undersigned counsel, and requests that Exhibit 5 to Respondent's Reply (Doc. 122-5) in the above-captioned case be filed under seal. The Government makes this request because the exhibit contains personal identifiable information and medical information[1]. On February 2, 2016, Hunter Labovitz, Counsel for the Petitioner, was contacted and he has no objection to Respondent's requested relief.

**WHEREFORE**, the United States of America respectfully requests that Exhibit 5 to Respondent's Reply (Doc. 122-5) in the above-captioned case be filed under seal.

Respectfully submitted,

MARK F. GREEN
United States Attorney
Eastern District of Oklahoma

/S/ Christopher J. Wilson
CHRISTOPHER J. WILSON, OBA # 13801
Assistant United States Attorney
1200 West Okmulgee

---

[1]See *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978)(courts have inherent power, as incident to their constitutional function, to control papers filed with the courts within certain constitutional and other limitations); *In re Knight Pub. Co.*, 743 F.2d 231 (4th Cir.1984)(trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests); *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir.1989)(a judicial officer may deny access when sealing a document is essential to preserve higher values and is narrowly tailored to serve that interest); and *Times Mirror Co. v. United States*, 873 F.2d 1210 (9th Cir.1989)(upon showing by the government that an ongoing criminal investigation exists, a search warrant and related documents may be sealed).

Muskogee, OK   74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

/S/ Jeffrey B. Kahan
JEFFREY B. KAHAN, PaBN #93199
Trial Attorney, Capital Case Unit
U.S. Dept. of Justice
1331 F Street, NW; Rm. 345
Washington, DC 20530
Telephone: (202) 305-8910
FAX:   (202) 353-9779