**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EDWARD LEON FIELDS, JR.,** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-10-115-RAW** |
| | ) | **Criminal Case No. CR-03-73-RAW** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Respondent.* | ) | |

## ORDER TO FILE UNDER SEAL

The above matter comes on for hearing on the motion of the United States to file Exhibit

5 to Respondent's Reply (Doc. 122-5) in the above-captioned case under seal. The Court, having

fully considered the reasons set forth in the motion, hereby finds that the Motion to File Under

Seal should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Exhibit 5 to

Respondent's Reply (Doc. 122-5) be filed under seal.

DATED:   February 2, 2016

_____
RONALD A. WHITE
United States District Judge

Prepared by:

CHRISTOPHER J. WILSON, OBA #13801
Assistant United States Attorney
520 Denison Avenue
Muskogee, Oklahoma   74401
(918) 684-5100