| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. CIV-10-115-RAW |
| | : | |
| Respondent, | : | **CAPITAL 2255 PROCEEDINGS** |
| | : | |
| v. | : | HON. RONALD A. WHITE |
| | : | |
| EDWARD LEON FIELDS, JR., | : | |
| | : | |
| Petitioner. | : | |
| | : | |

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Petitioner-Appellant, Edward Leon Fields, Jr., through

undersigned counsel, hereby appeals to the United States Court of Appeals for the Tenth Circuit

from this Court's December 15, 2016, *Opinion and Order* (Dkt. # 125) and *Judgment* (Dkt. #

126) denying *Petitioner's Motion for Relief Pursuant to 28 U.S.C. Section 2255*; and from this

Court's March 15, 2017, *Opinion and Order* (Dkt. No. 130) denying *Petitioner's Motion to Alter*

*or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e)*; and from each and every subsidiary

adverse ruling and finding forming the bases for said orders and judgment.  This notice is timely

filed under Fed. R. App. P. 4(a)(1)(B) because it is filed within 60 days from the denial of

*Petitioner's Motion to Alter and Amend Judgment Pursuant to Fed. R. Civ. P. 59(e).*

Respectfully submitted,
/s/ Hunter Labovitz
Hunter Labovitz
Cristi Charpentier
Katherine Ensler
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106

Dated:        May 12, 2017        Telephone: (215) 928-0520

**CERTIFICATE OF SERVICE**

I, Hunter Labovitz, hereby certify that on this 12th day of May, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent
Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter Labovitz
Hunter Labovitz