# UNITED STATES DISTRICT COURT
**for the**
# EASTERN DISTRICT OF OKLAHOMA
TRANSMITTAL SHEET
(Notice of Appellate Action)

| (05/12/2017) | Notice of Appeal | **Style of case:** Edward Leon Fields, Jr., v. USA |
|---|---|---|
| ( ) | Amended NOA | |
| ( ) | Cross Appeal | **District Court Case No:** 10-cv-115-RAW |
| ( ) | Interlocutory Appeal | |
| ( ) | Update Item | **Tenth Circuit Case No:** |

**Part 1**

**Notice of appeal is transmitted to all parties (except to appellant in civil cases);**

1. District Judge: Ronald A. White

2. Official Court Reporter(s): None

3. <u>Fees:</u>
   USA:       ( ) Fees waived
   $505.00 filing fee:       ( ) Paid ( ) Due
   Pauper Status:       (X) IFP GRANTED
         ( ) IFP DENIED
         ( ) IFP PENDING

**PART 2 TRANSMITTAL OF RECORD TO COURT OF APPEALS**

| **ORIGINAL RECORD** | **SUPPLEMENT TO RECORD-SUPPLEMENT #** |
|---|---|
| Pleadings: Vols. | Pleadings: Vols. |
| Sealed Pleadings: Vols. | Sealed Pleadings: Vols |
| Transcripts (Restricted): Vols. | Transcripts (Restricted): Vols. |
| Permanently Restricted: Vols. | Permanently Restricted: Vols. |
| State Crt. Record: Vols. | State Crt. Record: Vols. |

_____

/s/ Jeanne Brown

Signature Clerk or Deputy Clerk      Phone (918)684-7920      Date: May 17, 2017

cc:      All parties notified through CM/ECF