# ATTACHMENT 1

CLOSED,DEATH,M/2255,PROTO

## U.S. District Court
## Eastern District of Oklahoma (Muskogee)
## CIVIL DOCKET FOR CASE #: 6:10-cv-00115-RAW

Fields v. USA
Assigned to: Judge Ronald A. White
Related  Case: 6:03-cr-00073-RAW-1
Case in other court: 10th Circuit, 17-07031
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentence

Date Filed: 04/06/2010
Date Terminated: 12/15/2016
Jury Demand: None
Nature of Suit: 535 Death Penalty - Habeas Corpus
Jurisdiction: U.S. Government Defendant

### Petitioner

**Edward Leon Fields, Jr.**

represented by **Cristi Charpentier**
Federal Community Defender - EDPA
601 Walnut St, Ste 545 W
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Email: cristi_charpentier@fd.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine E. Ensler**
Federal Community Defender - EDPA
601 Walnut St, Ste 545 W
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Email: katherine_ensler@fd.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David M. Osborne**
Federal Community Defender - EDPA
601 Walnut St, Ste 545 W
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Email: david_osborne@fd.org
*TERMINATED: 01/15/2014*
*PRO HAC VICE*

**Hunter S. Labovitz**
Federal Public Defender - Philadelphia
Capital Habeas Corpus Unit
Ste 545 W - The Curtis Center
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Email: hunter_labovitz@fd.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Wiseman**
Federal Community Defender - EDPA
601 Walnut St, Ste 545 W
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Email: Michael_Wiseman@fd.org
*TERMINATED: 09/08/2011*
*PRO HAC VICE*

**Renee Hurtig Edelman**
Federal Community Defender - EDPA
601 Walnut St, Ste 545 W
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Email: renee_edelman@fd.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**USA**

represented by **Cheryl R. Triplett**
US Attorney (OKED)
520 Denison Ave
Muskogee, OK 74401
918-684-5100
Fax: 918-684-5130
Email: Cheryl.Triplett@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda A. Epperley**
US Attorney (OKED)
520 Denison Ave
Muskogee, OK 74401
918-684-5100
Fax: 918-684-5150
Email: linda.epperley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J. Wilson**
US Attorney (OKED)
520 Denison Ave
Muskogee, OK 74401
918-684-5100
Fax: 918-684-5150
Email: Chris.Wilson@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Kahan**
US Department of Justice - Capital Case Unit
1331 F St NW, Rm 345
Washington, DC 20530
202-305-8910
Fax: 202-353-9779

Email: jeffrey.kahan@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Sheldon J. Sperling**
US Attorney (OKED)
520 Denison Ave
Muskogee, OK 74401
918-684-5100
Fax: 918-684-5150
*TERMINATED: 11/24/2010*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2010 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) by Edward Leon Fields, Jr (With attachments)(jcb, Deputy Clerk) (Entered: 04/06/2010) |
| 04/06/2010 | 2 | APPENDIX of Authorities (Re: 1 Motion to Vacate, Set Aside or Correct Sentence (2255) ) by Edward Leon Fields, Jr (With attachments)(jcb, Deputy Clerk) (Entered: 04/06/2010) |
| 04/12/2010 | 3 | NOTICE to Respond (Re: 1 Motion to Vacate, Set Aside or Correct Sentence (2255), 2 Appendix of Authorities ) (law, Deputy Clerk) (Entered: 04/12/2010) |
| 06/01/2010 | 4 | Opposed MOTION Omnibus Non-Dispositive Relief *and Consolidated Brief* by Edward Leon Fields, Jr Responses due by 6/15/2010 (With attachments)(Wiseman, Michael) Modified on 6/2/2010 to seal all exhibits at the direction of the Court(law, Deputy Clerk). (Entered: 06/01/2010) |
| 06/10/2010 | 5 | ATTORNEY APPEARANCE by Christopher J. Wilson on behalf of USA (Wilson, Christopher) (Entered: 06/10/2010) |
| 06/15/2010 | 6 | RESPONSE in Opposition to Motion (Re: 4 Opposed MOTION Omnibus Non-Dispositive Relief *and Consolidated Brief* ) by USA ;(Wilson, Christopher) (Entered: 06/15/2010) |
| 06/16/2010 | 7 | ATTORNEY APPEARANCE by Jeffrey B. Kahan on behalf of USA (Kahan, Jeffrey) (Entered: 06/16/2010) |
| 06/16/2010 | 8 | First MOTION to Extend Deadline(s) *to File Answer/Response to 2255 Motion* by USA Responses due by 6/30/2010(Wilson, Christopher) (Entered: 06/16/2010) |
| 06/18/2010 | 9 | REPLY to Response to Motion (Re: 4 Opposed MOTION Omnibus Non-Dispositive Relief *and Consolidated Brief* ) by Edward Leon Fields, Jr ;(Wiseman, Michael) (Entered: 06/18/2010) |
| 06/18/2010 | 10 | RESPONSE to Motion (Re: 8 First MOTION to Extend Deadline(s) *to File Answer/Response to 2255 Motion* ) by Edward Leon Fields, Jr ;(Wiseman, Michael) (Entered: 06/18/2010) |
| 06/29/2010 | 11 | ORDER by Judge Ronald A. White granting in part and denying in part petitioner's motion for omnibus relief ( 4 Motion for Miscellaneous Relief) and finding as moot the government's motion for extension of time ( 8 Motion to Extend Deadline(s)) (law, Deputy Clerk) (Entered: 06/29/2010) |
| 07/29/2010 | 12 | MOTION for Leave to Exceed Page Limitation by Edward Leon Fields, Jr Responses due by 8/12/2010 (With attachments)(Wiseman, Michael) (Entered: 07/29/2010) |
| 07/30/2010 | 13 | MINUTE ORDER by Judge Ronald A. White granting Petitioner's Unopposed Motion for Leave to File Brief in Excess of Twenty-Five Pages ( 12 Motion for Leave to Exceed Page Limitation) (law, Deputy Clerk) (Entered: 07/30/2010) |
| 07/30/2010 | 14 | TRIAL BRIEF by Edward Leon Fields, Jr (With attachments)(Wiseman, Michael) (Entered: 07/30/2010) |
| 08/02/2010 | 15 | |

| | | MINUTE ORDER by Judge Ronald A. White : Pursuant to Local Civil Rule 7.1(s), petitioner is directed to submit a courtesy copy of petitioner's brief (Re: 14 Trial Brief ) to the Court within three (3) business days.(law, Deputy Clerk) (Entered: 08/02/2010) |
|---|---|---|
| 09/28/2010 | 16 | RESPONSE (Re: 1 Motion to Vacate, Set Aside or Correct Sentence (2255) ) by USA (With attachments)(Wilson, Christopher) (Entered: 09/28/2010) |
| 09/29/2010 | 17 | MINUTE ORDER by Judge Ronald A. White : Pursuant to Local Civil Rule 7.1(s), respondent is directed to submit a courtesy copy of its response (Re: 16 Response ) to the Court within three (3) business days.(law, Deputy Clerk) (Entered: 09/29/2010) |
| 09/30/2010 | 18 | MOTION to Extend Reply Deadline by Edward Leon Fields, Jr.; Responses due by 10/14/2010 (With attachments)(Wiseman, Michael) Modified on 10/1/2010 to edit text (dma, Deputy Clerk). (Entered: 09/30/2010) |
| 10/01/2010 | 19 | ORDER by Judge Ronald A. White granting Petitioner's Unopposed Motion for Forty-Five Days to File a Reply ( 18 Motion for Miscellaneous Relief) (law, Deputy Clerk) (Entered: 10/01/2010) |
| 11/15/2010 | 20 | REPLY (Re: 16 Response ) by Edward Leon Fields, Jr (With attachments)(Wiseman, Michael) (Entered: 11/15/2010) |
| 01/04/2011 | 21 | MOTION Omnibus Relief: hearing, discovery and transport *Petitioner's Renewed Motion for Non-Dispositive Omnibus Relief* by Edward Leon Fields, Jr Responses due by 1/18/2011 (With attachments)(Wiseman, Michael) (Entered: 01/04/2011) |
| 01/13/2011 | 22 | RESPONSE to Motion (Re: 21 MOTION Omnibus Relief: hearing, discovery and transport *Petitioner's Renewed Motion for Non-Dispositive Omnibus Relief* ) by USA ; (With attachments)(Wilson, Christopher) (Entered: 01/13/2011) |
| 01/21/2011 | 23 | REPLY to Response to Motion (Re: 21 MOTION Omnibus Relief: hearing, discovery and transport *Petitioner's Renewed Motion for Non-Dispositive Omnibus Relief* ) by Edward Leon Fields, Jr ;(Wiseman, Michael) (Entered: 01/21/2011) |
| 02/09/2011 | 24 | SUPPLEMENT (Re: 21 MOTION Omnibus Relief: hearing, discovery and transport *Petitioner's Renewed Motion for Non-Dispositive Omnibus Relief* ) by Edward Leon Fields, Jr (Wiseman, Michael) (Entered: 02/09/2011) |
| 08/15/2011 | 25 | ORDER by Judge Ronald A. White granting in part and denying in part petitioner's renewed motion for non-dispositive omnibus relief ( 21 Motion for Miscellaneous Relief ) (law, Deputy Clerk) (Entered: 08/15/2011) |
| 08/30/2011 | 26 | Joint MOTION to Alter Order/Judgment *granting Petitioner transport for brain imaging* (Re: 25 Ruling on Motion for Miscellaneous Relief ) by Edward Leon Fields, Jr Responses due by 9/13/2011 (With attachments)(Charpentier, Cristi) (Entered: 08/30/2011) |
| 08/30/2011 | 27 | MOTION for Reconsideration *of Portion of Court's Order* (Re: 25 Ruling on Motion for Miscellaneous Relief ) by Edward Leon Fields, Jr Responses due by 9/13/2011(Charpentier, Cristi) (Entered: 08/30/2011) |
| 09/01/2011 | 28 | ORDER by Judge Ronald A. White granting joint motion for amended order for transport ( 26 Motion to Alter Order/Judgment) (law, Deputy Clerk) (Entered: 09/01/2011) |
| 09/08/2011 | 29 | WITHDRAWAL OF APPEARANCE by Michael Wiseman on behalf of Edward Leon Fields, Jr (Wiseman, Michael) Modified on 9/13/2011 to amend text and term attorney (neh, Deputy Clerk). (Entered: 09/08/2011) |
| 09/13/2011 | 30 | RESPONSE in Opposition to Motion (Re: 27 MOTION for Reconsideration *of Portion of Court's Order* ) by USA ;(Wilson, Christopher) (Entered: 09/13/2011) |
| 09/23/2011 | 31 | REPLY to Response to Motion (Re: 27 MOTION for Reconsideration *of Portion of Court's Order* ) by Edward Leon Fields, Jr ; (With attachments)(Charpentier, Cristi) (Entered: 09/23/2011) |
| | | |

| 03/29/2012 | 32 | ORDER by Judge Ronald A. White granting petitioner's motion for reconsideration ( 27 Motion to Reconsider) (law, Deputy Clerk) (Entered: 03/29/2012) |
|---|---|---|
| 04/05/2012 | 33 | MOTION for Attorney Renee Hurtig Edelman to be Admitted Pro Hac Vice by Edward Leon Fields, Jr. Responses due by 4/19/2012 (pjw, Deputy Clerk) (Entered: 04/05/2012) |
| 04/05/2012 | 34 | MOTION for Attorney David M. Osborne to be Admitted Pro Hac Vice by Edward Leon Fields, Jr. Responses due by 4/19/2012 (pjw, Deputy Clerk) (Entered: 04/05/2012) |
| 04/06/2012 | 35 | MINUTE ORDER by Judge Ronald A. White : GRANTING (Docket No. 33 ) Motion for Admission Pro Hac Vice; adding attorney Renee Hurtig Edelman for Edward Leon Fields, Jr. (neh, Deputy Clerk) (Entered: 04/06/2012) |
| 04/06/2012 | 36 | MINUTE ORDER by Judge Ronald A. White : GRANTING (Docket No. 34 ) Motion for Admission Pro Hac Vice; adding attorney David M. Osborne for Edward Leon Fields, Jr. (neh, Deputy Clerk) (Entered: 04/06/2012) |
| 04/09/2012 | 37 | ATTORNEY APPEARANCE by Renee Hurtig Edelman on behalf of Edward Leon Fields, Jr (Edelman, Renee) (Entered: 04/09/2012) |
| 04/09/2012 | 38 | ATTORNEY APPEARANCE by David M. Osborne on behalf of Edward Leon Fields, Jr (Osborne, David) (Entered: 04/09/2012) |
| 05/29/2012 | 39 | MOTION for Discovery by USA. Responses due by 6/12/2012(Wilson, Christopher) (Entered: 05/29/2012) |
| 05/29/2012 | 40 | MOTION for Discovery by Edward Leon Fields, Jr. Responses due by 6/12/2012 (With attachments)(Charpentier, Cristi) (Entered: 05/29/2012) |
| 06/08/2012 | 41 | Joint MOTION for Extension of Time to Respond to Motion *for Discovery* (Re: 39 MOTION for Discovery, 40 MOTION for Discovery ) by Edward Leon Fields, Jr., USA Responses due by 6/22/2012 (With attachments)(Osborne, David) Modified on 6/11/2012 to add filer (cjt, Deputy Clerk). (Entered: 06/08/2012) |
| 06/11/2012 | 42 | ORDER by Judge Ronald A. White granting 41 Motion for Extension of Time to Respond to Motions for Discovery. Responses due by 7/13/2012 (Re: 40 MOTION for Discovery, 39 MOTION for Discovery ) (neh, Deputy Clerk) (Entered: 06/11/2012) |
| 07/13/2012 | 43 | RESPONSE to Motion (Re: 39 MOTION for Discovery ) by Edward Leon Fields, Jr ; (With attachments)(Osborne, David) (Entered: 07/13/2012) |
| 07/13/2012 | 44 | RESPONSE in Opposition to Motion (Re: 40 MOTION for Discovery ) by USA ;(Wilson, Christopher) (Entered: 07/13/2012) |
| 07/23/2012 | 45 | Joint MOTION to Extend Deadline(s) *to File Replies to Oppositions to Motions for Discovery* by All Parties. Responses due by 8/6/2012(Wilson, Christopher) (Entered: 07/23/2012) |
| 07/25/2012 | 46 | ORDER by Judge Ronald A. White granting Joint Motion to Extend Time to File Replies to Oppositions to Motions for Discovery ( 45 Motion to Extend Deadline(s)) (law, Deputy Clerk) (Entered: 07/25/2012) |
| 08/13/2012 | 47 | REPLY to Response to Motion (Re: 40 MOTION for Discovery ) by Edward Leon Fields, Jr ; (Edelman, Renee) (Entered: 08/13/2012) |
| 08/13/2012 | 48 | REPLY to Response to Motion (Re: 39 MOTION for Discovery ) by USA ; (With attachments) (Wilson, Christopher) (Entered: 08/13/2012) |
| 08/16/2012 | 49 | NOTICE of Supplemental Authority by Edward Leon Fields, Jr (Edelman, Renee) (Entered: 08/16/2012) |
| 11/08/2012 | 50 | ORDER by Judge Ronald A. White granting in part and denying in part 39 Respondent's Motion for Discovery and granting in part and denying in part 40 Petitioner's Motion for Discovery. Discovery due by 2/5/13 (dma, Deputy Clerk) (Entered: 11/08/2012) |
| 12/21/2012 | 51 | |

| | | Joint MOTION to Extend Deadline(s) *in Discovery Order* by All Parties. Responses due by 1/4/2013 (With attachments)(Osborne, David) (Entered: 12/21/2012) |
|---|---|---|
| 12/27/2012 | 52 | MINUTE ORDER by Judge Ronald A. White granting Joint Motion to Extend Deadlines in Discovery Order filed 12/21/12 ( 51 Motion to Extend Deadline(s)). (law, Deputy Clerk) (Entered: 12/27/2012) |
| 03/06/2013 | 53 | MOTION to Clarify (Re: 50 Ruling on Motion for Discovery,, Setting/Resetting Deadline(s) ) by USA. Responses due by 3/20/2013(Wilson, Christopher) (Entered: 03/06/2013) |
| 03/12/2013 | 54 | MOTION to unseal firewalled documents by USA. Responses due by 3/26/2013(Wilson, Christopher) (Entered: 03/12/2013) |
| 03/19/2013 | 55 | RESPONSE to Motion (Re: 53 MOTION to Clarify ) by Edward Leon Fields, Jr ;(Osborne, David) (Entered: 03/19/2013) |
| 03/20/2013 | 56 | RESPONSE to Motion (Re: 54 MOTION to unseal firewalled documents ) by Edward Leon Fields, Jr ;(Osborne, David) (Entered: 03/20/2013) |
| 03/29/2013 | 57 | REPLY to Response to Motion (Re: 53 MOTION to Clarify ) by USA ;(Wilson, Christopher) (Entered: 03/29/2013) |
| 04/03/2013 | 58 | REPLY to Response to Motion (Re: 54 MOTION to unseal firewalled documents ) by USA ; (Wilson, Christopher) (Entered: 04/03/2013) |
| 04/15/2013 | 59 | OPINION AND ORDER by Judge Ronald A. White granting Government's Motion for Clarification Regarding Discovery ( 53 Motion to Clarify ) (lal, Deputy Clerk) (Entered: 04/15/2013) |
| 04/15/2013 | 60 | OPINION AND ORDER by Judge Ronald A. White granting Government's Motion to Unseal Firewalled Documents ( 54 Motion for Miscellaneous Relief) (lal, Deputy Clerk) (Entered: 04/15/2013) |
| 06/05/2013 | 61 | Unopposed MOTION to Extend Deadline(s) *for Completion of Discovery* by USA. Responses due by 6/19/2013(Wilson, Christopher) (Entered: 06/05/2013) |
| 06/13/2013 | 62 | ORDER by Judge Ronald A. White granting government's Unopposed Motion for Extension of Time to Complete Discovery ( 61 Motion to Extend Deadline(s)) (lal, Deputy Clerk) (Entered: 06/13/2013) |
| 06/27/2013 | 63 | Unopposed MOTION for Release of Petitioner's Bureau of Prisons Records by USA. Responses due by 7/11/2013(Wilson, Christopher) (Entered: 06/27/2013) |
| 07/02/2013 | 64 | ORDER by Judge Ronald A. White granting Unopposed Motion for Release of Petitioner's Bureau of Prisons Records ( 63 Motion for Miscellaneous Relief ) (lal, Deputy Clerk) (Entered: 07/02/2013) |
| 08/13/2013 | 65 | Unopposed MOTION to Extend Deadline(s) *for Discovery* by Edward Leon Fields, Jr. Responses due by 8/27/2013 (With attachments)(Osborne, David) (Entered: 08/13/2013) |
| 08/15/2013 | 66 | ORDER by Judge Ronald A. White granting petitioner's unopposed motion to extend discovery deadline ( 65 Motion to Extend Deadline(s)) (lal, Deputy Clerk) (Entered: 08/15/2013) |
| 09/04/2013 | 67 | Unopposed MOTION to Extend Deadline(s) *for Discovery* by USA. Responses due by 9/18/2013(Wilson, Christopher) (Entered: 09/04/2013) |
| 09/04/2013 | 68 | ORDER by Judge Ronald A. White granting petitioner's unopposed motion to extend discovery deadline ( 67 Motion to Extend Deadline(s)) to 11/1/2013 (lal, Deputy Clerk) (Entered: 09/04/2013) |
| 10/03/2013 | 69 | MINUTE ORDER by Judge Ronald A. White : Pursuant to General Order 13-3, the motion to stay all civil cases filed by the U.S. Attorney is hereby granted. All deadlines are extended pending further order of the Court.(lal, Deputy Clerk) (Entered: 10/03/2013) |
| 10/18/2013 | 70 | |

| | | MINUTE ORDER by Judge Ronald A. White : Pursuant to General Order No. 13-06, the Court lifts the stay in this case ( Re: 69 Minute Order, Staying Case ) and extends any deadline or due date for thirty (30) days from the original due date. (lal, Deputy Clerk) (Entered: 10/18/2013) |
|---|---|---|
| 11/07/2013 | 71 | MOTION to submit in camera documents for review by USA. Responses due by 11/21/2013 (With attachments)(Wilson, Christopher) (Entered: 11/07/2013) |
| 11/20/2013 | 72 | RESPONSE to Motion (Re: 71 MOTION to submit in camera documents for review ) by Edward Leon Fields, Jr ;(Osborne, David) (Entered: 11/20/2013) |
| 11/26/2013 | 73 | REPLY to Response to Motion (Re: 71 MOTION to submit in camera documents for review ) by USA ;(Wilson, Christopher) (Entered: 11/26/2013) |
| 12/23/2013 | 74 | ORDER by Judge Ronald A. White granting respondent's Motion for In Camera Review of Allegedly Privileged Documents ( 71 Motion for Miscellaneous Relief ) directing the disputed documents be submitted by petitioner to the Court on or before 1/6/2014 (lal, Deputy Clerk) (Entered: 12/23/2013) |
| 01/06/2014 | 75 | MOTION to Extend Deadline(s) *for Petitioner to Produce Documents for In Camera Review* by Edward Leon Fields, Jr. Responses due by 1/21/2014(Osborne, David) (Entered: 01/06/2014) |
| 01/07/2014 | 76 | MINUTE ORDER by Judge Ronald A. White granting petitioner's Motion to Extend Deadline for Petitioner to Produce Documents for In Camera review filed 1/6/14 ( 75 Motion to Extend Deadline(s) ). (lal, Deputy Clerk) (Entered: 01/07/2014) |
| 01/14/2014 | 77 | MOTION to Withdraw Attorney(s) *David Osborne* by Edward Leon Fields, Jr. Responses due by 1/28/2014(Osborne, David) (Entered: 01/14/2014) |
| 01/15/2014 | 78 | MINUTE ORDER by Judge Ronald A. White: granting 77 Motion for Leave to Withdraw Appearance; Attorney David M. Osborne withdrawn for Petitioner Edward Leon Fields, Jr. (cjt, Deputy Clerk) (Entered: 01/15/2014) |
| 01/27/2014 | 79 | MOTION for Attorney Hunter S. Labovitz to be Admitted Pro Hac Vice by Edward Leon Fields, Jr. Responses due by 2/10/2014 (pjw, Deputy Clerk) (Entered: 01/27/2014) |
| 01/30/2014 | 80 | MINUTE ORDER by Judge Ronald A. White granting Motion for Admission of Hunter S. Labovitz Pro Hac Vice filed 1/27/14 ( 79 Motion for Admission Pro Hac Vice). This is conditioned on the filing of an entry of appearance and registration for electronic case filing by the applicant within seven (7) days from entry of this Order. See LCvR 83.4 and CM/ECF Administrative Guide of Policies and Procedures. (lal, Deputy Clerk) (Entered: 01/30/2014) |
| 02/07/2014 | 81 | ATTORNEY APPEARANCE by Hunter S. Labovitz on behalf of Edward Leon Fields, Jr (Labovitz, Hunter) (Entered: 02/07/2014) |
| 02/20/2014 | 82 | ORDER by Judge Ronald A. White : Granting 71 MOTION to submit in camera documents for review and ordering counsel for Petitioner to produce the documents to Government within 10 days of the date of this order.(neh, Deputy Clerk) (Entered: 02/20/2014) |
| 05/08/2014 | 83 | Joint MOTION for Protective Order by All Parties. Responses due by 5/22/2014(Wilson, Christopher) (Entered: 05/08/2014) |
| 05/13/2014 | 84 | ORDER by Judge Ronald A. White denying without prejudice joint motion for protective order ( 83 Motion for Protective Order ) (lal, Deputy Clerk) (Entered: 05/13/2014) |
| 05/22/2014 | 85 | Joint MOTION for Protective Order by All Parties. Responses due by 6/5/2014(Wilson, Christopher) (Entered: 05/22/2014) |
| 05/27/2014 | 86 | PROTECTIVE ORDER by Judge Ronald A. White (lal, Deputy Clerk) (Entered: 05/27/2014) |
| 07/29/2014 | 87 | ORDER by Judge Ronald A. White directing the parties file a Joint Status Report no later than 9/1/2014(lal, Deputy Clerk) (Entered: 07/29/2014) |
| 08/28/2014 | 88 | Joint STATUS REPORT by Edward Leon Fields, Jr. and USA (Edelman, Renee) Modified on 8/29/2014 to add filer (dma, Deputy Clerk). (Entered: 08/28/2014) |

| 09/05/2014 | 89 | ORDER by Judge Ronald A. White: Supplement to Joint Status Report due by 9/25/2014 (cjt, Deputy Clerk) (Entered: 09/05/2014) |
| 09/23/2014 | 90 | Supplemental Joint STATUS REPORT by Edward Leon Fields, Jr, USA (Edelman, Renee) Modified on 11/13/2014 (neh, Deputy Clerk). (Entered: 09/23/2014) |
| 11/13/2014 | 91 | ORDER by Judge Ronald A. White setting deadlines for dispositive motions briefing: Govt to file dispositive motions by 2/20/15; Petitioner's response due 4/20/15; Govt to file reply brief by 5/20/15.(neh, Deputy Clerk) (Entered: 11/13/2014) |
| 01/26/2015 | 92 | Unopposed MOTION to Extend Scheduling Order Dates by Edward Leon Fields, Jr. Responses due by 2/9/2015 (With attachments)(Labovitz, Hunter) (Entered: 01/26/2015) |
| 01/28/2015 | 93 | ORDER by Judge Ronald A. White granting Petitioner's Unopposed Motion to Vacate the Current Motions Briefing Schedule and Extend the Discovery Deadline ( 92 Motion to Extend Scheduling Order Dates) (lal, Deputy Clerk) (Entered: 01/28/2015) |
| 02/20/2015 | 94 | MOTION by Attorney Katherine E. Ensler to be Admitted Pro Hac Vice for purpose of representing Petitioner Edward Leon Fields, Jr. (neh, Deputy Clerk) (Entered: 02/20/2015) |
| 02/23/2015 | 95 | MINUTE ORDER by Judge Ronald A. White granting Motion for Admission of Katherine E. Ensler Pro Hac Vice filed 2/20/15 ( 94 Motion for Admission Pro Hac Vice of attorney Katherine E. Ensler ) for petitioner Edward Leon Fields, Jr. This is conditioned on the filing of an entry of appearance and registration for electronic case filing by the applicant within seven (7) days from entry of this Order. See LCvR 83.4 and CM/ECF Administrative Guide of Policies and Procedures. (lal, Deputy Clerk) (Entered: 02/23/2015) |
| 02/26/2015 | 96 | ATTORNEY APPEARANCE by Katherine E. Ensler on behalf of Edward Leon Fields, Jr (Ensler, Katherine) (Entered: 02/26/2015) |
| 03/16/2015 | 97 | NOTICE NOTICE OF DISCOVERY COMPLIANCE by Edward Leon Fields, Jr (Labovitz, Hunter) (Entered: 03/16/2015) |
| 03/26/2015 | 98 | Unopposed MOTION for in camera review of allegedly privileged documents by USA. Responses due by 4/9/2015 (With attachments)(Wilson, Christopher) (Entered: 03/26/2015) |
| 03/27/2015 | 99 | ORDER by Judge Ronald A. White GRANTING (Dkt No 98 ) Unopposed Motion for In Camera Review (neh, Deputy Clerk) (Entered: 03/27/2015) |
| 05/05/2015 | 100 | ORDER by Judge Ronald A. White directing counsel for petitioner to produce documents to counsel for respondent within 10 days of the date of this order(lal, Deputy Clerk) (Entered: 05/05/2015) |
| 08/18/2015 | 101 | ORDER by Judge Ronald A. White setting schedule for briefing of dispositive motions(lal, Deputy Clerk) (Entered: 08/18/2015) |
| 10/02/2015 | 102 | MOTION to Amend (Re: 1 Motion to Vacate, Set Aside or Correct Sentence (2255), 2 Appendix of Authorities ) by Edward Leon Fields, Jr. Responses due by 10/16/2015 (With attachments)(Labovitz, Hunter) (Entered: 10/02/2015) |
| 10/05/2015 | 103 | MINUTE ORDER by Judge Ronald A. White directing respondent file an EXPEDITED response to petitioner's Motion for Leave to Amend Section 2255 Motion Under Fed.R.Civ.P. 15 to Provide Additional Factual Support to Claims Already Pled filed 10/2/15 (Re: 102 MOTION to Amend ) no later than 10/9/15.(lal, Deputy Clerk) (Entered: 10/05/2015) |
| 10/07/2015 | 104 | RESPONSE to Motion (Re: 102 MOTION to Amend ) by USA ;(Kahan, Jeffrey) (Entered: 10/07/2015) |
| 10/08/2015 | 105 | MINUTE ORDER by Judge Ronald A. White granting petitioner's Motion for Leave to Amend Section 2255 Motion Under Fed.R.Civ.P. 15 to Provide Additional Factual Support to Claims Already Pled filed 10/2/15 ( 102 Motion to Amend). Petitioner is directed to file his amended 2255 motion no later than 10/13/15. (lal, Deputy Clerk) (Entered: 10/08/2015) |
| 10/13/2015 | 106 | |

| | | |
|---|---|---|
| | | AMENDED BRIEF in Support of Motion to Vacate (Re: 1 Motion to Vacate, Set Aside or Correct Sentence (2255) ) by Edward Leon Fields, Jr. Responses due by 10/27/2015 (With attachments)(Labovitz, Hunter) Modified docket entry text and termed motion on 10/14/2015 (lal, Deputy Clerk). Modified docket entry text on 3/23/2016 (lal, Deputy Clerk). (Entered: 10/13/2015) |
| 10/14/2015 | 107 | MINUTE ORDER by Judge Ronald A. White : Counsel for Edward Leon Fields, Jr. is directed to provide forthwith for use by the Court a bound manual copy of the pleading and/or exhibits as filed at Dkt. # 106 . Said manual copies shall be EXACT duplicates of the pleading and/or exhibits AFTER said pleading(s) was filed with the Court, including the case and docket number information at the top of each page. Do not reorganize the document or insert other separately docketed items. If copies of sealed items are hereby ordered by the Court, then said copies shall be a separate and complete submission. (Re: 106 MOTION to Amend *Grounds in Support of Amended Motion* ) (lal, Deputy Clerk) (Entered: 10/14/2015) |
| 10/14/2015 | 108 | Unopposed MOTION for Leave to Exceed Page Limitation by USA. Responses due by 10/28/2015(Kahan, Jeffrey) (Entered: 10/14/2015) |
| 10/15/2015 | 109 | MINUTE ORDER by Judge Ronald A. White granting the government's Unopposed Motion to File a Brief in Excess of 25 Pages ( 108 Motion for Leave to Exceed Page Limitation ). (lal, Deputy Clerk) (Entered: 10/15/2015) |
| 10/15/2015 | 110 | MOTION for Summary Judgment by USA. Responses due by 10/29/2015 (With attachments) (Wilson, Christopher) (Entered: 10/15/2015) |
| 10/16/2015 | 111 | MINUTE ORDER by Judge Ronald A. White : Counsel for USA is directed to provide forthwith for use by the Court a bound manual copy of the pleading and/or exhibits as filed at Dkt. # 110 . Said manual copies shall be EXACT duplicates of the pleading and/or exhibits AFTER said pleading(s) was filed with the Court, including the case and docket number information at the top of each page. Do not reorganize the document or insert other separately docketed items. If copies of sealed items are hereby ordered by the Court, then said copies shall be a separate and complete submission. (Re: 110 MOTION for Summary Judgment ) (lal, Deputy Clerk) (Entered: 10/16/2015) |
| 11/19/2015 | 112 | NOTICE Notice of Supplemental Discovery (Re: 110 MOTION for Summary Judgment ) by Edward Leon Fields, Jr (With attachments)(Labovitz, Hunter) (Entered: 11/19/2015) |
| 12/14/2015 | 113 | Unopposed MOTION for Extension of Time to Respond to Motion (Re: 110 MOTION for Summary Judgment) by Edward Leon Fields, Jr. Responses due by 12/28/2015 (With attachments)(Labovitz, Hunter) (Entered: 12/14/2015) |
| 12/15/2015 | 114 | MINUTE ORDER by Judge Ronald A. White granting Petitioner's Unopposed First Motion for Brief Extension of Time to Respond to Government's Motion for Judgment in Favor of the Government filed 12/14/2015 ( 113 Motion for Extension of Time to Respond to Motion ). Accordingly, petitioner's response to the government's motion for judgment (Re: 110 MOTION for Summary Judgment ) is now due no later than 12/23/2015. (lal, Deputy Clerk) (Entered: 12/15/2015) |
| 12/22/2015 | 115 | MOTION for Extension of Time to Respond to Motion *Petitioner's Unopposed Motion for Extension of Time to Respond to Government's Motion for Judgment in Favor of the Government* (Re: 110 MOTION for Summary Judgment ) by Edward Leon Fields, Jr. Responses due by 1/5/2016 (With attachments)(Labovitz, Hunter) (Entered: 12/22/2015) |
| 12/23/2015 | 116 | ORDER by Judge Ronald A. White granting Petitioner's Unopposed Motion for Extension of Time to Respond to Government's Motion for Judgment in Favor of the Government ( 115 Motion for Extension of Time to Respond to Motion) extending the deadline to file his response to 1/6/2016 (Re: 110 MOTION for Summary Judgment ) (lal, Deputy Clerk) (Entered: 12/23/2015) |
| 01/05/2016 | 117 | Unopposed MOTION for Leave to Exceed Page Limitation *in Excess of 25 Pages* by Edward Leon Fields, Jr (With attachments) Responses due by 1/19/2016(Labovitz, Hunter) (Entered: 01/05/2016) |

| 01/06/2016 | 118 | ORDER by Judge Ronald A. White granting (Dkt No 117 ) Motion for Leave to Exceed Page Limitation. Petitioner's Brief shall not exceed 45 pages. (neh, Deputy Clerk) (Entered: 01/06/2016) |
|---|---|---|
| 01/06/2016 | 119 | RESPONSE to Motion (Re: 110 MOTION for Summary Judgment ) by Edward Leon Fields, Jr ; (With attachments)(Labovitz, Hunter) (Entered: 01/06/2016) |
| 01/06/2016 | 120 | Ex Parte MOTION to Unseal Document(s) *Trial Docs. 52 & 65 (Dkt. No. 03-CR-73)* (Re: 119 Response to Motion ) by Edward Leon Fields, Jr (With attachments) Responses due by 1/20/2016(Labovitz, Hunter) (Entered: 01/06/2016) |
| 01/07/2016 | 121 | MINUTE ORDER by Judge Ronald A. White granting Petitioner's Ex Parte Motion to Unseal Trial Docs. 52 & 65 (Dkt. No. 03-CR-73) ( 120 Motion to Unseal Document(s)). The Clerk is hereby directed to UNSEAL Documents 52 and 65 in Case No. CR-03-73-RAW and is further directed to replace Document 52 with the complete version attached to petitioner's motion. (lal, Deputy Clerk) (Entered: 01/07/2016) |
| 02/02/2016 | 122 | REPLY to Response to Motion (Re: 110 MOTION for Summary Judgment ) by USA ; (With attachments)(Kahan, Jeffrey) (Entered: 02/02/2016) |
| 02/02/2016 | 123 | UNOPPOSED MOTION to File Under Seal (Re: [122-5] Exhibit 5 to Reply to Response to Motion ) by USA (neh, Deputy Clerk) (Entered: 02/02/2016) |
| 02/02/2016 | 124 | ORDER TO FILE UNDER SEAL by Judge Ronald A. White: granting (Dkt No 123 ) Motion to Seal Exhibit 5 to Respondent's Reply (Dkt No 122 ) (neh, Deputy Clerk) (Entered: 02/02/2016) |
| 12/15/2016 | 125 | ORDER by Judge Ronald A. White denying Petitioner's Motion to Vacate, Set Aside or Correct a Sentence pursuant to 28 U.S.C. Section 2255 (Re: 1 Motion to Vacate, Set Aside or Correct Sentence (2255) ) (lal, Deputy Clerk) (Entered: 12/15/2016) |
| 12/15/2016 | 126 | JUDGMENT by Judge Ronald A. White entering judgment in favor of respondent USA and against petitioner Edward Leon Fields, Jr. (terminates case) (lal, Deputy Clerk) (Entered: 12/15/2016) |
| 01/12/2017 | 127 | MOTION to Alter and Amend Judgment (Re: 126 Judgment) by Edward Leon Fields, Jr; Responses due by 1/26/2017(Labovitz, Hunter) Modified on 1/19/2017 to edit text (dma, Deputy Clerk). (Entered: 01/12/2017) |
| 01/17/2017 | 128 | MINUTE ORDER by Judge Ronald A. White extending the Response deadline Re: 127 Petitioner's MOTION to Alter and Amend Judgment pursuant to FED. R. CIV. P. 59(E). The Government is hereby directed to file a Response no later than 1/31/2017. (tls, Deputy Clerk) (Entered: 01/17/2017) |
| 01/30/2017 | 129 | RESPONSE in Opposition to Motion (Re: 127 MOTION to Alter Order/Judgment) by USA (With attachments)(Kahan, Jeffrey) (Entered: 01/30/2017) |
| 03/15/2017 | 130 | ORDER by Judge Ronald A. White denying Petitioner's Motion to Alter or Amend Judgment ( 127 Motion to Alter Order/Judgment ) (lal, Deputy Clerk) (Entered: 03/15/2017) |
| 05/12/2017 | 131 | NOTICE of Appeal (Re: 125 Order; 126 Judgment and 130 Order) by Edward Leon Fields, Jr (Labovitz, Hunter) Modified on 5/15/2017 to add link (dma, Deputy Clerk). (Entered: 05/12/2017) |
| 05/17/2017 | 132 | Transmission of Notice of Appeal and Docket Sheet to Circuit Court with copy of 131 Notice of Appeal, 125 Order, 126 Judgment and 130 Order, along with Criminal Docket and 127 Judgment from 03-CR-073-RAW. Preliminary record transmitted to 10th Circuit Court of Appeals electronically. (Re: 131 Notice of Appeal - Final Judgment ) (jcb, Deputy Clerk) (Entered: 05/17/2017) |
| 05/18/2017 | 133 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 17-7031 (Re: 131 Notice of Appeal - Final Judgment ) (jcb, Deputy Clerk) (Entered: 05/18/2017) |

| PACER Service Center |||| 
|---|---|---|---|
| **Transaction Receipt** |||| 
| 05/25/2017 11:49:54 |||| 
| **PACER Login:** | fd0347:2548085:0 | **Client Code:** | fields |
| **Description:** | Docket Report | **Search Criteria:** | 6:10-cv-00115-RAW |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |