| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent | : | No. 6:10-cv-00115-RAW |
| | : | |
| v. | : | Court of Appeals No. 17-7031 |
| | : | |
| EDWARD LEON FIELDS, JR., | : | DEATH PENALTY CASE |
| | : | |
| Petitioner. | : | |
| | : | |

## AMENDED DESIGNATION OF RECORD ON APPEAL

In response to the May 30, 2017 Order from the Clerk of Courts for the

Tenth Circuit, Petitioner herein files an amended designation of record on appeal.

Those original papers which have been designated by circling their

respective docket numbers (or dates of entry) on the attached copy of the United

State District Court, Eastern District of Oklahoma docket sheets for Case No.

6:10-cv-00115-RAW and Case No. 6:03-cr-00073-RAW should be included in the

record on appeal prepared by the Clerk of the District Court and transmitted to the

Clerk of the Court of Appeals. (If the District Court Clerk so elects, original papers

may be retained in the District Court and copies thereof may be included in the

record on appeal.)

To the extent that any of the designated items are either notices or relate to

discovery, *see* 10th Cir. R. 10.3(E), Petitioner requests that those documents be

included in the record on appeal because they are relevant to resolution of

Petitioner's substantive claims for relief.

<div style="margin-left:45%">

/s/ Hunter Labovitz  
Hunter Labovitz  
Federal Community Defender Office  
 for the Eastern District of Pennsylvania  
601 Walnut Street, Suite 545 West  
Philadelphia, PA 19106  
Telephone: (215) 928-0520

</div>

Dated:      June 11, 2017          Counsel for Petitioner

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I, Hunter Labovitz, hereby certify that on this 11th day of June, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Wilson, Attorney for Respondent

Jeffrey B. Kahan, Attorney for Respondent

/s/ Hunter Labovitz
Hunter Labovitz