# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2020

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257


Re:  Edward Leon Fields, Jr.
     v. United States
     No. 19-8614
     (Your No. 17-7031)


Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Gorsuch took no part in the consideration or decision of this petition.


Sincerely,

**Scott S. Harris**, Clerk