## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff*,<br><br>**v.**<br><br>**EDWARD LEON FIELDS, JR.,**<br><br>*Defendant.* | **Case No. 6:03-cr-00073-RAW** |

| | |
|---|---|
| **EDWARD LEON FIELDS, JR.,**<br><br>*Petitioner*,<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>*Respondent.* | **Case No. 6:10-cv-00115-RAW** |

### STIPULATION OF DISMISSAL OF 28 U.S.C. § 2255 MOTIONS
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Given the December 23, 2024, executive grant of clemency commuting Petitioner/Defendant Edward Leon Fields, Jr.'s sentence of death to a sentence of life imprisonment without the possibility of parole (03-cr-00073, Doc. 442), it is hereby stipulated and agreed between the parties in the above captioned actions that the following motions are voluntarily dismissed:

(1)     Petitioner's: Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (10-cv-00115, Doc. 1);

(2)     Petitioner's Amended Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody (10-cv-00115, Doc. 106); and

(3)     Petitioner's Motion for Leave to File a Successive Motion Under 28 U.S. § 2255, and Consolidated Motion and Brief to Vacate Convictions and Sentence Pursuant to 28 U.S.C. § 2255 (03-cr-00073, Doc. 305; 10-cv-00115, Docs. 142 and 142-1).

This stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) takes effect when filed and does not require an order of the Court.

Dated: January 3, 2025

Respectfully submitted,

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Katherine Thompson
Katherine Ensler
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 928-0520
Hayden_nelson-major@fd.org

/s/ Christopher J. Wilson
Christopher J. Wilson, OBA # 13801
United States Attorney
Eastern District of Oklahoma
520 Denison Ave
Muskogee, OK 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150
chris.wilson@usdoj.gov

/s/ Hunter Labovitz
Hunter Labovitz
Assistant Federal Defender
Federal Public Defender for the Western
District of Oklahoma
215 Dean A McGee Ave, Suite 201
Oklahoma City, OK 73102
Telephone: (405) 609-5930
hunter_labovitz@fd.org

/s/ Aaron J. Stewart
Aaron J. Stewart, OBA #31721
Trial Attorney, Capital Case Section
U.S. Dept. of Justice
1331 F Street, NW; Rm. 656
Washington, DC 20530
Telephone: (202) 353-0254
Fax: (202) 353-9779
aaron.j.stewart@usdoj.gov

*Counsel for Edward Leon Fields, Jr.*                    *Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I certify that on January 3, 2025, that the foregoing document was e-filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Assistant Federal Defender