**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV-10-115-RAW |
| | ) | (CR-03-073-RAW) |
| EDWARD LEON FIELDS, JR., | ) | |
| | ) | |
| Petitioner/Defendant. | ) | |

## JUDGMENT

On January 3, 2025, the parties filed a stipulation of dismissal. It specifically references the central operative documents in this action (i..e, the original §2255 motion (#1), the amended §2255 motion (#106), and the second or successive §2255 motion (#142)).

Accordingly, the court hereby enters this Judgment pursuant to Rule 58 F.R.Cv.P. dismissing this action.

All other pending motions are deemed moot.

**ORDERED THIS 13th DAY OF JANUARY, 2025.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**